FILED
CLERK, U.S. DISTRICT COURT

MAY 22 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GARCIA, | NO. CV 07-3239-VAP(E) |
| Petitioner, | |
| v. | ORDER REQUIRING ANSWER TO |
| JAMES HAYES, et al., | PETITION FOR WRIT OF HABEAS |
| Respondents. | CORPUS |

Based on the Petition filed herein:

IT IS HEREBY ORDERED that Respondents file an Answer to the Petition within twenty-three (23) days of the date of this Order.

IT IS FURTHER ORDERED that, if Petitioner desires to file a Reply to the Answer, he shall do so within fifteen (15) days of the date that the Answer is filed.

///
///
///

DOCKETED ON CM

MAY 30 2007

BY _____ 064

1   IT IS FURTHER ORDERED that the Clerk of this Court shall
2   forthwith serve a copy of the Petition and this Order upon the
3   United States Attorney for the Central District of California,
4   counsel for Respondents, and the Clerk shall serve a copy of this
5   Order upon the Petitioner.

7   DATED: May 18, 2007.

```
                          CHARLES F. EICK
                    UNITED STATES MAGISTRATE JUDGE
```