UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No.  CV 07-3239-VAP (E)                     Date:  May 30, 2007

Title:  ALEJANDRO RODRIGUEZ v. JAMES HAYES, et al.,

**DOCKET ENTRY**

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

STACEY PIERSON                                   N/A
DEPUTY CLERK                                COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                              None

**PROCEEDINGS:** (IN CHAMBERS)

The Court is in receipt of Petitioner's "Notice of Corrected Petition for Writ of Habeas Corpus," filed May 29, 2007. Exhibit A to this Notice is deemed to be Petitioner's First Amended Petition for Writ of Habeas Corpus. The caption of the case is ordered changed accordingly. Respondent shall file an Answer to the First Amended Petition within twenty (23) days of the date of this order. Petitioner may file a Reply within fifteen (15) days of the date the Answer is filed.

cc:  Judge Phillips
     Petitioner
     Counsel for Petitioner
     Counsel for Respondents



DOCKETED ON CM
MAY 31 2007
BY _____ 064

Initials of Deputy Clerk ___