**P-SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 07-3239-VAP (E)                                    Date: July 11, 2007

Title:   ALEJANDRO GARCIA -v- JAMES HAYES, et al.
===============================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Rachel Ingram                                  None Present
    Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                         None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

    **COUNSEL ARE NOTIFIED** that Petitioner's Motion for Class Certification filed on June 25, 2007 is hereby continued to August 20, 2007 at 10:00 a.m.   Petitioner shall file a proof of service of Petitioner's Motion for Class Certification no later than July 20, 2007.

MINUTES FORM 90                              Initials of Deputy Clerk RI
CIVIL -- GEN

[Stamp: DOCKETED ON CM JUL 12 2007 045]