# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



In the Matter of Transfer of the Indefinite ) CV 07-3239-VAP(E)
Detention Cases )
) ORDER FOR REASSIGNMENT
)
)
)

IT IS HEREBY ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following case be transferred from the calendar of Judge Virginia A. Phillips to the calendar of Judge Terry J. Hatter, Jr., for all further proceedings pursuant to the provisions of Section 5.4 of General Order 07-02.

CV 07-3239-VAP(E)    Alejandro Garcia v. James Hayes, et al

Dated: August 7, 2007

Judge John F. Walter
Chair, Case Management and Assignment Committee

---

Notice to Counsel from Clerk:

Pursuant to the above transfer, any matters that are referred to a Magistrate Judge are hereby transferred to Magistrate Judge Robert N. Block.

On all documents subsequently filed in this case, please substitute the initials TJH(RNB) after the case number in place of the initials of the prior judge and magistrate judge, so that the case number will read:

CV 07-3239-TJH(RNB)

This is very important because documents are routed to the assigned judge by means of these initials.

ENTERED ON CM 8/9/07

## NOTICE PARTY SERVICE LIST

**Case No.** CV 07-3239-VAP(E)    **Case Title** Alejandro Garcia v. James Hayes, et al

**Title of Document** Order For Reassignment

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L A Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| ✓ | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L A |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name

Firm:

Address (include suite or floor)



*E-mail.

*Fax No :

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

**Initials of Deputy Clerk** stsh

G-75 (03/07)    NOTICE PARTY SERVICE LIST