PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
RANJANA NATARAJAN (SBN 230149)
Email: rnatarajan@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-9500
Fax: (213) 250-3919

Attorneys for Petitioner
(Additional counsel listed on following page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, A# 41-551-486, et al.<br><br>vs.<br><br>JAMES HAYES, Immigration and Customs Enforcement, Los Angeles District Field Office Director; GEORGE MOLINAR, Chief of Detention and Removal Operations, San Pedro Detention Facility; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, United States Attorney General; PAUL WALTERS, Chief of Police for the city of Santa Ana; LEE BACA, Sheriff of Los Angeles County; SAMMY JONES, Chief of the Custody Operations Division of the Los Angeles County Sheriff's Department;<br><br>Respondents. | Case No. CV 07-3239-TJH<br><br>**STIPULATION AND ORDER TO CONTINUE BY ONE DAY PETITIONERS' FILING DATE OF REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

Additional counsel:

JUDY RABINOVITZ**
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

CECILLIA D. WANG (CSB #187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (CSB #189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

STEVEN A. ELLIS (SBN 171742)
POOJA TECKCHANDANI (SBN    )*
WILLIAM TRAN (SBN    )*
BRIAN K. WASHINGTON (SBN    )*
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Pending admission to Central District of California
**Application for admission *pro hac vice* forthcoming

Petitioner respectfully requests that the Court grant Petitioner one extra day, to and through Tuesday, August 14, 2007, in which to submit his reply brief in support of his motion for class certification.

The parties believe this extension is justified because Respondents filed their opposition to the class certification motion one day late, and Petitioner should have the normal seven days to submit his reply brief.

It is so stipulated.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: August 13, 2007   By: /s/ AHILAN T. ARULANANTHAM

AHILAN T. ARULANANTHAM
Attorney for Petitioners

GEORGE S. CARDONA
United States Attorney

Dated: August 10, 2007   By: /s/ ROBERT I. LESTER

ROBERT I. LESTER
Assistant United States Attorney
Attorney for Respondents

IT IS SO ORDERED.

Dated: August 14, 2007

HONORABLE TERRY J. HATTER, JR.
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1616 Beverly Boulevard, Los Angeles, California 90026. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On August 13, 2007, I served the foregoing document:

**STIPULATION AND ORDER TO CONTINUE BY ONE DAY PETITIONER'S FILING DATE OF REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

on the parties in this action by electronic mail and by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Robert I. Lester
300 North Los Angeles Street
Room 7516
Los Angeles, CA 90012

Email: robert.lester@usdoj.gov

I am readily familiar with the business' practice of collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

Executed on August 13, 2007, at Los Angeles, California.

_____
Geneva Tien