ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

PSEND

| Case No. | CV 07-3239-TJH(RNB) | Date | AUGUST 15, 2007 |
|---|---|---|---|

Title   *Alejandro Rodriguez v James Hayes, et al.,*

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT COURT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

None Present                                    None Present

**Proceedings:**   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES

This case has been transferred to U. S. District Judge Terry J. Hatter, Jr.

Counsel are hereby notified that the Petitioner's motion for class certification, filed on June 25 2007, and set for calendar on August 20, 2007 at 10:00 a.m., will stand submitted as of the hearing date.

No appearance is necessary.

**IT IS SO ORDERED.**

cc  all parties

DOCKETED ON CM
AUG 16 2007
BY _____ 067

CV-90 (12/02)                    CIVIL MINUTES - GENERAL                    Initials of Deputy Clerk YS