FILED
CLERK, U.S. DISTRICT COURT
AUG 14 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Alejandro Rodriguez
                    Plaintiff(s)

v.

James Hayes
                    Defendant(s).

CASE NUMBER
CV-07-3239-VAP

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

The Court, having reviewed the accompanying Application of ___Judy Rabinovitz___
*Applicant's Name*

of ___the American Civil Liberties Foundation___ for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☒ Plaintiff  ☐ Defendant  ___Alejandro Rodriguez___

and the designation of ___Ahilan T. Arulanantham___ of American Civil Liberties Union Foundation of Southern California
*Local Counsel Designee*  *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  8/14/07

**ROBERT N. BLOCK**
U.S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
AUG 17 2007
BY _____ 024

G-64 ORDER (06/05)  ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE