# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 07-3239-TJH (RNB)**                         Date: **November 8, 2007**

Title: **Alejandro Rodriguez, et al. v. James Hayes, et al.**

============================================================================

**DOCKET ENTRY**

============================================================================

PRESENT:

      HON. **ROBERT N. BLOCK**, UNITED STATES MAGISTRATE JUDGE

| Trina DeBose | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
    None Present                                     None Present

**PROCEEDINGS: (IN CHAMBERS)**

### Defendants' Motion to Dismiss, filed November 7, 2007

Defendants' Motion to Dismiss is ORDERED off calendar for having been improperly brought. To the extent that the Motion purports to be brought pursuant to Federal Rule 12(b)(1), the motion could only be made before the filing of defendants' Answer. To the extent that the Motion also purports to be brought pursuant to Federal Rule 12(h)(3), the Court notes that, in their opposition to the class certification motion, defendants made the same contention that subject matter jurisdiction now is lacking because the release of petitioner Rodriguez rendered this case moot. Since the class certification motion currently is pending before the District Judge, defendants in effect are asking the Magistrate Judge to preempt the District Judge's ruling on their contention. If defendants wanted the opportunity to respond to the cases cited in plaintiff's reply to defendants' class certification opposition and/or to plaintiff's reply arguments, defendants should have applied to the District Judge for leave to file a surreply.

cc:   Judge Hatter

MINUTES FORM 11                                                Initials of Deputy Clerk
CIVIL-GEN