## DECLARATION OF ROBERT I. LESTER

I, ROBERT I. LESTER, declare:

1. I am the Assistant United States Attorney assigned largely as local counsel in the instant action. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Pursuant to Local Rule 7-19.1, I provided notice by email on January 3, 2008 of this *ex parte* application to Petitioner's counsel, Ahilan Arulanantham. He responded that Petitioners oppose the relief sought in this *ex parte* application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2008 at Los Angeles, California.

_____
ROBERT I. LESTER