THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
AUSA, Chief, Civil Division
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
    300 North Los Angeles Street, Rm. 7516
    Los Angeles, California  90012
    Phone: (213) 894-2464
    Fax:   (213) 894-7819
    Robert.Lester@usdoj.gov
JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General, Civil Division
DAVID J. KLINE
Principal Deputy Director
Office of Immigration Litigation
GJON JUNCAJ (MI SBN P63256)
NANCY SAFAVI (TBN 24042342)
    Trial Attorneys
    Office of Immigration Litigation
    P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-8514/514-9875
    Facsimile: (202) 233-0397
    E-mail: Nancy.Safavi@usdoj.gov

Attorneys for Federal Respondents
James Hayes, George Molinar, Michael
Chertoff, and Michael B. Mukasey

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br>    Petitioners, <br><br>    v. <br><br>JAMES HAYES, Immigration and Customs Enforcement Los Angeles District Field Office Director; MICHAEL B. MUKASEY, Attorney General et al., <br><br>    Respondents. | No. CV 07-3239-TJH(RNB) <br><br>PROPOSED <br><br>**ORDER STAYING PROCEEDINGS PENDING THIS COURT'S RULING ON MOTION OF FEDERAL RESPONDENTS TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** <br><br>[**JUDGE HATTER**] |

1 | Upon consideration of the *ex parte* application of
2 | Federal Respondents for an order staying the proceedings in this
3 | case until the Court has ruled on their motion to dismiss for
4 | lack of subject matter jurisdiction, the memorandum of points and
5 | authorities in support thereof, and the files and records in this
6 | case, and for good cause shown,
7 | IT IS HEREBY ORDERED that the *ex parte* application is
8 | granted, and the Court hereby stays the proceedings in this case
9 | until it has ruled on the pending motion to dismiss.
10 | DATED:   Jan. __, 2008.
11 | 
   | _____
12 | UNITED STATES DISTRICT JUDGE
13 | Presented by:
14 | THOMAS P. O'BRIEN
   | United States Attorney
15 | JEFFREY S. BUCHOLTZ
   | Acting Assistant Attorney General, Civil Division
16 | DAVID J. KLINE
   | Principal Deputy Director
17 | Office of Immigration Litigation
   | GJON JUNCAJ
18 | NANCY SAFAVI
   | Office of Immigration Litigation
19 | Trial Attorneys
20 | 
21 | /s/ Robert I. Lester
   | ROBERT I. LESTER
22 | Assistant United States Attorney
23 | Attorneys for Federal Respondents