PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
RANJANA NATARAJAN (SBN 230149)
Email: rnatarajan@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-9500 x211
Fax: (213) 250-3919

Attorneys for Petitioner
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, A# 41-551-486, et al., Petitioners<br><br>vs.<br><br>JAMES HAYES, Immigration and Customs Enforcement, Los Angeles District Field Office Director; GEORGE MOLINAR, Chief of Detention and Removal Operations, San Pedro Detention Facility; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, United States Attorney General; PAUL WALTERS, Chief of Police for the city of Santa Ana; LEE BACA, Sheriff of Los Angeles County; SAMMY JONES, Chief of the Custody Operations Division of the Los Angeles County Sheriff's Department;<br><br>Respondents. | Case No. CV 07-3239-TJH (RNB)<br><br>**JOINT REQUEST FOR COURT DECISION PURSUANT TO LOCAL RULE 83-9** |

1  Additional counsel:

2  JUDY RABINOVITZ**
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY  10004
   Telephone:  (212) 549-2618
5  Facsimile:  (212) 549-2654

6  CECILLIA D. WANG (SBN 187782)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
7  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
8  San Francisco, CA  94111
   Telephone:  (415) 343-0775
9  Facsimile:  (415) 395-0950

10 JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
11 IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
12 559 Nathan Abbott Way
   Stanford, CA 94305-8610
13 Telephone:  (650) 724-2442
   Facsimile:  (650) 723-4426
14
   STEVEN A. ELLIS (SBN 171742)
15 WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)*
16 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
17 Los Angeles, California 90013-1010
   Telephone:  (213) 896-6000
18 Facsimile:  (213) 896-6600

19 *Pending admission to Central District of California
   **Application for admission *pro hac vice* forthcoming
20

21

22

23

24

25

26

27

28

**JOINT REQUEST FOR COURT DECISION**
**PURSUANT TO LOCAL RULE 83-9**

Petitioner, through his undersigned counsel, and Respondents, through their undersigned counsel, hereby jointly request that the Court rule on (1) Petitioner's Motion for Class Certification and (2) Respondents' Motion to Dismiss the Class Habeas Petition.[1]

1. Petitioner's Motion for Class Certification was filed on June 25, 2007 and has been fully briefed since August 14, 2007. Local Rule 83-9.1 states that a court "shall render and file its decisions on motions … within 120 days after the matter is submitted for decision." Where, as here, no oral argument is conducted on a motion, Local Rule 83-9.2(a) provides that the motion "shall be deemed submitted for decision as of the date the last memorandum or other document is permitted to be filed." This Court, however, issued a Minute Order on August 15, 2007, stating that the motion, "set for calendar on August 20, 2007 … will stand submitted as of the hearing date."

Calculating the 120-day period for decision under Local Rule 83-9.1 as running from the submission date of August 20, 2007, the period for a Court decision on the Motion for Class Certification concluded no later than December 18, 2007. Accordingly, it has been nearly three months since a decision was required under the Local Rules.[2]

2. Respondents' Motion to Dismiss was filed on December 17, 2007, and briefing on the Motion concluded on January 6, 2008. Both parties agree that

---

[1] Petitioner filed a request on December 28, 2007 that the Court rule on the Class Habeas petition itself, but Respondents did not join in that request.

[2] Respondents note that on January 6, 2008, they filed an Ex Parte Application for stay of decision on the Motion for Class Certification until the Court rules on the Motion to Dismiss. The Court has not yet ruled on Respondents' Ex Parte Application.

1

1 the issues in that Motion were previously raised and briefed in Respondent's
2 Opposition to Petitioner's Motion for Class Certification, briefing on which was
3 completed in August 2007.  Thus, the parties request a decision on the Motion to
4 Dismiss as well.
5    For these reasons, the parties now respectfully request that the Court issue
6 its decision on these two pending matters in this case.

                    Respectfully submitted,

                    ACLU OF SOUTHERN CALIFORNIA

Dated: March 12, 2008       /s/ Ahilan T. Arulanantham
                                     AHILAN T. ARULANATHAM
                                     Attorneys for Petitioners

                    THOMAS P. O'BRIEN
                    United States Attorney
                    LEON W. WEIDMAN
                    AUSA, Chief, Civil Division

Dated: March 12, 2008      /s/ Robert I. Lester (per authorization via email)
                                     ROBERT I. LESTER
                    Assistant United States Attorney
                    Attorneys for Respondents