# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | CV 07-03239 TJH (RNB) |
| Petitioners, | |
| v. | |
| JAMES HAYES, *et al.*, | Order<br>(#10,#26,#30) |
| Respondents. | |

The Court has considered Respondents' motion to dismiss, Petitioners' motion to certify the class, and Respondents' *ex parte* application to stay pending a ruling on the motion to dismiss, together with the moving and opposing papers.

It is **Ordered** that the motion to dismiss, the motion for class certification and the *ex parte* application for a stay be, and hereby are, **Denied**.

Date: March 19, 2008

_____
Terry J. Hatter, Jr.
Senior United States District Judge