UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES - GENERAL

**PSEND**

| Case No. | **CV 07-3239-TJH(RNBx)** | Date | APRIL 7, 2008 |
|---|---|---|---|

| Title | *Alejandro Rodriguez v James Hayes, et al.,* |
|---|---|

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT COURT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that the reference of this matter to the Magistrate Judge Block pursuant to General Order 194 is hereby VACATED.

The case number will now read   **CV 07-3239-TJH(RNBx)**.  In the future, **it is imperative** that the initials **TJH(RNBx)** be used on all documents to prevent any delays in the processing of documents.

**IT IS SO ORDERED.**

cc: all parties