**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 17 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ALEJANDRO RODRIGUEZ, | No. 08-80055 |
|---|---|
| Petitioner, | D.C. No. 2:07-CV-03239-TJH-RNB |
| v. | Central District of California, Los Angeles |
| JAMES HAYES, Immigration and Customs Enforcement Los Angles District Field Officer Director; et al., | ORDER |
| Respondents. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 1 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Before: LEAVY and IKUTA, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's March 19, 2008 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 10 days of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

LN/MOATT