**FILED**

UNITED STATES COURT OF APPEALS

JUL 17 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ALEJANDRO RODRIGUEZ, | No. 08-80055 |
|---|---|
| Petitioner, | D.C. No. 2:07-CV-03239-TJH-RNB |
| v. | Central District of California, Los Angeles |
| JAMES HAYES, Immigration and Customs Enforcement Los Angles District Field Officer Director; et al., | ORDER |
| Respondents. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Before: LEAVY and IKUTA, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's March 19, 2008 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 10 days of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).



```
          CLERK'S OFFICE U.S.D.C.
               LOS ANGELES
7/18/2008 1:43:31 PM  Receipt #: 109527
       Cashier : LLUNG  [LA 1-1]
Paid by: LA DEPOSITIONS INC
2:CV07-03239
2008-086900
Amount :            Appeals Filing Fees(1)
                                   $105.00
2:CV07-03239
2008-510000Judicial Services ($150.00)(1)
Amount :                           $150.00
2:CV07-03239
2008-086400Appeals Filing fee - Special(1
)
Amount :
                                   $200.00
--------------------------------------
Check Payment : 5299 /
                                    455.00
--------------------------------------
Total Payment :
                                    455.00
```

LN/MOATT