UNITED STATES DISTRICT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 07-3239-TJH(RNBx)** | Date | September 22, 2008 |
|---|---|---|---|

| Title | *Alejandro Rodriguex v James Hayes, et al.,* |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., SENIOR UNITED STATES DISTRICT COURT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that a status report must be filed with this court no later than October 22, 2008 as to the status of this case.

IT IS SO ORDERED.

CV-90 (12/02)                **CIVIL MINUTES - GENERAL**                Initials of Deputy Clerk ys