| | |
|---|---|
| 1 | PETER J. ELIASBERG (SBN 189110) |
| | Email: peliasberg@aclu-sc.org |
| 2 | AHILAN T. ARULANANTHAM (SBN 237841) |
| | Email: aarulanantham@aclu-sc.org |
| 3 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA |
| | 1313 West Eighth Street |
| 4 | Los Angeles, CA 90017 |
| | Tel: (213) 977-9500 |
| 5 | Fax: (213) 977-5297 |
| 6 | Attorneys for Petitioner |
| 7 | (Additional counsel listed on following page) |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| ALEJANDRO RODRIGUEZ, et al., | ) | No. CV 07-3239-TJH (RNBx) |
| Petitioners, | ) | **JOINT STATUS REPORT** |
| v. | ) | **[JUDGE HATTER]** |
| JAMES HAYES, Immigration and Customs Enforcement Los Angeles District Field Office Director; MICHAEL B. MUKASEY, Attorney General et al., | ) | |
| Respondents. | ) | |

1 | Additional counsel:

2 | JUDY RABINOVITZ**
3 | AMERICAN CIVIL LIBERTIES FOUNDATION
    IMMIGRANTS' RIGHTS PROJECT
    125 Broad Street, 18th Floor
4 | New York, NY  10004
    Telephone:  (212) 549-2618
5 | Facsimile:  (212) 549-2654

6 | CECILLIA D. WANG (SBN 187782)
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
7 | IMMIGRANTS' RIGHTS PROJECT
    39 Drumm Street
8 | San Francisco, CA  94111
    Telephone: (415) 343-0775
9 | Facsimile: (415) 395-0950

10 | JAYASHRI SRIKANTIAH (SBN 189566)
     STANFORD LAW SCHOOL
11 | IMMIGRANTS' RIGHTS CLINIC
     Crown Quadrangle
12 | 559 Nathan Abbott Way
     Stanford, CA 94305-8610
13 | Telephone: (650) 724-2442
     Facsimile: (650) 723-4426

14 |
     STEVEN A. ELLIS (SBN 171742)
15 | WILLIAM TRAN (SBN 245104)
     BRIAN K. WASHINGTON (SBN 248960)
16 | SIDLEY AUSTIN LLP
     555 West Fifth Street, Suite 4000
17 | Los Angeles, California 90013-1010
     Telephone:  (213) 896-6000
18 | Facsimile:  (213) 896-6600

19 | **Application for admission *pro hac vice* forthcoming

20
21
22
23
24
25
26
27
28

1       Pursuant to the order dated October 22, 2008, the parties
2 file this joint status report:
3       On May 16, 2007, Petitioner filed a petition for writ of habeas corpus, in
4 which he sought, among other things, class certification. He filed a first amended
5 petition on May 29, 2007. On June 25, 2007, Federal Respondents filed an
6 answer.
7       On that same date, Petitioner filed a motion for class certification. On July
8 10, 2007, Petitioner filed a traverse.
9       On November 7, 2007, Federal Respondents filed a motion to dismiss the
10 action as moot. After the magistrate judge ordered the motion off calendar,
11 Federal Respondents filed the motion to dismiss with this Court on December 17,
12 2007.
13       On March 19, 2008, this Court denied Petitioner's motion for class
14 certification and denied Federal Respondents' motion to dismiss.
15       Petitioner then filed with the Ninth Circuit a petition for permission to
16 appeal the denial of the motion for class certification. On July 17, 2008, in case
17 number CA 08-80055, the Ninth Circuit granted the petition. Petitioner's appeal
18 of the order denying class certification, now numbered CA 08-56156, is pending
19 before the Ninth Circuit. Petitioner's opening brief was filed on September 15,
20 2008; Federal Respondents' answering brief was filed on October 20, 2008.
21 Petitioner's optional reply brief is due 14 days from the service of the opposition
22 brief. The Ninth Circuit has not set argument for this appeal.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

1   In light of the Ninth Circuit's appellate review of this Court's order denying
2   class certification, the parties jointly request that this Court hold the petition in
3   abeyance pending completion of that appellate review. The Court should order the
4   parties to inform the Court of any decision from the Ninth Circuit, and then, if
5   necessary, request appropriate briefing once the Ninth Circuit's decision is final.

Respectfully submitted,

DATED: October 22, 2008        ACLU OF SOUTHERN CALIFORNIA

                               /s/ Ahilan T. Arulanatham
                               AHILAN T. ARULANATHAM
                               Attorneys for Petitioner

DATED: October 22, 2008        THOMAS P. O'BRIEN
                               United States Attorney
                               ROBERT I. LESTER
                               Assistant United States Attorney

                               GREGORY G. KATSAS
                               Assistant Attorney General,
                                   Civil Division
                               DAVID J. KLINE
                               Office of Immigration Litigation
                               Director, District Court Section
                               GJON JUNCAJ
                               Senior Litigation Counsel

                               /s/ Nancy N. Safavi
                               NANCY N. SAFAVI
                               Trial Attorney
                               Office of Immigration Litigation
                               Attorneys for Federal Respondents