**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 06 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ALEJANDRO RODRIGUEZ, | No. 08-56156 |
|---|---|
| Petitioner - Appellant, | D.C. No. 2:07-CV-03239-TJH-RNB |
| v. | Central District of California, Los Angeles |
| JAMES HAYES, Immigration and Customs Enforcement Los Angles District Field Officer Director; et al., | ORDER |
| Respondents - Appellees. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

NOV - 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Appellant's motion for an extension of time to file the reply brief is granted. The reply brief is due November 13, 2008.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate. *See* 9th Cir. R. 11-2.

This case shall be calendared in due course.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

03Nov2008/LBS/Pro Mo