

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

**TERRY NAFISI**
District Court Executive and
Clerk of Court

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

### RECORD TRANSMITTAL FORM

Date: _____

To:  **U.S. Court of Appeals**     **Attention:**  ☐  Civil
     **for the Ninth Circuit**                     ☐  Criminal
     Office of the Clerk                           ☐  Docketing
     95 Seventh Street                             ☐  Records Unit
     San Francisco, California 94103

From:  **U.S. District Court**
       **Central District of California**
       312 North Spring Street, Room G-8
       Los Angeles, California 90012

D C No. _____   Appeals No. _____

Short Title _____

### Composition of Record

Clerk's files in _____ volumes   ☐ original   ☐ certified copy
Bulky docs. in _____ volumes *(folders)*   Docket No. _____
Reporter's Transcripts in _____ volumes   ☐ original   ☐ certified copy
Exhibits:  in _____   ☐ envelopes   ☐ under seal
           in _____   ☐ boxes       ☐ under seal
Other:

*Note:* Please note any document filed under seal are listed on Form A-22.

                                    By _____
                                       Deputy Clerk

Acknowledgment: _____     Date: _____