FILED

SEP 10 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| ALEJANDRO RODRIGUEZ, | No. 08-56156 |
|---|---|
| Petitioner - Appellant, | D.C. No. 2:07-CV-03239-TJH-RNB |
| v. | Central District of California, Los Angeles |
| JAMES HAYES, Immigration and Customs Enforcement Los Angles District Field Officer Director; et al., | ORDER |
| Respondents - Appellees. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

NOV - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

The parties' joint motion to amend the briefing schedule is construed as a motion to expedite. So construed, the motion is granted in part.

The opening brief is due September 12, 2008; the answering brief is due October 20, 2008; and the optional reply brief is due 14 days after service of the answering brief.

The provisions of Ninth Circuit Rule 31-2.2(a) shall not be applicable to this case; any Rule 31-2.2(b) request is strongly disfavored.

This case shall be calendared in due course. *Cf* 9th Cir. R. 27-12.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

08Sept2008/LBS/Pro Mo