**FILED**

**SEP 18 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO RODRIGUEZ,<br><br>    Petitioner - Appellant,<br><br>  v.<br><br>JAMES HAYES, Immigration and Customs Enforcement Los Angles District Field Officer Director; et al.,<br><br>    Respondents - Appellees. | No. 08-56156<br><br>D.C. No. 2:07-CV-03239-TJH-RNB<br>Central District of California, Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV - 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Appellant's request for judicial notice, any response, and any further such request shall be referred to the merits panel for whatever treatment the panel deems appropriate.

The briefing schedule is unchanged.

          For the Court:

          MOLLY C. DWYER
          Clerk of the Court


          Lorela Bragado-Sevillena
          Deputy Clerk
              Ninth Circuit Rule 27-7/Advisory Note
              to Rule 27 and Ninth Circuit Rule 27-10

15Sept2008/LBS/Pro Mo