**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 20 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

ALEJANDRO RODRIGUEZ,

           Petitioner - Appellant,

    v.

JAMES HAYES, Immigration and
Customs Enforcement Los Angles District
Field Officer Director; GEORGE
MOLINAR, Chief of Detention and
Removal Operations, San Pedro Detention
Facility; JANET NAPOLITANO,*
Secretary, Department of Homeland
Security; ERIC H. HOLDER Jr., Attorney
General United States Attorney General;
PAUL WALTERS; LEE BACA Sheriff of
Los Angeles County; SAMMY JONES,
Chief of the Custody Operations Division
of the Los Angeles County Sheriff's
Department,

           Respondents - Appellees.

No. 08-56156

D.C. No. 2:07-CV-03239-TJH-
RNB
Central District of California,
Los Angeles

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT

NOV - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

---

Before: B. FLETCHER, FISHER and GOULD, Circuit Judges.

---

*Janet Napolitano is substituted for her predecessor, Michael Chertoff, as
Secretary of the Department of Homeland Security, pursuant to Fed. R. App. P.
43(c)(2).

We deny Petitioner Alejandro Rodriguez's Request for Judicial Notice as moot.

**DENIED.**

---

*Janet Napolitano is substituted for her predecessor, Michael Chertoff, as Secretary of the Department of Homeland Security, pursuant to Fed. R. App. P. 43(c)(2).