**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 03 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ALEJANDRO RODRIGUEZ, | No. 08-56156 |
|---|---|
| Petitioner - Appellant, | D.C. No. 2:07-CV-03239-TJH-RNB |
| v. | Central District of California, Los Angeles |
| JAMES HAYES, Immigration and Customs Enforcement Los Angles District Field Officer Director; GEORGE MOLINAR, Chief of Detention and Removal Operations, San Pedro Detention Facility; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ERIC H. HOLDER Jr., Attorney General United States Attorney General; PAUL WALTERS; LEE BACA Sheriff of Los Angeles County; SAMMY JONES, Chief of the Custody Operations Division of the Los Angeles County Sheriff's Department, | ORDER |
| Respondents - Appellees. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV - 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: B. FLETCHER, Circuit Judge.

Respondents' motion for an extension of time to file a petition for rehearing is GRANTED to and including November 4, 2009. Counsel is reminded that a timely filing requires receipt by the Clerk's office on or before the due date.