UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-3239-TJH(RNBx) | Date | JANUARY 8, 2010 |

Title   *Alejandro Rodriguez v James Hayes, et al.,*

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT COURT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES (NON-MOTION)

Counsel are hereby notified that the above entitled matter is set on the court's calendar for status conference re the 9th CCA Order and Amended Opinion, Appeal No. 08-56156, reversed and remanded to this court in regard to class certification, on ***January 25, 2010 at 10:00 a.m.***

**IT IS SO ORDERED.**

cc: all parties