UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 07-3239-TJH(RNBx)** | Date | JANUARY 19, 2010 |
|---|---|---|---|

| Title | ***Alejandro Rodriguez v James Hayes, et al.,*** |
|---|---|

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT COURT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:     IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Status Conference hearing date, currently scheduled for January 25, 2010, is hereby ordered continued to ***February 1, 2010 at 10:00 A.M.***

**IT IS SO ORDERED.**

cc: all parties

---

CV-90 (12/02)                     **CIVIL MINUTES - GENERAL**                     Initials of Deputy Clerk <u>YS</u>