UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 07-03239-TJH(RNBx)** | Date | February 1, 2010 |
|---|---|---|---|
| Title | *Alejandro Rodriguez v. James Hayes, et al.,* | | |

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT COURT JUDGE |
|---|---|

| Steve Chung | Beatriz Martinez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ahilan T. Arulanantham | Gjon Juncaj, AUSA |

**Proceedings:**     **STATUS CONFERENCE Re Mandate of the 9th Circuit Court of Appeal's Order and Amended Opinion; (Appeal No. 08-56156)**

Case is called and counsel make their appearances.  Court and counsel confer.

Parties agreed to work on a sub-class issue.  The Court sets a Motion to Certify Class and Motion for Discovery Hearings at March 15, 2010 at 10:00 a.m.

IT IS SO ORDERED.

|  | 0 | : | 17 |
|---|---|---|---|
| Initials of Preparer | | SC | |