TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director
Office of Immigration Litigation
District Court Section
GJON JUNCAJ
Senior Litigation Counsel
Michigan Bar No. P63256
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-8514
    Facsimile: (202) 305-7000
    Email: gjon.juncaj@usdoj.gov

Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ,<br><br>    Plaintiff-Petitioner,<br><br>v.<br><br>JAMES HAYES, et al.,<br><br>    Defendants-Respondents. | No. CV 07-03239 TJH (RNBx)<br><br>**NOTICE OF APPEARANCE OF COUNSEL OF RECORD FOR DEFENDANT-RESPONDENTS**<br><br>Hon. Terry J. Hatter, Jr. |

PLEASE TAKE NOTICE that representation of the Defendants-Respondents in the above-entitled proceeding is additionally provided by Gjon Juncaj, Senior Litigation Counsel, U.S. Department of Justice, Office of Immigration Litigation, District Court Section.

//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: February 22, 2009 | Respectfully submitted, |
| 2 | | TONY WEST<br>Assistant Attorney General |
| 3 | | |
| 4 | | DAVID J. KLINE<br>Director<br>Office of Immigration Litigation |
| 5 | | District Court Section |
| 6 | | |
| 7 | | /s/ *Gjon Juncaj*<br>GJON JUNCAJ |
| 8 | | Senior Litigation Counsel<br>District Court Section |
| 9 | | Office of Immigration Litigation<br>Civil Division |
| 10 | | U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station |
| 11 | | Washington, D.C. 20044<br>Telephone: (202) 307-8514 |
| 12 | | Facsimile: (202) 305-7000<br>Email: gjon.juncaj@usdoj.gov |
| 13 | | Attorneys for Defendant-Respondents |

2

# CERTIFICATE OF SERVICE

2:07-cv-03239-TJH-RNBx

I hereby certify that on this 22nd day of February 2010, true and correct copies of the **Notice of Appearance of Counsel of Record for Defendants-Respondents** were served pursuant to the district court's ECF system as to the following ECF filers:

**Ahilan T Arulanantham**
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles , CA 90017
213-977-5211
Fax: 213-977-5299
Email: aarulanantham@aclu-sc.org

**Peter J Eliasberg**
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles , CA 90026-5752
213-977-9500
Email: peliasberg@aclu-sc.org

**Ranjana Nataranjan**
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
213-977-9500
213-977-5299 (fax)

**Cecillia D Wang**
ACLU Foundation Immigrants Rights Project
39 Drumm Street
San Francisco , CA 94111
415-343-0775
Email: cwang@aclu.org

**Jayashri Srikantiah**
Stanford Law School
Immigrants' Rights Clinic, Crown Quadrangle
559 Nathan Abbott Way
Stanford , CA 94305-8610
650-724-2442
Email: jsrikantiah@law.stanford.edu

**Monica M Ramirez**
ACLU Immigrants Rights Project
39 Drumm Street
San Francisco , CA 94111

```
 1 | 415-343-0775
   | Email: mramirez@aclu.org
 2 | **William Tran**
 3 | Sidley Austin
 4 | 555 West Fifth Street
   | Los Angeles, CA 90013
 5 | 213-816-6061
 6 | Emailwtran@sidley.com
 7 |
 8 | **Judy Rabinovitz**
   | ACLU Immigrants' Rights Project
 9 | 125 Broad Street, 18th Floor
   | New York , NY 10004
10 | 212-549-2618
```

/s/ *Gjon Juncaj*
GJON JUNCAJ
Senior Litigation Counsel
Office of Immigration Litigation,
District Court Section
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044