1  PETER J. ELIASBERG (SBN 189110)
   Email:  peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email:  aarulanantham@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
4  Los Angeles, CA 90017
   Tel: (213) 977-9500
5  Fax: (213) 977-5297

6  Attorneys for Petitioner
   (Additional counsel listed on following page)
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11
   ALEJANDRO RODRIGUEZ, et al.,        )   No. CV 07-3239-TJH (RNBx)
12                                      )
             Petitioners,              )   **STIPULATION TO CONTINUE**
13                                      )   **HEARING DATE TO MARCH 22,**
                                        )   **2010**
14      v.                              )
                                        )   **[PROPOSED] ORDER**
15  JAMES HAYES, et al.,                )
                                        )   Honorable Terry J. Hatter
16           Respondents.              )
   _____ )       Hearing Date:  March 15, 2010
17
                                            Hearing Time:  10:00 a.m.
18

19

20

21

22

23

24

25

26

27

28

Additional counsel:

JUDY RABINOVITZ*
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY  10004
Telephone:  (212) 549-2618
Facsimile:  (212) 549-2654

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA  94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

STEVEN A. ELLIS (SBN 171742)
WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

*Application for admission *pro hac vice* forthcoming

1       Counsel for Respondents has requested to continue the hearing from March
2   15, 2010 at 10:00 a.m. to March 22, 2010 at 10:00 a.m.  Counsel for Petitioners
3   does not oppose this request.  Therefore, the parties hereby stipulate to continue
4   the hearing date to March 22, 2010 at 10:00 a.m.

5

6       It is so stipulated.

7

8   DATED: February 26, 2010        s/Ahilan T. Arulanantham
9                                AHILAN T. ARULANATHAM
                                 Attorney for Petitioners
10

11  DATED:  February 26, 2010
12                                Gjon Juncaj
                                 Attorney for Respondents
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28