PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Tel: (213) 977-9500
Fax: (213) 977-5297

Attorneys for Petitioner
(Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., ) | No. CV 07-3239-TJH (RNBx) |
| Petitioners, ) | **[PROPOSED] ORDER CONTINUING HEARING TO MARCH 22, 2010** |
| v. ) | Honorable Terry J. Hatter |
| JAMES HAYES, et al., ) | Hearing Date: March 15, 2010 |
| Respondents. ) | Hearing Time: 10:00 a.m. |

1  Additional counsel:

2  JUDY RABINOVITZ*
AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
4  New York, NY  10004
Telephone:  (212) 549-2618
5  Facsimile:  (212) 549-2654

6  CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
7  IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
8  San Francisco, CA  94111
Telephone: (415) 343-0775
9  Facsimile: (415) 395-0950

10  JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
11  IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
12  559 Nathan Abbott Way
Stanford, CA 94305-8610
13  Telephone: (650) 724-2442
Facsimile: (650) 723-4426
14
STEVEN A. ELLIS (SBN 171742)
15  WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
16  SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
17  Los Angeles, California 90013-1010
Telephone:  (213) 896-6000
18  Facsimile:  (213) 896-6600

19  *Application for admission *pro hac vice* forthcoming

20

21

22

23

24

25

26

27

28

1 | Good cause having been shown in counsel's stipulation, it is hereby
2 | ORDERED that the March 15, 2010 hearing at 10:00 a.m. be continued to March
3 | 22, 2010 at 10:00 a.m.

5 | It is so ORDERED.

DATED: _____

HONORABLE TERRY J. HATTER
United States District Court Judge