TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director
Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
GJON JUNCAJ
Senior Litigation Counsel
Michigan Bar No. P63256
        P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-8514
        Facsimile: (202) 305-7000
        Email: gjon.juncaj@usdoj.gov

Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., ) | No. CV 07-03239 TJH (RNBx) |
| Plaintiff-Petitioner, ) | |
| v. ) | **STATUS REPORT** |
| JAMES HAYES, et al., ) | |
| Defendants-Respondents. ) | Hon. Terry J. Hatter, Jr. |

        This instant status report is respectfully presented by Defendants-Respondents ("Respondents"), through undersigned counsel for all Respondents, in order to note the automatic substitution of various Respondents pursuant to Federal Rule of Civil Procedure 25(d).  Specifically, the following individuals are automatically substituted as Respondents in this case:

        (1)        Eric H. Holder, Jr., United States Attorney General, is substituted for former United States Attorney General Alberto Gonzales;

1    (2)    Janet Napolitano, Secretary of the Department of Homeland Security

2         ("DHS"), is substituted for former DHS Secretary Michael Chertoff;

3    (3)    Trey Lund, Immigration and Customs Enforcement ("ICE") Field Office

4         Director for the Los Angeles District, is substituted for former ICE

5         Field Officer Director James Hayes.

6  At this time substitution is not necessary for remaining Respondents George

7  Molinar, Lee Baca, Paul Walters, and Sammy Jones.

8       Therefore, pursuant to Federal Rule of Civil Procedure 25(d), the docket

9  should reflect that Eric H. Holder, Jr., Janet Napolitano, and Trey Lund, are

10  substituted for their predecessors as Respondents in this case.

11

12  Dated: March 2, 2010                    Respectfully submitted,

13                                          TONY WEST
                                            Assistant Attorney General
14
                                            DAVID J. KLINE
15                                          Director
                                            Office of Immigration Litigation
16                                          District Court Section

17                                          VICTOR M. LAWRENCE
                                            Principal Assistant Director
18

19
                                            /s/ *Gjon Juncaj*
20                                          GJON JUNCAJ
                                            Senior Litigation Counsel
21                                          District Court Section
                                            Office of Immigration Litigation
22                                          Civil Division
                                            U.S. Department of Justice
23                                          P.O. Box 868, Ben Franklin Station
                                            Washington, D.C. 20044
24                                          Telephone: (202) 307-8514
                                            Facsimile: (202) 305-7000
25                                          Email: gjon.juncaj@usdoj.gov

26                                          Attorneys for Defendants-Respondents

27

28                                          2