PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Tel: (213) 977-9500
Fax: (213) 977-5297

Attorneys for Petitioner
(Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **AMENDED STIPULATION TO CONTINUE HEARING DATE TO MARCH 22, 2010** |
| v. | **[PROPOSED] ORDER** |
| JAMES HAYES, et al., | Honorable Terry J. Hatter |
| Respondents. | Hearing Date: March 15, 2010 |
| | Hearing Time: 10:00 a.m. |

1  Additional counsel:

2  JUDY RABINOVITZ*
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY  10004
   Telephone:  (212) 549-2618
5  Facsimile:  (212) 549-2654

6  CECILLIA D. WANG (SBN 187782)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
7  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
8  San Francisco, CA  94111
   Telephone: (415) 343-0775
9  Facsimile: (415) 395-0950

10 JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
11 IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
12 559 Nathan Abbott Way
   Stanford, CA 94305-8610
13 Telephone: (650) 724-2442
   Facsimile: (650) 723-4426
14
   STEVEN A. ELLIS (SBN 171742)
15 WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)
16 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
17 Los Angeles, California 90013-1010
   Telephone:  (213) 896-6000
18 Facsimile:  (213) 896-6600

19 *Application for admission *pro hac vice* forthcoming

20

21

22

23

24

25

26

27

28

1     Counsel for Respondents has requested to continue the motion to certify class and motion for discovery hearing from March 15, 2010 at 10:00 a.m. to March 22, 2010 at 10:00 a.m.

    Through last Friday, February 26, 2010, the parties attempted to reach an agreement in lieu of litigating the pending motions, but were unable to reach an agreement. Prior to those discussions, undersigned counsel for Respondents prepared and filed a Ninth Circuit brief on February 19, 2010, in the case of *Diouf v. Chertoff*, No. 09-56774 (9th Cir.). For these reasons, Respondents are respectfully requesting additional time to research, prepare and file a response to Petitioner's pending motion for discovery.

    Counsel for Petitioners does not oppose this request. Therefore, the parties hereby stipulate to continue the hearing date to March 22, 2010 at 10:00 a.m.

    It is so stipulated.

DATED: March 2, 2010      s/Ahilan T. Arulanantham
    AHILAN T. ARULANATHAM
    Attorney for Petitioners

DATED: March 2, 2010      *(signature)* - via authorization
    GJON JUNCAJ
    Attorney for Respondents