1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
4  Los Angeles, CA 90017
   Tel: (213) 977-9500
5  Fax: (213) 977-5297

6  Attorneys for Petitioner
   (Additional counsel listed on following page)
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10 **WESTERN DIVISION**

11

12 ALEJANDRO RODRIGUEZ, et al.,   )   No. CV 07-3239-TJH (RNBx)
                                   )
13           Petitioners,           )   **[PROPOSED] ORDER**
                                   )   **CONTINUING HEARING TO**
                                   )   **MARCH 22, 2010**
14     v.                           )
                                   )   Honorable Terry J. Hatter
15 JAMES HAYES, et al.,             )
                                   )   Hearing Date: March 15, 2010
16           Respondents.           )
   _____   )   Hearing Time: 10:00 a.m.
17

18

19

20

21

22

23

24

25

26

27

28

1  Additional counsel:

2  JUDY RABINOVITZ*
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY  10004
   Telephone:  (212) 549-2618
5  Facsimile:  (212) 549-2654

6  CECILLIA D. WANG (SBN 187782)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
7  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
8  San Francisco, CA  94111
   Telephone: (415) 343-0775
9  Facsimile: (415) 395-0950

10 JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
11 IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
12 559 Nathan Abbott Way
   Stanford, CA 94305-8610
13 Telephone: (650) 724-2442
   Facsimile: (650) 723-4426

14
   STEVEN A. ELLIS (SBN 171742)
15 WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)
16 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
17 Los Angeles, California 90013-1010
   Telephone:  (213) 896-6000
18 Facsimile:  (213) 896-6600

19 *Application for admission *pro hac vice* forthcoming

20

21

22

23

24

25

26

27

28

1  Good cause having been shown in counsel's stipulation, it is hereby
2  ORDERED that the March 15, 2010 motion to certify class and motion for
3  discovery hearing at 10:00 a.m. be continued to March 22, 2010 at 10:00 a.m.
4
5  It is so ORDERED.
6
7
8  DATED: _____
   HONORABLE TERRY J. HATTER
   United States District Court Judge