## Declaration of Bardis Vakili

I, Bardis Vakili, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am employed as an Immigrants' Rights Consultant at the American Civil Liberties Union of Southern California.

3. I have knowledge of 56 individuals in the Central District of California who have been detained for longer than six months pending completion of their removal proceedings and who have not received a hearing concerning whether or not their continued detention is justified.

4. Specifically, between my supervisor Ahilan Arulanantham, my predecessor Claudia Guevara, and myself, we have interviewed 56 individuals, either by phone or in person, at the Mira Loma, San Pedro, and Santa Ana detention facilities, who have been detained for longer than six months as of today and whose cases remain pending. Of these, 40 are detained at San Pedro Service Processing Center, 14 at the Mira Loma detention facility, and 2 at the Santa Ana facility. 13 of these detainees are from El Salvador, 9 from Mexico, 5 each from South Korea, Nigeria, and Guatemala, 3 each from Jamaica and Honduras, 2 each from the Philippines, Colombia, and China, and 1 each from England, Italy, Indonesia, Afghanistan, the Dominican Republic, the former Yugoslavia, and Fiji. I have verified that all of these detainees have pending removal cases, whether before an Immigration Judge, the Board of Immigration Appeals, the Ninth Circuit, or the Attorney General. None of these individuals are being detained under the special national security statutes that specifically authorize prolonged detention.

5. I have learned of these detainees subject to prolonged detention in varying ways. Often, detainees contact me directly when they learn that the ACLU can assist immigrants with detention issues. Sometimes, detainees' family members call me and ask me to interview their loved ones. In other cases, the detainees' immigration attorneys themselves have referred me to their clients' cases.

6. I have verified the length of detention in each case through review of court

EXHIBIT 6     11

EXHIBIT F     000184

1  documents given to me by the detainees themselves, their family members, and/or their attorneys.
2  I update this data on a continuous basis, such that I have confirmed the information concerning
3  each of the 56 detainees at some point within the last six weeks, and in almost every case within
4  the last two weeks.
5       7.   In addition, I have strong reason to believe that there are other detainees who have
6  been detained longer than six months and whose cases remain pending, for several reasons.
7  First, we have no systematic way of identifying detainees. We have learned of these detainees
8  because our contact information along with news about our work is spreading by word of mouth
9  in the facilities, but I have no reason to believe that that information spreads in a comprehensive
10 way throughout the facilities. Second, I am being continuously contacted by individuals seeking
11 assistance with their detention, some of whom have been held for close to or more than six
12 months. At this moment, I have a list of eight additional detainees at San Pedro and three at Mira
13 Loma, who claim to have been detained for longer than 6 months, but who I have not yet had a
14 chance to interview. Finally, I receive daily collect calls from the Santa Ana and Mira Loma
15 detention facilities that are unable to connect because my office is not currently able to accept
16 collect calls from these facilities. Because it is difficult for detainees in Mira Loma and Santa
17 Ana to place prepaid direct telephone calls, I suspect that many of these calls are made by
18 prolonged detainees who have learned of our work.

20   I declare under penalty of perjury of the laws of the State of California and the United
21 States that the foregoing is true and correct. Executed this 15th day of May, 2007 in Los
22 Angeles, California.

Bardis Vakili