# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3239 TJH (RNBx) | Date | March 9, 2010 |
|---|---|---|---|
| Title | Alejandro Rodriguez v. James Hayes, et al. | | |

| Present: The Honorable | TERRY J. HATTER, JR., United States District Court Judge |
|---|---|

| Joseph Remigio | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED AS TO CERTAIN DEFENDANTS FOR LACK OF PROSECUTION

This Order is issued pursuant to FRCP 4(m), which requires that plaintiff(s) serve the summons and complaint upon all defendants within 120 days after filing the complaint. The Court may dismiss the action if plaintiff(s) has/have not diligently prosecuted the action.

It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below. Accordingly, the Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than *March 16, 2010*, why this action should not be dismissed as to any unserved defendants for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will accept one of the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently:

> **Proof of service of the Summons and Complaint on the following defendants:**
> Lee Baca, Sheriff of Los Angeles County;
> Sammy Jones, Chief of the Custody Operations Division of the Los Angeles County Sheriff's Department; and
> Paul Walters, Chief of Police for the City of Santa Ana

A hearing on this Order to Show cause is set for *March 22, 2010, at 10:00 a.m.* absent a satisfactory response by Plaintiff/s to this Court's order.

IT IS SO ORDERED.

|   | : | 00 |
|---|---|---|
| Initials of Preparer | JRE | |