# EXHIBIT 18

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| AOR Code | Detention Facility Code | Detention Facility | Book In Date | Detention Days Stay | Final Order Yes No | Final Order Date | Criminal Yes No | Most Serious Criminal Charge | Citizenship Country Code | Gender Code |
|---|---|---|---|---|---|---|---|---|---|---|
| **SIX MONTHS** | | | | | | | | | | |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/29/2008 | 181 | NO | | YES | Assault | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/27/2008 | 183 | NO | | NO | | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/27/2008 | 183 | NO | | YES | Dangerous Drugs | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/25/2008 | 185 | NO | | YES | Dangerous Drugs | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/25/2008 | 185 | YES | 11/19/2008 | NO | | NICARAGUA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/24/2008 | 186 | NO | | NO | | MEXICO | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 7/24/2008 | 186 | | | NO | | JAMAICA | F |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/23/2008 | 187 | NO | | NO | | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/22/2008 | 188 | NO | | YES | Larceny | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/22/2008 | 188 | NO | | NO | | INDONESIA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/22/2008 | 188 | | | YES | Driving Under Influence Liquor | GUATEMALA | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 7/22/2008 | 188 | NO | | NO | | "CHINA, PEOPLES REPUBLIC OF" | F |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 7/22/2008 | 188 | YES | 10/25/1990 | NO | | ETHIOPIA | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/21/2008 | 189 | NO | | YES | Dangerous Drugs | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/21/2008 | 189 | NO | | YES | Vehicle Theft | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/21/2008 | 189 | NO | | YES | Dangerous Drugs | PHILIPPINES | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/21/2008 | 189 | YES | 12/15/2005 | NO | | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/18/2008 | 192 | NO | | YES | Cruelty Toward Child | MEXICO | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 7/17/2008 | 193 | NO | | YES | Dangerous Drugs | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/16/2008 | 194 | NO | | YES | Obstructing Court Order | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/16/2008 | 194 | NO | | YES | Assault | EL SALVADOR | M |
| Los Angeles Area of Responsibility | VENHOLD - VENTURA CUSTODY CASE | VENTURA CUSTODY CASE | 7/16/2008 | 194 | NO | | NO | | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/15/2008 | 195 | NO | | YES | Carrying Concealed Weapon | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/15/2008 | 195 | NO | | YES | Driving Under Influence Liquor | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/15/2008 | 195 | NO | | YES | Larceny | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/15/2008 | 195 | NO | | YES | Driving Under Influence Liquor | MEXICO | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 7/15/2008 | 195 | | | NO | | UNITED KINGDOM | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 7/15/2008 | 195 | | | NO | | UNITED KINGDOM | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 7/14/2008 | 196 | YES | | NO | | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/11/2008 | 199 | NO | | YES | Dangerous Drugs | PERU | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/11/2008 | 199 | NO | | YES | Simple Assault | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/10/2008 | 200 | NO | | YES | Amphetamine - Possession | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/10/2008 | 200 | NO | | YES | Larceny | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/10/2008 | 200 | NO | | YES | Sex Assault | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/9/2008 | 201 | NO | | YES | Traffic Offense | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/9/2008 | 201 | NO | | YES | Resisting Officer | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/8/2008 | 202 | NO | | YES | Dangerous Drugs | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/8/2008 | 202 | NO | | YES | Dangerous Drugs | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/8/2008 | 202 | NO | | YES | Statutory Rape - No Force | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/7/2008 | 203 | NO | | YES | Narcotic Equip - Possession | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/7/2008 | 203 | NO | | YES | Driving Under Influence Liquor | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/7/2008 | 203 | NO | | YES | Driving Under Influence Liquor | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/7/2008 | 203 | YES | 1/16/2009 | YES | Cocaine - Sell | DOMINICAN REPUBLIC | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/7/2008 | 203 | NO | | YES | Vehicle Theft | MEXICO | M |
|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/7/2008 | 203 | NO | | YES | Vehicle Theft | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/7/2008 | 203 | YES | 12/22/2008 | YES | Dangerous Drugs | ECUADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/7/2008 | 203 | NO | | YES | Sex Offense Against Child-Fondling | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/7/2008 | 203 | NO | | YES | Larceny | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/7/2008 | 203 | NO | | YES | Robbery | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/7/2008 | 203 | NO | | YES | Dangerous Drugs | GUATEMALA | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 7/7/2008 | 203 | NO | | NO | | BELIZE | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 7/6/2008 | 204 | NO | | NO | | HONDURAS | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 7/6/2008 | 204 | NO | | NO | | NIGERIA | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 7/3/2008 | 207 | YES | 9/30/1998 | NO | | "CHINA, PEOPLES REPUBLIC OF" | F |
| Los Angeles Area of Responsibility | CRITTCA - CRITTENDEN SERVICES | CRITTENDEN SERVICES | 7/2/2008 | 208 | NO | | NO | | GUATEMALA | F |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/2/2008 | 208 | NO | | NO | | STATELESS | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/2/2008 | 208 | NO | | NO | Illegal Entry | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/2/2008 | 208 | YES | 7/28/2008 | YES | Smuggling Aliens | "CHINA, PEOPLES REPUBLIC OF" | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/1/2008 | 209 | NO | | YES | Homicide | MEXICO | M |
|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/1/2008 | 209 | NO | | YES | Amphetamine - Sell | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/1/2008 | 209 | NO | | YES | Cruelty Toward Child | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/28/2008 | 212 | NO | | NO | | BANGLADESH | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/27/2008 | 213 | NO | | NO | | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/25/2008 | 215 | NO | | YES | Burglary | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/25/2008 | 215 | NO | | NO | | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/25/2008 | 215 | | | YES | Sex Assault | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/24/2008 | 216 | NO | | YES | Assault | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/23/2008 | 217 | YES | 11/26/2002 | YES | Dangerous Drugs | INDIA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/23/2008 | 217 | NO | | YES | Dangerous Drugs | MEXICO | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 6/23/2008 | 217 | NO | | YES | Robbery | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/21/2008 | 219 | NO | | YES | Cruelty Toward Child | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/18/2008 | 222 | YES | 9/3/2008 | YES | Public Order Crimes | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/18/2008 | 222 | NO | | YES | Kidnapping | MEXICO | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/18/2008 | 222 | NO | | YES | Extortion | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 6/18/2008 | 222 | YES | 7/18/2008 | YES | Burglary | KOREA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/16/2008 | 224 | NO | | YES | Dangerous Drugs | MEXICO | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 6/16/2008 | 224 | YES | 8/4/2008 | NO | | IRAN | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/12/2008 | 228 | NO | | NO | | EL SALVADOR | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 6/12/2008 | 228 | NO | | YES | Sex Assault - Sodomy-Girl-Strongarm | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/11/2008 | 229 | NO | | YES | Assault | EL SALVADOR | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 6/11/2008 | 229 | NO | | NO | | EL SALVADOR | M |
| Los Angeles Area of Responsibility | CRITTCA - CRITTENDEN SERVICES | CRITTENDEN SERVICES | 6/10/2008 | 230 | NO | | NO | | HONDURAS | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/10/2008 | 230 | NO | | NO | | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/9/2008 | 231 | NO | | YES | Fraud - Impersonating | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/9/2008 | 231 | NO | | YES | Marijuana - Possession | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/9/2008 | 231 | | | YES | Larceny | EL SALVADOR | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 6/9/2008 | 231 | YES | 1/10/2008 | YES | Crimes Against Person | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/6/2008 | 234 | NO | | YES | Firing Weapon | MEXICO | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 6/6/2008 | 234 | NO | | NO | | CANADA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/5/2008 | 235 | YES | 1/15/2009 | YES | Amphetamine - Possession | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/5/2008 | 235 | NO | | YES | Dangerous Drugs | EL SALVADOR | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 6/5/2008 | 235 | NO | | YES | Robbery - Street-Weapon | MEXICO | M |
| Los Angeles Area of Responsibility | CRITTCA - CRITTENDEN SERVICES | CRITTENDEN SERVICES | 6/4/2008 | 236 | NO | | NO | | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/3/2008 | 237 | NO | | YES | Cocaine | NIGERIA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/3/2008 | 237 | NO | | YES | Assault | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/2/2008 | 238 | | | NO | | HONDURAS | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 6/2/2008 | 238 | YES | 5/13/2008 | YES | Smuggling Aliens | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 6/1/2008 | 239 | NO | | NO | | IRAN | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/30/2008 | 241 | NO | | YES | Dangerous Drugs | PERU | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/28/2008 | 243 | NO | | YES | Amphetamine | MEXICO | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 5/28/2008 | 243 | NO | | YES | Cocaine | NIGERIA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/27/2008 | 244 | NO | | YES | Dangerous Drugs | MEXICO | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 5/27/2008 | 244 | NO | | YES | Cocaine | MEXICO | M |

| Los Angeles Area of Responsibility | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/22/2008 | 249 | NO | | YES | Crimes Against Person | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/21/2008 | 250 | NO | | YES | Larceny | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/21/2008 | 250 | NO | | YES | Driving Under Influence Liquor | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/21/2008 | 250 | YES | 9/24/2002 | NO | | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/21/2008 | 250 | NO | | YES | Weapon Offense | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/20/2008 | 251 | YES | 11/3/2008 | YES | Sex Offense Against Child-Fondling | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/19/2008 | 252 | NO | | YES | Cruelty Toward Wife | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/15/2008 | 256 | NO | | YES | Burglary - Forced Entry-Residence | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/14/2008 | 257 | YES | 7/31/2006 | YES | Counterfeiting Of (identify in comments) | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 5/14/2008 | 257 | YES | 12/11/2008 | NO | | PHILIPPINES | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 5/14/2008 | 257 | NO | | NO | | BELIZE | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 5/12/2008 | 259 | NO | | YES | Fraud | CANADA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/7/2008 | 264 | NO | | YES | Driving Under Influence Liquor | AFGHANISTAN | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/7/2008 | 264 | YES | 1/10/2002 | NO | | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 5/7/2008 | 264 | NO | | YES | Burglary | PHILIPPINES | M |

| Responsibility | Facility | Facility Name | Date | # | | Date 2 | | Charge | Country | Sex |
|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/6/2008 | 265 | YES | 9/20/2002 | NO | | CAMEROON | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/5/2008 | 266 | NO | | YES | Cruelty Toward Wife | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/5/2008 | 266 | NO | | YES | Burglary | GUATEMALA | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 5/5/2008 | 266 | YES | 12/1/1999 | YES | Burglary | NIGERIA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/4/2008 | 267 | NO | | YES | Witness - Dissuading | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/1/2008 | 270 | NO | | YES | Sex Assault | MEXICO | M |
| Los Angeles Area of Responsibility | CRITTCA - CRITTENDEN SERVICES | CRITTENDEN SERVICES | 4/30/2008 | 271 | NO | | NO | | HONDURAS | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/30/2008 | 271 | NO | | YES | Burglary | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/30/2008 | 271 | NO | | YES | Marijuana | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/23/2008 | 278 | YES | 9/25/2008 | YES | Disorderly Conduct | GUATEMALA | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 4/23/2008 | 278 | NO | | NO | | DOMINICAN REPUBLIC | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/22/2008 | 279 | NO | | YES | Assault | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/22/2008 | 279 | NO | | YES | Cruelty Toward Wife | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/21/2008 | 280 | NO | | YES | Cruelty Toward Wife | NICARAGUA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/17/2008 | 284 | NO | | YES | Larceny | EL SALVADOR | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/14/2008 | 287 | YES | 12/31/2008 | YES | Burglary | HAITI | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/11/2008 | 290 | NO | | YES | Forgery | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/10/2008 | 291 | YES | 12/8/2008 | YES | Cocaine | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/9/2008 | 292 | YES | 10/8/2002 | NO | | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/9/2008 | 292 | NO | | YES | Narcotic Equip - Possession | USSR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/9/2008 | 292 | NO | | YES | Cruelty Toward Child | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/9/2008 | 292 | NO | | NO | | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/7/2008 | 294 | NO | | YES | Dangerous Drugs | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/7/2008 | 294 | NO | | YES | Cocaine - Sell | PERU | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/7/2008 | 294 | NO | | NO | | COLOMBIA | M |
| Los Angeles Area of Responsibility | CRITTCA - CRITTENDEN SERVICES | CRITTENDEN SERVICES | 4/5/2008 | 296 | NO | | NO | | GUATEMALA | M |
| Los Angeles Area of Responsibility | CRITTCA - CRITTENDEN SERVICES | CRITTENDEN SERVICES | 4/5/2008 | 296 | NO | | NO | | HONDURAS | F |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/2/2008 | 299 | NO | | YES | Sex Assault | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/2/2008 | 299 | NO | | YES | Cruelty Toward Wife | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/1/2008 | 300 | NO | | YES | Cruelty Toward Child | TONGA | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | CRITTCA - CRITTENDEN SERVICES | CRITTENDEN SERVICES | 3/29/2008 | 303 | NO | | NO | | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 3/26/2008 | 306 | NO | | YES | Forgery | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 3/25/2008 | 307 | YES | 11/25/2008 | YES | Dangerous Drugs | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 3/25/2008 | 307 | NO | | YES | Carrying Concealed Weapon | MEXICO | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 3/21/2008 | 311 | YES | 2/8/2007 | YES | Possession Of Weapon | VIETNAM | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 3/20/2008 | 312 | NO | | YES | Statutory Rape - No Force | EL SALVADOR | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 3/19/2008 | 313 | YES | 9/25/2008 | YES | Robbery | HONDURAS | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 3/17/2008 | 315 | YES | 2/12/1988 | YES | Illegal Entry | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 3/14/2008 | 318 | NO | | YES | Firing Weapon | KOREA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 3/11/2008 | 321 | NO | | YES | Larceny | GERMANY | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 3/10/2008 | 322 | NO | | YES | Cruelty Toward Child | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 3/5/2008 | 327 | NO | | YES | Sex Assault | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 3/3/2008 | 329 | YES | 4/9/2008 | YES | Marijuana - Sell | HONG KONG | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 2/28/2008 | 333 | NO | | NO | | MEXICO | F |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/27/2008 | 334 | NO | | YES | Cocaine - Possession | GUATEMALA | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/27/2008 | 334 | NO | | YES | Dangerous Drugs | GUATEMALA | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 2/27/2008 | 334 | YES | | YES | Cruelty Toward Wife | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/26/2008 | 335 | NO | | YES | Illegal Entry | NICARAGUA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/25/2008 | 336 | NO | | YES | Marijuana - Possession | EL SALVADOR | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 2/24/2008 | 337 | NO | | NO | | MEXICO | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 2/24/2008 | 337 | YES | | NO | | MEXICO | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 2/24/2008 | 337 | NO | | NO | | MEXICO | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 2/24/2008 | 337 | NO | | NO | | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/23/2008 | 338 | YES | 9/20/1995 | NO | | BANGLADESH | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/22/2008 | 339 | YES | 11/20/2007 | NO | Smuggling Aliens | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/22/2008 | 339 | NO | | YES | Marijuana - Possession | EL SALVADOR | M |
| Los Angeles Area of Responsibility | VENHOLD - VENTURA CUSTODY CASE | VENTURA CUSTODY CASE | 2/21/2008 | 340 | NO | | NO | | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/19/2008 | 342 | NO | | YES | Burglary | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/19/2008 | 342 | YES | 10/28/2008 | YES | Cruelty Toward Child | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/19/2008 | 342 | NO | | YES | Statutory Rape - No Force | MEXICO | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| AOR Code | Detention Facility Code | Detention Facility | Book In Date | Detention Days - Stay | Final Order Yes No | Final Order Date | Criminal Yes No | Most Serious Criminal Charge | Citizenship Country Code | Gender Code |
|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 2/16/2008 | 345 | NO | | YES | Dangerous Drugs | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/11/2008 | 350 | YES | 7/16/2008 | YES | Fraud | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/8/2008 | 353 | YES | 3/6/2008 | YES | Marijuana - Possession | MEXICO | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 2/8/2008 | 353 | YES | 6/16/2008 | YES | Public Peace | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 2/6/2008 | 355 | NO | | YES | Intimidation | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/4/2008 | 357 | YES | 3/27/2008 | YES | Smuggling Aliens | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 1/31/2008 | 361 | NO | | NO | | JAMAICA | M |

## ONE YEAR

| AOR Code | Detention Facility Code | Detention Facility | Book In Date | Detention Days - Stay | Final Order Yes No | Final Order Date | Criminal Yes No | Most Serious Criminal Charge | Citizenship Country Code | Gender Code |
|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 1/30/2008 | 362 | NO | | YES | Marijuana - Sell | PAKISTAN | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 1/30/2008 | 362 | NO | | YES | Cocaine - Possession | INDIA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 1/29/2008 | 363 | NO | | YES | Simple Assault | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 1/25/2008 | 367 | YES | 2/11/2002 | NO | Intimidation | GEORGIA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 1/22/2008 | 370 | NO | | YES | Simple Assault | GUATEMALA | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 1/22/2008 | 370 | NO | | YES | Robbery | EL SALVADOR | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 1/14/2008 | 378 | YES | | YES | Sex Offense | HONDURAS | M |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 1/2/2008 | 390 | YES | 2/9/2004 | NO | | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 12/28/2007 | 395 | NO | | NO | | SRI LANKA | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 12/28/2007 | 395 | NO | | YES | Sex Assault | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 12/26/2007 | 397 | NO | | NO | | VIETNAM | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 12/26/2007 | 397 | YES | 10/27/2007 | YES | Counterfeiting Of (identify in comments) | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 12/20/2007 | 403 | NO | | YES | Burglary | BELIZE | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 12/7/2007 | 416 | NO | | YES | Dangerous Drugs | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 12/6/2007 | 417 | NO | | YES | Amphetamine - Possession | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 11/28/2007 | 425 | NO | | YES | Burglary | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 11/13/2007 | 440 | YES | 12/26/2008 | YES | Cocaine - Possession | KOREA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 11/5/2007 | 448 | NO | | YES | Amphetamine - Possession | GUATEMALA | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 10/31/2007 | 453 | YES | 12/1/2008 | YES | Larceny | IRAN | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 10/29/2007 | 455 | | | | | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 10/24/2007 | 460 | NO | | YES | Cocaine - Sell | VIETNAM | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 10/17/2007 | 467 | YES | 7/31/2008 | YES | Robbery | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 10/10/2007 | 474 | NO | | YES | Family Offense | ARGENTINA | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 10/4/2007 | 480 | YES | 10/31/2008 | YES | Property Crimes | JAMAICA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 9/28/2007 | 486 | YES | 12/7/2007 | YES | Heroin | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 9/27/2007 | 487 | YES | 5/17/1994 | YES | Driving Under Influence Liquor | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 9/25/2007 | 489 | NO | | YES | Driving Under Influence Liquor | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 9/12/2007 | 502 | NO | | YES | Carrying Prohibited Weapon | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 8/16/2007 | 529 | YES | 4/14/2003 | YES | Illegal Entry | INDIA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 8/15/2007 | 530 | YES | 6/9/2008 | YES | Fraud | RUSSIA | M |
| Los Angeles Area of Responsibility | CRITTCA - CRITTENDEN SERVICES | CRITTENDEN SERVICES | 8/9/2007 | 536 | NO | | NO | | HONDURAS | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/26/2007 | 550 | NO | | YES | Burglary | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/19/2007 | 557 | NO | | YES | Sex Offense Against Child-Fondling | VIETNAM | M |
| Los Angeles Area of Responsibility | CRITTCA - CRITTENDEN SERVICES | CRITTENDEN SERVICES | 7/13/2007 | 563 | NO | | NO | | GUATEMALA | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 6/12/2007 | 594 | NO | | YES | Aggravated Assault - Weapon | NICARAGUA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/30/2007 | 607 | NO | | NO | | SAUDI ARABIA | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

| Area | Facility Code | Facility | Date | ID | Flag1 | Date2 | Flag2 | Offense | Country | Sex |
|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/29/2007 | 608 | YES | 8/15/2008 | YES | Stolen Property | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/24/2007 | 613 | NO | | YES | Driving Under Influence Liquor | GUATEMALA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/24/2007 | 613 | NO | | YES | Receive Stolen Property | TONGA | M |
| Los Angeles Area of Responsibility | LOSHOLD - LOS CUST CASE | LOS CUST CASE | 5/21/2007 | 616 | YES | 5/23/2008 | YES | Immigration | SRI LANKA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 5/15/2007 | 622 | NO | | YES | Cruelty Toward Wife | INDIA | M |
| Atlanta Area of Responsibility | SBERNCA - SAN BERNARDINO CO. JAIL | SAN BERNARDINO CO. JAIL | 5/3/2007 | 634 | NO | | YES | Receive Stolen Property | MEXICO | M |
| Atlanta Area of Responsibility | SBERNCA - SAN BERNARDINO CO. JAIL | SAN BERNARDINO CO. JAIL | 5/3/2007 | 634 | NO | | YES | Receive Stolen Property | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/27/2007 | 640 | YES | 5/22/2008 | YES | Cruelty Toward Wife | COLOMBIA | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/18/2007 | 649 | YES | 12/22/2005 | YES | Rape - Strongarm | EL SALVADOR | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 4/17/2007 | 650 | NO | | YES | Kidnapping | NICARAGUA | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 4/13/2007 | 654 | NO | | YES | Assault | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 3/23/2007 | 675 | YES | 11/14/2007 | YES | Larceny | "CHINA, PEOPLES REPUBLIC OF" | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 3/20/2007 | 678 | NO | | YES | Cruelty Toward Wife | MEXICO | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 3/2/2007 | 696 | YES | 5/28/2008 | NO | | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 2/8/2007 | 718 | NO | | YES | Receive Stolen Property | GUATEMALA | M |

AP Snapshot Data re: Prolonged Detainees in C.D. Cal

## TWO YEARS

| AOR Code | Detention Facility Code | Detention Facility | Book In Date | Detention Days - Stay | Final Order Yes No | Final Order Date | Criminal Yes No | Most Serious Criminal Charge | Citizenship Country Code | Gender Code |
|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 11/16/2006 | 802 | NO | | YES | Amphetamine - Possession | GUATEMALA | M |
| Los Angeles Area of Responsibility | SACITCA - SANTA ANA CITY JAIL | SANTA ANA CITY JAIL | 8/14/2006 | 896 | YES | 1/6/2009 | YES | Robbery | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 7/2/2006 | 939 | YES | 5/7/2008 | NO | | SRI LANKA | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 6/26/2006 | 945 | YES | 4/10/2006 | YES | Sex Assault - Sodomy-Girl-Strongarm | EL SALVADOR | M |
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 4/5/2006 | 1027 | YES | 11/30/2006 | NO | | "CHINA, PEOPLES REPUBLIC OF" | M |

## THREE YEARS

| AOR Code | Detention Facility Code | Detention Facility | Book In Date | Detention Days - Stay | Final Order Yes No | Final Order Date | Criminal Yes No | Most Serious Criminal Charge | Citizenship Country Code | Gender Code |
|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles Area of Responsibility | LANCACA - MIRA LOMA DET.CENTER | MIRA LOMA DET.CENTER | 9/14/2005 | 1230 | YES | 10/12/1999 | YES | Fraud | KOREA | M |
| Los Angeles Area of Responsibility | SANANCA - SANTA ANA COUNTY JAIL | SANTA ANA COUNTY JAIL | 4/12/2005 | 1385 | NO | | YES | Aggravated Assault - Weapon | MEXICO | M |