1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
4  Los Angeles, CA 90017
   Tel: (213) 977-9500
5  Fax: (213) 977-5297

6  Attorneys for Petitioner
   (Additional counsel listed on following page)
7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10                  **WESTERN DIVISION**

11

12  ALEJANDRO RODRIGUEZ, et al.,     )   No. CV 07-3239-TJH (RNBx)
                                     )
13             Petitioners,          )   **PETITIONER'S RESPONSE TO**
                                     )   **COURT'S ORDER TO SHOW**
14       v.                          )   **CAUSE OF MARCH 9, 2010**
                                     )
15  TREY LUND, et al.,               )   Honorable Terry J. Hatter
                                     )
16             Respondents.          )   Hearing Date: March 15, 2010
    _____    )
17                                       Hearing Time: 10:00 a.m.

18

19

20

21

22

23

24

25

26

27

28

Additional counsel:

JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

STEVEN A. ELLIS (SBN 171742)
WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

## Petitioner's Response to Court's
## Order to Show Cause of March 9, 2010

Petitioner files this statement in response to the Court's Order to Show Cause of March 9, 2010, regarding Defendants Baca, Jones, and Walters. Petitioner has now served each of these Defendants, *see* Exhibit 19 (proofs of service, attached to this filing). This case should not be dismissed as to any of them, for the reasons that follow.

Petitioner did not initially serve these Defendants because it is the practice of the clerk's office in the Central District not to require service of defendants in habeas cases. When counsel undersigned has sought to serve defendants in such cases in the past, the clerk's office informed counsel that no such service was required because the Court effects service in habeas cases. Counsel undersigned has been unable to locate any written authority for this policy, although it may be based on the fact that the federal habeas statute provides that the Court must effect service in cases involving federal criminal prisoners attacking their criminal sentences. *See* 28 U.S.C. 2255 (directing that when a prisoner files a challenge to his federal criminal sentence under Section 2255, "[u]nless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief, the court shall cause notice thereof to be served upon the United States attorney").[1] Consistent with that approach, Magistrate Judge Eick, to whom this case was first assigned, entered an order directing all defendants to answer the petition on May 22, 2007. *See* Order Requiring Answer to Petition for Writ of Habeas Corpus, Docket # 5, *Rodriguez v. Hayes*, CV 07-03239 TJH (RNB) (C.D. Cal May 22, 2007). Based on that order, Petitioner assumed that Judge Eick had caused service to be effected prior to issuance of that order.

---

[1] By its terms Section 2255 does not apply to this case, as it governs challenges to federal criminal sentences.

1

1    After this Court issued its Order to Show Cause of March 9, 2010,
2 Petitioner served the operative complaint on each of the three defendants named in
3 the Court's order.  Petitioner has prosecuted the case against them with due
4 diligence in light of Judge Eick's order and Petitioner's reasonable belief that he
5 did not have to serve these Defendants.  For these reasons, he respectfully requests
6 that the Court refrain from dismissing this suit against them at this time.

                                              Respectfully submitted,

                                              ACLU OF SOUTHERN CALIFORNIA

DATED: March 16, 2010            s/Ahilan T. Arulanantham
                                              AHILAN T. ARULANATHAM
                                              Attorney for Petitioners