# Exhibit 19

| Attorney or Party without Attorney:<br>AHILAN T. ARULANANTHAM, ESQ., Bar #237841<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1616 BEVERLY BOULEVARD<br>LOS ANGELES, CA 90026<br>Telephone No: 213-977-9500    FAX No: 213-250-3919<br><br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | | | | |
| Plaintiff: ALEJANDRO RODRIGUEZ, ETC., ET AL. | | | | |
| Defendant: JAMES HAYES, ETC., ET AL. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV07-3239VAP(E) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the PETITION FOR WRIT OF HABEAS CORPUS CLASS ACTION; NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE (PETITION FOR WRIT OF HABEAS CORPUS); LETTER RE FILING H/C PETITION OR 28/2255 MOTION; NOTICE OF CORRECTED PETITION FOR WRIT OF HABEAS CORPUS CLASS ACTION; NOTICE OF RELATED CASES CLASS ACTION; NOTICE OF INTERESTED PARTIES CLASS ACTION.

3. a. Party served:           PAUL WALTERS, CHIEF OF POLICE FOR THE CITY OF SANTA ANA
   b. Person served:          ROSE ANN TRUJILLO, AGENT AUTHORIZED TO ACCEPT SERVICE ON
                              BEHALF OF CHIEF OF POLICE, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:   20 CIVIC CENTER plaza
                                         SUITE M-30
                                         SANTA ANA, CA 92702

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 11, 2010 (2) at: 3:20PM

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Thomas Gatewood                               d. **The Fee** for Service was:

   First Legal
   301 Civic Center Drive West                     e. I am: (3) registered California process server
   Santa Ana, CA 92701                                      (i)   Independent Contractor
   Telephone    (714) 541-1110                              (ii)  Registration No.:   2153
   Fax          (714) 541-8182                              (iii) County:             Orange
   www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Mar. 12, 2010                                                    *Thomas Gatewood*
                                                                               (Thomas Gatewood)

   Judicial Council Form                    PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007                                      4584965.ahiar.275072

| Attorney or Party without Attorney: <br> AHILAN T. ARULANANTHAM, ESQ., Bar #237841 <br> ACLU FOUNDATION OF SOUTHERN CALIFORNIA <br> 1616 BEVERLY BOULEVARD <br> LOS ANGELES, CA 90026 <br> Telephone No: 213-977-9500   FAX No: 213-250-3919 <br> Ref. No. or File No.: <br> Attorney for: Petitioner | For Court Use Only |
|---|---|

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Central District Of California |
| Petitioner: ALEJANDRO RODRIGUEZ, ETC., ET AL. |
| Respondent: JAMES HAYES, ETC., ET AL. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV07-3239VAP(E) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the PETITION FOR WRIT OF HABEAS CORPUS CLASS ACTION; NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE (PETITION FOR WRIT OF HABEAS CORPUS); LETTER RE FILING H/C PETITION OR 28/2255 MOTION; NOTICE OF CORRECTED PETITION FOR WRIT OF HABEAS CORPUS CLASS ACTION; NOTICE OF RELATED CASES CLASS ACTION; NOTICE OF INTERESTED PARTIES CLASS ACTION.

3. a. Party served:          LEE BACA, SHERIFF OF LOS ANGELES COUNTY
   b. Person served:         C. GONZALEZ, CIVIL LITIGATION SERGEANT AUTHORIZED TO ACCEPT
                             SERVICE, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:   4900 S. EASTERN AVE
                                         CITY OF COMMERCE, CA  90022

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 12, 2010 (2) at: 2:30PM

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CATHY JO GARCIA
   
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone    (213) 250-9111
   Fax          (213) 250-1197
   www.firstlegalnetwork.com

   d. *The Fee* for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:     5882
      (iii) County:               Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Mar. 15, 2010

                                                                          (CATHY JO GARCIA)
                                                                          4585133.ahiar.275186

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007                PROOF OF SERVICE

| Attorney or Party without Attorney:<br>AHILAN T. ARULANANTHAM, ESQ., Bar #237841<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1616 BEVERLY BOULEVARD<br>LOS ANGELES, CA 90026<br>Telephone No: 213-977-9500    FAX No: 213-250-3919 | For Court Use Only |
|---|---|
| Attorney for: Petitioner | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Central District Of California |

| Petitioner: ALEJANDRO RODRIGUEZ, ETC., ET AL. |
|---|
| Respondent: JAMES HAYES, ETC., ET AL. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV07-3239VAP(E) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the PETITION FOR WRIT OF HABEAS CORPUS CLASS ACTION; NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE (PETITION FOR WRIT OF HABEAS CORPUS); LETTER RE FILING H/C PETITION OR 28/2255 MOTION; NOTICE OF CORRECTED PETITION FOR WRIT OF HABEAS CORPUS CLASS ACTION; NOTICE OF RELATED CASES CLASS ACTION; NOTICE OF INTERESTED PARTIES CLASS ACTION.

3. a. Party served:       SAMMY JONES, CHIEF OF THE CUSTODY OPERATIONS DIVISION OF THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
   b. Person served:      SERGEANT BISAHA, BADGE# 223464, AUTHORIZED TO ACCEPT SERVICE, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:     450 BEAUCHET ST
                                           ROOM E801
                                           LOS ANGELES, CA 90001

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 12, 2010 (2) at: 4:56PM

7. **Person Who Served Papers:**         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL GARCIA
                                         d. *The Fee for Service was:*
   First Legal
   1511 West Beverly Blvd.               e. I am: Not a Registered California Process Server
   Los Angeles, CA 90026
   Telephone   (213) 250-9111
   Fax         (213) 250-1197
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Mar. 15, 2010

   Judicial Council Form                 PROOF OF SERVICE                 (MICHAEL GARCIA)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                 4585143.ahiar.275192