# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 07-03239-TJH (RNBx) | Date | March 22, 2010 |
| Title | *Alejandro Rodriguez v. James Hayes, et al.* | | |

Present: The Honorable   TERRY J. HATTER, JR., U.S. DISTRICT COURT JUDGE

| Joseph Remigio | Michelle Ortega |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioners: | Attorneys Present for Respondents: |
|---|---|
| Ahilan Arulanantham<br>Judy Rabinovitz<br>William Tran<br>Steven Ellis | Gjon Juncaj, AUSA |

**Proceedings:** STATUS CONFERENCE RE CLASS CERTIFICATION, DISCOVERY and ORDER TO SHOW CAUSE RE LACK OF PROSECUTION
(Non-Evidentiary; Held and Completed)

Case called and appearances made.  Court and counsel confer regarding service and representation of the State/County defendants in this matter.

Court and counsel also confer regarding class certification, sub-classes, and discovery issues.  Petitioner shall submit a proposed Order Re Class Certification for the Court's consideration.  The parties are to meet and confer regarding the submission of a stipulated proposed Protective Order.  Subject to a stipulated Protective Order, Government shall provide Petitioners with a list of names and "A" numbers, as stated on the record, within seven (7) court days.  Petitioner shall therefrom compile a representative number of claimants.

IT IS SO ORDERED.

                                                                             : 56

Initials of Preparer   JRE