PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys For Petitioner**
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No.: CV07 – 3239 TJH (RNBx) |
| Petitioners, | **NOTICE OF LODGING OF [PROPOSED] ORDER** |
| vs. | Assigned to: Hon. Terry J. Hatter |
| TREY LUND, et al.; | |
| Respondents. | Complaint Filed: 5/16/2007 |
| | Date: March 22, 2010<br>Time: 10:00 AM<br>Place: Courtroom 17 |

LA1 1772911v.2

| | |
|---|---|
| 1 | Additional Counsel: |
| 2 | JUDY RABINOVITZ |
|   | AMERICAN CIVIL LIBERTIES FOUNDATION |
| 3 | IMMIGRANTS' RIGHTS PROJECT |
|   | 125 Broad Street, 18th Floor |
| 4 | New York, NY 10004 |
|   | Telephone: (212) 549-2618 |
| 5 | Facsimile: (212) 549-2654 |
| 6 | JAYASHRI SRIKANTIAH (SBN 189566) |
|   | STANFORD LAW SCHOOL |
| 7 | IMMIGRANTS' RIGHTS CLINIC |
|   | Crown Quadrangle |
| 8 | 559 Nathan Abbott Way |
|   | Stanford, CA 94305-8610 |
| 9 | Telephone: (650) 724-2442 |
|   | Facsimile: (650) 723-4426 |
| 10 | |
|   | STEVEN A. ELLIS (SBN 171742) |
| 11 | WILLIAM TRAN (SBN 245104) |
|   | BRIAN K. WASHINGTON (SBN 248960) |
| 12 | SIDLEY AUSTIN LLP |
|   | 555 West Fifth Street, Suite 4000 |
| 13 | Los Angeles, California 90013-1010 |
|   | Telephone: (213) 896-6000 |
| 14 | Facsimile: (213) 896-6600 |

LA1 1772911v.2

Pursuant to this Court's request at the status conference regarding class certification and discovery held on March 22, 2010, Petitioner Alejandro Rodriguez ("Petitioner") respectfully submits the attached proposed order. The attached proposed order includes a class definition that is identical to the class definition contained in the proposed order originally submitted by Petitioner on June 25, 2007 in conjunction with the class certification motion at issue in the Ninth Circuit decision in <u>Rodriguez v. Hayes</u>, 591 F.3d 1105 (9th Cir. 2010).

Dated: March 26, 2010

Respectfully submitted,

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By: _____ /WT/
Ahilan Arulanantham
Attorneys for Petitioner

Dated: March 26, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____
William Tran
Attorneys for Petitioner

LA1 1772911v.2

# [PROPOSED] ORDER

The Court has considered all of the parties' briefing, evidence, and arguments in this case to this point, as well as the authorities cited in support of their positions, including the Ninth Circuit decision in <u>Rodriguez v. Hayes</u>, 591 F.3d 1105 (9th Cir. 2010). Upon due consideration, the Court hereby GRANTS Petitioner's motion for class certification, and orders as follows:

___ The Court names Petitioner Alejandro Rodriguez as class representative.

___ The Court names Petitioner's counsel as class counsel ("Class Counsel").

___ The Court certifies a class consisting of all non-citizens within this District who 1) are or will be detained for longer than six months pursuant to one of the general immigration detention statutes pending completion of removal proceedings, including judicial review, and 2) have not been afforded a hearing to determine whether their prolonged detention is justified. The class does not include any immigrant detained under the specific national security detention statutes. <u>See</u> 8 U.S.C. 1226a; 8 U.S.C. 1537.

IT IS SO ORDERED.

_____

The Honorable Terry J. Hatter

Date: _____