# [PROPOSED] ORDER

The Court has considered all of the parties' briefing, evidence, and arguments in this case to this point, as well as the authorities cited in support of their positions, including the Ninth Circuit decision in <u>Rodriguez v. Hayes</u>, 591 F.3d 1105 (9th Cir. 2010). Upon due consideration, the Court hereby GRANTS Petitioner's motion for class certification, and orders as follows:

____ The Court names Petitioner Alejandro Rodriguez as class representative.

____ The Court names Petitioner's counsel as class counsel ("Class Counsel").

____ The Court certifies a class consisting of all non-citizens within this District who 1) are or will be detained for longer than six months pursuant to one of the general immigration detention statutes pending completion of removal proceedings, including judicial review, and 2) have not been afforded a hearing to determine whether their prolonged detention is justified. The class does not include any immigrant detained under the specific national security detention statutes. <u>See</u> 8 U.S.C. 1226a; 8 U.S.C. 1537.

IT IS SO ORDERED.

_____

The Honorable Terry J. Hatter

Date: _____