1  TONY WEST
   Assistant Attorney General, Civil Division
2  DAVID J. KLINE
   Director
3  Office of Immigration Litigation
   District Court Section
4  VICTOR M. LAWRENCE
   Principal Assistant Director
5  GJON JUNCAJ
   Senior Litigation Counsel
6  Michigan Bar No. P63256

7              P.O. Box 868, Ben Franklin Station
               Washington, D.C. 20044
8              Telephone: (202) 307-8514
               Facsimile: (202) 305-7000
9              Email: gjon.juncaj@usdoj.gov

10 Attorneys for Respondents

11
                  UNITED STATES DISTRICT COURT
12
                 CENTRAL DISTRICT OF CALIFORNIA
13
                        WESTERN DIVISION
14

15 ALEJANDRO RODRIGUEZ, et al.,      )   No. CV 07-3239-TJH (RNBx)
                                     )
16              Petitioners,         )   **STATUS REPORT REGARDING**
                                     )   **REPRESENTATION OF CITY AND**
17                                   )   **COUNTY RESPONDENTS**
                                     )
18        v.                         )   Honorable Terry J. Hatter, Jr.
                                     )
19 TREY LUND, et al.,                )   Hearing Date: None
                                     )
20              Respondents.         )
   _____ )

21

22
           At a status conference held on Monday, March 22, 2010, undersigned
23
   counsel stated he would advise the Court before the end of the week regarding the
24
   representation of named Respondents Lee Baca, Los Angeles County Sheriff; Paul
25
   Walters, Chief of Police for the City of Santa Ana, California; and Sammy Jones,
26
   Chief of the Custody Operations Division of the Los Angeles County
27
   Sheriff's Department (retired).  This status report is respectfully presented to

1  update the Court on that matter.

2      Undersigned counsel has been in communication with city and county

3  attorneys in order to confirm representation of Respondents Baca, Walters, and

4  Jones.  It is now determined that undersigned counsel, Gjon Juncaj, shall represent

5  named Respondents Paul Walters, Lee Baca, and Sammy Jones in this case.

6  Furthermore, in its March 9, 2010 Order To Show Cause, this Court raised the

7  issue of service on Respondents Baca, Walters, and Jones.  See Doc. 62.

8  Respondents intend to state their position on the matter of service no later than

9  Wednesday, March 31, 2010.

10

11  Dated: March 26, 2010                    Respectfully submitted,

12                                           TONY WEST
                                             Assistant Attorney General
13
                                             DAVID J. KLINE
14                                           Director
                                             Office of Immigration Litigation
15                                           District Court Section

16                                           VICTOR M. LAWRENCE
                                             Principal Assistant Director
17

18
                                             /s/ Gjon Juncaj
19                                           GJON JUNCAJ
                                             Senior Litigation Counsel
20                                           District Court Section
                                             Office of Immigration Litigation
21                                           Civil Division
                                             U.S. Department of Justice
22                                           P.O. Box 868, Ben Franklin Station
                                             Washington, D.C. 20044
23                                           Telephone: (202) 307-8514
                                             Facsimile: (202) 305-7000
24                                           Email: gjon.juncaj@usdoj.gov

25                                           Attorneys for Respondents

26

27