1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
4  Los Angeles, CA 90017
   Tel: (213) 977-9500
5  Fax: (213) 977-5297

6  Attorneys for Petitioner
   (Additional counsel listed on following page)
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **WESTERN DIVISION**

11

12  ALEJANDRO RODRIGUEZ, et al.,        )   No. CV 07-3239-TJH (RNBx)
                                         )
13             Petitioners,              )   **NOTICE OF LODGING OF
                                         )   [PROPOSED] STIPULATED
14     v.                                )   PROTECTIVE ORDER
                                         )   CONCERNING ROSTER OF
15  TREY LUND, et al.,                   )   DETAINEES**
                                         )
16             Respondents.              )   Honorable Terry J. Hatter
    _____    )

17

18

19

20

21

22

23

24

25

26

27

28

Additional counsel:

JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

CECILLIA D. WANG (SBN 187782)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

STEVEN A. ELLIS (SBN 171742)
WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

1  Pursuant to the Court's minute order of March 22, 2010, the parties hereby
2  submit the attached proposed protective order concerning the disclosure of
3  identifying information for certain immigration detainees.  The parties were able
4  to agree as to the language of the protective order with one exception, which is
5  discussed in the first footnote of the order.

        Respectfully submitted,
        ACLU OF SOUTHERN CALIFORNIA

DATED: March 30, 2010        s/Ahilan T. Arulanantham
        AHILAN T. ARULANATHAM
        Attorney for Petitioners