**EXHIBIT A**

<u>ACKNOWLEDGMENT OF STIPULATED PROTECTIVE ORDER</u>

I, _____, am associated with the litigation in <u>Rodriguez, et al. v. Lund, et al.</u>, No. 07-cv-3239-TJH (RNBx) (C.D. Cal.) in the capacity of _____. I acknowledge reading and understanding the Stipulated Protective Order Concerning Roster of Detainees issued in <u>Rodriguez</u> on _____, and agree to be bound by all provisions thereof.

Executed this \_\_\_ day of _____ at _____.

SIGNATURE: _____