# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | CV 07-03239 TJH (RNBx) |
| Petitioners, | |
| v. | |
| JAMES HAYES, *et al.*, | Order |
| Respondents. | |

The Court has considered the responses to the Court's Order to Show Cause [62] regarding dismissal for Petitioners' failure to serve Defendants Lee Baca, Sammy Jones, and Paul Walters.

It is Ordered that Defendants Lee Baca, Sammy Jones, and Paul Walters be, and hereby are, Dismissed.

Date: April 5, 2010

_____
Terry J. Hatter, Jr.
Senior United States District Judge