# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> JAMES HAYES, *et al.*, <br><br> Respondents. | CV 07-03239 TJH (RNBx) <br><br><br> Class Certification Order |

    Pursuant to the decision of the Ninth Circuit Court of Appeals in *Rodriguez v. Hayes*, 591 F.3d 1105 (9th Cir. 2010), it is Ordered that the Petitioner Class be, and hereby is, Certified.

    It is further Ordered that the Class Representative shall be Alejandro Rodriguez.

    It is further Ordered that the Class's Counsel shall be Peter J Eliasberg, Ahilan T Arulanantham, Cecillia D Wang, Jayashri Srikantiah, Judy Rabinovitz, Monica M

Ramirez, Ranjana Nataranjan, Steven A. Ellis, William Tran, and Brian K. Washington.

It is further **Ordered** that the Class shall consist of all non-citizens within the Central District of California who: (1) are or were detained for longer than six months pursuant to one of the general immigration detention statutes pending completion of removal proceedings, including judicial review, (2) are not and have not been detained pursuant to a national security detention statute, and (3) have not been afforded a hearing to determine whether their detention is justified.

Date: April 5, 2010

_____
Terry J. Hatter, Jr.
Senior United States District Judge