UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3239TJH (RNBx) | Date | April 21, 2010 |
|---|---|---|---|
| Title | *Alejandro Rodriguez v. James Hayes, et al.* | | |

| Present: The Honorable | TERRY J. HATTER, JR., U.S. DISTRICT COURT JUDGE |
|---|---|

| Joseph Remigio | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) **ORDER REGARDING DISCOVERY AND SETTING FINAL PRETRIAL CONFERENCE**

This action shall be governed by the Federal Rules of Civil Procedure and the Local Rules of the Central District of California.

In light of the Stipulated Protective Order granted on 4-19-10, Petitioner's Motion for Discovery Related to Sub-Classes (filed 02-08-10) **[54]** is DENIED as MOOT, with leave to renew, if necessary.

It is Ordered that all discovery matters which become at issue are referred to *Magistrate Judge Robert N. Block* for his consideration. Please contact the courtroom deputy clerk to the Magistrate Judge regarding these matters.

It is Ordered, pursuant to Rule 16 of the Federal Rules of Civil Procedures and Local Rule 16, that the Final Pre-Trial Conference is placed on the Court's calendar for *October 18, 2010, at 10:00 a.m.*, in Courtroom No. 17 in the U. S. Courthouse on Spring Street.

Unless excused for good cause, each party appearing in this action shall be represented by the attorney who is to have charge of conducting the trial.

It is further Ordered that any application or stipulation to continue the Final Pre-Trial Conference shall be lodged with the court no later than one week prior to the Conference date, and shall state the reason for seeking the continuance.

cc: Magistrate Robert N. Block

| | : | 00 |
|---|---|---|
| Initials of Preparer | JRE | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3239TJH (RNBx) | Date | April 21, 2010 |
|---|---|---|---|
| Title | *Alejandro Rodriguez v. James Hayes, et al.* | | |

(continued on next page)

      The Court does not issue a scheduling order or set a status conference regarding the management of cases. Counsel are to come to an agreement regarding these dates to comply with FRCvP26 and Local Rule 16 in order to prepare for the Final Pre-Trial Conference. If discovery has not been completed by the time of the Final Pre-Trial Conference, the COURT will set dates for discovery cutoff, the filing of any anticipated pre-trial motions and for trial which could be a date four to six months from the day of the Final Pre-Trial Conference.

      Please review the attached Memorandum for further information regarding Judge Hatter's requirements and guidelines.

cc: Magistrate Robert N. Block

                                                                             : 00

Initials of Preparer      JRE

# **MEMORANDUM**

TO: COUNSEL OF RECORD (Including any Pro Se attorneys)

FROM: Joe Remigio,
Court Clerk to the Honorable Judge Hatter
(www.cacd.uscourts.gov)

RE: Procedural Rules for Judge Hatter's cases

---

**MOTIONS**:

All motions shall stand submitted, without hearing oral arguments, as of the calendared date of the motion. If Judge Hatter desires to hear oral arguments, the motion will be set by written notification to counsel for a date other than the calendared date of the motion.

Please notice the motion for a Monday, <u>excluding legal holidays</u>, and comply with the Local Rules as to service and filing of the motion. Where you will indicate the time of the hearing, please insert "Taken Under Submission".

When a decision has been made, copies of the order and/or judgment will be sent to all counsel of record via the CM/ECF system. PLEASE REFRAIN from calling the court clerk regarding the status of the motion. See Local Rule 83-9.2.

Please do not lodge deposition transcripts in conjunction with a motion. If Judge Hatter finds it necessary to review a deposition, counsel will be contacted.

**EX PARTE APPLICATIONS**:

Please comply with the Local Rules except as to the date and time for a hearing. Judge Hatter will determine whether a hearing is necessary after he has reviewed the application. If there is to be a hearing, counsel will be contacted as to date and time.

When opposing counsel has been notified of an ex-parte application and would like to submit a written objection, please contact the court clerk immediately and counsel will be given, at least, one day to file it.

**DISCOVERY MATTERS/MOTIONS**:

All discovery matters which become at issue are referred to the magistrate judge assigned

to the case for his or her determination. The initials in parentheses in the case number indicates the name for the magistrate judge. Please contact the court clerk for the magistrate judge regarding these matters.

**SCHEDULING CONFERENCE / PRE-TRIAL CONFERENCE:**

Judge Hatter does not set a scheduling conference. When the matter becomes at issue or the majority of the pleadings have been filed, the Final Pre-trial Conference will be set. **The Joint Proposed Pretrial Conference Order** is to be lodged with the court no later than SEVEN days prior to the Final Pre-trial Conference hearing. Failure to comply with the Court's Order may result in the imposition of **sanctions**.

**SETTLEMENT:**

Please comply with Local Rule 16-15.7 and be prepared to file a Notice of Settlement with an estimated time in which you will file the Order of dismissal.

**NAMES OF REPORTERS:**

The name of the reporter for a hearing may be obtained from the Minutes of the hearing which can be obtained from the CM/ECF or PACER on the Central District of California's website (www.cacd.uscourts.gov). Court reporters contact information are also available on the Court's website.

**COURTESY COPIES:**

Mandatory courtesy copies of all electronic filed documents will be delivered, with the notice of electronic filing attached, to the Clerk's Office, on the Main Street level, Attention: Joseph Remigio for Judge Hatter. Additionally, for any filings requiring a proposed order, an electronic word processing version must be emailed to Judge Hatter's chambers email inbox at tjh_chambers@cacd.uscourts.gov. The subject line should appropriately indicate the nature of the document (example: CV 00-1234 [PROPOSED ORDER] Stip to Continue).

**TRIALS:**

    **Exhibits and Witness Lists**

On the first day of trial, please bring with you the following:

    1.    All exhibits, already marked (witness copy). Exhibit Tags may be obtained from

the Civil Intake Division of the Clerk's Office. Affix them to the lower right-hand corner of the exhibit.;

    2.    Bench copy of all tagged exhibits. Place them in a binder with tabs corresponding to the exhibit numbers;

    3.    Copies of depositions that are to be used for any purpose (original or a copy for the witness and a copy for the judge);

    4.    Three clean copies of your witness list for Court use (); and

    5.    Three clean copies of your exhibit list (no headers of filing marks; to include columns identifying the exhibit number, description of the exhibit, date identified and date admitted/received).

Counsel should email word processing versions of the witness and exhibit lists to the courtroom deputy clerk no later than a day before trial at tjh_chambers@cacd.uscourts.gov and appropriately indicate the nature of the document in the subject line (example: CV 00-1234 Defendant's Exhibit List)

**Lodging Deposition Transcripts**

If they are to be used during a trial, LODGE them 7 days prior to the trial. If a deposition is to be used in lieu of live testimony, please indicate the designated portions by any means other than color-coded. Judge Hatter is "color ignorant". You may designate the portions by listing them on a separate sheet.

**Voir Dire Questions**

All proposed Voir Dire questions should be filed 5 days prior to the trial.

**Jury Instructions**

PLEASE comply with the ORDER regarding instructions issued after a trial date has been set (at the Final Pretrial Conference).

**Trial Days and Hours**

Tuesdays through Fridays; Begin at 9:00 a.m. (except for the 1st day - at 10:00 a.m.)

There will be a mid-morning and mid-afternoon recess.

Adjourn between 5:00 p.m. and 6:00 p.m.

**Impaneling of Jury / Conduct of Counsel**

On the first day of trial, Judge Hatter will instruct counsel as to voir dire procedures, expected conduct of counsel during trial, and other relevant matters. Always stand and approach the podium when addressing the court.