TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
GJON JUNCAJ
Senior Litigation Counsel
THEODORE W. ATKINSON (DC 458963)
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 532-4135
Fax:  (202) 305-7000
E-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*;<br><br>JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and<br><br>ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*,<br><br>    Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>JOINT STIPULATION FOR EXTENSION OF TIME TO FILE FED. R. CIV. P. 26(f) REPORT |

    Petitioners and Respondents jointly stipulate and request that this Court enter the accompanying proposed order that continues the date for the filing of the Joint Report pursuant to Fed. R. Civ. P. 26(f) from July 7, 2010 to July 9, 2010.

Good cause exists for the two-day extension. The parties conferred pursuant to Fed. R. Civ. P. 26(f) on June 23, 2010. On Monday, June 28, 2010, Petitioners provided counsel for Respondents with a draft of the Rule 26(f) Joint Report. Respondents were unable to complete revisions to the Joint Report and finalize review by Friday, July 2, 2010. Due to the intervening Independence Day holiday and the unavailability of several counsel for Respondents on Tuesday, July 6, 2010, revisions are expected to be provided to Petitioners on July 7, 2010 at noon. However, this schedule does not permit sufficient time for the parties to confer on Respondent's revisions. Further, counsel for Petitioners are unavailable on other matters on July 7, 2010. Therefore, the parties request two additional days to complete the Rule 26(f) Joint Report.

For these reasons the parties jointly request that the Court enter the accompanying proposed order, which extends the date for the filing of the Rule 26(f) Joint Report by two days from July 7, 2010 to July 9, 2010.

For Petitioners:

By: */s/ Ahilan Arulanantham*
AHILAN T. ARULANANTHAM
ACLU OF SOUTHERN
CALIFORNIA

For Respondents:

TONY WEST
Assistant Attorney General

DAVID J. KLINE
Director,
Office of Immigration Litigation
District Court Section

GJON JUNCAJ
Senior Litigation Counsel

*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4135
Fax: (202) 305-7000
e-mail: theodore.atkinson@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2010, I filed the foregoing with this Court through the Court's ECF/CM filing system, which caused a copy to be served electronically on the following:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Cecillia D. Wang
ACLU Foundation Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
415-343-0775
Email: cwang@aclu.org

Monica M. Ramirez
ACLU Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
415-343-0778
Email: mmramirez@stanfordalumni.org

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: wtran@sidley.com

Peter J. Eliasberg
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: peliasberg@aclu-sc.org

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

*/s/ Theodore w. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice