TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
GJON JUNCAJ
Senior Litigation Counsel
THEODORE W. ATKINSON (DC 458963)
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4135
Fax: (202) 305-7000
E-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> TIMOTHY S. ROBBINS, *et al.,* <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> [Proposed] ORDER GRANTING EXTENSION OF TIME TO FILE FED. R. CIV. P. 26(f) REPORT <br><br> BEFORE THE HONORABLE ROBERT N. BLOCK |

1   Before the Court is the parties' joint stipulation to extend the date for the
2 filing of their joint report pursuant to Fed. R. Civ. P. 26(f).  For the reasons stated
3 in the parties' joint stipulation, good cause is shown, and the extension is
4 GRANTED.
5   The parties shall file their joint report pursuant to Fed. R. Civ. P. 26(f) on or
6 before July 9, 2010.
7   IT IS SO ORDERED.

9 DATED: _____

12                                                                      _____
                                                                        ROBERT N. BLOCK
13                                                                      UNITED STATES MAGISTRATE JUDGE

15 Presented by:
   TONY WEST
16 Assistant Attorney General
   DAVID J. KLINE
17 Director, Office of Immigration Litigation
   District Court Section
18 GJON JUNCAJ
   Senior Litigation Counsel
19 */s/ Theodore W. Atkinson*
   THEODORE W. ATKINSON
20 Senior Litigation Counsel
   P.O. Box 868, Ben Franklin Station
21 Washington, D.C. 20044
   Tel: (202) 532-4135
22 Fax: (202) 305-7000
   e-mail: theodore.atkinson@usdoj.gov

   Attorneys for Respondents