| | |
|---|---|
| 1 | AHILAN T. ARULANANTHAM (SBN 237841) |
| 2 | Email: aarulanantham@aclu-sc.org<br>JENNIFER STARK (SBN 267062) |
| 3 | Email: jstark@aclu-sc.org<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA |
| 4 | 1313 West 8th Street<br>Los Angeles, CA 90017 |
| 5 | Tel: (213) 977-5211<br>Fax: (213) 977-5297 |
| 6 | **Attorneys For Petitioners** |
| 7 | (Additional counsel listed on following page) |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| 12 | ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AMAYA, for themselves and on behalf of a class of similarly-situated individuals, | Case No. CV 07-3239-TJH (RNBx)<br>**AMENDED NOTICE OF INTERESTED PARTIES**<br>Honorable Terry J. Hatter |
| 16 | Petitioners, | |
| 17 | v. | |
| 18 | ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail, | |
| | Respondents. | |

Additional Counsel:

JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

STEVEN A. ELLIS (SBN 171742)
WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

## AMENDED NOTICE OF INTERESTED PARTIES

The undersigned counsel of record for Plaintiffs certifies that the following listed parties have a direct interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection and Interest |
|---|---|
| Alejandro Rodriguez | Petitioner |
| Abdirizak Aden Farah | Petitioner |
| Yussuf Abdikadir | Petitioner |
| Abel Perez Ruelas | Petitioner |
| Jose Farias Cornejo | Petitioner |
| Angel Armando Amaya, | Petitioner |
| Eric Holder | Respondent |
| Janet Napolitano | Respondent |
| Thomas G. Snow | Respondent |
| Timothy Robbins | Respondent |
| Wesley Lee | Respondent |
| Rodney Penner | Respondent |
| Sandra Hutchens | Respondent |
| Officer Nguyen | Respondent |
| Captain Davis Nighswonger | Respondent |
| Captain Mike Kreuger | Respondent |
| Arthur Edwards | Respondent |
| Russell Davis | Respondent |

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: September 7, 2010

By _____
AHILAN T. ARULANANTHAM
Counsel for Petitioners