1 | AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
2 | JENNIFER STARK (SBN 267062)
Email: jstark@aclu-sc.org
3 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
4 | Los Angeles, CA 90017
Tel: (213) 977-5211
5 | Fax: (213) 977-5297

6 | **Attorneys For Petitioners**
(Additional counsel listed on following page)
7 |

8 | UNITED STATES DISTRICT COURT

9 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

10 | WESTERN DIVISION

11 |
ALEJANDRO RODRIGUEZ, ) Case No. CV 07-3239-TJH (RNBx)
12 | ABDIRIZAK ADEN FARAH, YUSSUF )
ABDIKADIR, ABEL PEREZ RUELAS, ) **NOTICE OF ERRATA**
13 | JOSE FARIAS CORNEJO, ANGEL )
ARMANDO AMAYA, for themselves ) **CORRECTED SECOND AMENDED**
14 | and on behalf of a class of similarly- ) **COMPLAINT**
situated individuals, )
15 | ) Honorable Terry J. Hatter
Petitioners, )
16 | )
v. )
17 | )
ERIC HOLDER, United States Attorney )
18 | General; JANET NAPOLITANO, )
Secretary, Homeland Security; )
19 | THOMAS G. SNOW, Acting Director, )
Executive Office for Immigration )
20 | Review; TIMOTHY ROBBINS, Field )
Office Director, Los Angeles District, )
21 | Immigration and Customs Enforcement; )
WESLEY LEE, Officer-in-Charge, Mira )
22 | Loma Detention Center; et al.; RODNEY )
PENNER, Captain, Mira Loma )
23 | Detention Center; SANDRA )
HUTCHENS, Sheriff of Orange County; )
24 | OFFICER NGUYEN, Officer-in-Charge, )
Theo Lacy Facility; CAPTAIN DAVIS )
25 | NIGHSWONGER, Commander, Theo )
Lacy Facility; CAPTAIN MIKE )
26 | KREUGER, Operations Manager, James )
A. Musick Facility; ARTHUR )
27 | EDWARDS, Officer-in-Charge, Santa )
Ana City Jail; RUSSELL DAVIS, Jail )
28 | Administrator, Santa Ana City Jail, )
)
Respondents. )

1 | Additional Counsel:

2 | JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
3 | IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
4 | New York, NY 10004
Telephone: (212) 549-2618
5 | Facsimile: (212) 549-2654

6 | JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
7 | IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
8 | 559 Nathan Abbott Way
Stanford, CA 94305-8610
9 | Telephone: (650) 724-2442
Facsimile: (650) 723-4426
10 |
STEVEN A. ELLIS (SBN 171742)
11 | WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
12 | SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
13 | Los Angeles, California 90013-1010
Telephone: (213) 896-6000
14 | Facsimile: (213) 896-6600

15
16
17
18
19
20
21
22
23
24
25
26
27
28

# NOTICE OF ERRATA

To all involved parties in the above styled case, please take notice that Petitioners submitted an incorrect version of their Second Amended Complaint, Ordered filed on September 8, 2010, docket number 84. Petitioner has made corrections on pages 5, 11, 24 and 25.

Counsel for Respondent Theodore Atkinson has been notified of these changes, and has stated that the Respondents consent to the filing of this corrected complaint. Attached is the Corrected Second Amended Complaint, which should replace the Second Amended Complaint previously filed.

                                        Respectfully submitted,

                                        ACLU OF SOUTHERN CALIFORNIA

Dated:  September 10, 2010        By  Ahilan T. Arulanantham
                                              AHILAN T. ARULANANTHAM
                                              Counsel for Petitioners