**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 17 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, Petitioner - Appellant, v. JAMES HAYES, Immigration and Customs Enforcement Los Angeles District Field Officer Director; et al., Respondents - Appellees. | No. 08-56156<br><br>D.C. No. 2:07-CV-03239-TJH<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The motion of Michael Tan, Esq., for exemption from Ninth Circuit Rule 46-5 is granted.

KS/MOATT