TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON (DC 458963)
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 532-4135
Fax:  (202) 305-7000
E-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| v. | JOINT STIPULATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO SECOND AMENDED COMPLAINT |
| ERIC H. HOLDER, JR., *et al.*, | |
| Respondents. | |

Respondents request that this Court enter the accompanying proposed order enlarging the date for the filing of Respondents' Answer to the Second Amended Complaint [Dkt # 85] from September 21, 2010, to October 1, 2010.  Petitioner stipulates to the request, and to the enlargement.

Good cause exists for the enlargement. On September 9, 2010, this Court entered an order accepting the Second Amended Complaint as filed and deeming it fled as of September 8, 2010 [Dkt # 84].  The Second Amended Complaint

1   identifies specific sub-classes of the certified class, and names several proposed

2   new sub-class representatives.  Respondents require additional time to obtain and

3   review the administrative files of the proposed sub-class representatives to answer

4   the factual allegations regarding the proposed sub-class members identified in the

5   Second Amended Complaint.

6          For these reasons, the parties jointly request that the Court enter the

7   accompanying proposed order, which enlarges the date for Respondents to file their

8   answer from September 21, 2010 to October 1, 2010.

9   For Petitioners:                          For Respondents:

10

11  By: */s/ Judy Rabinovitz*                TONY WEST
    JUDY RABINOVITZ                           Assistant Attorney General
12  ACLU Immigrants' Rights Project
    125 Broad Street 18th Floor              DAVID J. KLINE
13  New York, NY 10004                       Director,
    212-549-2618                             Office of Immigration Litigation
14  Fax: 212-549-2654                        District Court Section
    Email: jrabinovitz@aclu.org
15                                           VICTOR M. LAWRENCE
                                             Principal Assistant Director
16
                                             */s/ Theodore W. Atkinson*
17                                           THEODORE W. ATKINSON
                                             Senior Litigation Counsel
18                                           P.O. Box 868, Ben Franklin Station
                                             Washington, D.C. 20044
19                                           Tel: (202) 532-4135
                                             Fax: (202) 305-7000
20                                           e-mail: theodore.atkinson@usdoj.gov

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2010, I filed the foregoing with this Court through the Court's ECF/CM filing system, which caused a copy to be served electronically on the following:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Cecillia D. Wang
ACLU Foundation Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
415-343-0775
Email: cwang@aclu.org

Monica M. Ramirez
ACLU Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
415-343-0778
Email: mmramirez@stanfordalumni.org

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: wtran@sidley.com

Peter J. Eliasberg
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: peliasberg@aclu-sc.org

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

/s/ Theodore w. Atkinson
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice