1  TONY WEST
   Assistant Attorney General,
2  Civil Division
   DAVID J. KLINE
3  Director
   VICTOR M. LAWRENCE
4  Principal Assistant Director
   THEODORE W. ATKINSON (DC 458963)
5  Senior Litigation Counsel
   United States Department of Justice
6  Office of Immigration Litigation
   District Court Section
7  P.O. Box 878, Ben Franklin Station
   Washington, D.C.  20044
8  Tel:  (202) 532-4135
   Fax:  (202) 305-7000
9  E-mail: theodore.atkinson@usdoj.gov

10  Attorneys for Respondents

11
                    UNITED STATES DISTRICT COURT
12
                   CENTRAL DISTRICT OF CALIFORNIA
13
                        WESTERN DIVISION
14

15  ALEJANDRO RODRIGUEZ, *et al.*,          Case No. CV 07-3239-TJH (RNBx)

16                  Petitioners,

17  v.                                       JOINT STIPULATION FOR
                                             ENLARGEMENT OF TIME TO FILE
18                                           ANSWER TO SECOND AMENDED
    ERIC H. HOLDER, JR., *et al.*,           COMPLAINT
19
                    Respondents.
20

21
         Respondents request that this Court enter the accompanying proposed order
22
    enlarging the date for the filing of Respondents' Answer to the Second Amended
23
    Complaint [Dkt # 85] from September 21, 2010, to October 1, 2010.  Petitioner
24
    stipulates to the request, and to the enlargement.
25
         Good cause exists for the enlargement. On September 9, 2010, this Court
26
    entered an order accepting the Second Amended Complaint as filed and deeming it
27
    fled as of September 8, 2010 [Dkt # 84].  The Second Amended Complaint
28

1   identifies specific sub-classes of the certified class, and names several proposed

2   new sub-class representatives.  Respondents require additional time to obtain and

3   review the administrative files of the proposed sub-class representatives to answer

4   the factual allegations regarding the proposed sub-class members identified in the

5   Second Amended Complaint.

6        For these reasons, the parties jointly request that the Court enter the

7   accompanying proposed order, which enlarges the date for Respondents to file their

8   answer from September 21, 2010 to October 1, 2010.

9   For Petitioners:                          For Respondents:

10

11  By: */s/ Judy Rabinovitz*                 TONY WEST
    JUDY RABINOVITZ                           Assistant Attorney General
    ACLU Immigrants' Rights Project
12  125 Broad Street 18th Floor               DAVID J. KLINE
    New York, NY 10004                        Director,
13  212-549-2618                              Office of Immigration Litigation
    Fax: 212-549-2654                         District Court Section
14  Email: jrabinovitz@aclu.org
                                              VICTOR M. LAWRENCE
15                                            Principal Assistant Director

16                                            */s/ Theodore W. Atkinson*
                                              THEODORE W. ATKINSON
17                                            Senior Litigation Counsel
                                              P.O. Box 868, Ben Franklin Station
18                                            Washington, D.C. 20044
                                              Tel: (202) 532-4135
19                                            Fax: (202) 305-7000
                                              e-mail: theodore.atkinson@usdoj.gov
20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

    I hereby certify that on September 30, 2010, I filed the foregoing with this
Court through the Court's ECF/CM filing system, which caused a copy to be served

3

electronically on the following:

4

Ahilan T. Arulanantham
ACLU Foundation of Southern

5

California
1616 Beverly Boulevard

6

Los Angeles, CA 90026
213-977-5211

7

Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

8

9

Jayashri Srikantiah
Stanford Law School

10

Immigrants' Rights Clinic,
Crown Quadrangle

11

559 Nathan Abbott Way
Stanford, CA 94305-8610

12

650-724-2442
Fax: 650-723-4426

13

Email: jsrikantiah@law.stanford.edu

14

Cecillia D. Wang
ACLU Foundation Immigrants Rights

15

Project
39 Drumm Street

16

San Francisco, CA 94111
415-343-0775

17

Email: cwang@aclu.org

18

Monica M. Ramirez
ACLU Immigrants Rights Project

19

39 Drumm Street
San Francisco, CA 94111

20

415-343-0778
Email: mmramirez@stanfordalumni.org

21

William Tran
Sidley Austin

22

555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010

23

213-816-6000
Fax: 213-896-6600

24

Email: wtran@sidley.com

25

Peter J. Eliasberg
ACLU Foundation of Southern
California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: peliasberg@aclu-sc.org

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

*/s/ Theodore w. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice

26

-

27

28