TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON (DC 458963)
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4135
Fax: (202) 305-7000
E-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07-3239-TJH (RNBx) |
|---|---|
| Petitioners, | [~~Proposed~~] ORDER GRANTING ENLARGEMENT OF TIME TO FILE ANSWER TO SECOND AMENDED COMPLAINT |
| v. | |
| ERIC H. HOLDER, JR., et al., | |
| Respondents. | BEFORE THE HONORABLE TERRY J. HATTER, JR. |

Before the Court is the parties' joint stipulation to enlarge the date for Respondents to file their Answer to the Second Amended Complaint, which was filed September 7, 2010. For the reasons stated in the parties' joint stipulation, good cause is shown, and the enlargement is GRANTED.

IT IS ORDERED that Respondents shall file their Answer to the Second Amended Complaint on or before October 1, 2010.

DATED: September 30, 2010

**TERRY J. HATTER, JR.**

_____
Terry J. Hatter, Jr.
Senior United States District Judge

Presented by:
TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4135
Fax: (202) 305-7000
e-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents