```
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
JENNIFER STARK (SBN 267062)
Email: jstark@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Tel: (213) 977-5211
Fax: (213) 977-5297
```

**Attorneys For Petitioners**
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**NOTICE OF ERRATA**<br><br>**SECOND CORRECTED SECOND AMENDED COMPLAINT**<br><br>Honorable Terry J. Hatter |

Additional Counsel:

JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

STEVEN A. ELLIS (SBN 171742)
WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**NOTICE OF ERRATA**

To all involved parties in the above styled case, please take notice that Petitioners submitted an incorrect version of their Corrected Second Amended Complaint, filed on September 9, 2010, docket number 87.

Counsel for Petitioners misspelled Petitioner Angel Armando Ayala's last name. Petitioner's correct name is Angel Armando "Ayala," not Angel Armando "Amaya." Petitioner informed Respondents' counsel Theodore Atkinson of this error on September 21, 2010. Every reference to "Amaya" has been changed to "Ayala" throughout the complaint.

Petitioners also changed the word "Petitioner" to "Petitioners" on pages 7 and 32 of the complaint, to reflect the fact that there are multiple named class representatives in this case. Petitioner informed Respondents' counsel Theodore Atkinson of these errors on September 22, 2010.

On October 4, 2010 Respondents' counsel Theodore Atkinson stated that the Respondents consent to the filing of this corrected complaint. Attached is the Second Corrected Second Amended Complaint, which should replace the Corrected Second Amended Complaint previously filed.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: October 6, 2010        By Ahilan T. Arulanantham
                                 AHILAN T. ARULANANTHAM
                                 Counsel for Petitioners