1  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
2  JENNIFER STARK (SBN 267062)
   Email: jstark@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, CA 90017
   Tel: (213) 977-5211
5  Fax: (213) 977-5297

6  **Attorneys For Petitioners**
   (Additional counsel listed on following page)
7

8              UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                     WESTERN DIVISION

11

12  ALEJANDRO RODRIGUEZ, ) Case No. CV 07-3239-TJH (RNBx)
13  ABDIRIZAK ADEN FARAH, YUSSUF )
    ABDIKADIR, ABEL PEREZ RUELAS, ) **[PROPOSED] ORDER CONTINUING**
14  JOSE FARIAS CORNEJO, ANGEL ) **FINAL PRE-TRIAL CONFERENCE**
    ARMANDO AYALA, *for themselves* )
15  *and on behalf of a class of similarly-* ) Honorable Terry J. Hatter
    *situated individuals*, )
16                                          )
            Petitioners,                    )
17                                          )
         v.                                 )
18                                          )
    ERIC H. HOLDER, JR., in his official )
19  capacity as *United States Attorney* )
    *General, et al.* )
20                                          )
            Respondents.                    )
21  _____)

22

23

24

25

26

27

28

1  Additional Counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY 10004
   Telephone: (212) 549-2618
5  Facsimile: (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone: (650) 724-2442
   Facsimile: (650) 723-4426
10
   STEVEN A. ELLIS (SBN 171742)
11 WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Good cause having been shown in the Joint Stipulation to Continue the Final
2 | Pre-Trial Conference, the conference is continued from October 18, 2010 at 10 a.m.,
3 | to February 21, 2011 at _____ a.m.
4 |
5 | [or, in the alternative]
6 |
7 | Good cause having been shown in the Joint Stipulation to Continue the Final
8 | Pre Trial Conference, the conference scheduled for October 18, 2010 at 10 a.m. is
9 | taken off calendar, and a status conference is scheduled for _____ at
10 | _____ a.m.
11 |
12 | It is so ORDERED.
13 |
14 | Dated: October ___, 2010               _____
15 |                                         HONORABLE TERRY J. HATTER
                                            United States District Court Judge