UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **[PROPOSED] ORDER GRANTING RESPONDENTS' EX PARTE APPLICATION TO STAY DISCOVERY** |
| v. | |
| ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, et al., | |
| Respondents. | |

IT IS HEREBY ORDERED that Respondents' Ex Parte Motion is GRANTED.  Discovery is hereby stayed until further order of this Court.

IT IS FURTHER ORDERED that Petitioners shall file their motion for sub-class certification on or before October 25, 2010, and Respondents shall file their Fed. R. Civ. P. 12(c) motion for judgment on the pleadings pursuant to on or before November 8, 2010.

SO ORDERED.

DATED: October _____, 2010

_____
Hon. Terry J. Hatter
United States District Judge

[Proposed] Order
No. CV 07-3239-TJH (RNBx)

PRESENTED BY:


TONY WEST
Assistant Attorney General,
Civil Division

DAVID J. KLINE
Director

VICTOR M. LAWRENCE
Principal Assistant Director

THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4135
Fax: (202) 305-7000

Attorneys for Respondents