UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3239-TJH (RNBx) | Date | October 14, 2010 |
|---|---|---|---|
| Title | *Alejandro Rodriguez v. James Hayes et al* | | |

| Present: The Honorable | TERRY J. HATTER, JR., U.S. DISTRICT COURT JUDGE |
|---|---|

| Karen Park | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)

     On the Court's own motion, a Status Conference is set for Monday, October 18, 2010, at 10:00 a.m. Parties are ordered to appear at the Status Conference on October 18, 2010, at 10:00 a.m.

     IT IS SO ORDERED.

                                                                               :    00

Initials of Preparer   KPA

cc: