1  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
2  JENNIFER STARK (SBN 267062)
   Email: jstark@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, CA 90017
   Tel: (213) 977-5211
5  Fax: (213) 977-5297

6  **Attorneys For Petitioners**
   (Additional counsel listed on following page)
7

8
9                    UNITED STATES DISTRICT COURT
10            FOR THE CENTRAL DISTRICT OF CALIFORNIA
11                          WESTERN DIVISION
12

13  ALEJANDRO RODRIGUEZ,                  )   Case No. CV 07-3239-TJH (RNBx)
14  ABDIRIZAK ADEN FARAH, YUSSUF          )
    ABDIKADIR, ABEL PEREZ RUELAS,         )   **NOTICE OF MOTION AND**
15  JOSE FARIAS CORNEJO, ANGEL            )   **MOTION FOR CLASS AND**
    ARMANDO AYALA,** *for themselves*     )   **SUBCLASS CERTIFICATION**
16  *and on behalf of a class of similarly-* )
    *situated individuals*,                )  **MEMORANDUM OF POINTS AND**
17                                         )  **AUTHORITIES**
              Petitioners,                 )
18                                         )  **PROPOSED ORDER**
         v.                                )
19                                         )   Honorable Terry J. Hatter
    ERIC H. HOLDER, JR., in his official   )
20  capacity as *United States Attorney*   )   Hearing Date: December 6, 2010
    *General, et al.*                      )
21                                         )   Hearing Time: UNDER SUBMISSION
              Respondents.                 )
22                                         )

23
24
25
26
27
28

Additional Counsel:

JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

STEVEN A. ELLIS (SBN 171742)
WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

# NOTICE OF MOTION AND MOTION FOR CLASS AND SUBCLASS CERTIFICATION

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a hearing is under submission in the above entitled Court, before the Honorable Terry J. Hatter, on December 6, 2010, or as soon thereafter as this matter may be heard, in Courtroom 17 of the U.S. District Court of the Central District of California, located at 312 N. Spring Street, Los Angeles, California. Petitioners Alejandro Rodriguez, et. al. (together, "Petitioners") will and hereby do move for an order certifying a class and four subclasses within the instant class action.

By order dated April 5, 2010, this court certified a class in this case. [Dkt. # 77]. At a hearing on February 1, 2010, the court stated that the parties should proceed by way of subclasses. [Dkt. #63 at 5].

In compliance with the Court's request, Petitioners seek certification of the following subclasses within the certified class:

(1)  a subclass of class members detained under 8 U.S.C. § 1225(b);

(2)  a subclass of class members detained under 8 U.S.C. § 1226(a);

(3)  a subclass of class members detained under 8 U.S.C. § 1226(c); and

(4)  a subclass of class members detained under 8 U.S.C. § 1231(a).

Petitioners also will and hereby do move for an order appointing the following subclass representatives:

(1)  Petitioners Abdirizak Aden Farah and Yussuf Abdikadir as representatives of the subclass of class members detained under 8 U.S.C. § 1225(b);

(2)  Petitioners Alejandro Rodriguez and Abel Perez Ruelas as representatives of the subclass of class members detained under 8 U.S.C. § 1226(a);

(3) Petitioner Jose Farias Cornejo as representative of the subclass of class members detained under 8 U.S.C. § 1226(c); and

(4) Petitioner Angel Armando Ayala as representative of the subclass of class members detained under 8 U.S.C. § 1231(a).

This motion is made pursuant to Federal Rule of Civil Procedure 23 and the inherent power of the court. It is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support thereof, the Second Corrected Second Amended Complaint, all matters of which judicial notice may be taken, the court's files, and such other oral and written evidence and argument as may be presented on this motion.[1]

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: October 15, 2010

  s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Counsel for Petitioners

---

[1] Petitioners informed the government of their intent to file this motion on September 20, 2010. The government stated at that time that they did not know whether they would oppose the motion. Subsequently, on September 27, 2010, the government stated that they would oppose this motion.

2