1 AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
2 JENNIFER STARK (SBN 267062)
Email: jstark@aclu-sc.org
3 ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
4 Los Angeles, CA 90017
Tel: (213) 977-5211
5 Fax: (213) 977-5297

6 **Attorneys For Petitioners**
(Additional counsel listed on following page)
7

8
9 **UNITED STATES DISTRICT COURT**
10 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11 **WESTERN DIVISION**
12

13 ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, *for themselves and on behalf of a class of similarly-situated individuals*,

   Petitioners,

   v.

ERIC H. HOLDER, JR., in his official capacity as *United States Attorney General, et al.*

   Respondents.

Case No. CV 07-3239-TJH (RNBx)

**[PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR CLASS AND SUBCLASS CERTIFICATION**

1  Additional Counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY 10004
   Telephone: (212) 549-2618
5  Facsimile: (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone: (650) 724-2442
   Facsimile: (650) 723-4426
10

   STEVEN A. ELLIS (SBN 171742)
11 WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  The court has considered all the parties' briefing, evidence, and arguments to date as well as the authorities cited in support of their positions.  Upon due consideration, the court hereby GRANTS Petitioners' motion for certification and orders as follows:

The court clarifies its class certification order dated April 5, 2010 [Dkt. #77], by certifying a class of all people within the Central District of California who (1) are or will be detained for longer than six months pursuant to the general immigration detention statutes pending completion of removal proceedings, including judicial review; (2) are not detained pursuant to one of the national security detention statutes at 8 U.S.C. § 1226a and 8 U.S.C. §§ 1531-37; and (3) have not been afforded a hearing to determine whether their prolonged detention is justified.  This class includes individuals who were present in a U.S. Immigration and Customs Enforcement ("ICE") detention facility in the Central District on or after the date on which the original complaint was filed as long as they had been detained by ICE for more than six months at that time and remain detained with a pending case, even if they are no longer in the Central District.

The class excludes (1) individuals who have a final order of removal and no stay of that removal order, such that the government has legal authority to remove them; (2) juveniles who are held under the care of the Office of Refugee Resettlement; and (3) individuals imprisoned pursuant to a criminal sentence, including individuals who complete removal proceedings and any judicial review while serving such sentences.

The court also certifies the following subclasses.

(1)  a subclass of class members detained under 8 U.S.C. § 1225(b);
(2)  a subclass of class members detained under 8 U.S.C. § 1226(a);
(3)  a subclass of class members detained under 8 U.S.C. § 1226(c); and
(4)  a subclass of class members detained under 8 U.S.C. § 1231(a).

The court names the following class and subclass representatives:

(1) Petitioners Abdirizak Aden Farah and Yussuf Abdikadir as representatives of the subclass of class members detained under 8 U.S.C. § 1225(b);

(2) Petitioners Alejandro Rodriguez and Abel Perez Ruelas as representatives of the subclass of class members detained under 8 U.S.C. § 1226(a);

(3) Petitioner Jose Farias Cornejo as representative of the subclass of class members detained under 8 U.S.C. § 1226(c);

(4) Petitioner Angel Armando Ayala as representative of the subclass of class members detained under 8 U.S.C. § 1231(a); and

(5) all of the above named Petitioners are also named representatives of the class.

IT IS SO ORDERED.

Dated: December ____, 2010        _____
                                  HONORABLE TERRY J. HATTER
                                  United States District Court Judge