1 | PETER J. ELIASBERG (SBN 189110)
Email:  peliasberg@aclu-sc.org
2 | AHILAN T. ARULANANTHAM (SBN 237841)
Email:  aarulanantham@aclu-sc.org
3 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
4 | Los Angeles, CA 90017
Tel: (213) 977-5211
5 | Fax: (213) 977-5297

6 | **Attorneys For Petitioner**
(Additional counsel listed on following page)
7 |

8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11 |

12 |

13 | ALEJANDRO RODRIGUEZ, *et al.*,      )      Case No. CV 07 – 3239 TJH (RNBx)
                                     )
14 |        Petitioner,               )      **NOTICE OF PETITIONER'S**
                                     )      **MOTION TO COMPEL AND**
15 |     vs.                          )      **RESPONDENTS' MOTION FOR**
                                     )      **PROTECTIVE ORDER PURSUANT**
16 | TIMOTHY S. ROBBINS, *in his capacity* )   **TO LOCAL RULE 37-2.1**
*as U.S. Immigration and Customs*    )
17 | *Enforcement, Los Angeles District Field* )   Honorable Robert N. Block
*Office Director*;                   )
18 | JANET NAPOLITANO, *in her capacity* )   Complaint Filed: 5/16/2007
*as Secretary of Homeland Security*; and )
19 | ERIC H. HOLDER, JR., *in his capacity* )   Hearing Date:  November 9, 2010
*as Attorney General of the United States*, )   Time:            9:30 AM
                                     )      Place:           Courtroom 6D
20 |        Respondents.              )
                                     )
21 |                                  )
                                     )
22 |  _____ )

23 |

24 |

25 |

26 |

27 |

28 |

1  Additional Counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY 10004
   Telephone: (212) 549-2618
5  Facsimile: (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone: (650) 724-2442
   Facsimile: (650) 723-4426

10
   STEVEN A. ELLIS (SBN 171742)
11 WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2

3       PLEASE TAKE NOTICE that on November 9, 2010, at 9:30 AM, or as soon

4   thereafter as this matter may be heard, in Courtroom 6D, of the above-entitled Court,

5   located at 411 West Fourth Street, Santa Ana, California, Petitioner Alejandro

6   Rodriguez ("Petitioner") will and hereby does move for an order compelling

7   Respondents Department of Homeland Security and Department of Justice

8   (collectively, "Respondents") to comply with the discovery sought by Petitioner.

9       PLEASE TAKE NOTICE that on November 9, 2010, at 9:30 AM, or as soon

10  thereafter as this matter may be heard, in Courtroom 6D, of the above-entitled Court,

11  located at 411 West Fourth Street, Santa Ana, California, Respondents will and hereby

12  do move for a protective order that Petitioner's discovery not be had.

13

14  Dated:  October 19, 2010                 Respectfully submitted,

15                                           SIDLEY AUSTIN LLP

16                                           By:  s/ William Tran

17                                                William Tran
                                                  Attorneys for Petitioner
18

19

20

21

22

23

24

25

26

27

28

3