AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
JENNIFER STARK (SBN 267062)
Email: jstark@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys For Petitioners**
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, *for themselves and on behalf of a class of similarly-situated individuals*,<br><br>        Petitioners,<br><br>    v.<br><br>ERIC H. HOLDER, JR., in his official capacity as *United States Attorney General, et al.*<br><br>        Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**ORDER CONTINUING FINAL PRE-TRIAL CONFERENCE**<br><br>Honorable Terry J. Hatter |

Additional Counsel:

JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

STEVEN A. ELLIS (SBN 171742)
WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

1     Good cause having been shown in the Joint Stipulation to Continue the Final
2 Pre Trial Conference, the conference scheduled for October 18, 2010 at 10 a.m. is
3 taken off calendar, and a status conference is scheduled for <u>February 28, 2011 at
4 10:00 a.m.</u>

6     It is so ORDERED.

8 Dated: October 14, 2010     _____
                                  HONORABLE TERRY J. HATTER
9                                     United States District Court Judge