UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3239-TJH (RNBx) | Date | October 18, 2010 |
|---|---|---|---|
| Title | *Alejandro Rodriguez v. James Hayes et al* | | |

| Present: The Honorable | TERRY J. HATTER, JR., U.S. DISTRICT COURT JUDGE |
|---|---|

| Karen Park | Hilda Avila |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ahilan Arulanantham<br>Steven Ellis<br>William Tran | Theodore Atkinson |

**Proceedings:** STATUS CONFERENCE

Hearing is held and counsel are present. Court confers with counsel regarding the status of the case and Respondents' Ex Parte Application for Temporary Stay and to Set a Briefing and Case Management Schedule filed on October 12, 2010. Respondents' Ex Parte Application is hereby DENIED.

The Parties shall file a joint stipulation to file a Third Amended Complaint and lodge a Third Amended Complaint with the Court forthwith, as discussed in Court and on the record.

Final Pretrial Conference is hereby CONTINUED to **Monday, February 28, 2011, at 10:00 a.m.**

Counsel are reminded to follow the Memorandum for Procedural Rules for Judge Hatter's Cases issued and filed on April 21, 2010 (docket no. 79).

IT IS SO ORDERED.

| | : | 11 |
|---|---|---|
| Initials of Preparer | KPA | |