# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 07-3239-TJH (RNBx)**                                         Date: **October 20, 2010**

Title:  **Alejandro Rodriguez, et al. v. Timothy S. Robbins, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                                              None present

**PROCEEDINGS:  (IN CHAMBERS)**

### Petitioner's Motion to Compel and Respondents' Motion for Protective Order, filed October 19, 2010

The hearing on the foregoing Motions noticed for November 9, 2010 is ordered off calendar.  The Court does not intend to expend any time considering these Motions until the District Judge rules on respondents' pending Ex Parte Application for a temporary stay of discovery, which appears to be based on many of the same contentions being made by respondents in support of their protective order motion.  The Court concurs with respondents that the issue of whether, given the nature of their claims, petitioners should be allowed to proceed with the kind of sweeping discovery they have propounded should be decided by the District Judge in the first instance.

If the District Judge ultimately decides not to stay all discovery, the Court will set a new date for the filing of the parties' Supplemental Memoranda in light of the District Judge's ruling.  If, after review of the Supplemental Memoranda, the Court decides to permit oral argument, the Court will set a new date for the hearing.  Otherwise, the Motions will be taken under submission and then be decided on the papers without oral argument.  See Local Rule 7-15.

cc:     Judge Hatter