1  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
2  JENNIFER STARK (SBN 267062)
   Email: jstark@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, CA 90017
   Tel: (213) 977-5211
5  Fax: (213) 977-5297

6  **Attorneys For Petitioners**
   (Additional counsel listed on following page)
7

8
9                    UNITED STATES DISTRICT COURT
10              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11                          WESTERN DIVISION
12

| | |
|---|---|
| 13  ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, *for themselves and on behalf of a class of similarly-situated individuals*,<br><br>Petitioners,<br><br>v.<br><br>ERIC H. HOLDER, JR., in his official capacity as *United States Attorney General, et al.*<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**NOTICE OF ORDER DENYING RESPONDENTS' EX PARTE APPLICATION**<br><br>Honorable Robert N. Block |

Additional Counsel:

JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

STEVEN A. ELLIS (SBN 171742)
WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**NOTICE OF ORDER DENYING
RESPONDENTS' EX PARTE APPLICATION**

Petitioners hereby inform the Magistrate Judge that on October 18, 2010, after briefing by the parties and a status conference, the Honorable Terry J. Hatter issued a minute order denying the Respondents' Ex Parte Application for a Temporary Stay of Discovery. *See* Docket Number 105. Although Judge Hatter's order was entered October 18, the ECF notice for the document appeared on October 20, 2010.

For this reason, Petitioners believe that the Court should re-calendar the parties' discovery dispute for hearing.

Undersigned counsel for Petitioners communicated with counsel for Respondents, Theodore Atkinson concerning this Notice. Mr. Atkinson requested that the following statement be included in this Notice:

Respondents note that in denying their *ex parte* application, the district court made no determination on the merits of a motion to stay discovery, but instead determined that the request was improperly brought as an *ex parte* application, and that the issue should be taken up with the magistrate judge in the first instance. Respondents also note that, consistent with the district court's denial, they intend to re-file their motion for stay with Magistrate Judge Block promptly, to request a temporary stay until such time as the district court decides Respondents' Rule 12(c) motion, which will be filed on or before November 8, 2010.

1  Petitioners' position is that the Court should re-calendar Petitioners' Motion to
2  Compel and Respondents' Motion for a Protective Order, because Judge Hatter has
3  now denied Respondents' Ex Parte Application. Petitioners believe that if and when
4  the government files its motion for a stay, the Court can give it due consideration in
5  conformity with the local rules and Petitioners' opposition to the motion.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: October 22, 2010

By: s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Counsel for Petitioners

2