1 | AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
2 | JENNIFER STARK (SBN 267062)
Email: jstark@aclu-sc.org
3 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
4 | Los Angeles, CA 90017
Tel: (213) 977-5211
5 | Fax: (213) 977-5297

6 | **Attorneys For Petitioners**
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, *for themselves and on behalf of a class of similarly-situated individuals*, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, JR., in his official capacity as *United States Attorney General, et al.* <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **STIPULATION FOR PETITIONERS TO FILE THIRD AMENDED COMPLAINT** <br><br> Honorable Terry J. Hatter |

1  Additional Counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY 10004
   Telephone: (212) 549-2618
5  Facsimile: (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone: (650) 724-2442
   Facsimile: (650) 723-4426
10

11 STEVEN A. ELLIS (SBN 171742)
   WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to the direction of this Court, and in order to make for ease of
2 reference going forward, the parties in the above styled case hereby stipulate to
3 Petitioners filing their Third Amended Complaint, which is entirely identical to the
4 document previously filed as the Second Corrected Second Amended Complaint.

5  The parties agree that the Third Amended Complaint should constitute
6 Petitioners' operative pleading in this case until such time as further amendment may
7 be necessary, and that the Respondents' Answer, filed on October 1, 2010, constitutes
8 the Answer to the Third Amended Complaint.

10  IT IS SO STIPULATED.                    ACLU OF SOUTHERN CALIFORNIA

12 Dated: October 22, 2010                  By: s/ Ahilan T. Arulanantham
                                            AHILAN T. ARULANANTHAM
                                            Counsel for Petitioners

15 Dated: October 22, 2010                  TONY WEST
                                            Assistant Attorney General
                                            Civil Division

                                            DAVID J. KLINE
                                            Director
                                            Office of Immigration Litigation
                                            District Court Section

                                            VICTOR M. LAWRENCE
                                            Principal Assistant Director


                                            By:  s/ Theodore W. Atkinson
                                            (via authorization)
                                            THEODORE W. ATKINSON
                                            Senior Litigation Counsel
                                            U.S. Department of Justice
                                            Counsel for Respondents