1  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
2  JENNIFER STARK (SBN 267062)
   Email: jstark@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, CA 90017
   Tel: (213) 977-5211
5  Fax: (213) 977-5297

6  **Attorneys For Petitioners**
   (Additional counsel listed on following page)
7

8
                  **UNITED STATES DISTRICT COURT**
9
              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10
                          **WESTERN DIVISION**
11

12

13  ALEJANDRO RODRIGUEZ,                )   Case No. CV 07-3239-TJH (RNBx)
    ABDIRIZAK ADEN FARAH, YUSSUF )
14  ABDIKADIR, ABEL PEREZ RUELAS, )     **[PROPOSED] ORDER GRANTING**
    JOSE FARIAS CORNEJO, ANGEL    )     **PETITIONERS LEAVE TO FILE**
15  ARMANDO AYALA, *for themselves* )   **THIRD AMENDED COMPLIANT**
    *and on behalf of a class of similarly-* )
16  *situated individuals*,            )
                                       )
17           Petitioners,              )
                                       )
18       v.                            )
                                       )
19  ERIC H. HOLDER, JR., in his official )
    capacity as *United States Attorney* )
20  *General, et al.*                  )
                                       )
21           Respondents.              )
                                       )
22  _____)

23

24

25

26

27

28

1  Additional Counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY 10004
   Telephone: (212) 549-2618
5  Facsimile: (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone: (650) 724-2442
   Facsimile: (650) 723-4426
10

   STEVEN A. ELLIS (SBN 171742)
11 WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Good cause having been shown in the Stipulation for Petitioners to File Third
2  Amended Complaint, Petitioners' Third Amended Complaint attached to the
3  stipulation, docket number 108, is hereby deemed filed, and constitutes Petitioners'
4  operative pleading in this case until such time as further amendment may be
5  necessary, and the Respondents' Answer, filed on October 1, 2010, constitutes the
6  Answer to the Third Amended Complaint.

9  IT IS SO ORDERED.

12  Dated:  October ____, 2010    _____
13                                 HONORABLE TERRY J. HATTER
                                   United States District Court Judge