AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
JENNIFER STARK (SBN 267062)
Email: jstark@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys For Petitioners**
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, *for themselves and on behalf of a class of similarly-situated individuals*,

    Petitioners,

  v.

ERIC H. HOLDER, JR., in his official capacity as *United States Attorney General, et al.*

    Respondents.

Case No. CV 07-3239-TJH (RNBx)

**ORDER GRANTING PETITIONERS LEAVE TO FILE THIRD AMENDED COMPLAINT**

Honorable Terry J. Hatter

1  Additional Counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY 10004
   Telephone: (212) 549-2618
5  Facsimile: (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone: (650) 724-2442
   Facsimile: (650) 723-4426
10
   STEVEN A. ELLIS (SBN 171742)
11 WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

1 | Good cause having been shown in the Stipulation for Petitioners to File Third
2 | Amended Complaint, it is ordered that the Third Amended Complaint attached to the
3 | stipulation, docket number 108 is hereby filed, and shall replace all previous version
4 | of the complaint filed in this case.
5 | It is so ORDERED.

Dated: October 26, 2010   _____
HONORABLE TERRY J. HATTER
United States District Court Judge