Case 2:07-cv-03239-TJH-KES   Document 113   Filed 11/02/10   Page 1 of 3   Page ID #:1081

TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
NICOLE R. PRAIRIE (DCBN 982601)
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel:  (202) 532-4074
Fax:  (202) 305-7000
E-mail: Nicole.Prairie@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, et al.,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR RESPONDENTS |
|---|---|

    PLEASE TAKE NOTICE of the appearance of the following counsel of record on behalf of all Respondents:

//

Nicole R. Prairie
United States Department of Justice
Office of Immigration Litigation
District Court Section
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
Phone: (202) 532-4074
Fax:   (202) 305-7000
Email: Nicole.Prairie@usdoj.gov

Dated: November 2, 2010                    Respectfully submitted,

TONY WEST
Assistant Attorney General
Civil Division

DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section

VICTOR M. LAWRENCE
Principal Assistant Director

THEODORE W. ATKINSON
Senior Litigation Counsel

*s/ Nicole R. Prairie*

NICOLE R. PRAIRIE
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington DC 20044
(202) 532-4074

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2010, I filed the foregoing with this Court through the Court's ECF/CM filing system, which caused a copy to be served electronically on the following:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Cecillia D. Wang
ACLU Foundation Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
415-343-0775
Email: cwang@aclu.org

Monica M. Ramirez
ACLU Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
415-343-0778
Email: mmramirez@stanfordalumni.org

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: wtran@sidley.com

Peter J. Eliasberg
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: peliasberg@aclu-sc.org

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

Jennifer L. Stark
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
213-977-5297
jstark@aclu-sc.org

*/s/ Nicole R. Prairie*
NICOLE R. PRAIRIE
Trial Attorney
United States Department of Justice