1  TONY WEST
   Assistant Attorney General,
2  Civil Division
   DAVID J. KLINE
3  Director
   VICTOR M. LAWRENCE
4  Principal Assistant Director
   THEODORE W. ATKINSON
5  Senior Litigation Counsel
   United States Department of Justice
6  Office of Immigration Litigation
   District Court Section
7  P.O. Box 868, Ben Franklin Station
   Washington, DC  20044
8  Tel:  (202) 532-4135
   E-mail: theodore.atkinson@usdoj.gov
9  NICOLE R. PRAIRIE
   Trial Attorney
10 ELIZABETH L. WALKER
   Trail Attorney
11 EREZ R. REUVENI
   Trial Attorney
12
   Attorneys for Respondents
13

14              UNITED STATES DISTRICT COURT

15            CENTRAL DISTRICT OF CALIFORNIA

16                 WESTERN DIVISION

17
   ALEJANDRO RODRIGUEZ, *et al.*,          Case No. CV 07-3239-TJH (RNBx)
18
                    Petitioners,           **DISCOVERY MATTER**
19
   v.                                      NOTICE OF RESPONDENTS'
20                                         MOTION TO STAY DISCOVERY
                                           PURSUANT TO LOCAL RULE 37-
21 TIMOTHY S. ROBBINS, *in his capacity*   2.1
   *as U.S. Immigration and Customs*
22 *Enforcement, Los Angeles District Field*
   *Office Director*; JANET NAPOLITANO,    Honorable Robert N. Block
23 *in her capacity as Secretary of*
   *Homeland Security*; and ERIC H.
24 HOLDER, JR., *in his capacity as*       Hearing Date: November 30, 2010
   *Attorney General of the United States*, Time: 9:30 AM
25                                         Place: Courtroom 6D
                    Respondents.
26

27

28

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4074

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 9, 2010, at 9:30 AM, or as soon thereafter as this matter may be heard, in Courtroom 6D, of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California, Respondents will and hereby does move for an order temporarily staying discovery in this action.

Dated: November 3, 2010                    Respectfully submitted,


TONY WEST
Assistant Attorney General
Civil Division

DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section

VICTOR M. LAWRENCE
Principal Assistant Director

*s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
(202) 532-4074

Attorneys for Respondents

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4074

1

## <u>CERTIFICATE OF SERVICE</u>

2

3           I hereby certify that on November 3, 2010, I filed the foregoing with this

4    Court through the Court's ECF/CM filing system, which caused a copy to be

5    served electronically on the following:

6

7    Ahilan T. Arulanantham                  Judy Rabinovitz
8    ACLU Foundation of Southern California   ACLU Immigrants' Rights Project
     1616 Beverly Boulevard                   125 Broad Street 18th Floor
9    Los Angeles, CA 90026                    New York, NY 10004
     213-977-5211                             212-549-2618
10   Fax: 213-977-5297                        Fax: 212-549-2654
11   Email: aarulanantham@aclu-sc.org         Email: jrabinovitz@aclu.org

12
     Jayashri Srikantiah                      Steven A. Ellis
13   Stanford Law School                      Sidley Austin LLP
     Immigrants' Rights Clinic,               555 W 5th St, Ste 4000
14   Crown Quadrangle                         Los Angeles, CA 90013-1010
15   559 Nathan Abbott Way                    213-896-6000
     Stanford, CA 94305-8610                  Fax: 213-896-6600
16   650-724-2442                             Email: sellis@sidley.com
17   Fax: 650-723-4426
     Email: jsrikantiah@law.stanford.edu      Brian Kelley Washington
18                                            Sidley Austin
19   William Tran                             555 West Fifth Street Suite 400
     Sidley Austin                            Los Angeles, CA 90013-1010
20   555 West Fifth Street Suite 4000         213-896-6000
     Los Angeles, CA 90013-1010               Fax: 213-896-6600
21   213-816-6000                             Email: bwashi01@sidley.com
22   Fax: 213-896-6600
     Email: wtran@sidley.com
23

24
                                    _s/ Theodore W. Atkinson_____
25                                  THEODORE W. ATKINSON
                                    Senior Litigation Counsel
26

27

28

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4074