# Exhibit 20

# Ahilan Arulanantham

| | |
|---|---|
| From: | Ahilan Arulanantham |
| Sent: | Tuesday, February 09, 2010 10:28 AM |
| To: | Juncaj, Gjon (CIV) |
| Cc: | JRabinovitz@aclu.org; jsrikantiah@law.stanford.edu; sellis@Sidley.com |
| Subject: | RE: Sub-Classing in Rodriguez |
| AmicusFileIds: | 268 |
| AmicusFileName: | Rodriguez |
| AmicusId: | 32343 |
| AmicusStatus: | Saved |

Gjon,

Our proposal is quite straightforward, and exactly the same as what we discussed in the courtroom the other day.

Given the court's request that we form sub-classes, we believe there should be sub-classes for each of the relevant statutes. That would be a sub-class of 235 detainees, 236(a) detainees, 236(c) detainees, and 241 detainees (for those that have a stay, like Diouf). These four groups are accorded the four different kinds of process (parole reviews, bond hearings, no hearings, and POCR reviews), and we believe that all four kinds of process are insufficient.

I think we agree that ultimately the court will have to hold a hearing on the question whether the sub-classes themselves are appropriate, if for no other reason than to determine the adequacy of the individual representatives we have chosen. But we were hoping to get agreement on what the categories of sub-classes should be, so we don't have to brief that question as well.

We are of course open to hearing a counter-proposal.

---

**From:** Juncaj, Gjon (CIV) [Gjon.Juncaj@usdoj.gov]
**Sent:** Tuesday, February 09, 2010 7:55 AM
**To:** Ahilan Arulanantham
**Cc:** JRabinovitz@aclu.org; jsrikantiah@law.stanford.edu; sellis@Sidley.com
**Subject:** RE: Sub-Classing in Rodriguez

Ahilan and all,

I'm writing to cancel our phone call for today. Sorry for the late notice.

As for the subclassing issue, we would welcome a proposal from you that crystallizes what you envision for subclasses. I will then be able to discuss that in more detail with my client so we can either agree to some, none, or all of what you propose. As I indicated previously, I believe we may ultimately end up briefing the issue, but we need to discuss it more on this end. Having a firm description will help with that.

Note also that DC has been shut down once again. We apparently are expecting up to 10 more inches tonight which will surely keep things closed around here (these Southerners just can't endure the elements the way some of us Northerners can). In any event, I am out the rest of the week due to childcare issues. I will not be back in the office until Tuesday. I have will have as much email access as a 4-year old can allow, which is very little, but please feel free to reach out if you'd like.

Again, my apologies for the late cancellation, but please forward your proposal so we can start looking at it.

1

Regards,
Gjon

---

**From:** Ahilan Arulanantham [mailto:aarulanantham@ACLU-SC.ORG]
**Sent:** Friday, February 05, 2010 8:08 PM
**To:** Juncaj, Gjon (CIV)
**Cc:** JRabinovitz@aclu.org; jsrikantiah@law.stanford.edu; sellis@Sidley.com
**Subject:** RE: Sub-Classing in Rodriguez

That works for me Gjon. You should assume it's on unless we email you otherwise.

Good luck getting back in the storm. Talk to you Tuesday.

---

**From:** Juncaj, Gjon (CIV) [mailto:Gjon.Juncaj@usdoj.gov]
**Sent:** Friday, February 05, 2010 5:03 PM
**To:** Ahilan Arulanantham
**Cc:** JRabinovitz@aclu.org; jsrikantiah@law.stanford.edu; sellis@Sidley.com
**Subject:** Re: Sub-Classing in Rodriguez

Ahilan,

It will have to be Tuesday. Can we do 10am your time? I am out most of the week thereafter for childcare purposes. Monday I return from Detroit and in light of this storm I may not even get back Monday.

Best,
Gjon

---

**From:** Ahilan Arulanantham <aarulanantham@ACLU-SC.ORG>
**To:** Juncaj, Gjon (CIV)
**Cc:** Judy Rabinovitz <JRabinovitz@aclu.org>; Jayashri Srikantiah <jsrikantiah@law.stanford.edu>; Ellis, Steven A. <sellis@Sidley.com>
**Sent:** Fri Feb 05 19:48:48 2010
**Subject:** Sub-Classing in Rodriguez

Gjon,

We anticipate that we will file our motion for discovery on the coming Monday.

In light of the court's comments from this past Monday, I think we should probably set a time to talk with you about sub-classes. Do you have any time on Monday, Tuesday, or Wednesday to have such a conversation? We can send you a written proposal before we talk, although I think you already know what it will say, as it would be consistent with what we discussed in court.

Let me know your thoughts.

Thanks,
ahilan

2