TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney
ELIZABETH L. WALKER
Trail Attorney
EREZ R. REUVENI
Trial Attorney

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>DECLARATION OF THEODORE W. ATKINSON |

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4074

## **DECLARATION OF THEODORE W. ATKINSON**

I, Theodore W. Atkinson, declare and say as follows:

1. I am an attorney with the United States Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section. I am one of the attorneys for Respondents. My business address is P.O. Box 868, Ben Franklin Station, Washington, DC 20044.

2. I submit this declaration pursuant to L.R. 7-17, and in support of Respondents' Motion for Temporary Stay of Discovery in the above-captioned case.

3. On October 12, 2010, counsel for Respondents filed an *ex parte* application for a stay of discovery and for a case management order. In the *ex parte* application, Respondents sought a temporary stay of discovery until the district court could decide Respondents' pending motion for judgment on the pleadings under Fed. R. Civ. P. 12(c). Respondents' application was opposed as having been improperly filed as an *ex parte* application, and because a stay was not warranted.

4. On October 18, 2010, Judge Terry J. Hatter of the U.S. District Court for the Central District of California held a status conference in this case at which counsel for the parties appeared and the *ex parte* application was argued. I represented

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4074

Respondents at that hearing. The district court indicated at the outset of the hearing that the stay request had been improperly filed as an *ex parte* application, rather than as a motion in the ordinary course. The district court also indicated that because the request for a stay was essentially a discovery matter, it should have been taken up with the magistrate judge rather than the district judge. Counsel for Respondents explained that it was not essentially a discovery matter, and that there was a dispute among the parties as to how the case should proceed, and about the analytical framework that the Court should apply. The district court disagreed and indicated that the issue was a discovery issue, and that the magistrate judge was well-qualified to address the issue. Respondents agreed, and indicated that they would file a motion for judgment on the pleadings. Based upon my recollection of the hearing before Judge Hatter, the district court denied the *ex parte* application because it was improperly procedurally pursued as an *ex parte* application rather than as a motion in the ordinary course, and because it was essentially a discovery matter that could be addressed by Magistrate Judge Robert N. Block.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 3rd day of November, 2010, in Washington, DC.

                                            */s/ Theodore W. Atkinson*
                                            THEODORE W. ATKINSON

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4074