TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney
ELIZABETH L. WALKER
Trail Attorney
EREZ R. REUVENI
Trial Attorney

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>  Petitioners,<br><br>v.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*,<br><br>  Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**DISCOVERY MATTER**<br><br>CORRECTED NOTICE OF RESPONDENTS' MOTION TO STAY DISCOVERY PURSUANT TO LOCAL RULE 37-2.1<br><br>Honorable Robert N. Block<br><br>Hearing Date: November 30, 2010<br>Time: 9:30 AM<br>Place: Courtroom 6D |

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4074

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 30, 2010, at 9:30 AM, or as soon thereafter as this matter may be heard, in Courtroom 6D, of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California, Respondents will and hereby does move for an order temporarily staying discovery in this action.

Dated: November 5, 2010           Respectfully submitted,

TONY WEST
Assistant Attorney General
Civil Division

DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section

VICTOR M. LAWRENCE
Principal Assistant Director

*s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington D.C. 20044
(202) 532-4074

Attorneys for Respondents

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4074

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2010, I filed the foregoing with this Court through the Court's ECF/CM filing system, which caused a copy to be served electronically on the following:

| | |
|---|---|
| Ahilan T. Arulanantham<br>ACLU Foundation of Southern California<br>1616 Beverly Boulevard<br>Los Angeles, CA 90026<br>213-977-5211<br>Fax: 213-977-5297<br>Email: aarulanantham@aclu-sc.org | Judy Rabinovitz<br>ACLU Immigrants' Rights Project<br>125 Broad Street 18th Floor<br>New York, NY 10004<br>212-549-2618<br>Fax: 212-549-2654<br>Email: jrabinovitz@aclu.org |
| Jayashri Srikantiah<br>Stanford Law School<br>Immigrants' Rights Clinic,<br>Crown Quadrangle<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610<br>650-724-2442<br>Fax: 650-723-4426<br>Email: jsrikantiah@law.stanford.edu | Steven A. Ellis<br>Sidley Austin LLP<br>555 W 5th St, Ste 4000<br>Los Angeles, CA 90013-1010<br>213-896-6000<br>Fax: 213-896-6600<br>Email: sellis@sidley.com |
| William Tran<br>Sidley Austin<br>555 West Fifth Street Suite 4000<br>Los Angeles, CA 90013-1010<br>213-816-6000<br>Fax: 213-896-6600<br>Email: wtran@sidley.com | Brian Kelley Washington<br>Sidley Austin<br>555 West Fifth Street Suite 400<br>Los Angeles, CA 90013-1010<br>213-896-6000<br>Fax: 213-896-6600<br>Email: bwashi01@sidley.com |

*s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel

UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4074