# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 07-3239-TJH (RNBx)**                                       Date: **November 5, 2010**

Title:  **Alejandro Rodriguez, et al. v. Timothy S. Robbins, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>ROBERT N. BLOCK</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Kerri Hays</u>                                            <u>   n/a   </u>
Deputy Clerk                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
  None present                                                  None present

**PROCEEDINGS:  (IN CHAMBERS)**

### <u>Respondents' Motion to Stay Discovery, filed November 3, 2010</u>

For purposes of their Supplemental Memoranda, the parties are advised that, as a preliminary matter, the Court does not believe that a Magistrate Judge should speculate on the likelihood that a District Judge will grant or deny a motion that is pending or will be pending before the District Judge.  Accordingly, while it appears from the Joint Stipulation and accompanying declaration of Mr. Atkinson that Judge Hatter wanted respondents' motion to stay discovery to be presented to the assigned Magistrate Judge in the first instance, this Court declines to base its ruling on this Motion on how it believes Judge Hatter should or will rule on the Rule 12(c) motion (or parts thereof) that the parties currently anticipate will be heard on January 24, 2010.

The Court notes that a Rule 12(c) motion challenges the **legal** sufficiency of the opposing party's pleadings and presumes, for purposes of the motion, the truthfulness of all material facts alleged in the pleading under attack.  Moreover, all inferences reasonably drawn from those alleged facts must be construed in favor of the responding party.  <u>See</u> Schwarzer, Tashima & Wagstaffe, <u>Federal Civil Procedure Before Trial</u> ¶ 9:336 (2010 rev. ed.).  The Court therefore fails to see how any of the discovery that petitioners seek to take in this action will be relevant to Judge Hatter's determination of respondents' Rule 12(c) motion.

The Court also notes that one of the purposes of a Rule 12(c) motion is to save the parties prospectively needless time and expense that otherwise would need to be incurred during discovery.  <u>See</u> <u>id.</u> at ¶ 9:316.

Nevertheless, the argument by petitioners in § II.C of the Joint Stipulation that a

MINUTES FORM 11                                              Initials of Deputy Clerk: <u>JR for KH</u>
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.:  CV 07-3239-TJH (RNBx)                                             November 5, 2010
    **Alejandro Rodriguez, et al.  v. Timothy S. Robbins, et al.**                                 **Page 2**

-----------------------------------------------------------------------------------------------------------------

stay of discovery would substantially delay resolution of this case does strike the Court as a relevant consideration to the Court's determination of respondents' stay motion since this case is distinguishable from the typical civil case in that petitioners here are challenging their allegedly unlawful prolonged detention.  Respondents should be sure to address in their Supplemental Memorandum all of the arguments made by petitioners in § II.C of the Joint Stipulation.

      The Court has not yet decided whether oral argument will be of material assistance to the Court's determination of this Motion.  If, after review of the parties' Supplemental Memoranda, the Court decides to permit oral argument, the Court will set a new date for the hearing.  Otherwise, the Motion will be taken under submission as of the date the Supplemental Memoranda are due to be filed (i.e., November 16, 2010) and then be decided on the papers without oral argument.  See Local Rule 7-15.  In the meantime, the hearing noticed for November 30, 2010 is ordered off calendar.


cc:     Judge Hatter


MINUTES FORM 11                                                Initials of Deputy Clerk: JR for KH
CIVIL-GEN