## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 07-3239-TJH (RNBx)**                                   Date: **November 12, 2010**

Title:  **Alejandro Rodriguez, et al. v. Timothy S. Robbins, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>ROBERT N. BLOCK</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Kerri Hays</u>                                                    <u>   n/a   </u>
Deputy Clerk                                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:             ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                                  None present

**PROCEEDINGS:   (IN CHAMBERS)**

<u>**Respondents' Motion to Stay Discovery, filed November 3, 2010**</u>

In their Supplemental Memorandum, respondents should also be sure to address the following issue: Even if the Court were otherwise persuaded to grant the stay motion, should the Court order the Government to turn over the A-files of the class members based on the Ninth Circuit's recent decision in <u>Dent v. Holder</u>?

cc:     Judge Hatter

MINUTES FORM 11                                                      Initials of Deputy Clerk     klh
CIVIL-GEN