PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys For Petitioner**
(Additional counsel listed on following page)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07 -3239- TJH (RNBx) |
| Petitioners, | **PETITIONERS' REPLY TO RESPONDENTS' RESPONSE TO MOTION FOR CLASS AND SUBCLASS CERTIFICATION** |
| vs. | |
| TROY ROBBINS, et al.; | Honorable Terry J. Hatter |
| Respondents. | Complaint Filed: 5/16/2007 |

1  Additional Counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY 10004
   Telephone: (212) 549-2618
5  Facsimile: (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone: (650) 724-2442
   Facsimile: (650) 723-4426
10
   STEVEN A. ELLIS (SBN 171742)
11 WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

**PETITIONERS' REPLY TO RESPONDENTS' RESPONSE TO MOTION FOR CLASS AND SUBCLASS CERTIFICATION**

In light of the government's statement of non-opposition in its response brief, it appears that Petitioners and Respondents agree that Petitioners' motion for class and subclass certification should be granted at this time. Nonetheless, even where the parties agree as to the appropriateness of certification, the Court "must make determinations that each requirement of Rule 23 is actually met." Dukes v. Wal-Mart Stores, Inc., 603 F.3d 571, 590 (9th Cir. 2010) (en banc). Accordingly, to aid the Court in its consideration of Petitioners' motion, Petitioners have lodged a proposed order that incorporates findings.

Respondents also make a number of legal assertions as part of their response brief, some of which are correct and some of which are not. While Petitioners feel no need to respond to most of these assertions at this time, one bears mention. In their Response, Respondents incorrectly refer to Petitioners' action as a "facial" challenge to prolonged detention under the four general detention statutes. Nothing in the complaint or any briefing refers to Petitioners' action as a "facial" challenge. Rather, Petitioners bring a class action challenge in which they contend that the Respondents' application of the four general detention statutes is unlawful as applied to the class members.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: November 22, 2010

By: s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Counsel for Petitioners