PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys For Petitioner**
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> vs. <br><br> TROY ROBBINS, et al.; <br><br> Respondents. | Case No. CV 07- 3239-TJH (RNBx) <br><br> **PETITONERS' NOTICE OF LODGING OF PROPOSED ORDER RE: CLASS AND SUBCLASS CERTIFICATION** <br><br> Honorable Terry J. Hatter <br><br> Complaint Filed: 5/16/2007 |

1 | Additional Counsel:

2 | JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
3 | IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
4 | New York, NY 10004
Telephone: (212) 549-2618
5 | Facsimile: (212) 549-2654

6 | JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
7 | IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
8 | 559 Nathan Abbott Way
Stanford, CA 94305-8610
9 | Telephone: (650) 724-2442
Facsimile: (650) 723-4426
10 |
STEVEN A. ELLIS (SBN 171742)
11 | WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
12 | SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
13 | Los Angeles, California 90013-1010
Telephone: (213) 896-6000
14 | Facsimile: (213) 896-6600

15

16

17

18

19

20

21

22

23

24

25

26

27

28

To all parties and their counsel of record:

Plaintiffs hereby lodges with the Court, the attached Proposed Order Re: Class and Subclass Certification.

Respectfully submitted,

Dated:  November 22, 2010         By  s/ Ahilan T. Arulanantham
                                      AHILAN T. ARULANANTHAM
                                      Counsel for Petitioners