PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)*
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys For Petitioner**
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07- 3239-TJH (RNBx) |
| Petitioners, | **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION SEEKING RELIEF FOR PETITIONER JOSE FARIAS CORNEJO** |
| vs. | |
| TROY ROBBINS, et al., | |
| Respondents. | Honorable Terry J. Hatter |
| | Hearing Date: January 3, 2011 |
| | Hearing Time: UNDER SUBMISSION |
| | Complaint Filed: 5/16/2007 |

1  Additional Counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY 10004
   Telephone: (212) 549-2618
5  Facsimile: (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone: (650) 724-2442
   Facsimile: (650) 723-4426
10

   SEAN COMMONS (SBN 217603)*
11 WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

15 *Notice of Appearance forthcoming

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE that on January 3, 2011, at 10:00 AM, or as soon |
| 3 | thereafter as the matter may be heard, in Courtroom 17 of the above-entitled court |
| 4 | located at 312 North Spring Street, Los Angeles, California 90012, Petitioner Jose |
| 5 | Farias Cornejo will and does hereby move for a preliminary injunction enjoining |
| 6 | defendants as follows: Release Petitioner from detention or provide him with a bond |
| 7 | hearing before an immigration judge where the government must demonstrate that his |
| 8 | prolonged and on-going detention is justified. |
| 9 | Petitioner's motion is based upon this Notice of Motion and Motion, the |
| 10 | Memorandum of Points and Authorities filed in support thereof, and all other |
| 11 | pleadings and records on file in this action, and such additional authorities and |
| 12 | arguments as may be presented in reply and at any hearing on Petitioner's motion. |
| 13 | This motion is made following the conference of counsel pursuant to L.R. 7-3 |
| 14 | which took place on November 18, 2010.  The government opposes this motion, and |
| 15 | intends to file a response pursuant to the schedule that the parties intend to propose by |
| 16 | way of stipulation. |

Respectfully submitted,

Dated:  November 29, 2010      By   s/ Ahilan T. Arulanantham
                                   AHILAN T. ARULANANTHAM
                                   Counsel for Petitioners