# Exhibit 24

**Declaration of Jose Farias Cornejo**

I, Jose Farias Cornejo, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so completely as follows:

2. This declaration supplements my declaration of October 12, 2010.

3. I was scheduled to have a merits hearing on my application for cancellation of removal on November 15, 2010. However, the hearing has been postponed until January 26, 2011, due to a conflict in the immigration judge's schedule.

4. I very much want to be released from detention so that I can be with my family and fiancé, and better prepare for my merits hearing.

5. If the government granted me release on bond, I would agree to conditions of release, including electronic monitoring if necessary.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17th day of November, 2010 in Lancaster, California.

Jose Farias Cornejo
A# 773-330-641

1