1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  MICHAEL KAUFMAN (SBN 254575)*
   Email:  mkaufman@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
5  Los Angeles, California 90017
   Tel: (213) 977-5211
6  Fax: (213) 977-5297

7  **Attorneys For Petitioner**
   (Additional counsel listed on following page)
8

9

10           UNITED STATES DISTRICT COURT
11        FOR THE CENTRAL DISTRICT OF CALIFORNIA
12                  WESTERN DIVISION
13

14

15  ALEJANDRO RODRIGUEZ, et al.,    ) Case No. CV 07- 3239-TJH (RNBx)
                                    )
16         Petitioners,              ) **[PROPOSED] ORDER GRANTING
                                    ) PETITIONERS' MOTION FOR
17     vs.                          ) PRELIMINARY INJUNCTION**
                                    )
18  TROY ROBBINS, et al.,           ) Honorable Terry J. Hatter
                                    )
19         Respondents.              ) Hearing Date: January 3, 2011
                                    ) Hearing Time: UNDER SUBMISSION
20                                  )
                                    ) Complaint Filed: 5/16/2007
21                                  )
                                    )
22                                  )

23

24

25

26

27

28

| | |
|---|---|
| 1 | Additional Counsel: |
| 2 | JUDY RABINOVITZ<br>AMERICAN CIVIL LIBERTIES FOUNDATION |
| 3 | IMMIGRANTS' RIGHTS PROJECT<br>125 Broad Street, 18th Floor |
| 4 | New York, NY 10004<br>Telephone: (212) 549-2618 |
| 5 | Facsimile: (212) 549-2654 |
| 6 | JAYASHRI SRIKANTIAH (SBN 189566)<br>STANFORD LAW SCHOOL |
| 7 | IMMIGRANTS' RIGHTS CLINIC<br>Crown Quadrangle |
| 8 | 559 Nathan Abbott Way<br>Stanford, CA 94305-8610 |
| 9 | Telephone: (650) 724-2442<br>Facsimile: (650) 723-4426 |
| 10 | |
| 11 | SEAN COMMONS (SBN 217603)*<br>WILLIAM TRAN (SBN 245104) |
| 12 | BRIAN K. WASHINGTON (SBN 248960)<br>SIDLEY AUSTIN LLP |
| 13 | 555 West Fifth Street, Suite 4000<br>Los Angeles, California  90013-1010 |
| 14 | Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600 |
| 15 | *Notice of Appearance forthcoming |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  The Court finds that Petitioner has demonstrated a substantial likelihood of
2  success on the merits, that he will suffer irreparable injury in the absence of a
3  preliminary injunction, that the balance of hardship tips sharply in his favor and that
4  issuance of an injunction is in the public interest.  Therefore, this Court hereby
5  ORDERS that the Defendant-Respondents and their employees, assigns, and all those
6  acting in concert with them are preliminarily enjoined as follows:
7  Petitioner Jose Farias Cornejo must be released from detention unless he is
8  immediately afforded a bond hearing before an immigration judge where the
9  government must demonstrate that his prolonged and on-going detention is justified.
10  IT IS SO ORDERED.

Dated:

                            HONORABLE TERRY J. HATTER
                            United States District Court Judge