TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Senior Litigation Counsel
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
Fax:  (202) 305-7000
E-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney
EREZ R. REUVENI
Trial Attorney
ELIZABETH L. WALKER
Trial Attorney

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, JR., *et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> JOINT STIPULATION FOR ENLARGEMENT OF PAGE LIMITATIONS FOR PARTIES' MEMORANDA REGARDING RESPONDENTS' MOTION FOR JUDGMENT ON THE PLEADINGS |

     Petitioners and Respondents jointly stipulate and request that this Court enter the accompanying proposed order that enlarges the page limitations of the parties' memoranda with regard to Respondents' motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c), previously filed on November 22, 2010.

1 The parties spoke prior to the filing of Respondents' motion, and agreed to
2 the following page enlargements:
3     The page limitations for Respondents' memorandum in support of the
4 motion and Petitioners' opposition memorandum should be enlarged to 50 pages
5 each.
6     The page limitation for Respondents' reply memorandum should be
7 enlarged to 25 pages.
8     Good cause exists for the enlargement.  Respondents' motion for judgment
9 on the pleadings addresses each count of Petitioners' Third Amended Complaint,
10 which encompasses a challenge to four separate immigration detention statutes,
11 and a challenge to the conditions required for a constitutionally adequate bond
12 hearing before an immigration judge.  This case presents complex issues of
13 statutory and constitutional interpretation.  The additional page limitations will
14 allow the parties to fully address the issues raised in this action and in
15 Respondents' motion.
16     For these reasons the parties jointly request that the Court enter the
17 accompanying proposed order.
18
19 Dated: December 2, 2010
20
21 //
22
23 //
24
25 //
26
27 //
28

| | |
|---|---|
| For Petitioners: | For Respondents: |
| By: */s/ Ahilan Arulanantham*<br>AHILAN T. ARULANANTHAM<br>ACLU OF SOUTHERN<br>CALIFORNIA | TONY WEST<br>Assistant Attorney General |
| | DAVID J. KLINE<br>Director,<br>Office of Immigration Litigation<br>District Court Section |
| | VICTOR M. LAWRENCE<br>Principal Assistant Director |
| | */s/ Theodore W. Atkinson*<br>THEODORE W. ATKINSON<br>Senior Litigation Counsel<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4135<br>Fax: (202) 305-7000<br>e-mail: theodore.atkinson@usdoj.gov |
| | NICOLE R. PRAIRIE<br>Trial Attorney |
| | EREZ R. REUVENI<br>Trial Attorney |
| | ELIZABETH L. WALKER<br>Trial Attorney |

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2010, I filed the foregoing with this Court through the Court's ECF/CM filing system, which caused a copy to be served electronically on the following:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: wtran@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

*/s/ Theodore w. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice