1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  MICHAEL KAUFMAN (SBN 254575)*
   Email:  mkaufman@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
5  Los Angeles, California 90017
   Tel: (213) 977-5211
6  Fax: (213) 977-5297

7  **Attorneys For Petitioner**
   (Additional counsel listed on following page)
8

9

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                           WESTERN DIVISION

13

14

15  ALEJANDRO RODRIGUEZ, et al.,    ) Case No. CV 07- 3239-TJH (RNBx)
                                    )
16              Petitioners,        ) **JOINT STIPULATION REGARDING**
                                    ) **BRIEFING SCHEDULE OF**
17      vs.                         ) **PETITIONER JOSE FARIAS**
                                    ) **CORNEJO'S MOTION FOR A**
18  TROY ROBBINS, et al.,           ) **PRELIMINARY INJUNCTION**
                                    )
19              Respondents.        ) Honorable Terry J. Hatter
                                    )
20                                  ) Hearing Date: January 3, 2011
                                    ) Hearing Time:  UNDER SUBMISSION
21                                  )
                                    ) Complaint Filed: 5/16/2007
22  _____  )

23

24

25

26

27

28

Additional Counsel:

JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)*
WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Notice of Appearance forthcoming

1     Petitioners and Respondents jointly stipulate and request that this Court enter
2 the accompanying proposed order that sets a briefing schedule with regard to
3 Petitioner Jose Farias Cornejo's motion for a preliminary injunction, previously filed
4 on November 29, 2010.
5     The parties agree to the following briefing schedule: Respondents shall file their
6 response to Petitioner's motion on or before December 9, 2010.  Petitioner shall file
7 any reply in support of his motion on or before December 20, 2010.
8     For these reasons the parties jointly request that the Court enter the
9 accompanying proposed order.
10 Dated: December 6, 2010

By:/s/ Ahilan Arulanantham      By: /s/ Theodore W. Atkinson
AHILAN T. ARULANANTHAM      THEODORE W. ATKINSON
Counsel for Petitioners      Counsel for Respondents