1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  MICHAEL KAUFMAN (SBN 254575)*
   Email:  mkaufman@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
5  Los Angeles, California 90017
   Tel: (213) 977-5211
6  Fax: (213) 977-5297

7  **Attorneys For Petitioner**
   (Additional counsel listed on following page)
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07- 3239-TJH (RNBx) |
|---|---|
| Petitioners, | **[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE OF PETITIONER JOSE FARIAS CORNEJO'S MOTION FOR A PRELIMINARY INJUNCTION** |
| vs. | |
| TROY ROBBINS, et al., | |
| Respondents. | Honorable Terry J. Hatter |
| | Hearing Date:  January 3, 2011 |
| | Hearing Time:  UNDER SUBMISSION |
| | Complaint Filed: 5/16/2007 |

1 | Additional Counsel:

2 | JUDY RABINOVITZ
  | AMERICAN CIVIL LIBERTIES FOUNDATION
3 | IMMIGRANTS' RIGHTS PROJECT
  | 125 Broad Street, 18th Floor
4 | New York, NY 10004
  | Telephone: (212) 549-2618
5 | Facsimile: (212) 549-2654

6 | JAYASHRI SRIKANTIAH (SBN 189566)
  | STANFORD LAW SCHOOL
7 | IMMIGRANTS' RIGHTS CLINIC
  | Crown Quadrangle
8 | 559 Nathan Abbott Way
  | Stanford, CA 94305-8610
9 | Telephone: (650) 724-2442
  | Facsimile: (650) 723-4426
10 |
  | SEAN COMMONS (SBN 217603)*
11 | WILLIAM TRAN (SBN 245104)
  | BRIAN K. WASHINGTON (SBN 248960)
12 | SIDLEY AUSTIN LLP
  | 555 West Fifth Street, Suite 4000
13 | Los Angeles, California 90013-1010
  | Telephone: (213) 896-6000
14 | Facsimile: (213) 896-6600

15 | *Notice of Appearance forthcoming

1     Good cause having been shown in counsels' joint stipulation, the following
2 briefing schedule is hereby in effect regarding Petitioner Jose Farias Cornejo's Motion
3 for a Preliminary Injunction, filed on November 29, 2010 [Dkt. # 133]: Respondents
4 shall file their response to Petitioner's motion on or before December 9, 2010.
5 Petitioner shall file any reply in support of his motion on or before December 20,
6 2010.
7     It is so ORDERED.

Dated: December __, 2010

                                                                 HONORABLE TERRY J. HATTER
                                                                  United States District Court Judge