TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4135
Fax: (202) 305-7000
E-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney
EREZ R. REUVENI
Trial Attorney
ELIZABETH L. WALKER
Trial Attorney

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, JR., *et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> ORDER GRANTING RESPONDENTS' MOTION FOR ENLARGEMENT OF PAGE LIMITATIONS <br><br> BEFORE THE HONORABLE TERRY J. HATTER, JR. |

Before the Court is Respondents' Motion for Enlargement of Page Limitations, which was filed December 3, 2010. Respondents' request for an enlargement of the page limitations for memoranda submitted regarding Respondents motion for judgment on the pleadings is GRANTED.

IT IS ORDERED that the page limitations for Respondents' memorandum in support of the motion and Petitioners' opposition memorandum are enlarged to 50 pages each, and the page limitation for Respondents' reply memorandum is enlarged to 25 pages.

DATED: December 7, 2010

_____
Terry J. Hatter, Jr.
Senior United States District Judge