TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney
EREZ R. REUVENI
Trial Attorney
ELIZABETH L. WALKER
Trial Attorney

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, JR., *et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> ORDER GRANTING JOINT STIPULATION OF BRIEFING SCHEDULE FOR RESPONDENTS' MOTION FOR JUDGMENT ON THE PLEADINGS <br><br> BEFORE THE HONORABLE TERRY J. HATTER, JR. |

1  Before the Court is the parties' Joint Stipulation of Briefing Schedule for
2  Respondents' Motion for Judgment on the Pleadings, previously filed on
3  November 22, 2010. [Dkt. # 130]. The parties' request for an order setting the
4  dates for their briefing of Respondents' Rule 12(c) motion for judgment on the
5  pleadings is GRANTED.
6  IT IS ORDERED that Petitioners shall file their opposition to Respondents'
7  Motion on or before December 20, 2010. Respondents shall file any reply in
8  support of their motion on or before January 10, 2011.

10 DATED: December 7, 2010

_____
Terry J. Hatter, Jr.
Senior United States District Judge