Name and address:
Michael K.T. Tan
125 Broad Street, 18th Floor
New York, NY 10004

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Alejandro Rodriguez | CASE NUMBER |
|---|---|
| Plaintiff(s) | 07-cv-03239 |
| v. | |
| James Hayes, et al | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Michael K.T. Tan, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Alejandro Rodriguez by whom I have been retained.

My business information is:
American Civil Liberties Union, Immigrants' Rights Project
*Firm Name*

125 Broad Street, 18th Floor
*Street Address*

New York, NY 10004                    mtan@aclu.org
*City, State, Zip*                    *E-Mail Address*

(212) 284-7303                        (212) 549-2654
*Telephone Number*                    *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| State of New York | April 15, 2009 |
| Third Circuit Court of Appeals | 2010 |
| Ninth Circuit Court of Appeals | 2010 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain: Conformed mandatory chambers copies of all motions, opposition and reply papers shall be hand delivered to chambers (Room 163) on Spring Street and placed in a courtesy copy bin located on a wall outside the entry door to chambers.Conformed mandatory chambers copies of all motions, opposition and reply papers shall be hand deli

I designate Ahilan T. Arulanantham as local counsel, whose business information is as follows:

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
*Firm Name*

1313 West 8th Street
*Street Address*

Los Angeles, California 90017                aarulanantham@aclu-sc.org
*City, State, Zip*                                          *E-Mail Address*

(213) 977-5236                                     (213) 977-5297
*Telephone Number*                             *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   11/17/10

Michael K.T. Tan
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   11/17/10

Ahilan T. Arulanantham
*Designee's Name (please print)*

*Designee's Signature*

237841
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

Name & Address:
Michael K.T. Tan
125 Broad Street, 18th Floor
New York, NY 10004

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Alejandro Rodriguez | CASE NUMBER |
|---|---|
| Plaintiff(s) | 07-cv-03239 |
| v. | |
| James Hayes, et al | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of **Michael K.T. Tan**,
*Applicant's Name*

of **American Civil Liberties Union, Immigrants' Rights Project**
*Firm Name / Address*

**(212) 284-7303**                        **mtan@aclu.org**
*Telephone Number*                         *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☑ Plaintiff   ☐ Defendant

**Alejandro Rodriguez**

and the designation of **Ahilan T. Arulanantham/237841**
*Local Counsel Designee /State Bar Number*

of **ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
*Local Counsel Firm / Address*

**(213) 977-5236**                        **aarulanantham@aclu-sc.org**
*Telephone Number*                         *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (11/10)     **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Matthew G. Kiernan, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Michael King Thomas Tan** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 15th day of April 2009, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on November 12, 2010.



*Matthew G. Kiernan*
Clerk of the Court