# EXHIBIT 1

Audio Transcripts

Case No. CV 07-3239-TJH (RNBx)

RESPONDENTS' OPPOSITION TO PETITIONER JOSE FARIAS CORNEJO'S MOTION FOR A PRELIMINARY INJUNCTION

(See Notice of Lodging Filed 12-10-10)

# EXHIBIT 2

Declaration of Garciela Sosa

Case No. CV 07-3239-TJH (RNBx)

RESPONDENTS' OPPOSITION TO PETITIONER JOSE FARIAS CORNEJO'S MOTION FOR A PRELIMINARY INJUNCTION

## DECLARATION OF GRACIELA SOSA

I, Graciela Sosa, hereby state as follows:

1.    I am the Court Administrator for the Immigration Court in Lancaster California, under the auspices of the Executive Office for Immigration Review ("EOIR"). I have held this position for 7 years.

2.    In my position, I am responsible for the administration of the court calendar and docket. I was asked by counsel for EOIR to determine why a hearing before Immigration Judge Scott D. Laurent scheduled for November 15, 2010, in the case of Respondent Farias Cornejo, A77-330-641, was continued. To determine the answer to this question, I looked to the Court's records, and made inquiries, including to Judge Laurent. The following information is based on my inquiries and investigation.

3.    Respondent's attorney failed to file a 42A application for cancellation of removal on at least three separate occasions based upon respondent's motions, and Judge Laurent granted a continuance each time. The matter was then set for the merits on August 17, 2010. However, at the merits hearing, Respondent's attorney was once again not ready to proceed. Judge Laurent rescheduled the matter for November 15, 2010. He required all documents due at the window by November 1, 2010. The immigration court did not, however, receive any documents as Judge Laurent required.

4.    In mid-October, 2010, Respondent's attorney informed this court that she was going to issue motions to withdraw on all of her pending cases, and she advised the court that another named attorney would likely replace her. Based on this representation, Judge Laurent instructed his clerk to contact Respondent's

1 attorney to reset the matter to Judge Laurent's next available merits slot, which
2 would allow the attorney time to obtain the necessary documents needed for the
3 merits. Due to the uncertainty whether the Respondent's case would go forward,
4 Judge Laurent had two other cases scheduled for November 15, 2010, including a
5 contested claim for United States citizenship (which he gave precedence to),
6 which also contributed to the decision to reschedule.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5. On October 27, 2010, Respondent's attorney filed a motion to withdraw and Judge Laurent granted the motion. No new attorney has entered an appearance on behalf of Respondent.

I declare under penalty of perjury that the foregoing is true and accurate, to the best of my knowledge.

December 9, 2010

*Graciela Sosa* (signature)

Graciela Sosa