TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney
EREZ R. REUVENI
Trial Attorney
ELIZABETH L. WALKER
Trial Attorney

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>ERIC H. HOLDER, JR., *et al.*,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>NOTICE OF LODGING OF EXHIBIT IN SUPPORT OF RESPONDENTS' OPPOSITION TO PETITIONER CORNEJO'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>Honorable Terry J. Hatter<br><br>Hearing Date: January 3, 2011<br>Hearing Time: UNDER SUBMISSION<br>Complaint Filed: 5/16/2007 |

1  As required by Local Rule 11-5.1, on December 13, 2010, Respondents
2  lodged with this Court a copy of a compact disc labeled: "Rodriguez v. Robbins,
3  et al, 2:07-cv-3239 (TJH), Immigration Hearing Audio Transcripts." The compact
4  disc contains eight audio transcripts, each labeled by date, of Petitioner Cornejo's
5  removal proceedings. The compact disc is submitted in support of Respondents'
6  opposition to Petitioner Cornejo's Motion for a Preliminary Injunction, and is
7  referenced in Respondents' opposition as Exhibit 1.

Dated:   December 13, 2010                    Respectfully submitted,

TONY WEST
Assistant Attorney General

DAVID J. KLINE
Director,
Office of Immigration Litigation
District Court Section

VICTOR M. LAWRENCE
Principal Assistant Director

*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4135
e-mail: theodore.atkinson@usdoj.gov

NICOLE R. PRAIRIE
Trial Attorney

EREZ R. REUVENI
Trial Attorney

ELIZABETH L. WALKER
Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2010, I filed the foregoing with this Court through the Court's ECF/CM filing system, which caused a copy to be served electronically on the following:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Cecillia D. Wang
ACLU Foundation Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
415-343-0775
Email: cwang@aclu.org

Monica M. Ramirez
ACLU Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
415-343-0778
Email: mmramirez@stanfordalumni.org

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: wtran@sidley.com

Peter J. Eliasberg
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: peliasberg@aclu-sc.org

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

*/s/ Theodore w. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice