Name & Address:
Michael K.T. Tan
125 Broad Street, 18th Floor
New York, NY 10004

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alejandro Rodriguez<br>Plaintiff(s)<br>v.<br>James Hayes, et al<br>Defendant(s). | CASE NUMBER<br>07-cv-03239<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of  __Michael K.T. Tan__ , of __American Civil Liberties Union, Immigrants' Rights Project 125 Broad Street, 18th Floor New York, NY 10004__
*Applicant's Name*  *Firm Name / Address*

__(212) 284-7303__   __mtan@aclu.org__
*Telephone Number*   *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   x Plaintiff   ☐ Defendant

☐ Intervener or other interested person __Alejandro Rodriguez__

and the designation of __Ahilan T. Arulanantham/237841__
*Local Counsel Designee /State Bar Number*

of __ACLU FOUNDATION OF SOUTHERN CALIFORNIA__
*Local Counsel Firm / Address*

__(213) 977-5236__   __aarulanantham@aclu-sc.org__
*Telephone Number*   *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

Dated  December 13, 2010

*(signature: Terry J. Hatter, Jr.)*

U. S. District Judge