**U.S. Department of Justice**
Executive Office for Immigration Review
*Office of the Immigration Judge*

*45100 N. 60th Street W.*
*Lancaster, CA   93536*
*(661) 942-8633*

TO:    DHS Trial Attorney

Attn: Barbra Hale/Carlos Maury
45100 N. 60th Street West
Lancaster, CA 93536
Attention: Barbra Hale/Carlos Maury

RE: Farias-Cornejo, Jose Manuel

A:   077-330-641

## I, SHANNON PIERCE, LEGAL ASSISTANT, DECLARE AS FOLLOWS



I am employed by the U.S. Department of Justice, Executive Office for Immigration Review, Lancaster, California. I am authorized to certify the authenticity of copies of cassette tapes on file in the Office of the Immigration Judge, Lancaster, California.

The attached cassette tape(s) are a true, correct and complete copy of cassette tape(s) included in the Record of Proceedings, maintained in the above office on this case. **BE ADVISED THAT WE CANNOT ADJUST THE SPEED NOR VOLUME OF THE TAPE(S). THEREFORE, IT IS YOUR RESPONSIBILITY TO OBTAIN THE NECESSARY EQUIPMENT TO HEAR THE TAPE(S) PROPERLY.**

We regret to inform you that the hearing tape(s) your requested on the above matter are not available to us at this time. We have searched our records extensively and have had to conclude that the file containing these tapes(s) has been misfiled or misplaced.

We will continue our search, but we will not be able to have these tapes(s) sent to you at this time nor are we in a position to give you an estimated time as to when they will be found. Please contact this office at (661) 942-8633 if you would like for us to cease searching for tape(s).

There are no tapes in this matter due to this being a Stipulated Removal.

( 1 ) CD enclosed

Shannon Pierce

12-l0-10
Executed On

