# Exhibit 28

# Declaration of Marisa-Andrea Moore

I, Marisa-Andrea Moore, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am an attorney duly licensed to practice law in California and by the Board of Immigration Appeals.  I am associated with Asesal Nationwide Immigration Services.

3.    I represent Jose Farias Cornejo in connection with the government's efforts to remove him from the country.

4.    In approximately mid-October, 2010, my office received a phone call from the clerk for Immigration Judge Laurent informing me that Mr. Farias Cornejo's merits hearing, scheduled for November 15, 2010, would be continued until January 26, 2011.  No explanation was given for the continuance, and I was not given an opportunity to respond.

5.    I was fully prepared to move forward with Mr. Farias Cornejo's merits hearing on November 15, 2010.

6.    I have substituted as counsel for Kimberly Trinkaus in several immigration cases, including Mr. Farias Cornejo's case.  I did not seek a continuance in any of these cases, several of which are or were pending before Immigration Judge Laurent.

1

18

7.      Mr. Farias Cornejo was initially represented by Isabel O'Donnell, who was at the time employed by Asesal Nationwide Immigration Services.  In or around approximately March 2010, Asesal terminated Ms. O'Donnell's employment.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this ___ day of December, 2010 in Los Angeles, California.

Marisa-Andrea Moore

19

# Exhibit 29

**Asesal Nationwide Immigration Services**
Kimberly K. Trinkaus, Esq.
643 S. Olive St., Ste. 421
Los Angeles, CA 90014
Tel: (213) 488-9660
Fax: (213) 488-9665
Attorney for Respondent

United States Department of Justice

Executive Office for Immigration Review

Office of the Immigration Judge

Lancaster, California

| | | |
|---|---|---|
| In the Matter of: | ) | Alien Number:  077-330-641 |
| | ) | |
| Jose Farias Cornejo | ) | |
| | ) | |
| Respondent, | ) | |
| In Removal Proceedings | ) | |

Hon. Immigration Judge Laurent          Next Hearing: Nov. 15, 2010 at 1:00 p.m.

*Received by DHS on 9/22/10.  REFUSED TO SIGN*

**RESPONDENT'S ELIGBILITY BRIEF FOR CANCELLATION**

**OF REMOVAL FOR CERTAIN PERMANENT RESIDENTS**

Jose Manuel Farias-Cornejo, A# 077-330-641

## TABLE OF CONTENTS

A.   California Dept. of Justice – Criminal History Transcript............................................. 4-10

B.   Minute Orders – Case No. 8PK06716 ....................................................................... 11-17

C.   Case Print – Case No. FWV901134 .......................................................................... 18-22

\

## INTRODUCTION AND STATEMENT OF THE CASE

Respondent, Jose Manuel Farias-Cornejo, (hereinafter "Respondent") is currently in removal proceedings and has been issued a Notice to Appear in this case. Respondent has requested relief in the form of Cancellation of Removal for Certain Permanent Residents pursuant to INA §240A(b) and Voluntary Departure under INA §240B(b) in the alternative.

On August 17th, 2010, Respondent was scheduled for an Individual Hearing in this Court. At that hearing, the Trial Attorney served both the Court and Respondent with certain conviction documents, including a California Department of Justice Criminal History Transcript, attached at tab "A" and hereinafter referred to as "the Transcript", and the minute orders of Case No. 8PK06716, attached at tab "B" and hereinafter referred to as "the Minute Orders". The Court thereafter determined that a continuance of Respondent's Individual Hearing was desirable for two reasons: first, the Transcript listed on Page 6 a warrant for Cal. PC 182(A)(1), but did not state a disposition; and secondly, the Minute Orders indicated that the defendant in that case had been convicted under Cal. PC 666, but had not yet been sentenced. The Court determined that if Respondent were convicted under Cal. PC 666 and sentenced to more than one year, he would be ineligible for 42A Cancellation of Removal. Respondent's case was subsequently continued to November 15, 2010, at 1:00 p.m.

## ARGUMENT

It is Respondent's contention that the Minute Orders filed at the August 17th hearing do not pertain to him. This contention is based on the fact that Respondent was never arrested on October 27, 2008 and was never charged or convicted under Cal. PC 666. In support of this contention, Respondent respectfully points to the fact that the arrest is not listed in the Transcript submitted by the Government. See attachment at tab A. Additionally, the named defendant in the Minute Orders is "Smita Uday Shroff". See attachment at tab B. Respondent does not know any person of this name, and has never used this name before. In light of these facts, Respondent again asserts that he is statutorily eligible for 42A Cancellation of Removal.

Respondent has also attached at tab "C" a Case Print, indicating that the charge under Cal. PC 182(A)(1) has been dismissed. Respondent is in the process of obtaining certified records and will produce them upon receipt.

## CONCLUSION

Based on the foregoing, it is respectfully submitted that Respondent is eligible for 42A Cancellation of Removal for Certain Permanent Residents. Respondent respectfully wishes to resolve all eligibility issues in advance of the next hearing, in an effort to avoid another continuance of this matter.

Respectfully submitted,

Date: ___9|22|10___

_____

Kimberly K. Trinkaus, Esq.

3

23

```
STATE OF CALIFORNIA          REQUESTED FOR:CA   ACRAMENTO
DEPARTMENT OF JUSTICE        ATTN:RM D232  J WILLIMA
BUREAU OF CRIMINAL           REQUESTED BY:CA0349400   MNEMONIC:CJAE
IDENTIFICATION               DATE:20091230  TIME-05:43:30  PAGE:001
```

- - - - - - - - - - - -

```
            CRIMINAL HISTORY TRANSCRIPT        FOR OFFICIAL USE ONLY
                 *UNAUTHORIZED USE IS A CRIMINAL OFFENSE*
```

- - - - - - - - - - - -

```
** PALM PRINTS AVAILABLE AT DOJ FOR PALM PRINTS CONTACT
   PALM.PRINT@DOJ.CA.GOV
***III CALIFORNIA ONLY SOURCE RECORD
*********************************************************************
FOR CALIFORNIA AGENCIES ONLY - HAS PREVIOUS QUALIFYING
OFFENSE.  COLLECT DNA IF INCARCERATED, CONFINED, OR ON
PROBATION OR PAROLE FOLLOWING ANY MISDEMEANOR OR FELONY
CONVICTION.  REQUEST KITS AND INFO AT (510) 620-3300
OR PC296.PC296@DOJ.CA.GOV.
*********************************************************************
```

```
CII NUMBER    DOB      SEX      RACE       HGT  WGT  EYE  HAIR  POB
A21583326              M     HISPANIC      511  120  HAZ  BLK   MX
```

```
NAMES
01. FARIAS,JOSE MANUEL       02. FARIAS,MANUEL
03 CORNEJO,JOSE              04 CORNEJO,JOSE FARIAS
05 CORNEJO,JOSE M            06 FARIAS,JOSE
```

```
MISCELLANEOUS NUMBERS
```

```
SCARS/MARKS/TATTOOS
SC R SHLD   TAT R SHLD
```

```
MISCELLANEOUS DESCRIPTORS
CTZ MX
```

```
OCCUPATIONS
LABORER              PAINTER
GARDENER             FACTORY
LANDSCAPER           LANDSCAPING
```

- - - - - - - - - - - -

```
 DATE     AGENCY/FILE NUMBER    NAME  COUNT       ACTION
```

- - - - - - - - - - - -

```
ARREST/DETAINED/CITED        DOB:
 20000512  CAPDMONTCLAIR          01    01  -BOOK / RELEASE
           00972-002212                    242 PC-BATTERY ON PERSON
                                           -SENT TO JUVENILE COURT
```

```
(CONTINUED PAGE 002)                                      00259
```

4

24

```
DATE:20091230   TIME  3:43:30   PAGE:002
CII NUMBER:A21583326   NAME:FARIAS,JOSE MANUEL
```

CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
          *UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|-------------------|------|-------|--------|

```
                                      ADR:
                                      ~~(REDACTED)~~

                                      SCN:
                                      20001430126
```

```
ARREST/DETAINED/CITED        DOB:~~REDACTED~~
20070110   CAPDCLAREMONT            03    01   -WARRANT
           9357052-32771731                   12500(A) VC-DRIVE W/O
                                              LICENSE
                                      WARRANT #P308592195

                                      ADR:
                                      ~~(REDACTED)~~
                                      POMONA ~~(REDACTED)~~  TIME AT
                                      ADDRESS-(06 MONTHS)

                                      COM:
                                      PHOTO AVAILABLE

                                      SCN:
                                      L1070100005
```

```
ARREST/DETAINED/CITED        DOB:~~REDACTED~~
20071002   CAPDPOMONA              04    01   11377(A) HS-POSSESS
           9962142-32771731                   CONTROLLED SUBSTANCE
                                      20071002  -RELEASED/DETENTION ONLY

                                      ADR:
                                      ~~(REDACTED)~~ POMONA,
                                      ~~(REDACTED)~~

                                      COM:
                                      PHOTO AVAILABLE

                                      SCN:
                                      L34A2750015
```

(CONTINUED PAGE 003)                                        00260

25

```
DATE:20091230   TIME   :43:30   PAGE:003
CII NUMBER:A21583326   NAME:FARIAS,JOSE MANUEL
```

---

```
          CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
              *UNAUTHORIZED USE IS A CRIMINAL OFFENSE*
```

---

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|

---

```
COURT ACTION
20071218   CASCLOS ANGELES POMONA     04     01   11377(A) HS-POSSESS
           XEAKA08087702                          CONTROLLED SUBSTANCE
                                                  -CONVICTED-PROBATION
                                                   FELONY
                                     SEN:
                                     003 YEARS PROBATION, IMP SEN SS

                                                  -COND OF PROB-DRUG
                                                   TREATMENT PLACEMENT
                                                  -CONVICTION CERT BY
                                                   CLERK OF THE COURT
                                                  -FOR CERT INFO SEE
                                                   AUTOMATED ARCHIVE SYS
```

---

```
ARREST/DETAINED/CITED     DOB:
20071025   CAPDPOMONA              05     01   -WARRANT
           1032230-32771731                    11377(A) HS-POSSESS
                                               CONTROLLED SUBSTANCE
                                               WARRANT #POMKA08087702
                                     COM:
                                     FOR DISPO SEE ENTRY OF 100207
                                     CAPDPOMONA

                                     ADR:



                                     COM:
                                     PHOTO AVAILABLE

                                     SCN:
                                     L34A2980019
```

---

```
ARREST/DETAINED/CITED     DOB
20071130   CAPDPOMONA              03     01   11377(A) HS-POSSESS
           1079248-32771731                    CONTROLLED SUBSTANCE

                                     ADR:

```

---

```
(CONTINUED PAGE 004)                                    00261
```

DATE:20091230   TIME   :43:30   PAGE:004
CII NUMBER:A21583326   NAME:FARIAS,JOSE MANUEL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CRIMINAL HISTORY TRANSCRIPT           FOR OFFICIAL USE ONLY
*UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
                                       COM:
                                       PHOTO AVAILABLE

                                       SCN:
                                       L34A3340014

COURT ACTION
20071218   CASCLOS ANGELES POMONA    03    01   11377(A) HS-POSSESS
           XEAKA08132301                          CONTROLLED SUBSTANCE
                                                 -CONVICTED-PROBATION
                                                  FELONY
                                       SEN:
                                       003 YEARS PROBATION, IMP SEN SS

                                         -COND OF PROB-DRUG
                                          TREATMENT PLACEMENT
                                         -CONVICTION CERT BY
                                          CLERK OF THE COURT
                                         -FOR CERT INFO SEE
                                          AUTOMATED ARCHIVE SYS
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
ARREST/DETAINED/CITED      DOB:          4
20080220   CASOLA POMONA MUNI     03    01   11377(A) HS-POSSESS
           1183252-32771731                     CONTROLLED SUBSTANCE

                                       ADR:


                                       COM:
                                       PHOTO AVAILABLE

                                       SCN:
                                       M74B0510002
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
ARREST/DETAINED/CITED      DOB:
20090412   CAPDPLACENTIA          03    01   11550(A) HS-USE/UNDER INFL
           09-1584PL-1313332                    CONTRLD SUBSTANCE
```

(CONTINUED PAGE 005)                                          00262

7

27

```
DATE:20091230   TIME    :43:30   PAGE:005
CII NUMBER:A21583326   NAME:FARIAS,JOSE MANUEL
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
        CRIMINAL HISTORY TRANSCRIPT        FOR OFFICIAL USE ONLY
            *UNAUTHORIZED USE IS A CRIMINAL OFFENSE*
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|

```
                                          ADR:
                                          ███████/███ PARK   POMONA
                                          ████████

                                          SCN:
                                          285C1020001
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
ARREST/DETAINED/CITED         DOB:██████
20090417   CASOSAN BERNARDINO        04    01   11550(A) HS-USE/UNDER INFL
           0904342392-361009492                 CONTRLD SUBSTANCE

                                          ADR:
                                          ████████████████████████,
                                          ██████, ██/ █████

                                          COM:
                                          PHOTO AVAILABLE

                                          SCN:
                                          998C1070246
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
ARREST/DETAINED/CITED         DOB:████████
20090627   CAPDPOMONA              04    01  -WARRANT
           1962834-32771731                  459 PC-BURGLARY
                                             WARRANT #FWV901134

                                          ADR:
                                          ████████████████████████
                                          POMONA, CA  █████

                                          COM:
                                          PHOTO AVAILABLE

                                          SCN:
                                          L34C1780012
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
ARREST/DETAINED/CITED         DOB:████████
20090702   CASOSAN BERNARDINO        01    01   WARRANT
           0907340244-361009492                 182(A)(1)
                                                 PC-CONSPIRACY:COMMIT CRIME
```

```
(CONTINUED PAGE 006)                                          00263
```

```
DATE:20091230   TIME   5:43:30   PAGE:006
CII NUMBER:A21583326   NAME:FARIAS,JOSE MANUEL
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CRIMINAL HISTORY TRANSCRIPT        FOR OFFICIAL USE ONLY
*UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
                                    WARRANT #FWV901134

                                    02  -WARRANT
                                        459 PC-BURGLARY
                                    WARRANT #FWV901134

                                    SCN:
                                    998C1840237
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
ARREST/DETAINED/CITED      DOB:
20090824   CASOLA INMATE RECEP CTR   03   01  -WARRANT
           2031475-32771731                 11377(A) HS-POSSESS
                                            CONTROLLED SUBSTANCE
                                    WARRANT #XEAKA0132301
                                    COM:
                                    FOR DISPO SEE ENTRY OF 113007
                                    CAPDPOMONA
                                            ARRESTED BY:
                                            CAPDLA PACIFIC DIV REC

                                    ADR:

                                    POMONA   CA            TIME AT
                                    ADDRESS-(4 YEARS, )

                                    COM:
                                    PHOTO AVAILABLE

                                    SCN:
                                    M14C2360001
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
ARREST/DETAINED/CITED      DOB:
20090915   CASOLA MIRALOMA         03   01  8 1251 US-DEPORTATION
           2060511-32771731                PROCEEDINGS
                                           ARRESTED BY:
                                           USISLOS ANGELES SO

                                    ADR:
                                    20090075
                                    ANGELES   CA
```

(CONTINUED PAGE 007)                                           00264

```
DATE:20091230  TIME  5:43:30  PAGE:007
CII NUMBER:A21583326  NAME:FARIAS,JOSE MANUEL
```

CRIMINAL HISTORY TRANSCRIPT          FOR OFFICIAL USE ONLY
*UNAUTHORIZED USE IS A CRIMINAL OFFENSE*

| DATE | AGENCY/FILE NUMBER | NAME | COUNT | ACTION |
|------|--------------------|------|-------|--------|

COM:
PHOTO AVAILABLE

SCN:
M92C2590008

```
* * * *
"PROBATION FLAGS AND/OR DEPARTMENT OF MENTAL HEALTH FLAGS ON THIS RECORD
 MAY NOT BE BASED ON FINGERPRINT IDENTIFICATION"
* * * *
    END OF TRANSCRIPT
                                                                    00265
```

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NO. 8PK06716                                    PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.    CURRENT DATE 11/04/08
DEFENDANT 01:  SMITA UDAY SHROFF
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LA VERNE POLICE DEPARTMENT

BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR  SURETY COMPANY    REGISTER
      DATE        OF BAIL   POSTED   BOND NO.                      NUMBER

CASE FILED ON 10/28/08.
  COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 10/27/08 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
    COUNT 01: 484(A) PC MISD
    COUNT 02: 459 PC MISD
  MCF  10-29-08
    ALLEGED PRIOR CONVICTION ON COUNT 01 FOR 488 PC ON 04/12/06 IN SUP CT-SAN
    BERNARDIN JUDICIAL DISTRICT UNDER CASE NUMBER WV103393.
NEXT SCHEDULED EVENT:
  INITIAL FILING


ON 10/29/08 AT  830 AM  IN POMONA COURTHOUSE DEPT 007

  CASE CALLED FOR ARRAIGNMENT
PARTIES: MIKE CAMACHO (JUDGE)  EDNA MENDEZ  (CLERK)
         TRISHA SHEAR  (REP)    DAVID J. RICHMAN  (DA)
DEFENDANT DEMANDS COUNSEL.
COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.
PUBLIC DEFENDER APPOINTED.  LASHAE N. HENDERSON - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY LASHAE N. HENDERSON DEPUTY
  PUBLIC DEFENDER
DEFENDANT STATES HIS/HER TRUE NAME AS CHARGED.
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
  CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT WAIVES FURTHER ARRAIGNMENT.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 484(A) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 02, 459 PC.
  COURT ORDERS AND FINDINGS:

  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
  DEFENDANT IN CUSTODY

  O.R. REQUEST IS GRANTED.

  RELEASE ISSUED - BS003865
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  UPON MOTION OF DEFENDANT
11/18/08   830 AM  PRETRIAL HEARING   DIST POMONA COURTHOUSE DEPT 003
DAY 00 OF 45

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 11/18/08 AT  830 AM  IN POMONA COURTHOUSE DEPT 003

  CASE CALLED FOR PRETRIAL HEARING
PARTIES: JOHN W. BUNNETT (JUDGE)  DAVID RIVERA  (CLERK)

\10

CASE NO. 8PK06716
DEF NO. 01

PAGE NO.     2
DATE PRINTED 11/04/09

        CYNTHIA CHAVEZ     (REP) THUY DINH PHAM  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JOHN WILLIAMS DEPUTY PUBLIC
DEFENDER
  THIS MATTER IS CONTINUED TO 12-18-08 AT
  8:30 A.M., IN T HIS DEPARTMENT.
. COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 UPON MOTION OF DEFENDANT
 12/18/08  830 AM  PRETRIAL HEARING   DIST POMONA COURTHOUSE DEPT 003
DAY 00 OF 45

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 12/18/08 AT  830 AM  IN POMONA COURTHOUSE DEPT 003


  CASE CALLED FOR PRETRIAL HEARING
PARTIES: FRANCIS A GATELY JR. (JUDGE)  VIVIAN YOSHIOKA  (CLERK)
          SUZANNE ETCHEBERRIA     (REP)  THUY DINH PHAM  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JOHN WILLIAMS DEPUTY PUBLIC
DEFENDER
  ON DEFENSE MOTION, PRETRIAL HEARING IS CONTINUED TO
  01-16-09 AT 8:30 A.M. IN THIS DEPARTMENT.
.
  TIME WAIVED.
.
  THE DEFENDANT IS ORDERED TO RETURN.
.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 UPON MOTION OF DEFENDANT
 01/16/09  830 AM  PRETRIAL HEARING   DIST POMONA COURTHOUSE DEPT 003

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 01/16/09 AT  830 AM  IN POMONA COURTHOUSE DEPT 003

  CASE CALLED FOR PRETRIAL HEARING
PARTIES: JUDSON W. MORRIS (JUDGE)  VIVIAN YOSHIOKA  (CLERK)
          SUZANNE ETCHEBERRIA     (REP)  THUY DINH PHAM  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JOHN WILLIAMS DEPUTY PUBLIC
DEFENDER
  ON DEFENSE MOTION, PRETRIAL HEARING IS CONTINUED TO
  03-18-09 AT 8:30 A.M. IN THIS DEPARTMENT.
.
  TIME WAIVED.
.
  THE DEFENDANT IS ORDERED TO RETURN.
.
  THE DEFENDANT WANTS TO TRY TO RETAIN PRIVATE COUNSEL.
.

\\

CASE NO. 8PK06716                              PAGE NO.   3
DEF NO.  01                                    DATE PRINTED 11/04/09

    THE COURT DOES NOT RELIEVE THE PUBLIC DEFENDER.  THE
    COURT WILL RELIEVE THE PUBLIC DEFENDER WHEN THE DEFENDANT
    HAS RETAINED COUNSEL.

    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  UPON MOTION OF DEFENDANT
   03/18/09   830 AM  PRETRIAL HEARING   DIST POMONA COURTHOUSE DEPT 003

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 03/18/09 AT  830 AM  IN POMONA COURTHOUSE DEPT 003

    CASE CALLED FOR PRETRIAL HEARING
PARTIES: JUDSON W. MORRIS (JUDGE)  VIVIAN YOSHIOKA  (CLERK)

              SUZANNE ETCHEBERRIA       (REP)  THUY DINH PHAM  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JOHN WILLIAMS DEPUTY PUBLIC
   DEFENDER
   PRETRIAL HEARING HELD.

   CASE NOT SETTLED.

   JURY TRIAL IS SET ON 04-20-09 AT 8:30 A.M. IN
THIS DEPARTMENT.

   TIME WAIVED.

   THE DEFENDANT IS ORDERED TO RETURN..
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  UPON MOTION OF DEFENDANT
   04/20/09   830 AM  JURY TRIAL    DIST POMONA COURTHOUSE DEPT 003


ON 04/20/09 AT  830 AM  IN POMONA COURTHOUSE DEPT 003

    CASE CALLED FOR JURY TRIAL
PARTIES: FRANCIS A GATELY JR. (JUDGE)  DAVID RIVERA  (CLERK)
              SUZANNE ETCHEBERRIA       (REP)  THUY DINH PHAM  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ROGER MARTIN DEPUTY PUBLIC
   DEFENDER
   JURY TRIAL IS TAKEN OFF CALENDAR.

   PRE-TRIAL CONFERENCE IS RE-SET ON
05-12-09 AT 8:30 A.M., IN THIS DEPARTMENT.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  UPON MOTION OF DEFENDANT
   05/12/09   830 AM  PRETRIAL HEARING    DIST POMONA COURTHOUSE DEPT 003

CASE NO. 8PK06716                              PAGE NO.   4
DEF NO.  01                                    DATE PRINTED 11/04/09

DAY 00 OF 45

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 05/12/09 AT  830 AM  IN POMONA COURTHOUSE DEPT 003

    CASE CALLED FOR PRETRIAL HEARING
PARTIES: JUDSON W. MORRIS (JUDGE)  DAVID RIVERA  (CLERK)
              SUZANNE ETCHEBERRIA      (REP)  THUY DINH PHAM  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ROGER MARTIN DEPUTY PUBLIC
   DEFENDER
   PRE-TRIAL CONFERENCE HELD.

   JURY TRIAL IS SET ON 07-13-09 AT
   8:30 A.M., IN THIS DEPARTMENT.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 UPON MOTION OF DEFENDANT
  07/13/09   830 AM  JURY TRIAL    DIST POMONA COURTHOUSE DEPT 003
DAY 00 OF 10

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE


ON 07/13/09 AT  830 AM  IN POMONA COURTHOUSE DEPT 003

    CASE CALLED FOR JURY TRIAL
PARTIES: JUDSON W. MORRIS (JUDGE)  VIVIAN YOSHIOKA  (CLERK)
              SUZANNE ETCHEBERRIA      (REP)  MICHELLE GOODIN  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ROGER MARTIN DEPUTY PUBLIC
   DEFENDER
   ON DEFENSE MOTION, JURY TRIAL IS TRAILED TO 07-20-09 AT
   8:30 A.M. IN THIS DEPARTMENT AS 7 OF 10.

   MATTER TO STAY IN DEPARTMENT 3.


   THE DEFENDANT IS ORDERED TO RETURN.

   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
 UPON MOTION OF DEFENDANT
  07/20/09   830 AM  JURY TRIAL    DIST POMONA COURTHOUSE DEPT 004
DAY 07 OF 10

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 07/20/09 AT  830 AM  IN POMONA COURTHOUSE DEPT 003

    CASE CALLED FOR JURY TRIAL
PARTIES: JUDSON W. MORRIS (JUDGE)  COLLEEN GALLAGHER  (CLERK)
              SUZANNE ETCHEBERRIA  (REP)    MICHELLE GOODIN  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ROGER MARTIN DEPUTY PUBLIC
   DEFENDER

13

34

CASE NO. 8PK06716                                        PAGE NO.   5
DEF NO.  01                                              DATE PRINTED 11/04/09

   ON PEOPLE'S MOTION, COURT ORDERS COMPLAINT AMENDED TO CHANGE COUNT 01 TO READ
      VIOLATION 666 PC INSTEAD OF 484(A) PC.
DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
TRIAL BY COURT AND TRIAL BY JURY
      CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;
      SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
      AGAINST SELF-INCRIMINATION;
DEFENDANT ADVISED OF THE FOLLOWING:
   THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
      COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;
   THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
      THE MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
      EFFECTS AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE
      SAME OR SIMILAR OFFENSES;
   THE EFFECTS OF PROBATION;
   IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION  OF THE
      OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
      DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF

      NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES;
COUNSEL FOR THE DEFENDANT JOINS IN THE WAIVERS AND CONCURS IN THE PLEA.
COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND EXPLICITLY
   MADE;
COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
   ACCEPTS PLEA.
   MATTER IS TRANSFERRED BACK FROM DEPARTMENT 007 FOR DISPOSITION.
   DEFENDANT ADMITS A PRIOR CONVICTION AND THE COURT FINDS IT TO BE
   TRUE.
WAIVES TIME FOR SENTENCE.
NEXT SCHEDULED EVENT:
   SENTENCING
   DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
   WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
   JUDGMENT:
AS TO COUNT   (01):
IMPOSITION OF SENTENCE SUSPENDED
DEFENDANT PLACED ON SUMMARY PROBATION
   FOR A PERIOD OF 003 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:
   PERFORM 15 DAYS OF CAL TRANS
   IN ADDITION:

   -OBEY ALL LAWS AND ORDERS OF THE COURT.
   -DEFENDANT ACKNOWLEDGES TO THE COURT THAT THE DEFENDANT
      UNDERSTANDS AND ACCEPTS ALL THE PROBATION CONDITIONS, AND
      DEFENDANT AGREES TO ABIDE BY SAME.
      -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   THE COURT ORDERS VRF, COURT SECURITY FEE AND CRIMINAL CONVICTION
   FEES ARE SUSPENDED.
   DEFENDANT IS ORDERED TO STAY AWAY FROM ALL TARGET STORES DURING
   THE TERM OF HER PROBATION.
   THE COURT ORDERS DEFENDANT TO SERVE 18 DAYS' CAL TRANS SERVICE
   WITH CREDIT FOR 3 DAYS, FOR A TOTAL OF 15 DAYS SERVICE.
   THE COURT ORDERS DEFENDANT MAY SERVE 15 DAYS' TREE FARM SERVICE
   IN LIEU OF CAL TRANS OBLIGATION.
COUNT (01): DISPOSITION: CONVICTED
REMAINING COUNTS DISMISSED:

```
CASE NO. 8PK06716                          PAGE NO.   6
DEF NO.  01                                DATE PRINTED 11/04/09

     COUNT  (02): DISMISSED DUE TO PLEA NEGOTIATION
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
  09/21/09   830 AM  PROOF OF TREE FARM    DIST POMONA COURTHOUSE DEPT CLK

CUSTODY STATUS: ON PROBATION


ON 07/20/09 AT  900 AM  IN POMONA COURTHOUSE DEPT 003

    CASE CALLED FOR MISCELLANEOUS
PARTIES: JUDSON W. MORRIS (JUDGE)  COLLEEN GALLAGHER  (CLERK)
         SUZANNE ETCHEBERRIA  (REP)     MICHELLE GOODIN  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ROGER MARTIN DEPUTY PUBLIC
  DEFENDER
DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
TRIAL BY COURT AND TRIAL BY JURY:
  CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;

   SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
   AGAINST SELF-INCRIMINATION;
DEFENDANT ADVISED OF THE FOLLOWING:
 THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
   COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;
 THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
   THE MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
   EFFECTS AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE
   SAME OR SIMILAR OFFENSES;
 THE EFFECTS OF PROBATION;
 IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION  OF THE
   OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
   DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
   NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES;
COUNSEL FOR THE DEFENDANT JOINS IN THE WAIVERS AND CONCURS IN THE PLEA.
COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND EXPLICITLY
  MADE;
THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 01 AND PLEADS
  NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION 666
  PC IN COUNT 01.  THE COURT FINDS THE DEFENDANT GUILTY.
COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT

  ACCEPTS PLEA.
NEXT SCHEDULED EVENT:
  SENTENCING


ON 08/17/09 AT  800 AM :
  CASE FORWARDED TO DEPT.7     (WALK-IN)
  L.LOPEZ 08-17-09


ON 08/17/09 AT  830 AM  IN POMONA COURTHOUSE DEPT 007

    CASE CALLED FOR POST SENTENCING
PARTIES: DAVID C. BROUGHAM (JUDGE)  ELIZABETH RIVERA  (CLERK)
         REBECA HORAN   (REP)  RICHARD CEBALLOS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ANNA M ARMENTA-RIGOR DEPUTY
  PUBLIC DEFENDER
  SPECIAL PETITION ON DEMAND IS FILED.
```

15

CASE NO. 8PK06716
DEF NO.  01

PAGE NO.   7
DATE PRINTED 11/04/09

THE COURT CONVERTS THE 15 DAYS OF CALTRANS TO 120 HOURS
OF COMMUNITY SERVICE.

PROOF OF COMPLETION OF COMMUNITY SERVICE IS DUE ON THE CLERK'S
OFFICE ON OR BEFORE 11/09/09.

***PENDING***
120 HOURS COMMUNITY SERVICE
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  11/09/09   900 AM  PROOF OF COMPLETION   DIST POMONA COURTHOUSE DEPT CLK

CUSTODY STATUS: ON PROBATION


ON 09/18/09 AT  900 AM :

   TREE FARM NON-COMPLIANCE REPORT RECEIVED AND FILED.

   MGONZALEZ 09/23/09
PROOF OF COMPLETION


ON 10/26/09 AT  800 AM :
   CASE FORWARDED TO DEPT.     7       (WALK-IN)

   ENTRY BY: M GONZALEZ 10/26/09


ON 10/26/09 AT  830 AM  IN POMONA COURTHOUSE DEPT 007

   CASE CALLED FOR POST SENTENCING
PARTIES: DAVID C. BROUGHAM (JUDGE)   ELIZABETH RIVERA  (CLERK)
         REBECA HORAN       (REP)   RICHARD CEBALLOS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ROBERT F. MCBIRNEY DEPUTY
  PUBLIC DEFENDER

   DEFENDANT IS A WALK IN.

   THE COURT CONVERTS 120 HOURS OF COMMUNITY SERVICE TO 30
DAYS IN THE COUNTY JAIL, CONCURRENT TO ANY OTHER CASE.

   THE COURT DATE OF 11/09/09 IS ADVANCED AND VACATED.

   DEFENDANT IS ORDERED TO RETURN ON 11/10/09 IN THIS
DEPARTMENT FOR SURRENDER.
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  11/10/09   830 AM  SURRENDER   DIST POMONA COURTHOUSE DEPT 007

CUSTODY STATUS: ON PROBATION.

16

```
OTSCASPRT     SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
8/18/10                      CASE PRINT                          Page:    1
```

---

```
CASE NUMBER:    FWV901134                  DEFENDANT STATUS: Probation
ARREST NBR :    09107030                   ARREST DATE ....:  4/17/09
ARREST AGY : UPLAND POLICE DEPT/UP
Defendant .: FARIASCORNEJO, JOSE MANUEL                  Defn :  3 of   3
AKA .......: FARIAS, JOSE MANUEL
```
===============================================================================
```
          Date Filed : 05/06/09
```

```
District Attorney : Michael Jones             Continuances:        0
Defense  Attorney : Conflict Defense Panel    Age in Days :        8
Custody Status ...: N/A       - Bail:  100,000.00  Last Trial .: 09/04/09
```

Charge Information
---------------------

| Ct | | | | Plea | Status | Sev |
|----|----|----|----|----|----|----|
| 001 | ARREST | 459 PC | BURGLARY | None | | F |
| 001 | FILED | 459 PC (2nd) | BURGLARY | NLC | Convict | M |
| 001 | ORIGIN | 459 PC (2nd) | BURGLARY | NG | | F |
| 002 | FILED | 182(A)(1) PC | CONSPIRACY:COMMIT CRIME | NG | Dismiss | F |

Disposed Cases
--------------

```
Case Number    Expires    Convicted/Warrant Charges              Status
MWV902705      00/00/00 M11550(A) HS                             Closed
```

```
TTP Status      Fine Amount      Amount Paid      Amount Due    Date To Pay
N/A               $260.00                           $260.00      12/01/09
```

Collection Status
N/A

Warrant Information
-------------------

| Type | Date Issued | Status | Bail Amount | Affidavit Date |
|----|----|----|----|----|
| Arrest | 05/27/09 | Recalled | $100,000.00 | 00/00/00 |

Case Action Information
-----------------------

| Action | Div | Description | Status |
|----|----|----|----|
| 7/20/09 | | Electronic 8715 Disposition generated | |
| 7/14/09 | | Case severity has changed from Felony to Misdemean | |
| | R18 | PRELIMINARY HEARING | Dispo |

```
               Minutes updated by Elaine Carlos.
               -
               JUDGE Raymond P VanStockum
               Clerk: Marc Johnson
               Certified Court Reporter: Traci Troli; CSR# 13302
               Bailiff F Macias

               APPEARANCES
               Deputy District Attorney Michael Jones present.
               Conflict Defense Panel David Goldstein present.
```

13

OTSCASPRT        SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
8/18/10                              CASE PRINT                        Page:       2

------------------------------------------------------------------------
CASE NUMBER:     FWV901134                    DEFENDANT STATUS: Probation
ARREST NBR :     09107030                     ARREST DATE ....:  4/17/09
ARREST AGY : UPLAND POLICE DEPT/UP
Defendant .: FARIASCORNEJO, JOSE MANUEL                  Defn :  3 of   3
AKA .......: FARIAS, JOSE MANUEL
========================================================================
              Defendant present in custody.
              -
              PROCEEDINGS
              Action came on for Preliminary Hearing
              Defendant gives TRUE NAME as Jose Manuel Farias
              Cornejo. Defendant also known as Jose Manuel
              Faris.
              -
              PLEA INFORMATION
              Count 1, a felony reduced to M459 PC, a
              misdemeanor pursuant to 17b PC
              Defendant withdraws plea of NOT GUILTY and enters
              a plea of NOLO CONTENDERE as to Count(s) 1 per
              plea bargain (incorporated by reference herein).
              Court accepts plea of NOLO CONTENDERE and finds
              Defendant GUILTY based on plea.
              -
              DISMISSALS
              On motion of People, pursuant to plea bargain,
              Count 2 ordered DISMISSED; Reason: 1385 PC.
              -
              FINDINGS/ADVISALS:
              The Court, after readvisement of each of these
              rights, finds that the Defendant understands the
              charge(s), the possible
              penalties, right against self-incrimination, to
              confront and cross examine witnesses, to a public
              and speedy trial, to Jury
              trial, to have an attorney present at all stages
              of the proceedings and to the Public Defender if
              indigent and to the
              compulsory process of the court to subpoena
              witnesses.
              Court finds plea is based on fact.
              See findings in file.
              Plea bargain agreement filed.
              Tahl waiver filed.
              -
              Defendant waives formal arraignment for
              pronouncement of judgment and states there is no
              legal cause why judgment should not now be
              pronounced.
              -
              SENTENCING INFORMATION
              For the charge(s): 1
              Pronouncement of Judgment is ordered withheld and
              Conditional and Revocable Release is GRANTED for
              a period of 24 month(s)
              on the following Terms and Conditions:
              01)    Violate no law other than minor traffic.

                                     18

```
OTSCASPRT      SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
 8/18/10                        CASE PRINT                              Page:     3
```

```
------------------------------------------------------------------------------
CASE NUMBER:      FWV901134               DEFENDANT STATUS: Probation
ARREST NBR :      09107030                ARREST DATE ....:  4/17/09
ARREST AGY : UPLAND POLICE DEPT/UP
Defendant .: FARIASCORNEJO, JOSE MANUEL            Defn :  3 of   3
AKA .......: FARIAS, JOSE MANUEL
==============================================================================
```

```
            02)    Pay $130.00 to Victim Restitution Fund to the
                   Court; includes 10% administrative fee
                   (Includes $20 Security Surcharge.)
                   An Additional Assessment of $30 is imposed on
                   Count 1 for Criminal Assessment.
              Pay appointed counsel fees in the amount of
              $100.00 pursuant to PC 987.8(f)
              Total fine/fee imposed: $260.00
              by 12/01/2009.
              Pay fine/fee to the Court.
            03)    Serve 14 days in a San Bernardino County Jail
                   Facility.
                   With credit for time served of 14 day(s).
            04)    Stay away from: Target.
              Defendant accepts probation and is given a copy
              of the Terms and Conditions.
              -
              CUSTODY STATUS
              Case custody - Probation.
              Commitment Issued.
              Copy of Minute Order given to defendant.
              ============= MINUTE ORDER END ================
              -------------------------
7/09/09 R18    PRE-PRELIMINARY CONFERENCE                      Dispo
              Minutes updated by Veronica Herrera.
              -
              JUDGE Raymond P VanStockum
              Clerk: Marc Johnson
              Certified Court Reporter: Teresa Borje; CSR# 11383
              Bailiff F Macias
              -
              APPEARANCES
              Deputy District Attorney Wade Abbott present.
              Conflict Defense Panel David Goldstein present.
              Defendant present in custody.
              -
              PROCEEDINGS
              Action came on for Pre-Preliminary Hearing
              Parties announce ready for preliminary hearing.
              -
              HEARINGS
              Preliminary Hearing Confirmed.
              Matter remains set for preliminary hearing on
              07/14/2009.
              Also set for bail/O.R. hearing
              Defendant ordered to appear on hearing date.
              -
              Estimated time: 30 min.
              -
              CUSTODY STATUS
```

```
OTSCASPRT        SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
 8/18/10                         CASE PRINT                          Page:    4
```

```
------------------------------------------------------------------
CASE NUMBER:    FWV901134            DEFENDANT STATUS: Probation
ARREST NBR :    09107030            ARREST DATE ....: 4/17/09
ARREST AGY : UPLAND POLICE DEPT/UP
Defendant .: FARIASCORNEJO, JOSE MANUEL          Defn :  3 of   3
AKA .......: FARIAS, JOSE MANUEL
==================================================================
```

```
              Case Custody - In Custody
              ============= MINUTE ORDER END ================
              --------------------------
 7/06/09      Warrant was quashed locally by VHERR
              --------------------------
        R20   IN CUSTODY ARRAIGNMENT                      Dispo
              Warrant ordered RECALLED.
              Minutes updated by Veronica Herrera.
              -
              JUDGE Raymond P VanStockum
              Clerk: Marc Johnson
              Defendant present.
              Defendant IN custody, present in County Jail (via
              video)
              Attorney David Goldstein present.
              -
              PROCEEDINGS
              Action came on for arraignment
              Defendant is advised of Constitutional and
              Statutory Rights. (as attached and incorporated).
              Defendant Arraigned.
              -
              PLEA INFORMATION
              Defendant pleads NOT GUILTY to all Counts.
              -
              ATTORNEY INFORMATION
              Court appoints Conflict Panel Attorney.
              Copy of Complaint and Discovery Given to Defense
              Counsel.
              -
              HEARINGS
              Pre-preliminary hearing set for 07/09/2009 at
              8:30 in Department R18.
              Preliminary hearing set on 07/14/2009 at  8:30 in
              Department R18.
              Defendant ordered to appear on hearing date.
              -
              CUSTODY STATUS
              Case Custody - In Custody
              Bail set at $100000.00.
              Commitment Issued (Pending)
              Conflict Panel Notified.
              District Attorney notified.
              10th day is 07/20/2009.
              ============= MINUTE ORDER END ================
              --------------------------
 6/03/09      Warrant sent to Sheriff's Office
              --------------------------
 5/28/09      Warrant ordered on 05/28/2009 at 14:35
              --------------------------
```

```
OTSCASPRT      SUPERIOR COURT OF CALIF COUNTY OF SAN BERNARDINO
  8/18/10                     CASE PRINT                           Page:     5
----------------------------------------------------------------------------
CASE NUMBER:    FWV901134                 DEFENDANT STATUS: Probation
ARREST NBR :    09107030                  ARREST DATE ....:  4/17/09
ARREST AGY : UPLAND POLICE DEPT/UP
Defendant ..: FARIASCORNEJO, JOSE MANUEL                Defn :  3 of   3
AKA .......: FARIAS, JOSE MANUEL
============================================================================
  5/27/09 R18    EX PARTE HEARING RE: ARREST WARRANT          Dispo
                 JUDGE Raymond P VanStockum
                 Clerk: CYNTHIA WYLER
                 Defendant NOT present.
                 -
                 PROCEEDINGS
                 Affidavit/declaration in support of Warrant of
                 Arrest filed.
                 Court orders Warrant of Arrest issued. Bail set
                 at $100000.00. May Not Forfeit.
                 -
                 CUSTODY STATUS
                 Case Custody - Fugitive
                 ============= MINUTE ORDER END ================
                 -------------------------
  5/07/09        EFILE DA INTERFACE ENTRY

Probation Information
---------------------
  Type      Granted Date   Expiration Date
  Summary    7/14/09         7/14/11

                 01) Violate no law other than minor traffic. (TMVNL)
                     (Includes $20 Security Surcharge.) (T00)

                 02) An Additional Assessment of $55 is imposed on
                     Count 1 for Security Surcharge and Criminal
                     Assessment. (TF9M)

                 02) Pay $130.00 to Victim Restitution Fund to the
                     Court; includes 10% administrative fee (TMVRF)

                 03) Serve 14 days in a San Bernardino County Jail
                     Facility. (T1A)
                     With credit for time served of 14 day(s). (T1BB)

                 04) Stay away from: Target. (TMSTY)

**** No Local DMV data available for this case ****
               **** END OF CASE PRINT ****
```

2\

## PROOF OF SERVICE

On 09/22/10, Kimberly Trinkaus

served a copy of this

Respondent's Eligibility Brief for Cancellation of Removal for Certain Permanent

Residents

and any attached pages to

Department of Homeland Security, Office of Chief Counsel

at the following address:

45100 N. 60th Street West, Lancaster, California 93536

by

Personal Service

_____          9/22/10 _____
Kimberly K. Trinkaus                       Date

22

# Exhibit 30

## DECLARATION OF AHILAN T. ARULANANTHAM
## OF DECEMBER 20, 2010

I, Ahilan Arulanantham, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am an attorney and the Director of Immigrants' Rights and National Security at the American Civil Liberties Union of Southern California.

3.      I represent Jose Farias Cornejo, along with all other class members, in *Rodriguez v. Holder*, CV 07-3239-TJH (RNBx).

4.      On July 27, 2010, I traveled to the Mira Loma Detention Center to meet with *Rodriguez* class members.  At that time I met Jose Farias Cornejo, amongst several other detainees.  I obtained general information about his immigration case and background at that time.  I was particularly interested in his case not only because of his particularly long history in this country but also because he claimed that the government's attorney in his immigration case had already told his attorney that the government would not oppose his request for cancellation of removal.  During the interview he pointed out his attorney at the time, who was interviewing a detainee in another portion of the visiting area.

5.      After finishing my meetings with detainees I met the attorney in the parking lot at the detention center.  She told me that her name was Isabel.  She reviewed the file for Mr. Farias Cornejo and confirmed that the government attorney had stated that it would not oppose his being granted cancellation of removal.

6.      I traveled to Mira Loma Detention Center again on August 31, 2010 to meet with *Rodriguez* class members.  I met with Mr. Farias Cornejo again on that day.  I learned on that day that a new lawyer was working on his case.  I do

1

44

1 | not recall whether we discussed his cancellation application, but I am certain that
2 | he did not tell me of any change in its status.

3

4 |     I declare under penalty of perjury of the laws of the State of California and
5 | the United States that the foregoing is true and correct to the best of my
6 | knowledge and belief.  Executed this 20th day of December, 2010 in Los Angeles,
7 | California.

8

9 |                         s/ Ahilan T. Arulanantham
10 |                        AHILAN T. ARULANANTHAM

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28