TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney
EREZ R. REUVENI
Trial Attorney
ELIZABETH L. WALKER
Trial Attorney

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>　　　　　Petitioners,<br><br>v.<br><br>ERIC H. HOLDER, JR., *et al.*,<br><br>　　　　　Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>RESPONDENTS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PETITIONER CORNEJO'S MOTION FOR A PRELIMINARY INJUNCTION |

In opposing Petitioner Cornejo's motion for a preliminary injunction, Respondents bring to this Court's attention the accompanying December 1, 2010 decision of the U.S. District Court for the Southern District of California, in which a habeas challenge to prolonged detention under 8 U.S.C. § 1226(c) was denied. *Gonzalez-Galindo v. Napolitano*, No. 10-cv-1875, 2010 WL 4977023 (S.D. Cal. Dec. 1, 2010) (Hayes, J.) (attached).

After they filed their opposition to the motion for a preliminary injunction, Respondents were informed that this decision had been issued.

Dated: January 3, 2011          Respectfully submitted,

TONY WEST
Assistant Attorney General
Civil Division

DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section

VICTOR M. LAWRENCE
Principal Assistant Director

By:     */s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington DC 20044
(202) 532-4135
theodore.atkinson@usdoj.gov

NICOLE R. PRAIRIE
Trial Attorney

EREZ R. REUVENI
Trial Attorney

ELIZABETH L. WALKER
Trial Attorney

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2011, I submitted the foregoing to opposing counsel by e-mailing the same on the following:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: wtran@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

*/s/ Theodore w. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice