UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3239-TJH (RNBx) | Date | January 3, 2011 |
|---|---|---|---|
| Title | *ALEJANDRO RODRIGUEZ v. JAMES HAYES ET AL* | | |

| Present: The Honorable | TERRY J. HATTER, JR., U.S. DISTRICT COURT JUDGE |
|---|---|

| Karen Park | Not Recorded |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ahilan Arulanantham<br>Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

On the Court's own motion, Final Pretrial Conference is hereby CONTINUED from February 28, 2011 to **Monday, March 7, 2011, at 10:00 a.m.**

IT IS SO ORDERED.

: 00

Initials of Preparer   KPA