PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys for Petitioners**
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07- 3239-TJH (RNBx) |
| Petitioners, | **NOTICE OF APPEARANCE** |
| vs. | Honorable Terry J. Hatter |
| TROY ROBBINS, et al., | |
| Respondents. | |

1  Additional Counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY 10004
   Telephone: (212) 549-2618
5  Facsimile: (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone: (650) 724-2442
   Facsimile: (650) 723-4426
10
   SEAN COMMONS (SBN 217603)*
11 WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

15 *Notice of Appearance forthcoming

16

17

18

19

20

21

22

23

24

25

26

27

28

# NOTICE OF APPEARANCE

Undersigned counsel, Michael Kaufman, respectfully enters his appearance as counsel for Petitioners in the above-referenced case.

Counsel's contact information is as follows:

> Michael Kaufman
> ACLU of Southern California
> 1313 West 8th Street
> Los Angeles, CA 90017
> (213) 977-5232
> (213) 977-5297 fax
> mkaufman@aclu-sc.org

Respectfully submitted,

Dated: January 4, 2011

_s/ Michael Kaufman
MICHAEL KAUFMAN
Attorney for Petitioners