# Exhibit 2

Case No. CV 07-3239-TJH (RNBx)

RESPONDENTS' OPPOSITION TO PETITIONER CORNEJO'S
MOTION FOR A PRELIMINARY INJUNCTION

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

1

US IMMIGRATION COURT

------------------------x
STATE OF CALIFORNIA     :
                        :
        Petitioner,     :
    vs.                 : Case No. 77330641
                        :
JOSE MANUEL FARIAS      :
CORNEJO,                :
                        :
        Respondent.     :
------------------------x

                        Lancaster, California

                        December 15, 2010


     The following pages constitute the proceedings

held in the above-captioned matter before the HONORABLE

SCOTT D. LAURANT, held in the US Immigration Court,

Lancaster, California.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

2

1                    A P P E A R A N C E S

2

3    On behalf of the Respondent:

4         Pro se

5

6

7    On behalf of the Government:

8         Mr. Fontova

9

10                         *  *  *  *  *

11

12

13

14

15

16

17

18

19

20

21

22

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

3

1                P R O C E E D I N G S

2           JUDGE LAURENT:  This is immigration judge

3   Scott Laurent.  Today's date is December 15, 2009.  I'm

4   presiding here in Lancaster, California, in US

5   Immigration Court for removal proceedings in the matter

6   of Jos? Manuel Farias Cornejo, file number 77330641.

7   This hearing is being conducted in the English language

8   and, sir, do you still want to go in the English

9   language?

10          MR. CORNEJO:  Yes, sir.

11          JUDGE LAURENT:  All right.  The clerk of the

12  court is Brooke Adrianne.  Deputy Bauer is our deputy.

13  Respondent is present and representing himself for

14  today's hearing.  And can I have appearance from the

15  Department of Homeland Security?

16          MS. FONTOVA:  Angela Fontova for the

17  government.

18          JUDGE LAURENT:  And sir, do you still want to

19  represent yourself, or were you able to find a lawyer?

20          MR. CORNEJO:  I wasn't -- I can't afford it,

21  so --

22          JUDGE LAURENT:  Did you go through the people

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

4

1   on the free services legal services list --

2           MR. CORNEJO:  Yeah.

3           JUDGE LAURENT:  -- or talk to Esperanza at --

4   no help?

5           MR. CORNEJO:  No.

6           JUDGE LAURENT:  Do you want to represent

7   yourself then for today's hearing?

8           MR. CORNEJO:  Yeah.

9           JUDGE LAURENT:  Okay.  Then what we're going

10  to do, I'm going to go through the allegations on the

11  notice to appear.  You let me know if they're true or

12  false.  If you don't understand anything, just let me

13  know.  And if I'm going too fast, just let me know and

14  then we may take the conviction documents and then

15  we'll see if you're going to qualify for any forms of

16  relief from removal.  Are you a citizen or national of

17  the United States?

18          MR. CORNEJO:  No, sir.

19          JUDGE LAURENT:  Are you a native and citizen

20  of Mexico?

21          MR. CORNEJO:  Yes, sir.

22          JUDGE LAURENT:  Is it true you were admitted

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

5

1  to the United States at Los Angeles, California on or

2  about October 17, 2001, they say as an F27.  I think

3  what they mean is a lawful permanent resident.  Is that

4  -- okay.  Is that what that means, Ms. Fontova?

5          MS. FONTOVA:  It is, Your Honor.

6          JUDGE LAURENT:  And is it true that on

7  December 18, 2007, you were convicted in the Superior

8  Court of Los Angeles for the offense of controlled

9  substance -- possession of controlled substance,

10  methamphetamine in violation of Section 11377(a) of the

11  California Health and Safety Code?

12          MR. CORNEJO:  Yes, sir.

13          JUDGE LAURENT:  All right.  I will show that

14  you have admitted all four factual allegations.  And do

15  you have the conviction record, Ms. Fontova?

16          MS. FONTOVA:  I do.  May I approach, Your

17  Honor?

18          JUDGE LAURENT:  Yes, you may.  And please

19  proceed.

20          MS. FONTOVA:  I'm serving respondent with a

21  copy and I would ask that these be marked for

22  identification.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

6

1          JUDGE LAURENT:  Thank you.  They will be

2   marked that way.  And, go ahead, and lay a foundation

3   for them.

4          MS. FONTOVA:  Thank you, Your Honor.  Sir,

5   I've served you with a copy of what has been marked as

6   Exhibit No. 2, and these are documents that my office

7   received from the Superior Court of Los Angeles, and it

8   indicates that in this criminal case, the people of the

9   State of California charged Jos? Farias Cornejo with

10  one count of possession of a controlled substance,

11  which is 11377(a) of the California Health and Safety

12  Code.  I'm looking at the first page, the felony

13  complaint.  The second document is the minutes of the

14  hearing of the hearing at the Superior Court, and it

15  indicates -- I'm looking at Page 7 of the document,

16  Page 6 and 7.  It indicates that although that you were

17  initially placed on the Proposition 36 program on

18  November 18, 2008, that program was terminated and you

19  were convicted of the possession offense.  Sir, is that

20  what happened in your criminal case?

21          MR. CORNEJO:  2008?  Well, I was on Prop. 36

22  then.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

7

1          JUDGE LAURENT:  Right.  And did you then

2  violate and then they found you convicted?

3          MR. CORNEJO:  Yeah, they -- well, that was

4  2009, though.

5          JUDGE LAURENT:  Correct.  Is that what

6  happened in your case?

7          MR. CORNEJO:  Yeah.  I completed a drug

8  program and all that, but I couldn't pay, so

9  [indiscernible] fighting that now.

10          JUDGE LAURENT:  But then they -- but they

11  convicted you; correct?

12          MR. CORNEJO:  Yeah, they convicted me.

13          MS. FONTOVA:  And do these documents relate

14  to you?

15          MR. CORNEJO:  The conviction and drugs, yeah.

16          MS. FONTOVA:  And the last page has a

17  certification from the Superior Court indicating that

18  it's a true and correct copy of the original that's

19  found in their file, and it also indicates that as to

20  count one, you were sentenced to 180 days; is that

21  correct?

22          MR. CORNEJO:  Yes, ma'am.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

8

1          MS. FONTOVA:  Your Honor, I would ask that

2    these be admitted into the record as exhibit number

3    two.

4          JUDGE LAURENT:  Sir, is it okay if I consider

5    these as part of your case?

6          MR. CORNEJO:  Excuse me.

7          JUDGE LAURENT:  Can I consider these as part

8    of your case?

9          MR. CORNEJO:  Yes, sir.

10          JUDGE LAURENT:  All right.  I'll mark and

11    admit them into the record as Exhibit No. 2.

12          {Whereupon Exhibit No. 2 was marked for

13    identification]

14    I'll find that based upon these documents, respondent

15    is removable by a clear and convincing and unequivocal

16    evidence pursuant to Section 237(a)(2)(b)(i).  So sir,

17    you are removable from the United States.  Now we're

18    going to start the second phase of your hearing to see

19    if you qualify for any forms of relief, and I'm going

20    to ask you additional questions.  If I have to remove

21    you, what country would you want to be removed to?

22          MR. CORNEJO:  Mexico.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

9

```
1              JUDGE LAURENT:  I'll designate Mexico as the
2   country of removal should that become necessary. What's
3   your date of birth?
4              MR. CORNEJO:  ██████████████.
5              JUDGE LAURENT:  Okay.  So you're 25; correct?
6              MR. CORNEJO:  Yes, sir.
7              JUDGE LAURENT:  Okay.  Are you single or
8   married?
9              MR. CORNEJO:  I'm not married.
10             JUDGE LAURENT:  Okay.  And do you have any
11  children?
12             MR. CORNEJO:  No.
13             JUDGE LAURENT:  Are your parents here in the
14  United States?
15             MR. CORNEJO:  Yeah, my mother.
16             JUDGE LAURENT:  Your mother?  What's her
17  immigration status?
18             MR. CORNEJO:  She's a permanent resident.
19             JUDGE LAURENT:  When did she become a
20  permanent resident?  Do you know?
21             MR. CORNEJO:  Before me.
22             JUDGE LAURENT:  Pardon me?  Before you?
```

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

10

1          MR. CORNEJO:  Yeah.

2          JUDGE LAURENT:  Okay.  Because that's

3  important because if she -- well, when -- do you know -

4  - you don't know when?  Is she here today?

5          MR. CORNEJO:  Yes.  She's right there.

6          JUDGE LAURENT:  Do you have anything in your

7  file?

8          MS. FONTOVA:  No, but does she have her green

9  card?  We might be able to tell from that.

10         JUDGE LAURENT:  Let's check.  I'm going to

11  address the mother.  Do you have your green card with

12  you, or did they leave it, did you have to leave it out

13  there?  Do you know when you became -- she speaks

14  Spanish?  1988?  Okay.  So the mother became a lawful

15  permanent resident.  That was the daughter speaking; is

16  that correct?  Mother became a lawful permanent

17  resident around 1988.  Respondent would have been

18  approximately four years of age.  Did you live with

19  your mom all this time?

20         MR. CORNEJO:  Yeah.

21         JUDGE LAURENT:  Okay.  The reason why I ask

22  you that is you may be eligible for what's called

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

11

1  cancellation removal of permanent residence so you can

2  keep your green card and stay here in the United

3  States.  You have to have five years of lawful

4  permanent resident status, which you have.  Then you

5  have to have continuous residence in any legal status,

6  and we have -- there are some cases in the Ninth

7  Circuit Court of Appeals that control our cases here

8  that says that if -- even though you only have about

9  six years and two months as a green card holder between

10  the time you became a green card holder and your

11  conviction, you can impute or add the time that your

12  mother has been a green card holder if you were living,

13  and that means then you can go ahead and apply for that

14  application.  So I'm going to give you an opportunity

15  to file for that, but we're going to need to see the

16  mother's green card and do you want to go ahead and

17  apply for that application?

18          MR. CORNEJO:  Okay.

19          JUDGE LAURENT:  Okay.  Uh, Ms. Adrianne, if

20  you could give the respondent a 42A application.  This

21  is what I need you to do.  You need to fill it out in

22  the English language.  You need to make three copies.  I

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

12

1  need to see your birth certificate because it's got to

2  be -- it's got to show your mother's name on it, and

3  then we need to see your mother's green card or some

4  proof that she's been a lawful permanent resident for

5  all these years.  If you've been working, I need to see

6  employment, pay stubs, income tax returns.  You have a

7  drug conviction, so an important -- an important factor

8  in your case is your rehabilitation, and I know that

9  you failed on the Prop. 36, but if you had undergone

10  drug rehabilitation programs outside of here I need to

11  see that.  If you've been going to AA meetings here, I

12  need to see that.  Ms. Fontova, since he's pro se, if

13  you wouldn't mind trying to get the conviction records,

14  or at least a California DOJ, that might be helpful.

15          MS. FONTOVA:  Yes, Your Honor.

16          JUDGE LAURENT:  And so do you understand what

17  you need to do?

18          MR. CORNEJO:  Yeah.

19          JUDGE LAURENT:  Okay.  Now, you can also get

20  a lawyer to help you with this, too, and it takes about

21  60 days to put all this paperwork together and then

22  that's going to get us to our next available day.  So I

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

13

1  can set your case, sir, for February 18, 2010, at 9:30

2  for you to file that application.

3          MR. CORNEJO:  Okay.

4          JUDGE LAURENT:  February 18, 2010 at 9:30.

5  Anything further, Ms. Fontova?

6          MS. FONTOVA:  No, Your Honor.

7          JUDGE LAURENT:  Okay, sir.  Do understand

8  what you need to do?

9          MR. CORNEJO:  Yes, sir.

10          JUDGE LAURENT:  All right.  Then notice is

11  served and this hearing is adjourned.

12

13

14

15

16

17

18

19

20

21

22

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

14

1              CERTIFICATE OF TRANSCRIBER

2       I, BARBARA ENNEKING, do hereby certify that this

3  transcript was prepared from audio to the best of my

4  ability.

5       I am neither counsel nor party to this action nor

6  am I interested in the outcome of this action.

7

8

9                        BARBARA ENNEKING

10

11

12

13

14

15

16

17

18

19

20

21

22

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010
Page 1

**1**

**11377(a** 5:10 6:11

**14/84** 9:4

**15** 1:9 3:3

**17** 5:2

**18** 5:7 6:18 13:1,4

**180** 7:20

**19** 9:4

**1988** 10:14,17

**2**

**2** 6:6 8:11,12

**2001** 5:2

**2007** 5:7

**2008** 6:18,21

**2009** 3:3 7:4

**2010** 1:9 13:1,4

**237(a)(2)(b)(i** 8:16

**25** 9:5

**3**

**36** 6:17,21 12:9

**4**

**42A** 11:20

**6**

**6** 6:16

**60** 12:21

**7**

**7** 6:15,16

**77330641** 1:4 3:6

**9**

**9:30** 13:1,4

**A**

**AA** 12:11

**ability** 14:4

**able** 3:19 10:9

**above-captioned** 1:12

**action** 14:5,6

**add** 11:11

**additional** 8:20

**address** 10:11

**adjourned** 13:11

**admit** 8:11

**admitted** 4:22 5:14 8:2

**Adrianne** 3:12 11:19

**afford** 3:20

**age** 10:18

**ahead** 6:2 11:13,16

**allegations** 4:10 5:14

**am** 14:5,6

**Angela** 3:16

**Angeles** 5:1,8 6:7

**anything** 4:12 10:6 13:5

**Appeals** 11:7

**appear** 4:11

**appearance** 3:14

**application** 11:14,17,20 13:2

**apply** 11:13,17

**approach** 5:16

**approximately** 10:18

**audio** 14:3

**available** 12:22

**B**

**BARBARA** 14:2,9

**based** 8:14

**Bauer** 3:12

**became** 10:13,14,16 11:10

**become** 9:2,19

**behalf** 2:3,7

**best** 14:3

**birth** 9:3 12:1

**Brooke** 3:12

**C**

**California** 1:2,8,14 3:4 5:1,11 6:9,11 12:14

**cancellation** 11:1

**card** 10:9,11 11:2,9,10,12,16 12:3

**case** 1:4 6:8,20 7:6 8:5,8 12:8 13:1

**cases** 11:6,7

**certificate** 12:1 14:1

**certification** 7:17

**certify** 14:2

**charged** 6:9

**check** 10:10

**children** 9:11

**Circuit** 11:7

**citizen** 4:16,19

**clear** 8:15

**clerk** 3:11

**Code** 5:11 6:12

**complaint** 6:13

**completed** 7:7

**conducted** 3:7

**consider** 8:4,7

**constitute** 1:11

**continuous** 11:5

**control** 11:7

**controlled** 5:8,9 6:10

**convicted** 5:7 6:19 7:2,11,12

**conviction** 4:14 5:15 7:15 11:11 12:7,13

**convincing** 8:15

**copies** 11:22

**copy** 5:21 6:5 7:18

**Cornejo** 1:5 3:6,10,20 4:2,5,8,18,21 5:12 6:9,21 7:3,7,12,15,22 8:6,9,22 9:4,6,9,12,15,18, 21 10:1,5,20 11:18 12:18 13:3,9

**correct**

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010
Page 2

7:5,11,18,21 9:5
10:16
counsel 14:5
count 6:10 7:20
country 8:21 9:2
court 1:1,13 3:5,12
5:8 6:7,14 7:17
11:7
criminal 6:8,20

_____

**D**
date 3:3 9:3
daughter 10:15
day 12:22
days 7:20 12:21
December 1:9 3:3
5:7
Department 3:15
deputy 3:12
designate 9:1
document 6:13,15
documents 4:14
6:6 7:13 8:14
DOJ 12:14
drug 7:7 12:7,10
drugs 7:15

_____

**E**
eighth 9:4
eligible 10:22
employment 12:6
English 3:7,8
11:22
ENNEKING
14:2,9

Esperanza 4:3
evidence 8:16
Excuse 8:6
exhibit 6:6
8:2,11,12

_____

**F**
F27 5:2
factor 12:7
factual 5:14
failed 12:9
false 4:12
Farias 1:5 3:6 6:9
fast 4:13
February 13:1,4
felony 6:12
fighting 7:9
file 3:6 7:19 10:7
11:15 13:2
fill 11:21
first 6:12
five 11:3
Fontova 2:8 3:16
5:4,5,15,16,20
6:4 7:13,16 8:1
10:8 12:12,15
13:5,6
forms 4:15 8:19
foundation 6:2
free 4:1

_____

**G**
government 2:7
3:17
green 10:8,11

11:2,9,10,12,16
12:3

_____

**H**
happened 6:20 7:6
Health 5:11 6:11
hearing 3:7,14 4:7
6:14 8:18 13:11
held 1:12,13
help 4:4 12:20
helpful 12:14
hereby 14:2
he's 12:12
holder 11:9,10,12
Homeland 3:15
Honor 5:5,17 6:4
8:1 12:15 13:6
HONORABLE
1:12

_____

**I**
identification 5:22
8:13
I'll 8:10,14 9:1
I'm 3:3 4:10,13
5:20 6:12,15
8:19 9:9 10:10
11:14
immigration
1:1,13 3:2,5 9:17
important 10:3
12:7
impute 11:11
income 12:6
indicates 6:8,15,16
7:19

indicating 7:17
indiscernible 7:9
initially 6:17
interested 14:6
it's 7:18 12:1,2
I've 6:5

_____

**J**
Jos 3:6 6:9
JOSE 1:5
judge 3:2,11,18,22
4:3,6,9,19,22
5:6,13,18 6:1
7:1,5,10 8:4,7,10
9:1,5,7,10,13,16,
19,22
10:2,6,10,21
11:19 12:16,19
13:4,7,10

_____

**L**
Lancaster 1:8,14
3:4
language 3:7,9
11:22
last 7:16
LAURANT 1:13
Laurent
3:2,3,11,18,22
4:3,6,9,19,22
5:6,13,18 6:1
7:1,5,10 8:4,7,10
9:1,5,7,10,13,16,
19,22
10:2,6,10,21
11:19 12:16,19
13:4,7,10
lawful 5:3
10:14,16 11:3

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010
Page 3

12:4
**lawyer** 3:19 12:20
**lay** 6:2
**least** 12:14
**leave** 10:12
**legal** 4:1 11:5
**Let's** 10:10
**list** 4:1
**live** 10:18
**living** 11:12
**Los** 5:1,8 6:7

———————
M
**ma'am** 7:22
**Manuel** 1:5 3:6
**mark** 8:10
**marked** 5:21 6:2,5
     8:12
**married** 9:8,9
**matter** 1:12 3:5
**may** 4:14 5:16,18
     10:22
**mean** 5:3 9:4
**means** 5:4 11:13
**meetings** 12:11
**methamphetamin
e** 5:10
**Mexico** 4:20 8:22
     9:1
**mind** 12:13
**minutes** 6:13
**mom** 10:19
**months** 11:9
**mother** 9:15,16

10:11,14,16
11:12
**mother's** 11:16
     12:2,3

———————
N
**national** 4:16
**native** 4:19
**necessary** 9:2
**neither** 14:5
**Ninth** 11:6
**nor** 14:5
**notice** 4:11 13:10
**November** 6:18

———————
O
**October** 5:2
**offense** 5:8 6:19
**office** 6:6
**opportunity** 11:14
**original** 7:18
**outcome** 14:6
**outside** 12:10

———————
P
**page** 6:12,15,16
     7:16
**pages** 1:11
**paperwork** 12:21
**Pardon** 9:22
**parents** 9:13
**party** 14:5
**pay** 7:8 12:6
**people** 3:22 6:8
**permanent** 5:3

9:18,20 10:15,16
11:1,4 12:4
**Petitioner** 1:3
**phase** 8:18
**placed** 6:17
**please** 5:18
**possession** 5:9
     6:10,19
**prepared** 14:3
**present** 3:13
**presiding** 3:4
**pro** 2:4 12:12
**proceed** 5:19
**proceedings** 1:11
     3:5
**program** 6:17,18
     7:8
**programs** 12:10
**proof** 12:4
**Prop** 6:21 12:9
**Proposition** 6:17
**pursuant** 8:16

———————
Q
**qualify** 4:15 8:19
**questions** 8:20

———————
R
**reason** 10:21
**received** 6:7
**record** 5:15 8:2,11
**records** 12:13
**rehabilitation**
     12:8,10

**relate** 7:13
**relief** 4:16 8:19
**removable** 8:15,17
**removal** 3:5 4:16
     9:2 11:1
**remove** 8:20
**removed** 8:21
**represent** 3:19 4:6
**representing** 3:13
**residence** 11:1,5
**resident** 5:3
     9:18,20 10:15,17
     11:4 12:4
**respondent** 1:6 2:3
     3:13 5:20 8:14
     10:17 11:20
**returns** 12:6

———————
S
**Safety** 5:11 6:11
**Scott** 1:13 3:3
**se** 2:4 12:12
**second** 6:13 8:18
**Section** 5:10 8:16
**Security** 3:15
**sentenced** 7:20
**served** 6:5 13:11
**services** 4:1
**serving** 5:20
**she's** 9:18 10:5
     12:4
**single** 9:7
**sir** 3:8,10,18
     4:18,21 5:12
     6:4,19 8:4,9,16

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 12-15-2010

Page 4

9:6 13:1,7,9
**six** 11:9
**Spanish** 10:14
**speaking** 10:15
**speaks** 10:13
**start** 8:18
**State** 1:2 6:9
**States** 4:17 5:1
    8:17 9:14 11:3
**status** 9:17 11:4,5
**stay** 11:2
**stubs** 12:6
**substance** 5:9 6:10
**Superior** 5:7
    6:7,14 7:17

_____
T
**talk** 4:3
**tax** 12:6
**terminated** 6:18
**Thank** 6:1,4
**that's** 7:18 10:2
    12:22
**they're** 4:11
**today** 10:4
**today's** 3:3,14 4:7
**TRANSCRIBER**
    14:1
**transcript** 14:3
**true** 4:11,22 5:6
    7:18
**trying** 12:13

_____
U

**Uh** 11:19
**undergone** 12:9
**understand** 4:12
    12:16 13:7
**unequivocal** 8:15
**United** 4:17 5:1
    8:17 9:14 11:2
**upon** 8:14

_____
V
**violate** 7:2
**violation** 5:10
**vs** 1:4

_____
W
**wasn't** 3:20
**we'll** 4:15
**we're** 4:9 8:17
    11:15
**Whereupon** 8:12
**working** 12:5

_____
Y
**yourself** 3:19 4:7
**you've** 12:5,11

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 02-18-2010

1

US IMMIGRATION COURT

------------------------x
STATE OF CALIFORNIA      :
                         :
        Petitioner,      :
     vs.                 : Case No. 77330641
                         :
JOSE MANUEL FARIAS       :
CORNEJO,                 :
                         :
        Respondent.      :
------------------------x


                        Lancaster, California

                        February 18, 2010


     The following pages constitute the proceedings

held in the above-captioned matter before the

HONORABLE SCOTT D. LAURENT, held in the US

Immigration Court, Lancaster, California.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 02-18-2010

2

```
 1              A P P E A R A N C E S

 2

 3  On behalf of the Claimant:

 4       Ms. Isabel O'Donnell

 5

 6  On behalf of the Government:

 7       Ms. Lilly Contreras

 8

 9                    * * * * *

10

11              C O N T E N T S

12  Exhibit No. 3

13

14

15

16

17

18

19

20

21

22
```

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 02-18-2010

3

1              P R O C E E D I N G S

2          JUDGE LAURENT:  I'm Immigration Judge Scott

3    Laurent.  Today's date is February 18, 2010.  I'm

4    presiding here in Lancaster, California in US

5    Immigration Court for removal proceedings in the matter

6    of Jos? Manuel Farias Cornejo, 77330641.  This hearing

7    is being conducted in the English language. Respondent,

8    do you still want to speak English; is that correct?

9          MR. CORNEJO:  Yes, sir.

10          JUDGE LAURENT:  All right.  The clerk of the

11    court is Brooke Adrianne.  Deputy Bauer is our deputy.

12    Can I have appearances from both counsel?

13          MS. O'DONNELL:  Isabel O'Donnell for the

14    respondent.

15          MS. CONTRERAS:  Lilly Contreras on behalf of

16    the government.

17          JUDGE LAURENT:  All right. So I have an entry

18    of appearance from Ms. O'Donnell.  Do you want her to

19    be your attorney?

20          MR. CORNEJO:  Yes, sir.

21          JUDGE LAURENT:  Ms. O'Donnell, we actually

22    had already taken pleadings on December 15.

## Capital Reporting Company
### State of California vs. Jose Manuel Farias Cornejo 02-18-2010

4

1          MS. O'DONNELL:  I see.

2          JUDGE LAURENT:  And Exhibit 2 is his

3 conviction record, but it appeared that he could be

4 eligible for cancellation of removal by imputing the

5 time of his mother, and so it was set for cancellation

6 of removal.  Do you have that application ready?

7          MS. O'DONNELL:  I don't have that application

8 ready, Your Honor.  I did want to come see him verify

9 if pleadings were indeed taken, so now that you said

10 they were taken, we're going to --

11          JUDGE LAURENT:  They were taken.

12 Removability was found under Section 237(a)(2)(B)(i).

13 Respondent indicated to me that his mother became a

14 lawful permanent resident about 1988 and I'll note that

15 his date of birth was 1984.  So he's -- it looks like

16 he became a lawful permanent resident when he was 17,

17 thereabouts.

18          MR. CORNEJO:  Yes, sir.

19          JUDGE LAURENT:  And he's been living with his

20 mom since he was about four, or at least since she's

21 been -- she's been a green card holder since he was

22 four.  So you may be able to impute the time, but we

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 02-18-2010

5

1   would have to see the documents. So --

2           MS. O'DONNELL:  Okay.

3           JUDGE LAURENT:  It was enough for me to go

4   ahead and reset the case to allow him to file the

5   application.

6           MS. O'DONNELL:  Okay.  We will be filing that

7   application for him.  Just need a little bit of time to

8   do so.

9           JUDGE LAURENT:  All right.  Well, my next

10  available date is not until April 5, 2010.  Are you

11  available that day?

12          MS. O'DONNELL:  Yes.

13          JUDGE LAURENT:  All right.  Anything further

14  Ms. Contreras?

15          MS. CONTRERAS:  Just as long as he brings

16  documentation that his mother was an LPR during that

17  time period.

18          JUDGE LAURENT:  Absolutely.  Here's what

19  you're going to need with your application.  Not only

20  are you going to have to pay the fee, and I don't think

21  that they accept the fee at 300 North Los Angeles

22  anymore.  So you're going to have to do it at the

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 02-18-2010

6

1   Mesquite, Texas Service Center so I can accept the

2   application.  You're going to need to provide

3   documentation that the mother did become a lawful

4   permanent resident in 1988 and he's been residing in

5   order to impute that time because if you look at the

6   notice to appear, his conviction and when he became a

7   green card holder would possibly cut off the time.  So

8   that's why we need to see the residency of the mother.

9   Also are we going to need a California DOJ in this?

10          MS. CONTRERAS:  Actually, the government

11  requested it.  May I submit them today so they can

12  [indiscernible] application?

13          JUDGE LAURENT:  Okay.  The government is also

14  requesting the California Department of Justice

15  exemplified records.  So you're going to have to get

16  all that together.  Oh, you already have it.  Great.

17  Thank you.

18          MS. CONTRERAS:  We went ahead and ordered it.

19  We wanted to submit it so that way all the crimes are

20  disclosed.

21          JUDGE LAURENT:  Even better.  What we'll do

22  is we'll mark this as Exhibit 3 for ID only to allow

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 02-18-2010

7

1  Ms. O'Donnell time to review that document.

2

3  identification]

4            MS. O'DONNELL:  Thank you, Your Honor.

5            JUDGE LAURENT:  All right.  Anything further

6  from either side?

7            MS. O'DONNELL:  None, Your Honor.

8            MS. CONTRERAS:  I think we are done, Your

9  Honor.

10           JUDGE LAURENT:  This hearing is adjourned

11  notice [break in the audio].

12

13

14

15

16

17

18

19

20

21

22

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 02-18-2010

8

1                    CERTIFICATE OF TRANSCRIBER

2        I, BARBARA ENNEKING, do hereby certify that this

3    transcript was prepared from audio to the best of my

4    ability.

5        I am neither counsel nor party to this action nor

6    am I interested in the outcome of this action.

7

8

9                              BARBARA ENNEKING

10

11

12

13

14

15

16

17

18

19

20

21

22

## Capital Reporting Company
### State of California vs. Jose Manuel Farias Cornejo 02-18-2010
### Page 1

---

**1**

**15** 3:22

**17** 4:16

**18** 1:10 3:3

**1984** 4:15

**1988** 4:14 6:4

---

**2**

**2** 4:2

**2010** 1:10 3:3 5:10

**237(a)(2)(B)(i** 4:12

---

**3**

**3** 2:12 6:22 7:2

**300** 5:21

---

**5**

**5** 5:10

---

**7**

**77330641** 1:4 3:6

---

**A**

**ability** 8:4

**able** 4:22

**above-captioned** 1:13

**Absolutely** 5:18

**accept** 5:21 6:1

**action** 8:5,6

**actually** 3:21 6:10

**adjourned** 7:10

**Adrianne** 3:11

**ahead** 5:4 6:18

**allow** 5:4 6:22

**already** 3:22 6:16

**am** 8:5,6

**Angeles** 5:21

**anymore** 5:22

**Anything** 5:13 7:5

**appear** 6:6

**appearance** 3:18

**appearances** 3:12

**appeared** 4:3

**application** 4:6,7 5:5,7,19 6:2,12

**April** 5:10

**attorney** 3:19

**audio** 7:11 8:3

**available** 5:10,11

---

**B**

**BARBARA** 8:2,9

**Bauer** 3:11

**became** 4:13,16 6:6

**become** 6:3

**behalf** 2:3,6 3:15

**best** 8:3

**better** 6:21

**birth** 4:15

**bit** 5:7

**break** 7:11

**brings** 5:15

**Brooke** 3:11

---

**C**

**California** 1:2,9,15 3:4

6:9,14

**cancellation** 4:4,5

**card** 4:21 6:7

**case** 1:4 5:4

**Center** 6:1

**CERTIFICATE** 8:1

**certify** 8:2

**Claimant** 2:3

**clerk** 3:10

**conducted** 3:7

**constitute** 1:12

**Contreras** 2:7 3:15 5:14,15 6:10,18 7:8

**conviction** 4:3 6:6

**Cornejo** 1:5 3:6,9,20 4:18

**correct** 3:8

**counsel** 3:12 8:5

**court** 1:1,15 3:5,11

**crimes** 6:19

**cut** 6:7

---

**D**

**date** 3:3 4:15 5:10

**day** 5:11

**December** 3:22

**Department** 6:14

**deputy** 3:11

**disclosed** 6:20

**document** 7:1

**documentation** 5:16 6:3

**documents** 5:1

**DOJ** 6:9

**done** 7:8

**during** 5:16

---

**E**

**either** 7:6

**eligible** 4:4

**English** 3:7,8

**ENNEKING** 8:2,9

**entry** 3:17

**exemplified** 6:15

**Exhibit** 2:12 4:2 6:22 7:2

---

**F**

**Farias** 1:5 3:6

**February** 1:10 3:3

**fee** 5:20,21

**file** 5:4

**filing** 5:6

---

**G**

**government** 2:6 3:16 6:10,13

**Great** 6:16

**green** 4:21 6:7

---

**H**

**hearing** 3:6 7:10

**held** 1:13,14

**hereby** 8:2

**Here's** 5:18

**he's** 4:15,19 6:4

**holder** 4:21 6:7

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 02-18-2010
Page 2

Honor 4:8 7:4,7,9
HONORABLE 1:14

**I**

ID 6:22
identification 7:3
I'll 4:14
I'm 3:2,3
Immigration 1:1,15 3:2,5
impute 4:22 6:5
imputing 4:4
indeed 4:9
indicated 4:13
indiscernible 6:12
interested 8:6
Isabel 2:4 3:13

**J**

Jos 3:6
JOSE 1:5
Judge 3:2,10,17,21 4:2,11,19 5:3,9,13,18 6:13,21 7:5,10
Justice 6:14

**L**

Lancaster 1:9,15 3:4
language 3:7
Laurent 1:14 3:2,3,10,17,21 4:2,11,19 5:3,9,13,18

6:13,21 7:5,10
lawful 4:14,16 6:3
least 4:20
Lilly 2:7 3:15
little 5:7
living 4:19
long 5:15
Los 5:21
LPR 5:16

**M**

Manuel 1:5 3:6
mark 6:22
marked 7:2
matter 1:13 3:5
may 4:22 6:11
Mesquite 6:1
mom 4:20
mother 4:5,13 5:16 6:3,8

**N**

neither 8:5
None 7:7
nor 8:5
North 5:21
note 4:14
notice 6:6 7:11

**O**

O'Donnell 2:4 3:13,18,21 4:1,7 5:2,6,12 7:1,4,7
Oh 6:16

order 6:5
ordered 6:18
outcome 8:6

**P**

pages 1:12
party 8:5
pay 5:20
period 5:17
permanent 4:14,16 6:4
Petitioner 1:3
pleadings 3:22 4:9
possibly 6:7
prepared 8:3
presiding 3:4
proceedings 1:12 3:5
provide 6:2

**R**

ready 4:6,8
record 4:3
records 6:15
Removability 4:12
removal 3:5 4:4,6
requested 6:11
requesting 6:14
reset 5:4
residency 6:8
resident 4:14,16 6:4
residing 6:4
respondent 1:6

3:7,14 4:13
review 7:1

**S**

Scott 1:14 3:2
Section 4:12
Service 6:1
she's 4:20,21
sir 3:9,20 4:18
speak 3:8
STATE 1:2
submit 6:11,19

**T**

Texas 6:1
Thank 6:17 7:4
that's 6:8
thereabouts 4:17
today 6:11
Today's 3:3
TRANSCRIBER 8:1
transcript 8:3

**V**

verify 4:8
vs 1:4

**W**

we'll 6:21,22
we're 4:10
Whereupon 7:2

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 04-05-2010

1

US IMMIGRATION COURT

------------------------x
STATE OF CALIFORNIA      :
                         :
        Petitioner,      :
                         :
    vs.                  : Case No. 77330641
                         :
JOSE MANUEL FARIAS       :
CORNEJO,                 :
                         :
        Respondent.      :
------------------------x


                         Lancaster, California

                            April 5, 2010



    The following pages constitute the proceedings

held in the above-captioned matter before the

HONORABLE SCOTT LOREN, held in the US Immigration

Court, Lancaster, California.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 04-05-2010

2

1                    A P P E A R A N C E S

2   On behalf of the Claimant:

3            Ms. Trinkus

4

5   On behalf of the Government:

6            Barbara Hale

7                    * * * * *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 04-05-2010

3

1          P R O C E E D I N G S

2          MR. LOREN:  This is immigration Judge Scott

3  Loren.  Today's date is April 5, 2010.  I'm presiding

4  here in Lancaster, California in US immigration Court

5  for removal proceedings in the matter of Jose Manuel

6  Farias Cornejo, (ph) 77330641 and this hearing is being

7  conducted in the English language.  Sir, you still want

8  to go in the English language?

9          THE WITNESS:  Yes, sir.

10          MR. LOREN:  All right.  The clerk of the

11  court is Adrian.  Deputy Bauer is our deputy.  Can I

12  have appearances from both counsel here today?

13          MS. TRINKUS:  Kimberly Trinkus for

14  respondent, Your Honor.

15          MS. HALE:  Barbara Hale for the government.

16          MR. LOREN:  And we used to have I think

17  Isabel O'Donnell on this case.

18          MS. TRINKUS:  That's correct, Your Honor.

19          MR. LOREN:  Are you in the same office or are

20  you --

21          MS. TRINKUS:  We are, Your Honor.  Isabel has

22  left our office.  I would like to serve a motion of

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 04-05-2010

4

1  substitution of attorney and a motion for a

2  continuance?

3          MR. LOREN:  Okay.  Let's go off the record to

4  get you in the system here.

5          MS. TRINKUS:  Thank you, Your Honor.

6          MR. LOREN:  And, sir, do you want Ms Trinkus

7  to be your attorney?

8          THE WITNESS:  Yes, Sir.

9          MR. LOREN:  And you no longer want Ms.

10  O'Donnell?

11          THE WITNESS:  No, sir.

12          MR. LOREN:  All right.  We'll go off the

13  record and issue a withdrawal order.

14          MR. LOREN:  Off the record.

15          MS. TRINKUS:  Thank you, Your Honor.

16          [Off the record]

17          MR. LOREN:  We're back on the record.  In a

18  couple of minutes I'll issue the order on the

19  withdrawal and Ms. Trinkus, now let me explain where we

20  are in your client's case.

21          MS. TRINKUS:  Uh-huh.  Thank you, Your Honor.

22          MR. LOREN:  Removability has already been

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 04-05-2010

5

1  established.  Today was set for cancellation and

2  removal for permanent residence.  I'll note this is the

3  -- today is the second continuance for that application

4  to be filed.  Do you have it ready to file?

5           MS. TRUNKS:  I do not, Your Honor.

6           MR. LOREN:  And why not?

7           MS. TRINKUS:  I was just assigned this case

8  and it looks like Ms. O'Donnell did not prepare the

9  cancellation application.  I'd like just, you know, a

10  brief time to be able to prepare that and come back and

11  file.  And I do apologize, Your Honor.

12          MR. LOREN:  And even though you're from the

13  same -- basically from the same firm?  Were you in the

14  firm when she was there, or did you replace her?

15          MS. TRINKUS:  I replaced her.

16          MR. LOREN:  Oh, I see.  Okay.  Any objection

17  to one more continuance, Ms. Hale?

18          MS. HALE:  No, Your Honor.  However there was

19  also an issue regarding statutory eligibility.  I think

20  he's only eligible if he can take his mother's time.

21          MR. LOREN:  Right.  You were going to look

22  into that as well?

## Capital Reporting Company
### State of California vs. Jose Manuel Farias Cornejo 04-05-2010

6

1          MS. TRINKUS:  Yes.

2          MR. LOREN:  Okay.  Well, actually,

3  unfortunately I am not available until June 1st, 2010.

4  That's my first available date, at 9:30.  Can you come

5  back on that day?

6          MS. TRINKUS:  Of course, Your Honor.

7          MR. LOREN:  Okay.

8          MS. TRINKUS:  Is there nothing any time

9  earlier than that?

10         MR. LOREN:  Unfortunately not.  You can

11  always check with the clerk and see, but it's probably

12  a waste of your time, to be honest.

13         MS. TRINKUS:  Okay.

14         MR. LOREN:  Because we're -- we're pretty,

15  pretty booked.

16         MS. TRINKUS:  Anything in the afternoon on

17  that date?

18         MR. LOREN:  Let me see.  I can probably --

19         MS. TRINKUS:  Thank you.

20         MS. HALE:  [Indiscernible]

21         MR. LOREN:  June 1st. Let me see what I have

22  on June 1st.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 04-05-2010

7

1            MS. TRINKUS:  Thank you, Your Honor.

2            MR. LOREN:  Well, if you can't make it in the

3    morning of June 1st, I can -- I can schedule you for

4    the afternoon.  That's fine.

5            MS. TRINKUS:  Thank you, Your Honor.

6            MR. LOREN:  I don't have anything actually

7    set up, although I'll have a merits hearing, but if you

8    come in first, I can just take care of the filing.

9            MS. TRINKUS: Okay, thank you, Your Honor.

10           MR. LOREN:  All right.  So we're going to see

11   everybody back here on June 1st, 2010, at 1:00 p.m. for

12   the filing of the application.  Make sure that you pay

13   the fee.  Now, there's a new -- you can't pay it at 300

14   N. Los Angeles.  It has to be paid through the Mesquite

15   Texas Service Center.  So I'm going to need to see

16   proof of that if you want me to consider the

17   application.

18           MS. TRINKUS:  Okay.

19           MR. LOREN:  Also Ms. Hale brought up the

20   imputation of residency.  We're going to need to see

21   documentation as well for that.  Anything further, Ms.

22   Hale?

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 04-05-2010

8

1              MS. HALE:  No, Your Honor.

2              MR. LOREN:  Will we need a California DOJ?

3              MS. HALE:  I think it's already in the

4    record.

5              MR. LOREN:  Oh, You're right.  It is.  It is.

6    All right.  So if everyone can bear with the Court,

7    I'll reset this case to June 1st, 2010, at 1:00 p.m.

8    We're going to go off the record to get the notice and

9    the order of the withdrawal as well, which the

10   withdrawal of Ms. O'Donnell, which will be marked in

11   admitted into the record as Exhibit 4, once I sign it.

12   Off the record.  Hearing is adjourned.

13             MS. TRINKUS:  Thank you, Your Honor.

14             [Off the record]

15

16

17

18

19

20

21

22

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 04-05-2010

9

1          CERTIFICATE OF TRANSCRIBER

2      I, BARBARA ENNEKING, do hereby certify that this

3  transcript was prepared from audio to the best of my

4  ability.

5      I am neither counsel nor party to this action nor

6  am I interested in the outcome of this action.

7

8

9                    BARBARA ENNEKING

10

11

12

13

14

15

16

17

18

19

20

21

22

## Capital Reporting Company
### State of California vs. Jose Manuel Farias Cornejo 04-05-2010
Page 1

**1**

**1:00** 7:11 8:7

**1st** 6:3,21,22 7:3,11 8:7

**2**

**2010** 1:10 3:3 6:3 7:11 8:7

**3**

**300** 7:13

**4**

**4** 8:11

**5**

**5** 1:10 3:3

**7**

**77330641** 1:4 3:6

**9**

**9:30** 6:4

**A**

**ability** 9:4

**able** 5:10

**above-captioned** 1:13

**action** 9:5,6

**actually** 6:2 7:6

**adjourned** 8:12

**admitted** 8:11

**Adrian** 3:11

**afternoon** 6:16 7:4

**already** 4:22 8:3

**am** 6:3 9:5,6

Angeles 7:14

**anything** 6:16 7:6,21

**apologize** 5:11

**appearances** 3:12

**application** 5:3,9 7:12,17

**April** 1:10 3:3

**assigned** 5:7

**attorney** 4:1,7

**audio** 9:3

**available** 6:3,4

**B**

**Barbara** 2:6 3:15 9:2,9

**basically** 5:13

**Bauer** 3:11

**bear** 8:6

**behalf** 2:2,5

**best** 9:3

**booked** 6:15

**brief** 5:10

**brought** 7:19

**C**

**California** 1:2,9,15 3:4 8:2

**cancellation** 5:1,9

**care** 7:8

**case** 1:4 3:17 4:20 5:7 8:7

**Center** 7:15

**CERTIFICATE** 9:1

certify 9:2

**check** 6:11

**Claimant** 2:2

**clerk** 3:10 6:11

**client's** 4:20

**conducted** 3:7

**consider** 7:16

**constitute** 1:12

**continuance** 4:2 5:3,17

**Cornejo** 1:6 3:6

**correct** 3:18

**counsel** 3:12 9:5

**couple** 4:18

**course** 6:6

**court** 1:1,15 3:4,11 8:6

**D**

**date** 3:3 6:4,17

**day** 6:5

**deputy** 3:11

**documentation** 7:21

**DOJ** 8:2

**E**

**earlier** 6:9

**eligibility** 5:19

**eligible** 5:20

**English** 3:7,8

**ENNEKING** 9:2,9

**established** 5:1

**everybody** 7:11

everyone 8:6

**Exhibit** 8:11

**explain** 4:19

**F**

**Farias** 1:5 3:6

**fee** 7:13

**file** 5:4,11

**filed** 5:4

**filing** 7:8,12

**fine** 7:4

**firm** 5:13,14

**first** 6:4 7:8

**G**

**government** 2:5 3:15

**H**

**Hale** 2:6 3:15 5:17,18 6:20 7:19,22 8:1,3

**hearing** 3:6 7:7 8:12

**held** 1:13,14

**hereby** 9:2

**he's** 5:20

**honest** 6:12

**Honor** 3:14,18,21 4:5,15,21 5:5,11,18 6:6 7:1,5,9 8:1,13

**HONORABLE** 1:14

**I**

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 04-05-2010
Page 2

**I'd** 5:9
**I'll** 4:18 5:2 7:7 8:7
**I'm** 3:3 7:15
**immigration** 1:1,14 3:2,4
**imputation** 7:20
**Indiscernible** 6:20
**interested** 9:6
**Isabel** 3:17,21
**issue** 4:13,18 5:19
**it's** 6:11 8:3

_____ J _____
**Jose** 1:5 3:5
**Judge** 3:2
**June** 6:3,21,22 7:3,11 8:7

_____ K _____
**Kimberly** 3:13

_____ L _____
**Lancaster** 1:9,15 3:4
**language** 3:7,8
**Let's** 4:3
**longer** 4:9
**Loren** 1:14 3:2,3,10,16,19 4:3,6,9,12,14,17,22 5:6,12,16,21 6:2,7,10,14,18,21 7:2,6,10,19 8:2,5
**Los** 7:14

_____ M _____

**Manuel** 1:5 3:5
**marked** 8:10
**matter** 1:13 3:5
**merits** 7:7
**Mesquite** 7:14
**minutes** 4:18
**morning** 7:3
**mother's** 5:20
**motion** 3:22 4:1

_____ N _____
**neither** 9:5
**nor** 9:5
**note** 5:2
**nothing** 6:8
**notice** 8:8

_____ O _____
**objection** 5:16
**O'Donnell** 3:17 4:10 5:8 8:10
**office** 3:19,22
**Oh** 5:16 8:5
**order** 4:13,18 8:9
**outcome** 9:6

_____ P _____
**p.m** 7:11 8:7
**pages** 1:12
**paid** 7:14
**party** 9:5
**pay** 7:12,13
**permanent** 5:2
**Petitioner** 1:3

**ph** 3:6
**prepare** 5:8,10
**prepared** 9:3
**presiding** 3:3
**pretty** 6:14,15
**probably** 6:11,18
**proceedings** 1:12 3:5
**proof** 7:16

_____ R _____
**ready** 5:4
**record** 4:3,13,14,16,17 8:4,8,11,12,14
**regarding** 5:19
**Removability** 4:22
**removal** 3:5 5:2
**replace** 5:14
**replaced** 5:15
**reset** 8:7
**residence** 5:2
**residency** 7:20
**respondent** 1:7 3:14

_____ S _____
**schedule** 7:3
**Scott** 1:14 3:2
**second** 5:3
**serve** 3:22
**Service** 7:15
**sign** 8:11
**sir** 3:7,9 4:6,8,11

**STATE** 1:2
**statutory** 5:19
**substitution** 4:1
**sure** 7:12
**system** 4:4

_____ T _____
**Texas** 7:15
**thank** 4:5,15,21 6:19 7:1,5,9 8:13
**That's** 3:18 6:4 7:4
**there's** 7:13
**today** 3:12 5:1,3
**Today's** 3:3
**TRANSCRIBER** 9:1
**transcript** 9:3
**Trinkus** 2:3 3:13,18,21 4:5,6,15,19,21 5:7,15 6:1,6,8,13,16,19 7:1,5,9,18 8:13
**TRUNKS** 5:5

_____ U _____
**Uh-huh** 4:21
**unfortunately** 6:3,10

_____ V _____
**vs** 1:4

_____ W _____
**waste** 6:12
**We'll** 4:12
**we're** 4:17 6:14

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 04-05-2010
Page 3

7:10,20 8:8

**withdrawal**
4:13,19 8:9,10

**WITNESS** 3:9
4:8,11

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 06-01-2010

1

US IMMIGRATION COURT

------------------------x
STATE OF CALIFORNIA      :
                         :
        Petitioner,      :
                         :
    vs.                  : Case No. 77330641
                         :
JOSE MANUEL FARIAS       :
CORNEJO,                 :
                         :
        Respondent.      :
------------------------x

                          Lancaster, California

                            June 1, 2010


    The following pages constitute the proceedings

held in the above-captioned matter before the

HONORABLE SCOTT LOREN, held in the US Immigration

Court, Lancaster, California.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 06-01-2010

2

1               A P P E A R A N C E S

2

3   On behalf of the Claimant:

4            Ms. Kimberly Trinkus

5

6   On behalf of the Government:

7            Mr. Nathan Iknapp

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 06-01-2010

3

1          P R O C E E D I N G S

2          MR. LOREN:  This is immigration Judge Scott

3  Loren.  Today's date is June 1st, 2010.  I'm presiding

4  here in Lancaster, California in US Immigration Court

5  for removal proceedings in the matter of Jose Manuel

6  Farias Cornejo, file number 77330641.  This hearing is

7  being conducted in the English language.  Respondent's

8  best language is English and can I have appearances

9  from both counsel here today?

10          MR. TRINKUS:  Kimberly Trinkus for

11  respondent, Your Honor.

12          MR. INAPP:  Nathan Inapp for the government.

13          MR. LOREN:  All right.  Today is the -- I'll

14  note the fourth continuance for filing of the

15  application for cancellation of removal and Ms.

16  Trinkus, are you ready [indiscernible] today?

17          MS. TRINKUS:  I am, Your Honor.

18          MR. LOREN:  All right.  Let's see what you

19  have.

20          MS. TRINKUS:  I'm serving the government a

21  copy.

22          MR. LOREN:  Thank you.  All right, thank you,

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 06-01-2010

4

1  Ms. Trinkus.  Let's see here.  Now I have received the

2  application and have you paid the fee as well?

3          MS. TRINKUS:  We have, Your Honor.  I do not

4  have a receipt yet.

5          MR. LOREN:  Okay.  Uh, let's see where is the

6  -- do you have any proof that you sent it off or -- I

7  know you don't have the receipt here.

8          MS. TRINKUS:  I am looking for it now.  I

9  should have a copy of the money order that was sent.

10          MR. LOREN:  And I'll note that on Page 186

11  he's asking to have the fee waived.

12          MS. TRINKUS:  Oh.

13          MR. LOREN:  Are you representing him pro

14  bono?

15          MS. TRINKUS:  No, I'm not.

16          MR. LOREN:  Okay.  But you've -- you

17  definitely sent the fee in.

18          MS. TRINKUS:  Yeah, it looks like he's asking

19  for -- we are taking him at a reduced rate, but not pro

20  bono.  So --

21          MR. LOREN:  Okay.  So you still have to pay

22  the fee.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 06-01-2010

5

1            MS. TRINKUS:  Okay.

2            MR. LOREN:  So you haven't actually sent the

3     fee out then because of that or --

4            MS. TRINKUS:  No, it looks like it hasn't

5     been.  Crap.

6            MR. LOREN:  Well, yeah, generally, unless

7     you're representing him pro bono I can't waive the fee.

8     I'll go ahead, since this is the fourth -- I got to

9     admonish you, though.  You got to make sure that you

10    pay the fee before you come in.  I don't know what

11    other courts do.  I know that sometimes in non detained

12    settings they may accept the fee.

13           MS. TRINKUS:  Uh-huh.

14           MR. LOREN:  Generally it's -- I don't.  So

15    make sure that in the future that you at least show

16    some type of mailing.

17           MS. TRINKUS:  Uh-huh.

18           MR. LOREN:  I know that we may not get the

19    receipt off right away but let's do this.  Let's mark

20    your application as Exhibit 4 for ID only.

21           MS. TRINKUS:  Thank you, Your Honor.

22           MR. LOREN:  And since he's been here for a

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 06-01-2010

6

1  while, I'll go ahead and set the case for the merits.

2          MS. TRINKUS:  Thank you, Your Honor.

3          MR. LOREN:  And then you can provide me proof

4  of the receipt.  And we already have the California DOJ

5  in the record as Exhibit 3 for ID only.  Did you have

6  an opportunity to review that, Ms. Trinkus?

7          MS. TRINKUS:  Yes.  And that's fine if it's

8  admitted.

9          MR. LOREN:  All right.  We'll admit that,

10 then, into the record.  So I think we're ready to set

11 this for the merits; is that correct then, counsel?

12         MR. INAPP:  Yes, Your Honor.

13         MS. TRINKUS:  Yes, Your Honor.

14         MR. LOREN:  Now my first available date --

15 well, how many witnesses first do you think you might

16 need?

17         MS. TRINKUS:  I'm definitely going to call

18 the mother.  Probably his sister as well.

19         MR. LOREN:  Okay.  And they speak English or

20 Spanish?

21         MS. TRINKUS:  The mother speaks Spanish only.

22         MR. LOREN:  Okay.  So we'll need a --

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 06-01-2010

7

1              MS. TRINKUS:  Translator.

2              MR. LOREN:  We'll need an interpreter so I'll

3  get Spanish for the merits.  And my first available

4  date for my individual calendar would not be until

5  August 13, 2010, at 8:30.  Now, that's a Friday

6  morning.  So I do a Friday morning merits.  Are you

7  available that day?

8              MS. TRINKUS:  I am not.  I am not available

9  until the 16th.  I have a merits the 16th in the

10  afternoon.

11              MR. LOREN:  With me, actually.

12              MS. TRINKUS:  Yeah.

13              MR. LOREN:  That's a Somali case, though.

14              MS. TRINKUS:  Maybe we could do 17th if

15  you're available.

16              MR. LOREN:  Let's see if I have that.  I

17  think I do.  Yes, the 17th at 1:00?

18              MS. TRINKUS:  Yes.

19              MR. LOREN:  All right.  All right.  So we're

20  going to reset this matter for the merits of

21  respondent's application for cancellation, removal for

22  the 17th of August, 2010, at 1:00 p.m.  Provide the fee

## Capital Reporting Company
### State of California vs. Jose Manuel Farias Cornejo 06-01-2010

8

1  receipt and any other documentation by the 3rd of

2  August.

3          MS. TRINKUS:  Okay.

4          MR. LOREN:  Anything further Mr. Inapp?

5          MR. INAPP:  No, Your Honor.

6          MR. LOREN:  Okay.  Anything further, Ms.

7  Trinkus?

8          MS. TRINKUS:  No, Your Honor.  Thank you.

9          MR. LOREN:  Okay.  Let me give you a notice

10  and we'll see everybody back here on the 17th of August

11  at 1:00 p.m.  This hearing is adjourned.

12

13

14

15

16

17

18

19

20

21

22

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 06-01-2010

9

1          CERTIFICATE OF TRANSCRIBER

2     I, BARBARA ENNEKING, do hereby certify that this

3 transcript was prepared from audio to the best of my

4 ability.

5     I am neither counsel nor party to this action nor

6 am I interested in the outcome of this action.

7

8

9                         BARBARA ENNEKING

10

11

12

13

14

15

16

17

18

19

20

21

22

## Capital Reporting Company
### State of California vs. Jose Manuel Farias Cornejo 06-01-2010

Page 1

**1**

**1** 1:10
**1:00** 7:17,22 8:11
**13** 7:5
**16th** 7:9
**17th** 7:14,17,22 8:10
**186** 4:10
**1st** 3:3

**2**

**2010** 1:10 3:3 7:5,22

**3**

**3** 6:5
**3rd** 8:1

**4**

**4** 5:20

**7**

**77330641** 1:4 3:6

**8**

**8:30** 7:5

**A**

**ability** 9:4
**above-captioned** 1:13
**accept** 5:12
**action** 9:5,6
**actually** 5:2 7:11
**adjourned** 8:11
**admit** 6:9

**admitted** 6:8
**admonish** 5:9
**afternoon** 7:10
**ahead** 5:8 6:1
**already** 6:4
**am** 3:17 4:8 7:8 9:5,6
**Anything** 8:4,6
**appearances** 3:8
**application** 3:15 4:2 5:20 7:21
**audio** 9:3
**August** 7:5,22 8:2,10
**available** 6:14 7:3,7,8,15
**away** 5:19

**B**

**BARBARA** 9:2,9
**behalf** 2:3,6
**best** 3:8 9:3
**bono** 4:14,20 5:7

**C**

**calendar** 7:4
**California** 1:2,9,15 3:4 6:4
**cancellation** 3:15 7:21
**case** 1:4 6:1 7:13
**CERTIFICATE** 9:1
**certify** 9:2
**Claimant** 2:3

**conducted** 3:7
**constitute** 1:12
**continuance** 3:14
**copy** 3:21 4:9
**Cornejo** 1:6 3:6
**correct** 6:11
**counsel** 3:9 6:11 9:5
**Court** 1:1,15 3:4
**courts** 5:11
**Crap** 5:5

**D**

**date** 3:3 6:14 7:4
**day** 7:7
**definitely** 4:17 6:17
**detained** 5:11
**documentation** 8:1
**DOJ** 6:4

**E**

**English** 3:7,8 6:19
**ENNEKING** 9:2,9
**everybody** 8:10
**Exhibit** 5:20 6:5

**F**

**Farias** 1:5 3:6
**fee** 4:2,11,17,22 5:3,7,10,12 7:22
**file** 3:6
**filing** 3:14
**fine** 6:7

**first** 6:14,15 7:3
**fourth** 3:14 5:8
**Friday** 7:5,6
**future** 5:15

**G**

**generally** 5:6,14
**government** 2:6 3:12,20

**H**

**haven't** 5:2
**hearing** 3:6 8:11
**held** 1:13,14
**hereby** 9:2
**he's** 4:11,18 5:22
**Honor** 3:11,17 4:3 5:21 6:2,12,13 8:5,8
**HONORABLE** 1:14

**I**

**ID** 5:20 6:5
**Iknapp** 2:7
**I'll** 3:13 4:10 5:8 6:1 7:2
**I'm** 3:3,20 4:15 6:17
**immigration** 1:1,14 3:2,4
**Inapp** 3:12 6:12 8:4,5
**indiscernible** 3:16
**individual** 7:4
**interested** 9:6

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 06-01-2010
Page 2

interpreter 7:2

it's 5:14 6:7

_____ J _____

Jose 1:5 3:5

Judge 3:2

June 1:10 3:3

_____ K _____

Kimberly 2:4 3:10

_____ L _____

Lancaster 1:9,15 3:4

language 3:7,8

least 5:15

let's 3:18 4:1,5 5:19 7:16

Loren 1:14 3:2,3,13,18,22 4:5,10,13,16,21 5:2,6,14,18,22 6:3,9,14,19,22 7:2,11,13,16,19 8:4,6,9

_____ M _____

mailing 5:16

Manuel 1:5 3:5

mark 5:19

matter 1:13 3:5 7:20

may 5:12,18

Maybe 7:14

merits 6:1,11 7:3,6,9,20

money 4:9

morning 7:6

mother 6:18,21

_____ N _____

Nathan 2:7 3:12

neither 9:5

non 5:11

nor 9:5

note 3:14 4:10

notice 8:9

_____ O _____

Oh 4:12

opportunity 6:6

order 4:9

outcome 9:6

_____ P _____

p.m 7:22 8:11

Page 4:10

pages 1:12

paid 4:2

party 9:5

pay 4:21 5:10

Petitioner 1:3

prepared 9:3

presiding 3:3

pro 4:13,19 5:7

Probably 6:18

proceedings 1:12 3:5

proof 4:6 6:3

provide 6:3 7:22

_____ R _____

rate 4:19

ready 3:16 6:10

receipt 4:4,7 5:19 6:4 8:1

received 4:1

record 6:5,10

reduced 4:19

removal 3:5,15 7:21

representing 4:13 5:7

reset 7:20

respondent 1:7 3:11

respondent's 3:7 7:21

review 6:6

_____ S _____

Scott 1:14 3:2

sent 4:6,9,17 5:2

serving 3:20

settings 5:12

sister 6:18

Somali 7:13

Spanish 6:20,21 7:3

speak 6:19

speaks 6:21

STATE 1:2

sure 5:9,15

_____ T _____

taking 4:19

thank 3:22 5:21 6:2 8:8

that's 6:7 7:5,13

today 3:9,13,16

Today's 3:3

TRANSCRIBER 9:1

transcript 9:3

Translator 7:1

Trinkus 2:4 3:10,16,17,20 4:1,3,8,12,15,18 5:1,4,13,17,21 6:2,6,7,13,17,21 7:1,8,12,14,18 8:3,7,8

type 5:16

_____ U _____

Uh 4:5

Uh-huh 5:13,17

unless 5:6

_____ V _____

vs 1:4

_____ W _____

waive 5:7

waived 4:11

we'll 6:9,22 7:2 8:10

we're 6:10 7:19

witnesses 6:15

_____ Y _____

yet 4:4

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 06-01-2010
Page 3

**you've** 4:16

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

1

US IMMIGRATION COURT

------------------------x
STATE OF CALIFORNIA        :
                           :
        Petitioner,        :
                           :
    vs.                    : Case No. 77330641
                           :
JOSE MANUEL FARIAS         :
CORNEJO,                   :
                           :
        Respondent.        :
------------------------x


                         Lancaster, California

                           August 17, 2010


    The following pages constitute the proceedings

held in the above-captioned matter before the

HONORABLE SCOTT LOREN, held in the US Immigration

Court, Lancaster, California.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

2

```
 1              A P P E A R A N C E S

 2

 3   On behalf of the Claimant:

 4           Ms. Kimberly Trinkus

 5

 6   On behalf of the Government:

 7           Mr. Nathan Iknapp

 8

 9                   *  *  *  *  *

10

11

12

13

14

15

16

17

18

19

20

21

22
```

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

3

1              P R O C E E D I N G S

2          MR. LOREN:   This is immigration Judge Scott

3    Loren.  Today's date is August 17th, 2010.  I'm

4    presiding here in Lancaster, California in the US

5    Immigration Court for removal proceedings in the matter

6    of Jose Manuel Farias Cornejo, file number 77330641,

7    and this hearing is being conducted in the English

8    language.  Respondent speaks and understands English.

9    Can I have appearances from both counsel here?

10          MS. TRINKUS:  Kimberly Trinkus for

11    respondent.

12          MS. CONTRERAS:  Lilly Contreras on behalf of

13    the government.

14          MR. LOREN:  All right.  Today is the date for

15    respondent's application for cancellation of removal

16    for permanent residence.  And Ms. Trinkus, are you

17    ready to go forward?

18          MS. TRINKUS:  I am, Your Honor.

19          MR. LOREN:  And Ms. Contreras, are you ready

20    to go forward?

21          MS. CONTRERAS:  We are, Your Honor.

22          MR. LOREN:  And have you done the background

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

4

1  clearances?

2          MS. CONTRERAS:  We have.

3          MR. LOREN:  Any issues?

4          MS. CONTRERAS:  No.

5          THE COURT:  All right.  Well, the Court does

6  have one concern.  In looking at Exhibit No. 3, the

7  California Department of Justice exemplified record, I

8  see that respondent, according to the document may have

9  a warrant for his arrest for burglary and conspiracy to

10 commit a crime under Section 182.  Unless you can point

11 to me where they are, I didn't see any other documents

12 to show that that has been resolved, Ms. Trinkus.  So

13 do you -- to either Ms. Contreras or Ms. Trinkus -- do

14 you know if that was resolved?

15         MS. TRINKUS:  I am not aware of whether or

16 not that has been resolved, Your Honor.

17         MR. LOREN:  I know that the government has

18 done- I take it when you did the background clearances

19 there were no warrants?

20         MS. CONTRERAS:  That's correct.  I mean I

21 don't know whether it's been resolved.  I'm assuming it

22 has because it's come back as negative and no

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

5

1  outstanding warrants.  And that was done 8:30 this

2  morning.

3          MR. LOREN:  I guess the issue that I see,

4  with a warrant for his arrest for burglary and

5  conspiracy to commit a crime, if it was a more minor

6  offense, or let's say it's a warrant because of a

7  probation violation on something, I would be inclined

8  to move forward.  My only concern is let's say he has

9  to then go -- let's say he has to eventually answer to

10 these -- to what could possibly be a burglary or

11 conspiracy to commit a crime. The issue the Court is

12 concerned about is let's say he gets convicted --

13         MS. TRINKUS:  Uh-huh.

14         MR. LOREN:  -- and he gets a burglary, it's

15 possibly more than a 365 day sentence.  Of course we

16 have the modified categorical approach.  We don't know

17 what was involved in that burglary.  You might have a

18 situation where if there happened to have been a

19 favorable grant of his application, the government

20 could then later bring new removal proceedings against

21 him and then he would have already had his chance at

22 cancellation removal.  So the Court's concern, and this

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

6

1  hasn't come up in a while.  I know that in the past

2  what I've done is continued the matter to allow the

3  respondent's counsel to try to resolve that issue,

4  either have the person go answer to the charges in the

5  county where it occurs, or to -- and what's interesting

6  about it is one is in Pomona, which is LA County and

7  then the warrant for the conspiracy is in San

8  Bernardino County.

9          MS. TRINKUS:  For the warrant for the Pomona,

10 is that the 8PK06716 case?  Case number?

11         MR. LOREN:  I'm looking at -- I don't know if

12 I'm looking at Page 6 of Exhibit 3 on the California

13 exemplified record maybe.

14         MS. TRINKUS:  Okay.

15         MR. LOREN:  Is that what you're looking?  I'm

16 not sure what the number is.  But if it's been

17 resolved, or if somebody could point out where it's

18 been resolved, then we can go forward.  But it doesn't

19 look like from the documents I see that it's been

20 resolved.  That's the reason why I wanted to bring it

21 up to counsels and see what they wanted to do with it.

22 Ms. Trinkus, what do you want to do with that?

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

7

1          MS. TRINKUS:  I don't have a copy of the

2   Exhibit 3 labeled as such.  I have a -- the Cal DOJ

3   report.

4          MR. LOREN:  You have it as Exhibit 3 Ms.

5   Contreras?

6          MS. CONTRERAS:  Uh-huh.

7          MR. LOREN:  Okay.  You do have Exhibit 3 with

8   you or --

9          MS. TRINKUS:  I have the Cal DOJ with me.

10          MR. LOREN:  Okay.  It's the one that -- well,

11   I think the government probably provided it.  Yeah, the

12   government did provide it.  The cover sheet has Angelo

13   Fontovas (ph) as the chief counsel.  It's dated January

14   5, 2010.  And then it has a number of -- it has a --

15          MS. TRINKUS:  Yes.  Okay.

16          MR. LOREN:  -- certified document, number of

17   fingerprints.  And then if you go down to the ledger

18   sheets, for lack of a better term, if you go to Page 6

19   --

20          MS. TRINKUS:  Uh-huh.  Okay.

21          MR. LOREN:  -- that's where I'm looking at

22   the warrant for the burglary and conspiracy to commit

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

8

1  crime. They appear to be separate warrants.  One's in

2  San Bernardino.  The other is in Pomona.  And it

3  doesn't look like they're the same as the -- the

4  earlier warrant that he had for the possession.

5          MS. TRINKUS:  Right.

6          MR. LOREN:  And it actually says on the next

7  page, on Page 7, it says see disposition for entry of

8  11/30/07.  So Ms. Trinkus, the Court's concern

9  basically is, in a nutshell, if there is an outstanding

10  warrant for burglary and he would find himself

11  convicted of that offense, it could possibly render him

12  removable.

13          MS. TRINKUS:  Right.  I understand.

14          MR. LOREN:  If he has a favorable

15  adjudication.

16          MS. TRINKUS:  Yes, I understand.

17          MR. LOREN:  Do you have anything to show that

18  he doesn't have that in there?

19          MS. TRINKUS:  I have the Cal DOJ for the

20  burglary, but I don't have anything for the conspiracy.

21          MR. LOREN:  Okay.

22          MS. TRINKUS:  So if the Court would like to

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

9

1   look over the Cal DOJ for the burglary charge.

2          MR. LOREN:  Do you have a copy for Ms.

3   Contreras?

4          MS. TRINKUS:  I only have one copy with me.

5   I'm sorry.

6          MR. LOREN:  Well, let me look and see what it

7   is and then -- oh, also, I know that one of the issues

8   was the fee.

9          MS. TRINKUS:  Yes, that was paid and I have

10  the receipt.

11         MR. LOREN:  You do have the receipt, the 797?

12         MS. TRINKUS:  Uh-huh.

13         MR. LOREN:  Okay.  Let me look at both of

14  those and then let's make a determination whether or

15  not we can go forward with this case.  Thank you.

16  Okay.  I'll note the fee has been paid.  Okay, I'll

17  give you that back.

18         MS. TRINKUS:  [Inaudible]

19         MR. LOREN:  Okay.  Well, this is not a --

20  it's a de minimis.

21         MS. TRINKUS:  But, yeah.

22         MR. LOREN:  Okay.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

10

1          MS. TRINKUS:  I'm sorry.

2          MR. LOREN:  So he was convicted of burglary?

3          MS. TRINKUS:  Yes.

4          MR. LOREN:  Were you aware of that, Ms.

5    Contreras?

6          MS. CONTRERAS:  Uh, no.

7          MR. LOREN:  Okay.

8          MS. CONTRERAS:  Maybe that's why it came back

9    without a warrant.

10          MR. LOREN:  That's probably why that one came

11   out with no warrant.

12          MS. CONTRERAS:  Maybe the other one wasn't

13   filed.  I don't know.  All I know is that there's no

14   outstanding warrant.

15          MR. LOREN:  Okay.  Well, that definitely

16   resolves.  I'll see here the Court finds the respondent

17   guilty of actually it looks like he has --

18          MS. CONTRERAS:  And why wasn't that submitted

19   prior to today?  Submitted prior to today [inaudible].

20          MR. LOREN:  Do you know why you didn't submit

21   it or have copies?

22          MS. TRINKUS:  I do not know, I'm sorry.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

11

1          MR. LOREN:  Okay.  I did set a document

2    submission of August 3rd.  In looking at the documents

3    I do have a print out here.  It says a jury trial was

4    set. I think he eventually -- then they amended count

5    one to read -- they wanted to go instead of with petty

6    theft they went with petty theft with priors under 666,

7    the California Penal Code.  So he was eventually

8    convicted under petty theft with priors under 666, and

9    then the burglary was actually dismissed due to plea

10   negotiations.

11          The sentence for the 666 was -- this looks

12   like probation.  Defendant is ordered to return on

13   11/10/09 and this department for surrender and the

14   court findings. The Court orders the defendant to

15   appear the next day. Custody status will be on

16   probation.  So it doesn't look like -- they took the

17   plea of guilty, but they didn't set him for a sentence.

18   So the interesting issue with that is if you've got

19   petty theft with priors, he could get more than a year.

20   So let's do this.  Ms. Trinkus, let me hand you back

21   this document.  Let me give you the number, Ms.

22   Contreras.  It's the case number in Los Angeles is

12

1  8PK06716.  And let me give you those documents back,

2  Ms. Trinkus.  You're going to need to make copies of

3  that.  I recommend that we set this over to determine,

4  number one, if LA County is interested in having him

5  show up for sentencing and, number two, you can try to

6  deal with the issue of-

7          MS. TRINKUS:  The other warrant?

8          MR. LOREN:  The other warrant.  I don't know

9  what the sentence is ultimately going to be but --

10         MS. TRINKUS:  Right.

11         MR. LOREN:  -- that's the issue.

12         MS. TRINKUS:  Right.

13         MR. LOREN:  I mean if he got more than a

14 year, he might be ineligible for cancellation of

15 removal as an aggravated felony.

16         MS. TRINKUS:  Right.

17         MR. LOREN:  So I think it's in your client's

18 best interest to try to resolve that.

19         MS. TRINKUS:  Certainly.

20         MR. LOREN:  All right.  So let's see when we

21 can set this back, or set this again.  And then also

22 check on the conspiracy.  How long you going to need to

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

13

1   check -- the conspiracy is out of San Bernardino and

2   this one is out of LA.  How long are you going to need

3   to get all that information together and also see if

4   he's going to be set for sentencing?

5           MR. LOREN:  Well, when is the next available

6   master?  If it's about 60 days out as it is.

7           MR. LOREN:  Yeah, it's pretty far.  It's the

8   15th of November.

9           MS. TRINKUS:  Yeah.  I'll take that.

10          MR. LOREN:  Okay.  Then I'll set the matter

11  to any -- you want to be heard on the record for that

12  Ms. Contreras?

13          MS. CONTRERAS:  That's fine.

14          MR. LOREN:  Okay.

15          MS. CONTRERAS:  We would just request that

16  copies be submitted --

17          MR. LOREN:  Absolutely.

18          MS. CONTRERAS:  -- prior to that date.

19          MR. LOREN:  You're going to have to submit in

20  advance of the hearing no later than November 1st,

21  2010, at the window, not only the full conviction

22  records for the petty theft with priors, but also the

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

14

1   disposition of the 182 conspiracy.  And the government

2   may want to also -- the reason why I gave you the case

3   number is you may want to have your agents touch base

4   with LA County and see if they would be interested in -

5   - if he's been sentenced or not.  I can't tell that he

6   has been sentenced.

7              MS. CONTRERAS:  I don't think he has been,

8   no.

9              MR. LOREN:  Okay.  All right.  And that will

10  be at 1:00.  So we'll reset this to November 15th,

11  2010.

12             MS. TRINKUS:  And that will be a master or --

13             MR. LOREN:  No, we'll set it for the merits.

14             MS. TRINKUS:  Merits?  Okay.  So that way-but

15  make sure that you get the documents to the Court no

16  later than --

17             MS. TRINKUS:  November 1st.

18             MR. LOREN:  November 1st, at the window.

19             MS. TRINKUS:  Okay.

20             MR. LOREN:  Ms. Contreras, you want to be

21  heard on anything?

22             MS. CONTRERAS:  No.

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

15

1           MR. LOREN:  All right.  Thank you.  This

2   hearing is adjourned and I'm going to also put on the

3   notice of hearing that all documents have to be

4   submitted at the window by November 1st.

5           MS. TRINKUS:  Okay.  Thank you, Your Honor.

6           MR. LOREN:  The hearing is adjourned.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

16

1              CERTIFICATE OF TRANSCRIBER

2      I, BARBARA ENNEKING, do hereby certify that this

3  transcript was prepared from audio to the best of my

4  ability.

5      I am neither counsel nor party to this action nor

6  am I interested in the outcome of this action.

7

8

9                          BARBARA ENNEKING

10

11

12

13

14

15

16

17

18

19

20

21

22

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010
Page 1

**1**
**1:00** 14:10
**11/10/09** 11:13
**11/30/07** 8:8
**15th** 13:8 14:10
**17** 1:10
**17th** 3:3
**182** 4:10 14:1
**1st** 13:20 14:17,18
15:4

**2**
**2010** 1:10 3:3 7:14
13:21 14:11

**3**
**3** 4:6 6:12 7:2,4,7
**365** 5:15
**3rd** 11:2

**5**
**5** 7:14

**6**
**6** 6:12 7:18
**60** 13:6
**666** 11:6,8,11

**7**
**7** 8:7
**77330641** 1:4 3:6
**797** 9:11

**8**
**8:30** 5:1
**8PK06716** 6:10

12:1

**A**
**ability** 16:4
**above-captioned**
1:13
**Absolutely** 13:17
**according** 4:8
**action** 16:5,6
**actually** 8:6 10:17
11:9
**adjourned** 15:2,6
**adjudication** 8:15
**advance** 13:20
**against** 5:20
**agents** 14:3
**aggravated** 12:15
**allow** 6:2
**already** 5:21
**am** 3:18 4:15
16:5,6
**amended** 11:4
**Angeles** 11:22
**Angelo** 7:12
**answer** 5:9 6:4
**anything** 8:17,20
14:21
**appear** 8:1 11:15
**appearances** 3:9
**application** 3:15
5:19
**approach** 5:16
**arrest** 4:9 5:4
**assuming** 4:21

**audio** 16:3
**August** 1:10 3:3
11:2
**available** 13:5
**aware** 4:15 10:4

**B**
**background** 3:22
4:18
**BARBARA** 16:2,9
**base** 14:3
**basically** 8:9
**behalf** 2:3,6 3:12
**Bernardino** 6:8
8:2 13:1
**best** 12:18 16:3
**better** 7:18
**bring** 5:20 6:20
**burglary** 4:9
5:4,10,14,17
7:22 8:10,20 9:1
10:2 11:9

**C**
**Cal** 7:2,9 8:19 9:1
**California**
1:2,9,15 3:4 4:7
6:12 11:7
**cancellation** 3:15
5:22 12:14
**case** 1:4 6:10 9:15
11:22 14:2
**categorical** 5:16
**Certainly** 12:19
**CERTIFICATE**
16:1

**certified** 7:16
**certify** 16:2
**chance** 5:21
**charge** 9:1
**charges** 6:4
**check** 12:22 13:1
**chief** 7:13
**Claimant** 2:3
**clearances** 4:1,18
**client's** 12:17
**Code** 11:7
**commit** 4:10
5:5,11 7:22
**concern** 4:6 5:8,22
8:8
**concerned** 5:12
**conducted** 3:7
**conspiracy** 4:9
5:5,11 6:7 7:22
8:20 12:22 13:1
14:1
**constitute** 1:12
**continued** 6:2
**Contreras**
3:12,19,21
4:2,4,13,20 7:5,6
9:3
10:5,6,8,12,18
11:22
13:12,13,15,18
14:7,20,22
**convicted** 5:12
8:11 10:2 11:8
**conviction** 13:21
**copies** 10:21 12:2
13:16

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010

Page 2

**copy** 7:1 9:2,4
**Cornejo** 1:6 3:6
**correct** 4:20
**counsel** 3:9 6:3 7:13 16:5
**counsels** 6:21
**count** 11:4
**county** 6:5,6,8 12:4 14:4
**course** 5:15
**court** 1:1,15 3:5 4:5 5:11 8:22 10:16 11:14 14:15
**Court's** 5:22 8:8
**cover** 7:12
**crime** 4:10 5:5,11 8:1
**Custody** 11:15

**D**
**date** 3:3,14 13:18
**dated** 7:13
**day** 5:15 11:15
**days** 13:6
**de** 9:20
**deal** 12:6
**defendant** 11:12,14
**definitely** 10:15
**department** 4:7 11:13
**determination** 9:14
**determine** 12:3

**dismissed** 11:9
**disposition** 8:7 14:1
**document** 4:8 7:16 11:1,21
**documents** 4:11 6:19 11:2 12:1 14:15 15:3
**DOJ** 7:2,9 8:19 9:1
**done** 3:22 4:18 5:1 6:2
**due** 11:9

**E**
**earlier** 8:4
**either** 4:13 6:4
**English** 3:7,8
**ENNEKING** 16:2,9
**entry** 8:7
**eventually** 5:9 11:4,7
**exemplified** 4:7 6:13
**Exhibit** 4:6 6:12 7:2,4,7

**F**
**Farias** 1:5 3:6
**favorable** 5:19 8:14
**fee** 9:8,16
**felony** 12:15
**file** 3:6
**filed** 10:13
**findings** 11:14

**finds** 10:16
**fine** 13:13
**fingerprints** 7:17
**Fontovas** 7:13
**forward** 3:17,20 5:8 6:18 9:15
**full** 13:21

**G**
**gets** 5:12,14
**government** 2:6 3:13 4:17 5:19 7:11,12 14:1
**grant** 5:19
**guess** 5:3
**guilty** 10:17 11:17

**H**
**hand** 11:20
**happened** 5:18
**having** 12:4
**heard** 13:11 14:21
**hearing** 3:7 13:20 15:2,3,6
**held** 1:13,14
**hereby** 16:2
**he's** 13:4 14:5
**Honor** 3:18,21 4:16 15:5
**HONORABLE** 1:14

**I**
**Iknapp** 2:7
**I'll** 9:16 10:16

13:9,10
**I'm** 3:3 4:21 6:11,12,15 7:21 9:5 10:1,22 15:2
**immigration** 1:1,14 3:2,5
**inaudible** 9:18 10:19
**inclined** 5:7
**ineligible** 12:14
**information** 13:3
**instead** 11:5
**interest** 12:18
**interested** 12:4 14:4 16:6
**interesting** 6:5 11:18
**involved** 5:17
**issue** 5:3,11 6:3 11:18 12:6,11
**issues** 4:3 9:7
**it's** 4:21,22 5:6,14 6:16,17,19 7:10,13 9:20 11:22 12:17 13:6,7
**I've** 6:2

**J**
**January** 7:13
**Jose** 1:5 3:6
**Judge** 3:2
**jury** 11:3
**Justice** 4:7

**K**

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010
Page 3

**Kimberly** 2:4 3:10

---
L
**LA** 6:6 12:4 13:2 14:4
**labeled** 7:2
**lack** 7:18
**Lancaster** 1:9,15 3:4
**language** 3:8
**later** 5:20 13:20 14:16
**ledger** 7:17
**let's** 5:6,8,9,12 9:14 11:20 12:20
**Lilly** 3:12
**long** 12:22 13:2
**Loren** 1:14 3:2,3,14,19,22 4:3,17 5:3,14 6:11,15 7:4,7,10,16,21 8:6,14,17,21 9:2,6,11,13,19,22 10:2,4,7,10,15,20 11:1 12:8,11,13,17,20 13:5,7,10,14,17,19 14:9,13,18,20 15:1,6
**Los** 11:22

---
M
**Manuel** 1:5 3:6
**master** 13:6 14:12
**matter** 1:13 3:5 6:2 13:10

**may** 4:8 14:2,3
**maybe** 6:13 10:8,12
**mean** 4:20 12:13
**merits** 14:13,14
**minimis** 9:20
**minor** 5:5
**modified** 5:16
**morning** 5:2
**move** 5:8

---
N
**Nathan** 2:7
**negative** 4:22
**negotiations** 11:10
**neither** 16:5
**nor** 16:5
**note** 9:16
**notice** 15:3
**November** 13:8,20 14:10,17,18 15:4
**nutshell** 8:9

---
O
**occurs** 6:5
**offense** 5:6 8:11
**oh** 9:7
**One's** 8:1
**ordered** 11:12
**orders** 11:14
**outcome** 16:6
**outstanding** 5:1 8:9 10:14

---
P
**page** 6:12 7:18 8:7
**pages** 1:12
**paid** 9:9,16
**party** 16:5
**past** 6:1
**Penal** 11:7
**permanent** 3:16
**person** 6:4
**Petitioner** 1:3
**petty** 11:5,6,8,19 13:22
**ph** 7:13
**plea** 11:9,17
**point** 4:10 6:17
**Pomona** 6:6,9 8:2
**possession** 8:4
**possibly** 5:10,15 8:11
**prepared** 16:3
**presiding** 3:4
**pretty** 13:7
**print** 11:3
**prior** 10:19 13:18
**priors** 11:6,8,19 13:22
**probably** 7:11 10:10
**probation** 5:7 11:12,16
**proceedings** 1:12 3:5 5:20
**provide** 7:12

**provided** 7:11

---
R
**ready** 3:17,19
**reason** 6:20 14:2
**receipt** 9:10,11
**recommend** 12:3
**record** 4:7 6:13 13:11
**records** 13:22
**removable** 8:12
**removal** 3:5,15 5:20,22 12:15
**render** 8:11
**report** 7:3
**request** 13:15
**reset** 14:10
**residence** 3:16
**resolve** 6:3 12:18
**resolved** 4:12,14,16,21 6:17,18,20
**resolves** 10:16
**respondent** 1:7 3:8,11 4:8 10:16
**respondent's** 3:15 6:3
**return** 11:12

---
S
**San** 6:7 8:2 13:1
**Scott** 1:14 3:2
**Section** 4:10
**sentence** 5:15 11:11,17 12:9

Capital Reporting Company
State of California vs. Jose Manuel Farias Cornejo 08-17-2010
Page 4

**sentenced** 14:5,6

**sentencing** 12:5 13:4

**separate** 8:1

**sheet** 7:12

**sheets** 7:18

**situation** 5:18

**somebody** 6:17

**sorry** 9:5 10:1,22

**speaks** 3:8

**STATE** 1:2

**status** 11:15

**submission** 11:2

**submit** 10:20 13:19

**submitted** 10:18,19 13:16 15:4

**sure** 6:16 14:15

**surrender** 11:13

_____
T
_____

**term** 7:18

**Thank** 9:15 15:1,5

**that's** 4:20 6:20 7:21 10:8,10 12:11 13:13

**theft** 11:6,8,19 13:22

**there's** 10:13

**they're** 8:3

**today** 3:14 10:19

**Today's** 3:3

**touch** 14:3

**TRANSCRIBER**

16:1

**transcript** 16:3

**trial** 11:3

**Trinkus** 2:4 3:10,16,18 4:12,13,15 5:13 6:9,14,22 7:1,9,15,20 8:5,8,13,16,19,2 2 9:4,9,12,18,21 10:1,3,22 11:20 12:2,7,10,12,16, 19 13:9 14:12,14,17,19 15:5

**try** 6:3 12:5,18

_____
U
_____

**Uh** 10:6

**Uh-huh** 5:13 7:6,20 9:12

**ultimately** 12:9

**understand** 8:13,16

**understands** 3:8

**Unless** 4:10

_____
V
_____

**violation** 5:7

**vs** 1:4

_____
W
_____

**warrant** 4:9 5:4,6 6:7,9 7:22 8:4,10 10:9,11,14 12:7,8

**warrants** 4:19 5:1 8:1

**wasn't** 10:12,18

**way-but** 14:14

**we'll** 14:10,13

**whether** 4:15,21 9:14

**window** 13:21 14:18 15:4

_____
Y
_____

**you've** 11:18