1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  MICHAEL KAUFMAN (SBN 254575)
   Email: mkaufman@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
5  Los Angeles, California 90017
   Tel: (213) 977-5211
6  Fax: (213) 977-5297

7  **Attorneys for Petitioners**
   (Additional counsel listed on following page)
8

9

10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**
12                   **WESTERN DIVISION**
13

14

15  ALEJANDRO RODRIGUEZ, et al.,   )   Case No. CV 07- 3239-TJH (RNBx)
                                   )
16         Petitioners,            )   **NOTICE OF WITHDRAWL OF**
                                   )   **MOTION FOR PRELIMINARY**
17      vs.                        )   **INJUNCTION SEEKING RELIEF**
                                   )   **FOR PETITIONER JOSE FARIAS**
18  TROY ROBBINS, et al.,          )   **CORNEJO**
                                   )
19         Respondents.            )   Honorable Terry J. Hatter
                                   )
20                                 )
                                   )
21                                 )
                                   )
22  ─────────────────────────────  )

1  Additional Counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY 10004
   Telephone: (212) 549-2618
5  Facsimile: (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone: (650) 724-2442
   Facsimile: (650) 723-4426
10

   SEAN COMMONS (SBN 217603)*
11 WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

15 *Notice of Appearance forthcoming

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF WITHDRAWL OF MOTION FOR PRELIMINARY INJUNCTION SEEKING RELIEF FOR PETITIONER JOSE FARIAS CORNEJO**

Because Petitioner Jose Farias Cornejo has been granted cancellation of removal, the Government has waived any appeal of that grant of relief, and Petitioner has been released from detention, he is no longer threatened with irreparable harm arising from his allegedly unlawful prolonged detention without a bond hearing.  For that reason, Petitioner hereby withdraws his motion for preliminary injunction.

Respectfully submitted,

Dated:  January 28, 2011

 s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Attorney for Petitioners