1   TONY WEST
    Assistant Attorney General,
2   Civil Division
    DAVID J. KLINE
3   Director
    VICTOR M. LAWRENCE
4   Principal Assistant Director
    THEODORE W. ATKINSON
5   Senior Litigation Counsel
    United States Department of Justice
6   Office of Immigration Litigation
    District Court Section
7   P.O. Box 868, Ben Franklin Station
    Washington, DC  20044
8   Tel:  (202) 532-4135
    Fax:  (202) 305-7000
9   E-mail: theodore.atkinson@usdoj.gov
    NICOLE R. PRAIRIE
10  Trial Attorney
    EREZ R. REUVENI
11  Trial Attorney
    ELIZABETH L. WALKER
12  Trial Attorney

13  Attorneys for Respondents

14
                    UNITED STATES DISTRICT COURT
15
                   CENTRAL DISTRICT OF CALIFORNIA
16
                         WESTERN DIVISION
17

18  ALEJANDRO RODRIGUEZ, *et al.*,        Case No. CV 07-3239-TJH (RNBx)

19                  Petitioners,
                                          [PROPOSED] STIPULATED
20  v.                                    PROTECTIVE ORDER
                                          CONCERNING ROSTER OF
21  ERIC H. HOLDER, JR., *et al.,*        DETAINEES

22                  Respondents.          Before the Honorable Terry J. Hatter,
                                          Jr.
23

24

25

26

27

28

1   Before the Court is the parties' Joint Stipulation for Protective Order

2   Concerning Roster of Detainees, which was filed February 24, 2011.  The parties'

3   request for an extension of the terms of the April 19, 2010 Protective Order [Dkt #

4   78], to a production of a roster of detainees produced by Respondents on February

5   24, 2011, is GRANTED.

6        IT IS ORDERED that the April 19, 2010 Protective Order [Dkt # 78]

7   extends and applies to the production made by Respondents on February 24, 2011,

8   of a roster of the names, alien numbers, locations, and attorney contact

9   information, if any, for all immigration detainees currently detained for six months

10  or longer in the Central District of California.

11  DATED: _____

12

13

14                                          _____
                                                    Terry J. Hatter, Jr.
                                            Senior United States District Judge

15
    Presented by:
16  TONY WEST
    Assistant Attorney General
17  DAVID J. KLINE
    Director, Office of Immigration Litigation
18  District Court Section
    VICTOR M. LAWRENCE
19  Principal Assistant Director
    THEODORE W. ATKINSON
20  Senior Litigation Counsel
    */s/ Theodore W. Atkinson*
21  THEODORE W. ATKINSON
    Senior Litigation Counsel
22  P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
23  Tel: (202) 532-4135
    e-mail: theodore.atkinson@usdoj.gov
24  NICOLE R. PRAIRIE
    Trial Attorney
25  EREZ R. REUVENI
    Trial Attorney
26  ELIZABETH L. WALKER
    Trial Attorney
27
    Attorneys for Respondents
28