TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
Fax:  (202) 305-7000
E-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney
EREZ R. REUVENI
Trial Attorney
ELIZABETH L. WALKER
Trial Attorney

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>ERIC H. HOLDER, JR., *et al.*,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>STIPULATED PROTECTIVE ORDER CONCERNING ROSTER OF DETAINEES [157]<br><br>Before the Honorable Terry J. Hatter, Jr. |

Before the Court is the parties' Joint Stipulation for Protective Order Concerning Roster of Detainees, which was filed February 24, 2011. The parties' request for an extension of the terms of the April 19, 2010 Protective Order [Dkt # 78], to a production of a roster of detainees produced by Respondents on February 24, 2011, is GRANTED.

IT IS ORDERED that the April 19, 2010 Protective Order [Dkt # 78] extends and applies to the production made by Respondents on February 24, 2011, of a roster of the names, alien numbers, locations, and attorney contact information, if any, for all immigration detainees currently detained for six months or longer in the Central District of California.

DATED: February 28, 2011

_____
Terry J. Hatter, Jr.
Senior United States District Judge

Presented by:
TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
/s/ Theodore W. Atkinson
THEODORE W. ATKINSON
Senior Litigation Counsel
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4135
e-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney
EREZ R. REUVENI
Trial Attorney
ELIZABETH L. WALKER
Trial Attorney

Attorneys for Respondents