PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)*
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys For Petitioner**
(Additional counsel listed on following page)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY ROBBINS, et al., <br><br> Respondents. | Case No. CV 07- 3239-TJH (RNBx) <br><br> **JOINT STIPULATION REGARDING FINAL PRE-TRIAL CONFERENCE** <br><br> Honorable Terry J. Hatter <br><br> Hearing Date: March 7, 2011 <br> Hearing Time: 10:00 AM <br><br> Complaint Filed: 5/16/2007 |

Additional Counsel:

JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)*
WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Notice of Appearance forthcoming

1  Petitioners and Respondents jointly stipulate and request that this Court enter
2  the accompanying proposed order to vacate the hearing date for the parties' final pre-
3  trial conference scheduled for March 7, 2011 at 10 AM.  The Court scheduled that
4  date prior to entry of the stay of discovery and its ruling on the Respondents' Rule 12
5  motion, which had the effect of terminating the stay.
6  Since that time, the parties significantly narrowed their discovery disputes
7  during a meet and confer on February 28, 2011.  However, some disputes remain and
8  those will require resolution by Magistrate Judge Block.
9  For these reasons, the parties respectfully request that the Court set the hearing
10 date for the final pre-trial conference after Magistrate Judge Block's resolution of the
11 outstanding discovery disputes.

Dated: March 1, 2011

By:/s/ Ahilan Arulanantham  
AHILAN T. ARULANANTHAM  
Counsel for Petitioners

By: /s/ Theodore W. Atkinson  
THEODORE W. ATKINSON  
Counsel for Respondents