PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)*
Email:  mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys For Petitioner**
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07- 3239-TJH (RNBx) |
| Petitioners, | **ORDER REGARDING PRE-TRIAL CONFERENCE [159]** |
| vs. | Honorable Terry J. Hatter |
| TIMOTHY ROBBINS, et al., | Hearing Date: March 7, 2011<br>Hearing Time: 10:00 AM |
| Respondents. | Complaint Filed: 5/16/2007 |

Additional Counsel:

JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)*
WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Notice of Appearance forthcoming

1  Good cause having been shown in counsels' joint stipulation, the hearing date
2  scheduled on March 7, 2011 for the parties' final pre-trial conference is hereby
3  vacated.  The Court will set a new date for the final pre-trial conference after the
4  parties have resolved their discovery disputes before the Magistrate Judge.
5  It is so ORDERED.

Dated: March 2, 2011

HONORABLE TERRY J. HATTER
United States District Court Judge