1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  MICHAEL KAUFMAN (SBN 254575)
   Email: mkaufman@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
5  Los Angeles, California 90017
   Tel: (213) 977-5211
6  Fax: (213) 977-5297

7  **Attorneys For Petitioner**
   (Additional counsel listed on following page)
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07- 3239-TJH (RNBx) |
| Petitioners, | **JOINT STIPULATION AND REQUEST REGARDING DISCOVERY SCHEDULE** |
| vs. | |
| TROY ROBBINS, et al., | Honorable Robert N. Block |
| Respondents. | Hearing Date: April 8, 2011<br>Hearing Time: 10:00 AM |
| | Complaint Filed: 5/16/2007 |

Additional Counsel:

JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)*
WILLIAM TRAN (SBN 245104)
BRIAN K. WASHINGTON (SBN 248960)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Notice of Appearance forthcoming

1 For the reasons stated herein, and in particular because of the substantial progress the parties have made toward resolving and significantly narrowing their discovery disputes, the parties hereby stipulate and respectfully request that the Magistrate Judge vacate the hearing set for April 8, 2011, and allow the parties to address their outstanding discovery disputes through briefing.[1]

Following the Court's denial of Respondents' Rule 12(c) motion, the parties have extensively met and conferred regarding their discovery disputes, as required by the Magistrate Judge's instructions in its November 17, 2010 order. Through the parties' discussions, which occurred both in-person and telephonically, the parties have significantly narrowed both the number and the scope of their discovery disputes, leaving only a small number of issues outstanding. Of the 48 requests for production, 34 interrogatories, and 34 requests for admission served on the Department of Homeland Security (DHS) and the Department of Justice (DOJ), Petitioners and Respondents have been able to narrow their disagreements to just three outstanding issues: Petitioners' request for A-files, Petitioners' request for certain policies, and several of the RFAs.

Because of this progress, and because the parties believe that any additional meet and confer discussions are unlikely to produce further agreement, the parties jointly request that the Magistrate Judge vacate the April 8th hearing date and order the parties to brief their outstanding disputes under Local Rule 37, following the

---

[1] On March 22, 2011, Magistrate Judge Block issued an Order regarding a settlement conference scheduled for April 8, 2011. The Order was filed shortly after the parties contacted the Court to schedule a discovery conference for April 8, following Judge Block's instructions in his November 17, 2010 Order. The parties assumed that the hearing scheduled for April 8 related only to discovery matters. On April 4, 2011, counsel for the parties received phone calls from the deputy clerk regarding the parties' failure to submit settlement positions as required by Judge Block's March 22nd Order. Counsel for the parties apologize for their misunderstanding regarding the nature of the hearing set for April 8 and their apparent failure to comply with Judge Block's Order. If a Settlement Conference is in fact scheduled for April 8, the parties jointly stipulate and respectfully request that the Settlement Conference be taken off calendar. The parties agree that there are currently no grounds for settlement of this matter. The parties are prepared to provide the Magistrate Judge with a fuller description of their settlement positions, if the Magistrate Judge so requests.

schedule outlined below.

**Discovery Disputes Prior to Rule 12(c) Ruling**

Petitioner Alejandro Rodriguez submitted six sets of discovery requests on Respondents DHS and DOJ on July 22, 2010. Respondents timely objected to the discovery requests on general and specific grounds, and refused to produce any discovery on the basis of those objections. Following the procedures outlined in Local Rule 37, the parties subsequently met and conferred regarding their discovery disputes and filed a joint stipulation on October 12, 2010. Dkt. # 97.

On November 3, 2010, Respondents filed a motion for a stay of discovery pending the Court's resolution of the Respondents' Rule 12(c) motion. On November 17, 2010, the Court granted the stay. In its order, the Court provided instructions for the parties on how to proceed with their discovery disputes following the Court's resolution of the Rule 12(c) motion:

> [P]rior to petitioners' refiling of any motion to compel discovery, counsel for both sides are ordered to meet and confer again in light of the District Judge's ruling and then, if they are unable to reach a complete resolution of their discovery disputes, to arrange with the Magistrate Judge's courtroom deputy for a date and time to appear before the Court in person to meet and confer further under the Court's auspices. If and when the Court is satisfied that counsel truly have made a good faith effort to eliminate the necessity for hearing the motion or at least eliminate as many of their disputes as possible, the Court will set a briefing schedule for the filing of a new Joint Stipulation, wherein each side will be required to set forth with respect to each discovery request still remaining in dispute not only its contentions but also how its counsel proposed to resolve the dispute over that discovery request at the further conference of counsel.

[Dkt. #126].

**Discovery Meet and Confer after Rule 12(c) Ruling**

On January 27, 2011 the Court issued an Order denying the Respondents' Rule

12(c) motion, finding that the Respondents were not entitled to judgment as a matter of law on any of the Petitioners' claims. Dkt. # 155.

In response, and in accordance with the Magistrate Judge's November 17, 2010 Order, counsel then met and conferred extensively in order to narrow their discovery disputes. First, in correspondence dated February 14, 2011 and February 24, 2011, Petitioners focused the discussion on a limited subset of discovery requests that were significantly narrower in number and scope than the discovery initially served. Of the 48 requests for production, 34 interrogatories, and 34 requests for admission served on DHS and DOJ, Petitioners proposed meeting and conferring on eight requests for production, three interrogatories and all of the requests for admission.

After extensive telephonic discussions during which the parties discussed this limited subset of requests at some length, the parties agreed to meet in person, which they did on February 28, 2011.

During this five hour meeting, and in subsequent correspondence and telephonic conversation, the parties were successful in reaching agreement on a significant number of issues. Through these discussions, the parties have agreed that the Respondents will produce a substantial amount of database information about current and past class members, as well as the Respondents' policies regarding bond hearings, initial decisions to detain, and supervised release; and answers to several requests for admission. Throughout this period, the parties have worked cooperatively to reach agreements to produce information that is responsive to Petitioners' requests for relevant information in a manner that is technically feasible and not unduly burdensome for the Respondents.

Despite the parties' significant progress in narrowing their disagreements, several disputes remain outstanding. There are three principle areas of disagreement:

- DHS RFP 1 (request for A-files): Respondents maintain their objections to Petitioners' request for A-files for past and current class members, including as to Petitioners' proposal to limit production to a narrowed time period and only to certain documents within the A-files.

3

- DHS RFP 3, 6; DOJ RFP 3 (request for policies): Respondents have withdrawn objections with respect to the request for information concerning bond hearings, initial decisions to detain, and supervised release, but they maintain their objections to the extent the requests seek policies related to *Joseph* hearings, *Casas* hearings, parole determinations, and Post Order Custody Reviews.

- DHS RFA 3, 4 - 15, 18 - 21; DOJ RFA 3, 4 - 11: Respondents have maintained their objections to these RFAs. Respondents have withdrawn in part their objections to DHS RFA 3 and DOJ RFA 3.

The parties have agreed that Petitioners have satisfied their duty to meet and confer in good faith prior to moving to compel responses to these requests.

**Briefing on Discovery Motions**

As explained above, the parties have made significant progress in narrowing the scope of their disagreements. Based on these extensive discussions, the parties are in agreement that it is unlikely that any further progress will be made prior to the Magistrate Judge's ruling on the limited set of remaining disagreements. For this reason, the parties request that the Magistrate Judge vacate the April 8 hearing and allow the parties to brief their outstanding disagreements pursuant to Local Rule 37.

The parties have jointly agreed to the following schedule:

- Respondents provide their portion of the Joint Stipulation to Petitioners by April 8, 2011. Plaintiffs provide their portion by April 15, 2011, and the parties file the Joint Stipulation on April 15, 2011.

- The Court hold a hearing on the Joint Stipulation during the week of April 25, 2011.

1   For the foregoing reasons, the parties jointly stipulate and request that the
2   Magistrate Judge vacate the April 8th hearing date and order the parties to brief their
3   outstanding discovery disputes under the schedule outlined above.

4   Dated: April 4, 2011                    s/ Ahilan T. Arulanantham
                                            AHILAN T. ARULANANTHAM
5                                           Counsel for Petitioners

6   Dated April 4, 2011                     s/ Theodore Atkinson
                                            THEODORE ATKINSON
7                                           Counsel for Respondents