1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  MICHAEL KAUFMAN (SBN 254575)
   Email: mkaufman@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
5  Los Angeles, California 90017
   Tel: (213) 977-5211
6  Fax: (213) 977-5297

7  **Attorneys For Petitioner**
   (Additional counsel listed on following page)
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07- 3239-TJH (RNBx) |
| Petitioners, | **[PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE** |
| vs. | Honorable Robert N. Block |
| TROY ROBBINS, et al., | Hearing Date: April 8, 2011 |
| Respondents. | Hearing Time: 10:00 AM |
| | Complaint Filed: 5/16/2007 |

1  Additional Counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY 10004
   Telephone: (212) 549-2618
5  Facsimile: (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone: (650) 724-2442
   Facsimile: (650) 723-4426
10

   SEAN COMMONS (SBN 217603)*
11 WILLIAM TRAN (SBN 245104)
   BRIAN K. WASHINGTON (SBN 248960)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

15 *Notice of Appearance forthcoming

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Good cause having been shown in counsels' joint stipulation and request, the
2  hearing date scheduled on April 8, 2011 for a discovery conference is hereby vacated.
3  The parties are hereby ordered to brief their outstanding discovery disputes
4  under Local Rule 37 pursuant to the following schedule: Respondents shall provide
5  their portion of the Joint Stipulation to Petitioners by April 8, 2011.  Plaintiffs shall
6  provide their portion by April 15, 2011, and the parties shall file the Joint Stipulation
7  on April 15, 2011.  The Court will set a hearing on the Joint Stipulation during the
8  week of April 25, 2011.
9  It is so ORDERED.

Dated: April     , 2011

HONORABLE ROBERT N. BLOCK
United States Magistrate Judge