UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 07-3239-TJH (RNBx)**                                      Date: **April 4, 2011**

Title:  **Alejandro Rodriguez, et al. v. Timothy S. Robbins, et al.**

**DOCKET ENTRY**

PRESENT:

        **HON. <u>ROBERT N. BLOCK</u>, UNITED STATES MAGISTRATE JUDGE**

| <u>Kerri Hays</u> | <u>n/a</u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                                                    None present

**PROCEEDINGS:  (IN CHAMBERS)**

     In accordance with the parties' joint stipulation and request, the discovery conference scheduled for April 8, 2011 (which mistakenly was calendared as a settlement conference) is ordered off calendar, and the parties are ordered to brief their outstanding discovery disputes under Local Rule 37 pursuant to the following schedule.

     April 8, 2011     Respondents to provide their portion of the Joint Stipulation
     April 15, 2011    Plaintiffs to provide their portion of the Joint Stipulation
     April 15, 2011    Joint Stipulation to be filed
     April 22, 2011    Supplemental Memoranda to be filed

     After the Court reviews the Joint Stipulation, the Court will make the determination whether the Joint Stipulation complies with Local Rule 37-2.1 (including the requirement that each side set forth with respect to each discovery request still remaining in dispute not only its contentions but also how its counsel proposed to resolve the dispute over that discovery request at the conference of counsel), and if so whether (a) to set the matter for oral argument, (b) to take the matter under submission as of the date the Supplemental Memoranda are due to be filed and decide it on the papers without oral argument per Local Rule 7-15, or (c) to require that counsel appear before the Court in person to meet and confer further under the Court's auspices.

MINUTES FORM 11                                                                                Initials of Deputy Clerk     klh
CIVIL-GEN