# EXHIBIT 34

# DECLARATION OF DR. NINA SIULC

I, Nina Siulc, Ph.D., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true to the best of my knowledge, information, and belief:

1.  I am Assistant Professor of Political Science in Legal Studies at the University of Massachusetts, Amherst. I hold a Ph.D. in cultural anthropology and am a university professor and social scientific researcher with more than fifteen years experience researching immigration legal processes from a variety of professional positions, including as past Director of Research at the Center on Immigration and Justice at the Vera Institute of Justice, where I participated in evaluation of the U.S. Department of Justice's Legal Orientation Program and previously served as supervision officer and research assistant on the Appearance Assistance Project. I have received peer-reviewed grants for my academic research projects, and research articles based on that academic work have been accepted into peer-reviewed journals.

2.  I have conducted analysis of data contained in files assembled by various federal agencies, both in paper files and electronic databases. I was asked to comment on observations in the published, public reports I have co-authored, and on my extensive academic research in the Dominican Republic, where the Dominican police sought my assistance reading paper

1

alien files ("A-files") sent by the United States government and given to Dominican federal authorities upon repatriation of noncitizens removed from the United States.

3.     The opinions I am giving here are based solely on my independent research regarding A-files released to the Dominican government and information publicly available in published reports I participated in authoring while employed by federal subcontractor agencies. I am not an attorney and am not speaking to the potential merits of any legal claims. I would make the same observations were I asked to do so by the respondents in this case. My assessment is intended to be value-neutral about any claims made or points of view held by each party.

4.     I have been asked to give my opinion, based on my professional expertise, about the feasibility of extracting and tabulating information contained in individual A-files regarding flight risk and danger. To the extent that the factors referenced by the Board of Immigration Appeals in *Matter of Guerra*, 24 I&N Dec. 37, 40 (2006), apply in this context, such information would include factors such as employment history, criminal history, immigration history, and length of residency. Several other factors could be relevant to flight risk and danger, such as legal representation and the type of application for relief.

5. Paper A-files often contain a range of information on individual noncitizens regarding the *Guerra* factors and other factors that could be relevant to flight risk and danger.

6. It is also my experience that it is possible to analyze data in paper files to create proxy variables or to calculate information that might not be reported directly in paper or electronic form. For example, while length of residency in the United States may not be reported or recorded, it is possible to determine a minimum length of residency based on the most recent date of known entry and the date of apprehension. Or, while type of residency may not be reported on a Form I-213 Record of Deportable/Inadmissible Alien or Form I-217 Information for Travel Document or Passport, the paper file may contain a copy of an approved immigrant visa application or a passport containing an entry stamp.

7. Moreover, paper files and the electronic databases maintained by the Department of Homeland Security or Executive Office for Immigration Review likely do not contain identical information, and some of the information requested may not be otherwise available in those electronic databases, either because a given administrative database is not structured in a manner to record the desired information, or because the information is

missing from an individual database record. This variation is generally acknowledged by practitioners in the field and noted in published reports.

8.  Researchers and data analysts regularly develop coding schema for creating standardized analytical datasets based on individual paper files. It would be feasible to code information derived from a set of individual paper A-files and to create a database to house this information, using standard computer-based data organization and analysis programs such as Microsoft Access, SQL, or SPSS or even a non-relational database program such as Excel, for the purposes of identifying the occurrence and co-occurrence of factors within a given population of noncitizens. This sort of dataset is routinely constructed from individual-level records to produce frequency counts, other descriptive statistics, and multivariate analyses that show correlation between variables.

_____  
Name

_April 15, 2011_  
Date