# EXHIBIT 36

# DECLARATION OF MICHAEL TAN

I, Michael Tan, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true to the best of my knowledge, information, and belief:

1. I am an attorney at the ACLU Foundation Immigrants' Rights Project ("IRP"), and an attorney of record in Rodriguez v. Robbins, No. CV 07-3239 (C.D. Cal.).

2. Attached hereto are true and correct copies of data disclosed by U.S. Immigration and Customs Enforcement ("ICE") on March 4, 2011 in response to a Freedom of Information Act Request ("FOIA"), dated September 21, 2010, seeking records related to the adequacy of the post-order custody reviews made available to non-citizens with final orders of removal under 8 C.F.R. §§ 241.4, 241.13.

3. This data includes, *inter alia*, a national "snapshot" of all ICE detainees held in custody for six months or longer as of November 1, 2010. This data also includes spreadsheets indicating detainees held six months or longer whose removal cases were pending before the Immigration Judge ("IJ") and Board of Immigration Appeals ("BIA"), as well as detainees held six months or longer who had a stay of removal pending judicial review as of November 1, 2010. The spreadsheets also indicate where each detainee was held on the date the snapshot was taken.

4. Exhibit A, the spreadsheet entitled "Summary," is a spreadsheet ICE produced summarizing national statistics for all detainees held in custody six months or longer as of November 1, 2010. It indicates that, on that date, there were 2,743 detainees in ICE custody who would fall under Petitioners' class definition. Of these, 1,976 detainees had removal cases pending before the IJ, 534 detainees had cases pending before the BIA, and 233 detainees had final orders of removal that were judicially stayed. Thus, approximately 72% of detainees

nationwide who would fall under Petitioners' class definition (if they were in the Central District) had removal proceedings pending before the IJ.

5. Exhibits B through D, the spreadsheets entitled "FO Judicially Stayed," "Pending IJ," and "Pending BIA," respectively, are extracts from spreadsheets showing detainees in ICE custody six months or longer who were held at a facility within the jurisdiction of the Central District of California as of November 1, 2010.

6. Taken together, these spreadsheets indicate that, on November 1, 2010, 237 detainees in the Central District with pending removal cases had been detained for six months or longer. Of these, 175 detainees had removal cases pending before the IJ, 47 detainees had removal cases pending before the BIA, and 15 detainees had final orders of removal that were judicially stayed. Thus, approximately 73% of those detainees had removal cases that were pending before the IJ on that day.

_____                    4-15-11
Michael Tan                                Date