# EXHIBIT A
# TO EXHIBIT 36

**Detainees with Length of Stay Greater than Six Months**

| | |
|---|---:|
| Total Detainees with Length of Stay Greater than Six Months | 4,303 |
| Detained Final Order Count | 1,383 |
| Final Order of Removal that was Judicially Stayed | 233 |
| Removal Proceedings Pending before Immigration Judge | 1,976 |
| Removal Proceedings Pending before Board of Immigration Appeals | 534 |

This data is as reported in IIDS as of 11/01/2010 as provided by the Statistical Tracking Unit.
Detention data excludes those in ORR and MIRP facilities. All USM prisoners are excluded.

| Detained Count by AOR | | | Detained Count by Nationality | |
|---|---:|---|---|---:|
| | Detained Count | | | Detained Count |
| **Total** | **4,303** | | Total | 4,303 |
| Atlanta Area of Responsibility | 206 | | AFGHANISTAN | 17 |
| Baltimore Area of Responsibility | 53 | | ALBANIA | 6 |
| Boston Area of Responsibility | 123 | | ALGERIA | 4 |
| Buffalo Area of Responsibility | 132 | | ANGOLA | 2 |
| Chicago Area of Responsibility | 76 | | ANTIGUA-BARBUDA | 7 |
| Dallas Area of Responsibility | 101 | | ARGENTINA | 7 |
| Denver Area of Responsibility | 48 | | ARMENIA | 24 |
| Detroit Area of Responsibility | 44 | | AUSTRALIA | 1 |
| El Paso Area of Responsibility | 293 | | AZERBAIJAN | 4 |
| Houston Area of Responsibility | 183 | | BAHAMAS | 13 |
| Los Angeles Area of Responsibility | 315 | | BANGLADESH | 22 |
| Miami Area of Responsibility | 243 | | BARBADOS | 6 |
| New Orleans Area of Responsibility | 178 | | BELARUS | 8 |
| New York City Area of Responsibility | 204 | | BELIZE | 17 |
| Newark Area of Responsibility | 161 | | BOLIVIA | 8 |
| Philadelphia Area of Responsibility | 195 | | BOSNIA-HERZEGOVINA | 21 |
| Phoenix Area of Responsibility | 497 | | BOTSWANA | 1 |
| Salt Lake City Area of Responsibility | 42 | | BRAZIL | 23 |
| San Antonio Area of Responsibility | 390 | | BRITISH VIRGIN ISLANDS | 2 |
| San Diego Area of Responsibility | 385 | | BURKINA FASO | 2 |
| San Francisco Area of Responsibility | 88 | | BURUNDI | 1 |
| Seattle Area of Responsibility | 147 | | CAMBODIA | 29 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 37 | St. Paul Area of Responsibility | 97 | | | CAMEROON | 8 |
| 38 | Washington Area of Responsibility | 102 | | | CANADA | 11 |
| 39 | | | | | CAPE VERDE | 14 |
| 40 | | | | | CENTRAL AFRICAN REPUBLIC | 1 |
| 41 | | | | | CHILE | 4 |
| 42 | | | | | CHINA, PEOPLES REPUBLIC OF | 84 |
| 43 | | | | | COLOMBIA | 60 |
| 44 | | | | | CONGO | 7 |
| 45 | | | | | COSTA RICA | 6 |
| 46 | | | | | CROATIA | 3 |
| 47 | | | | | CUBA | 36 |
| 48 | | | | | CZECH REPUBLIC | 4 |
| 49 | | | | | CZECHOSLOVAKIA | 2 |
| 50 | | | | | DEM REP OF THE CONGO | 13 |
| 51 | | | | | DENMARK | 1 |
| 52 | | | | | DJIBOUTI | 1 |
| 53 | | | | | DOMINICA | 9 |
| 54 | | | | | DOMINICAN REPUBLIC | 158 |
| 55 | | | | | ECUADOR | 30 |
| 56 | | | | | EGYPT | 14 |
| 57 | | | | | EL SALVADOR | 393 |
| 58 | | | | | EQUATORIAL GUINEA | 1 |
| 59 | | | | | ERITREA | 9 |
| 60 | | | | | ESTONIA | 1 |
| 61 | | | | | ETHIOPIA | 58 |
| 62 | | | | | FIJI | 19 |
| 63 | | | | | FRANCE | 5 |
| 64 | | | | | FRENCH POLYNESIA | 1 |
| 65 | | | | | GABON | 3 |
| 66 | | | | | GAMBIA | 7 |
| 67 | | | | | GEORGIA | 2 |
| 68 | | | | | GERMANY | 4 |
| 69 | | | | | GHANA | 32 |
| 70 | | | | | GREECE | 1 |
| 71 | | | | | GRENADA | 12 |
| 72 | | | | | GUATEMALA | 181 |
| 73 | | | | | GUINEA | 17 |
| 74 | | | | | GUYANA | 63 |
| 75 | | | | | HAITI | 66 |
| 76 | | | | | HONDURAS | 122 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 77 | | | | | HONG KONG | 1 |
| 78 | | | | | INDIA | 60 |
| 79 | | | | | INDONESIA | 2 |
| 80 | | | | | IRAN | 16 |
| 81 | | | | | IRAQ | 14 |
| 82 | | | | | IRELAND | 2 |
| 83 | | | | | ISRAEL | 8 |
| 84 | | | | | ITALY | 5 |
| 85 | | | | | IVORY COAST | 8 |
| 86 | | | | | JAMAICA | 339 |
| 87 | | | | | JAPAN | 1 |
| 88 | | | | | JORDAN | 11 |
| 89 | | | | | KAZAKHSTAN | 1 |
| 90 | | | | | KENYA | 28 |
| 91 | | | | | KOREA | 8 |
| 92 | | | | | KOSOVO | 3 |
| 93 | | | | | LAOS | 7 |
| 94 | | | | | LEBANON | 15 |
| 95 | | | | | LIBERIA | 44 |
| 96 | | | | | LIBYA | 2 |
| 97 | | | | | LITHUANIA | 5 |
| 98 | | | | | MACEDONIA | 3 |
| 99 | | | | | MALAYSIA | 1 |
| 100 | | | | | MALI | 5 |
| 101 | | | | | MEXICO | 1,152 |
| 102 | | | | | MICRONESIA, FEDERATED STATES OF | 4 |
| 103 | | | | | MOLDOVA | 1 |
| 104 | | | | | MONGOLIA | 2 |
| 105 | | | | | MOROCCO | 16 |
| 106 | | | | | NEPAL | 7 |
| 107 | | | | | NETHERLANDS | 1 |
| 108 | | | | | NICARAGUA | 83 |
| 109 | | | | | NIGER | 7 |
| 110 | | | | | NIGERIA | 79 |
| 111 | | | | | NORWAY | 1 |
| 112 | | | | | PAKISTAN | 35 |
| 113 | | | | | PANAMA | 16 |
| 114 | | | | | PARAGUAY | 1 |
| 115 | | | | | PERU | 32 |
| 116 | | | | | PHILIPPINES | 63 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 117 | | | | | POLAND | 19 |
| 118 | | | | | PORTUGAL | 14 |
| 119 | | | | | ROMANIA | 18 |
| 120 | | | | | RUSSIA | 26 |
| 121 | | | | | RWANDA | 6 |
| 122 | | | | | SAMOA | 2 |
| 123 | | | | | SAUDI ARABIA | 1 |
| 124 | | | | | SENEGAL | 18 |
| 125 | | | | | SERBIA AND MONTENEGRO | 3 |
| 126 | | | | | SIERRA LEONE | 19 |
| 127 | | | | | SLOVAKIA | 2 |
| 128 | | | | | SOMALIA | 83 |
| 129 | | | | | SOUTH AFRICA | 6 |
| 130 | | | | | SOUTH KOREA | 4 |
| 131 | | | | | SRI LANKA | 9 |
| 132 | | | | | ST. KITTS-NEVIS | 10 |
| 133 | | | | | ST. LUCIA | 11 |
| 134 | | | | | ST. VINCENT-GRENADINES | 8 |
| 135 | | | | | SUDAN | 30 |
| 136 | | | | | SWAZILAND | 1 |
| 137 | | | | | SWEDEN | 2 |
| 138 | | | | | SYRIA | 3 |
| 139 | | | | | TAIWAN | 2 |
| 140 | | | | | TAJIKISTAN | 1 |
| 141 | | | | | TANZANIA | 4 |
| 142 | | | | | THAILAND | 8 |
| 143 | | | | | TOGO | 1 |
| 144 | | | | | TONGA | 7 |
| 145 | | | | | TRINIDAD AND TOBAGO | 54 |
| 146 | | | | | TUNISIA | 4 |
| 147 | | | | | TURKEY | 3 |
| 148 | | | | | TURKS AND CAICOS ISLANDS | 1 |
| 149 | | | | | UGANDA | 5 |
| 150 | | | | | UKRAINE | 32 |
| 151 | | | | | UNITED ARAB EMIRATES | 1 |
| 152 | | | | | UNITED KINGDOM | 21 |
| 153 | | | | | UNKNOWN | 1 |
| 154 | | | | | URUGUAY | 2 |
| 155 | | | | | USSR | 6 |
| 156 | | | | | UZBEKISTAN | 8 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 157 | | | | | VENEZUELA | 15 |
| 158 | | | | | VIETNAM | 36 |
| 159 | | | | | YEMEN | 11 |
| 160 | | | | | YUGOSLAVIA | 2 |
| 161 | | | | | ZAMBIA | 1 |
| 162 | | | | | ZIMBABWE | 5 |