# EXHIBIT B
# TO EXHIBIT 36

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mage | Mgender | Citizenship | Aor | Detained Final Order Count | Family Name | Gender | Given Name | Birth Date | Detained Final Order Criminal Count |
| 2 | Adult | Male | VIETNAM | Los Angeles Area of Responsibility | 1 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 1 |
| 3 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 0 |
| 4 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 0 |
| 5 | Adult | Male | EL SALVADOR | Los Angeles Area of Responsibility | 1 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 1 |
| 6 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 0 |
| 7 | Adult | Male | ISRAEL | Los Angeles Area of Responsibility | 1 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 0 |
| 8 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 0 |
| 9 | Adult | Female | EL SALVADOR | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)(C) | Female | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 0 |
| 10 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 0 |
| 11 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 0 |
| 12 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 0 |
| 13 | Adult | Male | GUATEMALA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 0 |
| 14 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 0 |
| 15 | Adult | Male | PANAMA | Los Angeles Area of Responsibility | 1 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 1 |
| 16 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 1 | (b)(6), (b)(7)(C) | Male | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 1 |

| | K | L | M | N | O | P |
|---|---|---|---|---|---|---|
| 1 | Detention Facility | Release Reason | Final Order Yes No | Book In Date | Final Order Date | Book Out Date |
| 2 | JAMES A MUSICK FACILITY | | YES | 08/16/10 12:00 AM | 03/10/10 12:00 AM | |
| 3 | JAMES A MUSICK FACILITY | | NO | 08/17/10 12:00 AM | | |
| 4 | THEO LACY FACILITY | | NO | 08/17/10 12:00 AM | | |
| 5 | JAMES A MUSICK FACILITY | | YES | 08/18/10 12:00 AM | 06/30/10 12:00 AM | |
| 6 | JAMES A MUSICK FACILITY | | NO | 08/18/10 12:00 AM | | |
| 7 | JAMES A MUSICK FACILITY | | YES | 08/19/10 12:00 AM | 06/10/07 12:00 AM | |
| 8 | JAMES A MUSICK FACILITY | | NO | 08/17/10 12:00 AM | | |
| 9 | MIRA LOMA DET.CENTER | | NO | 08/06/09 12:00 AM | | |
| 10 | JAMES A MUSICK FACILITY | | NO | 08/18/10 12:00 AM | | |
| 11 | MIRA LOMA DET.CENTER | | NO | 08/26/09 12:00 AM | | |
| 12 | MIRA LOMA DET.CENTER | | NO | 09/17/09 12:00 AM | | |
| 13 | JAMES A MUSICK FACILITY | | NO | 08/17/10 12:00 AM | | |
| 14 | THEO LACY FACILITY | | NO | 08/17/10 12:00 AM | | |
| 15 | MIRA LOMA DET.CENTER | | YES | 01/11/10 12:00 AM | 08/18/10 12:00 AM | |
| 16 | JAMES A MUSICK FACILITY | | YES | 08/17/10 12:00 AM | 06/28/10 12:00 AM | |

|  | Q | R | S | T | U |
|---|---|---|---|---|---|
| 1 | Case Category | Subject Id | Eid Civ Id | Special Class Codes | Alien File Number |
| 2 | [8C] Excludable / Inadmissible - Administrative Final Order Issued | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |
| 3 | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |
| 4 | [2A] Deportable - Under Adjudication by IJ | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |
| 5 | [8C] Excludable / Inadmissible - Administrative Final Order Issued | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |
| 6 | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |
| 7 | [8E] Inadmissible - ICE Fugitive | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |
| 8 | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |
| 9 | [8B] Excludable / Inadmissible - Under Adjudication by IJ | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |
| 10 | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |
| 11 | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |
| 12 | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |
| 13 | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | NO | (b)(6), (b)(7)(C) |
| 14 | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |
| 15 | [3] Deportable - Administratively Final Order | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |
| 16 | [3] Deportable - Administratively Final Order | (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) |  | (b)(6), (b)(7)(C) |

| | V | W | X | Y | Z | AA | AB |
|---|---|---|---|---|---|---|---|
| 1 | Detention Facility Type | Final Order Executable Yes No | Charge Section | Charge Code | Final Order Executed Date | Detained Pending Count | Criminal Yes No |
| 2 | County Facility | NO | 212a2AiI | (b)(2)high | 10/20/10 01:23 AM | 0 | YES |
| 3 | County Facility | | 237a2Aii | (b)(2)high | 07/02/10 01:01 AM | 1 | YES |
| 4 | County Facility | | 237a2Bi | (b)(2)high | 11/03/09 11:32 AM | 1 | YES |
| 5 | County Facility | YES | 212a6Ai | (b)(2)high | 10/20/10 11:33 AM | 0 | YES |
| 6 | County Facility | | 212a6Ai | (b)(2)high | | 1 | YES |
| 7 | County Facility | NO | | (b)(2)high | 10/19/10 06:43 AM | 0 | NO |
| 8 | County Facility | | 237a2Ei | (b)(2)high | 05/25/10 06:40 AM | 1 | YES |
| 9 | County Facility | | 212a6Ai | (b)(2)high | | 1 | YES |
| 10 | County Facility | | 212a6Ai | (b)(2)high | | 1 | NO |
| 11 | County Facility | | 237a2Bi | (b)(2)high | 09/13/10 01:52 AM | 1 | YES |
| 12 | County Facility | | 212a6Ai | (b)(2)high | | 1 | YES |
| 13 | County Facility | | 237a2C | (b)(2)high | 07/27/10 03:01 AM | 1 | YES |
| 14 | County Facility | | 212a6Ai | (b)(2)high | | 1 | YES |
| 15 | County Facility | NO | 237a2Bi | (b)(2)high | 09/10/10 11:57 AM | 0 | YES |
| 16 | County Facility | NO | 237a2Bi | (b)(2)high | 10/21/10 09:44 AM | 0 | YES |

|   | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Detained_Final_Order_Non-Criminal_Count | Detained_Pending_Non-Criminal_Count | Detainee Classification Code | Detention Facility Code | Age in Days | Book In Aor Code | Case Category Code | New_Final_Order | New_Charges | MANDATE_Y/N |
| 2 | 0 | 0 | 1 | MUSIKCA | (b)(6), (b)(7)(C) | LOS | 8C | YES | 212 | FO-MANDET |
| 3 | 0 | 0 | 2 | MUSIKCA | (b)(6), (b)(7)(C) | LOS | 2B | NO | 237 | MANDET |
| 4 | 0 | 0 | 3 | TLACYCA | (b)(6), (b)(7)(C) | LOS | 2A | NO | 237 | MANDET |
| 5 | 0 | 0 | 1 | MUSIKCA | (b)(6), (b)(7)(C) | LOS | 8C | YES | 999 | MANDET |
| 6 | 0 | 0 | 1 | MUSIKCA | (b)(6), (b)(7)(C) | LOS | 8D | NO | 999 | NON-MANDET |
| 7 | 1 | 0 | 1 | MUSIKCA | (b)(6), (b)(7)(C) | LOS | 8E | YES | 999 | MANDET |
| 8 | 0 | 0 | 3 | MUSIKCA | (b)(6), (b)(7)(C) | LOS | 2B | NO | 999 | NON-MANDET |
| 9 | 0 | 0 | 3 | LANCACA | (b)(6), (b)(7)(C) | LOS | 8B | NO | 999 | NON-MANDET |
| 10 | 0 | 1 | 2 | MUSIKCA | (b)(6), (b)(7)(C) | LOS | 8D | NO | 999 | NON-MANDET |
| 11 | 0 | 0 | 3 | LANCACA | (b)(6), (b)(7)(C) | LOS | 2B | NO | 237 | MANDET |
| 12 | 0 | 0 | 1 | LANCACA | (b)(6), (b)(7)(C) | LOS | 8D | NO | 999 | NON-MANDET |
| 13 | 0 | 0 | 2 | MUSIKCA | (b)(6), (b)(7)(C) | LOS | 2B | NO | 237 | MANDET |
| 14 | 0 | 0 | 2 | TLACYCA | (b)(6), (b)(7)(C) | LOS | 8D | NO | 999 | NON-MANDET |
| 15 | 0 | 0 | 2 | LANCACA | (b)(6), (b)(7)(C) | LOS | 3 | YES | 237 | FO-MANDET |
| 16 | 0 | 0 | 1 | MUSIKCA | (b)(6), (b)(7)(C) | LOS | 3 | YES | 237 | FO-MANDET |

|   | AM | AN | AO | AP | AQ | AR | AS | AT | AU |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mandatory_Det | Detained Pending Criminal Count | Days since FO | Days Since FO > 90 | Detention Stay Id | Init_Book In Date | V_Days_In _Custody | V_Days_In _Custody_ Group | Detention Id |
| 2 | NON-MANDET | 0 | 234 | Final Order Greater than 90 Days | (b)(6), (b)(7)(C) | 12/26/07 12:00 AM | 1,039 | 180+ days | (b)(6), (b)(7)(C) |
| 3 | MANDET | 1 |  | Final Order Not Greater than 90 Days | (b)(6), (b)(7)(C) | 08/04/08 12:00 AM | 817 | 180+ days | (b)(6), (b)(7)(C) |
| 4 | MANDET | 1 |  | Final Order Not Greater than 90 Days | (b)(6), (b)(7)(C) | 10/16/08 12:00 AM | 744 | 180+ days | (b)(6), (b)(7)(C) |
| 5 | MANDET | 0 | 122 | Final Order Greater than 90 Days | (b)(6), (b)(7)(C) | 05/04/09 12:00 AM | 544 | 180+ days | (b)(6), (b)(7)(C) |
| 6 | NON-MANDET | 1 |  | Final Order Not Greater than 90 Days | (b)(6), (b)(7)(C) | 05/11/09 12:00 AM | 537 | 180+ days | (b)(6), (b)(7)(C) |
| 7 | MANDET | 0 | 1,238 | Final Order Greater than 90 Days | (b)(6), (b)(7)(C) | 05/21/09 12:00 AM | 527 | 180+ days | (b)(6), (b)(7)(C) |
| 8 | NON-MANDET | 1 |  | Final Order Not Greater than 90 Days | (b)(6), (b)(7)(C) | 06/16/09 12:00 AM | 501 | 180+ days | (b)(6), (b)(7)(C) |
| 9 | NON-MANDET | 1 |  | Final Order Not Greater than 90 Days | (b)(6), (b)(7)(C) | 08/06/09 12:00 AM | 450 | 180+ days | (b)(6), (b)(7)(C) |
| 10 | NON-MANDET | 0 |  | Final Order Not Greater than 90 Days | (b)(6), (b)(7)(C) | 08/12/09 12:00 AM | 444 | 180+ days | (b)(6), (b)(7)(C) |
| 11 | MANDET | 1 |  | Final Order Not Greater than 90 Days | (b)(6), (b)(7)(C) | 08/26/09 12:00 AM | 430 | 180+ days | (b)(6), (b)(7)(C) |
| 12 | NON-MANDET | 1 |  | Final Order Not Greater than 90 Days | (b)(6), (b)(7)(C) | 09/17/09 12:00 AM | 408 | 180+ days | (b)(6), (b)(7)(C) |
| 13 | MANDET | 1 |  | Final Order Not Greater than 90 Days | (b)(6), (b)(7)(C) | 09/30/09 12:00 AM | 395 | 180+ days | (b)(6), (b)(7)(C) |
| 14 | NON-MANDET | 1 |  | Final Order Not Greater than 90 Days | (b)(6), (b)(7)(C) | 10/08/09 12:00 AM | 387 | 180+ days | (b)(6), (b)(7)(C) |
| 15 | NON-MANDET | 0 | 73 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)(C) | 01/11/10 12:00 AM | 292 | 180+ days | (b)(6), (b)(7)(C) |
| 16 | NON-MANDET | 0 | 124 | Final Order Greater than 90 Days | (b)(6), (b)(7)(C) | 01/26/10 12:00 AM | 277 | 180+ days | (b)(6), (b)(7)(C) |

| | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mandatory and Non Mandatory | DCO1 | AOR1 | Modified_Final_Order_Date | Days to FO | Dup | Detention Facility Code2 | Length of Stay | TYPE | Over/Under 72 | TYPE - DETAILED | Alert Codes |
| 2 | Mandatory | SAA | LOS | 08/16/10 12:00 AM | 964 | No Dup | MUSIKCA | 2 to 3 Years | IGSA | OVER 72 | IGSA | C, S |
| 3 | Non Mandatory | SAA | LOS | 08/17/10 12:00 AM | 743 | No Dup | MUSIKCA | 2 to 3 Years | IGSA | OVER 72 | IGSA | S |
| 4 | Non Mandatory | SAA | LOS | 08/17/10 12:00 AM | 670 | No Dup | TLACYCA | 2 to 3 Years | IGSA | OVER 72 | IGSA | S |
| 5 | Mandatory | SAA | LOS | 08/18/10 12:00 AM | 471 | No Dup | MUSIKCA | 1 to 2 Years | IGSA | OVER 72 | IGSA | S |
| 6 | Non Mandatory | SAA | LOS | 08/18/10 12:00 AM | 464 | No Dup | MUSIKCA | 1 to 2 Years | IGSA | OVER 72 | IGSA | S |
| 7 | Mandatory | SAA | LOS | 08/19/10 12:00 AM | 455 | No Dup | MUSIKCA | 1 to 2 Years | IGSA | OVER 72 | IGSA | 2, S, Z |
| 8 | Non Mandatory | SAA | LOS | 08/17/10 12:00 AM | 427 | No Dup | MUSIKCA | 1 to 2 Years | IGSA | OVER 72 | IGSA | S |
| 9 | Non Mandatory | LOS | LOS | 08/06/09 12:00 AM | 0 | No Dup | LANCACA | 1 to 2 Years | IGSA | OVER 72 | DIGSA | S |
| 10 | Non Mandatory | SAA | LOS | 08/18/10 12:00 AM | 371 | No Dup | MUSIKCA | 1 to 2 Years | IGSA | OVER 72 | IGSA | S |
| 11 | Non Mandatory | LOS | LOS | 08/26/09 12:00 AM | 0 | No Dup | LANCACA | 1 to 2 Years | IGSA | OVER 72 | DIGSA | S |
| 12 | Non Mandatory | LOS | LOS | 09/17/09 12:00 AM | 0 | No Dup | LANCACA | 1 to 2 Years | IGSA | OVER 72 | DIGSA | S |
| 13 | Non Mandatory | SAA | LOS | 08/17/10 12:00 AM | 321 | No Dup | MUSIKCA | 1 to 2 Years | IGSA | OVER 72 | IGSA | S |
| 14 | Non Mandatory | SAA | LOS | 08/17/10 12:00 AM | 313 | No Dup | TLACYCA | 1 to 2 Years | IGSA | OVER 72 | IGSA | M, S |
| 15 | Mandatory | LOS | LOS | 08/18/10 12:00 AM | 219 | No Dup | LANCACA | | | IGSA | OVER 72 | DIGSA | S |
| 16 | Mandatory | SAA | LOS | 08/17/10 12:00 AM | 203 | No Dup | MUSIKCA | | | IGSA | OVER 72 | IGSA | S |