# EXHIBIT D
# TO EXHIBIT 36

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Mage | Mgender | Citizenship | Aor | Detained Final Order Count | Family Name | Gender | Given Name |
| 2 | Adult | Male | GUATEMALA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 3 | Adult | Male | GUATEMALA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 4 | Adult | Male | NIGERIA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 5 | Adult | Male | EL SALVADOR | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 6 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 7 | Adult | Male | PERU | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 8 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 9 | Adult | Male | EL SALVADOR | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 10 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 11 | Adult | Male | COLOMBIA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 12 | Adult | Male | EL SALVADOR | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 13 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 14 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 15 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 16 | Adult | Male | CAMBODIA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 17 | Adult | Male | PHILIPPINES | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 18 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 19 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 20 | Adult | Male | NICARAGUA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 21 | Adult | Male | EL SALVADOR | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 22 | Adult | Male | INDIA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 23 | Adult | Male | COLOMBIA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 24 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 25 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 26 | Adult | Male | DOMINICAN REPUBLIC | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 27 | Adult | Male | BELIZE | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 28 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 29 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 30 | Adult | Male | EL SALVADOR | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 31 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 32 | Adult | Male | GUATEMALA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 33 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 34 | Adult | Male | EL SALVADOR | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 35 | Adult | Male | EL SALVADOR | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Mage | Mgender | Citizenship | Aor | Detained Final Order Count | Family Name | Gender | Given Name |
| 36 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 37 | Adult | Male | PANAMA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 38 | Adult | Male | LITHUANIA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 39 | Adult | Male | GUATEMALA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 40 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 41 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 42 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 43 | Adult | Male | EL SALVADOR | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 44 | Adult | Male | INDIA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 45 | Adult | Male | EL SALVADOR | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 46 | Adult | Male | GUATEMALA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 47 | Adult | Male | MEXICO | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |
| 48 | Adult | Male | ARMENIA | Los Angeles Area of Responsibility | 0 | (b)(6), (b)(7)c | Male | (b)(6), (b)(7)c |

|  | I | J | K | L | M | N |
|---|---|---|---|---|---|---|
| 1 | Birth Date | Detained Final Order Criminal Count | Detention Facility | Release Reason | Final Order Yes No | Book In Date |
| 2 | (b)(6), (b)(7)c | 0 | THEO LACY FACILITY | | NO | 08/17/10 12:00 AM |
| 3 | (b)(6), (b)(7)c | 0 | THEO LACY FACILITY | | NO | 08/19/10 12:00 AM |
| 4 | (b)(6), (b)(7)c | 0 | THEO LACY FACILITY | | NO | 08/24/10 12:00 AM |
| 5 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/26/10 12:00 AM |
| 6 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/17/10 12:00 AM |
| 7 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/19/10 12:00 AM |
| 8 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/16/10 12:00 AM |
| 9 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/16/10 12:00 AM |
| 10 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/18/10 12:00 AM |
| 11 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/18/10 12:00 AM |
| 12 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/18/10 12:00 AM |
| 13 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/17/10 12:00 AM |
| 14 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/16/10 12:00 AM |
| 15 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/18/10 12:00 AM |
| 16 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 09/25/10 12:00 AM |
| 17 | (b)(6), (b)(7)c | 0 | THEO LACY FACILITY | | NO | 08/16/10 12:00 AM |
| 18 | (b)(6), (b)(7)c | 0 | THEO LACY FACILITY | | NO | 08/12/10 12:00 AM |
| 19 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/17/10 12:00 AM |
| 20 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 10/19/10 12:00 AM |
| 21 | (b)(6), (b)(7)c | 0 | THEO LACY FACILITY | | NO | 08/31/10 12:00 AM |
| 22 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/17/10 12:00 AM |
| 23 | (b)(6), (b)(7)c | 0 | MIRA LOMA DET.CENTER | | NO | 08/11/09 12:00 AM |
| 24 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/18/10 12:00 AM |
| 25 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/18/10 12:00 AM |
| 26 | (b)(6), (b)(7)c | 0 | MIRA LOMA DET.CENTER | | NO | 08/25/09 12:00 AM |
| 27 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/31/10 12:00 AM |
| 28 | (b)(6), (b)(7)c | 0 | MIRA LOMA DET.CENTER | | NO | 08/26/09 12:00 AM |
| 29 | (b)(6), (b)(7)c | 0 | MIRA LOMA DET.CENTER | | NO | 09/04/09 12:00 AM |
| 30 | (b)(6), (b)(7)c | 0 | MIRA LOMA DET.CENTER | | NO | 09/10/09 12:00 AM |
| 31 | (b)(6), (b)(7)c | 0 | MIRA LOMA DET.CENTER | | NO | 09/17/09 12:00 AM |
| 32 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/17/10 12:00 AM |
| 33 | (b)(6), (b)(7)c | 0 | THEO LACY FACILITY | | NO | 08/17/10 12:00 AM |
| 34 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 10/28/10 12:00 AM |
| 35 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/17/10 12:00 AM |

| | I | J | K | L | M | N |
|---|---|---|---|---|---|---|
| 1 | Birth Date | Detained Final Order Criminal Count | Detention Facility | Release Reason | Final Order Yes No | Book In Date |
| 36 | (b)(6), (b)(7)c | 0 | MIRA LOMA DET.CENTER | | NO | 11/17/09 12:00 AM |
| 37 | (b)(6), (b)(7)c | 0 | SANTA ANA CITY JAIL | | NO | 09/28/10 12:00 AM |
| 38 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/27/10 12:00 AM |
| 39 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/19/10 12:00 AM |
| 40 | (b)(6), (b)(7)c | 0 | MIRA LOMA DET.CENTER | | NO | 10/04/10 12:00 AM |
| 41 | (b)(6), (b)(7)c | 0 | THEO LACY FACILITY | | NO | 09/07/10 12:00 AM |
| 42 | (b)(6), (b)(7)c | 0 | MIRA LOMA DET.CENTER | | NO | 02/17/10 12:00 AM |
| 43 | (b)(6), (b)(7)c | 0 | SANTA ANA CITY JAIL | | NO | 08/31/10 12:00 AM |
| 44 | (b)(6), (b)(7)c | 0 | MIRA LOMA DET.CENTER | | NO | 03/05/10 12:00 AM |
| 45 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/18/10 12:00 AM |
| 46 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 08/18/10 12:00 AM |
| 47 | (b)(6), (b)(7)c | 0 | SANTA ANA CITY JAIL | | NO | 09/13/10 12:00 AM |
| 48 | (b)(6), (b)(7)c | 0 | JAMES A MUSICK FACILITY | | NO | 09/21/10 12:00 AM |

| | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|
| 1 | Final Order Date | Book Out Date | Case Category | Subject Id | Eid Civ Id | Special Class Codes |
| 2 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 3 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 4 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 5 | | | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 6 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 7 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 8 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 9 | | | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 10 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 11 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 12 | | | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 13 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 14 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 15 | | | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 16 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 17 | | | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 18 | | | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 19 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 20 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 21 | | | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 22 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 23 | | | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 24 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 25 | | | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 26 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 27 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 28 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 29 | | | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 30 | | | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 31 | | | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 32 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | NO |
| 33 | | | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 34 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |
| 35 | | | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | |

|  | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|
| 1 | Final Order Date | Book Out Date | Case Category | Subject Id | Eid Civ Id | Special Class Codes |
| 36 |  |  | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c |  |
| 37 |  |  | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c |  |
| 38 |  |  | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c |  |
| 39 |  |  | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c |  |
| 40 |  |  | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c |  |
| 41 |  |  | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c |  |
| 42 |  |  | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c |  |
| 43 |  |  | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c |  |
| 44 |  |  | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c |  |
| 45 |  |  | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | NO |
| 46 |  |  | [8D] Excludable / Inadmissible - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c |  |
| 47 |  |  | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c | NO |
| 48 |  |  | [2B] Deportable - Under Adjudication by BIA | (b)(6), (b)(7)c | (b)(6), (b)(7)c |  |

| | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|
| 1 | Alien File Number | Detention Facility Type | Final Order Executable Yes No | Charge Section | Charge Code | Final Order Executed Date | Detained Pending Count |
| 2 | (b)(6), (b)(7)c | County Facility | | 237a2Aiii | (b)(2)high | 04/05/10 08:24 AM | 1 |
| 3 | (b)(6), (b)(7)c | County Facility | | 237a2Aiii | (b)(2)high | 07/30/09 12:24 AM | 1 |
| 4 | (b)(6), (b)(7)c | County Facility | | 237a2Bi | (b)(2)high | | 1 |
| 5 | (b)(6), (b)(7)c | County Facility | | 212a6Ai | (b)(2)high | 05/04/10 01:14 AM | 1 |
| 6 | (b)(6), (b)(7)c | County Facility | | 237a2Aii | (b)(2)high | 07/02/10 01:01 AM | 1 |
| 7 | (b)(6), (b)(7)c | County Facility | | 237a1B | (b)(2)high | 08/15/10 04:41 AM | 1 |
| 8 | (b)(6), (b)(7)c | County Facility | | 237a2Bi | (b)(2)high | 08/17/10 04:59 AM | 1 |
| 9 | (b)(6), (b)(7)c | County Facility | | 212a6Ai | (b)(2)high | 08/12/10 10:31 AM | 1 |
| 10 | (b)(6), (b)(7)c | County Facility | | 237a2Aii | (b)(2)high | 10/06/09 01:13 AM | 1 |
| 11 | (b)(6), (b)(7)c | County Facility | | 237a2Bi | (b)(2)high | 05/04/10 11:41 AM | 1 |
| 12 | (b)(6), (b)(7)c | County Facility | | 212a6Ai | (b)(2)high | 11/02/09 02:25 AM | 1 |
| 13 | (b)(6), (b)(7)c | County Facility | | 237a2Aii | (b)(2)high | | 1 |
| 14 | (b)(6), (b)(7)c | County Facility | | 237a2Aii | (b)(2)high | | 1 |
| 15 | (b)(6), (b)(7)c | County Facility | | 212a6Ai | (b)(2)high | | 1 |
| 16 | (b)(6), (b)(7)c | County Facility | | 237a1B | (b)(2)high | 10/21/09 10:04 AM | 1 |
| 17 | (b)(6), (b)(7)c | County Facility | | 237a2Aiii | (b)(2)high | 04/06/10 05:32 AM | 1 |
| 18 | (b)(6), (b)(7)c | County Facility | | 212a6Ai | (b)(2)high | | 1 |
| 19 | (b)(6), (b)(7)c | County Facility | | 237a2Ei | (b)(2)high | 05/25/10 06:40 AM | 1 |
| 20 | (b)(6), (b)(7)c | County Facility | | 237a2Aiii | (b)(2)high | 05/27/10 01:34 AM | 1 |
| 21 | (b)(6), (b)(7)c | County Facility | | 212a2AiI | (b)(2)high | 08/13/10 04:28 AM | 1 |
| 22 | (b)(6), (b)(7)c | County Facility | | 237a2Bi | (b)(2)high | | 1 |
| 23 | (b)(6), (b)(7)c | County Facility | | 212a6Ai | (b)(2)high | | 1 |
| 24 | (b)(6), (b)(7)c | County Facility | | 237a2Aiii | (b)(2)high | 04/22/10 12:05 AM | 1 |
| 25 | (b)(6), (b)(7)c | County Facility | | 212a6Ai | (b)(2)high | | 1 |
| 26 | (b)(6), (b)(7)c | County Facility | | 237a2Aiii | (b)(2)high | 08/24/10 08:25 AM | 1 |
| 27 | (b)(6), (b)(7)c | County Facility | | 237a2Aiii | (b)(2)high | | 1 |
| 28 | (b)(6), (b)(7)c | County Facility | | 237a2Bi | (b)(2)high | 09/13/10 01:52 AM | 1 |
| 29 | (b)(6), (b)(7)c | County Facility | | | (b)(2)high | 10/14/10 03:13 AM | 1 |
| 30 | (b)(6), (b)(7)c | County Facility | | 212a6Ai | (b)(2)high | 11/10/09 10:15 AM | 1 |
| 31 | (b)(6), (b)(7)c | County Facility | | 212a6Ai | (b)(2)high | | 1 |
| 32 | (b)(6), (b)(7)c | County Facility | | 237a2C | (b)(2)high | 07/27/10 03:01 AM | 1 |
| 33 | (b)(6), (b)(7)c | County Facility | | 212a6Ai | (b)(2)high | | 1 |
| 34 | (b)(6), (b)(7)c | County Facility | | 241A1B | (b)(2)high | 07/29/09 06:07 AM | 1 |
| 35 | (b)(6), (b)(7)c | County Facility | | | (b)(2)high | 02/09/09 04:43 AM | 1 |

|   | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|
| 1 | Alien File Number | Detention Facility Type | Final Order Executable Yes No | Charge Section | Charge Code | Final Order Executed Date | Detained Pending Count |
| 36 | (b)(6), (b)(7)c | County Facility | | 237a2Bi | (b)(2)high | 09/07/10 10:57 AM | 1 |
| 37 | (b)(6), (b)(7)c | Local Facility | | 237a2Bi | (b)(2)high | 09/29/10 09:26 AM | 1 |
| 38 | (b)(6), (b)(7)c | County Facility | | 237a2Ai | (b)(2)high | 08/27/10 06:27 AM | 1 |
| 39 | (b)(6), (b)(7)c | County Facility | | 212a6Ai | (b)(2)high | 03/29/10 04:27 AM | 1 |
| 40 | (b)(6), (b)(7)c | County Facility | | 237a2Bi | (b)(2)high | 09/30/10 08:40 AM | 1 |
| 41 | (b)(6), (b)(7)c | County Facility | | 212a6Ai | (b)(2)high | 07/07/10 02:37 AM | 1 |
| 42 | (b)(6), (b)(7)c | County Facility | | 237a2Bi | (b)(2)high | | 1 |
| 43 | (b)(6), (b)(7)c | Local Facility | | 212a7BiI | (b)(2)high | 09/20/10 03:35 AM | 1 |
| 44 | (b)(6), (b)(7)c | County Facility | | 212a2AiI | (b)(2)high | 09/21/10 01:42 AM | 1 |
| 45 | (b)(6), (b)(7)c | County Facility | | 241A1B | (b)(2)high | 07/22/10 11:10 AM | 1 |
| 46 | (b)(6), (b)(7)c | County Facility | | | (b)(2)high | 05/10/10 01:04 AM | 1 |
| 47 | (b)(6), (b)(7)c | Local Facility | | 237a2Bi | (b)(2)high | | 1 |
| 48 | (b)(6), (b)(7)c | County Facility | | 237a1B | (b)(2)high | 07/13/10 11:30 AM | 1 |

|    | AB | AC | AD | AE | AF |
|----|----|----|----|----|----|
|    | Criminal Yes No | Detained_Final_Order_Non-Criminal_Count | Detained_Pending_Non-Criminal_Count | Detainee Classification Code | Detention Facility Code |
| 2  | YES | 0 | 0 | 3 | TLACYCA |
| 3  | YES | 0 | 0 | 3 | TLACYCA |
| 4  | YES | 0 | 0 | 2 | TLACYCA |
| 5  | YES | 0 | 0 | 1 | MUSIKCA |
| 6  | YES | 0 | 0 | 2 | MUSIKCA |
| 7  | YES | 0 | 0 | 3 | MUSIKCA |
| 8  | YES | 0 | 0 | 2 | MUSIKCA |
| 9  | YES | 0 | 0 | 1 | MUSIKCA |
| 10 | YES | 0 | 0 | 2 | MUSIKCA |
| 11 | YES | 0 | 0 | 2 | MUSIKCA |
| 12 | YES | 0 | 0 | 3 | MUSIKCA |
| 13 | YES | 0 | 0 | 3 | MUSIKCA |
| 14 | YES | 0 | 0 | 3 | MUSIKCA |
| 15 | YES | 0 | 0 | 1 | MUSIKCA |
| 16 | NO  | 0 | 1 | 1 | MUSIKCA |
| 17 | YES | 0 | 0 | 3 | TLACYCA |
| 18 | YES | 0 | 0 | 2 | TLACYCA |
| 19 | YES | 0 | 0 | 3 | MUSIKCA |
| 20 | YES | 0 | 0 | 3 | MUSIKCA |
| 21 | YES | 0 | 0 | 3 | TLACYCA |
| 22 | YES | 0 | 0 | 2 | MUSIKCA |
| 23 | YES | 0 | 0 | 3 | LANCACA |
| 24 | YES | 0 | 0 | 2 | MUSIKCA |
| 25 | NO  | 0 | 1 | 2 | MUSIKCA |
| 26 | YES | 0 | 0 | 2 | LANCACA |
| 27 | YES | 0 | 0 | 2 | MUSIKCA |
| 28 | YES | 0 | 0 | 3 | LANCACA |
| 29 | YES | 0 | 0 | 2 | LANCACA |
| 30 | YES | 0 | 0 | 1 | LANCACA |
| 31 | YES | 0 | 0 | 1 | LANCACA |
| 32 | YES | 0 | 0 | 2 | MUSIKCA |
| 33 | YES | 0 | 0 | 2 | TLACYCA |
| 34 | YES | 0 | 0 | 3 | MUSIKCA |
| 35 | YES | 0 | 0 | 3 | MUSIKCA |

| | AB | AC | AD | AE | AF |
|---|---|---|---|---|---|
| 1 | Criminal Yes No | Detained_Final_Order_Non-Criminal_Count | Detained_Pending_Non-Criminal_Count | Detainee Classification Code | Detention Facility Code |
| 36 | YES | 0 | 0 | 2 | LANCACA |
| 37 | YES | 0 | 0 | 3 | SACITCA |
| 38 | YES | 0 | 0 | 2 | MUSIKCA |
| 39 | YES | 0 | 0 | 1 | MUSIKCA |
| 40 | YES | 0 | 0 | 2 | LANCACA |
| 41 | YES | 0 | 0 | 3 | TLACYCA |
| 42 | YES | 0 | 0 | 2 | LANCACA |
| 43 | NO | 0 | 1 | 3 | SACITCA |
| 44 | YES | 0 | 0 | 1 | LANCACA |
| 45 | YES | 0 | 0 | 1 | MUSIKCA |
| 46 | NO | 0 | 1 | 1 | MUSIKCA |
| 47 | YES | 0 | 0 | 2 | SACITCA |
| 48 | NO | 0 | 1 | 1 | MUSIKCA |

|    | AG | AH | AI | AJ | AK | AL | AM |
|----|----|----|----|----|----|----|----|
| 1  | Age in Days | Book In Aor Code | Case Category Code | New_Final_Order | New_Charges | MANDATE_Y/N | Mandatory_Det |
| 2  | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 3  | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 4  | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 5  | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 6  | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 7  | (b)(6), (b)(7)c | LOS | 2B | NO | 999 | NON-MANDET | NON-MANDET |
| 8  | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 9  | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 10 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 11 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 12 | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 13 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 14 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 15 | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 16 | (b)(6), (b)(7)c | LOS | 2B | NO | 999 | NON-MANDET | NON-MANDET |
| 17 | (b)(6), (b)(7)c | LOS | 8D | NO | 237 | MANDET | MANDET |
| 18 | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 19 | (b)(6), (b)(7)c | LOS | 2B | NO | 999 | NON-MANDET | NON-MANDET |
| 20 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 21 | (b)(6), (b)(7)c | LOS | 8D | NO | 212 | MANDET | MANDET |
| 22 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 23 | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 24 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 25 | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 26 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 27 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 28 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 29 | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 30 | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 31 | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 32 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 33 | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 34 | (b)(6), (b)(7)c | LOS | 2B | NO | 999 | NON-MANDET | NON-MANDET |
| 35 | (b)(6), (b)(7)c | LOS | 2B | NO | 999 | NON-MANDET | NON-MANDET |

|    | AG | AH | AI | AJ | AK | AL | AM |
|----|----|----|----|----|----|----|----|
| 1  | Age in Days | Book In Aor Code | Case Category Code | New_Final_Order | New_Charges | MANDATE_Y/N | Mandatory_Det |
| 36 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 37 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 38 | (b)(6), (b)(7)c | LOS | 8D | NO | 237 | MANDET | MANDET |
| 39 | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 40 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 41 | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 42 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 43 | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 44 | (b)(6), (b)(7)c | LOS | 8D | NO | 212 | MANDET | MANDET |
| 45 | (b)(6), (b)(7)c | LOS | 2B | NO | 999 | NON-MANDET | NON-MANDET |
| 46 | (b)(6), (b)(7)c | LOS | 8D | NO | 999 | NON-MANDET | NON-MANDET |
| 47 | (b)(6), (b)(7)c | LOS | 2B | NO | 237 | MANDET | MANDET |
| 48 | (b)(6), (b)(7)c | LOS | 2B | NO | 999 | NON-MANDET | NON-MANDET |

|   | AN | AO | AP | AQ | AR | AS |
|---|---|---|---|---|---|---|
| 1 | Detained Pending Criminal Count | Days since FO | Days Since FO > 90 | Detention Stay Id | Init_Book In Date | V_Days_In_Custody |
| 2 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 04/02/08 12:00 AM | 941 |
| 3 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 05/20/08 12:00 AM | 893 |
| 4 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 05/28/08 12:00 AM | 885 |
| 5 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 07/21/08 12:00 AM | 831 |
| 6 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 08/04/08 12:00 AM | 817 |
| 7 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 10/02/08 12:00 AM | 758 |
| 8 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 11/04/08 12:00 AM | 725 |
| 9 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 11/07/08 12:00 AM | 722 |
| 10 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 11/25/08 12:00 AM | 704 |
| 11 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 12/03/08 12:00 AM | 696 |
| 12 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 12/23/08 12:00 AM | 676 |
| 13 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 02/04/09 12:00 AM | 633 |
| 14 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 04/10/09 12:00 AM | 568 |
| 15 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 05/11/09 12:00 AM | 537 |
| 16 |  | 0 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 05/12/09 12:00 AM | 536 |
| 17 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 05/20/09 12:00 AM | 528 |
| 18 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 05/22/09 12:00 AM | 526 |
| 19 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 06/16/09 12:00 AM | 501 |
| 20 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 07/07/09 12:00 AM | 480 |
| 21 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 07/09/09 12:00 AM | 478 |
| 22 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 07/24/09 12:00 AM | 463 |
| 23 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 08/10/09 12:00 AM | 446 |
| 24 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 08/11/09 12:00 AM | 445 |
| 25 |  | 0 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 08/12/09 12:00 AM | 444 |
| 26 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 08/25/09 12:00 AM | 431 |
| 27 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 08/25/09 12:00 AM | 431 |
| 28 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 08/26/09 12:00 AM | 430 |
| 29 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 09/02/09 12:00 AM | 423 |
| 30 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 09/10/09 12:00 AM | 415 |
| 31 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 09/17/09 12:00 AM | 408 |
| 32 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 09/30/09 12:00 AM | 395 |
| 33 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 10/08/09 12:00 AM | 387 |
| 34 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 10/21/09 12:00 AM | 374 |
| 35 |  | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 11/06/09 12:00 AM | 358 |

|    | AN | AO | AP | AQ | AR | AS |
|---|---|---|---|---|---|---|
| 1 | Detained Pending Criminal Count | Days since FO | Days Since FO > 90 | Detention Stay Id | Init_Book In Date | V_Days_In_Custody |
| 36 | | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 11/17/09 12:00 AM | 347 |
| 37 | | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 12/09/09 12:00 AM | 325 |
| 38 | | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 12/11/09 12:00 AM | 323 |
| 39 | | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 01/04/10 12:00 AM | 299 |
| 40 | | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 01/22/10 12:00 AM | 281 |
| 41 | | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 02/02/10 12:00 AM | 270 |
| 42 | | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 02/17/10 12:00 AM | 255 |
| 43 | | 0 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 02/25/10 12:00 AM | 247 |
| 44 | | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 03/05/10 12:00 AM | 239 |
| 45 | | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 03/05/10 12:00 AM | 239 |
| 46 | | 0 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 03/05/10 12:00 AM | 239 |
| 47 | | 1 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 03/26/10 12:00 AM | 218 |
| 48 | | 0 | Final Order Not Greater than 90 Days | (b)(6), (b)(7)c | 04/10/10 12:00 AM | 203 |

| | AT | AU | AV | AW | AX | AY | AZ | BA |
|---|---|---|---|---|---|---|---|---|
| 1 | V_Days_In_Custody_Group | Detention Id | Mandatory and Non Mandatory | DCO1 | AOR1 | Modified_Final_Order_Date | Days to FO | Dup |
| 2 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/17/10 12:00 AM | 867 | No Dup |
| 3 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/19/10 12:00 AM | 821 | No Dup |
| 4 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/24/10 12:00 AM | 818 | No Dup |
| 5 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/26/10 12:00 AM | 766 | No Dup |
| 6 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/17/10 12:00 AM | 743 | No Dup |
| 7 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/19/10 12:00 AM | 686 | No Dup |
| 8 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/16/10 12:00 AM | 650 | No Dup |
| 9 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/16/10 12:00 AM | 647 | No Dup |
| 10 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/18/10 12:00 AM | 631 | No Dup |
| 11 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/18/10 12:00 AM | 623 | No Dup |
| 12 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/18/10 12:00 AM | 603 | No Dup |
| 13 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/17/10 12:00 AM | 559 | No Dup |
| 14 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/16/10 12:00 AM | 493 | No Dup |
| 15 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/18/10 12:00 AM | 464 | No Dup |
| 16 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 09/25/10 12:00 AM | 501 | No Dup |
| 17 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/16/10 12:00 AM | 453 | No Dup |
| 18 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/12/10 12:00 AM | 447 | No Dup |
| 19 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/17/10 12:00 AM | 427 | No Dup |
| 20 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 10/19/10 12:00 AM | 469 | No Dup |
| 21 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/31/10 12:00 AM | 418 | No Dup |
| 22 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/17/10 12:00 AM | 389 | No Dup |
| 23 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | LOS | LOS | 08/11/09 12:00 AM | 1 | No Dup |
| 24 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/18/10 12:00 AM | 372 | No Dup |
| 25 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/18/10 12:00 AM | 371 | No Dup |
| 26 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | LOS | LOS | 08/25/09 12:00 AM | 0 | No Dup |
| 27 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/31/10 12:00 AM | 371 | No Dup |
| 28 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | LOS | LOS | 08/26/09 12:00 AM | 0 | No Dup |
| 29 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | LOS | LOS | 09/04/09 12:00 AM | 2 | No Dup |
| 30 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | LOS | LOS | 09/10/09 12:00 AM | 0 | No Dup |
| 31 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | LOS | LOS | 09/17/09 12:00 AM | 0 | No Dup |
| 32 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/17/10 12:00 AM | 321 | No Dup |
| 33 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/17/10 12:00 AM | 313 | No Dup |
| 34 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 10/28/10 12:00 AM | 372 | No Dup |
| 35 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/17/10 12:00 AM | 284 | No Dup |

|   | AT | AU | AV | AW | AX | AY | AZ | BA |
|---|---|---|---|---|---|---|---|---|
| 1 | V_Days_In_Custody_Group | Detention Id | Mandatory and Non Mandatory | DCO1 | AOR1 | Modified_Final_Order_Date | Days to FO | Dup |
| 36 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | LOS | LOS | 11/17/09 12:00 AM | 0 | No Dup |
| 37 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 09/28/10 12:00 AM | 293 | No Dup |
| 38 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/27/10 12:00 AM | 259 | No Dup |
| 39 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/19/10 12:00 AM | 227 | No Dup |
| 40 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | LOS | LOS | 10/04/10 12:00 AM | 255 | No Dup |
| 41 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 09/07/10 12:00 AM | 217 | No Dup |
| 42 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | LOS | LOS | 02/17/10 12:00 AM | 0 | No Dup |
| 43 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/31/10 12:00 AM | 187 | No Dup |
| 44 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | LOS | LOS | 03/05/10 12:00 AM | 0 | No Dup |
| 45 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/18/10 12:00 AM | 166 | No Dup |
| 46 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 08/18/10 12:00 AM | 166 | No Dup |
| 47 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 09/13/10 12:00 AM | 171 | No Dup |
| 48 | 180+ days | (b)(6), (b)(7)c | Non Mandatory | SAA | LOS | 09/21/10 12:00 AM | 164 | No Dup |

|    | BB                     | BC             | BD   | BE           | BF             | BG          |
|----|------------------------|----------------|------|--------------|----------------|-------------|
| 1  | Detention Facility Code2 | Length of Stay | TYPE | Over/Under 72 | TYPE - DETAILED | Alert Codes |
| 2  | TLACYCA                | 2 to 3 Years   | IGSA | OVER 72      | IGSA           |             |
| 3  | TLACYCA                | 2 to 3 Years   | IGSA | OVER 72      | IGSA           | A, O        |
| 4  | TLACYCA                | 2 to 3 Years   | IGSA | OVER 72      | IGSA           | C           |
| 5  | MUSIKCA                | 2 to 3 Years   | IGSA | OVER 72      | IGSA           |             |
| 6  | MUSIKCA                | 2 to 3 Years   | IGSA | OVER 72      | IGSA           | S           |
| 7  | MUSIKCA                | 2 to 3 Years   | IGSA | OVER 72      | IGSA           |             |
| 8  | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           | 2           |
| 9  | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           | 2           |
| 10 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           |             |
| 11 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           |             |
| 12 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           |             |
| 13 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           |             |
| 14 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           | 2           |
| 15 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           | S           |
| 16 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           |             |
| 17 | TLACYCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           | 2           |
| 18 | TLACYCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           |             |
| 19 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           | S           |
| 20 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           | O           |
| 21 | TLACYCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           |             |
| 22 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           |             |
| 23 | LANCACA                | 1 to 2 Years   | IGSA | OVER 72      | DIGSA          | C           |
| 24 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           |             |
| 25 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           | S           |
| 26 | LANCACA                | 1 to 2 Years   | IGSA | OVER 72      | DIGSA          |             |
| 27 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           |             |
| 28 | LANCACA                | 1 to 2 Years   | IGSA | OVER 72      | DIGSA          | S           |
| 29 | LANCACA                | 1 to 2 Years   | IGSA | OVER 72      | DIGSA          |             |
| 30 | LANCACA                | 1 to 2 Years   | IGSA | OVER 72      | DIGSA          |             |
| 31 | LANCACA                | 1 to 2 Years   | IGSA | OVER 72      | DIGSA          | S           |
| 32 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           | S           |
| 33 | TLACYCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           | M, S        |
| 34 | MUSIKCA                | 1 to 2 Years   | IGSA | OVER 72      | IGSA           | C           |
| 35 | MUSIKCA                |                | IGSA | OVER 72      | IGSA           |             |

| | BB | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|---|
| 1 | Detention Facility Code2 | Length of Stay | TYPE | Over/Under 72 | TYPE - DETAILED | Alert Codes |
| 36 | LANCACA | | IGSA | OVER 72 | DIGSA | |
| 37 | SACITCA | | IGSA | OVER 72 | IGSA | |
| 38 | MUSIKCA | | IGSA | OVER 72 | IGSA | |
| 39 | MUSIKCA | | IGSA | OVER 72 | IGSA | N |
| 40 | LANCACA | | IGSA | OVER 72 | DIGSA | |
| 41 | TLACYCA | | IGSA | OVER 72 | IGSA | A |
| 42 | LANCACA | | IGSA | OVER 72 | DIGSA | |
| 43 | SACITCA | | IGSA | OVER 72 | IGSA | |
| 44 | LANCACA | | IGSA | OVER 72 | DIGSA | C |
| 45 | MUSIKCA | | IGSA | OVER 72 | IGSA | |
| 46 | MUSIKCA | | IGSA | OVER 72 | IGSA | |
| 47 | SACITCA | | IGSA | OVER 72 | IGSA | N |
| 48 | MUSIKCA | | IGSA | OVER 72 | IGSA | |