# EXHIBIT 1

1  TONY WEST
   Assistant Attorney General,
2  Civil Division
   DAVID J. KLINE
3  Director
   VICTOR M. LAWRENCE
4  Principal Assistant Director
   THEODORE W. ATKINSON
5  Senior Litigation Counsel
   United States Department of Justice
6  Office of Immigration Litigation
   District Court Section
7  P.O. Box 868, Ben Franklin Station
   Washington, DC  20044
8  Tel:  (202) 532-4135
   E-mail: theodore.atkinson@usdoj.gov
9  NICOLE R. PRAIRIE
   Trial Attorney
10 ELIZABETH L. WALKER
   Trail Attorney
11 EREZ R. REUVENI
   Trial Attorney
12
   Attorneys for Respondents
13

14                  **UNITED STATES DISTRICT COURT**

15                  **CENTRAL DISTRICT OF CALIFORNIA**

16                       **WESTERN DIVISION**

17 | ALEJANDRO RODRIGUEZ, *et al.*,              ) Case No. CV 07-3239-TJH (RNBx)
                                                )
18            Petitioners,                      ) **DISCOVERY MATTER**
                                                )
19        vs.                                   )
                                                ) DECLARATION OF DOMINICK
20 TIMOTHY S. ROBBINS, *in his capacity as*     ) GENTILE
   *U.S. Immigration and Customs Enforcement,* )
21 *Los Angeles District Field Office Director;* )
   JANET NAPOLITANO, *in her capacity as*       )
22 *Secretary of Homeland Security;* and ERIC   )
   H. HOLDER, JR., *in his capacity as Attorney* )
23 *General of the United States,*              )
                                                )
24            Respondents.                      )
                                                )
25                                              )
                                                )
26 _____         )

27

28

1

2      I, Dominick Gentile, hereby state as follows:

3    1.  I am employed by U.S. Citizenship and Immigration Services (USCIS) as Chief, Records

4          Division. I have been employed in this position since October 2000. As Chief, Records

5          Division, I am responsible for USCIS' records policy and systems, which include, but are

6          not limited to, Alien Files (A-File) and USCIS' Central Index System (CIS). I make this
7
          declaration based on personal knowledge of the subject matter acquired by me in the
8
9          course of the performance of my official duties. The purpose of my declaration is to

10         describe the burden that would be placed upon USCIS to produce A-files for 350 to 1,000

11         aliens in connection with a discovery request in the above-captioned action.

12   2.  An A-File is a record containing documentation regarding an individual's interaction with

13         U.S. Citizenship and Immigration Services (USCIS), Customs and Border Protection
14
           (CBP), Immigration and Customs Enforcement (ICE) and the Department of Justice
15
16         Executive Office of Immigration Review (EOIR) as prescribed by the Immigration and

17         Nationality Act (INA) and other regulations regarding immigration benefits. Information

18         in an A-File is used to grant or deny immigration-related benefits or to support

19         enforcement actions initiated against those who violate immigration laws.

20   3.  A-Files contain applications, correspondence, biometric information, reports and decisions

21         regarding immigration-related benefits. A-Files may contain items such as photographs,
22
           newspapers, books, or any evidence submitted by an applicant in support of a petition for
23
24         a benefit. A-Files may also contain items that were seized and held as evidence for

25         possible enforcement actions. It is recommended that such items be considered for their

26         bearing on the adjudication or on the enforcement action before they are placed in the A-

27         File.

28

1   4. T-Files (Temporary files) are files that are used to store permanent documentation when the

2       original A-File is not immediately available or while waiting for the A-File to arrive from

3       another DHS Office. An A-File may have numerous associated T-Files.

4   5. A-files are typically sent to the National Records Center (NRC) after USCIS or ICE has

5       completed pending benefit adjudications or law enforcement actions. The NRC will then

6       process the files for retirement to the Federal Records Center.

7

8   6. To locate a specific individual file, USCIS will check our local systems to determine the

9       location of each file. USCIS would then request file through our local systems and

10      follow-up with emails, if necessary, to the various agency components who may have the

11      file at that time (ICE, CBP, EOIR, etc.). The file would then be shipped from the agency

12      office holding the file to USCIS's Central Office Washington (COW). The office

13      holding the file could be any one of over 120 file control offices throughout the country.

14      If there are any T-Files associated with the A-File in the system that have not yet been

15      consolidated into the A-File, they would also have to be requested, merged and copied.

16      COW personnel would then make copies and prepare them for transfer to DOJ. A typical

17      A-File contains 125-150 pages, but some A-Files may contain several hundred or even

18      thousands of pages. DOJ will then be contacted for review and pick-up.

19

20  7. The process of producing potentially 1000 A-Files would be extremely burdensome on

21      USCIS. The entire process of locating and requesting an A-File (and associated T-Files

22      which would need to be incorporated with other A-File materials), pulling it from the

23      shelf and shipping it, receiving it and making copies, and preparing the file for transport

24      to DOJ would take approximately 1.5 labor hours per file and assuming an employee's

25      salary of $30 and hour, a file would cost about $45 in labor. Shipping and material costs

26      are assumed to be an average of $5 but may vary widely depending on the geographic

27      origin of the file, the size of the file(s), and by the number of files that may be sent from

28

1    the same location in the same package. Assuming $50 per file, the total cost of this

2    project could exceed $50,000 and 1500 labor hours for USCIS alone.

3  8.  Assuming the majority of the files are located at NRC, the bulk of the files could be

4    completed in approximately 8 weeks.  However, there will most likely be files that are

5    retained at other offices that may have pending removal actions in immigration court and

6    

7    the office may not be able immediately release them.  There could also be T files in the

8    system that will have to be consolidated into the A file. Additionally, if any files are

9    "Lost", special search procedures would have to be initiated to try to locate them.  It's

10    possible that project completion, given these variables, could take 3-4 months or longer.

11

12    I declare under penalty of perjury that the foregoing is true and correct.

13

14

15  Executed on April 14, 2011

    DOMINICK GENTILE

16

17

18

19

20

21

22

23

24

25

26

27

28