# EXHIBIT 2

TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel: (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney
ELIZABETH L. WALKER
Trail Attorney
EREZ R. REUVENI
Trial Attorney

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **DISCOVERY MATTER** |
| vs. | DECLARATION OF MONTI G. ZIMMERMAN |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, | |
| Respondents. | |

I, Monti G. Zimmerman, hereby state as follows:

1. I am employed by the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement Removal Operations ("ERO") and hold the title of Unit Chief of the Information Disclosure Unit. I am a Supervisory Detention and Deportation Officer. I have been employed by ICE since March 1, 2003. My duties are to assist ERO in determining responsive actions for litigation from a law enforcement perspective; to supervise Freedom of Information Act responses; and to supervise the unit that conducts these actions. Prior to March 1, 2003, I was employed with the Immigration and Naturalization Service, Detention and Removal Operations since January 1997.

2. This declaration is based upon my personal knowledge, information obtained from other individuals employed by ICE, and information obtained from records maintained by DHS.

3. The purpose of my declaration is to describe the burden that would be placed upon ICE to review A-files for 350 to 1,000 aliens to (1) locate the file (2) receive the file (3) review the file (4) identify responsive documents, (5) review those documents for any privilege, and (6) to produce the responsive documents and any privilege log in connection with a discovery request in the above-captioned action.

4. Because an A-file contains documents regarding a specific individual's interaction with specified agencies, each individual A-file can only be reviewed individually, whether electronically or physically, and must be searched individually and completely for responsive documents.

5. Even if ICE is ordered to produce a limited scope of documents from 350 to 1,000 A-files, ICE would have to review each page of an A-file to determine which documents are

     responsive, whether such a search can be conducted manually or by the use of an electronic discovery platform.

6. Page by page review would require ICE to review each responsive documents for all applicable privileges available by law at the time of the search and completion of a privilege log for 350 to 1,000 files.

7. A-files contain information from a variety of sources and commonly include information about third parties. Third-party information is subject to independent protections from a number of sources which expressly prohibit disclosure. These restrictions on release include, but are not limited to, personally identifying information of a third party; information relating to asylum or refugee applications;[1] applications under the Violence Against Women Act;[2] information relating to Season Agricultural Worker or Legalization claims;[3] information relating to an individual's Temporary Protected Status (TPS);[4] and information relating to nonimmigrant S visas,[5] T visas,[6] or U visas.[7] Importantly, the Privacy Act and certain restrictions in the Immigration and Nationality Act carry criminal and/or civil penalties for disclosure violations.

---

[1] 8 C.F.R. §§ 208.6, 1208.6.

[2] 8 U.S.C. § 1367.

[3] 8 U.S.C. §§ 1160(b)(6),1255a(c)(5).

[4] 8 C.F.R. §§ 244.16, 1244.16.

[5] *See generally* 28 U.S.C. § 16.26(b)(4)-(5) (prohibiting disclosures that would reveal a confidential source or information or records relating to law enforcement investigations).

[6] 8 U.S.C. § 1367.

[7] 8 U.S.C. § 1367.

3

8. Documents created by third parties also are contained in A-files. Third agency permission may be required for their production or release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2011

Monti G. Zimmerman
Chief, Information Disclosure Unit
Supervisory Detention and Deportation Officer