TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney
ELIZABETH L. WALKER
Trail Attorney
EREZ R. REUVENI
Trial Attorney

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>Petitioners,<br><br>vs.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**DISCOVERY MATTER**<br><br>DECLARATION OF THEODORE W. ATKINSON |

I, Theodore W. Atkinson , declare:

1. I am the Senior Litigation Counsel assigned to handle the instant action. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. On April 29, 2011, I provided notice of the *ex parte* application for a stay by telephone, and on May 3, 2011, I provided notice of the *ex parte* application, in the alternative, for modification of the Order and continuance of the May 10, 2011 hearing, by telephone to counsel for Petitioners. Petitioners have indicated that they oppose the relief requested.

3. Respondents do not object to Petitioners' request to file their opposition on Monday, May 9.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2011          */s/ Theodore W. Atkinson*
                                 THEODORE W. ATKINSON