TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney
ELIZABETH L. WALKER
Trail Attorney
EREZ R. REUVENI
Trial Attorney

Attorneys for Respondents

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **DISCOVERY MATTER** |
| vs. | DECLARATION OF TERRY GRAVES SLOAN |
| TIMOTHY S. ROBBINS, in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director; JANET NAPOLITANO, in her capacity as Secretary of Homeland Security; and ERIC H. HOLDER, JR., in his capacity as Attorney General of the United States, | |
| Respondents. | |

I, Terry Graves Sloan, hereby state as follows:

1. I am the Acting Center Director of U.S. Citizenship and Immigration Services (USCIS), National Records Center (NRC). I have been employed by the NRC since July 2008. As the Acting Center Director, my duties include daily operations and management of a consolidated records facility housing alien files. Also within my responsibility is the USCIS consolidated Freedom of Information Act (FOIA) program.

2. This declaration is based upon my personal knowledge, information obtained from other individuals employed by the NRC, and information obtained from records maintained by NRC.

3. The purpose of my declaration is to describe the limitations of the NRC, which includes the USCIS FOIA office, in assisting ICE with a court order that requires the production of materials contained in approximately 1,000 alien files (A-files) by June 27, 2011.

4. The USCIS FOIA program processes in excess of 80,000 FOIA requests per year in accordance with the Freedom of Information Act, 5 U.S.C. Section 552. As directed in 6 C.F.R. Section 5.5.(a) all FOIA requests are processed on a first in, first out basis. The USCIS FOIA program currently has a backlog of over 31,000 requests. Due to this backlog, if USCIS FOIA was ordered to process A-files in this litigation, based upon current processing times, it would take approximately five months before the A-file would be released. Additionally, the automated system used by the USCIS FOIA office to process records requires that all redactions be marked with a FOIA or Privacy Act exemption. The electronic processing system is not programmed to process discovery documents. Furthermore, the employees of the FOIA Division are not trained in discovery rules or processing techniques.

5. The NRC has the capacity to scan the contents of A-files and utilizes a Scan on Demand Application (SODA) process to digitize files. The process to scan 600 A-files, which are currently located at varying locations throughout the country, would require in excess of 30 days to produce CDs with the contents of the A-file. Based on my experience, I estimate that staff time to produce CDs in response to this request would be approximately 1.5 hours per file. A preliminary estimate to produce CDs with a scanned image of the files would cost approximately $28,000 and would require USCIS staff to be diverted from fulfilling daily responsibilities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2011

Terry Graves Sloan
Acting Center Director, NRC

3