TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>Petitioners,<br><br>vs.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*, *et al.*,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>[PROPOSED]<br><br>ORDER (1) GRANTING *EX PARTE* APPLICATION FOR PARTIAL STAY OF APRIL 25, 2011 DISCOVERY ORDER; (2) GRANTING *EX PARTE* APPLICATION FOR MODIFICATION OF APRIL 25, 2011 DISCOVERY ORDER; (3) CONTINUING MAY 10, 2011 PROTECTIVE ORDER HEARING DATE<br><br>Date:  None<br><br>Hon. Robert H. Block |

Upon consideration of the *ex parte* application of Respondents for an order partially staying this Court's April 25, 2011 discovery order pending consideration of Respondents' pending motion for review, or, in the alternative, for modification of the discovery order, and continuing hearing date on protective order one week, and the associated papers, the memorandum of points and authorities in support thereof, and the records in this case, and for good cause shown,

IT IS HEREBY ORDERED that:

1. The April 25, 2011 discovery order is stayed with respect to the Court's order that to produce the A-File Materials sought by Petitioners, to the extent such materials exist, on a rolling basis to be completed within sixty (60) days of the date of the April 25, 2011 order, until further notice.

2. The April 25, 2011 discovery order is modified as follows:  Subject to any agreement by petitioners to reduce their request after reviewing the database information that the Government previously agreed to produce, the Government is ordered to produce the A-File Materials sought by petitioners, to the extent such materials exist, on a rolling basis to be completed within one-hundred twenty (120) days of the date of this ruling.

3. The hearing scheduled before the Court for May 10, 2011 is continued until May 17, 2011 at 9:30 a.m.

DATED: _____, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents

3

# CERTIFICATE OF SERVICE

I certify that on May 4, 2011, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: wtran@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
Senior Litigation Counsel
United States Department of Justice