# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 07-3239-TJH (RNBx)**                                   Date: **May 4, 2011**

Title: **Alejandro Rodriguez, et al. v. Timothy S. Robbins, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>ROBERT N. BLOCK</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Kerri Hays</u>                                                   <u>    n/a    </u>
Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
         None present                                                     None present

**PROCEEDINGS:  (IN CHAMBERS)**

**<u>Respondents' Ex Parte Application for an Order (1) Partially Staying April 25, 2011 Discovery Order Pending Consideration of Motion for Review, or, in the Alternative, for Modification of the Discovery Order, and (2) Continuing Hearing Date on Protective Order One Week, filed May 4, 2011</u>**

Although the Court will defer ruling on the first part of respondents' Ex Parte Application until after it reviews the opposition being filed by petitioners on May 9, 2011, the Court has decided to grant the second part of respondent's Ex Parte Application as follows.  When the Court rules on the first part of respondents' Ex Parte Application, the Court will set a new date for counsel to appear in person before the Court for the purpose of meeting and conferring under the Court's auspices, if counsel have not been able to agree on the terms of a protective order in the meantime.

cc:    Judge Hatter

MINUTES FORM 11                                                    Initials of Deputy Clerk      klh
CIVIL-GEN