TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | DECLARATION OF TERRY GRAVES SLOAN |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, | |
| Respondents. | |

I, Terry Graves Sloan, declare:

1. I am the Acting Center Director of U.S. Citizenship and Immigration Services (USCIS), National Records Center (NRC). I have been employed by the NRC since July 2008. As the Acting Center Director, my duties include daily operations and management of a consolidated records facility housing alien files. Also within my

responsibility is the USCIS consolidated Freedom of Information Act (FOIA) program.

2. This declaration is based upon my personal knowledge, information obtained from other individuals employed by the NRC, information obtained from records maintained by NRC, and advice of Office of Chief Counsel.

3. The purpose of my declaration is to describe the limitations of the NRC, which includes the USCIS FOIA office, in assisting ICE with a court order that requires the production of materials contained in approximately 1,000 alien files (A-files) by June 27, 2011.

4. I understand that in this lawsuit the Petitioners have claimed that the Department of Homeland Security routinely produces between 4,000 to 6,000 A-Files per month, and that given this production capacity the Respondents in this case can produce the approximately 1,000 A-Files in a short period of time. That is incorrect.

5. The FOIA program Petitioners identified is not a program of Immigration and Customs Enforcement, a Respondent in this case, but of USCIS, an agency not involved in this case. The FOIA/PA program is part of the Enterprise Services Directorate in USCIS, and is a component of the Department of Homeland Security. The primary location for day-to-day FOIA operations and processes in USCIS is at the National Records Center in Lee's Summit, Missouri.

6. The USCIS FOIA program processes in excess of 80,000 FOIA requests per year in accordance with the Freedom of Information Act, 5 U.S.C. Section 552. USCIS uses an automated system (FIPS) to manage all FOIA/PA requests. Upon receipt, we scan the FOIA request and supporting documents into FIPS. We review the documents and enter the information provided by the requester into the system. The FIPS system used by the USCIS FOIA office to process records requires that all redactions be marked with a FOIA or Privacy Act exemption. Because the FIPS platform is designed and programmed to handle FOIA requests and for marking documents subject to FOIA and Privacy Act exemptions, it is not programmed to

process A-Files to identify documents responsive to a particular discovery request, or mark documents for confidentiality or privilege. Furthermore, the employees of the FOIA Division are not trained in discovery rules or processing techniques. The USCIS FOIA program therefore does not have the system platforms or staff training to process the type of production or review at issue in this case.

7.  Additionally, even if the NRC were to process the approximately 1,000 A-Files at issue as if it were a FOIA request, processing those A-Files would take several months. USCIS uses a three-track processing system, and FOIA requests are processed on a first-in/first-out basis as directed by 6 C.F.R. § 5.5.(a). The USCIS FOIA program currently has a backlog of over 31,000 requests. Due to this backlog, if USCIS FOIA was ordered to process A-files in this litigation, based upon current processing times under the three-track, first-in/first-out processing system governed by regulation, it would take approximately five months before any of the A-files at issue would be released.

8.  The NRC has the capacity to scan the contents of A-files and utilizes a Scan on Demand Application (SODA) process to digitize files. The process to scan 600 A-files, which are currently located at varying locations throughout the country, would require in excess of 30 days to produce CDs with the contents of the A-file. Based on my experience, I estimate that staff time to produce CDs containing A-file information in response to this request would be approximately 1.5 hours per file. A preliminary estimate to produce CDs with a scanned image of the files would cost approximately $28,000 and would require USCIS staff to be diverted from fulfilling their daily responsibilities.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2011

3

_____
TERRY GRAVES SLOAN
Acting Center Director, NRC