TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> [PROPOSED] <br><br> ORDER GRANTING MOTION FOR REVIEW OF APRIL 25, 2011 DISCOVERY ORDER <br><br> Hon. Terry J. Hatter |

Upon consideration of Respondents' motion for review of Magistrate Judge Block's April 25, 2011 discovery order, and the associated papers, the memorandum of points and authorities in support thereof, and the records in this case,

IT IS HEREBY ORDERED that:

1. The April 25, 2011 discovery order is rejected with respect to the order that Respondents produce the A-File Materials sought by Petitioners, to the extent such

1  materials exist, on a rolling basis to be completed within sixty (60) days of the date of
2  the April 25, 2011 order.
3      2.   Respondents' motion for a protective order with respect to the production
4  of the A-File Materials requested by the Petitioners is GRANTED. Petitioners'
5  motion to compel the production of the A-File Materials is DENIED.
6      2.   The April 25, 2011 discovery order is otherwise accepted and adopted by
7  this Court.

9  DATED: _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1 | Presented by:

2

3 | TONY WEST
Assistant Attorney General,
Civil Division
4 | DAVID J. KLINE
Director
5 | VICTOR M. LAWRENCE
Principal Assistant Director
6 | THEODORE W. ATKINSON
Senior Litigation Counsel
7 | United States Department of Justice
Office of Immigration Litigation
8 | District Court Section
P.O. Box 868, Ben Franklin Station
9 | Washington, DC  20044
Tel:  (202) 532-4135
10 | E-mail: theodore.atkinson@usdoj.gov

11 | Attorneys for Respondents

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I certify that on May 9, 2011, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: wtran@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

*/s/  Theodore W. Atkinson*
Theodore W. Atkinson
Senior Litigation Counsel
United States Department of Justice