TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
NICOLE PRAIRIE
Trial Attorney
EREZ REUVENI
Trial Attorney
ELIZABETH LEE WALKER (DCBN 492877)
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel:  (202) 532-4271
Fax:  (202) 305-7000
E-mail: Elizabeth.L.Walker@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| v. | NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL FOR RESPONDENTS |
| ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, et al., | |
| Respondents. | |

PLEASE TAKE NOTICE that Elizabeth Lee Walker hereby withdraws her appearance as counsel of record on behalf of all Respondents.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 17, 2011 | Respectfully submitted, |
| 3 | | TONY WEST<br>Assistant Attorney General<br>Civil Division |
| 4 | | |
| 5 | | DAVID J. KLINE<br>Director, Office of Immigration Litigation<br>District Court Section |
| 6 | | |
| 7 | | VICTOR M. LAWRENCE<br>Principal Assistant Director |
| 8 | | |
| 9 | | THEODORE W. ATKINSON<br>Senior Litigation Counsel |
| 10 | | *s/ Elizabeth Lee Walker* |
| 11 | | ELIZABETH LEE WALKER<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington DC 20044<br>(202) 532-4271 |

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2011, I filed the foregoing with this Court through the Court's ECF/CM filing system, which caused a copy to be served electronically on the following:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Cecillia D. Wang
ACLU Foundation Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
415-343-0775
Email: cwang@aclu.org

Monica M. Ramirez
ACLU Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
415-343-0778
Email: mmramirez@stanfordalumni.org

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: wtran@sidley.com

Peter J. Eliasberg
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: peliasberg@aclu-sc.org

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

Jennifer L. Stark
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
213-977-5297
jstark@aclu-sc.org

*/s/ Elizabeth Lee Walker*
ELIZABETH LEE WALKER
Trial Attorney
United States Department of Justice