1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  MICHAEL KAUFMAN (SBN 254575)
   Email: mkaufman@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1616 Beverly Boulevard
5  Los Angeles, California 90026
   Tel: (213) 977-5211
6  Fax: (213) 977-5297

7  Attorneys for Petitioners
   (Additional counsel listed on following page)
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

13  ALEJANDRO RODRIGUEZ, *et al.*,   ) Case No. CV 07-3239-TJH (RNBx)
                                     )
14              Petitioners,         ) **EX PARTE APPLICATION FOR**
                                     ) **LEAVE TO FILE PETITIONER'S**
15         vs.                       ) **SUPPLEMENTAL MEMORANDUM**
                                     ) **RE: RESPONDENTS' RECENT**
16  TIMOTHY S. ROBBINS, *in his*     ) **DISCOVERY RESPONSES IN**
    *capacity as U.S. Immigration and* ) **OPPOSITION TO RESPONDENTS'**
17  *Customs Enforcement, Los Angeles* ) **MOTION FOR REVIEW**
    *District Field Office Director*; )
18  JANET NAPOLITANO, *in her*       ) Honorable Terry J. Hatter, Jr.
    *capacity as Secretary of Homeland* )
19  *Security*; and ERIC H. HOLDER, JR., )
    *in his capacity as Attorney General of* )
20  *the United States*,             )
                                     )
21              Respondents.         )
                                     )
22  ─────────────────────────────────

23

24

25

26

27

28

1  Additional counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY  10004
   Telephone:  (212) 549-2618
5  Facsimile:  (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone:  (650) 724-2442
   Facsimile:  (650) 723-4426
10
   SEAN COMMONS (SBN 217603)
11 CODY JACOBS (SBN 272276)
   SIDLEY AUSTIN LLP
12 555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
13 Telephone:  (213) 896-6000
   Facsimile:  (213) 896-6600

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1. Pursuant to Local Rule 7-19, Petitioner hereby files this ex parte application requesting leave to file a Supplemental Memorandum in Opposition to Respondents' Motion for Review ("Supplemental Memorandum"). Good cause exists for this request as the Supplemental Memorandum will address discovery responses received from Respondents after the filing of Petitioner's Opposition to Respondents' Motion for Review on May 16, 2011. The content of these responses bear on Respondents' Motion for Review, because, in Petitioner's view, they are inconsistent with several of Respondents' central claims.

This ex parte application is made following the conference of counsel pursuant to Local Rule 7-3, which took place on June 7, 2011. Pursuant to Local Rule 7-3, Petitioner's counsel, Ahilan Arulanantham, and Respondents' counsel, Theodore Atkinson, spoke by phone on June 7, 2011 regarding the instant ex parte application. The Respondents stated that they do not oppose the ex parte application subject to the following conditions: (1) that Respondents may respond to Petitioner's supplemental brief up to the same page length as Petitioner's brief; and (2) that Respondents may file their response by June 15, 2011.

Pursuant to Local Rule 7-19, contact information for Defendants' counsel is as follows:

>Theodore Atkinson
>Senior Litigation Counsel
>United States Department of Justice
>Office of Immigration Litigation
>District Court Section
>Box 868, Ben Franklin Station
>Washington, DC 20044
>Tel: 202-532-4135
>Email: Theodore.Atkinson@usdoj.gov

For the foregoing reasons, Petitioner respectfully requests that this Court grant Petitioner leave to file the attached Supplemental Memorandum.

Dated: June 8, 2011                     s/ Ahilan T. Arulanantham
                                        AHILAN T. ARULANANTHAM
                                        Counsel for Petitioners