PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-5211
Fax: (213) 977-5297

Attorneys for Petitioner
(Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **NOTICE OF LODGING OF PROPOSED ORDER GRANTING PETITIONER LEAVE TO FILE SUPPLEMENTAL MEMORANDUM** |
| vs. | |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, | Honorable Terry J. Hatter, Jr. |
| Respondents. | |

1 | Additional counsel:

2 | JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
3 | IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
4 | New York, NY 10004
Telephone: (212) 549-2618
5 | Facsimile: (212) 549-2654

6 | JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
7 | IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
8 | 559 Nathan Abbott Way
Stanford, CA 94305-8610
9 | Telephone: (650) 724-2442
Facsimile: (650) 723-4426
10 |
SEAN COMMONS (SBN 217603)
11 | CODY JACOBS (SBN 272276)
SIDLEY AUSTIN LLP
12 | 555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
13 | Telephone: (213) 896-6000
Facsimile: (213) 896-6600

1 | To all parties and their counsel of record, Plaintiffs hereby lodge with the Court,
2 the attached Proposed Order Granting Petitioner Leave to File Supplemental
3 Memorandum.

Respectfully submitted,

Dated: June 8, 2011

s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Counsel for Petitioners