1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  MICHAEL KAUFMAN (SBN 254575)
   Email: mkaufman@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1616 Beverly Boulevard
5  Los Angeles, California 90026
   Tel: (213) 977-5211
6  Fax: (213) 977-5297

7  Attorneys for Petitioner
   (Additional counsel listed on following page)
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11                    **WESTERN DIVISION**

12

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **[PROPOSED] ORDER GRANTING PETITIONER LEAVE TO FILE SUPPLEMENTAL MEMORANDUM** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, | Honorable Terry J. Hatter, Jr. |
| Respondents. | |

1  Additional counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY  10004
   Telephone:  (212) 549-2618
5  Facsimile:  (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone:  (650) 724-2442
   Facsimile:  (650) 723-4426
10
   SEAN COMMONS (SBN 217603)
11 CODY JACOBS (SBN 272276)
   SIDLEY AUSTIN LLP
12 555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
13 Telephone:  (213) 896-6000
   Facsimile:  (213) 896-6600
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     Good cause having been shown in Petitioner's Ex Parte Application for Leave to File Petitioner's Supplemental Memorandum Re: Respondents' Recent Discovery Responses in Opposition to Respondents' Motion for Review, Petitioner's application is granted.

    Petitioner's Supplemental Memorandum in Opposition to Respondents' Motion for Review, submitted in docket number 180, is hereby deemed filed.

    It is so ORDERED.

Dated: June ___, 2011

_____
HONORABLE TERRY J. HATTER, JR.
United States District Court Judge