1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  MICHAEL KAUFMAN (SBN 254575)
   Email: mkaufman@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1616 Beverly Boulevard
5  Los Angeles, California 90026
   Tel: (213) 977-5211
6  Fax: (213) 977-5297

7  Attorneys for Petitioner
   (Additional counsel listed on following page)
8

9                    **UNITED STATES DISTRICT COURT**

10                    **CENTRAL DISTRICT OF CALIFORNIA**

11                              **WESTERN DIVISION**

12

13  ALEJANDRO RODRIGUEZ, *et al.*,      ) Case No. CV 07-3239-TJH (RNBx)
                                        )
14              Petitioners,            ) **ORDER GRANTING PETITIONER**
                                        ) **LEAVE TO FILE**
15        vs.                           ) **SUPPLEMENTAL MEMORANDUM**
                                        ) **[180]**
16  TIMOTHY S. ROBBINS, *in his*        )
    *capacity as U.S. Immigration and*  ) Honorable Terry J. Hatter, Jr.
17  *Customs Enforcement, Los Angeles*  )
    *District Field Office Director*;   )
18  JANET NAPOLITANO, *in her*          )
    *capacity as Secretary of Homeland* )
19  *Security*; and ERIC H. HOLDER, JR.,)
    *in his capacity as Attorney General of* )
20  *the United States*,                )
                                        )
21              Respondents.            )
                                        )
22  _____

23

24

25

26

27

28

1  Additional counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY  10004
   Telephone:  (212) 549-2618
5  Facsimile:  (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone:  (650) 724-2442
   Facsimile:  (650) 723-4426
10
   SEAN COMMONS (SBN 217603)
11 CODY JACOBS (SBN 272276)
   SIDLEY AUSTIN LLP
12 555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
13 Telephone:  (213) 896-6000
   Facsimile:  (213) 896-6600
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Good cause having been shown in Petitioner's Ex Parte Application for Leave
2 | to File Petitioner's Supplemental Memorandum Re: Respondents' Recent Discovery
3 | Responses in Opposition to Respondents' Motion for Review, Petitioner's application
4 | is granted.
5 | Petitioner's Supplemental Memorandum in Opposition to Respondents' Motion
6 | for Review, submitted in docket number 180, is hereby deemed filed.
7 | It is so ORDERED.
8 | Dated: June 13 , 2011

_____
HONORABLE TERRY J. HATTER, JR.
United States District Court Judge