UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3239-TJH (RNBx) | Date | June 14, 2011 |
|---|---|---|---|
| Title | Alejandro Rodriguez, et al. v. Timothy S. Robbins, et al. | | |

| Present: The Honorable | Robert N. Block, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | n/a | CourtSmart |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ahilan Arulanantham<br>Michael Kaufman | Theodore W. Atkinson |

**Proceedings:**    (DISCOVERY CONFERENCE)

     Case called. Counsel make their appearances. After conferring briefly with counsel, the Court directs them to meet and confer further regarding issues relating to the entry of a protective order.

     Back on the record, counsel advise that they have tentatively agreed on the terms of a protective order governing the disclosure of confidential information, although they continue to disagree on the production of information protected or restricted from disclosure by statute or regulation. As to the latter, counsel have agreed to a briefing schedule for the filing of a joint stipulation setting forth their respective positions on or before July 12, 2011. Counsel further have agreed to forego the filing of supplemental memoranda. Counsel further have agreed that the production of some of the documents sought by plaintiffs is contingent on the District Judge denying the Government's motion for review/modification of the Court's April 25, 2011 Discovery Order. The parties will specify in the joint stipulation the issues on which the Court will still need to rule in the event that either the District Judge has not ruled on the Government's motion by July 12, 2011 or the District Judge has granted the Government's motion.

cc:    Judge Hatter

|  | : | 33 |
|---|---|---|
| | Initials of Preparer | klh |