# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **DISCOVERY MATTER** <br><br> **[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LOCAL RULE 37-2 JOINT STIPULATION** <br><br> Hon. Robert N. Block |

This matter comes before this Court on the parties' joint stipulation for an extension of time. The parties seek a one-week extension of the July 12, 2011deadline for filing a joint stipulation ordered by this Court on June 14, 2011. Good cause exists for extending the deadline, and it is

HEREBY ORDERED that on or before July 19, 2011, the parties shall file a joint stipulation setting forth their respective positions on their disagreement over

1 | the production of information protected or restricted from disclosure by statute or
2 | regulation.
3 |
4 |
5 | Dated: _____, 2011          _____
6 |                                ROBERT N. BLOCK
                                   United States Magistrate Judge

1  PRESENTED BY:

2  TONY WEST
3  Assistant Attorney General
   DAVID J. KLINE
4  Director,
   Office of Immigration Litigation
5  District Court Section
   VICTOR M. LAWRENCE
6  Principal Assistant Director
   By: */s/ Theodore W. Atkinson*
7  THEODORE W. ATKINSON
   Senior Litigation Counsel
8  P.O. Box 868, Ben Franklin Station
   Washington, DC 20044
9  Tel: (202) 532-4135
   e-mail: theodore.atkinson@usdoj.gov
10
   Attorneys for Respondents
11
   By: */s/ Michael Kaufman*
12 MICHAEL KAUFMAN
   ACLU OF SOUTHERN CALIFORNIA
13
   Attorneys for Petitioners
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28