# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **DISCOVERY MATTER** <br><br> ~~[PROPOSED]~~ **ORDER REGARDING BRIEFING SCHEDULE FOR LOCAL RULE 37-2 JOINT STIPULATION** <br><br> Hon. Robert N. Block |

This matter comes before this Court on the parties' joint stipulation for an extension of time. The parties seek a one-week extension of the July 12, 2011 deadline for filing a joint stipulation ordered by this Court on June 14, 2011. Good cause exists for extending the deadline, and it is

HEREBY ORDERED that on or before July 19, 2011, the parties shall file a joint stipulation setting forth their respective positions on their disagreement over

1  the production of information protected or restricted from disclosure by statute or
2  regulation.
3
4  Dated: __July 6__, 2011          _____
5                                                     ROBERT N. BLOCK
6                                                     United States Magistrate Judge

1
2  PRESENTED BY:
3  TONY WEST
   Assistant Attorney General
4  DAVID J. KLINE
   Director,
5  Office of Immigration Litigation
   District Court Section
6  VICTOR M. LAWRENCE
   Principal Assistant Director
7  By:  */s/ Theodore W. Atkinson*
   THEODORE W. ATKINSON
8  Senior Litigation Counsel
   P.O. Box 868, Ben Franklin Station
9  Washington, DC 20044
   Tel: (202) 532-4135
10 e-mail: theodore.atkinson@usdoj.gov

11 Attorneys for Respondents

12 By: */s/ Michael Kaufman*
   MICHAEL KAUFMAN
13 ACLU OF SOUTHERN CALIFORNIA

14 Attorneys for Petitioners

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28