TONY WEST
Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    theodore.atkinson@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>        Petitioners,<br><br>   vs.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*,<br><br>        Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF RESPONDENTS' MOTION MOTION FOR A PROTECTIVE ORDER AND PETITIONERS' MOTION TO COMPEL**<br><br>Hearing Date:  July 26, 2011<br>Hearing Time:  9:30 a.m.<br>Hearing Location:  Courtroom 6D<br><br>Discovery Cut-Off:  None<br>Pretrial Conference:  None<br>Trial Date:  None |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 26, 2011, at 9:30 AM, or as soon thereafter as this matter may be heard, in Courtroom 6D, of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California, Respondents will and hereby do move for a protective order that discovery sought by Petitioners not be had.

PLEASE TAKE NOTICE that on July 26, 2011, at 9:30 AM, or as soon thereafter as this matter may be heard, in Courtroom 6D, of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California, Petitioner Alejandro Rodriguez ("Petitioner") will and hereby does move for an order compelling Respondents Department of Homeland Security and Department of Justice (collectively, "Respondents") to comply with the discovery sought by Petitioner.

Date: July 19, 2011

FOR PETITIONER:                          FOR RESPONDENTS:

By: */s/ Michael Kaufman*                 TONY WEST
Michael Kaufman                          Assistant Attorney General
ACLU OF SOUTHERN CALIFORNIA              Civil Division
                                         DAVID J. KLINE
Attorneys for Petitioners                Director, Office of Immigration Litigation
                                         District Court Section
                                         VICTOR M. LAWRENCE
                                         Principal Assistant Director

                                         */s/ Theodore W. Atkinson*
                                         THEODORE W. ATKINSON
                                         Senior Litigation Counsel
                                         United States Department of Justice
                                         Office of Immigration Litigation,
                                         District Court Section
                                         P.O. Box 868, Ben Franklin Station
                                         Washington, DC 20044
                                         Phone: (202) 532-4135
                                         theodore.atkinson@usdoj.gov

                                         Attorneys for Respondents

1

## <u>CERTIFICATE OF SERVICE</u>

2

3          I certify that on July 19, 2011, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

4

5    Ahilan T. Arulanantham                   Judy Rabinovitz
     ACLU Foundation of Southern              ACLU Immigrants' Rights Project
6    California                               125 Broad Street 18th Floor
     1616 Beverly Boulevard                   New York, NY 10004
7    Los Angeles, CA 90026                    212-549-2618
     213-977-5211                             Fax: 212-549-2654
     Fax: 213-977-5297                        Email: jrabinovitz@aclu.org
8    Email: aarulanantham@aclu-sc.org

9    Jayashri Srikantiah                      Cody Jacobs
     Stanford Law School                      Sidley Austin LLP
10   Immigrants' Rights Clinic,               555 West Fifth Street Suite 4000
     Crown Quadrangle                         Los Angeles, CA 90013-1010
11   559 Nathan Abbott Way                    213-896-6000
     Stanford, CA 94305-8610                  Fax: 213-896-6600
12   650-724-2442                             Email: cjacobs@sidley.com
     Fax: 650-723-4426
13   Email: jsrikantiah@law.stanford.edu

14   Sean Commons
     Sidley Austin
15   555 West Fifth Street Suite 4000
     Los Angeles, CA 90013-1010
16   213-816-6000
     Fax: 213-896-6600
17   Email: scommons@sidley.com

18

19

20                                           _/s/  Theodore W. Atkinson_
21                                           Theodore W. Atkinson
                                             Senior Litigation Counsel
22                                           United States Department of Justice

23

24

25

26

27

28