TONY WEST
Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
      P.O. Box 868, Ben Franklin Station
      Washington, DC 20044
      Phone: (202) 532-4135
      theodore.atkinson@usdoj.gov

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **DISCOVERY MATTER** |
| vs. | **CORRECTED NOTICE OF RESPONDENTS' MOTION FOR A PROTECTIVE ORDER AND PETITIONERS' MOTION TO COMPEL** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, | |
| | Hearing Date: July 26, 2011 |
| | Hearing Time: 9:30 a.m. |
| Respondents. | Hearing Location: Courtroom 6D |
| | Discovery Cut-Off: None |
| | Pretrial Conference: None |
| | Trial Date: None |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 26, 2011, at 9:30 AM, or as soon thereafter as this matter may be heard, in Courtroom 6D, of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California, Respondents will and hereby do move for a protective order that discovery sought by Petitioners not be had.

PLEASE TAKE NOTICE that on July 26, 2011, at 9:30 AM, or as soon thereafter as this matter may be heard, in Courtroom 6D, of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California, Petitioner Alejandro Rodriguez ("Petitioner") will and hereby does move for an order compelling Respondents Department of Homeland Security and Department of Justice (collectively, "Respondents") to comply with the discovery sought by Petitioner.

Date: July 20, 2011

FOR PETITIONER:

By: */s/ Michael Kaufman*
Michael Kaufman
ACLU OF SOUTHERN CALIFORNIA

Attorneys for Petitioners

FOR RESPONDENTS:

TONY WEST
Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director

*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov

Attorneys for Respondents

# CERTIFICATE OF SERVICE

I certify that on July 20, 2011, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
Senior Litigation Counsel
United States Department of Justice