UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 07-3239-TJH (RNBx)**                                        Date: **July 25, 2011**

Title:  **Alejandro Rodriguez, et al. v. Timothy S. Robbins, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
           None present                                                              None present

**PROCEEDINGS:  (IN CHAMBERS)**

**Respondents' Motion for Protective Order/Petitioners' Motion to Compel, filed July 20, 2011**

Based on its review of the Joint Stipulation, the Court has concluded that oral argument will not be of material assistance to the Court's determination of these Motions.  Accordingly, the hearing noticed for July 26, 2011 is ordered off calendar and the Court now rules as follows.

1.     With respect to the category of asylum claim related information, the Court finds that there is language in 8 C.F.R. § 208.6 that arguably bars by implication disclosure in judicial proceedings other than those enumerated in § 208.6(c)(2).  Accordingly, the Government need only produce this information for class members who provide written consent.

2.     With respect to the category of VAWA and "T" and "U" visa applicant information, the Court finds that there is language in 8 U.S.C. § 1367 that arguably bars by implication disclosure in judicial proceedings other than those enumerated in § 1367(b)(3).  Accordingly, the Government need only produce this information for class members who provide written consent.

3.     With respect to the category of battered spouse or child information, for the reasons stated by petitioners, (a) the Government's motion for a protective order barring the disclosure of the information and/or permitting the redaction of the information is denied, and (b) petitioners' motion to compel is granted.  The Government is ordered to produce this information, but only for class members currently detained, within twenty-eight (28) days of this ruling.

MINUTES FORM 11                                                         Initials of Deputy Clerk      klh
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.:  CV 07-3239-TJH (RNBx)                                            July 25, 2011
   <u>Alejandro Rodriguez, et al.  v. Timothy S. Robbins, et al.</u>                Page 2

------------------------------------------------------------------------------------------------------------------

       4.      With respect to the category of SAW and legalization applicant information, for the reasons stated by petitioners, (a) the Government's motion for a protective order barring the disclosure of the information and/or permitting the redaction of the information is denied, and (b) petitioners' motion to compel is granted.  The Government is ordered to produce this information, but only for class members currently detained, within twenty-eight (28) days of this ruling.

       5.      With respect to the category of TPS applicant information, for the reasons stated by petitioners, (a) the Government's motion for a protective order barring the disclosure of the information and/or permitting the redaction of the information is denied, and (b) petitioners' motion to compel is granted.  The Government is ordered to produce this information, but only for class members currently detained, within twenty-eight (28) days of this ruling.

       6.      In the event that the Government seeks review of any of the foregoing orders to produce, compliance with the order(s) shall not be stayed unless the District Judge issues an order staying compliance.


cc:     Judge Hatter