# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | CV 07-03239 TJH (RNBx) |
| Petitioners, | |
| v. | |
| TIMOTHY ROBBINS, *et al.*, | Order [172] |
| Respondents. | |

The Court has considered Respondent's motion for review of, and objections to, Judge Block's discovery order of April 25, 2011, together with the moving and opposing papers.

It is Ordered that the motion be, and hereby is, Denied, and the objections are overruled.

Date: July 29, 2011

_____
Terry J. Hatter, Jr.
Senior United States District Judge