PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-5211
Fax: (213) 977-5297

Attorneys for Petitioner
(Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br>   Petitioners, <br><br>   vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, <br><br>   Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **DISCOVERY MATTER** <br><br> **JOINT STIPULATION REGARDING DISCOVERY DEADLINE AND FOR A SHORTENED BRIEFING SCHEDULE UNDER LOCAL RULE 37-2** <br><br> Hon. Robert N. Block |

1  Additional counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY  10004
   Telephone:  (212) 549-2618
5  Facsimile:  (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone:  (650) 724-2442
   Facsimile:  (650) 723-4426
10
   SEAN COMMONS (SBN 217603)
11 CODY JACOBS (SBN 272276)
   SIDLEY AUSTIN LLP
12 555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
13 Telephone:  (213) 896-6000
   Facsimile:  (213) 896-6600
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  For the reasons stated herein, the parties hereby stipulate and respectfully
2 request that this Court enlarge the period of time for Respondents to produce
3 information subject to the Court's July 25, 2011, Order.  In addition, for the reason
4 stated herein, the parties also hereby stipulate and respectfully request that the Court
5 shorten the briefing schedule for Petitioner's impending motion for reconsideration
6 and/or clarification of the Court's July 25, 2011 under Local Rule 37-2.
7  On July 25, 2011, this Court ordered the Respondents to produce certain
8 confidential information related to currently detained class members within 28 days of
9 the ruling. [Dkt. #195].  The information subject to the Court's order includes
10 documents from class members' Alien files ("A files"), which this Court previously
11 ordered the Respondents to produce on April 25, 2011, on a rolling basis to be
12 completed within 60 days. [Dkt. #169].  Respondents filed a motion for review of that
13 Order with District Judge Hatter, and sought a partial stay the Order pending a
14 decision on the motion for review. [Dkt. #170].  On May 11, 2011, this Court granted
15 Respondents' motion for a partial stay and ordered Respondents, in the event that
16 Judge Hatter denied the motion for review, to produce the A files within 60 days of
17 Judge Hatter's denial. [Dkt. #175].  On August 1, 2011, Judge Hatter issued an order
18 denying the Respondent's motion for review.  [Dkt. #196].
19  Accordingly, the production of A file information is now on two separate
20 tracks.  Pursuant to the Court's May 11, 2011 Order, Respondents are required to
21 produce the A File materials on or before September 30, 2011 – 60 days from Judge
22 Hatter's denial of the motion for review.  However, this Court's July 25, 2011 order
23 requires Respondents to produce certain confidential information from the A files by
24 August 22, 2011.  The parties agree that the production of all A file information
25 should be subject to the same production schedule.  Accordingly, the parties stipulate
26 to the entry of an order extending the August 22, 2011 deadline to September 30,
27 2011.
28

1

The parties also stipulate to the entry of an order shortening the briefing schedule for Petitioner's impending motion for reconsideration and/or clarification of the Court's July 25, 2011 Order under Local Rule 37-2. Good cause exists for a shortened schedule. The Petitioner intends to seek reconsideration and/or clarification of the Court's Order, the resolution of which may impact Respondents' ongoing review and production of A files. In addition, counsel for Respondents will be out of the office and unavailable from August 11, 2011, to August 23, 2011, on previously arranged travel, and the parties agree that briefing on the motion should be completed prior to counsel's departure. Accordingly, the parties stipulate to the entry of an order under which (1) Petitioner would provide Respondents with his contentions on August 8, 2011, (2) Respondents would provide Petitioner with their responsive contentions on August 10, 2011, and (3) the Joint Stipulation would be filed on August 11, 2011. The parties jointly agree to waive the supplemental memorandum under Local Rule 37-2.

Dated: August 3, 2011

By: */s/ Michael Kaufman*
Michael Kaufman
ACLU OF SOUTHERN CALIFORNIA

Attorneys for Petitioners

TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director,
Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director

By: */s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-4135
e-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents