1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DISCOVERY DEADLINE AND FOR A SHORTENED BRIEFING SCHEDULE UNDER LOCAL RULE 37-2** <br><br> Hon. Robert N. Block |

1  Good cause having been shown in the parties Joint Stipulation, the stipulation is
2  hereby granted.
3      1.    Respondents shall produce the information subject to the Court's July 25,
4  2011 Order on a rolling basis to be completed by September 30, 2011; and
5      2.    On or before August 11, 2011, the parties shall file a joint stipulation
6  setting forth their respective positions on Petitioner's motion for reconsideration
7  and/or clarification.
8      It is so ORDERED.

Dated: August ___, 2011

_____
HONORABLE ROBERT N. BLOCK
United States Magistrate Judge