PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-5211
Fax: (213) 977-5297

Attorneys for Petitioners
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>        Petitioners,<br><br>    vs.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*,<br><br>        Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**NOTICE OF MOTION AND MOTION FOR RECONSIDERATION AND/OR CLARIFICATION OF THIS COURT'S ORDER OF JULY 25, 2011**<br><br>Honorable Robert N. Block<br><br>Hearing Date & Time: Under Submission |

Additional counsel:

JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
CODY JACOBS (SBN 272276)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

1       To all parties and their counsel of record, please take notice that a hearing is

2 under submission in the above entitled Court, before the Honorable Robert N. Block,

3 in Courtroom 6D of the United States District Court, Central District of California,

4 Southern Division, located at 411 West 4th Street, Santa Ana, California, 92701.

5 Petitioners will and hereby move for this Court to reconsider and/or clarify its July 25,

6 2011 Order regarding discovery (Dkt. # 195).

7       Consistent with this Court's August 9, 2011 Order (*see* Dkt. # 198, Order

8 granting shortened briefing schedule regarding this motion), and pursuant to Local

9 Rule 37-2, the consecutively filed Joint Stipulation presents the parties' positions with

10 respect to Petitioner's motion.

11                                   Respectfully submitted,

12                                   ACLU OF SOUTHERN CALIFORNIA

13 Dated:  August 11, 2011              s/ Michael Kaufman

14                                MICHAEL KAUFMAN

                                  Counsel for Petitioners