1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  MICHAEL KAUFMAN (SBN 254575)
   Email: mkaufman@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1616 Beverly Boulevard
5  Los Angeles, California 90026
   Tel: (213) 977-5211
6  Fax: (213) 977-5297

7  Attorneys for Petitioners
   (Additional counsel listed on following page)
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11                    **WESTERN DIVISION**

12

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDER OF AUGUST 15, 2011** |
| vs. | |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, | Honorable Terry J. Hatter, Jr.  Hearing Date: September 26, 2011  Hearing Time: Under Submission |
| Respondents. | |

1 | Additional counsel:

2 | JUDY RABINOVITZ
AMERICAN CIVIL LIBERTIES FOUNDATION
3 | IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
4 | New York, NY 10004
Telephone: (212) 549-2618
5 | Facsimile: (212) 549-2654

6 | JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
7 | IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
8 | 559 Nathan Abbott Way
Stanford, CA 94305-8610
9 | Telephone: (650) 724-2442
Facsimile: (650) 723-4426
10 |
SEAN COMMONS (SBN 217603)
11 | CODY JACOBS (SBN 272276)
SIDLEY AUSTIN LLP
12 | 555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
13 | Telephone: (213) 896-6000
Facsimile: (213) 896-6600
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

To all parties and their counsel of record, please take notice that a hearing on September 26, 2011 is under submission in the above entitled Court, before the Honorable Terry J. Hatter, Jr., in Courtroom 17 of the United States District Court, Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California, 90012.  Petitioners will and hereby move for this Court to Review the Magistrate Judge's Order of August 15, 2011 regarding discovery (Dkt. # 201).

This motion seeks review of the Magistrate Judge's Order to the extent it held that the immigration statutes and regulations establish absolute privileges from civil discovery of otherwise relevant information.  Petitioner respectfully submits that the Magistrate Judge erred in construing these provisions to bar disclosure to class counsel for the very persons the provisions seek to protect.

On August 24, 2011, undersigned counsel communicated with counsel for Respondents, Theodore Atkinson:

THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4135
Email: theodore.atkinson@usdoj.gov

who stated that he opposes this motion.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated:  August 29, 2011

 s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners