<table>
<tr><td>1</td><td></td></tr>
<tr><td>2</td><td></td></tr>
</table>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| ALEJANDRO RODRIGUEZ, *et al.*, | ) Case No. CV 07-3239-TJH (RNBx) |
|---|---|
| Petitioners, | ) **[PROPOSED] ORDER GRANTING** |
| vs. | ) **PETITIONERS' MOTION FOR** |
| | ) **REVIEW OF MAGISTRATE JUDGE'S** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, | ) **ORDER OF AUGUST 15, 2011** |
| | ) Honorable Terry J. Hatter, Jr. |
| Respondents. | ) |

1  Good cause having been shown in Petitioners' motion for review, the motion is
2  hereby granted:
3     1. The July 25, 2011 and April 15, 2011 discovery orders are rejected to the
4        extent that they recognize that the immigrations statutes and regulations
5        establish privileges to civil discovery.
6     2. Petitioner's motion to compel the A file materials is GRANTED.
7        Respondents' motion for a protective order with respect to the A file
8        materials is DENIED.
9     It is so ORDERED.

11  Dated: September ___, 2011
12                                            HONORABLE TERRY J. HATTER, Jr.
                                            United States District Court Judge