TONY WEST
Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4135
Fax: (202) 305-7000
E-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, JR., *et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> [Proposed] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF DISCOVERY DEADLINE <br><br> BEFORE THE HONORABLE ROBERT N. BLOCK |

1  Before the Court is the parties' Joint Stipulation for Extension of Discovery
2  Deadline, which was filed September 29, 2011.  The parties' request for an
3  extension of the deadline set in the Court's August 9, 2011 Order is GRANTED.
4      IT IS ORDERED that Respondents shall produce the information subject to
5  the Court's July 25, 2011 Order on a rolling basis to be completed by October 7,
6  2011.

8  DATED: _____

                              _____
                              ROBERT N. BLOCK
                              United States Magistrate Judge

Presented by:
TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4135
e-mail: theodore.atkinson@usdoj.gov
NICOLE R. PRAIRIE
Trial Attorney

Attorneys for Respondents