TONY WEST
Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    theodore.atkinson@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>    Petitioners,<br><br>vs.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director;* JANET NAPOLITANO, *in her official capacity as Secretary of Homeland Security*; ERIC H. HOLDER, JR., *in his official capacity as United States Attorney General,*<br><br>    Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**NOTICE OF RELATED CASE UNDER LOCAL RULE 83-1.3.1**<br><br>Hon. Terry J. Hatter, Jr. |

Respondents, in accordance with Local Rule 83-1.3.1, file this Notice of Related Case:

**Frederick Ngaywa v. Eric H. Holder, Jr., et al., No. SACV11-1287 DSF (FMO) (C.D. Cal.)**

The action cited above is a closely related habeas action because (1) the petitioner is a member of the class certified in this action – specifically, he is a non-citizen detained for more than six months in the Central District of California under one of four general detention statutes challenged in this action; (2) the due process claims asserted in the above-cited action are the same as the claims asserted in this action; and (3) the relief petitioner seeks in the above-cited action – a bond hearing before an immigration judge – is encompassed by the relief sought by the class in this action. *See Ngaywa* Petition (Exhibit 1); *see also* Third Amended Complaint [ECF # 111], ¶ 105 (Exhibit 2); Class Certification Order [ECF # 161] (Exhibit 3).

A plaintiff who is a member of a class action may not maintain a separate, individual suit for relief that is also sought by the class. *See Crawford v. Bell*, 599 F.2d 890 (9th Cir. 1979) (class members may not bring individual actions for equitable relief when their claims are being litigated within the boundaries of the class action); *Moore v. MacDonald*, No. 10-cv-3457, 2011 WL 3684608, * 2 (E.D. Cal. Aug. 23, 2011) ("The Ninth Circuit has held that a plaintiff who is a member of a class action for equitable relief from prison conditions may not maintain a separate, individual suit for relief that is also sought by the class . . .").

The actions are also closely related because they call for determination of the same or substantially related or similar questions of law and fact, and would entail substantial duplication of labor if heard by different judges.

Pursuant to Local Rule 83-1.3.2, "[a]ny party opposing a related case transfer may, within five (5) days of the service of a notice of Related Case(s) on that party, or first appearance, file and serve a short counter-statement setting forth the reasons the action does not qualify for related case transfer."

2

Dated: November 14, 2011          Respectfully submitted,

TONY WEST
Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director

*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov

Attorneys for Respondents

# CERTIFICATE OF SERVICE

I certify that on November 14, 2011, I served a copy of the foregoing and the accompanying declarations through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: wtran@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

*/s/  Theodore W. Atkinson*
Theodore W. Atkinson
Senior Litigation Counsel
United States Department of Justice