1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  MICHAEL KAUFMAN (SBN 254575)
   Email: mkaufman@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1616 Beverly Boulevard
5  Los Angeles, California 90026
   Tel: (213) 977-5211
6  Fax: (213) 977-5297

7  Attorneys for Petitioners
   (Additional counsel listed on following page)
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11                    **WESTERN DIVISION**

12

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **PETITIONERS' STATEMENT REGARDING RESPONDENTS' NOTICE OF RELATED CASE** |
| vs. | |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, | Honorable Terry J. Hatter, Jr. |
| Respondents. | |

1  Additional counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY  10004
   Telephone:  (212) 549-2618
5  Facsimile:  (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone:  (650) 724-2442
   Facsimile:  (650) 723-4426
10
   SEAN COMMONS (SBN 217603)
11 CODY JACOBS (SBN 272276)
   SIDLEY AUSTIN LLP
12 555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
13 Telephone:  (213) 896-6000
   Facsimile:  (213) 896-6600

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       Petitioners file this statement in response to Respondents' Notice of Related
2 Cases. *See* Dkt. # 206. Petitioners agree that Mr. Ngaywa could benefit from a
3 favorable outcome in the *Rodriguez* class action litigation. However, his underlying
4 habeas petition, filed *pro se*, includes a challenge to conditions of confinement. The
5 Petitioners in *Rodriguez* present no challenge to conditions of confinement, and
6 therefore that claim is not related to any claim in *Rodriguez.*

7       Petitioners reserve the right to oppose any motion for consolidation, including
8 because of the distinct nature of the conditions claims.

                                                     Respectfully submitted,

                                                     ACLU OF SOUTHERN CALIFORNIA

Dated: November 21, 2011             /s/ Michael Kaufman
                                                     MICHAEL KAUFMAN
                                                     Counsel for Petitioners