UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | SA CV 11-01287-TJH (FMO) consolidated with CV 07-3239-TJH (RNB) | Date | APRIL 16, 2012 |
|---|---|---|---|

| Title | ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., SENIOR UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that case Ngaywa v. Holder, et al, SA CV 11-01287-TJH (FMO) is consolidated with Rodriguez v. Robbins, CV 07-3239-TJH (RNB) for all purposes.

Until a further order by the Court, any documents filed by the parties in the consolidated actions shall bear both case numbers, followed by the word "consolidated." CV 07-3239-TJH (RNB) will be the lead case.

IT IS SO ORDERED.

cc: all parties