STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
     P.O. Box 868, Ben Franklin Station
     Washington, DC 20044
     Phone: (202) 532-4135
     theodore.atkinson@usdoj.gov

Attorneys for Respondents

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>     Petitioners,<br><br>    vs.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director;* JANET NAPOLITANO, *in her official capacity as Secretary of Homeland Security*; ERIC H. HOLDER, JR., *in his official capacity as United States Attorney General,*<br><br>     Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**NOTICE OF RELATED CASE UNDER LOCAL RULE 83-1.3.1**<br><br>Hon. Terry J. Hatter, Jr. |

Respondents, in accordance with Local Rule 83-1.3.1, file this Notice of Related Case:

**Suren Soghomonyan v. Robbins, et al., No. CV 12-3696-R(FFM) (C.D. Cal.)**

The action cited above is a closely related habeas action because (1) the petitioner is a member of the class certified in this action – specifically, he is a non-citizen detained for more than six months in the Central District of California under one of four general detention statutes challenged in this action; (2) the due process claims asserted in the above-cited action are the same as the claims asserted in this action; and (3) the relief petitioner seeks in the above-cited action – a bond hearing before an immigration judge – is encompassed by the relief sought by the class in this action. *See Soghomonyan* Petition (Exhibit 1); *see also* Third Amended Complaint [ECF # 111], ¶ 105; Class Certification Order [ECF # 161].

A plaintiff who is a member of a class action may not maintain a separate, individual suit for relief that is also sought by the class. *See Crawford v. Bell*, 599 F.2d 890 (9th Cir. 1979) (class members may not bring individual actions for equitable relief when their claims are being litigated within the boundaries of the class action); *Moore v. MacDonald*, No. 10-cv-3457, 2011 WL 3684608, * 2 (E.D. Cal. Aug. 23, 2011) ("The Ninth Circuit has held that a plaintiff who is a member of a class action for equitable relief from prison conditions may not maintain a separate, individual suit for relief that is also sought by the class . . .").

The actions are also closely related because they call for determination of the same or substantially related or similar questions of law and fact, and would entail substantial duplication of labor if heard by different judges.

Pursuant to Local Rule 83-1.3.2, "[a]ny party opposing a related case transfer may, within five (5) days of the service of a notice of Related Case(s) on that party, or first appearance, file and serve a short counter-statement setting forth the reasons the action does not qualify for related case transfer."

Dated:  May 4, 2012

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director

*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov

Attorneys for Respondents

1

## <u>CERTIFICATE OF SERVICE</u>

2

3          I certify that on May 4, 2012, I served a copy of the foregoing and the accompanying declarations through the Court's CM/ECF system on the following counsel of record:

4

5

6   Ahilan T. Arulanantham                  Judy Rabinovitz
    ACLU Foundation of Southern             ACLU Immigrants' Rights Project
    California                              125 Broad Street 18th Floor
7   1616 Beverly Boulevard                  New York, NY 10004
    Los Angeles, CA 90026                   212-549-2618
8   213-977-5211                            Fax: 212-549-2654
    Fax: 213-977-5297                       Email: jrabinovitz@aclu.org
9   Email: aarulanantham@aclu-sc.org
                                            Steven A. Ellis
10  Jayashri Srikantiah                     Sidley Austin LLP
    Stanford Law School                     555 W 5th St, Ste 4000
11  Immigrants' Rights Clinic,              Los Angeles, CA 90013-1010
    Crown Quadrangle                        213-896-6000
12  559 Nathan Abbott Way                   Fax: 213-896-6600
    Stanford, CA 94305-8610                 Email: sellis@sidley.com
13  650-724-2442
    Fax: 650-723-4426                       Brian Kelley Washington
14  Email: jsrikantiah@law.stanford.edu     Sidley Austin
                                            555 West Fifth Street Suite 400
15  William Tran                            Los Angeles, CA 90013-1010
    Sidley Austin                           213-896-6000
16  555 West Fifth Street Suite 4000        Fax: 213-896-6600
    Los Angeles, CA 90013-1010              Email: bwashi01@sidley.com
17  213-816-6000
    Fax: 213-896-6600
18  Email: wtran@sidley.com

19

20

21                                          */s/ Theodore W. Atkinson*
                                            Theodore W. Atkinson
22                                          Senior Litigation Counsel
                                            United States Department of Justice
23

24

25

26

27

28

1