**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



RTS

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

TJH

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Undeliverable Mail

FILED
CLERK, U.S. DISTRICT COURT
MAY 15 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LA07CV03239 TJH - RetMail 210



UNITED STATES POSTAGE
$01.30
MAY 04 2012
MAILED FROM ZIP CODE 90012

Date Transmitted:     5/4/2012 10:21:15 AM

2:07-cv-03239  Doc: 210

Frederick   Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:        9

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | CV 07-3239 TJH (RNBx) |
| Petitioners, | |
| v. | Order |
| TIMOTHY S. ROBBINS, *et al.*, | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioners' motion for review of the Magistrate Judge's order, together with moving and opposing papers, and the records on file.

In the underlying class action, Petitioners challenge the constitutionality and legality of detaining immigrants in the Central District of California, pursuant to 8 U.S.C. §§ 1225(b), 1226(a), 1226(c), 1231(a), for more than six months without a bond hearing. Petitioners seek a writ of habeas corpus and request injunctive and declaratory relief providing an individual bond hearing for each class member. On

Order – Page 1 of 9