1  STUART F. DELERY
   Acting Assistant Attorney General
2  Civil Division
   DAVID J. KLINE
3  Director, Office of Immigration Litigation
   District Court Section
4  VICTOR M. LAWRENCE
   Principal Assistant Director
5  THEODORE W. ATKINSON
   Senior Litigation Counsel
6  United States Department of Justice
   Office of Immigration Litigation,
7  District Court Section
   P.O. Box 868, Ben Franklin Station
8  Washington, DC 20044
   Phone: (202) 532-4135
9  theodore.atkinson@usdoj.gov

10 Attorneys for Respondents

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                   **WESTERN DIVISION**

14

15 ALEJANDRO RODRIGUEZ, *et al.*,           ) Case No. CV 07-3239-TJH (RNBx)
                                             )
16         Petitioners,                      ) **JOINT STIPULATION TO EXTEND**
                                             ) **THE DEADLINE TO FILE A**
17     vs.                                   ) **PROTECTIVE ORDER BY ONE DAY**
                                             )
18 TIMOTHY S. ROBBINS, *in his*              )
   *capacity as U.S. Immigration and*        ) Hon. Terry J. Hatter, Jr.
19 *Customs Enforcement, Los Angeles*        )
   *District Field Office Director, et al.*,)
20                                           )
           Respondents.                      )
21                                           )

# JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE A PROTECTIVE ORDER BY ONE DAY

Respondents and Petitioners jointly request that this Court enter an order extending by one day the deadline to file a protective order in compliance with the Court's May 3 Order. See ECF 210. Good cause exists for this joint extension request, as explained herein.

As of approximately 8:00PM PST this evening, the parties had negotiated in good faith and reached agreement as to all but two issues with respect to the protective order, for which they intended to submit brief statements in support of their respective positions. However, when conducting a final review, counsel for Petitioners discovered material differences between the electronic version that the parties were about to file and the parties' common understanding as to the provisions that the proposed order should contain. The discrepancies appeared numerous and did not seem to arise from the prior version of the document.

The parties were unable to discover whether the cause of the discrepancy was electronic or instead human error, but given the prevalence of erroneous provisions, they were unable to conduct a thorough review and submit a protective order in keeping with their respective understandings in the time period remaining under the Court's deadline.

The parties are confident that, given one further day, they can either discover and correct the source of the error or re-draft the affected provisions to reflect their positions.

For these reasons, the parties respectfully request that the Court extend by one day its deadline for the submission of the proposed protective order.

Date: June 4, 2012

| FOR PETITIONERS: | FOR RESPONDENTS: |
|---|---|
| By: */s/ Ahilan T. Arulanantham* <br> Ahilan T. Arulanantham <br> ACLU Foundation of Southern California <br> 1616 Beverly Boulevard <br> Los Angeles, CA 90026 <br> 213-977-5211 <br> Fax: 213-977-5297 <br> Email: aarulanantham@aclu-sc.org <br><br> Attorneys for Petitioners | STUART F. DELERY <br> Acting Assistant Attorney General <br> Civil Division <br> DAVID J. KLINE <br> Director, Office of Immigration Litigation <br> District Court Section <br> VICTOR M. LAWRENCE <br> Principal Assistant Director <br><br> */s/ Theodore W. Atkinson* <br> THEODORE W. ATKINSON <br> Senior Litigation Counsel <br> United States Department of Justice <br> Office of Immigration Litigation, <br> District Court Section <br> P.O. Box 868, Ben Franklin Station <br> Washington, DC 20044 <br> Phone: (202) 532-4135 <br> theodore.atkinson@usdoj.gov <br><br> Attorneys for Respondents |

# **CERTIFICATE OF SERVICE**

I certify that on June 4, 2012, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
Senior Litigation Counsel
United States Department of Justice