1  STUART F. DELERY
   Acting Assistant Attorney General
2  Civil Division
   DAVID J. KLINE
3  Director, Office of Immigration Litigation
   District Court Section
4  VICTOR M. LAWRENCE
   Principal Assistant Director
5  THEODORE W. ATKINSON
   Senior Litigation Counsel
6  United States Department of Justice
   Office of Immigration Litigation,
7  District Court Section
   P.O. Box 868, Ben Franklin Station
8  Washington, DC 20044
   Phone: (202) 532-4135
9  theodore.atkinson@usdoj.gov

10 Attorneys for Respondents

11           **UNITED STATES DISTRICT COURT**

12           **CENTRAL DISTRICT OF CALIFORNIA**

13               **WESTERN DIVISION**

14
   ALEJANDRO RODRIGUEZ, *et al.*,      ) Case No. CV 07-3239-TJH (RNBx)
15                                      )
            Petitioners,               ) **JOINT STIPULATION FOR PARTIAL**
16                                      ) **VACATUR OF MAY 3, 2012 ORDER**
         vs.                           ) **GRANTING PETITIONER'S MOTION**
17                                      ) **FOR REVIEW**
   TIMOTHY S. ROBBINS, *in his*        )
18 *capacity as U.S. Immigration and*  )
   *Customs Enforcement, Los Angeles*  ) Hon. Terry J. Hatter, Jr.
19 *District Field Office Director, et al.,* )
                                        )
20          Respondents.               )
   _____ )
21

22

23        Respondents and Petitioners jointly request that this Court enter an order

24 partially vacating its May 3, 2012 order granting Petitioner's Motion for Review [ECF

25 # 210]. Specifically, the parties request that this Court vacate that portion of its May

26 3, 2012 order with respect to the disclosure and production of Violence Against

27 Women Act ("VAWA") related information, and "T" or "U" visa related information.

28

Good cause exists for partial vacatur of this Court's May 3, 2012 order. In its order, this Court construed the statutory and regulatory language found in 8 U.S.C. § 1367 and 8 C.F.R. § 208.6, and ordered the Government to produce, among other things, (1) VAWA-related information (information contemplated by 8 U.S.C. § 1101(a)(51) concerning any abused alien spouse, child or parent, including information regarding the whereabouts of such spouse, child or parent) (see 8 U.S.C. § 1367), and (2) "T" or "U" visa related information (information pertaining to an application or beneficiary under 8 U.S.C. § 1101(a)(15)(T) and (U)) (see 8 U.S.C. § 1367).

Following this Court's entry of the May 3, 2012 order, the parties have been in regular discussions about Respondents' potential plans to seek judicial review of the May 3, 2012 order, and a stay of this Court's order pending resolution of that review. As a result of these discussions, the parties have reached an agreement about the completion of discovery affected by this Court's May 3, 2012 order, and about potential requests by Respondents for further judicial review of the May 3, 2012 order.

The parties disagree as to whether this Court's May 3, 2012 order was correctly decided.  Nevertheless, the parties have agreed in writing to a negotiated resolution of all discovery issues concerning the Government's production of the information that was the subject of this Court's May 3, 2012 order, and have mutually agreed that the May 3, 2012 order should be partially vacated in order to facilitate a compromise and settlement of related discovery matters.  The relief sought herein, which is mutually requested by the parties, will further the orderly and efficient resolution of these proceedings and will conserve judicial resources by obviating the need for any further litigation over related discovery matters in the immediate term.

Generally, under the written agreement between the parties, although Respondents believe the May 3, 2012 order was incorrectly decided, they will forego certain rights with respect to seeking immediate judicial review of the Court's May 3,

2012 order.  The parties agree, however, that Respondents may make a request for judicial review of the May 3, 2012 order after final judgment in this action, or if the Court denies this joint stipulation, or if there is no decision on the joint stipulation entered before the time when Respondents' deadline for seeking further review is scheduled to expire.  Additionally, Respondents have agreed to disclose to Petitioners, pursuant to the terms of a protective order negotiated by the parties, non-VAWA-related and non-"T" or "U" visa related information (the vast majority of which is asylum-related information) by dates certain.  Respondents will make these disclosures pursuant to this Court's May 3, 2012 order, based on this Court's factual finding that the asylum-related information Petitioners seek is "a part of" the proceedings from which this litigation arises pursuant to the exception in 8 C.F.R. § 208.6(c)(2), and based on the Court's legal conclusion that disclosure is consistent with the regulatory language.

Petitioners believe that the May 3, 2012 order was correctly decided and intend to defend the order in its entirety should Respondents' seek judicial review.  However, in exchange for Respondents' agreements to forego judicial review at this time and to expeditiously produce certain non-VAWA related and non-"T" or "U" visa related information, and based on Respondents' representations regarding the very limited amount of VAWA and "U" and "T" related information that falls within the Court's order, Petitioners agreed, among other things, to enter into this joint stipulation to seek vacatur of the portion of this Court's May 3, 2012 order with respect to VAWA-related and "T" or "U" visa related information.

This joint stipulation is supported by the strong public and judicial policy favoring the voluntary settlement and compromise of litigation matters.  The parties agree that the relief sought herein is reasonable and will not prejudice any party to this action.

1    Because the parties' discovery agreement will be finalized by judicial action on

2  this joint stipulation, the parties respectfully request expeditious treatment of this joint

3  stipulation by the Court.

4

5  Date: June 4, 2012

6  FOR PETITIONERS:                          FOR RESPONDENTS:

7  By: */s/ Ahilan T. Arulanantham*           STUART F. DELERY
   Ahilan T. Arulanantham                     Acting Assistant Attorney General
8  ACLU Foundation of Southern California     Civil Division
   1616 Beverly Boulevard                     DAVID J. KLINE
9  Los Angeles, CA 90026                      Director, Office of Immigration Litigation
   213-977-5211                               District Court Section
10 Fax: 213-977-5297                          VICTOR M. LAWRENCE
   Email: aarulanantham@aclu-sc.org           Principal Assistant Director
11

12 Attorneys for Petitioners                  */s/ Theodore W. Atkinson*
                                              THEODORE W. ATKINSON
13                                            Senior Litigation Counsel
                                              United States Department of Justice
14                                            Office of Immigration Litigation,
                                              District Court Section
15                                            P.O. Box 868, Ben Franklin Station
                                              Washington, DC 20044
16                                            Phone: (202) 532-4135
                                              theodore.atkinson@usdoj.gov
17
                                              Attorneys for Respondents
18

19

20

21

22

23

24

25

26

27

28

**4**

1

## <u>CERTIFICATE OF SERVICE</u>

2

3
     I certify that on June 4, 2012, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

4

5
Ahilan T. Arulanantham
ACLU Foundation of Southern

6
California
1616 Beverly Boulevard

7
Los Angeles, CA 90026
213-977-5211

8
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

9
Jayashri Srikantiah
Stanford Law School

10
Immigrants' Rights Clinic,
Crown Quadrangle

11
559 Nathan Abbott Way
Stanford, CA 94305-8610

12
650-724-2442
Fax: 650-723-4426

13
Email: jsrikantiah@law.stanford.edu

14
Sean Commons
Sidley Austin

15
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010

16
213-816-6000
Fax: 213-896-6600

17
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

18

19

20
     */s/  Theodore W. Atkinson*

21
     Theodore W. Atkinson

22
     Senior Litigation Counsel
     United States Department of Justice

23

24

25

26

27

28