# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.,*<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>[PROPOSED]<br><br>ORDER GRANTING JOINT STIPULATION FOR PARTIAL VACATUR OF MAY 3, 2012 ORDER ON PETITIONERS' MOTION FOR REVIEW<br><br>Hon. Terry J. Hatter, Jr. |

The parties' joint stipulation for partial vacatur of this Court's May 3, 2012 Order granting Petitioners' August 29, 2011 motion for review came before this Court on June 1, 2012.

After full consideration of the joint stipulation, and good cause appearing, the parties' request for partial vacatur of this Court's May 3, 2012 order [ECF # 210] is GRANTED.

Accordingly, it is Ordered that:

1. The Court's May 3, 2012 order [ECF # 210] is vacated to the extent it granted the motion for review as to the statutory and regulatory provisions governing

the disclosure of (1) Violence Against Women Act ("VAWA") information contemplated by 8 U.S.C. § 1101(a)(51) concerning any abused alien spouse, child or parent, including information regarding the whereabouts of such spouse, child or parent, and (2) "T" or "U" visa related information pertaining to an application or beneficiary under 8 U.S.C. §§ 1101(a)(15)(T) and (U).

2.   The Magistrate Judge's August 15, 2011 order, which encompasses the Magistrate Judge's July 25, 2011 order, shall continue to govern the disclosure of VAWA related information and "T" and "U" visa related information in this action.

3.   No other portion of this Court's May 3, 2012 order is vacated or modified.

Date: _____, 2012.

_____
Terry J. Hatter, Jr.
Senior United States District Judge

Presented by:

STUART F. DELERY
Acting Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Attorneys for Petitioners

# CERTIFICATE OF SERVICE

I certify that on June 1, 2012, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: wtran@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

*/s/  Theodore W. Atkinson*
Theodore W. Atkinson
Senior Litigation Counsel
United States Department of Justice