# Exhibit 1
to
Notice of Related Case

*Rodriguez v. Robbins, et al.*, No. 07-CV-3239-TJH-RNBx

FILED

Rahim Azizarab
Petitioner/Detained
A022-660-128
PRO-Se
Adelanto-East Detention Facility
10400 Rancho Rd
P.O. Box 6005
Adelanto, CA  92301

2012 MAY -1  AM 10:36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

(463)

UNITED STATES District Court
Los Angeles, California

CV12 03754' TJH (VBK)

In re,

**Rahim Azizarab**

    Petitioner,

vs.

**Eric G. Salana,**
Acting Deputy Field Director

**Eric Holder,**
    U.S. Attorney General;

    Respondents,

) **A PETITION FOR WRIT OF HABEAS**
) **CORPUS FOR DECLARATORY AND**
) **INJUCTIVE RELIEF FROM UNLAWFUL**
) **DETENTION**

LODGED
CLERK, U.S. DISTRICT COURT

APR 30 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

A PETITION FOR WRIT OF HABEAS CORPUS

1  INTRODUCTION
2       Petitioner, Rahim Azizarab, Petitioner, In Pro Per, herein
3  is currently being held in detention by the Department of
4  Homeland Security (DHS), without a Bond or release on an order
5  of supervision Since December 23, 2011; and *without **ever seeing**
6  **an Immigration Judge since above mentioned date.*** The petitioner
7  is entitled to immediate release from detention, and would be
8  released but for the Department of Homeland Security's unlawful
9  interpretation of the Immigration and Nationality Act (INA). The
10 petitioner seeks declaratory and injunctive relief to review the
11 lawfulness of his detention by the United States Department of
12 Homeland Security, Immigration and Customs Enforcement ("ICE")
13 Since December 23, 2011.

14      Petitioner Rahim Azizarab, is a native of Iran. Petitioner
15 was previously held for twenty four months by ICE in California
16 then released on November 7, 2011. The petitioner has not been
17 involved in any new criminal case and his arrest by ICE took
18 place at ICE office in Chicago when he reported there for order
19 of supervision. He was held by ICE in custody at Dodge county
20 Wisconsin and Boone County Kentucky before being brought to Los
21 Angeles. The Petitioner was previously an Illinois resident and
22 has never been involved in any criminal cases in California.
23
24 The petitioner asserts that ICE's actions had violated certain
25 of the petitioners' constitutional and statutory rights,
   including: (i) the right to be free from arbitrary, prolonged,

A PETITION FOR WRIT OF HABEAS CORPUS                    Page 2 of 10

and indefinite detention; (ii) the right to a prompt bond hearing.

Petitioner requests the court to enter a preliminary injunction for immediate release on the grounds that his lengthy detention violated 8 U.S.C. § 1226(a) and the Due Process Clause of the Fifth Amendment. As an alternative to immediate release, Petitioner requested a preliminary injunction ordering an immigration judge to hold a hearing at which the government would have the burden of justifying his detention.

## VERIFIED PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner, Rahim Azizarab, appearing Pro Se, hereby petitions this Court for Habeas Corpus Pursuant to 28 U.S.C. 2241, and seeks declaratory and injunctive relief to review the lawfulness of his detention by the Department of Homeland Security, Immigration and Customs Enforcement (ICE) since December 23, 2011 without a bond or seeing an Immigration Judge. Pursuant to 8 C.F.R. §3.23(b)(1); The petitioner in support of this Petition and Complaint, the petitioner alleges as follows:

## CUSTODY

1. Petitioner is in the physical custody of the respondents and detained at the Adelanto-East Detention Facility, 10400 Rancho Rd, in California, pursuant to contractual agreement with the Department of Homeland Security and the Geo Group Incorporated.

JURISDICTION

2. This action arises under the United States Constitution, the Immigration and Nationality Act of 1952, as amended 8 U.S.C. 1101 et. seq. (the Act), and the Administrative Procedure Act, 5 U.S.C. 70T et. seq. (the APA).

3. Jurisdiction exists in this court pursuant to 28 U.S.C. 2241 et. seq., 28 U.S.C. 1331, the APA, 5 U.S.C. 701 et. seq., the Declaratory Judgment Act, 28 U.S.C. 2201 et. seq., and the All Writs Act, 28 U.S.C. 1361.

4. Petitioner has exhausted any and all administrative remedies to the extent required by law.

PARTIES

6. Petitioner Rahim Azizarab, is a native of Iran. Petitioner was taken into the respondent's custody, and has remained in their custody continuously since December 23, 2011.

7. Respondent Eric G. Saldana is sued in his official capacity as Acting Deputy Field Director and official in charge.

8. Respondent/Defendant Eric Holder is sued in his official capacity as the U.S. Attorney General.

FACTS

12. Petitioner, Rahim Azizarab, is a native of Iran.

13. Petitioner was previously held for twenty four months by ICE in California then released on November 7, 2011. The petitioner has not been involved in any new criminal case and his arrest by

1  ICE took place at ICE office in Chicago when he reported there
2  for order of supervision. He was held by ICE in custody at Dodge
3  county Wisconsin and Boone County Kentucky before being brought
4  to Los Angeles. The Petitioner was previously an Illinois
5  resident and has never been involved in any criminal cases in
6  California.

7  The petitioners allege that ICE's actions had violated certain
8  of the petitioners' constitutional and statutory rights,
9  including: (i) the right to be free from arbitrary, prolonged,
10 and indefinite detention; (ii) the right to a prompt bond
11 hearing.
   Petitioner requests the court to enter a preliminary injunction
12 for immediate release on the grounds that his lengthy detention
13 violated 8 U.S.C. § 1226(a) and the Due Process Clause of the
14 Fifth Amendment. As an alternative to immediate release,
15 Petitioner requested a preliminary injunction ordering an
   immigration judge to hold a hearing at which the government
16 would have the burden of justifying his detention.

17
18
19
20
21
22
23
24
25

A PETITION FOR WRIT OF HABEAS CORPUS                        Page 5 of 10

COUNT ONE

**DETENTION IN VIOLATION OF THE STATUTE AND REGULATION**

22. Petitioner repeats and re-alleges the allegations contained in paragraphs 1 through 13 above though set forth fully herein.

23. No special circumstances to justify petitioner's continued detention:

    a. Petitioner is not an alien with "highly contagious disease posing a danger to the public". See 8 C.F.R. 241.14(b).

    b. Petitioner's release would not cause "serious adverse foreign policy consequences." See C.F.R.241.14(c)(1)(ii). There is no indication that petitioner's release would have "serious adverse" foreign policy consequences.

    c. Petitioner was never and is not now **detained on account of security or terrorism concern.** See C.F.R.241.14(d)(1).

    d. Petitioner has not committed a violent crime as defined in 18 U.S.C. 16 as would classify him as "especially dangerous". See 8C.F.R.241.14(f)(1). His release therefore would not pose a special danger to the public. See 8C.F.R.241.14(f).

24. The petitioner asserts that given the duration of his detention by ICE, he is entitled to a bond hearing in which the government bears the burden of establishing that petitioner's continued detention is necessary.

27. The petitioners allege that ICE's actions had violated certain of the petitioners' constitutional and statutory rights, including: (i) the right to be free from arbitrary, prolonged,

and indefinite detention; (ii) the right to a prompt bond hearing.

Petitioner requests the court to enter a preliminary injunction for immediate release on the grounds that his lengthy detention violated 8 U.S.C. § 1226(a) and the Due Process Clause of the Fifth Amendment. As an alternative to immediate release, Petitioner requested a preliminary injunction ordering an immigration judge to hold a hearing at which the government would have the burden of justifying his detention.

## COUNT TWO

### SUBSTANTIVE DUE PROCESS

28. Petitioner repeats and re-alleges the allegations set forth in paragraph 1 through 13 as set forth fully herein.

29. As a person in the United States, petitioner is protected by the Due Process Clause of the Fifth Amendment. ICE has detained the petitioner for Since December 23 2011. Petitioner does not pose a danger to the community or a risk for flight, and no special circumstances exist to justify his continued detention. Indefinite detention is not justified and violates substantive due process. See Zadvydas, 533 U.S. at 690-91.

COUNT THREE

**Violation of Administrative Procedure Act, 5 U.S.C. 701 et. seq. (the APA)**

30. Petitioner repeats and re-alleges the allegations set forth in paragraph 1 through 13 as set forth fully herein.

31. ICE has lost Petitioners property or misplaced it and refuses to take responsibility for it. At the time of Petitioner arrest by Deborah Walton at 101 W. Congress in Chicago, The petitioner was carrying with him his laptop computer bag which was returned to him, but his London Fog Coat, his leather vest, his wallet with his bankcard, and his pouch bag containing his checks Driver's License, checks, two silver rings and a belt are missing. ICE has refused to provide compensation for the missing items despite repeated requests. The Petitioner estimates the value of missing items to be at $600.

PRAYER FOR RELIEF

**WHERFORE**, petitioner prays that this Honorable Court to grant the following relief:

a. Petitioner requests the court to enter a preliminary injunction for immediate release on the grounds that his lengthy detention violated 8 U.S.C. § 1226(a) and the Due Process Clause of the Fifth Amendment. As an alternative to immediate release, Petitioner requested a preliminary injunction ordering an immigration judge to hold a hearing at which the government would have the burden of justifying his detention.

b. Declaring that petitioner's continued detention is not authorized by the INA and/or violates the Fifth Amendment.

c. Granting this petition for a Writ of Habeas Corpus and releasing the petitioner.

d. Grant petitioner compensation for his missing property and court costs.

e. Grant any other and further relief this Court may deem appropriate.

Respectfully;

*Rahim Azizarab*

Rahim Azizarab
April 26, 2012

Rahim Azizarab                    Detained
Adelanto-East Detention Facility
P.O. Box 6005
Adelanto, CA  92301

PRO-Se

                                Proof of Service

## By Person in Federal Custody

I, Rahim Azizarab, the undersigned, certify, and do declare that I am over 18 years old, Detained at Adelanto East Detention Facility, Located at 10400 Rancho Rd Adelanto, California and a party to the attached foregoing cause of action.

## WRIT OF HABEAS CORPUS

To the following addresses;
Eric G. Saldana
U.S. Department of Homeland Security
300 N Los Angeles Street Room 7631
Los Angeles, CA  90012

Eric H. Holder, Attorney General
U.S. Department of Justice
950 Pennsylvania AV. NW
Washington D.C. 20530-0001

U.S. District Court
Central District of California
Spring Street Courthouse
312 North Spring St.
Los Angeles, CA 90012

I declare under penalty of perjury that the following is true and correct, and that this declaration was executed on April 26, 2012, at Adelanto, California.

Respectfully Submitted

*Rahim Azizarab* (signature)

Rahim Azizarab

Petitioner  In-Pro-Per



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

TERRY NAFISI
District Court Executive
and Clerk of Court

Tuesday, May 01, 2012

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

RAHIM AZIZARAB
A-022-660-128
P.O. BOX 6005
ADELANTO, CA 92301

Dear Sir/Madam:

Your petition has been filed and assigned civil case number     CV12- 3754 TJH (VBK)

Upon the submission of your petition, it was noted that the following discrepancies exist:

[X] 1. You did not pay the appropriate filing fee of $5.00. Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety. The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

[X] 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

[ ] (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

[X] (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

[ ] (d) You did not use the correct form. You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court
         CPOWERS
By: _____
    Deputy Clerk

CV-111 (07/06)     NOTICE re: DISCREPANCIES FOR FILING OF HABEAS CORPUS PETITION



**TERRY NAFISI**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-7984

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Tuesday, May 01, 2012

RAHIM AZIZARAB
A-022-660-128
P.O. BOX 6005
ADELANTO, CA 92301

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV12- 3754 TJH (VBK)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

A [ ] Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and assigned civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
[ ] District Court Judge _____
[X] Magistrate Judge __Victor B. Kenton__
at the following address:

[X] U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA 90012

[ ] Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA 92701-4516

[ ] U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,
Clerk, U.S. District Court

By: __CPOWERS__
Deputy Clerk

CV-17 (06/09)    LETTER re FILING H/C PETITION or 28/2255 MOTION

Rahim Hazayreb
22 660128
Adelanto-East Detention Facility - 1A
P.O. Box 6005
Adelanto, CA 92301

Legal Mail

APR 30 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIFORNIA
BY _____ DEPUTY
RECEIVED

Office of Court Clerk
United States District Court
312 North Spring St.
Los Angeles, CA 90012

92½

Case 2:07-cv-03239-TJH-KES   Document 216-1   Filed 06/04/12   Page 15 of 15   Page ID #:2918