1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  MICHAEL KAUFMAN (SBN 254575)
   Email: mkaufman@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1616 Beverly Boulevard
5  Los Angeles, California 90026
   Tel: (213) 977-5211
6  Fax: (213) 977-5297

7  Attorneys for Petitioners
   (Additional counsel listed on following page)
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

12

13  ALEJANDRO RODRIGUEZ, *et al.*,      )  Case No. CV 07-3239-TJH (RNBx)
                                        )
       Petitioners,                     )  **SECOND JOINT STIPULATION FOR**
14                                      )  **EXTENSION OF THE DEADLINE TO**
       vs.                              )  **FILE A PROTECTIVE ORDER**
15                                      )
                                        )
16  TIMOTHY S. ROBBINS, *in his*        )  Honorable Terry J. Hatter, Jr.
    *capacity as U.S. Immigration and*  )
17  *Customs Enforcement, Los Angeles*  )
    *District Field Office Director*, et al., )
18                                      )
       Respondents.                     )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
                                        )
22                                      )

1   Additional counsel:

2   JUDY RABINOVITZ
    AMERICAN CIVIL LIBERTIES FOUNDATION
3   IMMIGRANTS' RIGHTS PROJECT
    125 Broad Street, 18th Floor
4   New York, NY 10004
    Telephone: (212) 549-2618
5   Facsimile: (212) 549-2654

6   JAYASHRI SRIKANTIAH (SBN 189566)
    STANFORD LAW SCHOOL
7   IMMIGRANTS' RIGHTS CLINIC
    Crown Quadrangle
8   559 Nathan Abbott Way
    Stanford, CA 94305-8610
9   Telephone: (650) 724-2442
    Facsimile: (650) 723-4426
10
    SEAN COMMONS (SBN 217603)
11  CODY JACOBS (SBN 272276)
    SIDLEY AUSTIN LLP
12  555 West Fifth Street, Suite 4000
    Los Angeles, California 90013-1010
13  Telephone: (213) 896-6000
    Facsimile: (213) 896-6600
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SECOND JOINT STIPULATION FOR EXTENSION OF THE DEADLINE
TO FILE A PROTECTIVE ORDER**

Respondents and Petitioners jointly request that this Court enter an order extending by four days the deadline to file a protective order in compliance with the Court's May 3, 2012 Order. *See* Dkt. 210. Good cause exists for this joint extension request, as explained herein.

In accordance with Court's May 3, 2012 Order, the parties have been negotiating in good faith and appeared to reach agreement over all but three issues with respect to the protective order. However, on the evening of June 4, 2012, when conducting a final review, Petitioner's counsel discovered technical errors with the parties' draft protective order that the parties were unable to resolve by the deadline for filing the protective order. As a result, the parties jointly requested an extension of the deadline by one day to fix the technical issues. *See* Dkt. 214

Today, in the course of attempting to resolve issues concerning the protective order, Petitioner's counsel discovered further issues with respect to the draft protective order. The parties are continuing to negotiate over their remaining substantive disputes. The parties believe that the extension of time will permit them the opportunity to resolve at least some (if not all) of the disputes by June 8, 2012.

///
///
///
///
///
///
///
///
///
///

1    For these reasons, the parties respectfully request that the Court extend by four

2    days its deadline for the submission of the proposed protective order, up to and

3    including June 8, 2012.

4                                          Respectfully submitted,

5

6    Dated:  June 5, 2012

7

8    FOR PETITIONERS:                      FOR RESPONDENTS:

9    ACLU OF SOUTHERN CALIFORNIA           STUART F. DELERY
                                           Acting Assistant Attorney General
                                           Civil Division
     /s/ Ahilan T. Arulanantham           DAVID J. KLINE
10   AHILAN T. ARULANANTHAM                Director, Office of Immigration Litigation
                                           District Court Section
11   Attorneys for Petitioners            VICTOR M. LAWRENCE
                                           Principal Assistant Director
12

13                                         /s/ Theodore W. Atkinson
                                           THEODORE W. ATKINSON
14                                         Senior Litigation Counsel
                                           United States Department of Justice
15                                         Office of Immigration Litigation,
                                           District Court Section
16                                         P.O. Box 868, Ben Franklin Station
                                           Washington, DC 20044
17                                         Phone: (202) 532-4135
                                           theodore.atkinson@usdoj.gov
18
                                           Attorneys for Respondents
19

20

21

22

23

24

25

26

27

28

                                      2