PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-5211
Fax: (213) 977-5297

Attorneys for Petitioners
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*, et al., <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION FOR AN EXTENSION TO FILE PROTECTIVE ORDER** <br><br> Honorable Terry J. Hatter, Jr. |

1  Additional counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY  10004
   Telephone:  (212) 549-2618
5  Facsimile:  (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone:  (650) 724-2442
   Facsimile:  (650) 723-4426
10

11 SEAN COMMONS (SBN 217603)
   CODY JACOBS (SBN 272276)
   SIDLEY AUSTIN LLP
12 555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
13 Telephone:  (213) 896-6000
   Facsimile:  (213) 896-6600

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  The parties' joint stipulation for an extension to file a protective order pursuant
2  to this Court's May 3, 2012 Order came before this Court on June 5, 2012.
3  After full consideration of the joint stipulation, and good cause appearing, the
4  parties' request for an extension is GRANTED.
5  Accordingly, it is Ordered that the parties shall submit a stipulation to the
6  Magistrate Judge by June 8, 2012 for the purpose of maintaining the confidentiality of
7  information subject to the Court's May 3, 2012 Order.

Dated: June ____, 2012.

_____
HONORABLE TERRY J. HATTER, JR.
Senior United States District Court Judge