**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>ORDER GRANTING JOINT STIPULATION FOR PARTIAL VACATUR OF MAY 3, 2012 ORDER ON PETITIONERS' MOTION FOR REVIEW [215]<br><br>Hon. Terry J. Hatter, Jr. |

The parties' joint stipulation for partial vacatur of this Court's May 3, 2012 Order granting Petitioners' August 29, 2011 motion for review came before this Court on June 1, 2012.

After full consideration of the joint stipulation, and good cause appearing, the parties' request for partial vacatur of this Court's May 3, 2012 order [ECF # 210] is GRANTED.

Accordingly, it is Ordered that:

1. The Court's May 3, 2012 order [ECF # 210] is vacated to the extent it granted the motion for review as to the statutory and regulatory provisions governing

the disclosure of (1) Violence Against Women Act ("VAWA") information contemplated by 8 U.S.C. § 1101(a)(51) concerning any abused alien spouse, child or parent, including information regarding the whereabouts of such spouse, child or parent, and (2) "T" or "U" visa related information pertaining to an application or beneficiary under 8 U.S.C. §§ 1101(a)(15)(T) and (U).

2. The Magistrate Judge's August 15, 2011 order, which encompasses the Magistrate Judge's July 25, 2011 order, shall continue to govern the disclosure of VAWA related information and "T" and "U" visa related information in this action.

3. No other portion of this Court's May 3, 2012 order is vacated or modified.

Date: June 6, 2012

_____
Terry J. Hatter, Jr.
Senior United States District Judge