1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
|---|---|
| Petitioners, | |
| v. | ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION TO FILE PROTECTIVE ORDER [214] |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | Hon. Terry J. Hatter, Jr. |
| Respondents. | |

The parties' joint stipulation for an extension to file a protective order pursuant to this Court's May 3, 2012 Order came before this Court on June 4, 2012.

After full consideration of the joint stipulation, and good cause appearing, the parties' request for an extension is GRANTED.

Accordingly, it is Ordered that the parties shall submit a stipulation to the Magistrate Judge by June 5, 2012 for the purpose of maintaining the confidentiality of information subject to the Court's May 3, 2012 Order.

Date: June 6, 2012

_____
Terry J. Hatter, Jr.
Senior United States District Judge