PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-5211
Fax: (213) 977-5297

Attorneys for Petitioners
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*, et al., <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **ORDER GRANTING SECOND JOINT STIPULATION FOR AN EXTENSION TO FILE PROTECTIVE ORDER [217]** <br><br> Honorable Terry J. Hatter, Jr. |

1  Additional counsel:

2  JUDY RABINOVITZ
   AMERICAN CIVIL LIBERTIES FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
4  New York, NY  10004
   Telephone:  (212) 549-2618
5  Facsimile:  (212) 549-2654

6  JAYASHRI SRIKANTIAH (SBN 189566)
   STANFORD LAW SCHOOL
7  IMMIGRANTS' RIGHTS CLINIC
   Crown Quadrangle
8  559 Nathan Abbott Way
   Stanford, CA 94305-8610
9  Telephone:  (650) 724-2442
   Facsimile:  (650) 723-4426
10
   SEAN COMMONS (SBN 217603)
11 CODY JACOBS (SBN 272276)
   SIDLEY AUSTIN LLP
12 555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
13 Telephone:  (213) 896-6000
   Facsimile:  (213) 896-6600
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties' joint stipulation for an extension to file a protective order pursuant to this Court's May 3, 2012 Order came before this Court on June 5, 2012.

After full consideration of the joint stipulation, and good cause appearing, the parties' request for an extension is GRANTED.

Accordingly, it is Ordered that the parties shall submit a stipulation to the Magistrate Judge by June 8, 2012 for the purpose of maintaining the confidentiality of information subject to the Court's May 3, 2012 Order.

Dated: June 7, 2012.

_____
HONORABLE TERRY J. HATTER, JR.
Senior United States District Judge