STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-4135
e-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **DISCOVERY MATTER** |
| vs. | **NOTICE OF MOTION AND MOTION FOR ENTRY OF A PROTECTIVE ORDER GOVERNING CONFIDENTIAL AND HIGHLY CONFIDENTIAL INFORMATION** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | |
| Respondents. | Hon. Robert N. Block |

1    Pursuant to Judge Hatter's May 3, 2012 order (ECF 210) granting

2  Petitioner's motion for review, the parties are contemporaneously filing a joint

3  stipulation for the entry of a protective order governing certain protected

4  information.

5    The parties are in agreement with regard to most provisions that should

6  govern.  The remaining disputes between the parties are addressed in the joint

7  stipulation.

8    The parties' proposed protective orders accompany the joint stipulation.

9
   Dated:  June 8, 2012
10
   By: */s/ Ahilan Arulanantham*        STUART F. DELERY
11  AHILAN T. ARULANANTHAM          Acting Assistant Attorney General
    ACLU OF SOUTHERN CALIFORNIA     DAVID J. KLINE
12                                   Director,
    Attorneys for Petitioners        Office of Immigration Litigation
13                                   District Court Section
                                     VICTOR M. LAWRENCE
14                                   Principal Assistant Director

15                                   By:  */s/ Theodore W. Atkinson*
                                     THEODORE W. ATKINSON
16                                   Senior Litigation Counsel
                                     United States Department of Justice
17                                   Civil Division
                                     Office of Immigration Litigation
18                                   District Court Section
                                     P.O. Box 868, Ben Franklin Station
19                                   Washington, DC 20044
                                     Tel.: (202) 532-4135
20                                   e-mail: theodore.atkinson@usdoj.gov

21                                   Attorneys for Respondents

22

23

24

25

26

27

28

1

1

## **CERTIFICATE OF SERVICE**

2

3          I certify that on June 8, 2011, I served a copy of the foregoing through the
Court's CM/ECF system on the following counsel of record:

4

5    Ahilan T. Arulanantham
ACLU Foundation of Southern
California
6    1616 Beverly Boulevard
Los Angeles, CA 90026
7    213-977-5211
Fax: 213-977-5297
8    Email: aarulanantham@aclu-sc.org

9    Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
10   Crown Quadrangle
559 Nathan Abbott Way
11   Stanford, CA 94305-8610
650-724-2442
12   Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

13

14   William Tran
Sidley Austin
15   555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
16   213-816-6000
Fax: 213-896-6600
17   Email: wtran@sidley.com

18

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

19

20                                          */s/  Theodore W. Atkinson*

21                                          Theodore W. Atkinson

22                                          Senior Litigation Counsel

23                                          United States Department of Justice

24

25

26

27

28

2