UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 07-3239-TJH (RNBx)**                                     Date: **June 11, 2012**

Title:  **Alejandro Rodriguez, et al. v. Timothy S. Robbins, et al.**

**DOCKET ENTRY**

PRESENT:

HON. **ROBERT N. BLOCK,** UNITED STATES MAGISTRATE JUDGE

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:
  None present                                                                    None present

**PROCEEDINGS:  (IN CHAMBERS)**

**The Parties' Respective Motions for Entry of Protective Order, filed June 8, 2012**

Based on its review of the Joint Stipulation, the Court has concluded that oral argument will not be of material assistance to the Court's determination of these Motions.  Accordingly, the Court now rules as follows with respect to the four issues in dispute.

1. **One-Tiered or Two-Tiered Protective Order.**  The Court approves respondents' proposal that the Protective Order provide for two tiers of protection.

2. **Class Counsel Disclosure Language.**  The Court approves respondent's proposed language for ¶ IV(b)(2), except that class counsel who already have entered an appearance in this action need not sign a copy of the Acknowledgment of Protective Order form.

3. **Restrictions on Disclosure.**  The Court does not approve petitioner's proposed additional language for ¶ VI(b).

4. **Maintenance of Protected Information.**  The Court does not approve respondents' proposed additional language for ¶ VII(d).

Counsel are ordered to submit a revised proposed Protective Order that comports with the foregoing rulings within seven (7) days of the service of this Minute Order.

cc:    Judge Hatter

MINUTES FORM 11                                                                                Initials of Deputy Clerk      klh
CIVIL-GEN