## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 07-3239-TJH (RNBx)**                                        Date: **June 13, 2012**

Title:  **Alejandro Rodriguez, et al. v. Timothy S. Robbins, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>ROBERT N. BLOCK</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Kerri Hays</u>                                   <u>    n/a    </u>
Deputy Clerk                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
None present                                                    None present

**PROCEEDINGS:  (IN CHAMBERS)**

### The Amended Notice of Motion and Motion for Entry of Protective Order filed June 12, 2012

 Since the parties' original Joint Motion did not purport to notice the Motion for hearing and made no mention of the filing of Supplemental Memoranda, but rather represented that the remaining disputes between the parties were addressed in the Joint Stipulation, the Court went ahead and ruled on the remaining disputes in a Minute Order issued on June 11, 2012 (but not docketed until the next day).
 The Court presumes that counsel were unaware of the Court's rulings when they filed their Amended Notice of Motion and Motion.  In any event, the Court will not consider any further briefing and will not hold a hearing on the Motion.  Its previous order will stand.  If either of the parties disagrees with the Court's rulings, they are welcome to seek review from the District Judge.


cc:     Judge Hatter

MINUTES FORM 11                                                       Initials of Deputy Clerk      klh
CIVIL-GEN