PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys For Petitioners**
(Additional counsel listed on following page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et. al., | Case No. CV 07- 3239-TJH (RNBx) |
| Petitioners, | Assigned to the Honorable Terry J. Hatter Jr. |
| vs. | |
| TIMOTHY ROBBINS, et. al., | **PROOF OF SERVICE OF NOTICE OF APPEARANCE OF COUNSEL** |
| Respondents. | |

PROOF OF SERVICE

| | |
|---|---|
| 1 | Additional Counsel: |
|   | JUDY RABINOVITZ |
| 2 | MICHAEL TAN |
| 3 | AMERICAN CIVIL LIBERTIES FOUNDATION |
|   | IMMIGRANTS' RIGHTS PROJECT |
| 4 | 125 Broad Street, 18th Floor |
| 5 | New York, NY 10004 |
|   | Telephone: (212) 549-2618 |
| 6 | Facsimile: (212) 549-2654 |
| 7 | |
|   | JAYASHRI SRIKANTIAH (SBN 189566) |
| 8 | STANFORD LAW SCHOOL |
| 9 | IMMIGRANTS' RIGHTS CLINIC |
|   | Crown Quadrangle |
| 10 | 559 Nathan Abbott Way |
| 11 | Stanford, CA 94305-8610 |
|   | Telephone: (650) 724-2442 |
| 12 | Facsimile: (650) 723-4426 |
| 13 | |
|   | SEAN COMMONS (SBN 217603) |
| 14 | CODY JACOBS (SBN 272276) |
| 15 | SIDLEY AUSTIN LLP |
|   | 555 West Fifth Street, Suite 4000 |
| 16 | Los Angeles, California 90013-1010 |
| 17 | Telephone: (213) 896-6000 |
|   | Facsimile: (213) 896-6600 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**PROOF OF SERVICE**

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                                            ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On June 20, 2012, I served the foregoing document(s) described as **NOTICE OF APPEARANCE OF COUNSEL CODY JACOBS AND NOTICE OF APPEARANCE OF COUNSEL SEAN COMMONS** on all interested parties in this action as follows (or as on the attached service list):

| | |
|---|---|
| Jennifer L. Stark<br>ACLU Foundation of Southern California<br>1313 West 8th Street<br>Los Angeles, CA 90017 | Gjon Juncaj<br>U.S. Department of Justice<br>Office of Immigration Litigation<br>P.O. Box 868<br>Ben Franklin Station<br>Washington, D.C. 20044 |

Frederick Ngaywa
A 95 722 629
P.O. Box 6005
Adelando, CA 92301

☒ (VIA U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2012, at Los Angeles, California.

Eva A. Fitzhugh

3

**PROOF OF SERVICE**