1  PETER J. ELIASBERG (SBN 189110)
   Email: peliasberg@aclu-sc.org
2  AHILAN T. ARULANANTHAM (SBN 237841)
   Email: aarulanantham@aclu-sc.org
3  MICHAEL KAUFMAN (SBN 254575)
   Email: mkaufman@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
5  Los Angeles, California 90017
   Tel: (213) 977-5211
6  Fax: (213) 977-5297

7  **Attorneys for Petitioners**
   (Additional counsel listed on following page)
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07- 3239-TJH (RNBx) |
| Petitioners, | **NOTICE OF APPEARANCE OF FATIMA ALLOO** |
| vs. | Honorable Terry J. Hatter |
| TIMOTHY ROBBINS, et al., | |
| Respondents. | |

Additional Counsel:

JUDY RABINOVITZ
MICHAEL TAN
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
CODY JACOBS (SBN 272276)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

1 | Undersigned counsel respectfully notices the appearance of Fatima Alloo on
2 | behalf of Petitioners in this case. Ms. Alloo's contact information is as follows:

3 | Fatima Alloo
4 | ACLU of Southern California
    | 1313 West 8th Street
5 | Los Angeles, CA 90017
    | Telephone: (213) 977-9500
6 | Facsimilie: (213) 977-5297
    | Email: falloo@aclu-sc.org

7 |                 Respectfully submitted,

8 |                 ACLU OF SOUTHERN CALIFORNIA

9 | Dated: June 21, 2012      /s Michael Kaufman
10 |                 MICHAEL KAUFMAN
    |                 Counsel for Petitoners