PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys for Petitioners**
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al.,<br><br>Petitioners,<br><br>vs.<br><br>TIMOTHY ROBBINS, et al.,<br><br>Respondents. | Case No. CV 07- 3239-TJH (RNBx)<br><br>**PETITIONERS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable Terry J. Hatter, Jr.<br><br>Hearing Date: August 13, 2012<br><br>Hearing Time: UNDER SUBMISSION |

Additional Counsel:

JUDY RABINOVITZ
MICHAEL TAN
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
CODY JACOBS (SBN 272276)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

To all parties and their counsel of record, please take notice that a hearing is under submission on August 13, 2012, before the Honorable Terry J. Hatter, Jr., in Courtroom 17 of the United States District Court, Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California, 90012. Petitioners will and hereby move for a preliminary injunction seeking rigorous bond hearings, consistent with existing Ninth Circuit law governing prolonged detention, on behalf of all members of the Section 1225(b) and 1226(c) subclasses.

The parties have met and conferred on the schedule for this motion, and have reached agreement on a briefing schedule. Under that agreement, the parties have agreed that: Petitioners shall file the motion on June 25, 2012; Respondents shall file any response by July 18, 2012; Petitioners shall file any reply by July 30, 2012; and the hearing shall be noticed for August 13, 2012.

The accompanying Memorandum of Points and Authorities contains information designated "confidential" and "highly confidential" under the terms of the Stipulated Protective Order. *See* Dkt. 227. Pursuant to the Stipulated Protective Order, "confidential" and "highly confidential" information in the accompanying Memorandum has been redacted. Petitioners will file tomorrow an unredacted version of the Memorandum *under seal*, pursuant to Local Rule 79.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: June 25, 2012

 /s Ahilan Arulanantham
AHILAN ARULANANTHAM
Counsel for Petitioners