PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys for Petitioners**
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07- 3239-TJH (RNBx) |
| Petitioners, | **[PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| TIMOTHY ROBBINS, et al., | Honorable Terry J. Hatter, Jr. |
| Respondents. | |

1  Additional Counsel:

2  JUDY RABINOVITZ
   MICHAEL TAN
3  AMERICAN CIVIL LIBERTIES FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
4  125 Broad Street, 18th Floor
   New York, NY 10004
5  Telephone: (212) 549-2618
   Facsimile: (212) 549-2654
6
   JAYASHRI SRIKANTIAH (SBN 189566)
7  STANFORD LAW SCHOOL
   IMMIGRANTS' RIGHTS CLINIC
8  Crown Quadrangle
   559 Nathan Abbott Way
9  Stanford, CA 94305-8610
   Telephone: (650) 724-2442
10 Facsimile: (650) 723-4426

11 SEAN COMMONS (SBN 217603)
   CODY JACOBS (SBN 272276)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Good cause having been shown in Petitioners' Motion for Preliminary
2  Injunction, the petition is hereby granted.  Within thirty days of the date of this Order,
3  Respondents shall identify all members of the Section 1225(b) and Section 1226(c)
4  Subclasses and provide each of them with a bond hearing before an Immigration
5  Judge with power to grant their release, unless the government shows by clear and
6  convincing evidence that their detention is justified based on their danger to the
7  community or risk of flight.  Such hearings shall be recorded, such that transcriptions
8  will be available in the event of any appeal.

In addition, within thirty days of the date of this Order, Respondents shall also develop a system to timely identify all future Subclass members and ensure that they receive such bond hearings.

It is so ORDERED.

Dated: _____

_____
HONORABLE TERRY J. HATTER, JR.
United States District Court Judge