Ahilan T. Arulanantham
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Rodriguez, et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 07-3239-TJH(RNBx) |
| v. | |
| Robbins, et al., | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

Ex Parte Application for Under Seal Filing
Proposed Order Granting Ex Parte Application for Under Seal Filing
Petitioners' Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, Ex. 51

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☑ Other : see list above

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required ( *reason* ):

| June 26, 2012 | s/ Ahilan T. Arulanantham |
|---|---|
| Date | Attorney Name |
| | Counsel for Petitioners |
| | Party Represented |

*Note:* File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)          **NOTICE OF MANUAL FILING**