STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-4135
e-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **JOINT STIPULATION FOR ENTRY OF SCHEDULING ORDER** <br><br> Hon. Terry J. Hatter, Jr. |

The parties jointly stipulate to the contemporaneously-filed proposed order setting a schedule for pre-trial matters in this action. Consistent with this Court's minute order governing the pre-trial phase of this action (*see* ECF 79), counsel for the parties have reached an agreement regarding pre-trial dates, including dates concerning the amendment of pleadings, the close of fact discovery, a schedule for expert discovery, and a briefing schedule for dispositive motions. The parties agree and stipulate to the following schedule:

<u>Amendment of pleadings</u>: Any motion to join another party or to amend a pleading shall be filed and served on or before August 27, 2012.

<u>Fact discovery cutoff</u>: Fact discovery shall close on September 24, 2012. All interrogatories, requests for admission, requests for production, or the like, shall be served at least 30 days before the discovery cutoff date. All depositions shall occur on or before the discovery cutoff date. A deposition which was started on or before the discovery cutoff date may continue beyond the cutoff date, if necessary for completion.

<u>Expert discovery</u>: The parties shall disclose their experts in accordance with Fed. R. Civ. P. 26(a)(2) on or before September 24, 2012. The parties shall disclose any expert called to rebut the testimony of another party's expert in accordance with Fed. R. Civ. P. 26(a)(2) on or before November 7, 2012. Expert discovery shall close on November 20, 2012. All depositions of experts shall occur on or before the discovery cutoff date. An expert deposition which was started on or before the discovery cutoff date may continue beyond the cutoff date, if necessary for completion.

<u>Dispositive motions</u>: The parties shall file all dispositive motions on or before December 7, 2012. The parties shall file any opposition or response to a dispositive motion on or before January 4, 2013. The parties shall file any reply in support of a dispositive motion on or before January 18 (however, the parties agree that a party may seek an extension of that time until January 22, 2013, with

1 leave of the Court).  The motion date shall be noticed for February 4, 2013, on any
2 dispositive motion.
3     * * *
4     The parties agree that the proposed schedule complies with Federal Rule of
5 Civil Procedure 26 and Local Rule 16.  The parties agree that the entry of the
6 proposed scheduling order serves the interests of judicial efficiency, and for that
7 reason request that the Court enter the accompanying proposed order.

Dated:  June 26, 2012

| By: */s/ Ahilan Arulanantham*<br>AHILAN T. ARULANANTHAM<br>ACLU OF SOUTHERN CALIFORNIA<br><br>Attorneys for Petitioners | STUART F. DELERY<br>Acting Assistant Attorney General<br>DAVID J. KLINE<br>Director,<br>Office of Immigration Litigation<br>District Court Section<br>VICTOR M. LAWRENCE<br>Principal Assistant Director<br><br>By:  */s/ Theodore W. Atkinson*<br>THEODORE W. ATKINSON<br>Senior Litigation Counsel<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 532-4135<br>e-mail: theodore.atkinson@usdoj.gov<br><br>Attorneys for Respondents |

# CERTIFICATE OF SERVICE

I certify that on June 26, 2012, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: wtran@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Steven A. Ellis
Sidley Austin LLP
555 W 5th St, Ste 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: sellis@sidley.com

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: bwashi01@sidley.com

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
Senior Litigation Counsel
United States Department of Justice

3