1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | ) Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | ) **[PROPOSED] SCHEDULING ORDER** |
| vs. | ) Hon. Terry J. Hatter, Jr. |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | ) |
| Respondents. | ) |

| | |
|---|---|
| 1 | |
| 2 | This matter comes before this Court on the parties' joint stipulation for the |
| 3 | entry of a scheduling order governing pre-trial matters in this action.  The Court |
| 4 | having found that the parties agree to the following schedule and that good cause |
| 5 | exists for issuance of a scheduling order governing the pre-trial phase of this |
| 6 | action, it is |
| 7 | HEREBY ORDERED that the following dates shall govern pre-trial matters |
| 8 | in this action as follows: |
| 9 | <u>Amendment of pleadings</u>:  Any motion to join another party or to amend a |
| 10 | pleading shall be filed and served on or before August 27, 2012. |
| 11 | <u>Fact discovery cutoff</u>:  Fact discovery shall close on September 24, 2012. |
| 12 | All interrogatories, requests for admission, requests for production, or the like, |
| 13 | shall be served at least 30 days before the discovery cutoff date.  All depositions |
| 14 | shall occur on or before the discovery cutoff date. A deposition which was started |
| 15 | on or before the discovery cutoff date may continue beyond the cutoff date, if |
| 16 | necessary for completion. |
| 17 | <u>Expert discovery</u>:  The parties shall disclose their experts in accordance |
| 18 | with Fed. R. Civ. P. 26(a)(2) on or before September 24, 2012.  The parties shall |
| 19 | disclose any expert called to rebut the testimony of another party's expert in |
| 20 | accordance with Fed. R. Civ. P. 26(a)(2) on or before November 7, 2012.  Expert |
| 21 | discovery shall close on November 20, 2012.  All depositions of experts shall |
| 22 | occur on or before the discovery cutoff date. An expert deposition which was |
| 23 | started on or before the discovery cutoff date may continue beyond the cutoff date, |
| 24 | if necessary for completion. |
| 25 | <u>Dispositive motions</u>:  The parties shall file all dispositive motions on or |
| 26 | before December 7, 2012.  The parties shall file any opposition or response to a |
| 27 | |
| 28 | |

1

1  dispositive motion on or before January 4, 2013.  The parties shall file any reply in
2  support of a dispositive motion on or before January 18.
3
4
5  Dated: _____, 2012      _____
6                                                  TERRY J. HATTER, JR.
                                                        United States Senior District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PRESENTED BY:

STUART F. DELERY
Acting Assistant Attorney General
DAVID J. KLINE
Director,
Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
By: */s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4135
e-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents

By: */s/ Ahilan Arulanantham*
AHILAN T. ARULANANTHAM
ACLU OF SOUTHERN CALIFORNIA

Attorneys for Petitioners