PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys for Petitioners**
(Additional counsel listed on following page)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **PETITIONERS' *EX PARTE* APPLICATION FOR *UNDER SEAL* FILING** |
| vs. | |
| TIMOTHY ROBBINS, et al., | Honorable Terry J. Hatter, Jr. |
| Respondents. | |

1  Additional Counsel:

2  JUDY RABINOVITZ
   MICHAEL TAN
3  AMERICAN CIVIL LIBERTIES FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
4  125 Broad Street, 18th Floor
   New York, NY 10004
5  Telephone: (212) 549-2618
   Facsimile: (212) 549-2654
6
   JAYASHRI SRIKANTIAH (SBN 189566)
7  STANFORD LAW SCHOOL
   IMMIGRANTS' RIGHTS CLINIC
8  Crown Quadrangle
   559 Nathan Abbott Way
9  Stanford, CA 94305-8610
   Telephone: (650) 724-2442
10 Facsimile: (650) 723-4426

11 SEAN COMMONS (SBN 217603)
   CODY JACOBS (SBN 272276)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Petitioners seek leave to file the attached unredacted version of Plaintiffs'
2  Memorandum of Points and Authorities in Support of Motion for Preliminary
3  Injunction, and Exhibit 51, *under seal*.
4  The redacted information and the exhibit are subject to the Stipulated Protected
5  Order (Dkt. 227) entered in this case and cannot be made available to the public.
6  Petitioners filed a public version of the memorandum through the Court's
7  electronic filing system (Dkt.232)
8  Counsel for Petitioners communicated with government counsel, Theodore
9  Atkinson, who stated he does not oppose this request.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: June 26, 2012

AHILAN T. ARULANANTHAM
Counsel for Petitioners

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1313 West Eighth Street, Los Angeles, California 90017. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On June 26, 2012, I served the foregoing document:

***EX PARTE* APPLICATION FOR *UNDER SEAL* FILING** on the parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Theodore Atkinson
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Theodore.Atkinson@usdoj.gov

I caused such envelope(s) fully prepaid with US Postage to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

The foregoing document was also delivered by electronic mail to Mr. Atkinson's email address, listed above.

Executed on June 26, 2012, at Los Angeles, California.

Geneva Tien