1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **SCHEDULING ORDER [234]** |
| vs. | Hon. Terry J. Hatter, Jr. |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | |
| Respondents. | |

23
24
25
26
27
28

1

2   This matter comes before this Court on the parties' joint stipulation for the
3   entry of a scheduling order governing pre-trial matters in this action.  The Court
4   having found that the parties agree to the following schedule and that good cause
5   exists for issuance of a scheduling order governing the pre-trial phase of this
6   action, it is
7   HEREBY ORDERED that the following dates shall govern pre-trial matters
8   in this action as follows:
9   <u>Amendment of pleadings</u>:  Any motion to join another party or to amend a
10  pleading shall be filed and served on or before August 27, 2012.
11  <u>Fact discovery cutoff</u>:  Fact discovery shall close on September 24, 2012.
12  All interrogatories, requests for admission, requests for production, or the like,
13  shall be served at least 30 days before the discovery cutoff date.  All depositions
14  shall occur on or before the discovery cutoff date. A deposition which was started
15  on or before the discovery cutoff date may continue beyond the cutoff date, if
16  necessary for completion.
17  <u>Expert discovery</u>:  The parties shall disclose their experts in accordance
18  with Fed. R. Civ. P. 26(a)(2) on or before September 24, 2012.  The parties shall
19  disclose any expert called to rebut the testimony of another party's expert in
20  accordance with Fed. R. Civ. P. 26(a)(2) on or before November 7, 2012.  Expert
21  discovery shall close on November 20, 2012.  All depositions of experts shall
22  occur on or before the discovery cutoff date. An expert deposition which was
23  started on or before the discovery cutoff date may continue beyond the cutoff date,
24  if necessary for completion.
25  <u>Dispositive motions</u>:  The parties shall file all dispositive motions on or
26  before December 7, 2012.  The parties shall file any opposition or response to a
27
28

1

1  dispositive motion on or before January 4, 2013.  The parties shall file any reply in
2  support of a dispositive motion on or before January 18, 2013.

5  Dated: June 28, 2012          _____
6                                 TERRY J. HATTER, JR.
                                  United States Senior District Judge

2