PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys for Petitioners**
(Additional counsel listed on following page)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | [~~PROPOSED~~] ORDER GRANTING *UNDER SEAL* FILING |
| vs. | Honorable Terry J. Hatter, Jr. |
| TIMOTHY ROBBINS, et al., | |
| Respondents. | |

Additional Counsel:

JUDY RABINOVITZ
MICHAEL TAN
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
CODY JACOBS (SBN 272276)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

1     Good cause having been shown in Petitioners' *Ex Parte* Application for *Under Seal* Filing, the application is hereby GRANTED and the unredacted version of Petitioners' Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, and Exhibit 51 are hereby SEALED.

    It is so ORDERED.

Dated: 6/27/12

HONORABLE TERRY J. HATTER, JR.
United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1313 West Eighth Street, Los Angeles, California 90017. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On June 26, 2012, I served the foregoing document:

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR *UNDER SEAL* FILING** on the parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Theodore Atkinson
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Theodore.Atkinson@usdoj.gov

I caused such envelope(s) fully prepaid with US Postage to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

The foregoing document was also delivered by electronic mail to Mr. Atkinson's email address, listed above.

Executed on June 26, 2012, at Los Angeles, California.

_/s/ Geneva Tien_
Geneva Tien