# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY S. ROBBINS, et al,<br><br>Defendants. | CV 07-3239-TJH (RNBx)<br><br>Order Setting<br><br>Final Pre-trial Conference<br><br>and<br><br>Referring Discovery |

It is Ordered that all discovery matters which become at issue are referred to *Magistrate Judge Robert N. Block* for his consideration. Please contact the courtroom deputy clerk to the Magistrate Judge regarding these matters.

It is Ordered, pursuant to Rule 16 of the Federal Rules of Civil Procedures and Local Rule 16, that the Final Pre-Trial Conference is placed on the Court's calendar for **MARCH 18, 2013** *at 10:00 a.m.* in Courtroom No. 17 in the U. S. Courthouse on Spring Street.

Unless excused for good cause, each party appearing in this action shall be represented by the attorney who is to have charge of conducting the trial.

It is further Ordered that any application or stipulation to continue the Final Pre-Trial Conference shall be lodged with the court no later than one week prior to the Conference date, and shall state the reason for seeking the continuance.

The Court does not issue a scheduling order or set a status conference regarding the management of cases. Counsel are to come to an agreement regarding these dates to comply with FRCvP26 and Local Rule 16 in order to prepare for the Final Pre-Trial Conference. If discovery has not been completed by the time of the Final Pre-Trial Conference, the COURT will set dates for discovery cutoff, the filing of any anticipated pre-trial motions and for trial which could be a date four to six months from the day of the Final Pre-Trial Conference.

Date: July 3, 2012

_____
Terry J. Hatter, Jr.
Senior United States District Judge

Note to counsel: Please review the attached "Memorandum"

# MEMORANDUM

TO:     COUNSEL OF RECORD

FROM:   Yolanda Skipper, Court Clerk to the Honorable Judge Hatter
        (www.cacd.uscourts.gov)

RE:     Procedural Rules for Judge Hatter's cases

**MOTIONS:**

**All motions shall stand submitted, without hearing oral arguments, as of the calendared date of the motion. If Judge Hatter desires to hear oral arguments, the motion will be set by written notification to counsel for a date other than the calendared date of the motion.**

**Please notice the motion for a Monday, <u>excluding legal holidays</u>, and comply with the Local Rules as to service and filing of the motion. Where you will indicate the time of the hearing, please insert "Taken Under Submission".**

**When a decision has been made, copies of the order and/or judgment will be sent to all counsel of record. PLEASE REFRAIN from calling the court clerk regarding the status of the motion. See Local Rule 83-9.2.**

**DEPOSITIONS:**

**Please do not lodge depositions in conjunction with a motion. If Judge Hatter finds it necessary to review a deposition, counsel will be contacted.**

**EX PARTE APPLICATIONS:**

**Please comply with the Local Rules except as to the date and time for a hearing. Judge Hatter will determine whether a hearing is necessary after he has reviewed the application. If there is to be a hearing, counsel will be contacted as to date and time.**

**When opposing counsel has been notified of an ex-parte application and would like to submit a written objection, please contact the court clerk immediately and counsel will be given, at least, a day to file it.**

**TELEPHONIC INQUIRIES regarding the status of a stipulation may not be returned.**

**DISCOVERY MATTERS/MOTIONS:**

All discovery matters which become at issue are referred to the magistrate judge assigned to the case for his or her determination. The initials in parentheses in the case number indicates the name for the magistrate judge. Please contact the court clerk for the magistrate judge regarding these matters.

**SCHEDULING CONFERENCE / PRE-TRIAL CONFERENCE:**

Judge Hatter does not set a scheduling conference. When the matter becomes at issue or the majority of the pleadings have been filed, the Final Pre-trial Conference will be set. The Joint Proposed Pretrial Conference Order is to be lodged with the court no later than SEVEN days prior to the Final Pre-trial Conference hearing. Failure to comply with the Court's Order may result in the imposition of sanctions.

**SETTLEMENT :**

Please comply with Local Rule 16-15.7 and be prepared to file a Notice of Settlement with an estimated time in which you will file the Order of dismissal.

**NAMES OF REPORTERS:**

The name of the reporter for a hearing may be obtained from the Minutes of the hearing. It can also be obtained from the CM/ECF system in the Clerk's Office. The CM/ECF system can be accessed through PACER.

**COURTESY COPIES:**

Mandatory courtesy copies of all electronic filed documents will be delivered, with the notice of electronic filing attached, to the Clerk's Office, Room G-19 on the Main Street level, Attention: Yolanda Skipper for Judge Hatter.

**TRIALS:**

    On the first day of trial, please bring with you the following:
        1. All exhibits, already marked.
        2. Two binders of all exhibits, Original for the Witness and the Court's copy. The binders must have tabs as to the exhibit numbers.
        3. Copies of depositions that are to be used for any purpose. The original or a copy for the witness and a copy for the judge.
        4. Three copies of your witness list. For Court use.
        5. Three copies of your exhibit list. For Court use.

**EXHIBITS TAGS:**

They can be obtained from the File Room at the Clerk's Office. Affix them to the lower right-hand corner of the exhibit.

**DEPOSITIONS:**

If they are to be used during a trial, LODGE them 7 days prior to the trial. All proposed Voir Dire questions should be filed 5 days prior to the trial.

If a deposition is to be used in lieu of live testimony, please indicate the designated portions by any means other than color-coded. Judge Hatter is "color ignorant". You may designate the portions by listing them on a separate sheet.

**JURY INSTRUCTIONS** - PLEASE comply with the ORDER regarding instructions that will be mailed after the trial has been set.

**TRIAL HOURS:**   Tuesdays through Fridays
Begin at 9:00 a.m. (except for the 1st day - at 10:00 a.m.)
Adjourn between 5:00 p.m. and 6:00 p.m.
There will be a mid-morning and mid-afternoon recess.

**IMPANELING OF JURY / CONDUCT OF COUNSEL:**

On the first day of trial, Judge Hatter will instruct counsel as to voir dire procedures, expected conduct of counsel during trial, and other relevant matters. Always stand and approach the lectern when addressing the court.