U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



RTS

TJH

undeliverable Mail

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 2 0 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUL - 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LA07CV03239TJH-Ret 224

Date Transmitted:        6/12/2012 12:03:36 PM

2:07-cv-03239   Doc: 224

Frederick  Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:        1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  CV 07-3239-TJH (RNBx)                                Date: **June 11, 2012**

Title: **Alejandro Rodriguez, et al. v. Timothy S. Robbins, et al.**

**DOCKET ENTRY**

PRESENT:

  HON. **ROBERT N. BLOCK**, UNITED STATES MAGISTRATE JUDGE

          Kerri Hays                              n/a
          Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
      None present                                   None present

**PROCEEDINGS:  (IN CHAMBERS)**

  **The Parties' Respective Motions for Entry of Protective Order, filed June 8, 2012**
  Based on its review of the Joint Stipulation, the Court has concluded that oral argument will not be of material assistance to the Court's determination of these Motions. Accordingly, the Court now rules as follows with respect to the four issues in dispute.
          1.    One-Tiered or Two-Tiered Protective Order.  The Court approves respondents' proposal that the Protective Order provide for two tiers of protection.
          2.    Class Counsel Disclosure Language.  The Court approves respondent's proposed language for ¶ IV(b)(2), except that class counsel who already have entered an appearance in this action need not sign a copy of the Acknowledgment of Protective Order form.
          3.    Restrictions on Disclosure.  The Court does not approve petitioner's proposed additional language for ¶ VI(b).
          4.    Maintenance of Protected Information.  The Court does not approve respondents' proposed additional language for ¶ VII(d).

  Counsel are ordered to submit a revised proposed Protective Order that comports with the foregoing rulings within seven (7) days of the service of this Minute Order.

  cc:    Judge Hatter

MINUTES FORM 11                                        Initials of Deputy Clerk    klh
CIVIL-GEN