**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

2:07-cv-03239  Doc: 238

Frederick Nga[...]wa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA  92301
US

RECEIVED
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION
JUL 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL -9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

CV 07-3239-TJH(RNBx)

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JUL 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Not Deliverable
as Addressed

Date Transmitted: 6/29/2012 10:25:09 AM

2:07-cv-03239   Doc: 238

```
Frederick  Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA   92301
US
```

Number of Pages:      4

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Order on Ex Parte Application to Seal (Document)
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing.  However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 6/29/2012 at 10:20 AM PDT and filed on 6/27/2012

Case Name: Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031114859708?caseid=389049&de_seq_num=917&magic_num=MAGIC&pdf_toggle_possible=1
```

Docket Text:

ORDER GRANTING UNDER SEAL FILING by Judge Terry J. Hatter, Jr.: Petitioners'
Ex Parte Application for Under Seal Filing [235] is hereby GRANTED and the
unredacted version of Petitioners' Memorandum of Points and Authorities
in Support of Motion for Preliminary Injunction, and Exhibit 51 are hereby
SEALED. (gk)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan        mtan@aclu.org

Michael Bryan Kaufman        gtien@aclu-sc.org, mkaufman@aclu-sc.org

Erez    Reuveni        erez.r.reuveni@usdoj.gov

Steven A Ellis        scrobinson@goodwinprocter.com, sellis@goodwinprocter.com,
casesonline-ca@goodwinprocter.com

Sean A Commons        scommons@sidley.com

Jayashri    Srikantiah        jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Cecillia D Wang     cwang@aclu.org, irptempl@aclu.org, lfernandez@aclu.org

Theodore William Atkinson     theodore.atkinson@usdoj.gov

Nicole R Prairie     nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Judy Rabinovitz     jrabinovitz@aclu.org, mlauterback@aclu.org, mtan@aclu.org

Robert I Lester     martha.jimenez2@usdoj.gov, robert.lester@usdoj.gov

Cody James Jacobs     cjacobs@sidley.com

Stacey Ilene Young     stacey.young@usdoj.gov

Ahilan T Arulanantham     gtien@aclu-sc.org, aarulanantham@aclu-sc.org

Peter J Eliasberg     peliasberg@aclu-sc.org, clebano@aclu-sc.org


2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :


William Tran
Sidley Austin
555 West Fifth Street   Suite 4000
Los Angeles CA 90013-1010

Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street   Suite 400
Los Angeles CA 90013-1010
US

Jennifer L Stark
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles CA 90017


Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Fatima Alloo
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

**Attorneys for Petitioners**
(Additional counsel listed on following page)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ALEJANDRO RODRIGUEZ, et al.,

    Petitioners,

vs.

TIMOTHY ROBBINS, et al.,

    Respondents.

Case No. CV 07- 3239-TJH (RNBx)

[PROPOSED] ORDER GRANTING *UNDER SEAL* FILING

Honorable Terry J. Hatter, Jr.

1  Additional Counsel:

2  JUDY RABINOVITZ
   MICHAEL TAN
3  AMERICAN CIVIL LIBERTIES FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
4  125 Broad Street, 18th Floor
   New York, NY 10004
5  Telephone: (212) 549-2618
   Facsimile: (212) 549-2654
6
   JAYASHRI SRIKANTIAH (SBN 189566)
7  STANFORD LAW SCHOOL
   IMMIGRANTS' RIGHTS CLINIC
8  Crown Quadrangle
   559 Nathan Abbott Way
9  Stanford, CA 94305-8610
   Telephone: (650) 724-2442
10 Facsimile: (650) 723-4426

11 SEAN COMMONS (SBN 217603)
   CODY JACOBS (SBN 272276)
12 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
13 Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
14 Facsimile: (213) 896-6600

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Good cause having been shown in Petitioners' *Ex Parte* Application for *Under
2  Seal* Filing, the application is hereby GRANTED and the unredacted version of
3  Petitioners' Memorandum of Points and Authorities in Support of Motion for
4  Preliminary Injunction, and Exhibit 51 are hereby SEALED.
5  It is so ORDERED.

7
8  Dated: 6/27/12

HONORABLE TERRY J. HATTER, JR.
United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1313 West Eighth Street, Los Angeles, California 90017. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On June 26, 2012, I served the foregoing document:

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR *UNDER SEAL* FILING** on the parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Theodore Atkinson
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Theodore.Atkinson@usdoj.gov

I caused such envelope(s) fully prepaid with US Postage to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

The foregoing document was also delivered by electronic mail to Mr. Atkinson's email address, listed above.

Executed on June 26, 2012, at Los Angeles, California.

Geneva Tien