

U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Undeliverable Mail



FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LA07CV03239TJH-RET-218

2:07-cv-03239   Doc: 218

Frederick  Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA   92301
US

/

Number of Pages:   2

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> v. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> ORDER GRANTING JOINT STIPULATION FOR PARTIAL VACATUR OF MAY 3, 2012 ORDER ON PETITIONERS' MOTION FOR REVIEW [215] <br><br> Hon. Terry J. Hatter, Jr. |

The parties' joint stipulation for partial vacatur of this Court's May 3, 2012 Order granting Petitioners' August 29, 2011 motion for review came before this Court on June 1, 2012.

After full consideration of the joint stipulation, and good cause appearing, the parties' request for partial vacatur of this Court's May 3, 2012 order [ECF # 210] is GRANTED.

Accordingly, it is Ordered that:

1.   The Court's May 3, 2012 order [ECF # 210] is vacated to the extent it granted the motion for review as to the statutory and regulatory provisions governing