

Envelope from: UNITED STATES DISTRICT COURT, OFFICE OF THE CLERK, U.S. COURTHOUSE ROOM G8, LOS ANGELES, CALIFORNIA 90012 — OFFICIAL BUSINESS. Stamped "UNABLE TO FORWARD"; "TJH".

Handwritten annotation: "Undeliverable Mail"

FILED — CLERK, U.S. DISTRICT COURT — JUL 17 2012 — CENTRAL DISTRICT OF CALIFORNIA — BY ___ DEPUTY

LA07CV03239TJH-RET-219

Date Transmitted:     6/6/2012 3:35:29 PM

2:07-cv-03239   Doc: 219

Frederick  Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:      2

It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| v. | ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION TO FILE PROTECTIVE ORDER [214] |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*, et al., | Hon. Terry J. Hatter, Jr. |
| Respondents. | |

The parties' joint stipulation for an extension to file a protective order pursuant to this Court's May 3, 2012 Order came before this Court on June 4, 2012.

After full consideration of the joint stipulation, and good cause appearing, the parties' request for an extension is GRANTED.