**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



"Undeliverable Mail"

FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LA07CV03239TJH-RET 220

TJH

Date Transmitted:    6/7/2012 3:26:28 PM

2:07-cv-03239   Doc: 220

Frederick Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA   92301
US

Number of Pages:    3

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

PETER J. ELIASBERG (SBN 189110)
Email: peliasberg@aclu-sc.org
AHILAN T. ARULANANTHAM (SBN 237841)
Email: aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email: mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-5211
Fax: (213) 977-5297

Attorneys for Petitioners
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*, et al., <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **ORDER GRANTING SECOND JOINT STIPULATION FOR AN EXTENSION TO FILE PROTECTIVE ORDER [217]** <br><br> Honorable Terry J. Hatter, Jr. |