UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS





TJH

"Undeliverable Mail"

FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LA07CV03239TJH-RET225

Date Transmitted:     6/14/2012 10:05:04 AM

2:07-cv-03239   Doc: 225

Frederick   Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:         1

It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **CV 07-3239-TJH (RNBx)**                              Date: **June 13, 2012**

Title: **Alejandro Rodriguez, et al. v. Timothy S. Robbins, et al.**

**DOCKET ENTRY**

PRESENT:

HON. **ROBERT N. BLOCK**, UNITED STATES MAGISTRATE JUDGE

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
None present                                                                  None present

**PROCEEDINGS:** (IN CHAMBERS)

### The Amended Notice of Motion and Motion for Entry of Protective Order filed June 12, 2012

Since the parties' original Joint Motion did not purport to notice the Motion for hearing and made no mention of the filing of Supplemental Memoranda, but rather represented that the remaining disputes between the parties were addressed in the Joint Stipulation, the Court went ahead and ruled on the remaining disputes in a Minute Order issued on June 11, 2012 (but not docketed until the next day).

The Court presumes that counsel were unaware of the Court's rulings when they filed their Amended Notice of Motion and Motion. In any event, the Court will not consider any further briefing and will not hold a hearing on the Motion. Its previous order will stand. If either of the parties disagrees with the Court's rulings, they are welcome to seek review from the District Judge.

cc: Judge Hatter