**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

PTS

TJH

Undeliverable Mail

FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL -9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____

LA07CV03239 TJH-

Date Transmitted:        6/29/2012 10:19:49 AM

2:07-cv-03239   Doc: 237

Frederick  Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:        3

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **SCHEDULING ORDER [234]** |
| vs. | Hon. Terry J. Hatter, Jr. |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | |
| Respondents. | |