

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

"Undeliverable Mail"

FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LA07CV03239 TJH Ret-239

2:07-cv-03239  Doc: 239

Frederick Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA  92301
US

Number of Pages:  5

**It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.**

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY S. ROBBINS, et al, <br><br> Defendants. | CV 07-3239-TJH (RNBx) <br><br> Order Setting <br> Final Pre-trial Conference <br> and <br> Referring Discovery |

It is Ordered that all discovery matters which become at issue are referred to *Magistrate Judge Robert N. Block* for his consideration. Please contact the courtroom deputy clerk to the Magistrate Judge regarding these matters.

It is Ordered, pursuant to Rule 16 of the Federal Rules of Civil Procedures and Local Rule 16, that the Final Pre-Trial Conference is placed on the Court's calendar for **MARCH 18, 2013** *at 10:00 a.m.* in Courtroom No. 17 in the U. S. Courthouse on Spring Street.