STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    theodore.atkinson@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **JOINT STIPULATION FOR ENLARGEMENT OF PAGES FOR BRIEFING THE MOTION FOR A PRELIMINARY INJUNCTION AND FOR EXTENSION OF THE HEARING DATE ON PETITIONERS' MOTION** |

Respondents and Petitioners jointly stipulate and request that this Court enter the accompanying proposed order that (1) enlarges the page limitations on Respondents' memorandum in opposition to Petitioners' motion for a preliminary injunction (ECF # 232), previously filed on June 25, 2012, from 25 to 35 pages; (2) correspondingly enlarges the page limitation for Petitioners' reply brief from 25 to 35 pages; and (3) amends the briefing schedule to permit Petitioners to reply on August 3, 2012; and (4) moves the hearing date from August 13 to August 20.

1     There is good cause for the Court to enter the accompanying proposed order.
2 The parties communicated about this stipulation on July 18, 2012. Respondents
3 contacted Petitioners to determine if Petitioners would consent or not oppose
4 Respondents' request for an enlargement of pages to oppose Petitioners' preliminary
5 injunction motion. Respondents explained that the complexity of the issues involved
6 made it difficult for Respondents to meaningfully respond within 25 pages.
7     Petitioners agreed to the request if Respondents would agree to a corresponding
8 enlargement of the page limitations by 10 pages for Petitioners' reply brief in support
9 of their motion, to provide Petitioners with a fair opportunity to address arguments
10 made in Respondents' enlarged brief. Petitioners also asked if Respondents would
11 agree to an extension of the briefing schedule to give Petitioners an additional four
12 days to prepare a reply, in anticipation that Respondents' enlarged brief would raise
13 new arguments Petitioners have not anticipated. Respondents agreed to extend those
14 courtesies to Petitioners.
15     Accordingly, the parties stipulate to the enlargement of the page limitations by
16 ten pages each, and to modify the time for Petitioners to reply. Although the parties
17 understand that this matter has been requested for consideration by the Court on
18 submission, in keeping with this Court's rules, the parties also agree that the Court
19 should re-calendar the hearing date from August 13, 2012, to provide the Court time
20 to consider Petitioners' reply.
21     For these reasons the parties jointly request that the Court enter the
22 accompanying proposed order.
23 //
24
25 //
26
27  //
28

2

1  Dated: July 18, 2012

2  By: */s/ Michael Kaufman*  
Michael Kaufman  
3  ACLU OF SOUTHERN CALIFORNIA

4  Attorneys for Petitioners

STUART F. DELERY  
Acting Assistant Attorney General  
DAVID J. KLINE  
Director,  
Office of Immigration Litigation  
District Court Section  
VICTOR M. LAWRENCE  
Principal Assistant Director

By: */s/ Theodore W. Atkinson*  
THEODORE W. ATKINSON  
Senior Litigation Counsel  
United States Department of Justice  
Civil Division  
Office of Immigration Litigation  
District Court Section  
P.O. Box 868, Ben Franklin Station  
Washington, DC 20044  
Tel.: (202) 532-4135  
e-mail: theodore.atkinson@usdoj.gov

Attorneys for Respondents

# CERTIFICATE OF SERVICE

I certify that on July 18, 2012, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

/s/ Theodore W. Atkinson
Theodore W. Atkinson
Senior Litigation Counsel
United States Department of Justice