UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> [Proposed] ORDER GRANTING JOINT STIPULATION FOR ENLARGEMENT OF PAGES FOR BRIEFING THE MOTION FOR A PRELIMINARY INJUNCTION AND FOR EXTENSION OF THE HEARING DATE ON PETITIONERS' MOTION |

Before the Court is the parties' Joint Stipulation for the enlargement of page limitations for briefing Petitioners' Motion for a Preliminary Injunction (ECF # 232), previously filed June 25, 2012, and for an extension of time for Petitioners to file their reply in support of their motion. The parties' Joint Stipulation is GRANTED.

IT IS ORDERED that the page limitation for Respondents' memorandum in opposition to Petitioners' motion for a preliminary injunction motion is enlarged to 35 pages, and the page limitation for Petitioners' reply memorandum is enlarged to 35 pages. Petitioners' shall file their reply in support of their motion for a preliminary

1  injunction on or before August 3, 2012.  The matter will be taken under submission
2  for consideration and determination, unless this Court orders otherwise.
3
4
5  Dated: July __, 2012              _____
6                                            Terry J. Hatter, Jr.
                                       SENIOR UNITED STATES DITRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  PRESENTED BY:

2  STUART F. DELERY
   Acting Assistant Attorney General
3  DAVID J. KLINE
   Director,
4  Office of Immigration Litigation
   District Court Section
5  VICTOR M. LAWRENCE
   Principal Assistant Director

6
   By: */s/ Theodore W. Atkinson*
7  THEODORE W. ATKINSON
   Senior Litigation Counsel
8  United States Department of Justice
   Civil Division
9  Office of Immigration Litigation
   District Court Section
10 P.O. Box 868, Ben Franklin Station
   Washington, DC 20044
11 Tel.: (202) 532-4135
   e-mail: theodore.atkinson@usdoj.gov
12
   Attorneys for Respondents
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I certify that on July 18, 2012, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic, Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
Senior Litigation Counsel
United States Department of Justice

4