STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    theodore.atkinson@usdoj.gov

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **DECLARATION OF THEODORE W. ATKINSON** |

I, THEODORE W. ATKINSON, declare as follows:

1.     I am a Senior Litigation Counsel with the United States Department of Justice, Office of Immigration Litigation, District Court Section. I am lead counsel in this action.

2.     On April 12, 2012, Respondents served a first set of interrogatories and requests for production of documents to Petitioners. The written discovery requested information Respondents believe is relevant to Petitioners' claims in this action.

1  Respondents believe that the responses to those discovery requests will identify the
2  scope of the claims Petitioners make and will assist Respondents in preparing for the
3  defense of this action on summary judgment or at trial.  Petitioners filed objections
4  and answers to those discovery requests on or about May 17, 2012.  Respondents
5  concluded that the answers were insufficiently responsive and the objections
6  meritless.  On or about Monday, June 11, 2012, the parties had an initial conference to
7  discuss the parties' position with respect to their discovery dispute.  At the conclusion
8  of the call, Respondents indicated that they would consider Petitioners' position,
9  research their objections, and respond.  The dispute remains unresolved.
10
11  I declare under penalty of perjury that the foregoing is true and correct.
12
13  Date:  July 18, 2012          */s/ Theodore W. Atkinson*
14                                THEODORE W. ATKINSON