STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    theodore.atkinson@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **DECLARATION OF BENJAMIN B. McDOWELL** |

I, BENJAMIN B. McDOWELL, declare as follows:

1.     I am a program analyst with the Department of Justice, Executive Office for Immigration Review (EOIR) in Falls Church, Virginia. I have been a program analyst with EOIR since February 1, 2010. I am familiar with, and routinely use and rely on, EOIR's CASE program, which allows users to access database information about various aspects of an individual's removal proceedings before the immigration courts.

2. I am familiar with this litigation. In 2010 I was asked by counsel for Respondents to assist in providing certain categories of database information accessed through CASE in response to discovery requests. I created a readable ACCESS database containing the requested information in various tables, along with lookup tables that serve as keys for abbreviations or codes used in the database. ACCESS is a commercially available Microsoft program that allows users to view and create tables from information compiled by the user. I have updated this database on several occasions, and provided it to EOIR counsel for production to attorneys for Petitioners in this case. The most recent update was conducted in or around late April 2012.

3. I have reviewed portions of the ACCESS database for the purpose of providing counsel for EOIR with representative samples of removal proceedings in which the database information indicates that a hearing was rescheduled – or, as CASE refers to it "adjourned" – for certain reasons indicated by immigration court staff in the database.

4. The information provided below was determined by examining within the ACCESS database the following:

(1) the Schedule Table Data table, which identifies certain actions in a removal proceeding, identifying the proceeding by an alien number (or IDNCASE number) and a proceeding number (or IDNPROCEEDING number). The Schedule Table identifies the dates of hearings and other actions before an immigration court in a proceeding, including whether a hearing was concluded or rescheduled, or, as the database refers to it, "adjourned." The Schedule Table identifies, for example, when a hearing was adjourned (ADJ_DATE), and the reason indicated by court staff for the adjournment, or "adjournment code" (ADJ_RSN). The database also identifies the type of hearing, or "schedule type," which is typically a master calendar hearing, a reset master calendar hearing, a custody hearing, or a merits or individual hearing (these codes are found under the SCHEDULE_TYPE column of the table.

(2) the Lookup Adjournment Reason table, which is a key that provides a user with the definition or meaning of an adjournment code (ADJ_RSN);

  (3) the Lookup Schedule Type table, which is a key that provides a user with the definition or meaning of a hearing type (SCHEDULE_TYPE); and

  (4) the Case Data Table, which identifies by IDNCASE number the A number of the alien, the alien's name, and other personal identifying information about the alien.

5. So, for example, if one were to look at an individual's proceeding in the Schedule Table and see that there was an action (or ADJ_Date) on 3/3/2012 with an adjournment code (ADJ_RSN) "02," one would then look to the Lookup Adjournment Reason and see that "02" means "PREPARATION--ALIEN/ATTORNEY/REPRESENTATIVE." One would also see from the Schedule Table the type of hearing that was conducted on that date (SCHEDULE_TYPE). If that column stated "MM," one would then turn to the Lookup Schedule Type table and see that "MM" means "Initial Master." In plain language, what this information would tell the person looking at these tables is that on March 3, 2012 there was an initial master calendar hearing which ended, according to the court staff inputting the data, to allow an alien or the alien's attorney or representative to prepare. However, the tables would not indicate anything beyond that code for additional details about the adjournment reason. One could then look down the table and if there was a subsequent hearing date, one could determine that the case was continued from March 3, 2012 to the next date. One could then turn to the Case Data table, and lookup the IDNCASE number to find the alien's name and A number. Using this process, one could determine the following.

4.   Huitz-Menchu, Oscar (A number 091-414-311)

The ACCESS database contains, among other things, the following information:

**Case Table Data**

| IDNCASE | ALIEN_NBR | ALIEN_NAME |
|---|---|---|
| 6145280 | 091414311 | HUITZ-MENCHU, OSCAR |

**Schedule Table Data**

| IDNCASE | IDNPROCEEDING | ADJ_DATE | ADJ_RSN | SCHEDULE_TYPE |
|---|---|---|---|---|
| 6145280 | 4729351 | 1/21/2009 | 8A | CY |
| 6145280 | 4729351 | 2/24/2009 | 01 | MM |
| 6145280 | 4729351 | 4/9/2009 | 01 | MR |
| 6145280 | 4729351 | 5/6/2009 | 06 | MR |
| 6145280 | 4729351 | 7/6/2009 | 17 | MR |
| 6145280 | 4729351 | 7/29/2009 | 35 | II |
| 6145280 | 4729351 | 8/21/2009 | 8A | II |
| 6145280 | 4729351 | 9/1/2009 | 25 | II |

The ACCESS database shows that IDNCASE number refers to an individual identified as Oscar Huitz-Menchu (Case Table Data). Looking at that IDNCASE number in the ACCESS database, there is a proceeding identified by the IDNPROCEEDING number 4729351. The tables above show the information for the columns shown for that proceeding number in the ACCESS database. The ADJ_DATE column identifies all the dates associated with an adjournment. The ADJ_RSN column lists the identified adjournment code (which is defined on the Lookup Adjournment Reason table). The SCHEDULE_TYPE column identifies the type of action or hearing associated with the identified date for that proceeding number. According to the ACCESS database:

(a)   This alien had a custody ("CY" in the Lookup Schedule Type table) action on January 21, 2009. The reason for adjournment is identified as "IJ Completion prior to hearing" ("8A" on the Lookup Adjournment Reason table).

4

   (b) This alien had an initial master calendar hearing ("MM") on February 24, 2009.  The reason for adjournment is identified as "ALIEN TO SEEK REPRESENTATION" ("01").

   (c) This alien had a rescheduled master calendar hearing ("MR") on April 9, 2009.  The reason for adjournment is again identified as "ALIEN TO SEEK REPRESENTATION" ("01").

   (d) This alien had a rescheduled master calendar hearing ("MR") on May 6, 2009.  The reason for adjournment is identified as "ALIEN TO FILE OTHER APPLICATION" ("06").

   (e) This alien had a rescheduled master calendar hearing ("MR") on July 6, 2009.  The reason for adjournment is identified as "MC TO IC--MERITS HEARING" ("17").

   (f) This alien had an individual hearing ("II") on July 29, 2009.  The reason for adjournment is identified as "UNPLANNED IJ LEAVE - DETAIL/OTHER ASSIGNMENT" ("35").

   (g) This alien had an individual hearing ("II") action on August 21, 2009.  The reason for adjournment is identified as "IJ Completion prior to hearing" ("8A").

   (h) This alien had an individual hearing ("II") action on September 1, 2009.  The reason for adjournment is identified as "TO ALLOW FOR SCHEDULING OF PRIORITY CASE" ("25").

5. <u>Godina-Pallares, Israel</u> (A number 095-776-691)

The ACCESS database contains, among other things, the following information:

| Case Table Data | | |
|---|---|---|
| IDNCASE | ALIEN_NBR | ALIEN_NAME |
| 6193640 | 095776691 | GODINA-PALLARES, ISRAEL |

| Schedule Table Data | | | | |
|---|---|---|---|---|
| IDNCASE | IDNPROCEEDING | ADJ_DATE | ADJ_RSN | SCHEDULE_TYPE |
| 6193640 | 4790005 | 4/23/2009 | 02 | MM |
| 6193640 | 4790005 | 6/16/2009 | 02 | MR |
| 6193640 | 4790005 | 7/22/2009 | 01 | MR |
| 6193640 | 4790005 | 9/28/2009 | 01 | MR |
| 6193640 | 4790005 | 11/25/2009 | 06 | MR |
| 6193640 | 4790005 | 2/8/2010 | 06 | MR |
| 6193640 | 4790005 | 3/31/2010 | 06 | MR |
| 6193640 | 4790005 | 4/26/2010 | 8A | MR |

The ACCESS database shows that IDNCASE number refers to an individual identified as Israel Godina-Pallares (Case Table Data). Looking at that IDNCASE number in the ACCESS database, there is a proceeding identified by the IDNPROCEEDING number 4790005. The tables above show the information for the columns shown for that proceeding number in the ACCESS database. The ADJ_DATE column identifies all the dates associated with an adjournment. The ADJ_RSN column lists the identified adjournment code (which is defined on the Lookup Adjournment Reason table). The SCHEDULE_TYPE column identifies the type of action or hearing associated with the identified date for that proceeding number. According to the ACCESS database:

(a) This alien had an initial master calendar hearing ("MM") on April 23, 2009. The reason for adjournment is identified as "PREPARATION--ALIEN/ATTORNEY/REPRESENTATIVE" ("02"). I note that there is a separate code in the Lookup Adjournment Reason table for "PREPARATION—DHS," which is code "03."

1   (b)   This alien had a rescheduled master calendar hearing ("MR") on June 16, 2009. The reason for adjournment is identified as "PREPARATION--ALIEN/ATTORNEY/REPRESENTATIVE" ("02").

(c)   This alien had a rescheduled master calendar hearing ("MR") on July 22, 2009. The reason for adjournment is identified as "ALIEN TO SEEK REPRESENTATION" ("01").

(d)   This alien had a rescheduled master calendar hearing ("MR") on September 28, 2009. The reason for adjournment is again identified as "ALIEN TO SEEK REPRESENTATION" ("01").

(e)   This alien had a rescheduled master calendar hearing ("MR") on November 25, 2009. The reason for adjournment is identified as "ALIEN TO FILE OTHER APPLICATION" ("06").

(f)   This alien had a rescheduled master calendar hearing ("MR") on February 8, 2010. The reason for adjournment is again identified as "ALIEN TO FILE OTHER APPLICATION" ("06").

(g)   This alien had a rescheduled master calendar hearing ("MR") on March 31, 2010. The reason for adjournment is again identified as "ALIEN TO FILE OTHER APPLICATION" ("06").

(h)   This alien had a rescheduled master calendar hearing ("MR") action on April 26, 2010. The reason for adjournment is identified as "IJ Completion prior to hearing" ("8A").

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 18, 2012

BENJAMIN B. McDOWELL

7