UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> ORDER GRANTING JOINT STIPULATION FOR ENLARGEMENT OF PAGES FOR BRIEFING THE MOTION FOR A PRELIMINARY INJUNCTION AND FOR EXTENSION OF THE HEARING DATE ON PETITIONERS' MOTION [249] |

Before the Court is the parties' Joint Stipulation for the enlargement of page limitations for briefing Petitioners' Motion for a Preliminary Injunction (ECF # 232), previously filed June 25, 2012, and for an extension of time for Petitioners to file their reply in support of their motion. The parties' Joint Stipulation is GRANTED.

IT IS ORDERED that the page limitation for Respondents' memorandum in opposition to Petitioners' motion for a preliminary injunction motion is enlarged to 35 pages, and the page limitation for Petitioners' reply memorandum is enlarged to 35 pages. Petitioners' shall file their reply in support of their motion for a preliminary

1  injunction on or before August 3, 2012.  The motion for preliminary injunction [232]
2  will be set for hearing on SEPTEMBER 10, 2012 AT 10:00 A.M.  An appearance will
3  be needed.

6  Dated:  July 23, 2012              _____
                                                Terry J. Hatter, Jr.
                                       SENIOR UNITED STATES DITRICT JUDGE