Exhibit 52

## Declaration of Abdirizak Aden Farah

I, Abdirizak Aden Farah, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I was born on May 5, 1987 in Kismayo, Somalia. On or about December 31, 2009, at the age of 22, I presented myself at the southern border of the United States and I indicated my intention to apply for asylum.

3. I first faced persecution as a child living Somalia on the basis of my family's membership in the Marehan clan, a minority clan in Mogadishu. In 1991, after the civil war broke out in Somalia, my family fled Somalia's capital out of fear that members of the Hawiye, a powerful majority clan in Mogadishu, would attack us. Eventually, my family settled in Kismayo, a city in Somalia where the Hawiye have less power. Five years later, my father was shot and killed by members of the Hawiye clan when he briefly returned to Mogadishu to try to sell our family home.

4. I ultimately fled Somalia in order to escape al-Shabaab—an Islamic insurgency group trying to take over Somalia and actively fighting against the Somali Transitional Federal Government (TFG) and the African Union Mission to Somalia.

5. In 2007, members of al-Shabaab shot and killed my brother because he worked as a driver for the TFG. During the attack, the al-Shabaab slashed my right wrist with a knife when attempting to kill me. After this attack, al-Shabaab members continued to threaten me and accuse me of working for the TFG. I was told that if I was not working with TFG then I would have to join al-Shabaab.

6. In 2009, al-Shabaab militants entered my shop, where I worked as a tailor to support my wife, Amina Farah Mohamud, and my infant daughter, Sumeya Abdirizak Aden. When I refused to join al-Shabaab, the militants beat me up. On their last visit in 2009, the militants told me that the next time they

1

returned, they would kill me if I did not join them.

7. Fearing that the al-Shabaab would try to hunt me down and kill me, I fled Somalia in April of 2009.

8. When I arrived at the U.S. border several months later, I presented myself to Customs and Border Patrol and requested asylum. An asylum officer found my claims credible and then referred my case for a full asylum hearing before an immigration judge ("IJ").

9. My first immigration hearing took place in March 2010 but was continued because I did not have an attorney. Since that time, I have had several other hearings in front of the IJ, some of which were continued because I was still looking for an attorney and some of which were cancelled because the judge or translator was not present. My next master calendar hearing is scheduled for October 27, 2010.

10. Throughout the last ten months in detention, I have not been given a hearing regarding whether my detention is justified. I applied for release on parole, hoping to reunite with a close family friend who currently lives in Minnesota, but an Immigration and Customs Enforcement Officer denied my application without any meaningful explanation.

11. I have been told by my immigration attorney that I am being detained under 8 U.S.C. 1225. Since entering detention, I have met several other people in my same situation—there are many other Somalis and people of other nationalities who are also being detained while they apply for asylum. In my country, if someone puts you in jail, it is better to die. I do not understand why here in the United States the government continues to detain me–I have never committed a crime or caused harm to anyone else. I am only here because in Somalia I was afraid for my life.

12. On account of my detention, I have not been able to establish contact with my wife or my baby daughter for over ten months. I do not know how they

| | |
|---|---|
| 1 | are doing or whether they are safe. |
| 2 | 13.  I do not want other people to have to be in the same situation as me. |
| 3 | Because of the frustration, fear, and sadness I have experienced over the last |
| 4 | several months due to being held in detention while I try to fight my asylum case, |
| 5 | I am willing to be a class representative in this lawsuit. I understand that as a class |
| 6 | representative my job is to stay updated and informed about the case.  I am willing |
| 7 | to do what is necessary to represent other members of the class adequately and |
| 8 | fairly. |
| 10 | I declare under penalty of perjury of the laws of the State of California and |
| 11 | the United States that the foregoing is true and correct.  Executed this 12th day of |
| 12 | October, 2010 in Lancaster, California. |

_[signature]_

Abdirizak Aden Farah
A# 087-747-794