# Exhibit 53

PETER J. ELIASBERG (SBN 189110)
AHILAN T. ARULANANTHAM (SBN 237841)
RANJANA NATARAJAN (SBN 230149)
ACLU FOUNDATION OF
  SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-9500
Fax: (213) 250-3919

Attorneys for Petitioner
(Additional counsel listed on following page)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RAYMOND GERALD AUGUSTINO SOEOTH, A# 75-694-789

    Plaintiff-Petitioner,

vs.

ALBERTO GONZALES, United States Attorney General; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JULIE L. MYERS, Assistant Secretary, United States Immigration and Customs Enforcement; NORMA BONALES-GARIBAY, Field Office Director U.S. Immigration and Customs Enforcement; GEORGE MOLINAR, Chief of Detention and Removal Operations, San Pedro Detention Facility; STUART CORTEZ, Officer-In-Charge, San Pedro Detention Facility,

    Defendant-Respondents.

Case No.: CV06-7451 TJH (CMLG)

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

Additional counsel:

JUDY RABINOVITZ*
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

CECILLIA D. WANG (CSB #187782)
MONICA M. RAMIREZ (CSB #234893)**
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (CSB #189566)
STANFORD LAW SCHOOL IMMIGRANTS'
    RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426


*Application for admission *pro hac vice* forthcoming
**Pending admission to Central District of California

# [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

The Court finds that Petitioner has demonstrated a substantial likelihood of success on the merits, that he will suffer irreparable injury in the absence of a preliminary injunction, and that the balance of hardship tips sharply in his favor. Therefore, this Court hereby ORDERS that the Defendant-Respondents and their employees, assigns, and all those acting in concert with them are preliminarily enjoined as follows:

\_\_\_\_ Petitioner must be immediately released on reasonable conditions of supervision, including electronic monitoring if necessary.

OR, in the alternative:

_X_ Petitioner must be ~~released~~ within thirty days ~~unless he is~~ afforded an individual hearing before an immigration judge concerning whether his prolonged detention is justified. At the hearing, the immigration judge shall order Petitioner released on reasonable conditions unless the government shows by clear and convincing evidence that Petitioner presents a sufficient danger or risk of flight to justify his detention in light of how long he has been detained already and the

///

///

///

likelihood of his case being finally resolved in favor of the government in the reasonably foreseeable future.

IT IS SO ORDERED.

Dated: November __, 2006  1/3/07

By: /s/ Terry J. Hatter Jr.
United States District Judge