# Exhibit 56



**SUPREME COURT**
OF THE UNITED STATES

Search: ☐ All Documents ☑ Docket Files
For Search Term:

[Search] [Help]

Home | Search Results                                          🖨 Printer-Friendly Version

### Supreme Court Documents

- Docket
- Oral Arguments
- Merits Briefs
- Bar Admissions
- Court Rules
- Case Handling Guides
- Opinions
- Orders and Journals

No. 11A587
Title: Eric H. Holder, Jr., Attorney General, et al., Applicants
v.
Amadou Lamine Diouf

Docketed: December 16, 2011
Lower Ct: United States Court of Appeals for the Ninth Circuit
Case Nos: (09-56774)

~~~Date~~~  ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~~~

Dec 16 2011  Application (11A587) to extend the time to file a petition for a writ of certiorari from December 27, 2011 to January 26, 2012 submitted to Justice Kennedy

Dec 20 2011  Application (11A587) granted by Justice Kennedy extending the time to file until January 26, 2012

Jan 13 2012  Application (11A587) to extend further the time to file a petition for a writ of certiorari from January 26, 2012 to February 24, 2012 submitted to Justice Kennedy

Jan 17 2012  Application (11A587) granted by Justice Kennedy extending the time to file until February 24, 2012

### Supreme Court Information

- About the Supreme Court
- Visiting the Court
- Public Information
- Jobs
- Links

~~Name~~~~~~~~~~~~~~~~~~~~  ~~~~~~~Address~~~~~~~~~~~~~~~~~~  ~~Phone~~~
**Attorneys for Petitioners:**
Donald B. Verrilli Jr.                Solicitor General                       (202) 514-2217
   Counsel of Record                  United States Department of Justice
                                      950 Pennsylvania Avenue, N.W.
                                      Washington, DC 20530-0001

Party name: Eric H. Holder, Jr., Attorney General, et al.

July 27, 2012  version 2012.0
Home  Help  Site Map  Contact Us  About Us  FAQ  Website Policies and Notices  Privacy Policy  USA.GOV
Supreme Court of the United States

http://www.supremecourt.gov/Search.aspx?FileName=/docketfiles/11a587....    7/27/2012