# Exhibit 58

# DECLARATION OF JUDY RABINOVITZ OF AUGUST 2, 2012

I, Judy Rabinovitz, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am an attorney and Deputy Director of the American Civil Liberties Union's Immigrants' Rights Project.

3. I represent the Petitioners in *Rodriguez v. Holder*, CV 07-3239-TJH (RNBx).

4. The government declined to seek a petition for certiorari in *Diouf v. Napolitano*, 634 F.3d 1081 (9th Cir. 2011) on or about February 24, 2012. Shortly thereafter, on March 6, 2012, counsel for Petitioners wrote a letter to counsel for Respondents in which we indicated our willingness to engage in settlement negotiations in *Rodriguez*, in light of the government's decision not to seek certiorari and in light of ongoing settlement negotiations in a related class action, *Franco-Gonzalez v. Holder*, No. 2:10-cv-02211-DMG (C.D.C.A.).

5. On March 13, 2012, the parties met in person to discuss, among other things, the possibility of settlement. The meeting was attended by myself and Jayashri Srikantiah, on behalf of Petitioners;, Theodore Atkinson, on behalf of Respondents; and Seth Grossman and Kelly Ryan from the Department of Homeland Security.

6. Shortly thereafter, it became clear that the parties would not be able to reach a settlement, and that we would have to move for a preliminary injunction to obtain relief for our clients.

I declare under penalty of perjury of the laws of the State of New York and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 3rd day of August, 2012 in New York, New York.

/s/ Judy Rabinovitz
JUDY RABINOVITZ