# Exhibit 59

PETER J. ELIASBERG (SBN 189110)
AHILAN T. ARULANANTHAM (SBN 237841)
RANJANA NATARAJAN (SBN 230149)
ACLU FOUNDATION OF
    SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
Tel: (213) 977-9500
Fax: (213) 250-3919

Attorneys for Petitioner
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RAYMOND GERALD AUGUSTINO SOEOTH, A# 75-694-789,<br><br>Plaintiff-Petitioner,<br><br>vs.<br><br>ALBERTO GONZALES, United States Attorney General; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JULIE L. MYERS, Assistant Secretary, United States Immigration and Customs Enforcement; NORMA BONALES-GARIBAY, Field Office Director U.S. Immigration and Customs Enforcement; GEORGE MOLINAR, Chief of Detention and Removal Operations, San Pedro Detention Facility; STUART CORTEZ, Officer-In-Charge, San Pedro Detention Facility,<br><br>Defendant-Respondents. | Case No.: CV06-7451 TJH (CNLG)<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

Additional counsel:

JUDY RABINOVITZ*
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

CECILLIA D. WANG (CSB #187782)
MONICA M. RAMIREZ (CSB #234893)**
AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (CSB #189566)
STANFORD LAW SCHOOL IMMIGRANTS'
      RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426


*Application for admission *pro hac vice* forthcoming
**Pending admission to Central District of California

# [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

The Court finds that Petitioner has demonstrated a substantial likelihood of success on the merits, that he will suffer irreparable injury in the absence of a preliminary injunction, and that the balance of hardship tips sharply in his favor. Therefore, this Court hereby ORDERS that the Defendant-Respondents and their employees, assigns, and all those acting in concert with them are preliminarily enjoined as follows:

\_\_\_\_ Petitioner must be immediately released on reasonable conditions of supervision, including electronic monitoring if necessary.

OR, in the alternative:

\_X\_ Petitioner must be ~~released~~ within thirty days ~~unless he is~~ afforded an individual hearing before an immigration judge concerning whether his prolonged detention is justified. At the hearing, the immigration judge shall order Petitioner released on reasonable conditions unless the government shows by clear and convincing evidence that Petitioner presents a sufficient danger or risk of flight to justify his detention in light of how long he has been detained already and the

///

///

///

likelihood of his case being finally resolved in favor of the government in the reasonably foreseeable future.

IT IS SO ORDERED.

Dated: November __, 2006    1/3/07

By: _____
United States District Judge

# MUKASEY V. DIOUF, ET AL, 07-55337 (2007)

This docket is current through 07/31/2008

**Current Date:** 8/3/2012

**Source:**     US COURT OF APPEALS FOR THE NINTH CIRCUIT
**Court:**                       US COURT OF APPEALS FOR THE NINTH CIRCUIT
**Case Title:**                  MUKASEY v. DIOUF, ET AL
**Appeal From:**                 US DISTRICT COURT FOR CENTRAL CALIFORNIA, LOS ANGELES
**Date Filed:**                  03/15/2007

## CASE INFORMATION
**Case Number:**                 07-55337
**Case Type:**                   APPEALS
**Case Subtype:**                PRISONER
                                 FEDERAL
                                 HABEAS CORPUS
**Nature of Suit:**              2530 HABEAS CORPUS
**Key Nature of Suit:**          APPEALS (030)

## LOWER COURT INFORMATION
**District:**                    0973-2
**Lower Court Docket Number:**   CV-06-07452-TJH
**Trial Judge(s):**              TERRY J. HATTER, U.S. DISTRICT JUDGE
**Court Reporter(s):**           THERESA DOTY
**Date Filed:**                  11/21/2006
**Date Order/Judgment:**         01/05/2007
**Date NOA Filed:**              03/02/2007

## OTHER CASES

| Prior Docket Number: | Prior Case Judge: | Prior Case Date: | Date Disposed: | Disposition: |
|---|---|---|---|---|
| 06-70731 | | 02/08/2006 | 04/05/2006 | RULE 42-1 DISMISSAL - CLERK ORDER |

| Relationship: | Lead Docket: | Member Docket: | Start Date: | End Date: |
|---|---|---|---|---|
| | 07-35147 | 08-35361 | 05/05/2008 | |
| COMPANION | 05-73553 | 07-70199 | 01/18/2007 | |
| COMPANION | 06-30196 | 06-36058 | 12/11/2006 | |
| COMPANION | 06-35622 | 06-36058 | 12/11/2006 | |
| COMPANION | 06-71922 | 06-73202 | 06/22/2006 | |
| COMPANION | 06-73202 | 06-73991 | 08/15/2006 | |
| COMPANION | 07-55380 | 07-55549 | 04/27/2007 | |
| CONSOLIDATED | 05-71755 | 05-75655 | 10/17/2005 | |
| CONSOLIDATED | 05-75747 | 07-72194 | 06/04/2007 | |
| CONSOLIDATED | 06-71922 | 06-73991 | 08/15/2006 | |
| CONSOLIDATED | 07-55337 | 08-55504 | 03/26/2008 | |
| CROSS-APPEAL | 07-55549 | 07-56403 | 09/28/2007 | |
| DOCKETING LINK ONLY | 07-35147 | 07-35458 | 12/21/2007 | |
| DOCKETING LINK ONLY | 07-35147 | 07-55147 | 12/21/2007 | |
| DOCKETING LINK ONLY | 07-35147 | 07-55337 | 12/21/2007 | |
| DOCKETING LINK ONLY | 07-35147 | 07-55549 | 10/24/2007 | |
| DOCKETING LINK ONLY | 07-35147 | 07-56261 | 12/21/2007 | |
| DOCKETING LINK ONLY | 07-55549 | 07-35458 | 10/24/2007 | |
| RELATED | 04-56262 | 05-56158 | 08/18/2007 | |
| RELATED | 04-56262 | 05-56171 | 08/08/2005 | |

## MUKASEY V. DIOUF, ET AL, 07-55337 (2007)

| RELATED | 04-56262 | 05-73553 | 08/18/2007 |
| --- | --- | --- | --- |
| RELATED | 04-56262 | 07-56261 | 09/24/2007 |
| RELATED | 05-71755 | 07-55549 | 04/27/2007 |
| RELATED | 06-70645 | 08-71188 | 03/21/2008 |
| RELATED | 06-71922 | 07-55337 | 03/15/2007 |
| RELATED | 06-71922 | 08-55504 | 03/26/2008 |
| RELATED | 06-73991 | 08-55504 | 03/26/2008 |
| RELATED | 07-35147 | 06-35622 | 03/01/2007 |
| RELATED | 07-55549 | 08-55095 | 01/18/2008 |
| RELATED | 07-72194 | 07-35458 | 06/07/2007 |
| RELATED | 08-71188 | 08-35361 | 05/05/2008 |

NAMES

### AMADOU LAMINE DIOUF

| | |
| --- | --- |
| Type: | PETITIONER - APPELLEE |
| Attorney: | AHILAN T. ARULANANTHAM |
| Attorney Phone: | 213-988-9500 |
| Firm Name: | ACLU FOUNDATION OF SOUTHERN CALIFORNIA |
| Firm Address: | 1313 W. EIGHTH STREET |
| | LOS ANGELES, CA 90017 |
| Attorney: | JUDY RABINOVICH |
| Attorney Phone: | 212-549-2618 |
| Attorney Fax: | 212-549-2654 |
| Firm Name: | ACLU - AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| Firm Address: | 18TH FL. |
| | 125 BROAD ST. |
| | NEW YORK, NY 10004 |
| Attorney: | JAYASHRI SRIKANTIAH |
| Attorney Phone: | 650-724-2442 |
| Attorney Fax: | 650-723-4426 |
| Firm Name: | STANFORD LAW SCHOOL |
| Firm Address: | CROWN QUADRANGLE |
| | 559 NATHAN ABBOTT WAY |
| | STANFORD, CA 94305-8610 |
| Attorney: | CECILLIA D. WANG |
| Attorney Phone: | 415-343-0775 |
| Attorney Fax: | 415-395-0950 |
| Firm Name: | ACLU IMMIGRANTS' RIGHTS PROJECT |
| Firm Address: | 39 DRUMM STREET |
| | SAN FRANCISCO, CA 94111 |

### MICHAEL B. MUKASEY, ATTORNEY GENERAL, ATTORNEY GENERAL

| | |
| --- | --- |
| Type: | RESPONDENT - APPELLANT |
| Attorney: | THOMAS H. DUPREE, JR. |
| Attorney Phone: | 202-353-8679 |
| Attorney Fax: | 202-514-8071 |
| Firm Name: | DOJ - U.S. DEPARTMENT OF JUSTICE |
| Firm Address: | CIVIL DIVISION/APPELLATE STAFF |
| | 950 PENNSYLVANIA AVE., NW |
| | WASHINGTON, DC 20530 |

EDMAN JOEL 8/3/2012
For Educational Use Only

# MUKASEY V. DIOUF, ET AL, 07-55337 (2007)

## ACLU OF SOUTHERN CALIFORNIA

Type: AMICUS CURIAE

## DOCKET PROCEEDINGS (38)

| Entry #: | Date: | Description: |
|---|---|---|
| 53 | 06/04/2008 | RECEIVED APPELLEE AMADOU LAMINE DIOUF IN 07-55337 LETTER DATED 06/03/2008 RE: DEVELOPMENTS OF PETNRS IMMIGRATION CASE, ATTACHMENTS. FEDEX TO PANEL. [07-55337, 08-55504] |
| 52 | 04/28/2008 | FILED ORIGINAL AND COPIES OF RESP-APPELLANT MICHAEL. MUKASEY'S (INFORMAL: NO) FURTHER SUPPLMENTAL BRIEF OF 3 PAGES. SERVED ON 04/25/2008. [07-55337, 08-55504] (PANEL)--[EDITED 05/02/2008 BY BY] |
| 51 | 04/18/2008 | FILED ORIGINAL AND 15 COPIES OF APPELLEE AMADOU LAMINE DIOUF IN 08-55504 (INFORMAL: NO) SUPPLMENTAL REPLY LETTER BRIEF OF 4 PAGES. SERVED ON 04/18/2008. [08-55504, 07-55337] (PANEL) |
| 50 | 04/14/2008 | FILED ORIGINAL AND 15 COPIES OF RESP- APPELLANT MICHAEL. MUKASEY (INFORMAL: NO) RPY LTR BRIEF OF 5 PAGES. SERVED ON 04/11/2008. (FAXED PANEL) |
| 49 | 04/14/2008 | RECEIVED ORIGINAL AND 4 COPIES OF AMICUS CURIAE ACLU OF SOUTHERN CALIFORNIA LTR BRIEF OF 5 PAGES IN SUPPORT OF APLT. ES:. SERVED ON. 04/14/2008. [07-55337, 08-55504] (FAXED PANEL) |
| 47 | 04/08/2008 | FILED MICHAEL MUKASEY'S CORRECTED SUPPLEMENTAL EXCERPTS OF RECORD [PREVIOUS SUPPLEMENTAL EXCERPTS WERE FILED WITH LTR BRF ON 4/4/08; CORRECTED EXCERPTS CONTAIN TABLE OF CONTENTS] (FED EXED TO PANEL) |
| 48 | 04/04/2008 | FILED ORIGINAL AND 15 COPIES OF APPELLEE AMADOU LAMINE DIOUF LETTER BRIEF OF 7 PAGES. SERVED ON 04/04/2008. [08-55504, 07-55337] (PANEL) |
| 46 | 04/04/2008 | FILED APPELLANT MICHAEL. MUKASEY IN 07-55337 SUPPLEMENTAL EXCERPTS OF RECORD ON APPEAL IN 01 VOLUMES. |

MUKASEY V. DIOUF, ET AL, 07-55337 (2007)

| | | | |
|---|---|---|---|
| | | [07-55337, 08-55504] (FED EXED TO PANEL) | |
| 45 | 04/04/2008 | FILED APPELLANT MICHAEL. MUKASEY'S LTR BRIEF OF 10 PAGES [IN RESPONSE TO 3/26/08 ORDER] SERVED ON 4/4/08 [07-55337, 08-55504] [FAXED PANEL) | |
| 44 | 03/26/2008 | FILED ORDER (JEROME FARRIS, RAYMOND C. FISHER AND MILAN D. SMITH, JR.) IT IS ORDERED THAT THIS PANEL ASSUME JURISDICTION OVER THE APPEAL OF THE DISTRICT COURT'S FEBRUARY 6, 2008 JUDGMENT GRANTING HABEAS RELIEF TO PETITIONER, AND THAT THE APPEAL OF THE DISTRICT COURT'S FEBRUARY 6, 2008 JUDGMENT BE CONSOLIDATED WITH THE ATTORNEY GENERAL'S APPEAL OF THE DISTRICT COURT'S JANUARY 4, 2007 PRELIMINARY INJUNCTION ORDER. IT IS FURTHER ORDERED THAT THE PARTIES MAY SUBMIT SIMULTANEOUS BRIEFS BY APRIL 4, 2008 ADDRESSING ANY NEW ISSUES RAISED BY THE DISTRICT COURT'S FEBRUARY 6, 2008 JUDGMENT. THE BRIEFS SHALL BE IN LETTER FORM, AND MAY NOT EXCEED TEN (10) DOUBLE-SPACED TYPED PAGES IN LENGTH. THE PARTIES MAY ALSO SUBMIT LETTER REPLY BRIEFS, OF NO MORE THAN FIVE (5) DOUBLE-SPACED TYPED PAGES, BY APRIL 14, 2008. THE PARTIES MAY FURTHER SUBMIT SUPPLEMENTAL EXCERPTS OF RECORD INCLUDING THE DISTRICT COURT'S FEBRUARY 6, 2008 JUDGMENT AND ANY OTHER RELEVANT DOCUMENTS. | ViewBatch Download |
| 43 | 03/21/2008 | FILED ORIGINAL AND 15 COPIES JOINT RESPONSE TO 3/7/08 ORDER, (INFORMAL: NO) 2 PAGES. SERVED ON 3/21/08. | |
| 42 | 03/07/2008 | FILED ORDER (JEROME FARRIS, RAYMOND C. FISHER AND MILAN D. SMITH, JR.) IT IS ORDERED THAT THE PARTIES PROVIDE SUPPLEMENTAL BRIEFING CONCERNING THE EFFECT ON THIS APPEAL, IF ANY, OF THE DISTRICT COURT'S FEBRUARY 6, 2008 GRANT OF HABEAS RELIEF. THE SIMULTANEOUS BRIEFS MAY BE IN LETTER FORM, AND MAY NOT EXCEED TEN (10) DOUBLE- | ViewBatch Download |

| | | |
|---|---|---|
| | | SPACED TYPED PAGES IN LENGTH. THE PARTIES ARE DIRECTED TO FILE THEIR SUPPLEMENTAL BRIEFS WITH THE COURT NO LATER THAN MARCH 21, 2008. |
| 41 | 02/28/2008 | FILED APPELLANT MICHAEL. MUKASEY ADDITIONAL CITATIONS. SERVED ON 02/27/2008. (PANEL) |
| 36 | 01/11/2008 | FILED APLT'S ADDITIONAL CITATIONS, SERVED ON 1/10/08 PANEL. [07-55337] |
| 34 | 01/07/2008 | ARGUED AND SUBMITTED TO JEROME FARRIS, RAYMOND C. FISHER, MILAN D. SMITH [07-55337, 07-35458, 07-55549, 07-56261, 07-56403] |
| 32 | 01/03/2008 | FILED ORDER ( JEROME FARRIS, RAYMOND C. FISHER, MILAN D. SMITH, ): THE MTN RE ALLOCATION OF TIME FOR ORAL ARGUMENT FILED 12/21/07 IS DENIED AS MOOT. THE ORDER OF ORAL ARGUMENT IN THESE CASES, SCHEDULED FOR MONDAY 1/7/08 AT 9:30 A.M. IN PASADENA, CA SHALL BE AS FOLLOWS: 2. 07-55337 MUKASEY V. DIOUF, 3. 07-55497/07-56403 SOEOTH V. MUKASEY, 4. 07-35458 PRIETO-ROMERO V. CLARK, 5. 07-56261 CASAS-CASTRILLON V. LOCKYEAR. PETITIONERS COLLECTIVELY SHALL HAVE 40 MINUTES OF ARGUMENT TIME; CSLO FOR THE RESPECTIVE PETITIONERS SHOULD ALLOCATE THIS TIME AMONGST THEMSELVES. THE GOVERNMENT SHALL HAVE UP TO 40 MINUTES IN WHICH TO RESPOND. IF WARRANTED FURING THE COURSE OF ARGUMENT, THE COURT WILL ALLOW ADDITIONAL ARGUMENT TIME AT ITS DISCRETION. FOFANA V. CLARK, NO. 07-35147 REMAINS SUBMITTED ON THE BRIEFS AND RECORD W/OUT ORAL ARGUMENT. (PHONED CSLS) [07-35147, 07-35458, 07-55337, 07-55549, 07-56261, 07-56403] |
| 33 | 12/31/2007 | FILED NOTICE OF APPEARANCE OF THOMAS H. DUPREE, JR. FOR APLT. [07-55337] |
| 31 | 12/26/2007 | FILED AMICI CSK'S RESPONSE TO GOVERNMENT'S OPPOSITION REGARDING ALLOCATION OF TIME FOR ORAL ARGUMENT SERVED ON 12/26/07 PANEL. [07-35147, 07-55337, 07-55549, 07-56261, 07-56403] |

MUKASEY V. DIOUF, ET AL, 07-55337 (2007)

| | | |
|---|---|---|
| 30 | 12/21/2007 | FILED APLES' OPPOSITION TO MTN REGARDING ALLOCATION OF TIME FOR ORAL ARAGUNENT SERVED ON 12/20/07 PANEL |
| 26 | 11/23/2007 | CALENDARED: PASA JAN 7 2008 900 AM COURTROOM 1 ***TIME CHANGE TO 9:30 A.M.*** [07-55337] |
| 25 | 11/15/2007 | CALENDAR MATERIALS BEING PREPARED. [07-55337] [07-55337] |
| 24 | 11/09/2007 | FILED APLES' RESPONSE TO APLT'S MTN TO EXPEDITE SERVED ON 11/8/07 NAN/CASEFILE PER ORDER 11/7/07 [07-55337] |
| 23 | 11/07/2007 | FILED ORDER MOATT (LC) THE COURT IS IN RECEIPT OF RESPONDENT'S MTN TO EXPEDITE THE APPEAL FILED ON 10/31/07. THE CLERK SHALL PLACE THIS CAE ON THE NEXT AVAILABLE CALENDAR. THIS CASE SHALL BE CALENDARED SIMULTANEOUSLY WITH THE APPEAL NO. 07-35147, 07-35458, 07-55549, 07-56261, AND 07-56403. [07-55337] |
| 21 | 11/01/2007 | CALENDAR CHECK PERFORMED [07-55337, 06-71922, 06-73991] |
| 20 | 10/31/2007 | FILED APPELLANT ALBERTO R. GONZALES IN 07-55337'S MOTION TO EXPEDITE APPEAL SERVED ON 10/30/07 MOATT. [07-55337] |
| 18 | 07/18/2007 | FILED ORIGINAL AND 15 COPIES ALBERTO R. GONZALES IN 07-55337 REPLY BRIEF, ( INFORMAL: NO ) 31 PAGES AND 1 VOL. CORRECTED EXC; SERVED ON 7/17/07 [07-55337] |
| 17 | 07/09/2007 | FILED ORDER MOATT (RMB)...THE UNOPPOSED ORAL MTN FOR A 14 DAY EXTENSION OF TIME TO FILE THE OPT RPY BRIEF IS GRANTED. THE RPY BRIEF IS NOW DUE 7/20/07. [07-55337] |
| 14 | 06/20/2007 | FILED ORIGINAL AND 15 COPIES APPELLEE AMADOU LAMINE DIOUF IN 07-55337'S 50 PAGES BRIEF, 1 VOL. EXC. ; SERVED ON 6/19/07 [07-55337] |
| 13 | 06/20/2007 | RECEIVED APPELLEE AMADOU LAMINE DIOUF IN 07-55337'S SATISFACTION OF (MAJOR) BRIEF DEFICIENCY BY SUBMITTED CORRECTED CERTIFICATE OF COMPLIANCE, SERVED ON 6/20/07 [07-55337] |
| 12 | 06/20/2007 | RECEIVED ORIG. 15 COPIES AMADOU LAMINE DIOUF IN 07-55337'S BRIEF |

MUKASEY V. DIOUF, ET AL, 07-55337 (2007)

| | | |
|---|---|---|
| 10 | 06/05/2007 | OF 50 PAGES; SERVED ON 6/19/07 DEFICIENT: OVERSIZED [07-55337] FILED ORDER MOATT (KB) THIS IS A PRELIMINARY INJUNCTION APPEAL. THE UNOPPOSED ORAL MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE THE ANSWERING BRIEF IS GRANTED. THE ANSWERING BRIEF IS NOW DUE 6/19/07; AND THE OPTIONAL REPLY BRIEF IS DUE WITHIN 14 DAYS AFTER SERVICE OF THE ANSWERING BRIEF. (MOATT) [07-55337] |
| 9 | 05/11/2007 | CASE REJECTED FROM CIRCUIT MEDIATION PROGRAM. |
| 8 | 05/08/2007 | FILED ORIGINAL AND 15 COPIES APPELLANT ALBERTO R. GONZALES IN 07-55337 OPENING BRIEF ( INFORMAL: NO) 36 PAGES AND FIVE EXCERPTS OF RECORD ; SERVED ON 5/7/07 [07-55337] |
| 7 | 05/08/2007 | FILED NOTICE OF APPEARANCE OF DAVID J. KLINE & GJON JUNCAJ (WITHDREW AS COUNSEL: PETER D. KEISLER AND ROBERT I. LESTER) FOR ALBERTO R. GONZALES [07-55337] |
| 6 | 04/24/2007 | FILED ORDER MOATT (NAMG) THIS IS A PRELIMINARY INJUNCTION APPEAL. THE UNOPPOSED ORAL MTN FOR A 14 DAY EXTENSION OF TIME TO FILE THE OPN BRIEF IS GRANTED. THE OPN BRIEF IS NOW DUE 5/8/07; THE ANS BRIEF IS DUE 6/5/07; AND THE OPT RPY BRIEF IS DUE WITHIN 14 DAYS AFTER SERVICE OF THE ANS BRIEF. [07-55337] |
| 3 | 03/15/2007 | FILED ROBERT I. LESTER FOR APPELLANT ALBERTO R. GONZALES IN 07-55337 CIVIL APPEALS DOCKETING STATEMENT SERVED ON 3/2/07 (TO CONFATT) [07-55337] [07-55337] |
| 2 | 03/15/2007 | FILED NOTICE OF REPRESENTATION OF ROBERT I. LESTER FOR RESPONDENTS. [07-55337] |
| 1 | 03/15/2007 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. CADS SENT (Y/N): N. REFERRED TO MOATT PURSUANT TO 9TH CIR.R. 3-3. SETTING SCHEDULE AS FOLLOWS: APPELLANT'S OPENING BRIEF IS DUE 4/24/07; APPELLEES' BRIEF IS DUE 5/24/07; APPELLANTS' REPLY BRIEF IS DUE 6/7/07; [07-55337] |

MUKASEY V. DIOUF, ET AL, 07-55337 (2007)

End of Document© 2012 Thomson Reuters. No claim to original U.S. Government Works.

Next