

"Undeliverable Mail"

FILED
CLERK, U.S. DISTRICT COURT
AUG - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LA 07 CV 03239 TJH -RET-
251

2:07-cv-03239 Doc: 251

Frederick  Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:        2

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al., <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> ORDER GRANTING JOINT STIPULATION FOR ENLARGEMENT OF PAGES FOR BRIEFING THE MOTION FOR A PRELIMINARY INJUNCTION AND FOR EXTENSION OF THE HEARING DATE ON PETITIONERS' MOTION [249] |

    Before the Court is the parties' Joint Stipulation for the enlargement of page limitations for briefing Petitioners' Motion for a Preliminary Injunction (ECF # 232), previously filed June 25, 2012, and for an extension of time for Petitioners to file their reply in support of their motion. The parties' Joint Stipulation is GRANTED.

    IT IS ORDERED that the page limitation for Respondents' memorandum in opposition to Petitioners' motion for a preliminary injunction motion is enlarged to 35 pages, and the page limitation for Petitioners' reply memorandum is enlarged to 35 pages. Petitioners' shall file their reply in support of their motion for a preliminary