UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-3239-TJH (RNBx) consolidated with SA CV 11-01287-TJH(RNBx) | Date | SEPTEMBER 10, 2012 |

| | |
|---|---|
| Title | ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL consolidated with FREDERICK NGAYWA v. ERIC H. HOLDER, ET AL |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | MELONI WARREN |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ahilan Arulanantham<br>Michael Tan<br>Michael Kaufman | Theodore Atkinson, USDOJ |

**Proceedings:   PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION, fld 6-25-12 [232]**

The case is called and counsel state their appearance. The Court and counsel confer.

Following discussions with counsel, the Court will take the matter under submission. A written order will follow within 7 days.

IT IS SO ORDERED.

cc: all parties

<u>1:16</u>