STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
EREZ REUVENI
Trial Attorney
United States Department of Justice
Office of Immigration Litigation,
District Court Section

    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 307-4293
    Facsimile: (202) 616-8962
    Email: erez.r.reuveni @usdoj.gov

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Custom Enforcement, Los Angeles District Field Office Director*, *et al.*, <br><br> Defendants. | No. cv 07-3239-TJH (RNBx) <br><br> **RESPONDENTS'** <br><br> **(1) *EX PARTE* APPLICATION FOR THE ENTRY OF AN EMERGENCY STAY OF THE PRELIMINARY INJUNCTION;** <br><br> **(2) MEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION;** <br><br> **(3) DECLARATION OF THOMAS Y.K. FONG;** <br><br> **(4) DECLARATION OF ERIC SALDANA;** <br><br> **(5) DECLARATION OF EREZ REUVENI;** <br><br> **(6) DECLARATION OF THEODORE W. ATKINSON; AND** <br><br> **(7) PROPOSED ORDER** <br> Hon. Terry J. Hatter, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 7-19, the above-captioned Respondents hereby apply *ex parte* for an order staying this Court's September 13, 2012 Order ("Order") pending an appeal by Respondents under 28 U.S.C. § 1292(a)(1). Specifically, Respondents seek a stay of the Order provisions requiring Respondents to provide all currently detained Section 1225(b) and Section 1226(c) sub-class members with bond hearings before immigration judges, under certain conditions set forth in the Order, within 30 days of the Order. ECF # 255. In the alternative, defendants request that the Court grant an immediate stay of its injunction while the Court considers defendants' application for a stay pending appeal. At a minimum, should the Court decline to enter a stay pending appeal or an immediate stay to permit it to consider Respondents' request for a stay pending appeal, Respondents request that the Court enter an immediate stay to permit the Court of Appeals an opportunity to consider entry of a stay. Respondents submit that cause exists to grant the relief requested herein because, at a minimum, this case raises serious legal questions, and without the entry of an order immediately staying the application of this Court's judgment, Respondents will be irreparably harmed before they can appeal this Court's decision to the Ninth Circuit. Accordingly, Respondents submit this *ex parte* application seeking immediate relief from this Court.

Pursuant to Local Rule 7-19.1, on September 13, 2012, Respondents provided notice of this *ex parte* application to counsel for Petitioners and inquired as to whether Petitioners would oppose this motion. *See* Declaration of Theodore W. Atkinson, § 2. Petitioners' counsel has stated that Petitioners oppose Respondents' application. Petitioner's counsel's name, address, telephone number and email address are as follows:

AHILAN T. ARULANANTHAM
1313 West Eighth Street
Los Angeles, California 90017
Tel: (213) 977-5211

Fax: (213) 977-5297
Email: aarulanantham@aclu-sc.org

     This application is based on this notice of *ex parte* application, the accompanying memorandum of points and authorities, and the accompanying Declarations of Thomas Y.K. Fong, Eric Saldana, Theodore W. Atkinson and Erez Reuveni. and the files and records in this case.  A proposed order is hereby lodged.

Dated: September 17, 2012        STUART F. DELERY
                                          Acting Assistant Attorney General
                                          Civil Division
                                          DAVID J. KLINE
                                          Director, Office of Immigration Litigation
                                          District Court Section
                                          VICTOR M. LAWRENCE
                                          Principal Assistant Director
                                          THEODORE W. ATKINSON
                                          Senior Litigation Counsel

                                          <u>/s/ Erez Reuveni</u>
                                          EREZ REUVENI
                                          Trial Attorney
                                          United States Department of Justice
                                          Office of Immigration Litigation,
                                          District Court Section
                                          P.O. Box 868, Ben Franklin Station
                                          Washington, DC 20044
                                          Telephone: (202) 307-4293; '
                                          Fax: (202) 616-8962
                                          Email: erez.r.reuveni@usdoj.gov

                                          *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that on September 17, 2012, I served a copy of the foregoing and its attachments through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

/s/ Erez Reuveni
Erez Reuveni
Trial Attorney
United States Department of Justice