STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
EREZ REUVENI
Trial Attorney
United States Department of Justice
Office of Immigration Litigation,
District Court Section

    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 307-4293
    Facsimile: (202) 616-8962
    Email: erez.r.reuveni @usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Custom Enforcement, Los Angeles District Field Office Director, et al.*,<br><br>Defendants. | No. cv 07-3239-TJH (RNBx)<br><br>**DECLARATION OF EREZ REUVENI IN SUPPORT OF RESPONDENTS' *EX PARTE* APPLICATION FOR EMERGENCY STAY OF THE PRELIMINARY INJUNCTION PENDING APPEAL;**<br><br>Hon. Terry J. Hatter, Jr. |

# DECLARATION OF EREZ REUVENI

I, Erez Reuveni, declare as follows:

1. I am co-counsel for the Respondents.

2. On September 13, 2012, the Court entered a preliminary injunction that orders Respondents to, among other things, "[w]ithin thirty days of the date of this order, . . . identify all members of the Section 1225(b) and Section 1226(c) Subclasses and provide each of them with a bond hearing before an Immigration Judge with power to grant their release" and "develop a system to timely identify all future Subclass members and ensure that they receive such bond hearings."

3. Respondents seek the entry of an emergency stay of the Court's September 13, 2012 preliminary injunction. And because this matter requires immediate action that cannot be accommodated through a regularly noticed motion, Respondents have filed the accompanying *ex parte* application seeking entry of an emergency stay of the Court's preliminary injunction.

4. Respondents have notified Petitioners' counsel of its intention to file the accompanying *ex parte* application; Petitioners' counsel advised my co-counsel, Theodore W. Atkinson, that Petitioners will oppose the application.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of September, 2012, in Washington D.C.

/s/ Erez Reuveni
EREZ REUVENI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28