STUART F. DELERY
ActingAssistant Attorney General,
Civil Division
DAVID J. KLINE
Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov
EREZ R. REUVENI
Trial Attorney

Attorneys for Respondents

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **DECLARATION OF THEODORE W. ATKINSON** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, | |
| Respondents. | |

I, Theodore W. Atkinson , declare:

1.      I am the Senior Litigation Counsel assigned to handle the instant action.  As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2.      On September 13, 2012, I provided notice of the *ex parte* application for a stay by telephone to counsel for Petitioners.  Petitioners have indicated that they oppose the relief requested.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on September 17, 2012          */s/ Theodore W. Atkinson*
                                         THEODORE W. ATKINSON