STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
EREZ REUVENI
Trial Attorney
United States Department of Justice
Office of Immigration Litigation,
District Court Section

    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 307-4293
    Facsimile: (202) 616-8962
    Email: erez.r.reuveni @usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Custom Enforcement, Los Angeles District Field Office Director*, *et al.*,<br><br>Defendants. | No. cv 07-3239-TJH (RNBx)<br><br>**[PROPOSED] ORDER GRANTING RESPONDENTS'** ***EX PARTE*** **APPLICATION FOR THE ENTRY OF AN EMERGENCY STAY**<br><br>Hon. Terry J. Hatter, Jr. |

    The Court, having considered Respondents' *Ex Parte* Application for the Entry of an Emergency Stay and all materials and argument submitted in relation thereto, hereby orders as follows:

IT IS HEREBY ORDERED that Respondents' *Ex Parte* Application is GRANTED.  The Court's September 13, 2012 Order requiring Respondents to within 30 days identify all members of the Section 1225(b) and Section 1226(c) Subclasses and provide each of them with a bond hearing before an Immigration Judge with power to grant their release and develop a system to timely identify all future Subclass members and ensure that they receive such bond hearings is stayed pending appeal.

DATED: September __, 2012

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

PRESENTED BY:
STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel

/s/ Erez Reuveni
EREZ REUVENI
Trial Attorney
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-4293
Facsimile: (202) 616-8962
Email: erez.r.reuveni @usdoj.gov

*Attorneys for Respondents*