# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | CV 07-03239 TJH |
| Petitioners, | |
| v. | Order |
| TIMOTHY S. ROBBINS, *et al.*, | |
| Respondents. | |

The Court has considered Respondents' *ex parte* application for an emergency stay of the preliminary injunction pending appeal, together with the moving papers.

It is Ordered that the *ex parte* application be, and hereby is, Denied.

Date: September 18, 2012

                                     _____
                                     Terry J. Hatter, Jr.
                                     Senior United States District Judge