1  STUART F. DELERY
   Acting Assistant Attorney General
2  Civil Division
   DAVID J. KLINE
3  Director, Office of Immigration Litigation
   District Court Section
4  VICTOR M. LAWRENCE
   Principal Assistant Director
5  THEODORE W. ATKINSON
   Senior Litigation Counsel
6  United States Department of Justice
   Office of Immigration Litigation,
7  District Court Section
        P.O. Box 868, Ben Franklin Station
8       Washington, DC 20044
        Phone: (202) 532-4135
9       theodore.atkinson@usdoj.gov

10 Attorneys for Respondents

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **NOTICE OF APPEAL** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | Hon. Terry J. Hatter, Jr. |
| Respondents. | |

Notice is hereby given that, under 28 U.S.C. § 1292(a)(1), Timothy Robbins, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; Janet Napolitano, Secretary of Homeland Security; Eric H. Holder, Jr., United States Attorney General; Juan P. Osuna, Director, Executive Office for Immigration Review;[1] Wesley Lee, Assistant Field Office Director, Immigration and Customs Enforcement; Rodney Penner, Captain, Mira Loma Detention Center; Sandra Hutchens, Sheriff of Orange County; Officer Nguyen, Officer-in-Charge, Theo Lacy Facility; Captain Davis Nighswonger, Commander, Theo Lacy Facility; Captain Mike Kreuger, Operations Manager, James A. Musick Facility; Arthur Edwards, Officer-in-Charge, Santa Ana City Jail; and Russell Davis, Jail Administrator, Santa Ana City Jail, Respondents in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order entering a preliminary injunction against Respondents, entered in this action on September 13, 2012, ECF # 255.

Date: September 21, 2012

STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director

*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov

Attorneys for Respondents

---

[1] In accordance with Fed. R. Civ. P. 25(d), Juan P. Osuna is substituted for Thomas G. Snow, former Acting Director, Executive Office for Immigration Review.

1

# CERTIFICATE OF SERVICE

I certify that on September 21, 2012, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

/s/ Theodore W. Atkinson
Theodore W. Atkinson
Senior Litigation Counsel
United States Department of Justice