**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 25 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al.,<br><br>      Petitioners - Appellees,<br><br>and<br><br>EFREN OROZCO,<br><br>      Petitioner,<br><br>   v.<br><br>TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al.,<br><br>      Respondents - Appellants. | No. 12-56734<br><br>D.C. No. 2:07-cv-03239-TJH-RNB<br>Central District of California, Los Angeles<br><br>ORDER |



Before: B. FLETCHER, FISHER, and GOULD, Circuit Judges.

Respondents' emergency motion is denied.

The panel will stay the district court's injunction until October 13, 2012.

Respondents now have until November 12, 2012 to comply with the district court's injunction.