UNITED STATES DISTRICT COURT
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

2:07-CV-03239-TJH-RNB

FILED
CLERK U.S. DISTRICT COURT
OCT - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Appeals

Date Transmitted:    9/27/2012 12:50:24 PM

2:07-cv-03239   Doc: 261

Frederick  Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:         2

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al USCA Order
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 9/27/2012 at 12:46 PM PDT and filed on 9/25/2012

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031115418173?caseid=389049&de_seq_num=1012&magic_num=MAGIC&pdf_toggle_possible=1
>261
```

Docket Text:

ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals
[259] filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur
Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney
Penner, Timothy Robbins, Wesley Lee, Nguyen CCA # 12-56734. The appeal filed
September 21, 2012 is a preliminary injunction appeal. The mediation questionnaire
is due three days after the date of this order. If they have not already
done so, within 7 calendar days after the filing date of this order, the
parties shall make arrangements to obtain from the court reporter an official
transcript of proceedings in the district court that will be included in
the record on appeal. The briefing schedule shall proceed as follows: the
opening brief and excerpts of record are due November 16, 2012 or 28 days
after service of the opening brief, whichever is earlier; and the optional
reply brief is due within 14 days after service of the answering brief.
Failure to file timely the opening brief shall result in the automatic dismissal
of this appeal by the Clerk for failure to prosecute. Order received in this
district on 9/25/2012. (dmap)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan     mtan@aclu.org

Sean A Commons      scommons@sidley.com

Nicole R Prairie    nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young  stacey.young@usdoj.gov

Peter J Eliasberg   peliasberg@aclu-sc.org, clebano@aclu-sc.org

Hans Chen           hans.h.chen@usdoj.gov

Steven A Ellis      scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson      sarah.s.wilson@usdoj.gov

Erez Reuveni        erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman   gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jayashri Srikantiah jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson   theodore.atkinson@usdoj.gov

Cecillia D Wang     cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy Kim         usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy   Rabinovitz         jrabinovitz@aclu.org, mlauterback@aclu.org,
mtan@aclu.org

Robert I Lester         martha.jimenez2@usdoj.gov, robert.lester@usdoj.gov

Cody James Jacobs       cjacobs@sidley.com

Ahilan T Arulanantham       gtien@aclu-sc.org, aarulanantham@aclu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :

William   Tran
Sidley Austin
555 West Fifth Street   Suite 4000
Los Angeles CA 90013-1010
US

Gjon   Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street   Suite 400
Los Angeles CA 90013-1010
US

Jennifer L Stark
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles CA 90017


Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Efren Orozco
A200-707-831
501 The City Drive South
Orange CA 92868
US

Fatima Alloo
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

**FILED**

UNITED STATES COURT OF APPEALS

SEP 25 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., <br><br> Petitioners - Appellees, <br><br> and <br><br> EFREN OROZCO, <br><br> Petitioner, <br><br> v. <br><br> TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al., <br><br> Respondents - Appellants. | No. 12-56734 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 2 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

The appeal filed September 21, 2012 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

The mediation questionnaire is due three days after the date of this order.

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than October 19, 2012; the answering brief is due November 16, 2012 or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 14 days after service of the answering brief. *See* 9th Cir. R. 3-3(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Seung Lee
Deputy Clerk