

2:07-cv-03239   Doc: 262

Frederick Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA   92301
US

Number of Pages:   1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rod
riguez v. James Hayes et al USCA Order
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 9/27/2012 at 12:49 PM PDT and filed on 9/25/2012

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/031115418219?caseid=389049&de_seq_num=1015&magic_num=MAGIC&pdf_toggle_possible=1
>262

Docket Text:

ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals [259] filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen CCA # 12-56734. Respondents' emergency motion is denied. The panel will stay the district court's injunction until October 13, 2012. Respondents now have until November 12, 2012 to comply with the district court's injunction. Order received in this district on 9/25/2012. (dmap)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan        mtan@aclu.org

Sean A Commons         scommons@sidley.com

Nicole R Prairie       nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young     stacey.young@usdoj.gov

Peter J Eliasberg      peliasberg@aclu-sc.org, clebano@aclu-sc.org

Hans    Chen        hans.h.chen@usdoj.gov

Steven A Ellis        scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson        sarah.s.wilson@usdoj.gov

Erez    Reuveni        erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman        gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jayashri    Srikantiah        jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson        theodore.atkinson@usdoj.gov

Cecillia D Wang        cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy    Kim        usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy    Rabinovitz        jrabinovitz@aclu.org, mlauterback@aclu.org, mtan@aclu.org

Robert I Lester        martha.jimenez2@usdoj.gov, robert.lester@usdoj.gov

Cody James Jacobs        cjacobs@sidley.com

Ahilan T Arulanantham        gtien@aclu-sc.org, aarulanantham@aclu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :


William  Tran
Sidley Austin
555 West Fifth Street   Suite 4000
Los Angeles CA 90013-1010
US

Gjon  Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street   Suite 400
Los Angeles CA 90013-1010
US

Jennifer L Stark
ACLU Foundation of Southern California
1313  West 8th Street
Los Angeles CA 90017


Frederick  Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Efren  Orozco
A200-707-831
501 The City Drive South
Orange CA 92868

Fatima Alloo
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

Case 2:07-cv-03239-TJH-KES   Document 266   Filed 10/04/12   Page 7 of 8   Page ID #:3585
Fatima Alloo
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

**FILED**

UNITED STATES COURT OF APPEALS

SEP 25 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., <br><br> Petitioners - Appellees, <br><br> and <br><br> EFREN OROZCO, <br><br> Petitioner, <br><br> v. <br><br> TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al., <br><br> Respondents - Appellants. | No. 12-56734 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 25 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: B. FLETCHER, FISHER, and GOULD, Circuit Judges.

Respondents' emergency motion is denied.

The panel will stay the district court's injunction until October 13, 2012.

Respondents now have until November 12, 2012 to comply with the district court's injunction.