UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM 008
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS



NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD

RECEIVED CLERK, U.S. DISTRICT COURT
OCT -1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TJH



Undeliverable Mail

FILED
CLERK, U.S. DISTRICT COURT
OCT 18 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LA07CV03239 TJH-RET257

2:07-cv-03239   Doc: 257

Frederick  Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:    1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

# United States District Court
## Central District of California
### Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | CV 07-03239 TJH |
| Petitioners, | |
| v. | Order |
| TIMOTHY S. ROBBINS, *et al.*, | |
| Respondents. | |

The Court has considered Respondents' *ex parte* application for an emergency stay of the preliminary injunction pending appeal, together with the moving papers.

It is Ordered that the *ex parte* application be, and hereby is, Denied.

Date: September 18, 2012

_____
Terry J. Hatter, Jr.
Senior United States District Judge