



Undeliverable Mail

LA07CV03239TJH-R255

FILED
CLERK, U.S. DISTRICT COURT
OCT 18 2012
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

2:07-cv-03239   Doc: 255

Frederick   Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:       2

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | CV 07-03239-TJH(RNBx) consolidated w/ |
| Petitioners, | SA CV 11-01287-TJH(RNBx) |
| v. | Order |
| TIMOTHY S. ROBBINS, *et al.*, | and |
| Respondents. | Preliminary Injunction [232] |

The Court has considered Petitioners' motion for a preliminary injunction, together with the moving and opposing papers.

It is Ordered that the motion be, and hereby is, Granted.

The Court finds that Petitioners have demonstrated a substantial likelihood of success on the merits, that they will suffer irreparable injury in the absence of a preliminary injunction, and that the balance of hardships tip sharply in their favor.

It is further Ordered that Respondents and their agents, employees, assigns, and all those acting in concert with them, are preliminarily enjoined as follows:

OFFICIAL BUSINESS

