

2:07-cv-03239   Doc: 254

Frederick   Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:        1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 07-3239-TJH (RNBx) consolidated with SA CV 11-01287-TJH(RNBx) | Date | SEPTEMBER 10, 2012 |
|---|---|---|---|

| Title | ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL consolidated with FREDERICK NGAYWA v. ERIC H. HOLDER, ET AL |
|---|---|

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | MELONI WARREN |
|---|---|
| Deputy Clerk | Court Recorder |

Attorneys Present for Plaintiffs:

Ahilan Arulanantham
Michael Tan
Michael Kaufman

Attorneys Present for Defendants:

Theodore Atkinson, USDOJ

**Proceedings:** PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION, fld 6-25-12 [232]

The case is called and counsel state their appearance. The Court and counsel confer.

Following discussions with counsel, the Court will take the matter under submission. A written order will follow within 7 days.

IT IS SO ORDERED.

cc: all parties

**1:16**

CV-90                          CIVIL MINUTES - GENERAL                    Initials of Deputy Clerk ys