

U.S. COURTHOUSE ROOM G8
LOS ANGELES, CALIFORNIA 71900
OFFICIAL BUSINESS

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 1 2012

TJH

Undeliverable Mail

FILED
CLERK, U.S. DISTRICT COURT
OCT 18 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LA07CV3239TJH-Ret 257

Date Transmitted: 9/18/2012 4:45:03 PM

2:07-cv-03239 Doc: 257

Efren Orozco
PrisonerID A200-707-831
501 The City Drive South
Orange, CA 92868
US

Number of Pages: 1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | CV 07-03239 TJH |
| Petitioners, | |
| v. | Order |
| TIMOTHY S. ROBBINS, et al., | |
| Respondents. | |

The Court has considered Respondents' *ex parte* application for an emergency stay of the preliminary injunction pending appeal, together with the moving papers.

It is Ordered that the *ex parte* application be, and hereby is, Denied.

Date: September 18, 2012

_____
Terry J. Hatter, Jr.
Senior United States District Judge