UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS



*Please*

RETURN TO SENDER
INMATE NOT IN CUSTODY

TJH

REFUSED

$ 01.10°



Undeliverable Mail

FILED
CLERK, U.S. DISTRICT COURT

OCT 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LA07CV03239TJH-R 255

2:07-cv-03239  Doc: 255

Efren  Orozco
PrisonerID A200-707-831
501 The City Drive South
Orange, CA   92868
US

Number of Pages:        2

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | CV 07-03239-TJH(RNBx) consolidated w/ SA CV 11-01287-TJH(RNBx) |
| Petitioners, | |
| v. | Order |
| TIMOTHY S. ROBBINS, *et al.*, | and |
| Respondents. | Preliminary Injunction [232] |

The Court has considered Petitioners' motion for a preliminary injunction, together with the moving and opposing papers.

It is Ordered that the motion be, and hereby is, Granted.

The Court finds that Petitioners have demonstrated a substantial likelihood of success on the merits, that they will suffer irreparable injury in the absence of a preliminary injunction, and that the balance of hardships tip sharply in their favor.

It is further Ordered that Respondents and their agents, employees, assigns, and all those acting in concert with them, are preliminarily enjoined as follows: