


LA07CV03239TJH-R 254

Case 2:07-cv-03239-TJH-KES   Document 273   Filed 10/18/12   Page 2 of 3   Page ID #:3607
Date Transmitted: 9/13/2012 4:13:18 PM

2:07-cv-03239   Doc: 254

Efren Orozco
PrisonerID A200-707-831
501 The City Drive South
Orange, CA   92868
US

Number of Pages:   1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | CV 07-3239-TJH (RNBx) consolidated with SA CV 11-01287-TJH(RNBx) | **Date** | SEPTEMBER 10, 2012 |

**Title**  ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL consolidated with FREDERICK NGAYWA v. ERIC H. HOLDER, ET AL

**Present: The Honorable**  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | MELONI WARREN |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ahilan Arulanantham<br>Michael Tan<br>Michael Kaufman | Theodore Atkinson, USDOJ |

**Proceedings:**   PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION, fld 6-25-12 [232]

The case is called and counsel state their appearance. The Court and counsel confer.

Following discussions with counsel, the Court will take the matter under submission. A written order will follow within 7 days.

IT IS SO ORDERED.


cc: all parties

1:16

| CV-90 | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk <u>ys</u> |
|---|---|---|