**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



NO DATA

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
OCT - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

REFUSED

RECEIVED
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION
OCT 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

RNB



Date Transmitted:        9/24/2012 12:53:46 PM

2:07-cv-03239   Doc: 260

Efren   Orozco
PrisonerID A200-707-831
501 The City Drive South
Orange, CA    92868
US

Number of Pages:         4

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rod
riguez v. James Hayes et al 9th CCA Assigned Case Number Not
ice
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing.  However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT
OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered  on 9/24/2012 at 12:46 PM PDT and filed
on 9/21/2012

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:Paul WaltersLee BacaJanet NapolitanoEric HolderNguyenRodney PennerRussell DavisTimothy RobbinsWesley LeeGeorge MolinarArthur EdwardsSammy JonesSandra HutchensThomas

Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/031115390279?caseid=389049&de_seq_num=1008&magic_num=MAGIC&pdf_toggle_possible=1
>260

Docket Text:

NOTIFICATION by Circuit Court of Appellate Docket Number 12-56734, 9TH CCA
regarding Notice of Appeal to 9th Circuit Court of Appeals, [259] as to Respondents.
(car)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan          mtan@aclu.org

Sean A Commons           scommons@sidley.com

Nicole R Prairie         nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young       stacey.young@usdoj.gov

Peter J Eliasberg        peliasberg@aclu-sc.org, clebano@aclu-sc.org

Hans Chen                      hans.h.chen@usdoj.gov

Steven A Ellis             scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson             sarah.s.wilson@usdoj.gov

Erez Reuveni               erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman      gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jayashri Srikantiah        jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson  theodore.atkinson@usdoj.gov

Cecillia D Wang            cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy Kim                usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy Rabinovitz            jrabinovitz@aclu.org, mlauterback@aclu.org, mtan@aclu.org

Robert I Lester            martha.jimenez2@usdoj.gov, robert.lester@usdoj.gov

Cody James Jacobs          cjacobs@sidley.com

Ahilan T Arulanantham      gtien@aclu-sc.org, aarulanantham@aclu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :


William Tran
Sidley Austin
555 West Fifth Street   Suite 4000
Los Angeles CA 90013-1010
US

Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street   Suite 400
Los Angeles CA 90013-1010
US

Jennifer L Stark
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles CA 90017


Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Efren Orozco
A200-707-831
501 The City Drive South
Orange CA 92868
US

Fatima Alloo
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

September 21, 2012

---

No.:               12-56734
D.C. No.:      2:07-cv-03239-TJH-RNB
Short Title:   Alejandro Rodriguez, et al v. Timothy Robbins, et al

---

Dear Appellant

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 21 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, for themselves and on behalf of a class of similarly-situated individuals; ABDIRIZAK ADEN FARAH, for themselves and on behalf of a class of similarly-situated individuals; JOSE FARIAS CORNEJO; YUSSUF ABDIKADIR; ABEL PEREZ RUELAS, <br><br>Petitioners - Appellees, <br><br>and <br><br>EFREN OROZCO, <br><br>Petitioner, <br><br>v. <br><br>TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; JANET NAPOLITANO, Secretary, Homeland Security; ERIC H. HOLDER, Jr., Attorney General; WESLEY LEE, Assistant Field Office Director, Immigration and Customs Enforcement; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS | No. 12-56734 <br><br>D.C. No. 2:07-cv-03239-TJH-RNB <br>U.S. District Court for Central California, Los Angeles <br><br>**TIME SCHEDULE ORDER** |

> NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail; JUAN P. OSUNA, Director, Executive Office for Immigration Review,
>
>                 Respondents - Appellants.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Mon., October 22, 2012** | Transcript shall be ordered. |
| **Tue., January 22, 2013** | Transcript shall be filed by court reporter. |
| **Mon., March 4, 2013** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Wed., April 3, 2013** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jennifer Nidorf
Deputy Clerk