STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **JOINT STIPULATION FOR ENTRY OF ORDER RE SCHEDULING AND BRIEFING FOR DISPOSITIVE MOTIONS** <br><br> Hon. Terry J. Hatter, Jr. |

The parties have met and conferred at length concerning their desire to file cross-motions for summary judgment. They now jointly stipulate to the contemporaneously-filed proposed order setting a revised schedule for pre-trial matters and briefing for dispositive motions in this action, and jointly request that the Court enter that order. Consistent with this Court's minute order governing the pre-trial phase of this action (*see* ECF No. 79), counsel for the parties have reached an agreement regarding pre-trial dates, including a briefing schedule for dispositive motions. The parties agree and stipulate to the following schedule for dispositive motions and for the brief lengths for dispositive motions:

<u>Dispositive motions</u>: The Petitioners shall file any dispositive motion on or before February 8, 2013. The Respondents shall file any response to Petitioner's dispositive motion, and any dispositive cross-motion, on or before March 15, 2013. The Petitioners shall file any reply in support of their dispositive motion, and any response to a dispositive cross-motion, on or before April 5, 2013. The Respondents shall file any reply in support of a dispositive motion by April 19, 2013. The motion date shall be noticed for May 6, 2013, on any dispositive motion. There shall be no modifications to the briefing schedule absent extraordinary circumstances.

<u>Briefing for dispositive motions</u>: The brief length for Petitioners' dispositive motion shall be not more than 50 pages. The brief length for Respondents' opposition and cross-motion shall be not more than 55 pages. The brief length for Petitioners' opposition and reply shall be not more than 50 pages. The brief length for Respondents' reply shall be not more than 30 pages.

\* \* \*

The parties agree that the proposed schedule complies with Federal Rule of Civil Procedure 26 and Local Rule 16. The parties agree that the entry of the

1

proposed scheduling order serves the interests of judicial efficiency, and for that reason respectfully request that the Court enter the accompanying proposed order.

Date: January 22, 2013

| | |
|---|---|
| By: */s/ Ahilan Arulanantham*<br>AHILAN T. ARULANANTHAM<br>ACLU OF SOUTHERN CALIFORNIA<br>Attorneys for Petitioners | STUART F. DELERY<br>Principal Deputy Assistant Attorney General<br>Civil Division<br>DAVID J. KLINE<br>Director, Office of Immigration Litigation<br>District Court Section<br>VICTOR M. LAWRENCE<br>Principal Assistant Director<br><br>*/s/ Theodore W. Atkinson*<br>THEODORE W. ATKINSON<br>Senior Litigation Counsel<br>United States Department of Justice<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Phone: (202) 532-4135<br>theodore.atkinson@usdoj.gov<br><br>Attorneys for Respondents |

# CERTIFICATE OF SERVICE

I certify that on January 22, 2013, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

/s/ Theodore W. Atkinson
Theodore W. Atkinson
Senior Litigation Counsel
United States Department of Justice