# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **[PROPOSED] ORDER RE SCHEDULING AND BRIEFING FOR DISPOSITIVE MOTIONS** <br><br> Hon. Terry J. Hatter, Jr. |

This matter comes before this Court on the parties' joint stipulation and request for the entry of an order regarding scheduling and briefing for dispositive motions in this action. The Court having found that the parties agree to the following schedule and that good cause exists for issuance of a scheduling order governing dispositive motions, it is

HEREBY ORDERED that the following dates shall govern dispositive motions in this action as follows:

1  <u>Dispositive motions</u>:  The Petitioners shall file any dispositive motion on or
2  before February 8, 2013.  The Respondents shall file any response to Petitioner's
3  dispositive motion, and any dispositive cross-motion, on or before March 15, 2013.
4  The Petitioners shall file any reply in support of their dispositive motion, and any
5  response to a dispositive cross-motion, on or before April 5, 2013.  The Respondents
6  shall file any reply in support of a dispositive motion by April 19, 2013.  The motion
7  date shall be noticed for May 6, 2013, on any dispositive motion.  There shall be no
8  modifications to the briefing schedule absent extraordinary circumstances.

9  It is further HEREBY ORDERED that the dispositive motions shall conform to
10 brief lengths as follows:

11 <u>Briefing for dispositive motions</u>:  The brief length for Petitioners' dispositive
12 motion shall be not more than 50 pages.  The brief length for Respondents' opposition
13 and cross-motion shall be not more than 55 pages.  The brief length for Petitioners'
14 opposition and reply shall be not more than 50 pages.  The brief length for
15 Respondents' reply shall be not more than 30 pages.

17 Dated:  January ___, 2013        _____
18                                   TERRY J. HATTER, JR.
                                     United States District Judge

**1**

Presented By:

STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director

*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov

Attorneys for Respondents