1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10                  **WESTERN DIVISION**
11
12  ALEJANDRO RODRIGUEZ, *et al.*,    ) Case No. CV 07-3239-TJH (RNBx)
                                      )
13           Petitioners,             )
                                      )
14      vs.                           ) **ORDER RE SCHEDULING AND**
                                      ) **BRIEFING FOR DISPOSITIVE**
15  TIMOTHY S. ROBBINS, *in his*      ) **MOTIONS [277]**
    *capacity as U.S. Immigration and*)
16  *Customs Enforcement, Los Angeles*)
    *District Field Office Director, et al.*, ) Hon. Terry J. Hatter, Jr.
                                      )
17                                    )
             Respondents.              )
18  _____)
19
20      This matter comes before this Court on the parties' joint stipulation and request
21  for the entry of an order regarding scheduling and briefing for dispositive motions in
22  this action. The Court having found that the parties agree to the following schedule
23  and that good cause exists for issuance of a scheduling order governing dispositive
24  motions, it is
25      HEREBY ORDERED that the following dates shall govern dispositive motions
26  in this action as follows:
27
28

<u>Dispositive motions</u>: The Petitioners shall file any dispositive motion on or before February 8, 2013. The Respondents shall file any response to Petitioner's dispositive motion, and any dispositive cross-motion, on or before March 15, 2013. The Petitioners shall file any reply in support of their dispositive motion, and any response to a dispositive cross-motion, on or before April 5, 2013. The Respondents shall file any reply in support of a dispositive motion by April 19, 2013. The motion date shall be noticed for May 6, 2013, on any dispositive motion. There shall be no modifications to the briefing schedule absent extraordinary circumstances.

It is further HEREBY ORDERED that the dispositive motions shall conform to brief lengths as follows:

<u>Briefing for dispositive motions</u>: The brief length for Petitioners' dispositive motion shall be not more than 50 pages. The brief length for Respondents' opposition and cross-motion shall be not more than 55 pages. The brief length for Petitioners' opposition and reply shall be not more than 50 pages. The brief length for Respondents' reply shall be not more than 30 pages.

Dated: January 23, 2013   _____
TERRY J. HATTER, JR.
United States District Judge

1

| | |
|---|---|
| 1 | Presented By: |
| 2 | |
| 3 | STUART F. DELERY<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| 4 | DAVID J. KLINE<br>Director, Office of Immigration Litigation |
| 5 | District Court Section<br>VICTOR M. LAWRENCE |
| 6 | Principal Assistant Director |
| 7 | */s/ Theodore W. Atkinson*<br>THEODORE W. ATKINSON |
| 8 | Senior Litigation Counsel<br>United States Department of Justice |
| 9 | Office of Immigration Litigation,<br>District Court Section |
| 10 | P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 |
| 11 | Phone: (202) 532-4135<br>theodore.atkinson@usdoj.gov |
| 12 | Attorneys for Respondents |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |