Ahilan Arulanantham
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodriguez, et al. <br><br> PLAINTIFF(S) <br> v. <br><br> Robbins, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 07-3239-TJH (RNBx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

Ex Parte Application for Under Seal Filing; Proposed Order Granting Under Seal Filing; Dec. of Ahilan Arulanantham w/ Exs. 1-168 Under Seal, Dec. of Cody Jacobs w/ Exs. A-I Under Seal

**Document Description:**
- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- [x] Other  Declarations and Exhibits

**Reason:**
- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required ( *reason* ):

| | |
|---|---|
| 2/8/13 | Ahilan Arulanantham |
| Date | Attorney Name |
| | Petitioners |
| | Party Represented |

*Note:  File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)          **NOTICE OF MANUAL FILING**