**AHILAN T. ARULANANTHAM (SBN 237841)**
aarulanantham@aclu-sc.org
**MICHAEL KAUFMAN (SBN 254575)**
mkaufman@aclu-sc.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

*Attorneys for Petitioners*
**(Additional Counsel listed on following page)**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals, <br><br> Petitioners, <br><br> v. <br><br> ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail, | Case No. CV-07-3239-TJH (RNBx) <br><br> **DECLARATION OF LUIS E. GONZALEZ** <br><br> Honorable Terry J. Hatter <br><br> Date: May 6, 2013 <br> Time: Under Submission |

**DECLARATION OF LUIS E. GONZALEZ**

Respondents.

JUDY RABINOVITZ
JRabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
CODY JACOBS (SBN 272276)
JONATHAN FEINGOLD (SBN 286302)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

# DECLARATION OF LUIS E. GONZALEZ

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. My name is Luis E. Gonzalez. I am an immigration attorney in private practice in La Puente, CA. I have practiced immigration law for approximately 2 years.

3. I represent Jorge Eugenio Irribarren-Zegarra in connection with his removal proceedings. Mr. Irribarren-Zegarra was first taken into immigration custody on or about June 2012, and was subsequently detained at the Theo Lacy detention center. Immigration Judge Munoz determined that Mr. Irraberren-Zegarra was subject to mandatory detention due to his conviction for multiple CIMTs and was not eligible for release on bond.

4. On or about December 13, 2012, I received a Notice of Custody Redetermination Hearing with Immigration Judge Munoz scheduled for March 18, 2013 at 1:00 PM. I was surprised that the hearing was set for March 2013 because, based on my understanding of the preliminary injunction order in the *Rodriguez* case, I believed that my client would become eligible for a *Rodriguez* bond hearing in December 2012. I immediately contacted called the EOIR Detained Docket clerk and I was informed the date was an error and that the real bond hearing date was December 18, 2012 at 9:00 AM. Had I not contacted the clerk, I would have missed Mr. Irraberren-Zegarra's bond hearing.

5. By the time I discovered the correct date for Mr. Irraberren-Zegarra's *Rodriguez* hearing, I only had four days to prepare for the hearing. I ordinarily try to gather witnesses, documents and other evidence to support a client's case for bond. However, given the short notice for the hearing, I did not have sufficient time to thoroughly prepare for Mr. Irraberren-Zegarra's bond hearing. As a consequence, I did not feel my client was given a fair opportunity to make an adequate argument for bond.

6. On December 18, 2012, I appeared on Mr. Irraberren-Zegarra's behalf at his *Rodriguez* hearing. Judge Munoz ordered Mr. Irraberren-Zegarra released on a $10,000 bond. I

believe that Mr. Irraberren-Zegarra likely would have received a lower bond amount if I had more notice and time prepare for the hearing. While Mr. Irraberren-Zegarra's family was eventually able to scrape together enough money to pay the bond and was released, it presents an enormous sacrifice and financial burden. Especially in light of the fact my client was not a danger to the public or a flight risk.

7. On December 19, 2012, my office received a second Notice of Custody Redetermination Hearing, listing a hearing date of December 18, 2012 at 9 AM. While this was the correct date for the *Rodriguez* hearing, I received the Notice the day after the hearing was scheduled.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 31st day of January, 2013 in La Puente, California.

Luis E. Gonzalez