**AHILAN T. ARULANANTHAM (SBN 237841)**
aarulanantham@aclu-sc.org
**MICHAEL KAUFMAN (SBN 254575)**
mkaufman@aclu-sc.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West Eighth Street
Los Angeles, CA 90017
Telephone:  (213) 977-9500
Facsimile:  (213) 977-5297

*Attorneys for Petitioners*
**(Additional Counsel listed on following page)**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals, <br><br> Petitioners, <br><br> v. <br><br> ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail, | Case No. CV-07-3239-TJH (RNBx) <br><br> **DECLARATION OF MERCEDES VICTORIA CASTILLO** <br><br> Honorable Terry J. Hatter <br><br> Date: May 6, 2013 <br> Time:  Under Submission |

**DECLARATION OF MERCEDES VICTORIA CASTILLO**

1 |       Respondents.

JUDY RABINOVITZ
JRabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
CODY JACOBS (SBN 272276)
JONATHAN FEINGOLD (SBN 286302)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

DECLARATION OF MERCEDES VICTORIA CASTILLO

# DECLARATION OF MERCEDES VICTORIA CASTILLO

I, MERCEDES VICTORIA CASTILLO, swear to and state the following:

1. I am an immigration attorney licensed in the State of California, bar number 267605. I have worked as an immigration attorney in solo practice for the last three years.

2. I represent both detained and non-detained clients, with ten (10) or so clients in custody at any given time. In the last three years I have represented detainees in Mira Loma Detention Facility, Santa Ana Jail, Theo Lacy Detention Facility, Musick Detention Facility, and Adelanto Detention Facility. I would estimate that I have represented at least forty (40) detainees who have been detained at a facility in the Los Angeles Area of Responsibility.

3. In my experience, each of the Immigration Judges at Mira Loma would give at least one continuance to a detainee without asking any preliminary questions. After the initial master calendar hearing, if the detainee was unable to find an attorney, the IJ typically would inquire as to their individual case and would encourage the detainee to take an application for relief, if he appeared to be eligible. The IJ would then set over the matter and encourage the detainee to find an attorney to help them fill out their application.

4. On several occasions I was retained or asked for pro-bono assistance after an IJ at Mira Loma had asked the detainee to find someone to help them with their application.

5. Based on my experience, I found that the IJs at Mira Loma typically attempted to discern whether the detainee was eligible for some sort of relief at the outset of their case. If the detainee appeared eligible for relief, the IJs typically encouraged them to take a continuance (and, occasionally, multiple continuances) to give them time to fill out their applications, seek assistance from Esperanza (the legal aid services at the facility), or find an attorney.

6. In my experience, the IJs at Mira Loma granted continuances typically where the detainee had some form of relief, to give them an opportunity to gather documents in support of their applications, fill out their applications, or seek assistance.

7. I have been retained by several detainees at Adelanto who were told by their respective IJ to find an attorney to assist with a claim or application for relief. A few detainees told me that Judge Ho or Sholomsom told them that they would not proceed with their case until they came back with an attorney.

8. While waiting to be called on my cases for other clients, I have witnessed IJs at the Los Angeles courthouse ask detainees a few questions and give them a continuance to seek counsel. I have also witnessed IJ Ho tell a respondent that she would not proceed with his case until he had obtained an attorney. Based on the IJ's questions, I believed this was because the IJ concluded that the detainee was eligible for relief and needed the assistance of counsel to help prepare his application for relief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, CA on the date of February 4, 2013.

Mercedes Victoria Castillo

2

**DECLARATION OF MERCEDES VICTORIA CASTILLO**