| | |
|---|---|
| 1 | **AHILAN T. ARULANANTHAM (SBN 237841)** |
| | aarulanantham@aclu-sc.org |
| 2 | **MICHAEL KAUFMAN (SBN 254575)** |
| | mkaufman@aclu-sc.org |
| 3 | **ACLU FOUNDATION OF SOUTHERN CALIFORNIA** |
| | 1313 West Eighth Street |
| 4 | Los Angeles, CA 90017 |
| | Telephone:  (213) 977-9500 |
| 5 | Facsimile:  (213) 977-5297 |
| 6 | *Attorneys for Petitioners* |
| | **(Additional Counsel listed on following page)** |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | FOR THE CENTRAL DISTRICT OF CALIFORNIA |
| 10 | WESTERN DIVISION |

| | | |
|---|---|---|
| 11 | ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals, | ) | Case No. CV-07-3239-TJH (RNBx) |
| 12 | | ) | |
| 13 | | ) | ***EX PARTE* APPLICATION TO PLACE DECLARATION OF MICHAEL TAN (DKT. 281-8) UNDER SEAL** |
| 14 | | ) | |
| 15 | Petitioners, | ) | Honorable Terry J. Hatter |
| 16 | v. | ) | |
| 17 | ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail, | ) | Date:   Under Submission |
| 18 | | ) | Time:   Under Submission |
| 19 | | ) | |
| 20 | | ) | |
| 21 | | ) | |
| 22 | | ) | |
| 23 | | ) | |
| 24 | | ) | |
| 25 | | ) | |
| 26 | | ) | |
| 27 | | ) | |
| 28 | Respondents. | ) | |

JUDY RABINOVITZ
JRabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0779
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
CODY JACOBS (SBN 272276)
cjacobs@sidley.com
JONATHAN FEINGOLD (SBN 286302)
jfeingold@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

**EX PARTE APPLICATION TO PLACE DECLARATION OF MICHAEL TAN (DKT. 281-8) UNDER SEAL**

Petitioners submit this unopposed *ex parte* application to place a document currently available through PACER under seal. On February 8, 2013, Petitioners inadvertently e-filed a copy of the Declaration of Michael Tan containing "redlines." (Dkt. 281-8). The "redlines" reflect several revisions to the declaration, not just the final content of the declaration. Upon discovering the inadvertent disclosure, Petitioner's notified Respondents, supplied Respondents with a replacement copy without the "redlines," and filed a corrected copy of the declaration with the Court (Dkt. 283). The corrected copy of the declaration is substantively identical to the version previously filed; it merely omits the "redlines." Consequently, Petitioners respectfully request that the Clerk of the Court place the version of the Declaration of Michael Tan filed on February 8, 2013 (Dkt. 281-8) under seal to protect their work product. Petitioners have confirmed that Respondents do not object to this request.

                                      Respectfully submitted,

Dated: February 11, 2013        SIDLEY AUSTIN LLP

                                 By:   /s/ SEAN A. COMMONS
                                          SEAN A. COMMONS
                                          Counsel for Plaintiffs-Petitioners