1 **AHILAN T. ARULANANTHAM (SBN 237841)**
aarulanantham@aclu-sc.org
2 **MICHAEL KAUFMAN (SBN 254575)**
mkaufman@aclu-sc.org
3 **ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
**1313 West Eighth Street**
4 **Los Angeles, CA 90017**
**Telephone:  (213) 977-9500**
5 **Facsimile:  (213) 977-5297**

6 *Attorneys for Petitioners*
**(Additional Counsel listed on following page)**
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11 ALEJANDRO RODRIGUEZ,                 ) Case No. CV-07-3239-TJH (RNBx)
ABDIRIZAK ADEN FARAH, YUSSUF           )
12 ABDIKADIR, ABEL PEREZ RUELAS,        )
JOSE FARIAS CORNEJO, ANGEL             )
13 ARMANDO AYALA, for themselves and    ) **[PROPOSED] ORDER**
on behalf of a class of similarly-situated ) **GRANTING *EX PARTE***
14 individuals,                          ) **APPLICATION TO PLACE**
                                        ) **DECLARATION OF MICHAEL**
15              Petitioners,            ) **TAN (DKT. 281-8) UNDER SEAL**
                                        )
16              v.                       ) Honorable Terry J. Hatter
                                        )
17 ERIC HOLDER, United States Attorney   )
General; JANET NAPOLITANO,              ) Date:   Under Submission
18 Secretary, Homeland Security; THOMAS  ) Time:   Under Submission
G. SNOW, Acting Director, Executive     )
19 Office for Immigration Review; TIMOTHY)
ROBBINS, Field Office Director, Los     )
20 Angeles District Immigration and Customs)
Enforcement; WESLEY LEE, Officer-in-   )
21 Charge, Mira Loma Detention Center; et al.;)
RODNEY PENNER, Captain, Mira Loma       )
22 Detention Center; SANDRA HUTCHENS,    )
Sheriff of Orange County; OFFICER       )
23 NGUYEN, Officer-in-Charge, Theo Lacy   )
Facility; CAPTAIN DAVIS                 )
24 NIGHSWONGER, Commander, Theo Lacy     )
Facility; CAPTAIN MIKE KREUGER,         )
25 Operations Manager, James A. Musick    )
Facility; ARTHUR EDWARDS, Officer-in-  )
26 Charge, Santa Ana City Jail; RUSSELL   )
DAVIS, Jail Administrator, Santa Ana City)
27 Jail,                                  )
                                        )
28              Respondents.            )

JUDY RABINOVITZ
JRabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY  10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm St.
San Francisco, CA  94111
Telephone:  (415) 343-0779
Facsimile:  (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA  94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
CODY JACOBS (SBN 272276)
cjacobs@sidley.com
JONATHAN FEINGOLD (SBN 286302)
jfeingold@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO PLACE DECLARATION OF MICHAEL TAN (DKT. 281-8) UNDER SEAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Good cause having been shown, Petitioners' application is hereby **GRANTED**. The Clerk of the Court is hereby directed to place and maintain Docket 281-8 (Declaration of Michael Tan) **UNDER SEAL**.

**IT IS SO ORDERED.**

Dated:   February _____, 2013

HONORABLE TERRY J. HATTER, JR.
United States District Court Judge

---

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO PLACE DECLARATION OF MICHAEL TAN (DKT. 281-8) UNDER SEAL**