

Date Transmitted:   1/23/2013 3:50:17 PM

2:07-cv-03239  Doc: 278

Frederick   Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA   92301
US



Number of Pages:   3

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rod
riguez v. James Hayes et al Stipulation and Order
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing.  However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered  on 1/23/2013 at 3:39 PM PST and filed
on 1/23/2013

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031116118839?case
id=389049&de_seq_num=1066&magic_num=MAGIC&pdf_toggle_possibl
e=1
>278
```

Docket Text:

ORDER Granting Stipulation [277] by Judge Terry J. Hatter, Jr. It is HEREBY
ORDERED that the following dates shall govern dispositive motions in this
action as follows: The Petitioners shall file any dispositive motion on or
before February 8, 2013. The Respondents shall file any response to Petitioner's
dispositive motion, and any dispositive cross-motion, on or before March
15, 2013. The Petitioners shall file any reply in support of their dispositive
motion, and any response to a dispositive cross-motion, on or before April
5, 2013. The Respondents shall file any reply in support of a dispositive
motion by April 19, 2013. The motion date shall be noticed for May 6, 2013,
on any dispositive motion. There shall be no modifications to the briefing
schedule absent extraordinary circumstances. It is further HEREBY ORDERED
that the dispositive motions shall conform to brief lengths as follows: The
brief length for Petitioners' dispositive motion shall be not more than
50 pages. The brief length for Respondents' opposition and cross-motion
shall be not more than 55 pages. The brief length for Petitioners' opposition
and reply shall be not more than 50 pages. The brief length for Respondents
reply shall be not more than 30 pages. (lom)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan     mtan@aclu.org

Sean A Commons     scommons@sidley.com

Robert Ira Lester     martha.jimenez2@usdoj.gov, usacac.civil@usdoj.gov, robert.lester@usdoj.gov

Nicole R Prairie     nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young     stacey.young@usdoj.gov

Peter J Eliasberg     peliasberg@aclu-sc.org, clebano@aclu-sc.org

Hans Chen     hans.h.chen@usdoj.gov

Steven A Ellis     scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson     sarah.s.wilson@usdoj.gov

Erez Reuveni     erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman     gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jayashri Srikantiah     jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson     theodore.atkinson@usdoj.gov

Cecilia D Wang        cwang@aclu.org, jrptemp1@aclu.org, lternandez@aclu.org

Dorothy Kim        usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy Rabinovitz        jrabinovitz@aclu.org, mlauterback@aclu.org, mtan@aclu.org

Cody James Jacobs        cjacobs@sidley.com

Ahilan T Arulanantham        gtien@aclu-sc.org, aarulanantham@aclu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :

William Tran
Sidley Austin
555 West Fifth Street    Suite 4000
Los Angeles CA 90013-1010
US

Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street    Suite 400
Los Angeles CA 90013-1010

Frederick  Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Efren  Orozco
A200-707-831
501 The City Drive South
Orange CA 92868
US

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.,* <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **ORDER RE SCHEDULING AND BRIEFING FOR DISPOSITIVE MOTIONS [277]** <br><br> Hon. Terry J. Hatter, Jr. |

This matter comes before this Court on the parties' joint stipulation and request for the entry of an order regarding scheduling and briefing for dispositive motions in this action. The Court having found that the parties agree to the following schedule and that good cause exists for issuance of a scheduling order governing dispositive motions, it is

HEREBY ORDERED that the following dates shall govern dispositive motions in this action as follows:

<u>Dispositive motions</u>: The Petitioners shall file any dispositive motion on or before February 8, 2013. The Respondents shall file any response to Petitioner's dispositive motion, and any dispositive cross-motion, on or before March 15, 2013. The Petitioners shall file any reply in support of their dispositive motion, and any response to a dispositive cross-motion, on or before April 5, 2013. The Respondents shall file any reply in support of a dispositive motion by April 19, 2013. The motion date shall be noticed for May 6, 2013, on any dispositive motion. There shall be no modifications to the briefing schedule absent extraordinary circumstances.

It is further HEREBY ORDERED that the dispositive motions shall conform to brief lengths as follows:

<u>Briefing for dispositive motions</u>: The brief length for Petitioners' dispositive motion shall be not more than 50 pages. The brief length for Respondents' opposition and cross-motion shall be not more than 55 pages. The brief length for Petitioners' opposition and reply shall be not more than 50 pages. The brief length for Respondents' reply shall be not more than 30 pages.

Dated: January 23, 2013

TERRY J. HATTER, JR.
United States District Judge

1

Presented By:

STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director

*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov

Attorneys for Respondents