
UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012
OFFICIAL BUSINESS
RTS
TJH
FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 7 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

 Date Transmitted: 1/23/2013 3:50:17 PM

2:07-cv-03239 Doc: 278




Frederick Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA 92301
US

Number of Pages: 3

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Stipulation and Order
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 1/23/2013 at 3:39 PM PST and filed on 1/23/2013

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/031116118839?caseid=389049&de_seq_num=1066&magic_num=MAGIC&pdf_toggle_possible=1
>278

Docket Text:

ORDER Granting Stipulation [277] by Judge Terry J. Hatter, J r. It is HEREBY ORDERED that the following dates shall govern dispositive mo tions in this action as follows: The Petitioners shall file any dispositiv e motion on or before February 8, 2013. The Respondents shall file any resp onse to Petitioner's dispositive motion, and any dispositive cross-motion, on or before March 15, 2013. The Petitioners shall file any reply in support of their dispositive motion, and any response to a dispositive cross-motion, on o r before April 5, 2013. The Respondents shall file any reply in support of a dispositive motion by April 19, 2013. The motion date shall be noticed f or May 6, 2013, on any dispositive motion. There shall be no modifications t o the briefing schedule absent extraordinary circumstances. It is further H EREBY ORDERED that the dispositive motions shall conform to brief lengths as follows: The brief length for Petitioners' dispositive motion shall be no t more than 50 pages. The brief length for Respondents' opposition and c ross-motion shall be not more than 55 pages. The brief length for Petiti oners' opposition and reply shall be not more than 50 pages. The brief length for Respondents reply shall be not more than 30 pages. (lom)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan mtan@aclu.org

Sean A Commons scommons@sidley.com

Robert Ira Lester martha.jimenez2@usdoj.gov, usacac.civil@usdoj.gov, robert.lester@usdoj.gov

Nicole R Prairie nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young stacey.young@usdoj.gov

Peter J Eliasberg peliasberg@aclu-sc.org, clebano@aclu-sc.org

Hans Chen hans.h.chen@usdoj.gov

Steven A Ellis scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson sarah.s.wilson@usdoj.gov

Erez Reuveni erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jayashri Srikantiah jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson theodore.atkinson@usdoj.gov

Cecillia D Wang cwang@aclu.org, irptemp1@aclu.org, lfern andez@aclu.org

Dorothy Kim usacac.criminal@usdoj.gov, dorothy.kim@usdo j.gov

Judy Rabinovitz jrabinovitz@aclu.org, mlauterback@aclu. org,
mtan@aclu.org

Cody James Jacobs cjacobs@sidley.com

Ahilan T Arulanantham gtien@aclu-sc.org, aarulanantham@a clu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Cla ss U. S. Mail
or by other means BY THE FILER to :

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles CA 90013-1010
US

Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles CA 90013-1010

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Efren Orozco
A200-707-831
501 The City Drive South
Orange CA 92868
US

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

ALEJANDRO RODRIGUEZ, *et al.*,

Petitioners,

vs.

TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*,

Respondents.

Case No. CV 07-3239-TJH (RNBx)

**ORDER RE SCHEDULING AND BRIEFING FOR DISPOSITIVE MOTIONS [277]**

Hon. Terry J. Hatter, Jr.

This matter comes before this Court on the parties' joint stipulation and request for the entry of an order regarding scheduling and briefing for dispositive motions in this action. The Court having found that the parties agree to the following schedule and that good cause exists for issuance of a scheduling order governing dispositive motions, it is

HEREBY ORDERED that the following dates shall govern dispositive motions in this action as follows:

Dispositive motions: The Petitioners shall file any dispositive motion on or before February 8, 2013. The Respondents shall file any response to Petitioner's dispositive motion, and any dispositive cross-motion, on or before March 15, 2013. The Petitioners shall file any reply in support of their dispositive motion, and any response to a dispositive cross-motion, on or before April 5, 2013. The Respondents shall file any reply in support of a dispositive motion by April 19, 2013. The motion date shall be noticed for May 6, 2013, on any dispositive motion. There shall be no modifications to the briefing schedule absent extraordinary circumstances.

It is further HEREBY ORDERED that the dispositive motions shall conform to brief lengths as follows:

Briefing for dispositive motions: The brief length for Petitioners' dispositive motion shall be not more than 50 pages. The brief length for Respondents' opposition and cross-motion shall be not more than 55 pages. The brief length for Petitioners' opposition and reply shall be not more than 50 pages. The brief length for Respondents' reply shall be not more than 30 pages.

Dated: January 23, 2013

TERRY J. HATTER, JR.
United States District Judge

Presented By:

STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director

*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov

Attorneys for Respondents