Case 2:07-cv-03239-TJH-KES  Document 290  Filed 02/13/13  Page 1 of 4  Page ID #:4496

```
 1  AHILAN T. ARULANANTHAM (SBN 237841)
    aarulanantham@aclu-sc.org
 2  MICHAEL KAUFMAN (SBN 254575)
    mkaufman@aclu-sc.org
 3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
    1313 West 8th Street
 4  Los Angeles, CA  90017
    Telephone: (213) 977-5211
 5  Facsimile: (213) 977-5297
 6  Attorneys for Petitioners
    (Additional Counsel listed on following page)
 7
```

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
FEB 13 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,<br><br>Respondents. | Case No. CV-07-3239-TJH (RNBx)<br><br>[~~PROPOSED~~] ORDER GRANTING *EX PARTE* APPLICATION TO FILE DECLARATION OF AHILAN T. ARULANANTHAM, EXHBITS 1-168, AND DECLARATION OF CODY JACOBS, EXHIBITS A-I, IN SUPPORT OF PETITIONERS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION, UNDER SEAL<br><br>Honorable Terry J. Hatter |

2013 FEB -8 PM 3:28
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

LODGED

JUDY RABINOVITZ
JRabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
CODY JACOBS (SBN 272276)
JONATHAN FEINGOLD (SBN 286302)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

Good cause having been shown in Petitioners' *ex parte* application, the application is hereby GRANTED. The Declaration of Ahilan T. Arulanantham, Exhibits 1-168, and the Declaration of Cody Jacobs, Exhibits A-I, in Support of Petitioners' Motion for Summary Judgement, are hereby SEALED.

It is so ORDERED.

Dated: February __, 2013

HONORABLE TERRY J. HATTER, JR.
United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1313 West Eighth Street, Los Angeles, California 90017. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On February 8, 2013, I served the foregoing document:

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE DECLARATION OF AHILAN T. ARULANANTHAM, EXHBITS 1-168, AND DECLARATION OF CODY JACOBS, EXHIBITS A-D, IN SUPPORT OF PETITIONERS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION UNDER SEAL** on the parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Theodore Atkinson
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Theodore.Atkinson@usdoj.gov

I caused such envelope(s) fully prepaid with US Postage to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on Febrary 8, 2013, at Los Angeles, California.

Geneva Tien