

Date Transmitted:    2/7/2013 12:27:09 PM

2:07-cv-03239   Doc: 279

Frederick   Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA   92301
US



FILED CLERK, U.S. DISTRICT COURT
FEB 19 2013
CENTRAL DISTRICT OF CALIFORNIA
BY      DEPUTY

Number of Pages:      1

It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Appeal Record Sent to USCA (A-26)
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing.  However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered  on 2/7/2013 at 12:20 PM PST and filed on 2/6/2013

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

`<a href=https://ecf.cacd.uscourts.gov/doc1/031116210110?caseid=389049&de_seq_num=1069&magic_num=MAGIC&pdf_toggle_possible=1`

Docket Text:

RECORD ON APPEAL sent to Circuit Court re: Appeal number, 12-56734 Record
consists of 2 volumes re Notice of Appeal to 9th Circuit Court of Appeals,
[259] (cbr)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan        mtan@aclu.org

Sean A Commons         scommons@sidley.com

Robert Ira Lester      martha.jimenez2@usdoj.gov, usacac.civil@usdoj.gov, robert.lester@usdoj.gov

Nicole R Prairie       nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young     stacey.young@usdoj.gov

Peter J Eliasberg      peliasberg@aclu-sc.org, clebano@aclu-sc.org

Hans Chen              hans.h.chen@usdoj.gov

Steven A Ellis         scrobinson@goodwinprocter.com, sellis@goo

dwinprocter.com,
casematters@goodwinprocter.com

Sarah S Wilson          sarah.s.wilson@usdoj.gov

Erez  Reuveni          erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman      gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jayashri Srikantiah      jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson    theodore.atkinson@usdoj.gov

Cecillia D Wang        cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy Kim    usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy Rabinovitz      jrabinovitz@aclu.org, mlauterback@aclu.org, mtan@aclu.org

Cody James Jacobs      cjacobs@sidley.com

Ahilan T Arulanantham    gtien@aclu-sc.org, aarulanantham@aclu-sc.org


2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :

William Tran
Sidley Austin
555 West Fifth Street   Suite 4000
Los Angeles CA 90013-1010
US

Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street   Suite 400
Los Angeles CA 90013-1010
US

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Efren Orozco
A200-707-831
501 The City Drive South
Orange CA 92868
US



**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

**TERRY NAFISI**
District Court Executive and
Clerk of Court

---

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## RECORD TRANSMITTAL FORM

Date: 02/06/2013

To: **U.S. Court of Appeals for the Ninth Circuit**
Office of the Clerk
95 Seventh Street
San Francisco, California 94103

Attention:
☐ Civil
☐ Criminal
☐ Docketing
☒ Records Unit

From: **U.S. District Court**
**Central District of California**
312 North Spring Street, Room G-8
Los Angeles, California 90012

D C No. 2:07CV03239-TJH-RNB       Appeals No. 12-56734

Short Title: Alejandro Rodriguez v. Timothy Robbins

### Composition of Record

Clerk's files in ___2___ volumes  ☒ original  ☐ certified copy
Bulky docs. in ___0___ volumes (folders)  Docket No. _____
Reporter's Transcripts in ___0___ volumes  ☐ original  ☐ certified copy
Exhibits: in ___0___  ☐ envelopes  ☐ under seal
         in ___0___  ☐ boxes  ☐ under seal
Other: Sending to 9th Circuit Court of Appeals, Pasadena, CA.

*Note: Please note any document filed under seal are listed on Form A-22.*

By M. Krause
Deputy Clerk

Acknowledgment: _____   Date: _____

---

A-26 (09/08)

APPEALS TRANSMITTAL LETTER
ORIGINAL FILE(S)