

Date Transmitted: 2/13/2013 11:24:27 AM

2:07-cv-03239  Doc: 290

Frederick  Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA   92301
US



FILED
CLERK, U.S. DISTRICT COURT
MAR - 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Number of Pages:    4

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rod
riguez v. James Hayes et al Order on Ex Parte Application to
 Seal (Document)
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing.  However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered  on 2/13/2013 at 11:14 AM PST and filed on 2/13/2013

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031116244085?case
id=389049&de_seq_num=1111&magic_num=MAGIC&pdf_toggle_possibl
e=1
```

Docket Text:

ORDER GRANTING EX PARTE APPLICATION TO FILE DECLARATION OF A
HILAN T. ARULANANTHAM,
EXHBITS 1-168, AND DECLARATION OF CODY JACOBS, EXHIBITS A-I,
 IN SUPPORT OF
PETITIONERS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNAT
IVE, SUMMARY
ADJUDICATION, UNDER SEAL by Judge Terry J. Hatter, Jr.: Peti
tioners'
Ex Parte Application [288] is hereby GRANTED. The Declaratio
n of Ahilan T.
Arulanantham, Exhibits 1-168, and the Declaration of Cody Ja
cobs, Exhibits
A-I, in Support of Petitioners' Motion for Summary Judgment,
 are hereby
SEALED.  (gk)


2:07-cv-03239-TJH-RNB Notice has been electronically mailed
to:



Michael K T Tan       mtan@aclu.org

Sean A Commons        scommons@sidley.com

Robert Ira Lester     martha.jimenez2@usdoj.gov, usacac.civi
l@usdoj.gov,
robert.lester@usdoj.gov

Nicole R Prairie      nicole.prairie@usdoj.gov, paula.richard
son@usdoj.gov

Stacey Ilene Young          stacey.young@usdoj.gov

Peter J Eliasberg           peliasberg@aclu-sc.org, clebano@aclu-sc.org

Hans Chen                   hans.h.chen@usdoj.gov

Steven A Ellis              scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson              sarah.s.wilson@usdoj.gov

Erez Reuveni                erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman       gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jonathan Paul Feingold      jfeingold@sidley.com

Jayashri Srikantiah         jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson   theodore.atkinson@usdoj.gov

Cecillia D Wang             cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy Kim                 usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy Rabinovitz             jrabinovitz@aclu.org, mlauterback@aclu.org, mtan@aclu.org

Cody James Jacobs           cjacobs@sidley.com

Ahilan T Arulanantham       gtien@aclu-sc.org, aarulanantham@a

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :


William  Tran
Sidley Austin
555 West Fifth Street   Suite 4000
Los Angeles CA 90013-1010
US

Gjon  Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street   Suite 400
Los Angeles CA 90013-1010
US

Frederick  Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Case 2:07-cv-03239-TJH-KES    Document 294    Filed 03/06/13    Page 8 of 11    Page ID #:5557

```
AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA  90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297
```

*Attorneys for Petitioners*
(Additional Counsel listed on following page)

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
FEB 13 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals,

　　　　　Petitioners,

　　v.

ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,

　　　　　Respondents.

Case No. CV-07-3239-TJH (RNBx)

[~~PROPOSED~~] ORDER GRANTING *EX PARTE* APPLICATION TO FILE DECLARATION OF AHILAN T. ARULANANTHAM, EXHBITS 1-168, AND DECLARATION OF CODY JACOBS, EXHIBITS A-I, IN SUPPORT OF PETITIONERS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION, UNDER SEAL

Honorable Terry J. Hatter

2013 FEB -8 PM 3:28

LODGED

JUDY RABINOVITZ
JRabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
CODY JACOBS (SBN 272276)
JONATHAN FEINGOLD (SBN 286302)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

1  Good cause having been shown in Petitioners' *ex parte* application, the
2  application is hereby GRANTED. The Declaration of Ahilan T. Arulanantham,
3  Exhibits 1-168, and the Declaration of Cody Jacobs, Exhibits A-I, in Support of
4  Petitioners' Motion for Summary Judgement, are hereby SEALED.
5  It is so ORDERED.

Dated: February __, 2013

HONORABLE TERRY J. HATTER, JR.
United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1313 West Eighth Street, Los Angeles, California 90017. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On February 8, 2013, I served the foregoing document:

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE DECLARATION OF AHILAN T. ARULANANTHAM, EXHBITS 1-168, AND DECLARATION OF CODY JACOBS, EXHIBITS A-D, IN SUPPORT OF PETITIONERS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION UNDER SEAL** on the parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Theodore Atkinson
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Theodore.Atkinson@usdoj.gov

I caused such envelope(s) fully prepaid with US Postage to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on Febrary 8, 2013, at Los Angeles, California.

Geneva Tien