**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

RTS





FILED
CLERK, U.S. DISTRICT COURT
MAR - 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

TJH



CLERK, U.S. DISTRICT COURT
FEB 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY



2:07-cv-03239   Doc: 287

Frederick   Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA   92301
US



Number of Pages:   1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Notice of Clerical Error (G-11)
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 2/12/2013 at 3:47 PM PST and filed on 2/12/2013

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/031116240532?caseid=389049&de_seq_num=1090&magic_num=MAGIC&pdf_toggle_possible=1
>287

Docket Text:

NOTICE OF CLERICAL ERROR Re: Mail Returned addressed to Frederick Ngaywa filed 2/11/2013 [286]. Document [286] is duplicative of docket entry [285]. (gk)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan        mtan@aclu.org

Sean A Commons        scommons@sidley.com

Robert Ira Lester        martha.jimenez2@usdoj.gov, usacac.civil@usdoj.gov, robert.lester@usdoj.gov

Nicole R Prairie        nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young        stacey.young@usdoj.gov

Peter J Eliasberg        peliasberg@aclu-sc.org, clebano@aclu-sc.org

Hans Chen        hans.h.chen@usdoj.gov

Steven A Ellis        scrobinson@goodwinprocter.com, sellis@goodwinprocter.com,

casematters@goodwinprocter.com

Sarah S Wilson     sarah.s.wilson@usdoj.gov

Erez Reuveni     erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman     gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jayashri Srikantiah     jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson     theodore.atkinson@usdoj.gov

Cecillia D Wang     cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy Kim     usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy Rabinovitz     jrabinovitz@aclu.org, mlauterback@aclu.org, mtan@aclu.org

Cody James Jacobs     cjacobs@sidley.com

Ahilan T Arulanantham     gtien@aclu-sc.org, aarulanantham@aclu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :

William Tran

Sidley Austin
555 West Fifth Street  Suite 4000
Los Angeles CA 90013-1010
US

Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street  Suite 400
Los Angeles CA 90013-1010
US

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Efren Orozco
A200-707-831
501 The City Drive South
Orange CA 92868
US

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Alejandro Rodriguez | CASE NUMBER |
| PLAINTIFF(S), | CV 07-3239 TJH (RNBx) |
| v. | |
| James Hayes, et al. | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S), | |

TO:  U. S. District Judge(s)
     U. S. Magistrate Judge(s)
     Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☑ the following scanned document ☑ docket entry   have/has been corrected as indicated below.

Title of Scanned Document: Mail Returned addressed to Frederick Ngaywa

Filed Date: 2/11/2013                Document Number: 286

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 07-09, ☐ 98-3, ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☑ Other: Document [286] is duplicative of docket entry [285].

CLERK, U.S. DISTRICT COURT

Date 2/12/2013                By: M. Salcido
                              Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

G-11 (04/09)                NOTICE OF CLERICAL ERROR