1  AHILAN T. ARULANANTHAM (SBN 237841)
   aarulanantham@aclu-sc.org
2  MICHAEL KAUFMAN (SBN 254575)
   mkaufman@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, CA 90017
   Telephone: (213) 977-5211
5  Facsimile: (213) 977-5297

6  *Attorneys for Petitioners*
   (Additional Counsel listed on following page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,<br><br>Respondents. | Case No. CV-07-3239-TJH (RNBx)<br><br>**PETITIONERS' NOTICE OF RELATED CASE UNDER LOCAL RULE 83-1.3.1**<br><br>Honorable Terry J. Hatter |

JUDY RABINOVITZ
JRabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0779
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
CODY JACOBS (SBN 272276)
cjacobs@sidley.com
JONATHAN FEINGOLD (SBN 286302)
jfeingold@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Petitioners

Petitioners, in accordance with Local Rule 83-1.3.1, file this Notice of Related Case: *Galvan-Avila v. Department of Homeland Security*, No. 12-10520-CJC (CW) (C.D. Cal.).

The action cited above is a closely related habeas action because (1) the petitioner is a member of the class certified in this action – specifically, he is a noncitizen detained for more than six months in the Central District of California under one of four general detention statutes challenged in this action; (2) petitioner's claim that his prolonged detention in absence of a bond hearing is unlawful is substantially similar to the class's claims; and (3) the relief petitioner seeks in the above-cited action – a bond hearing before an immigration judge – is encompassed by the relief sought by the class in this action. *See* Galvan-Avila Petition (Exhibit 1). *See also* Dkt. 111¶ 105 (Third Amended Complaint); Dkt. 161 (Class Certification Order).

The respondents' previously-filed motion to dismiss the petition observes that the "the immigration judge denied Mr. Galvan-Avila's request for a determination of his custody status, finding that Mr. Galvan is not entitled to a bond hearing because he is not a '*Rodriguez*' class member." Motion to Dismiss at 3-4 (Exhibit 2). The motion further argues that the petition should be dismissed on exhaustion grounds because the petitioner's appeal of the immigration judge's order has not been resolved, and "[t]hus it remains to be seen whether the [Board of Immigration Appeals] will afford Mr. Galvan-Avila the very relief he is seeking from this Court." *Id*. at 6. For reasons set forth in Petitioners' Motion for Summary Judgment, Dkt. 281 at 10 n.9, Petitioners believe the Immigration Judge's conclusion as to Mr. Galvan-Avila's class member status is incorrect. Whether or not that is the case, the fact that the relief petitioner seeks turns on whether he is a member of the *Rodriguez* class demonstrates that the actions are closely related, such that Mr. Galvan-Avila's habeas petition should be brought before this Court.

1       As such, the actions are closely related because they call for determination of
2 the same or substantially related or similar questions of law and fact, and would entail
3 substantial duplication of labor if heard by different judges. *See* Local Rule 83-1.3.1.

                                                    Respectfully submitted,

                                                    ACLU OF SOUTHERN CALIFORNIA

Dated: March 8, 2013                         _s/ Michael Kaufman_____
                                                           MICHAEL KAUFMAN
                                                           Counsel for Petitioners