

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**
——
**OFFICIAL BUSINESS**

RTS

TJH

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR _ 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
MAR 1 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

2:07-cv-03239   Doc: 289

Frederick   Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA   92301
US



Number of Pages:      3

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

MIME-Version:1.0

From:cacd_ecfmail@cacd.uscourts.gov

To:ecfnef@cacd.uscourts.gov

Message-Id:

Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Order on Ex Parte Application for Order

Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.


UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing




The following transaction was entered  on 2/13/2013 at 9:01 AM PST and filed

on 2/12/2013


Case Name:

Alejandro Rodriguez v. James Hayes et al

Case Number:2:07-cv-03239-TJH-RNB


Filer:


Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/031116242615?caseid=389049&de_seq_num=1109&magic_num=MAGIC&pdf_toggle_possible=1

Docket Text:


ORDER by Judge Terry J. Hatter, Jr: granting [284] Petitione
rs' Ex Parte
Application to Place Declaration of Michael Tan under seal.
The Clerk of
the Court is hereby directed to place and maintain Docket 28
1-8 (Declaration
of Michael Tan) UNDER SEAL.   (lom)




2:07-cv-03239-TJH-RNB Notice has been electronically mailed
to:



Michael K T Tan        mtan@aclu.org

Sean A Commons        scommons@sidley.com

Robert Ira Lester        martha.jimenez2@usdoj.gov, usacac.civi
l@usdoj.gov,
robert.lester@usdoj.gov

Nicole R Prairie        nicole.prairie@usdoj.gov, paula.richard
son@usdoj.gov


Stacey Ilene Young        stacey.young@usdoj.gov

Peter J Eliasberg        peliasberg@aclu-sc.org, clebano@aclu-s
c.org


Hans   Chen     hans.h.chen@usdoj.gov

Steven A Ellis     scrobinson@goodwinprocter.com,  sellis@goodwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson     sarah.s.wilson@usdoj.gov

Erez  Reuveni     erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman     gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jonathan Paul Feingold     jfeingold@sidley.com

Jayashri  Srikantiah     jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson     theodore.atkinson@usdoj.gov

Cecillia D Wang     cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy  Kim     usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy  Rabinovitz     jrabinovitz@aclu.org, mlauterback@aclu.org, mtan@aclu.org

Cody James Jacobs     cjacobs@sidley.com

Ahilan T Arulanantham     gtien@aclu-sc.org, aarulanantham@aclu-sc.org

---

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail

or by other means BY THE FILER to :

William  Tran
Sidley Austin
555 West Fifth Street   Suite 4000
Los Angeles CA 90013-1010
US

Gjon  Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street   Suite 400
Los Angeles CA 90013-1010
US

Frederick  Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

1  AHILAN T. ARULANANTHAM (SBN 237841)
   aarulanantham@aclu-sc.org
2  MICHAEL KAUFMAN (SBN 254575)
   mkaufman@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
4  Los Angeles, CA 90017
   Telephone:  (213) 977-9500
5  Facsimile:  (213) 977-5297

6  *Attorneys for Petitioners*
   (Additional Counsel listed on following page)

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11  ALEJANDRO RODRIGUEZ,                    ) Case No. CV-07-3239-TJH (RNBx)
    ABDIRIZAK ADEN FARAH, YUSSUF            )
12  ABDIKADIR, ABEL PEREZ RUELAS,           ) **ORDER GRANTING *EX PARTE***
    JOSE FARIAS CORNEJO, ANGEL              ) **APPLICATION TO PLACE**
13  ARMANDO AYALA, for themselves and       ) **DECLARATION OF MICHAEL**
    on behalf of a class of similarly-situated ) **TAN (DKT. 281-8) UNDER SEAL**
14  individuals,                            ) **[284]**
                                            )
15              Petitioners,                ) Honorable Terry J. Hatter
                                            )
16          v.                              )
                                            ) Date:   Under Submission
17  ERIC HOLDER, United States Attorney     ) Time:   Under Submission
    General; JANET NAPOLITANO,              )
18  Secretary, Homeland Security; THOMAS    )
    G. SNOW, Acting Director, Executive     )
19  Office for Immigration Review; TIMOTHY  )
    ROBBINS, Field Office Director, Los     )
20  Angeles District Immigration and Customs )
    Enforcement; WESLEY LEE, Officer-in-    )
21  Charge, Mira Loma Detention Center; et al.; )
    RODNEY PENNER, Captain, Mira Loma       )
22  Detention Center; SANDRA HUTCHENS,      )
    Sheriff of Orange County; OFFICER       )
23  NGUYEN, Officer-in-Charge, Theo Lacy    )
    Facility; CAPTAIN DAVIS                 )
24  NIGHSWONGER, Commander, Theo Lacy       )
    Facility; CAPTAIN MIKE KREUGER,         )
25  Operations Manager, James A. Musick     )
    Facility; ARTHUR EDWARDS, Officer-in-   )
26  Charge, Santa Ana City Jail; RUSSELL    )
    DAVIS, Jail Administrator, Santa Ana City )
27  Jail,                                   )
                                            )
28          Respondents.                    )

───────────────────────────────────────────────

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO PLACE DECLARATION OF MICHAEL
TAN (DKT. 281-8) UNDER SEAL

1    JUDY RABINOVITZ
     JRabinovitz@aclu.org
2    AMERICAN CIVIL LIBERTIES FOUNDATION
     IMMIGRANTS' RIGHTS PROJECT
3    125 Broad Street, 18th Floor
     New York, NY  10004
4    Telephone: (212) 549-2618
     Facsimile: (212) 549-2654
5
     MICHAEL TAN (SBN 284869)
6    mtan@aclu.org
     AMERICAN CIVIL LIBERTIES FOUNDATION
7    IMMIGRANTS' RIGHTS PROJECT
     39 Drumm St.
8    San Francisco, CA  94111
     Telephone:  (415) 343-0779
9    Facsimile:  (415) 395-0950

10   JAYASHRI SRIKANTIAH (SBN 189566)
     jsrikantiah@law.stanford.edu
11   STANFORD LAW SCHOOL
     IMMIGRANTS' RIGHTS CLINIC
12   Crown Quadrangle
     559 Nathan Abbott Way
13   Stanford, CA  94305-8610
     Telephone: (650) 724-2442
14   Facsimile: (650) 723-4426

15   SEAN COMMONS (SBN 217603)
     scommons@sidley.com
16   CODY JACOBS (SBN 272276)
     cjacobs@sidley.com
17   JONATHAN FEINGOLD (SBN 286302)
     jfeingold@sidley.com
18   SIDLEY AUSTIN LLP
     555 West Fifth Street, Suite 4000
19   Los Angeles, CA  90013-1010
     Telephone: (213) 896-6000
20   Facsimile: (213) 896-6600

21   *Attorneys for Petitioners*

22

23

24

25

26

27

28

---

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO PLACE DECLARATION OF MICHAEL TAN (DKT. 281-8) UNDER SEAL

1   Good cause having been shown, Petitioners' application is hereby **GRANTED**.

2   The Clerk of the Court is hereby directed to place and maintain Docket 281-8

3   (Declaration of Michael Tan) **UNDER SEAL**.

4      **IT IS SO ORDERED.**

5

6

7   Dated:   February _12, 2013

8   _____
    HONORABLE TERRY J. HATTER, JR.
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO PLACE DECLARATION OF MICHAEL TAN (DKT. 281-8) UNDER SEAL**