UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 07-3239-TJH(RNBx)** | Date | MARCH 13, 2013 |
|---|---|---|---|

| Title | ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL |
|---|---|

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Final Pretrial Conference hearing, currently scheduled for March 18, 2013, is hereby ordered continued to *August 12, 2013 at 10:00 a.m.*  All other deadline dates remain as previously ordered.

**Parties are ordered to appear.**

**IT IS SO ORDERED.**

cc: all parties

CV-90                                    **CIVIL MINUTES - GENERAL**                            Initials of Deputy Clerk YS