Sarah Wilson
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al.,<br><br>PLAINTIFF(S)<br>v.<br>TIMOTHY S. ROBBINS, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 07-3239-TJH<br><br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually filed (**LIST DOCUMENTS**):

(1) EX PARTE APPLICATION TO FILE DECLARATION OF THEODORE W. ATKINSON, EXHIBITS A-W, AND THE DECLARATION OF SARAH S. WILSON, EXHIBITS A-F, UNDER SEAL with proposed order; (2) Declaration of Theodore Atkinson with Exhibits A-W; (3) Declaration of Sarah S. Wilson with Exhibits A-F

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑ Other  Ex Parte Application, Proposed Order, and Declarations with Exhibits

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated 6/15/2012

☐ Manual Filing required ( *reason* ):

| | |
|---|---|
| 3/15/2013 | Sarah S. Wilson |
| Date | Attorney Name |
| | Respondents |
| | Party Represented |

*Note:  File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)                                    NOTICE OF MANUAL FILING