1  STUART F. DELERY
   Principal Deputy Assistant Attorney General
2  Civil Division
   DAVID J. KLINE
3  Director, Office of Immigration Litigation
   District Court Section
4  THEODORE W. ATKINSON
   United States Department of Justice
5  Office of Immigration Litigation
       P.O. Box 868, Ben Franklin Station
6      Washington, DC 20044
       Phone: (202) 532-4135
7      theodore.atkinson@usdoj.gov
   SARAH S. WILSON
8  Trial Attorney

9  Attorneys for Respondents



11           UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
12                  WESTERN DIVISION

13  ALEJANDRO RODRIGUEZ, et al.,        ) Case No. CV 07-3239-TJH (RNBx)
                                        )
14              Petitioners,            )
                                        ) **EX PARTE APPLICATION TO FILE**
15       vs.                            ) **DECLARATION OF THEODORE W.**
                                        ) **ATKINSON, EHIBITS A-W, AND THE**
16  TIMOTHY S. ROBBINS, in his          ) **DECLARATION OF SARAH S.**
    capacity as U.S. Immigration and    ) **WILSON, EXHIBITS A-F, UNDER**
17  Customs Enforcement, Los Angeles    ) **SEAL**
    District Field Office Director, et al., )
18                                      )
19              Respondents.            ) Hon. Terry J. Hatter, Jr.
                                        )
20                                      )
21  _____ )

1

2   Respondents seek leave to file the Declaration of Theodore W. Atkinson with
3   attached Exhibits A-W, and the Declaration of Sarah S. Wilson with attached Exhibits
4   A-F under seals.
5   Information contained in the Declarations and Exhibits have been designated as
6   confidential subject to the Stipulated Protective Order governing this case (ECF No.
7   227 at 13).
8   On March 14, 2013, undersigned counsel for Respondents communicated with
9   counsel for Petitioners, Ahilan Arulanantham, who stated that he does not oppose this
10  request.

11

12  Dated: March 15, 2013                     Respectfully submitted,

13                                            STUART F. DELERY
                                              Principal Deputy Assistant Attorney General
14                                            Civil Division
                                              DAVID J. KLINE
15                                            Director, Office of Immigration Litigation
                                              District Court Section
16
                                       By:    /s/ Theodore William Atkinson
17                                            THEODORE W. ATKINSON
                                              United States Department of Justice
18                                            Office of Immigration Litigation,
                                              P.O. Box 868, Ben Franklin Station
19                                            Washington, DC 20044
                                              Phone: (202) 532-4135
20                                            theodore.atkinson@usdoj.gov
                                              SARAH S. WILSON
21                                            Trial Attorney

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I certify that on March 15, 2013, I served a copy of the foregoing through the Court's CM/ECF system, which delivered a copy of the foregoing application to the counsel of record. On March 15, I also served the foregoing EX PARTE APPLICATION TO FILE DECLARATION OF THEODORE ATKINSON, EXHIBITS A-W, DECLARATION OF SARAH S. WILSON, EXHIBITS A-F, UNDER SEAL by placing a true and correct copy of each document thereof, enclosed in a sealed envelope and sending via Federal Express to the following address:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211

/s/ *Theodore W. Atkinson*
Theodore W. Atkinson
Senior Litigation Counsel
United States Department of Justice