Prepared by:

THEODORE W. ATKINSON
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov

Attorney for Respondents

FILED
CLERK, U.S. DISTRICT COURT

MAR 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.,* <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> [PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE DECLARATION OF THEODORE W. ATKINSON, EHIBITS A-W, AND THE DECLARATION OF SARAH S. WILSON, EXHIBITS A-F, UNDER SEAL <br><br> Hon. Terry J. Hatter, Jr. |

Good cause having been shown, Respondents' application to file under seal is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 18, 2013

TERRY J. HATTER, JR.
_____
HONORABLE TERRY J. HATTER, JR.
United States District Court Judge

1