Ahilan T. Arulanantham
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Rodriguez, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 07-3239-TJH |
| v. | |
| Robbins, et al. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

Ex Parte Application for Under Seal Filing, Proposed Order, Arulanantham Declaration & Exhibits A-C

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☐ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required ( *reason* ):

| 4/5/13 | Ahilan T. Arulanantham |
|---|---|
| Date | Attorney Name |
| | Petitioners |
| | Party Represented |

*Note:* File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)  **NOTICE OF MANUAL FILING**