1 AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclu-sc.org
2 MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclu-sc.org
3 ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
4 Los Angeles, CA 90017
Telephone: (213) 977-5211
5 Facsimile: (213) 977-5297

6 *Attorneys for Petitioners*
(Additional Counsel listed on following page)

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals,<br><br>          Petitioners,<br><br>          v.<br><br>ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,<br><br>          Respondents. | Case No. CV-07-3239-TJH (RNBx)<br><br>***EX PARTE* APPLICATION TO FILE DECLARATION OF AHILAN T. ARULANANTHAM OF APRIL 5, 2013, EXHBITS A-C, UNDER SEAL**<br><br>Honorable Terry J. Hatter |

JUDY RABINOVITZ
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0779
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
CODY JACOBS (SBN 272276)
cjacobs@sidley.com
JONATHAN FEINGOLD (SBN 286302)
jfeingold@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

Petitioners seek leave to file the Declaration of Ahilan T. Arulanantham of April 5, 2013 with attached Exhibits A-C, under seal.

Information contained in the Declarations and Exhibits have been designated as confidential subject to the Stipulated Protected Order governing this case (Dkt. 227 at 13).

On April 4, 2013, undersigned counsel for Petitioners communicated with counsel for Respondents, Theodore Atkinson, who stated he does not oppose this request.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: April 5, 2013

AHILAN T. ARULANANTHAM
Counsel for Petitioners

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1313 West Eighth Street, Los Angeles, California 90017. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On April 5, 2013, I served the foregoing document:

**PROPOSED ORDER GRANTING *EX PARTE* APPLICATION TO FILE DECLARATION OF AHILAN T. ARULANANTHAM OF APRIL 5, 2013, EXHIBITS A-C, UNDER SEAL** on the parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Theodore Atkinson
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Theodore.Atkinson@usdoj.gov

I caused such envelope(s) fully prepaid with US Postage to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 5, 2013, at Los Angeles, California.

_____
Geneva Tien