**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

FILED
CLERK, U.S. DISTRICT COURT
APR 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TJH

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 28 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Date Transmitted:       3/19/2013 4:39:35 PM

2:07-cv-03239  Doc: 305

Frederick   Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US



Number of Pages:        2

It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Order on Ex Parte Application to Seal (Document)
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 3/19/2013 at 4:19 PM PDT and filed on 3/18/2013

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031116461845?case
id=389049&de_seq_num=1152&magic_num=MAGIC&pdf_toggle_possibl
e=1
>305
```

Docket Text:

ORDER GRANTING EX PARTE APPLICATION TO FILE DECLARATION OF THEODORE W. ATKINSON,
EHIBITS A-W, AND THE DECLARATION OF SARAH S. WILSON, EXHIBITS A-F, UNDER
SEAL by Judge Terry J. Hatter, Jr.: Respondents' Ex Parte Application
to File Declaration of Theodore W. Atkinson, Exhibits A-W, and the Declaration
of Sarah S. Wilson, Exhibits A-F, Under Seal [304] is hereby GRANTED. (gk)


2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan     mtan@aclu.org

Sean A Commons     scommons@sidley.com

Robert Ira Lester     usacac.civil@usdoj.gov, jacqueline.winkler@usdoj.gov, robert.lester@usdoj.gov

Nicole R Prairie     nicole.prairie@usdoj.gov, paula.richard

son@usdoj.gov

Stacey Ilene Young        stacey.young@usdoj.gov

Peter J Eliasberg         peliasberg@aclu-sc.org, clebano@aclu-sc.org

Hans Chen                 hans.h.chen@usdoj.gov

Steven A Ellis            scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson            sarah.s.wilson@usdoj.gov

Erez Reuveni              erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman     gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jonathan Paul Feingold    jfeingold@sidley.com

Jayashri Srikantiah       jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson theodore.atkinson@usdoj.gov

Cecillia D Wang           cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy Kim               usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy Rabinovitz           jrabinovitz@aclu.org, mlauterback@aclu.org, mtan@aclu.org

Cody James Jacobs         cjacobs@sidley.com

Ahilan T Arulanantham   gturner@aclu-sc.org, aarulanantham@aclu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :

William  Tran
Sidley Austin
555 West Fifth Street   Suite 4000
Los Angeles CA 90013-1010
US

Gjon  Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street   Suite 400
Los Angeles CA 90013-1010
US

Frederick  Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Case 2:07-cv-03239-TJH-KES    Document 324    Filed 04/15/13    Page 7 of 9    Page ID #:7653

Prepared by:

THEODORE W. ATKINSON
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov

Attorney for Respondents

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ALEJANDRO RODRIGUEZ, et al.,

Petitioners,

vs.

TIMOTHY S. ROBBINS, in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.,

Respondents.

Case No. CV 07-3239-TJH (RNBx)

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE DECLARATION OF THEODORE W. ATKINSON, EHIBITS A-W, AND THE DECLARATION OF SARAH S. WILSON, EXHIBITS A-F, UNDER SEAL

Hon. Terry J. Hatter, Jr.

1

2      Good cause having been shown, Respondents' application to file under seal is
3  hereby **GRANTED**.

4

5  **IT IS SO ORDERED.**
6  Dated: March _18_, 2013

                                      TERRY J. HATTER, JR.

7                                    _____
8                                    HONORABLE TERRY J. HATTER, JR.
9                                    United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28