**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**





FILED
CLERK, U.S. DISTRICT COURT
APR 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TJH




RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 25 2013
CENTRAL DISTRICT OF CALIFORNIA



Date Transmitted:    3/13/2013 2:36:08 PM

2:07-cv-03239   Doc: 298

Frederick  Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US



Number of Pages:    1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Minutes of In Chambers Order/Directive - no proceeding held
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 3/13/2013 at 2:26 PM PDT and filed on 3/13/2013

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031116421018?case
id=389049&de_seq_num=1134&magic_num=MAGIC&pdf_toggle_possibl
e=1
>298
```

Docket Text:

MINUTE ORDER (IN CHAMBERS) by Judge Terry J. Hatter, Jr. On the Court's
own motion, the Final Pretrial Conference is continued to 8/12/2013 at 10:00
A.M.(ys)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan        mtan@aclu.org

Sean A Commons         scommons@sidley.com

Robert Ira Lester      usacac.civil@usdoj.gov, jacqueline.winkler@usdoj.gov, robert.lester@usdoj.gov

Nicole R Prairie       nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young     stacey.young@usdoj.gov

Peter J Eliasberg      peliasberg@aclu-sc.org, clebano@aclu-s

Hans Chen        hans.h.chen@usdoj.gov

Steven A Ellis        scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson        sarah.s.wilson@usdoj.gov

Erez Reuveni        erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman        gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jonathan Paul Feingold        jfeingold@sidley.com

Jayashri Srikantiah        jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson        theodore.atkinson@usdoj.gov

Cecillia D Wang        cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy Kim        usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy Rabinovitz        jrabinovitz@aclu.org, mlauterback@aclu.org, mtan@aclu.org

Cody James Jacobs        cjacobs@sidley.com

Ahilan T Arulanantham        gtien@aclu-sc.org, aarulanantham@aclu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :

William Tran
Sidley Austin
555 West Fifth Street  Suite 4000
Los Angeles CA 90013-1010
US

Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street  Suite 400
Los Angeles CA 90013-1010
US

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 07-3239-TJH(RNBx)    Date  MARCH 13, 2013 |
| Title | ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER

On the Court's own motion, the Final Pretrial Conference hearing, currently scheduled for March 18, 2013, is hereby ordered continued to *August 12, 2013 at 10:00 a.m.* All other deadline dates remain as previously ordered.

**Parties are ordered to appear.**

**IT IS SO ORDERED.**

cc: all parties