1  STUART F. DELERY
   Principal Deputy Assistant Attorney General
2  Civil Division
3  DAVID J. KLINE
   Director, Office of Immigration Litigation
4  District Court Section
5  THEODORE W. ATKINSON
   United States Department of Justice
6  Office of Immigration Litigation
7  P.O. Box 868, Ben Franklin Station
   Washington, DC 20044
8  Phone: (202) 532-4135
9  theodore.atkinson@usdoj.gov
10 SARAH S. WILSON
   Trial Attorney
11
12 Attorneys for Respondents

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **JOINT STIPULATION FOR ENTRY OF REVISED ORDER RE SCHEDULING FOR DISPOSITIVE MOTIONS** |
| vs. | |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | Hon. Terry J. Hatter, Jr. |
| Respondents. | |

1  The parties have met and conferred regarding amendments to the briefing
2  schedule for dispositive motions in light of the Ninth Circuit's decision in *Rodriguez*
3  *v. Robbins*, --- F.3d ----, 2013 WL 1607706 (9th Cir. 2013).  They now jointly
4  stipulate to the contemporaneously-filed proposed order revising the briefing
5  schedule, and jointly request that the Court enter that order.  Consistent with this
6  Court's minute order governing the pretrial phase of this action (*see* ECF No. 79),
7  counsel for the parties have reached an agreement regarding pre-trial dates.  The
8  parties agree and stipulate to the following amendments to the schedule for dispositive
9  motions and for the brief lengths for dispositive motions:
10     (1)   The Respondents shall file any reply in support of a dispositive motion
11  by April 26, 2013.
12     (2)   The Petitioners shall file any sur-reply, not to exceed 5 pages in length,
13  by May 3, 2013.  The sur-reply will be limited to addressing the Ninth Circuit's
14  decision in *Rodriguez v. Robbins*, --- F.3d ----, 2013 WL 1607706 (9th Cir. 2013).
15     The parties agree that the schedule complies with Federal Rule of Civil
16  Procedure 26 and Local Rule 16.  The parties agree that the entry of the proposed
17  scheduling order serves the interests of judicial efficiency, and for that reason
18  respectfully request that the Court enter the accompanying proposed order.

1

Date: April 18, 2013

| | |
|---|---|
| /s/ Michael Kaufman<br>MICHAEL KAUFMAN<br>ACLU OF SOUTHERN CALIFORNIA<br>Attorneys for Petitioners | STUART F. DELERY<br>Principal Deputy Assistant Attorney General<br>Civil Division<br>DAVID J. KLINE<br>Director, Office of Immigration Litigation<br>District Court Section<br>VICTOR M. LAWRENCE<br>Principal Assistant Director<br><br>By: /s/ Theodore W. Atkinson<br>THEODORE W. ATKINSON<br>United States Department of Justice<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Phone: (202) 532-4135<br>theodore.atkinson@usdoj.gov<br><br>Attorneys for Respondents |

# CERTIFICATE OF SERVICE

I certify that on April 18, 2013, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
United States Department of Justice

1