**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **[PROPOSED] ORDER RE ENTRY OF ORDER REVISING SCHEDULING AND BRIEFING FOR DISPOSITIVE MOTIONS** <br><br> Hon. Terry J. Hatter, Jr. |

This matter comes before this Court on the parties' joint stipulation and request for the entry of a revised order regarding scheduling and briefing for dispositive motions in this action. The Court having found that the parties agree to the following revisions to the schedule and that good cause exists for issuance of a scheduling order governing dispositive motions, it is

HEREBY ORDERED that the following revised dates shall govern dispositive motions in this action:

(1) The Respondents shall file any reply in support of a dispositive motion by April 26, 2013.

0

(2) The Petitioners shall file any sur-reply, not to exceed 5 pages in length, by May 3, 2013. The sur-reply will be limited to addressing the Ninth Circuit's decision in *Rodriguez v. Robbins*, --- F.3d ----, 2013 WL 1607706 (9th Cir. 2013).

Dated: April ___, 2013         _____
                                               TERRY J. HATTER, JR.
                                               United States District Judge

Presented by:

STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director

*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov

Attorneys for Respondent

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28