**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

TJH

Undeliverable Mail



FILED
CLERK, U.S. DISTRICT COURT
APR 18 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LA07CV03239TJH - RETMail - 321

Date Transmitted:        4/9/2013 12:11:27 PM

2:07-cv-03239   Doc: 321

Frederick   Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:        3

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rod
riguez v. James Hayes et al Order on Ex Parte Application to
 Seal (Document)
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 4/9/2013 at 11:51 AM PDT and filed on 4/8/2013

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031116586753?case
id=389049&de_seq_num=1200&magic_num=MAGIC&pdf_toggle_possibl
e=1
>321
```

Docket Text:

ORDER GRANTING EX PARTE [320] Application to file Declaration of Ahilan
T. Arulanantham of April 5, 2013, Exhibits A-C, UNDER SEAL by Judge Terry
J. Hatter, Jr.   IT IS SO ORDERED   sealed. (ys)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan        mtan@aclu.org

Sean A Commons         scommons@sidley.com

Robert Ira Lester      usacac.civil@usdoj.gov, jacqueline.winkler@usdoj.gov, robert.lester@usdoj.gov

Nicole R Prairie       nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young     stacey.young@usdoj.gov

Peter J Eliasberg      peliasberg@aclu-sc.org, clebano@aclu-s

Hans    Chen         hans.h.chen@usdoj.gov

Steven A Ellis        scrobinson@goodwinprocter.com, sellis@goodwinprocter.com,
casematters@goodwinprocter.com

Sarah S Wilson        sarah.s.wilson@usdoj.gov

Erez    Reuveni       erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman        gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jonathan Paul Feingold       jfeingold@sidley.com

Jayashri   Srikantiah       jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson       theodore.atkinson@usdoj.gov

Cecillia D Wang       cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy   Kim        usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy    Rabinovitz    jrabinovitz@aclu.org, mlauterback@aclu.org,
mtan@aclu.org

Cody James Jacobs       cjacobs@sidley.com

Ahilan T Arulanantham       gtien@aclu-sc.org, aarulanantham@aclu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :


William  Tran
Sidley Austin
555 West Fifth Street   Suite 4000
Los Angeles CA 90013-1010
US

Gjon  Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street   Suite 400
Los Angeles CA 90013-1010
US

Frederick  Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

*Attorneys for Petitioners*
(Additional Counsel listed on following page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,<br><br>Respondents. | Case No. CV-07-3239-TJH (RNBx)<br><br>[~~PROPOSED~~] ORDER GRANTING *EX PARTE* APPLICATION TO FILE DECLARATION OF AHILAN T. ARULANANTHAM OF APRIL 5, 2013, EXHBITS A-C, UNDER SEAL<br><br>Honorable Terry J. Hatter |

1  JUDY RABINOVITZ
   jrabinovitz@aclu.org
2  AMERICAN CIVIL LIBERTIES FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
3  125 Broad Street, 18th Floor
   New York, NY 10004
4  Telephone: (212) 549-2618
   Facsimile: (212) 549-2654
5
   MICHAEL TAN (SBN 284869)
6  mtan@aclu.org
   AMERICAN CIVIL LIBERTIES FOUNDATION
7  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
8  San Francisco, CA 94111
   Telephone: (415) 343-0779
9  Facsimile: (415) 395-0950

10 JAYASHRI SRIKANTIAH (SBN 189566)
   jsrikantiah@law.stanford.edu
11 STANFORD LAW SCHOOL
   IMMIGRANTS' RIGHTS CLINIC
12 Crown Quadrangle
   559 Nathan Abbott Way
13 Stanford, CA 94305-8610
   Telephone: (650) 724-2442
14 Facsimile: (650) 723-4426

15 SEAN COMMONS (SBN 217603)
   scommons@sidley.com
16 CODY JACOBS (SBN 272276)
   cjacobs@sidley.com
17 JONATHAN FEINGOLD (SBN 286302)
   jfeingold@sidley.com
18 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
19 Los Angeles, CA 90013-1010
   Telephone: (213) 896-6000
20 Facsimile: (213) 896-6600

21 *Attorneys for Petitioners*

22
23
24
25
26
27
28

1  Good cause having been shown in Petitioners' *ex parte* application, the
2  application is hereby GRANTED. The Declaration of Ahilan T. Arulanantham of
3  April 5, 2013 and attached Exhibits A-C are hereby SEALED.
4  It is so ORDERED.

Dated: April __8__, 2013

HONORABLE TERRY J. HATTER, JR.
United States District Court Judge