**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | **ORDER RE ENTRY OF REVISED ORDER RE SCHEDULING AND BRIEFING FOR DISPOSITIVE MOTIONS [326]** |
| vs. | |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | Hon. Terry J. Hatter, Jr. |
| Respondents. | |

This matter comes before this Court on the parties' joint stipulation and request for the entry of a revised order regarding scheduling and briefing for dispositive motions in this action. The Court having found that the parties agree to the following revisions to the schedule and that good cause exists for issuance of a scheduling order governing dispositive motions, it is

HEREBY ORDERED that the following revised dates shall govern dispositive motions in this action:

(1) The Respondents shall file any reply in support of a dispositive motion by April 26, 2013.

1        (2)    The Petitioners shall file any sur-reply, not to exceed 5 pages in length, by May 3, 2013. The sur-reply will be limited to addressing the Ninth Circuit's decision in *Rodriguez v. Robbins*, --- F.3d ----, 2013 WL 1607706 (9th Cir. 2013).

Dated: April 23, 2013     _____
                                                  TERRY J. HATTER, JR.
                                                  United States District Judge