STUART F. DELERY
Acting Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorney

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*, *et al* <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **SUPPLEMENTAL DECLARATION OF THEODORE W. ATKINSON** |

I, Theodore W. Atkinson , declare:

1. I am a trial attorney with the United States Department of Justice and the lead counsel for Respondents in this action.  This declaration supplements my declaration filed on March 15, 2013 in support of Respondents' motion for summary judgment.

2. On March 15, 2013, Respondents filed selected pages from the deposition of Wesley J. Lee taken in this action as Exhibit A to my March 15, 2013 declaration.

1 After filing, I discovered that Exhibit A was missing several deposition pages cited in Respondents' statement of uncontroverted facts. To correct this error, and for the convenience of the Court, attached as **Exhibit A** is a replacement Exhibit A containing all cited pages from the deposition of Wesley Lee. The Court should replace the original Exhibit A with the attached corrected copy.

3. On March 15, 2013, Respondents filed selected pages from the deposition of Eric Saldana taken in this action as Exhibit B to my March 15, 2013 declaration. After filing, I discovered that Exhibit B contained incorrect deposition pages cited in Respondents' statement of uncontroverted facts. To correct this error, and for the convenience of the Court, attached as **Exhibit B** is a replacement Exhibit B containing all cited pages from the deposition of Wesley Lee. The Court should replace the original Exhibit B with the attached corrected copy.

4. On March 25, 2013, the parties held a conference call at Petitioners' request. On that call, Petitioners informed Respondents that they would be seeking a motion to clarify this Court's order certifying the class action to address the specific issue of whether the class includes (1) aliens with a reinstetd final order but who have been placed in withholding-only proceedings, and (2) aliens admitted under the Visa Waiver Program. The parties expect the motion to be filed on or before May 6, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     April 26, 2013          */s/ Theodore W. Atkinson*
                                    THEODORE W. ATKINSON

**2**