**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



"Undeliverable Mail"

FILED
CLERK, U.S. DISTRICT COURT

MAY -2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

CLERK U.S. DISTRICT COURT
APR 30 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

2:07-cv-03239  Doc: 328


Frederick  Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA   92301
US


Number of Pages:    2

---

*It is hereby certified that this document was served by first
class mail postage prepaid or by fax or e-mail delivery to
counsel (or parties) at their respective address or fax
number or e-mail address of record.*

From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rod
riguez v. James Hayes et al Order
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF
system.

Please DO NOT RESPOND to this e-mail because the mail box is
unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the
United States policy permits attorneys of record and partie
s in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if r
eceipt is required by law or directed by the filer. PACER ac
cess fees apply to all other users.  To avoid later charges,
download a copy of each document during this first viewing.
However, if the referenced document is a transcript, the fr
ee copy and 30 page limit do not apply.


UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT
OF CALIFORNIA
Notice of Electronic Filing


The following transaction was entered  on 4/23/2013 at 12:22
PM PDT and filed
on 4/23/2013


Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

Docket Text:

ORDER RE ENTRY OF REVISED ORDER RE SCHEDULING AND BRIEFING F
OR DISPOSITIVE
MOTIONS by Judge Terry J. Hatter, Jr.: Upon Stipulation [326
], it is HEREBY
ORDERED that the following revised dates shall govern dispos
itive motions
in this action: (1) The Respondents shall file any reply in
support of a
dispositive motion by 4/26/2013. (2) The Petitioners shall f
ile any sur-reply,
not to exceed 5 pages in length, by 5/3/2013. The sur-reply
will be limited
to addressing the Ninth Circuit's decision in Rodriguez v. R
obbins,
--- F.3d ----, 2013 WL 1607706 (9th Cir. 2013). (gk)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed
to:

Michael K T Tan      mtan@aclu.org

Sean A Commons       scommons@sidley.com

Robert Ira Lester       usacac.civil@usdoj.gov, jacqueline.win
kler@usdoj.gov,

Nicole R Prairie        nicole.prairie@usdoj.gov, paula.richard
son@usdoj.gov


Stacey Ilene Young       stacey.young@usdoj.gov

Peter J Eliasberg       peliasberg@aclu-sc.org, clebano@aclu-s
c.org


Hans  Chen    hans.h.chen@usdoj.gov

Steven A Ellis      scrobinson@goodwinprocter.com, sellis@goo
dwinprocter.com,
casematters@goodwinprocter.com

Sarah S Wilson       sarah.s.wilson@usdoj.gov

Erez  Reuveni    erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman      gtien@aclu-sc.org, mkaufman@aclu-s
c.org


Jonathan Paul Feingold      jfeingold@sidley.com

Jayashri  Srikantiah      jsrikantiah@law.stanford.edu, sbece
rra@law.stanford.edu


Theodore William Atkinson      theodore.atkinson@usdoj.gov


Cecillia D Wang     cwang@aclu.org, irptemp1@aclu.org, lfern
andez@aclu.org


Dorothy  Kim     usacac.criminal@usdoj.gov, dorothy.kim@usdo
j.gov


Judy  Rabinovitz      jrabinovitz@aclu.org, mlauterback@aclu.
org,

Cody James Jacobs        cjacobs@sidley.com

Ahilan T Arulanantham      gtien@aclu-sc.org, aarulanantham@a
clu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Cla
ss U. S. Mail
or by other means BY THE FILER to :

William  Tran
Sidley Austin
555 West Fifth Street    Suite 4000
Los Angeles CA 90013-1010
US

Gjon  Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street    Suite 400
Los Angeles CA 90013-1010
US

Frederick  Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**
        **CENTRAL DISTRICT OF CALIFORNIA**
9       **WESTERN DIVISION**

10  ALEJANDRO RODRIGUEZ, *et al.*,      ) Case No. CV 07-3239-TJH (RNBx)
                                        )
11           Petitioners,               ) **ORDER RE ENTRY OF**
                                        ) **REVISED ORDER RE SCHEDULING**
12      vs.                             ) **AND BRIEFING FOR DISPOSITIVE**
                                        ) **MOTIONS [326]**
13  TIMOTHY S. ROBBINS, *in his*        )
    *capacity as U.S. Immigration and*  )
14  *Customs Enforcement, Los Angeles*  )
    *District Field Office Director, et al.,*  ) Hon. Terry J. Hatter, Jr.
15                                      )
16           Respondents.              )
                                        )
17                                      )
                                        )
18  _____)
19

20      This matter comes before this Court on the parties' joint stipulation and request

21  for the entry of a revised order regarding scheduling and briefing for dispositive

22  motions in this action.  The Court having found that the parties agree to the following

23  revisions to the schedule and that good cause exists for issuance of a scheduling order

24  governing dispositive motions, it is

25      HEREBY ORDERED that the following revised dates shall govern dispositive

26  motions in this action:

27      (1)     The Respondents shall file any reply in support of a dispositive motion

28  by April 26, 2013.

0

1       (2)    The Petitioners shall file any sur-reply, not to exceed 5 pages in length,

2  by May 3, 2013. The sur-reply will be limited to addressing the Ninth Circuit's

3  decision in *Rodriguez v. Robbins*, --- F.3d ----, 2013 WL 1607706 (9th Cir. 2013).

4

5

6  Dated: April 23, 2013

7                         TERRY J. HATTER, JR.

                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1