AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

*Attorneys for Petitioners*
(Additional Counsel listed on following page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,<br><br>Respondents. | Case No. CV-07-3239-TJH (RNBx)<br><br>**DECLARATION OF AHILAN T. ARULANANTHAM OF MAY 3, 2013**<br><br>Honorable Terry J. Hatter |

1  JUDY RABINOVITZ
   JRabinovitz@aclu.org
2  AMERICAN CIVIL LIBERTIES FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
3  125 Broad Street, 18th Floor
   New York, NY  10004
4  Telephone: (212) 549-2618
   Facsimile: (212) 549-2654
5
   MICHAEL TAN (SBN 284869)
6  mtan@aclu.org
   AMERICAN CIVIL LIBERTIES FOUNDATION
7  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
8  San Francisco, CA 94111
   Telephone:  (415) 343-0779
9  Facsimile:  (415) 395-0950

10 JAYASHRI SRIKANTIAH (SBN 189566)
   jsrikantiah@law.stanford.edu
11 STANFORD LAW SCHOOL
   IMMIGRANTS' RIGHTS CLINIC
12 Crown Quadrangle
   559 Nathan Abbott Way
13 Stanford, CA  94305-8610
   Telephone: (650) 724-2442
14 Facsimile: (650) 723-4426

15 SEAN COMMONS (SBN 217603)
   scommons@sidley.com
16 CODY JACOBS (SBN 272276)
   cjacobs@sidley.com
17 JONATHAN FEINGOLD (SBN 286302)
   jfeingold@sidley.com
18 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
19 Los Angeles, CA  90013-1010
   Telephone: (213) 896-6000
20 Facsimile: (213) 896-6600

21 *Attorneys for Petitioners*

# DECLARATION OF AHILAN T. ARULANANTHAM OF MAY 3, 2013

I, Ahilan Arulanantham, hereby declare:

1. I am the Deputy Legal Director of the American Civil Liberties Union of Southern California, a senior staff attorney for the ACLU Immigrants' Rights Project, and counsel of record for Petitioners in *Rodriguez v. Robbins*, CV 07-3239-TJH (RNBx) ("*Rodriguez*").

2. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows.

3. On or about October 23, 2012, shortly after the Court issued the preliminary injunction in this case, I went to the James Musick Detention Facility in Orange County, California in order to provide information to class members concerning their rights under the Court's order.

4. At that time I met with a number of detainees, one of whom was a lawful permanent resident who had been arrested at the border upon attempting to return to this country from travel abroad. He was charged with being inadmissible for an offense that would not have subjected him to detention without a bond hearing had he not traveled abroad. Therefore, that individual was a lawful permanent resident and also a member of the Section 1225(b) Subclass. I later confirmed my understanding of the procedural posture of his case through a review of documents provided to me by his attorney. A true and correct copy of the charging document in his case is attached here as Exhibit A.

5.    Shortly after I met with him, the individual appeared before an Immigration Judge for a bond hearing and was ordered released on bond. His removal case remains pending. A true and correct copy of the Immigration Judge's order of release on bond is attached here as Exhibit B.

    I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 3rd day of May, 2013, in Los Angeles, California.

                                                s/ Ahilan T. Arulanantham
                                                AHILAN T. ARULANANTHAM

# EXHIBIT A

U.S. Department of Homeland Security                                                    **Notice to Appear**

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID : 298083571                                                  File No: A096 136 063
                                    DOB:                                Event No: BSC1103000003

In the Matter of:
Respondent: Artur KHUBLARYAN AKA: DAVIDOV, LOOKA ;
_____ currently residing at:
_____   _____
                    (Number, street, city and ZIP code)         (Area code and phone number)

[X] 1. You are an arriving alien.
[ ] 2. You are an alien present in the United States who has not been admitted or paroled.
[ ] 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of ARMENIA and a citizen of ARMENIA;
3. You applied for admission into the United States at or near San Ysidro, CA on or about May 8, 2010 as a returning Lawful Permanent Resident;
4. At that time records checks revealed you had an outstanding warrant;
5. You were then paroled into the U.S. on May 8, 2010 for prosecution proceedings;
6. You were, on December 1, 2010, convicted in the United States District Court, District of Colorado, for the offense of Knowing possession and use of false identification document, in violation of Title 18 U.S.C. section 1028(a)(6), (b)(2)(A) and (d)(3);
7. For this offense you were sentenced to Eleven (11) months confinement in the United States Bureau of Prisons.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act, as amended, in that you are an alien who has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

[ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
[ ] Section 235(b)(1) order was vacated pursuant to: [ ] 8CFR 208.30(f)(2)  [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
1100 Commerce Street, Suite 404 Dallas TEXAS US 75242
_____
(Complete Address of Immigration Court, including Room Number, if any)

on  a date to be set  at  a time to be set  to show why you should not be removed from the United States based on the
      (Date)                   (Time)

charge(s) set forth above.                      CLINTON A. POLSON            SDDO
                                                (Signature and Title of Issuing Officer)
Date:  3-7-11                         BIG SPRING, TX
                                                (City and State)

See reverse for important information                                  Form I-862 (Rev. 08/01/07)

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____

_____
(Signature of Respondent)

_____
(Signature and Title of Immigration Officer)

Date: _____

---

### Certificate of Service

This Notice To Appear was served on the respondent by me on **3/10/11**, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[X] in person   [ ] by certified mail, returned receipt requested   [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[X] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the **English** language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
(Signature of Respondent if Personally Served)

CLEYBIS SANTANA   IMMIGRATION ENFORCEMENT AGENT
(Signature and Title of officer)

Form I-862 Page 2 (Rev. 08/01/07)

# EXHIBIT B

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
LOS ANGELES, CA

FILE: A096-136-063

IN THE MATTER OF:

KHUBLARYAN, ARTUR

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

\_\_\_\_\_ ORDERED that the request for a change in custody status be denied.

\_\_\_\_\_ ORDERED that the request be granted and that respondent be:

\_\_\_\_\_ released from custody on his own recognizance

__✓__ released from custody under bond of $ 30,000

\_\_\_\_\_ OTHER _____

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL: ( waived ) -- both reserved

LOS ANGELES -- LOS ANGELES 3

Date: Nov 5, 2012

LORRAINE J. MUNOZ
Immigration Judge

XS