Michael Kaufman
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Rodriguez, et al.

PLAINTIFF(S)

v.

Robbins, et al.

DEFENDANT(S).

CASE NUMBER: CV 07-3239-TJH

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

Ex Parte Application, Proposed Order, Declaration of Michael Kaufman & Exhibits

**Document Description:**
- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- [x] Other

**Reason:**
- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required ( *reason* ):

5/6/13
Date

Michael Kaufman
Attorney Name

Petitioners
Party Represented

*Note:* File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)   NOTICE OF MANUAL FILING