1  AHILAN T. ARULANANTHAM (SBN 237841)
   aarulanantham@aclu-sc.org
2  MICHAEL KAUFMAN (SBN 254575)
   mkaufman@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, CA  90017
   Telephone: (213) 977-5211
5  Facsimile: (213) 977-5297

6  *Attorneys for Petitioners*
   (Additional Counsel listed on following page)
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 ALEJANDRO RODRIGUEZ,                    ) Case No. CV-07-3239-TJH (RNBx)
   ABDIRIZAK ADEN FARAH,                   )
11 YUSSUF ABDIKADIR, ABEL PEREZ            ) **PETITIONERS' NOTICE OF**
   RUELAS, JOSE FARIAS CORNEJO,            ) **MOTION AND MOTION FOR**
12 ANGEL ARMANDO AYALA, for                ) **CLARIFICATION OF THE CLASS**
   themselves and on behalf of a class of  ) **DEFINITION**
13 similarly-situated individuals,         )
                                           ) **MEMORANDUM OF POINTS AND**
14            Petitioners,                 ) **AUTHORITIES IN SUPPORT**
                                           ) **THEREOF**
15            v.                           )
                                           ) **[Supporting Declaration Of Michael**
16 ERIC HOLDER, United States Attorney     ) **Kaufman Filed Concurrently Under**
   General; JANET NAPOLITANO,              ) **Seal]**
17 Secretary, Homeland Security;           )
   THOMAS G. SNOW, Acting Director,        ) Honorable Terry J. Hatter
18 Executive Office for Immigration        )
   Review; TIMOTHY ROBBINS, Field          ) DATE:  June 3, 2013
19 Office Director, Los Angeles District   ) TIME:   Under Submission
   Immigration and Customs Enforcement;    ) PLACE:  Courtroom 17
20 WESLEY LEE, Officer-in-Charge, Mira     )
   Loma Detention Center; et al.;          )
21 RODNEY PENNER, Captain, Mira            )
   Loma Detention Center; SANDRA           )
22 HUTCHENS, Sheriff of Orange County;     )
   OFFICER NGUYEN, Officer-in-             )
23 Charge, Theo Lacy Facility; CAPTAIN     )
   DAVIS NIGHSWONGER, Commander,           )
24 Theo Lacy Facility; CAPTAIN MIKE        )
   KREUGER, Operations Manager, James      )
25 A. Musick Facility; ARTHUR              )
   EDWARDS, Officer-in-Charge, Santa       )
26 Ana City Jail; RUSSELL DAVIS, Jail      )
   Administrator, Santa Ana City Jail,     )
27                                         )
              Respondents.                 )
28

1  JUDY RABINOVITZ
   JRabinovitz@aclu.org
2  AMERICAN CIVIL LIBERTIES FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
3  125 Broad Street, 18th Floor
   New York, NY  10004
4  Telephone: (212) 549-2618
   Facsimile: (212) 549-2654

5
   MICHAEL TAN (SBN 284869)
6  mtan@aclu.org
   AMERICAN CIVIL LIBERTIES FOUNDATION
7  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
8  San Francisco, CA 94111
   Telephone:  (415) 343-0779
9  Facsimile:  (415) 395-0950

10  JAYASHRI SRIKANTIAH (SBN 189566)
    jsrikantiah@law.stanford.edu
11  STANFORD LAW SCHOOL
    IMMIGRANTS' RIGHTS CLINIC
12  Crown Quadrangle
    559 Nathan Abbott Way
13  Stanford, CA  94305-8610
    Telephone: (650) 724-2442
14  Facsimile: (650) 723-4426

15  SEAN COMMONS (SBN 217603)
    scommons@sidley.com
16  JONATHAN FEINGOLD (SBN 286302)
    jfeingold@sidley.com
17  SIDLEY AUSTIN LLP
    555 West Fifth Street, Suite 4000
18  Los Angeles, CA  90013-1010
    Telephone: (213) 896-6000
19  Facsimile: (213) 896-6600

20  Attorneys for Petitioners

21

22

23

24

25

26

27

28

**<u>TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:</u>**

PLEASE TAKE NOTICE THAT, before the Honorable Terry J. Hatter Jr., in Courtroom 17 of the United States District Court for the Central District of California, located at 312 N. Spring Street, Los Angeles, California, Petitioners will and hereby do move the Court for a ruling clarifying the scope of the class definition and, thus, the scope of the Court's preliminary injunction ruling and any ruling on the pending cross-motions for summary judgment.

Petitioners seek this relief because, shortly after this Court entered a preliminary injunction, Respondents took the position that certain individuals detained in the Central District for more than six months without adequate bond hearings were not class members, even though (1) these individuals fall within the plain language of the class definition approved by this Court and the Ninth Circuit, including during the recent appeal of this Court's preliminary injunction order, (2) Respondents and its experts have treated these individuals as class members throughout the lengthy discovery in this case, and (3) Respondents and its experts analyzed the evidence at issue in the pending cross-motions for summary judgment on the assumption that such individuals are class members, and have asked this Court to adjudicate their claims.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the concurrently-filed declaration of Michael Kaufman of May 6, 2013 (filed under seal), all pleadings and other documents on file with this Court and the Ninth Circuit relating to this litigation, as well as any other evidence or argument that may be presented before or at the time of the hearing on this Motion.

1    This Motion is made following the conference of counsel pursuant to L.R. 7-3,

2    which took place telephonically on April 25, 2013, following prior written

3    communications by Petitioners in an effort to avoid having to file the instant motion.

4    Respondents oppose this Motion.  See Declaration of Michael Kaufman of May 6,

5    2013 at ¶¶ 9-14.

6                                                    Respectfully submitted,

7

8    Dated:  May 6, 2013                    /s/ Michael Kaufman_____
                                                     MICHAEL KAUFMAN
9                                                    Counsel for Petitioners

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28