1  AHILAN T. ARULANANTHAM (SBN 237841)
   aarulanantham@aclu-sc.org
2  MICHAEL KAUFMAN (SBN 254575)
   mkaufman@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, CA  90017
   Telephone: (213) 977-5211
5  Facsimile: (213) 977-5297

6  *Attorneys for Petitioners*
   (Additional Counsel listed on following page)
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 ALEJANDRO RODRIGUEZ,                  ) Case No. CV-07-3239-TJH (RNBx)
   ABDIRIZAK ADEN FARAH,                 )
11 YUSSUF ABDIKADIR, ABEL PEREZ          ) **NOTICE OF APPEARANCE**
   RUELAS, JOSE FARIAS CORNEJO,          )
12 ANGEL ARMANDO AYALA, for              )
   themselves and on behalf of a class of)
13 similarly-situated individuals,       )
                                         )
14              Petitioners,             )
                                         )
15         v.                            )
                                         )
16 ERIC HOLDER, United States Attorney   )
   General; JANET NAPOLITANO,            )
17 Secretary, Homeland Security;         )
   THOMAS G. SNOW, Acting Director,      )
18 Executive Office for Immigration      )
   Review; TIMOTHY ROBBINS, Field        )
19 Office Director, Los Angeles District )
   Immigration and Customs Enforcement;  )
20 WESLEY LEE, Officer-in-Charge, Mira   )
   Loma Detention Center; et al.;        )
21 RODNEY PENNER, Captain, Mira          )
   Loma Detention Center; SANDRA         )
22 HUTCHENS, Sheriff of Orange County;   )
   OFFICER NGUYEN, Officer-in-           )
23 Charge, Theo Lacy Facility; CAPTAIN   )
   DAVIS NIGHSWONGER, Commander,         )
24 Theo Lacy Facility; CAPTAIN MIKE      )
   KREUGER, Operations Manager, James    )
25 A. Musick Facility; ARTHUR            )
   EDWARDS, Officer-in-Charge, Santa     )
26 Ana City Jail; RUSSELL DAVIS, Jail    )
   Administrator, Santa Ana City Jail,   )
27                                       )
              Respondents.               )
28

JUDY RABINOVITZ
JRabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0779
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
CODY JACOBS (SBN 272276)
cjacobs@sidley.com
JONATHAN FEINGOLD (SBN 286302)
jfeingold@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Petitioners

1  Undersigned counsel respectfully notices the appearance of Adriana Betanco-
2  Vondriska on behalf of Petitioners in this case. Ms. Betanco-Vondriska's contact
3  information is as follows:

    Adriana Betanco-Vondriska
    State Bar No. 272422
    ACLU of Southern California
    1313 West 8th Street
    Los Angeles, CA 90017
    Telephone: (213) 977-9500
    Facsimilie: (213) 977-5297
    Email: abvondriska@gmail.com

                                     Respectfully submitted,

                                     ACLU OF SOUTHERN CALIFORNIA

Dated:  May 23, 2013                     _s/ Michael Kaufman_____
                                                       MICHAEL KAUFMAN
                                                       Counsel for Petitioners