UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



"Undeliverable Mail"

FILED
CLERK, U.S. DISTRICT COURT
MAY 28 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CLERK
MAY 22 2013
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

LA07CV03239TJH-Ret-338
TJH

Date Transmitted:        5/9/2013 2:57:38 PM

2:07-cv-03239   Doc: 338

Frederick   Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:         4

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Order on Ex Parte Application to Seal (Document)
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 5/9/2013 at 2:38 PM PDT and filed
on 5/8/2013

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031116772114?case
id=389049&de_seq_num=1245&magic_num=MAGIC&pdf_toggle_possibl
e=1
>338
```

Docket Text:

ORDER GRANTING EX PARTE APPLICATION TO FILE DECLARATION OF MICHAEL KAUFMAN
OF MAY 6, 2013, EXHIBITS A-F, UNDER SEAL by Judge Terry J. Hatter, Jr: granting
[337]   Ex Parte Application to Seal    (bp)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan        mtan@aclu.org

Sean A Commons         scommons@sidley.com

Robert Ira Lester      usacac.civil@usdoj.gov, jacqueline.winkler@usdoj.gov, robert.lester@usdoj.gov

Nicole R Prairie       nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young     stacey.young@usdoj.gov

Peter J Eliasberg      peliasberg@aclu-sc.org, clebano@aclu-s

Hans Chen            hans.h.chen@usdoj.gov

Steven A Ellis       scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson       sarah.s.wilson@usdoj.gov

Erez Reuveni         erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman    gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jonathan Paul Feingold   jfeingold@sidley.com

Jayashri Srikantiah      jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson    theodore.atkinson@usdoj.gov

Cecillia D Wang      cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy Kim          usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy Rabinovitz      jrabinovitz@aclu.org, mlauterback@aclu.org, mtan@aclu.org

Cody James Jacobs    cjacobs@sidley.com

Ahilan T Arulanantham    gtien@aclu-sc.org, aarulanantham@aclu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :

William Tran
Sidley Austin
555 West Fifth Street   Suite 4000
Los Angeles CA 90013-1010
US

Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street   Suite 400
Los Angeles CA 90013-1010
US

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

| | |
|---|---|
| 1 | AHILAN T. ARULANANTHAM (SBN 237841)<br>aarulanantham@aclu-sc.org |
| 2 | MICHAEL KAUFMAN (SBN 254575)<br>mkaufman@aclu-sc.org |
| 3 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West 8th Street |
| 4 | Los Angeles, CA 90017<br>Telephone: (213) 977-5211 |
| 5 | Facsimile: (213) 977-5297 |
| 6 | *Attorneys for Petitioners* |
| 7 | (Additional Counsel listed on following page) |

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
MAY - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,<br><br>Respondents. | Case No. CV-07-3239-TJH (RNBx)<br><br>[~~PROPOSED~~] ORDER GRANTING *EX PARTE* APPLICATION TO FILE DECLARATION OF MICHAEL KAUFMAN OF MAY 6, 2013, EXHIBITS A-F, UNDER SEAL<br><br>Honorable Terry J. Hatter<br><br>LODGED<br>CLERK, U.S. DISTRICT COURT<br>MAY - 6 2013<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY            DEPUTY |

1  JUDY RABINOVITZ
   jrabinovitz@aclu.org
2  AMERICAN CIVIL LIBERTIES FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
3  125 Broad Street, 18th Floor
   New York, NY 10004
4  Telephone: (212) 549-2618
   Facsimile: (212) 549-2654
5
   MICHAEL TAN (SBN 284869)
6  mtan@aclu.org
   AMERICAN CIVIL LIBERTIES FOUNDATION
7  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
8  San Francisco, CA 94111
   Telephone: (415) 343-0779
9  Facsimile: (415) 395-0950

10 JAYASHRI SRIKANTIAH (SBN 189566)
   jsrikantiah@law.stanford.edu
11 STANFORD LAW SCHOOL
   IMMIGRANTS' RIGHTS CLINIC
12 Crown Quadrangle
   559 Nathan Abbott Way
13 Stanford, CA 94305-8610
   Telephone: (650) 724-2442
14 Facsimile: (650) 723-4426

15 SEAN COMMONS (SBN 217603)
   scommons@sidley.com
16 JONATHAN FEINGOLD (SBN 286302)
   jfeingold@sidley.com
17 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
18 Los Angeles, CA 90013-1010
   Telephone: (213) 896-6000
19 Facsimile: (213) 896-6600

20 *Attorneys for Petitioners*

21
22
23
24
25
26
27
28

1  Good cause having been shown in Petitioners' *ex parte* application, the
2  application is hereby GRANTED. The Declaration of Michael Kaufman of May 6,
3  2013 and Exhibits A-F in Support of Petitioners' Motion for Clarification of the Class
4  Definition, are hereby SEALED.
5  It is so ORDERED.

7  Dated: May 8, 2013

8  HONORABLE TERRY J. HATTER, JR.
   United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1313 West Eighth Street, Los Angeles, California 90017. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On May 6, 2013, I served the foregoing document:

**PROPOSED ORDER GRANTING EX PARTE APPLICATION TO FILE DECLARATION OF MICHAEL KAUFMAN OF MAY 6, 2013, EXHIBITS A-F, UNDER SEAL** on the parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Theodore Atkinson
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Theodore.Atkinson@usdoj.gov

I caused such envelope(s) fully prepaid with US Postage to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

I also caused said document to be emailed to the address stated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 6, 2013, at Los Angeles, California.

_____
Geneva Tien