**FILED**

MAY 30 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al.,<br><br>              Petitioners - Appellees,<br><br> And<br><br>EFREN OROZCO,<br><br>              Petitioner,<br><br>  v.<br><br>TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al.,<br><br>              Respondents - Appellants. | No. 12-56734<br><br>D.C. No. 2:07-cv-03239-TJH-RNB<br>Central District of California, Los Angeles<br><br>ORDER<br><br> |

Before: WARDLAW and GOULD, Circuit Judges, and HADDON, District Judge.[*]

Appellants' unopposed motion for an enlargement of time in which to file a petition for rehearing en banc is GRANTED. Any petition for rehearing or rehearing en banc is now due July 15, 2013.

**IT IS SO ORDERED.**

---

      [*]    The Honorable Sam E. Haddon, District Judge for the U.S. District Court for the District of Montana, sitting by designation.