UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 07-3239-TJH (RNBx)**                                  Date: **June 28, 2013**

Title:  **Alejandro Rodriguez, et al. v. Timothy S. Robbins, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>ROBERT N. BLOCK</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Kerri Hays</u>                                               <u>   n/a    </u>
Deputy Clerk                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:
  None present                                                   None present

**PROCEEDINGS:  (IN CHAMBERS)**

**<u>Petitioners' Motion to Compel Discovery (D.E. #345)</u>**

Based on its review and consideration of the parties' respective contentions in the Joint Stipulation, the Court has concluded that neither further briefing nor oral argument will be of material assistance to the Court's determination of this Motion. Accordingly, the hearing on the Motion noticed for July 16, 2013 is ordered off calendar pursuant to Local Rule 7-15 and the Court now rules as follows.

Rules 26(a) and (e) require each party to voluntarily disclose <u>inter</u> <u>alia</u> "a copy - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control **and may use to support its claims or defenses**." These rules do not require a party to disclose documents, etc. that the other side believes the party may use to support its claims or defenses. Moreover, if respondents do try to use in support of their defenses in connection with any future motion, hearing, or at trial any documents, etc. that they were obligated but failed to disclose, plaintiffs will have recourse under Rule 37(c)(1).

To the extent that petitioners believe the information sought is necessary to insure respondents' compliance with the preliminary injunction order, they should take that issue up with the District Judge. That is not a discovery issue within the purview of the Magistrate Judge.

As petitioners concede, fact discovery now is closed. To the extent that petitioners believe that discovery should be reopened, they should take that issue up with the District Judge. Magistrate Judges lack the authority to extend case management

MINUTES FORM 11                                                    Initials of Deputy Clerk      klh
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.:  CV 07-3239-TJH (RNBx)            **June 28, 2013**
   **Alejandro Rodriguez, et al.  v. Timothy S. Robbins, et al.**            **Page 2**

---

deadlines set by the District Judge.
    For the foregoing reasons, this Motion is denied.


cc:    Judge Hatter