**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**




Undeliverable Mail

LA 07 CV 03239 TJH - Ret 344

2:07-cv-03239   Doc: 344

Frederick   Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA   92301
US

Number of Pages:   1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al USCA Order
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 6/4/2013 at 10:02 AM PDT and filed on 5/30/2013

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031116912925?case
id=389049&de_seq_num=1269&magic_num=MAGIC&pdf_toggle_possibl
e=1
>344
```

Docket Text:

ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals,
[259] filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur
Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis,
Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen, CCA # 12-56734.
Appellants' unopposed motion for an enlargement of time in which to
file a petition for rehearing en banc is GRANTED. Any petition for rehearing
or rehearing en banc is now due July 15, 2013. Order received in this district
on 5/30/13. (mat)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan     mtan@aclu.org

Sean A Commons     laefilingnotice@sidley.com, scommons@sidley.com

Robert Ira Lester        usacac.civil@usdoj.gov, jacqueline.win kler@usdoj.gov, robert.lester@usdoj.gov

Nicole R Prairie        nicole.prairie@usdoj.gov, paula.richard son@usdoj.gov

Stacey Ilene Young        stacey.young@usdoj.gov

Peter J Eliasberg        peliasberg@aclu-sc.org, clebano@aclu-s c.org

Hans Chen        hans.h.chen@usdoj.gov

Steven A Ellis        scrobinson@goodwinprocter.com, sellis@goo dwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson        sarah.s.wilson@usdoj.gov

Erez Reuveni        erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman        gtien@aclu-sc.org, mkaufman@aclu-s c.org

Jonathan Paul Feingold        jfeingold@sidley.com

Jayashri Srikantiah        jsrikantiah@law.stanford.edu, sbece rra@law.stanford.edu

Theodore William Atkinson        theodore.atkinson@usdoj.gov

Cecillia D Wang        cwang@aclu.org, irptemp1@aclu.org, lfern andez@aclu.org

Dorothy Kim        usacac.criminal@usdoj.gov, dorothy.kim@usdo j.gov

Judy Rabinovitz    jrabinovitz@aclu.org, mlauterback@aclu.org, mtan@aclu.org

Cody James Jacobs    cjacobs@sidley.com

Ahilan T Arulanantham    gtien@aclu-sc.org, aarulanantham@aclu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :

William Tran
Sidley Austin
555 West Fifth Street   Suite 4000
Los Angeles CA 90013-1010
US

Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street   Suite 400
Los Angeles CA 90013-1010
US

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Adriana Betanco Vendriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 30 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., Petitioners - Appellees, And EFREN OROZCO, Petitioner, v. TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al., Respondents - Appellants. | No. 12-56734 D.C. No. 2:07-cv-03239-TJH-RNB Central District of California, Los Angeles ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

5/30/13

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CR____ DEPUTY

Before: WARDLAW and GOULD, Circuit Judges, and HADDON, District Judge.*

Appellants' unopposed motion for an enlargement of time in which to file a petition for rehearing en banc is GRANTED. Any petition for rehearing or rehearing en banc is now due July 15, 2013.

**IT IS SO ORDERED.**

---

\*   The Honorable Sam E. Haddon, District Judge for the U.S. District Court for the District of Montana, sitting by designation.