

Frederick Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA   92301
US

Number of Pages:   2

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Order on Motion to Compel
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 6/28/2013 at 1:29 PM PDT and filed on 6/28/2013

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031110754142?case
id=389049&de_seq_num=1274&magic_num=MAGIC&pdf_toggle_possibl
e=1
>346
```

Docket Text:

MINUTES (IN CHAMBERS): ORDER  by Magistrate Judge Robert N. Block: denying
[345]  Motion to Compel Discovery. Accordingly, the hearing on the Motion
noticed for July 16, 2013 is ordered off calendar pursuant to Local Rule
7-15 and the Court now rules as follows. (twdb)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan        mtan@aclu.org

Sean A Commons         laefilingnotice@sidley.com, scommons@sidley.com

Robert Ira Lester      usacac.civil@usdoj.gov, jacqueline.winkler@usdoj.gov, robert.lester@usdoj.gov

Nicole R Prairie       nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young    stacey.young@usdoj.gov

Peter J Eliasberg    peliasberg@aclu-sc.org, clebano@aclu-sc.org

Hans Chen    hans.h.chen@usdoj.gov

Steven A Ellis    scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson    sarah.s.wilson@usdoj.gov

Erez Reuveni    erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman    gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jonathan Paul Feingold    jfeingold@sidley.com

Jayashri Srikantiah    jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson    theodore.atkinson@usdoj.gov

Cecillia D Wang    cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy Kim    usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy Rabinovitz    mvillarreal@aclu.org, jrabinovitz@aclu.org, mtan@aclu.org

Cody James Jacobs    cjacobs@smartgunlaws.org

Ahilan T Arulanantham    gtien@aclu-sc.org, aarulanantham@aclu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :


William  Tran
Sidley Austin
555 West Fifth Street   Suite 4000
Los Angeles CA 90013-1010
US

Gjon  Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street   Suite 400
Los Angeles CA 90013-1010
US

Frederick  Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Adriana  Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  CV 07-3239-TJH (RNBx)                              Date: **June 28, 2013**

Title:  **Alejandro Rodriguez, et al. v. Timothy S. Robbins, et al.**

**DOCKET ENTRY**

PRESENT:
   HON. <u>ROBERT N. BLOCK</u>, UNITED STATES MAGISTRATE JUDGE

   <u>Kerri Hays</u>                             <u>   n/a   </u>
   Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                None present

**PROCEEDINGS:  (IN CHAMBERS)**

   <u>Petitioners' Motion to Compel Discovery (D.E. #345)</u>

   Based on its review and consideration of the parties' respective contentions in the Joint Stipulation, the Court has concluded that neither further briefing nor oral argument will be of material assistance to the Court's determination of this Motion. Accordingly, the hearing on the Motion noticed for July 16, 2013 is ordered off calendar pursuant to Local Rule 7-15 and the Court now rules as follows.
   Rules 26(a) and (e) require each party to voluntarily disclose <u>inter alia</u> "a copy - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control **and may use to support its claims or defenses**." These rules do not require a party to disclose documents, etc. that the other side believes the party may use to support its claims or defenses. Moreover, if respondents do try to use in support of their defenses in connection with any future motion, hearing, or at trial any documents, etc. that they were obligated but failed to disclose, plaintiffs will have recourse under Rule 37(c)(1).
   To the extent that petitioners believe the information sought is necessary to insure respondents' compliance with the preliminary injunction order, they should take that issue up with the District Judge. That is not a discovery issue within the purview of the Magistrate Judge.
   As petitioners concede, fact discovery now is closed. To the extent that petitioners believe that discovery should be reopened, they should take that issue up with the District Judge. Magistrate Judges lack the authority to extend case management

MINUTES FORM 11                                          Initials of Deputy Clerk   klh
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.:  CV 07-3239-TJH (RNBx)                                    June 28, 2013
      <u>Alejandro Rodriguez, et al.  v. Timothy S. Robbins, et al.</u>                                    Page 2

---

deadlines set by the District Judge.
      For the foregoing reasons, this Motion is denied.


cc:    Judge Hatter