STUART F. DELERY
ActingAssistant Attorney General,
Civil Division
DAVID J. KLINE
Director
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorneys

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **JOINT STIPULATION TO RESET FINAL PRE-TRIAL CONFERENCE** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director*; JANET NAPOLITANO, *in her capacity as Secretary of Homeland Security*; and ERIC H. HOLDER, JR., *in his capacity as Attorney General of the United States*, | Hon. Terry J. Hatter, Jr.<br><br>Final Pre-Trial Date:  Aug. 12, 2013 |
| Respondents. | |

The parties jointly request that this Court continue the date of the final pre-trial conference, currently scheduled for August 12, 2013, *see* ECF No. 298, to September 23, 2013, at 10:00 a.m.

Lead counsel for the Petitioners and Respondents will be traveling on long-scheduled vacations and will be unavailable on August 12, 2013.  The parties also request the continuance in light of the outstanding cross-motions for summary

judgment, submitted on May 6, 2013, and currently under consideration by this Court. Resolution of the cross-motions for summary judgment will likely decide the entirety of this action or, at a minimum, significantly narrow the issues for consideration at trial. For these reasons, the parties request continuance of the final pre-trial conference.

Date: August 5, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director

By: */s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorneys

Attorneys for Respondents

Date: August 5, 2013

*/s/ Michael Kaufman*
MICHAEL F. KAUFMAN
ACLU FOUNDATION OF SOUTHERN
    CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017

Attorneys for Petitioners