1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **[PROPOSED] ORDER RESETTING FINAL PRE-TRIAL CONFERENCE** |
| TIMOTHY S. ROBBINS, *et al.* | |
| Respondents. | |

This matter comes before the Court on the parties' joint request that this Court continue the date of the final pre-trial conference, currently scheduled for August 12, 2013, *see* ECF No. 298, to September 23, 2013, at 10:00 a.m. Having considered this matter, and good cause having been shown for resetting the conference date,

IT IS HEREBY ORDERED that the final pre-trial conference is reset to September 23, 2013, at 10:00 a.m.

Dated: August __, 2013

Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE

Presented by:

STUART F. DELERY
Acting Assistant Attorney General,
Civil Division
DAVID J. KLINE
Director
By: *s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Tel:  (202) 532-4135
E-mail: theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorneys

Attorneys for Respondents

# CERTIFICATE OF SERVICE

I CERTIFY THAT ON August 5, 2013, a copy of the foregoing, along with a copy of the parties' joint stipulation, was served on counsel for Petitioners by filing the same through this Court's ECF/CM system, in which each of Petitioners' counsel participates.

*s/ Theodore W. Atkinson*
Theodore W. Atkinson
United States Department of Justice

3