# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *et al.* <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **ORDER RESETTING** <br> **FINAL PRE-TRIAL CONFERENCE** <br> **[352]** |

### NOTE: CHANGES MADE BY THE COURT

This matter comes before the Court on the parties' joint request that this Court continue the date of the final pre-trial conference, currently scheduled for August 12, 2013, *see* ECF No. 298, to September 23, 2013, at 10:00 a.m. Having considered this matter, and good cause having been shown for resetting the conference date,

IT IS HEREBY ORDERED that the final pre-trial conference is reset to October 21, 2013, at 10:00 a.m.

Dated: August 7, 2013

Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE