UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

TJH

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

TJH
LA07CV03239-Ret 358-

FILED
CLERK, U.S. DISTRICT COURT
SEP 12 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Undeliverable mail

Date Transmitted: 8/20/2013 6:21:10 PM

2:07-cv-03239 Doc: 358

Frederick Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA 92301
US

Number of Pages: 3

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Order
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered on 8/20/2013 at 6:18 PM PDT and filed on 8/20/2013

Case Name:
Alejandro Rodriguez v. James Hayes et al

Case Number:2:07-cv-03239-TJH-RNB

Filer:

Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/031117380643?caseid=389049&de_seq_num=1313&magic_num=MAGIC&pdf_toggle_possible=1
>358

Docket Text:

ORDER GRANTING JOINT STIPULATION FOR FILING DEADLINE FOR PETITIONERS' MOTION FOR ATTORNEYS' FEES AND COSTS TO BE GOVERNED BY THE EQUAL ACCESS TO JUSTICE ACT by Judge Terry J. Hatter, Jr.: The parties' Joint Stipulation [357] is hereby GRANTED, and the deadline for filing any motion for attorneys' fees and costs, including for recovery of any and all taxable costs, expert fees, and other recoverable expenses, in this case is governed by the provisions of the Equal Access to Justice Act ("EAJA"), and thus shall be due within 30 days of final judgment in the action. (gk)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan mtan@aclu.org

Sean A Commons laefilingnotice@sidley.com, scommons@sidley.com

Robert Ira Lester usacac.civil@usdoj.gov, jacqueline.winkler@usdoj.gov, robert.lester@usdoj.gov

Nicole R Prairie nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young stacey.young@usdoj.gov

Peter J Eliasberg peliasberg@aclu-sc.org, clebano@aclu-sc.org

Hans Chen hans.h.chen@usdoj.gov

Steven A Ellis scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson sarah.s.wilson@usdoj.gov

Erez Reuveni erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jayashri Srikantiah jsrikantiah@law.stanford.edu, sbecerra@law.stanford.edu

Theodore William Atkinson theodore.atkinson@usdoj.gov

Cecillia D Wang cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy Kim usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy Rabinovitz mvillarreal@aclu.org, jrabinovitz@aclu.org,

mtan@aclu.org

Ahilan T Arulanantham gtien@aclu-sc.org, aarulanantham@aclu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles CA 90013-1010
US

Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles CA 90013-1010
US

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

*Attorneys for Petitioners*
(Additional Counsel listed on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals,

Petitioners,

v.

ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,

Respondents.

Case No. CV-07-3239-TJH (RNBx)

**ORDER GRANTING JOINT STIPULATION FOR FILING DEADLINE FOR PETITIONERS' MOTION FOR ATTORNEYS' FEES AND COSTS TO BE GOVERNED BY THE EQUAL ACCESS TO JUSTICE ACT [357]**

Honorable Terry J. Hatter

JUDY RABINOVITZ
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0779
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

Good cause having been shown in the parties' joint stipulation, the stipulation is hereby GRANTED, and the deadline for filing any motion for attorneys' fees and costs, including for recovery of any and all taxable costs, expert fees, and other recoverable expenses, in this case is governed by the provisions of the Equal Access to Justice Act ("EAJA"), and thus shall be due within 30 days of final judgment in the action.

It is so ORDERED.

Dated: August_20, 2013

HONORABLE TERRY J. HATTER, JR.
United States District Judge