1  STUART F. DELERY
   Principal Assistant Attorney General
2  Civil Division
   DAVID J. KLINE
3  Director, Office of Immigration Litigation
   District Court Section
4  THEODORE W. ATKINSON
   United States Department of Justice
5  Office of Immigration Litigation
           P.O. Box 868, Ben Franklin Station
6          Washington, DC 20044
           Phone: (202) 532-4135
7          theodore.atkinson@usdoj.gov
   SARAH S. WILSON
8  Trial Attorney

9  Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **NOTICE OF APPEAL** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | |
| | Hon. Terry J. Hatter, Jr. |
| Respondents. | |

Notice is hereby given that, under 28 U.S.C. § 1291, Timothy Robbins, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; Janet Napolitano, Secretary of Homeland Security; Eric H. Holder, Jr., United States Attorney General; Juan P. Osuna, Director, Executive Office for Immigration Review; Wesley Lee, Assistant Field Office Director, Immigration and Customs Enforcement; Rodney Penner, Captain, Mira Loma Detention Center; Sandra Hutchens, Sheriff of Orange County; Officer Nguyen, Officer-in-Charge, Theo Lacy Facility; Captain Davis Nighswonger, Commander, Theo Lacy Facility; Captain Mike Kreuger, Operations Manager, James A. Musick Facility; Arthur Edwards, Officer-in- Charge,

Santa Ana City Jail; and Russell Davis, Jail Administrator, Santa Ana City Jail, Respondents in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order entering an order, judgment, and permanent injunction against Respondents, entered in this action on August 6, 2013, ECF # 353.

Date: September 30, 2013

STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
/s/ Theodore W. Atkinson
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation,
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorney

Attorneys for Respondents

# CERTIFICATE OF SERVICE

I certify that on September 30, 2013, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
United States Department of Justice