STUART F. DELERY
Principal Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorney

Attorneys for Respondents

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>    Petitioners,<br><br>vs.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*,<br><br>    Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**[PROPOSED ORDER] GRANTING TEMPORARY STAY OF REPORTING REQUIREMENT UNDER THIS COURT'S FINAL JUDGMENT DUE TO LAPSE OF APPROPRIATIONS**<br><br>Hon. Terry J. Hatter, Jr. |

This matter, having come before the Court on Respondents' ex parte application for a temporary stay of the reporting requirement of this Court's August 6, 2013 Order and Judgment, and, for good cause shown, it is hereby

ORDERED that the application for stay is granted. Respondents shall file a notice with this Court when the lapse in appropriations has ended, and shall file the

1  required report within 10 days from the date the lapse of appropriations has ended.

Entered: _____         _____
                                 TERRY J. HATTER, JR.
                                 United States District Judge

Presented By:

STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation,
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorney

Attorneys for Respondents

# CERTIFICATE OF SERVICE

I certify that on October 1, 2013, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham  
ACLU Foundation of Southern California  
1616 Beverly Boulevard  
Los Angeles, CA 90026  
213-977-5211  
Fax: 213-977-5297  
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah  
Stanford Law School  
Immigrants' Rights Clinic,  
Crown Quadrangle  
559 Nathan Abbott Way  
Stanford, CA 94305-8610  
650-724-2442  
Fax: 650-723-4426  
Email: jsrikantiah@law.stanford.edu

Sean Commons  
Sidley Austin  
555 West Fifth Street Suite 4000  
Los Angeles, CA 90013-1010  
213-816-6000  
Fax: 213-896-6600  
Email: scommons@sidley.com

Judy Rabinovitz  
ACLU Immigrants' Rights Project  
125 Broad Street 18th Floor  
New York, NY 10004  
212-549-2618  
Fax: 212-549-2654  
Email: jrabinovitz@aclu.org

Cody Jacobs  
Sidley Austin LLP  
555 West Fifth Street Suite 4000  
Los Angeles, CA 90013-1010  
213-896-6000  
Fax: 213-896-6600  
Email: cjacobs@sidley.com

*/s/ Theodore W. Atkinson*  
Theodore W. Atkinson  
United States Department of Justice