# EXHIBIT A

**Kelly, Deborah J.**

| | |
|---|---|
| **From:** | Ahilan Arulanantham [aarulanantham@ACLU-SC.ORG] |
| **Sent:** | Tuesday, October 01, 2013 6:23 PM |
| **To:** | Commons, Sean |
| **Subject:** | FW: Rodriguez -- Report and Shutdown |

```
_____
From: Atkinson, Theodore (CIV) [Theodore.Atkinson@usdoj.gov]
Sent: Friday, September 27, 2013 8:51 PM
To: Ahilan Arulanantham; Michael Kaufman
Cc: Wilson, Sarah S. (CIV)
Subject: Re: Rodriguez -- Report and Shutdown

Thanks, Ahilan.

Unprecedented it was. I now won't say that this would be anything other than the possible
routine future. Remember, we have a debt ceiling fight in six weeks. We could be dancing this
dance periodically for ever.

----- Original Message -----
From: Ahilan Arulanantham [mailto:aarulanantham@ACLU-SC.ORG]
Sent: Friday, September 27, 2013 05:18 PM
To: Atkinson, Theodore (CIV); Michael Kaufman <mkaufman@aclu-sc.org>
Cc: Wilson, Sarah S. (CIV)
Subject: RE: Rodriguez -- Report and Shutdown

Ted,

I remember the last time you wrote us about this and you characterized it as "unprecedented".
It's really too bad that we cannot say the same now.

Please include the following statement to describe Plaintiffs' position: "Plaintiffs do not
oppose this particular extension request in light of its length (one week) and the subject of
this particular filing (a reporting requirement)."

Take care,
Ahilan

PS -  I assume from your email that you do not intend to file the request unless there is a
shutdown, but your message isn't crystal clear on that point.  If that assumption is
incorrect let me know.  Obviously we would oppose any extension request based only on the
disruption caused by an anticipated shutdown.


-----Original Message-----
From: Atkinson, Theodore (CIV) [mailto:Theodore.Atkinson@usdoj.gov]
Sent: Friday, September 27, 2013 1:13 PM
To: Ahilan Arulanantham; Michael Kaufman
Cc: Wilson, Sarah S. (CIV)
Subject: Rodriguez -- Report and Shutdown

Ahilan and Michael,
```

1

3

As you are no doubt aware, the federal government faces partial shutdown at midnight Monday. If that happens, Sarah and I will be prohibited from working. At the same time, federal employees at EOIR and DHS will be similarly restricted.

If there is a shutdown, we will be permitted tine to file stays or extensions in court deadlines.

In anticipation of a shutdown, I am writing to request your consent or non-opposition to a one-week extension of the date for the filing of the report due to the Court October 7.  I will need to get your position before Monday. If we shut down, I will have to file it first thing Monday morning here.

Please let me know your position.

Ted