1 | AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclu-sc.org
2 | MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclu-sc.org
3 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
4 | Los Angeles, CA  90017
Telephone: (213) 977-5211
5 | Facsimile: (213) 977-5297

6 | *Attorneys for Petitioners*
(Additional Counsel listed on following page)
7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10 ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, 11 YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, 12 ANGEL ARMANDO AYALA, for themselves and on behalf of a class of 13 similarly-situated individuals, | Case No. CV-07-3239-TJH (RNBx) **PETITIONERS' [PROPOSED] ORDER RE RESPONDENTS'** *EX PARTE* **APPLICATION TO STAY REPORTING OBLIGATION** |
| 14         Petitioners, | Honorable Terry J. Hatter |
| 15         v. | DATE:    N/A TIME:     N/A |
| 16 ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, 17 Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, 18 Executive Office for Immigration Review; TIMOTHY ROBBINS, Field 19 Office Director, Los Angeles District Immigration and Customs Enforcement; 20 WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; 21 RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA 22 HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in- 23 Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, 24 Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James 25 A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa 26 Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail, 27         Respondents. | PLACE:  Courtroom 17 |

28

| | |
|---|---|
| 1 | JUDY RABINOVITZ |
| | JRabinovitz@aclu.org |
| 2 | AMERICAN CIVIL LIBERTIES FOUNDATION |
| | IMMIGRANTS' RIGHTS PROJECT |
| 3 | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| 4 | Telephone: (212) 549-2618 |
| | Facsimile: (212) 549-2654 |
| 5 | |
| 6 | MICHAEL TAN (SBN 284869) |
| | mtan@aclu.org |
| 7 | AMERICAN CIVIL LIBERTIES FOUNDATION |
| | IMMIGRANTS' RIGHTS PROJECT |
| 8 | 39 Drumm Street |
| | San Francisco, CA 94111 |
| 9 | Telephone: (415) 343-0779 |
| | Facsimile: (415) 395-0950 |
| 10 | JAYASHRI SRIKANTIAH (SBN 189566) |
| | jsrikantiah@law.stanford.edu |
| 11 | STANFORD LAW SCHOOL |
| | IMMIGRANTS' RIGHTS CLINIC |
| 12 | Crown Quadrangle |
| | 559 Nathan Abbott Way |
| 13 | Stanford, CA 94305-8610 |
| | Telephone: (650) 724-2442 |
| 14 | Facsimile: (650) 723-4426 |
| 15 | SEAN COMMONS (SBN 217603) |
| | scommons@sidley.com |
| 16 | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, Suite 4000 |
| 17 | Los Angeles, CA 90013-1010 |
| | Telephone: (213) 896-6000 |
| 18 | Facsimile: (213) 896-6600 |
| 19 | Attorneys for Petitioners |

**PETITIONERS' [PROPOSED] ORDER RE RESPONDENTS' *EX PARTE* APPLICATION TO STAY REPORTING OBLIGATION**

1  The Court hereby continues the deadline for Respondents to comply with
2  the reporting obligation under this Court's August 6, 2013 order (Dkt. #353) by
3  two weeks from October 7, 2013 to October 21, 2013. If the partial government
4  shut down continues through October 21, 2013, then the parties shall each submit a
5  status report, not to exceed two pages, setting forth their respective positions about
6  whether Respondents' reporting obligation should be modified.
7  IT IS SO ORDERED.
8
9  Dated: _____, 2013
10 _____
   Honorable Terry Hatter
   U.S. District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**PETITIONERS' [PROPOSED] ORDER RE RESPONDENTS' *EX PARTE* APPLICATION TO STAY REPORTING OBLIGATION**

LA1 2850459v.1