STUART F. DELERY
Principal Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorney

Attorneys for Respondents

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **ORDER GRANTING TEMPORARY STAY OF REPORTING REQUIREMENT UNDER THIS COURT'S FINAL JUDGMENT DUE TO LAPSE OF APPROPRIATIONS[361]** <br><br> Hon. Terry J. Hatter, Jr. |

NOTE: CHANGES MADE BY THE COURT

    This matter, having come before the Court on Respondents' ex parte application for a temporary stay of the reporting requirement of this Court's August 6, 2013 Order and Judgment, and, for good cause shown, it is hereby

    ORDERED that the application for stay is granted. Respondents shall file a notice with this Court when the lapse in appropriations has ended, and shall file the

1 | required report within 10 days from OCTOBER 17, 2013.

Entered: October 3, 2013

_____
TERRY J. HATTER, JR.
United States District Judge

2