1 | AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclu-sc.org
2 | MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclu-sc.org
3 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
4 | Los Angeles, CA 90017
Telephone: (213) 977-5211
5 | Facsimile: (213) 977-5297

6 | *Attorneys for Petitioners*
(Additional Counsel listed on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,<br><br>Respondents. | Case No. CV-07-3239-TJH (RNBx)<br><br>**NOTICE OF CROSS-APPEAL**<br><br>Honorable Terry J. Hatter |

| | |
|---|---|
| 1 | JUDY RABINOVITZ |
| | jrabinovitz@aclu.org |
| 2 | AMERICAN CIVIL LIBERTIES FOUNDATION |
| | IMMIGRANTS' RIGHTS PROJECT |
| 3 | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| 4 | Telephone: (212) 549-2618 |
| | Facsimile: (212) 549-2654 |
| 5 | |
| | MICHAEL TAN (SBN 284869) |
| 6 | mtan@aclu.org |
| | AMERICAN CIVIL LIBERTIES FOUNDATION |
| 7 | IMMIGRANTS' RIGHTS PROJECT |
| | 39 Drumm Street |
| 8 | San Francisco, CA 94111 |
| | Telephone: (415) 343-0779 |
| 9 | Facsimile: (415) 395-0950 |
| 10 | JAYASHRI SRIKANTIAH (SBN 189566) |
| | jsrikantiah@law.stanford.edu |
| 11 | STANFORD LAW SCHOOL |
| | IMMIGRANTS' RIGHTS CLINIC |
| 12 | Crown Quadrangle |
| | 559 Nathan Abbott Way |
| 13 | Stanford, CA 94305-8610 |
| | Telephone: (650) 724-2442 |
| 14 | Facsimile: (650) 723-4426 |
| 15 | SEAN COMMONS (SBN 217603) |
| | scommons@sidley.com |
| 16 | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, Suite 4000 |
| 17 | Los Angeles, CA 90013-1010 |
| | Telephone: (213) 896-6000 |
| 18 | Facsimile: (213) 896-6600 |
| 19 | *Attorneys for Petitioners* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Notice is hereby given that Petitioners ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, and ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals, cross-appeal to the United States Court of Appeals for the Ninth Circuit from those portions of the district court's order denying their motion for summary judgment (whether by the explicit terms of the order or insofar as the district court declined to address Petitioners' claims). Those portions include the court's decision not to affirmatively require the consideration of alternatives to detention at bond hearings, the decision not to require consideration of the likelihood of ultimate removal at those hearings, the decision not to require consideration of the length of detention at those hearings, and the decision not to require that those hearings be conducted periodically.

The order was entered in the above-captioned action on August 6, 2013, Dkt. 353 . A copy of the order is attached to this notice as Exhibit A.

Pursuant to Fed. R. App. P. 12(b) and Circuit Rule 3-2, a Representation Statement is also attached to this notice as Exhibit B.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: October 7, 2013

s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Counsel for Petitioners