

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



Molly C. Dwyer
Clerk of Court

October 09, 2013

| | |
|---|---|
| No.: | 13-56755 |
| D.C. No.: | 2:07-cv-03239-TJH-RNB |
| Short Title: | Alejandro Rodriguez, et al v. Timothy Robbins, et al |

Dear Appellants

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 09 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

ALEJANDRO RODRIGUEZ, for themselves and on behalf of a class of similarly-situated individuals; ABDIRIZAK ADEN FARAH, for themselves and on behalf of a class of similarly-situated individuals; JOSE FARIAS CORNEJO; YUSSUF ABDIKADIR; ABEL PEREZ RUELAS,

       Petitioners - Appellees,

 and

EFREN OROZCO,

       Petitioner,

 v.

TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; JANET NAPOLITANO, Secretary, Homeland Security; ERIC H. HOLDER, Jr., Attorney General; WESLEY LEE, Assistant Field Office Director, Immigration and Customs Enforcement; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; NGUYEN, Officer, Officer-in-Charge, Theo Lacy Facility; DAVIS

No. 13-56706

D.C. No. 2:07-cv-03239-TJH-RNB
U.S. District Court for Central California, Los Angeles

**TIME SCHEDULE ORDER**

NIGHSWONGER, Captain, Commander,
Theo Lacy Facility; MIKE KREUGER,
Captain, Operations Manager, James A.
Musick Facility; ARTHUR EDWARDS,
Officer-in-Charge, Santa Ana City Jail;
RUSSELL DAVIS, Jail Administrator,
Santa Ana City Jail; JUAN P. OSUNA,
Director, Executive Office for
Immigration Review,

           Respondents - Appellants.

ALEJANDRO RODRIGUEZ, for
themselves and on behalf of a class of
similarly-situated individuals;
ABDIRIZAK ADEN FARAH, for
themselves and on behalf of a class of
similarly-situated individuals; JOSE
FARIAS CORNEJO; YUSSUF
ABDIKADIR; ABEL PEREZ RUELAS,

        Petitioners - Appellants,

 and

EFREN OROZCO,

        Petitioner,

 v.

TIMOTHY ROBBINS, Field Office
Director, Los Angeles District,
Immigration and Customs Enforcement;
ERIC H. HOLDER, Jr., Attorney
General; WESLEY LEE, Assistant Field
Office Director, Immigration and
Customs Enforcement; RODNEY
PENNER, Captain, Mira Loma Detention

No. 13-56755

D.C. No. 2:07-cv-03239-TJH-RNB
U.S. District Court for Central
California, Los Angeles

Center; SANDRA HUTCHENS, Sheriff
of Orange County; NGUYEN, Officer,
Officer-in-Charge, Theo Lacy Facility;
DAVIS NIGHSWONGER, Captain,
Commander, Theo Lacy Facility; MIKE
KREUGER, Captain, Operations
Manager, James A. Musick Facility;
RUSSELL DAVIS, Jail Administrator,
Santa Ana City Jail; ARTHUR
EDWARDS, Officer-in-Charge, Santa
Ana City Jail; THOMAS G. SNOW,
Acting Director, Executive Office for
Immigration Review; JANET
NAPOLITANO, Secretary, Homeland
Security,

                    Respondents - Appellees.

This order vacates all brief due dates set by previously issued time schedule orders.
The parties shall meet the following cross-appeal time schedule.

| | |
|---|---|
| **Mon., March 10, 2014** | The party(s) who filed the first appeal shall file and serve the first brief on cross-appeal pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Wed., April 9, 2014** | The party(s) who filed the second appeal shall file and serve the second brief on cross-appeal pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Fri., May 9, 2014** | The third brief on cross-appeal shall be filed and served pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional cross-appeal reply brief shall be filed and served within fourteen days of service of the third brief on cross appeal, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jennifer Nidorf
Deputy Clerk