AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

*Attorneys for Petitioners*
(Additional Counsel listed on following page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals, <br><br> Petitioners, <br><br> v. <br><br> ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail, <br><br> Respondents. | Case No. CV-07-3239-TJH (RNBx) <br><br> **PETITIONERS' NOTICE OF MOTION AND MOTION FOR COMPLIANCE** <br><br> Honorable Terry J. Hatter, Jr. <br><br> DATE: November 11, 2013 <br> TIME: Under Submission <br> PLACE: Courtroom 17 |

JUDY RABINOVITZ
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY  10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone:  (415) 343-0779
Facsimile:  (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA  94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

1  To all parties and counsel of record, please take notice that a hearing on November 11, 2013 is under submission in the above entitled Court, before the Honorable Terry J. Hatter, Jr., in Courtroom 17 of the United States District Court, Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California, 90012. Petitioners will and hereby move for this Court to compel Respondents to comply with this Court's Summary Judgment Order (the "Order"), Dkt. 353.

This motion is made on the following grounds:

- Respondents have refused to comply with the Order's requirement that Respondents provide a "plain language" notice to class members of scheduled bond hearings.
- Respondents have unilaterally excluded certain class members from the benefits of class membership without leave of the Court or notice to the Court or to Petitioners' counsel.

In light of Respondents' pattern of noncompliance, Petitioners also request that this Court modify its Order to require Respondents to disclose certain electronic and court records relating to the bond hearings conducted pursuant to the Order that will better enable Petitioners to monitor Respondents' compliance.

This motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the concurrently-filed declaration of Michael Kaufman, all pleadings and other documents on file with this Court, as well as any other evidence or argument that may be presented before or at the time of the hearing on the motion.

1

1   This motion is made following the conference of counsel pursuant to L.R. 7-3,
2   which took place telephonically and by electronic correspondence on several
3   occasions, including August 30, 2013, September 10, 2013, and September 18, 2013.
4   Respondents oppose this Motion.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: October 11, 2013

  s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners