1 | AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclu-sc.org
2 | MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclu-sc.org
3 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
4 | Los Angeles, CA 90017
Telephone: (213) 977-5211
5 | Facsimile: (213) 977-5297

6 | *Attorneys for Petitioners*
(Additional Counsel listed on following page)

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals,<br><br>      Petitioners,<br><br>      v.<br><br>ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,<br><br>      Respondents. | Case No. CV-07-3239-TJH (RNBx)<br><br>**NOTICE OF ERRATA**<br><br>Honorable Terry J. Hatter, Jr. |

JUDY RABINOVITZ
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY  10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone:  (415) 343-0779
Facsimile:  (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA  94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

## NOTICE OF ERRATA

To all involved parties in the above styled case, please take notice that Petitioners filed their Proposed Order Granting Petitioners' Motion for Compliance (Dkt. 367-2) without attaching the proposed notice as stated in the Proposed Order. *See* Dkt. 367-2, p. 1 at 11. Attached here is the Proposed Order with the corresponding proposed notice attached. The Proposed Order is identical to that which was filed previously, Dkt. 367-2.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: October 14, 2013

 s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners