1  AHILAN T. ARULANANTHAM (SBN 237841)
   aarulanantham@aclu-sc.org
2  MICHAEL KAUFMAN (SBN 254575)
   mkaufman@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, CA  90017
   Telephone: (213) 977-5211
5  Facsimile: (213) 977-5297

6  *Attorneys for Petitioners*
   (Additional Counsel listed on following page)
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10 ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals,

   Petitioners,

   v.

   ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,

   Respondents.

   Case No. CV-07-3239-TJH (RNBx)

   **NOTICE OF AMENDED HEARING DATE**

   Honorable Terry J. Hatter, Jr.

1  JUDY RABINOVITZ
   jrabinovitz@aclu.org
2  AMERICAN CIVIL LIBERTIES FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
3  125 Broad Street, 18th Floor
   New York, NY 10004
4  Telephone: (212) 549-2618
   Facsimile: (212) 549-2654
5
   MICHAEL TAN (SBN 284869)
6  mtan@aclu.org
   AMERICAN CIVIL LIBERTIES FOUNDATION
7  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
8  San Francisco, CA 94111
   Telephone: (415) 343-0779
9  Facsimile: (415) 395-0950

10 JAYASHRI SRIKANTIAH (SBN 189566)
   jsrikantiah@law.stanford.edu
11 STANFORD LAW SCHOOL
   IMMIGRANTS' RIGHTS CLINIC
12 Crown Quadrangle
   559 Nathan Abbott Way
13 Stanford, CA 94305-8610
   Telephone: (650) 724-2442
14 Facsimile: (650) 723-4426

15 SEAN COMMONS (SBN 217603)
   scommons@sidley.com
16 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
17 Los Angeles, CA 90013-1010
   Telephone: (213) 896-6000
18 Facsimile: (213) 896-6600

19 *Attorneys for Petitioners*

**NOTICE OF AMENDED HEARING DATE**

To all parties and their counsel of record, please take notice that Petitioners are amending the hearing date for their Motion for Compliance. *See* Dkt. 367. The hearing date currently noticed is November 11, 2013. Petitioners are amending this date to November 18, 2013 to provide counsel for Respondents, who recently returned from furloughs resulting from the partial government shutdown, *see* Dkt. 361, more time to file their response. The Amended Notice of Motion is attached; the only change that has been made is the hearing date.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: October 17, 2013

 s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners