UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 07-3239-TJH(RNBx)** | Date | OCTOBER 18, 2013 |
|---|---|---|---|

| Title | ALEJANDRO RODRIGUEZ, ET AL v. ERIC HOLDER, ET AL |
|---|---|

Present: The Honorable   TERRY J. HATTER, JR.,  UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

On the Court's own motion, the Final Pretrial Conference, currently scheduled for October 21, 2013, is hereby ordered taken OFF CALENDAR and vacated to be reset at a later date if necessary.

No appearances are necessary on October 21, 2013.

**IT IS SO ORDERED.**

cc: all parties

| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |
|---|---|---|