STUART F. DELERY
Acting Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation
          P.O. Box 868, Ben Franklin Station
          Washington, DC 20044
          Phone: (202) 532-4135
          theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorney

Attorneys for Respondents

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>                 Petitioners,<br><br>         vs.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*,<br><br>                 Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**NOTICE OF END OF LAPSE OF APPROPRIATIONS**<br><br>Hon. Terry J. Hatter, Jr. |

Notice is hereby given that on October 17, 2013, Congress approved appropriations for the continued operation of the Departments of Justice and Homeland Security. Accordingly, the temporary stay in this case, entered by the Court on October 7, 2013, should be lifted.

In accordance with this Court's October 7, 2013 Order, Respondents shall file the status report required by the August 6, 2013 final judgment and permanent injunction on or before October 28, 2013.

1

2    Date:  October 21, 2013                STUART F. DELERY
                                            Acting Assistant Attorney General
3                                           Civil Division
                                            DAVID J. KLINE
4                                           Director, Office of Immigration Litigation
                                            District Court Section
5                                           */s/ Theodore W. Atkinson*
                                            THEODORE W. ATKINSON
6                                           United States Department of Justice
                                            Office of Immigration Litigation,
7                                           P.O. Box 868, Ben Franklin Station
                                            Washington, DC 20044
8                                           Phone: (202) 532-4135
                                            theodore.atkinson@usdoj.gov
9                                           SARAH S. WILSON
                                            Trial Attorney

10                                          Attorneys for Respondents

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## CERTIFICATE OF SERVICE

2

3          I certify that on October 21, 2013, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

4

5    Ahilan T. Arulanantham          Judy Rabinovitz
     ACLU Foundation of Southern     ACLU Immigrants' Rights Project
     California                      125 Broad Street 18th Floor
6    1616 Beverly Boulevard          New York, NY 10004
     Los Angeles, CA 90026           212-549-2618
7    213-977-5211                    Fax: 212-549-2654
     Fax: 213-977-5297               Email: jrabinovitz@aclu.org
8    Email: aarulanantham@aclu-sc.org
                                     Cody Jacobs
9    Jayashri Srikantiah             Sidley Austin LLP
     Stanford Law School             555 West Fifth Street Suite 4000
10   Immigrants' Rights Clinic,      Los Angeles, CA 90013-1010
     Crown Quadrangle                213-896-6000
11   559 Nathan Abbott Way           Fax: 213-896-6600
     Stanford, CA 94305-8610         Email: cjacobs@sidley.com
12   650-724-2442
     Fax: 650-723-4426
13   Email: jsrikantiah@law.stanford.edu

14   Sean Commons
     Sidley Austin
15   555 West Fifth Street Suite 4000
     Los Angeles, CA 90013-1010
16   213-816-6000
     Fax: 213-896-6600
17   Email: scommons@sidley.com

18

19

20                                   */s/  Theodore W. Atkinson*
                                     Theodore W. Atkinson
21                                   United States Department of Justice

22

23

24

25

26

27

28