UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 07-3239-TJH(RNBx)** | Date OCTOBER 24, 2013 |

Title   ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

The Court is in receipt of Respondents Notice of end of lapse of appropriations, filed on October 21, 2013 [371]. The Court having read and considered said notice, hereby orders that the stay is now lifted. The case may proceed.

Counsel are reminded to file the status report on or before October 28, 2013.

IT IS SO ORDERED.

cc: all parties

CV-90   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk ys