**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **ORDER GRANTING RESPONDENTS' EX PARTE APPLICATION FOR A SEVEN DAY EXTENSION OF TIME TO FILE (1) RESPONDENTS' OPPOSITION TO PETITIONERS' MOTION FOR COMPLIANCE, AND (2) RESPONDENTS' FIRST STATUS REPORT ON IMPLEMENTION OF THE AUGUST 6, 2013 FINAL ORDER AND PERMANENT INJUNCTION [373]** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | |
| Respondents. | |
| | Hon. Terry J. Hatter, Jr. |
| | Hearing: none requested |

1

1

2   For good cause shown, Respondents' Ex Parte Application for a Seven Day

3   Extension of time to file (1) Respondents' Opposition to Petitioners' Motion for

4   Compliance, and (2) Respondents' First Status Report on Implementation of the

5   August 6, 2013 Final Order and Permanent Injunction is GRANTED.

6   Respondents' Opposition to Petitioners' Motion for Compliance and

7   Respondents' First Status Report on Implementation of the August 6, 2013 Final

8   Order and Permanent Injunction must be filed on or before **November 4, 2013**.

10  Dated: Nov. 1, 2013

    _____
    Hon. Terry Hatter , Jr.
    UNITED STATES DISTRICT JUDGE