1 | AHILAN T. ARULANANTHAM (SBN 237841)
  | aarulanantham@aclu-sc.org
2 | MICHAEL KAUFMAN (SBN 254575)
  | mkaufman@aclu-sc.org
3 | ACLU FOUNDATION OF SOUTHERN CALIFORNIA
  | 1313 West 8th Street
4 | Los Angeles, CA  90017
  | Telephone: (213) 977-5211
5 | Facsimile: (213) 977-5297

6 | *Attorneys for Petitioners*
  | (Additional Counsel listed on following page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals,

Petitioners,

v.

ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,

Respondents.

Case No. CV-07-3239-TJH (RNBx)

*EX PARTE* **APPLICATION TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF PETITIONERS' MOTION FOR COMPLIANCE**

Honorable Terry J. Hatter, Jr.

JUDY RABINOVITZ
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0779
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

Petitioners file this unopposed *ex parte* Application to respectfully request permission to file the attached supplemental brief in support of their Motion for Compliance (Dkt. 367) ("Motion").  Following the completion of briefing on the Motion, new information has come to light that bears directly on the issues addressed in the Motion, and demonstrates the need for the relief Petitioners seek.  Petitioners are proceeding *ex parte* because the hearing on the Motion likely will occur in less than 28 days, and because the Local Rules do not expressly provide leave for supplemental briefs.

As explained in the attached supplemental brief, after Petitioners filed their reply brief in support of the Motion, Respondents disclosed that they have denied bond hearings to yet another previously undisclosed group of class members without notice to the Court or Petitioners.  Respondents admit that these individuals should have been treated as class members under the permanent injunction, but deny that they violated the permanent injunction, and insist that they had no obligation to disclose this practice.  Respondents only disclosed the existence of this exclusion after repeated and pointed inquiries by Petitioners.

Given the gravity of the issues presented by the Motion, Petitioners respectfully request that the Court hold an in-person hearing at which Respondents should be required to explain their conduct on the record.  Respondents do not oppose the request for a hearing, and agree that it will aid the Court's consideration of the Motion.

Counsel for Petitioners conferred with Respondents' counsel, Theodore Atkinson and Sarah Wilson on November 19, 2013 regarding this application and the attached supplemental brief.  Respondents stated that they intend to file a supplemental brief of no more than 5 pages by November 27, 2013, and Petitioners do not object to such a submission.

Respectfully submitted,

Dated:  November 20, 2013      s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners