# Exhibit A

## Michael Kaufman

| | |
|---|---|
| From: | Michael Kaufman |
| Sent: | Tuesday, November 12, 2013 7:27 PM |
| To: | Atkinson, Theodore (CIV); 'Wilson, Sarah S. (CIV)' |
| Cc: | Ahilan Arulanantham |
| Subject: | Rodriguez: status report |

Ted,

On page 7 of the recently-filed status report, Respondents state that they deny bond hearings to "aliens who were already granted bond but have not yet posted that bond with ERO." It is not clear to me who this exception applies to. Could please provide some more detail regarding the scope of this exception, and the legal basis for denying bond hearings to these individuals?

Regards, Michael

Michael Kaufman
Staff Attorney
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017
(o) (213) 977-5232 | (f) (213) 417-2232

website || facebook || twitter || blog

**The ACLU: Because Freedom Can't Protect Itself**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

# Exhibit B

# Michael Kaufman

| | |
|---|---|
| **From:** | Michael Kaufman |
| **Sent:** | Thursday, November 14, 2013 2:44 PM |
| **To:** | 'Atkinson, Theodore (CIV)' |
| **Cc:** | Ahilan Arulanantham; Wilson, Sarah S. (CIV) |
| **Subject:** | RE: Rodriguez -- Two Matters |

Ted,

We did not make any under seal filings on Monday. I think you may be referring to Dkt 379, which I believe relates to your under seal filing of the spreadsheet.

I'm available tomorrow from 10 AM -- noon PST for a call. Does that work for you? We can also address the issue I raised in an email Monday regarding the exclusion of people who have had bond amounts set.

Regards, Michael

-----Original Message-----
From: Atkinson, Theodore (CIV) [mailto:Theodore.Atkinson@usdoj.gov]
Sent: Thursday, November 14, 2013 1:18 PM
To: Michael Kaufman
Cc: Ahilan Arulanantham; Wilson, Sarah S. (CIV)
Subject: Rodriguez -- Two Matters

Michael,

Two items.

First, can you e-mail us a copy of what you filed under seal with your reply? We sent you ours as a courtesy and we hope you can do the same.

Second, we want to open discussions on the possibility of a joint stipulation asking the district court to amend the final order to allow bond hearings to be held after the alien becomes a class member but before the 195th day. We understand that is the period under Franco in which bond hearings must be held.

There are two advantages to this. One is that we eliminate the narrow window between when someone is in the class and must be granted a hearing (180 days) and the date by which that hearing must be held (day 181). This is something we addressed in our status report. Another advantage is it puts the immigration court on the same track for both Rodriguez and Franco class members, making it easier to schedule Franco/Rodriguez hearings under the same system.

I propose we speak about this either tomorrow or Monday. Please let me know what works for you.

Ted

1

# Exhibit C

# Michael Kaufman

| | |
|---|---|
| **From:** | Michael Kaufman |
| **Sent:** | Monday, November 18, 2013 5:08 PM |
| **To:** | 'Atkinson, Theodore (CIV)'; Wilson, Sarah S. (CIV) |
| **Cc:** | Ahilan Arulanantham |
| **Subject:** | Rodriguez: supplemental brief |

Ted,

In light of our conversation on Friday, Petitioners will be filing an ex parte motion to file a short supplemental brief in support of our motion for compliance. In the supplemental brief, we intend to inform the Court that Respondents have confirmed that they have denied bond hearings to individuals who previously had a bond set by ICE or by an immigration judge, but were unable to post the bond – as we speculated in footnote 4 of our reply brief. This confirms that Respondents have implemented another exclusion to the class without notice to Petitioners or the Court.

Please let me know Respondents' position on the ex parte motion by 5 PM EST on Tuesday. We intend to file the motion by Wednesday. We will follow up in the near future to meet and confer to address this exclusion, which constitutes a distinct, and in our view a flagrant, violation of the court's order.

Michael

Michael Kaufman
Staff Attorney
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017
(o) (213) 977-5232 | (f) (213) 417-2232

website || facebook || twitter || blog

**The ACLU: Because Freedom Can't Protect Itself**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.