AHILAN T. ARULANANTHAM (SBN 237841)
Email:  aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
Email:  mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Tel: (213) 977-5211
Fax: (213) 977-5297

Attorneys for Petitioner
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>Petitioners,<br><br>vs.<br><br>ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**NOTICE OF APPEARANCE OF COUNSEL WEN W. SHEN** |

**NOTICE OF APPEARANCE OF COUNSEL WEN W. SHEN**

1    Wen W. Shen of Sidley Austin LLP hereby enters her appearance on behalf of

2   Petitioners Alejandro Rodriguez, *et al*.

3

4   Dated:  November 21, 2013         **SIDLEY AUSTIN LLP**

5                                     By:  /s/ Wen Shen
                                      WEN SHEN (SBN 288334)
6                                     SEAN COMMONS (SBN 217603)
                                      SIDLEY AUSTIN LLP
7                                     555 West Fifth Street, Suite 4000
                                      Los Angeles, California 90013-1010
8                                     Telephone:  (213) 896-6000
                                      Facsimile:  (213) 896-6600
9

10  Additional counsel:

11  JUDY RABINOVITZ
    AMERICAN CIVIL LIBERTIES FOUNDATION
12  IMMIGRANTS' RIGHTS PROJECT
    125 Broad Street, 18th Floor
13  New York, NY  10004
    Telephone:  (212) 549-2618
14  Facsimile:  (212) 549-2654

15  MICHAEL TAN (SBN 284869)
    mtan@aclu.org
16  AMERICAN CIVIL LIBERTIES FOUNDATION
    IMMIGRANTS' RIGHTS PROJECT
17  39 Drumm Street
    San Francisco, CA 94111
18  Telephone:  (415) 343-0779
    Facsimile:  (415) 395-0950

19  JAYASHRI SRIKANTIAH (SBN 189566)
    jsrikantiah@law.stanford.edu
20  STANFORD LAW SCHOOL
    IMMIGRANTS' RIGHTS CLINIC
21  Crown Quadrangle
    559 Nathan Abbott Way
22  Stanford, CA  94305-8610
    Telephone: (650) 724-2442
23  Facsimile: (650) 723-4426

24  SEAN COMMONS (SBN 217603)
    scommons@sidley.com
25  SIDLEY AUSTIN LLP
    555 West Fifth Street, Suite 4000
26  Los Angeles, CA  90013-1010
    Telephone: (213) 896-6000
27  Facsimile: (213) 896-6600

28  *Attorneys for Petitioners*

**NOTICE OF APPEARANCE OF COUNSEL WEN W. SHEN**