STUART F. DELERY
Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorney

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **UNOPPOSED EX PARTE APPLICATION TO FILE A RESPONSIVE SUPPLEMENTAL BRIEF IN OPPOSITION TO PETITIONERS' MOTION FOR COMPLIANCE AND DECLARATION OF THEODORE W. ATKINSON** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | |
| Respondents. | |

Hon. Terry J. Hatter, Jr.

Respondents hereby request that this Court enter an Order granting Respondents leave to file the accompanying responsive supplemental brief regarding Petitioners Motion for Compliance, ECF No. 367.

Petitioners filed an ex parte application to file a supplemental brief in support of their motion. ECF. No. 381. In the ex parte application, Petitioners noted the fact that the parties agreed that if the application were granted, then Petitioners would not oppose Respondents filing a responsive supplemental brief on or before November 27, 2013. *Id.* ("Respondents stated that they intend to file a

supplemental brief of no more than 5 pages by November 27, 2013, and Petitioners do not object to such a submission.").  This Court granted Petitioners' ex parte application on November 25, 2013.  ECF No. 385.  Respondents now seek leave to file the attached responsive supplemental brief.

## DECLARATION OF THEODORE W. ATKINSON

1.    I am an attorney for the United States Department of Justice and lead counsel in this action.  I make the following declaration in support of Respondents' ex parte application to file a responsive supplemental brief, as described above.

2.    On November 19, 2013, counsel for the parties held a meet and confer on the matter of supplemental briefing.  During that conversation, counsel for Petitioners, Mr. Michael Kaufman, agreed not to oppose Respondents' filing a responsive supplemental brief provided it was filed on or before November 27, 2013, and was limited to five pages in length.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 27, 2013                    */s Theodore W. Atkinson*

                                         THEODORE W. ATKINSON


Date:  November 27, 2013           Respectfully submitted,

                                   STUART F. DELERY
                                   Assistant Attorney General
                                   Civil Division
                                   DAVID J. KLINE
                                   Director, Office of Immigration Litigation
                                   District Court Section
                                   */s/ Theodore W. Atkinson*
                                   THEODORE W. ATKINSON
                                   United States Department of Justice
                                   Office of Immigration Litigation,
                                   P.O. Box 868, Ben Franklin Station
                                   Washington, DC 20044
                                   Phone: (202) 532-4135
                                   theodore.atkinson@usdoj.gov
                                   SARAH S. WILSON
                                   Trial Attorney

                                   Attorneys for Respondents

## CERTIFICATE OF SERVICE

I certify that on November 27, 2013, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
United States Department of Justice

3