**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **[PROPOSED] ORDER GRANTING RESPONDENTS' EX PARTE APPLICATION FOR LEAVE TO FILE RESPONSIVE SUPPLEMENTAL BRIEF** <br><br> Hon. Terry J. Hatter, Jr. <br> Hearing: none requested |

    For good cause shown, Respondents' Ex Parte Application for Leave to File a Responsive Supplemental Brief is GRANTED.

    Respondents' Responsive Supplemental Brief in Opposition to Petitioners' Motion for Compliance that was submitted with Respondents' Ex Parte Application is hereby deemed filed.

Dated: _____
                                                               Hon. Terry Hatter , Jr.
                                                               UNITED STATES DISTRICT JUDGE