1  AHILAN T. ARULANANTHAM (SBN 237841)
   aarulanantham@aclu-sc.org
2  MICHAEL KAUFMAN (SBN 254575)
   mkaufman@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, CA  90017
   Telephone: (213) 977-5211
5  Facsimile: (213) 977-5297

6  *Attorneys for Petitioners*
   (Additional Counsel listed on following page)
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 ALEJANDRO RODRIGUEZ,                  ) Case No. CV-07-3239-TJH (RNBx)
   ABDIRIZAK ADEN FARAH,                 )
11 YUSSUF ABDIKADIR, ABEL PEREZ          ) **ORDER GRANTING JOINT**
   RUELAS, JOSE FARIAS CORNEJO,          ) **STIPULATION FOR DECEMBER 9,**
12 ANGEL ARMANDO AYALA, for              ) **2013 HEARING ON PETITIONERS'**
   themselves and on behalf of a class of ) **MOTION FOR COMPLIANCE[386]**
13 similarly-situated individuals,        )
                                          )
14              Petitioners,              ) Honorable Terry J. Hatter, Jr.
                                          )
15              v.                        )
                                          )
16 ERIC HOLDER, United States Attorney   )
   General; JANET NAPOLITANO,            )
17 Secretary, Homeland Security;         )
   THOMAS G. SNOW, Acting Director,      )
18 Executive Office for Immigration      )
   Review; TIMOTHY ROBBINS, Field       )
19 Office Director, Los Angeles District )
   Immigration and Customs Enforcement; )
20 WESLEY LEE, Officer-in-Charge, Mira   )
   Loma Detention Center; et al.;        )
21 RODNEY PENNER, Captain, Mira          )
   Loma Detention Center; SANDRA         )
22 HUTCHENS, Sheriff of Orange County;   )
   OFFICER NGUYEN, Officer-in-           )
23 Charge, Theo Lacy Facility; CAPTAIN   )
   DAVIS NIGHSWONGER, Commander,         )
24 Theo Lacy Facility; CAPTAIN MIKE      )
   KREUGER, Operations Manager, James    )
25 A. Musick Facility; ARTHUR            )
   EDWARDS, Officer-in-Charge, Santa     )
26 Ana City Jail; RUSSELL DAVIS, Jail    )
   Administrator, Santa Ana City Jail,   )
27                                        )
                Respondents.              )
28

JUDY RABINOVITZ
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY  10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone:  (415) 343-0779
Facsimile:  (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA  94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

1   Good cause having been shown in the parties Joint Stipulation, the stipulation is

2   hereby GRANTED.

3   The hearing on Petitioners' Motion for Compliance will be held on December

4   9, 2013 at 10:00 a.m.

5

6   It is so ORDERED.

7

8

9   Dated:  Dec. 4, 2013

    _____
10  HONORABLE TERRY J. HATTER, JR.
    United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28