UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-3239-TJH(RNBx) | Date | DECEMBER 9, 2013 |
|---|---|---|---|
| Title | ALEJANDRO RODRIGUEZ, ET AL v. JAMES HAYES, ET AL | | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Wil Wilcox |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ahilan Aruluanantham<br>Michael Kaufman<br>Wen w. Shen | Theodore Atkinson, US DOJ |

**Proceedings:**   PETITIONER'S MOTION FOR COMPLIANCE [367]

The case is called and counsel state their appearance. The Court and counsel confer.

Following discussions with the parties, the Court will allow the parties to further meet and confer re the various issues in this motion. The motion is submitted pending the parties proposed order to the Court for consideration.

IT IS SO ORDERED.

cc: all parties

1:07