U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



Undeliverable Mail

FILED
CLERK, U.S. DISTRICT COURT
DEC 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LA07CV03239TJH-R-372



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 31 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



2:07-cv-03239   Doc: 372

Frederick Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA   92301
US

Number of Pages:   1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 07-3239-TJH(RNBx) | Date OCTOBER 24, 2013 |
| Title ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court is in receipt of Respondents Notice of end of lapse of appropriations, filed on October 21, 2013 [371]. The Court having read and considered said notice, hereby orders that the stay is now lifted. The case may proceed.

Counsel are reminded to file the status report on or before October 28, 2013.

IT IS SO ORDERED.

cc: all parties