STUART F. DELERY
Assistant Attorney General
Civil Division
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorney

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **EX PARTE APPLICATION TO FILE A SUPPLEMENTAL BRIEF CONCERNING THE PARTIES' PROPOSED ORDER** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | |
| Respondents. | Hon. Terry J. Hatter, Jr. |

Respondents hereby request that this Court enter an Order granting Respondents leave to file the accompanying responsive supplemental brief regarding the parties' proposed order filed after this Court's December 9, 2013 hearing on Petitioners' Motion for Compliance, ECF No. 367.

There is good cause for Respondents' supplemental statement, which identifies the pertinent areas of dispute to be resolved by this Court in entering the proposed order submitted by the parties. Respondents had proposed that the parties submit a joint stipulation to accompany the proposed order, but Petitioners rejected that proposal. Respondents now seek leave to file the attached responsive supplemental

brief.

## DECLARATION OF THEODORE W. ATKINSON

1.  I am an attorney for the United States Department of Justice and lead counsel in this action. I make the following declaration in support of Respondents' ex parte application to file a responsive supplemental brief, as described above.

2.  On December 20, 2013, counsel for the parties held a meet and confer on the matter of a proposed order and a draft joint stipulation Respondents had prepared. During that conversation, counsel for Petitioners, Mr. Ahilan Arulanantham, rejected Respondents' proposal that the parties file a joint stipulation, and stated that Petitioners would oppose Respondents' filing a responsive supplemental brief provided.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 23, 2013                                         */s Theodore W. Atkinson*

                                                                           THEODORE W. ATKINSON

Date: December 23, 2013                    Respectfully submitted,

                                                    STUART F. DELERY
                                                    Assistant Attorney General
                                                    Civil Division
                                                    DAVID J. KLINE
                                                    Director, Office of Immigration Litigation
                                                    District Court Section
                                                    */s/ Theodore W. Atkinson*
                                                    THEODORE W. ATKINSON
                                                    United States Department of Justice
                                                    Office of Immigration Litigation,
                                                    P.O. Box 868, Ben Franklin Station
                                                    Washington, DC 20044
                                                    Phone: (202) 532-4135
                                                    theodore.atkinson@usdoj.gov
                                                    SARAH S. WILSON
                                                    Trial Attorney

                                                    Attorneys for Respondents

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2013, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
United States Department of Justice