# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

ALEJANDRO RODRIGUEZ, *et al.*,

　　　　Petitioners,

　　vs.

TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*,

　　　　Respondents.

Case No. CV 07-3239-TJH (RNBx)

**[PROPOSED] ORDER GRANTING RESPONDENTS' EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

Hon. Terry J. Hatter, Jr.
Hearing: none requested

　　For good cause shown, Respondents' Ex Parte Application for Leave to File a Supplemental Brief is GRANTED.

　　Respondents' Supplemental Brief that was submitted with Respondents' Ex Parte Application is hereby deemed filed.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Terry Hatter , Jr.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE