Exhibit A

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                    WESTERN DIVISION

4         THE HON. TERRY J. HATTER, JR., JUDGE PRESIDING

5

6   Alejandro Rodriguez,              )
                                      )
7                    Plaintiff,       )
                                      )
8            vs.                      ) No. CV 07-3239 TJH (RNBx)
                                      )
9   James Hayes, et al.,              )
                                      )
10                   Defendants.      )
    _____ )
11

12

13           REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                 Los Angeles, California

15           Monday, December 9, 2013; 10:52 A.M.

16           PETITIONER'S MOTION FOR COMPLIANCE

17

18

19              Wil S. Wilcox, CSR 9178
            Official U.S. District Court Reporter
20           312 North Spring Street, # 432-A
             Los Angeles, California 90012
21                Phone: (213) 290-2849

22

23

24

25

2

```
 1    APPEARANCES OF COUNSEL:

 2
      FOR THE PETITIONERS:
 3
                          BY:  MICHAEL BRYAN KAUFMAN
 4                        AND: AHILAN T ARULANANTHAM
                          American Civil Liberties Union of
 5                        Southern California
                          1313 West Eighth Street
 6                        Los Angeles, CA 90017
                          213-977-5232
 7                        Fax: 213-977-5297
                          Email: mkaufman@aclu-sc.org
 8
                                - And -
 9
                          WEN W. SHEN
10                        Sidley Austin LLP
                          555 West Fifth Street 48th Floor
11                        Los Angeles, CA 90013
                          213-896-6109
12                        Fax: 213-896-6600
                          Email: wen.shen@sidley.com
13

14    fOR THE RESPONDENT:

15                        BY:  THEODORE WILLIAM ATKINSON
                          United States Department of Justice
16                        Office of Immigration Litigation -
                          District Court Section
17                        P O Box 868
                          Ben Franklin Station
18                        Washington, DC 20044
                          202-532-4135
19                        Fax: 202-305-7000
                          Email: theodore.atkinson@usdoj.gov
20

21

22

23

24

25
```

```
 1       LOS ANGELES, CA.; MONDAY, DECEMBER 9, 2013; 10:52 A.M.
 2                              -oOo-
 3           THE CLERK:  Item No. 3.  Civil case 07-3239.
 4   Alejandro Rodriguez versus James Hayes, et al.
 5           MR. KAUFMAN:  Good morning, Your Honor.
 6   Michael Kaufman on behalf of petitioners.
 7           THE COURT:  Thank you, Mr. Kaufman.
 8           MS. SHEN:  Wen Shen on behalf of petitioners.
 9           THE COURT:  Thank you, Ms. Shen.
10           MR. KAUFMAN:  Your Honor, I just want to quickly
11   sincerely --
12           MR. ATKINSON:  Theodore Atkinson on behalf of the
13   respondents, Your Honor.
14           THE COURT:  Thank you.
15           Mr. Kaufman?
16           MR. KAUFMAN:  Your Honor, I'm sorry.  I just
17   wanted to quickly apologize sincerely for interrupting the
18   court in the prior matter.  I understand the court's rules
19   very clearly and will surely not --
20           THE COURT:  That's fine.
21           MR. KAUFMAN:  -- we will follow them again in the
22   future.
23           THE COURT:  Thank you.
24           MR. KAUFMAN:  Your Honor, petitioners have been
25   forced to return to this court again to seek respondents'
```

4

```
 1   compliance with this court's orders.  Over the past few
 2   months, petitioners have discovered that respondents have
 3   violated the permanent injunction in this case in three
 4   respects.
 5            One, they have again unilaterally excluded two
 6   groups of class members from the class.  Two, they have done
 7   so without providing notice to the petitioners or this court
 8   as this court specifically ordered them to do.  And three,
 9   they have refused to comply with this court's order
10   requiring them to revise their notice for bond hearings to
11   meet the minimum due process standards.
12            Your Honor, we respectfully request that the court
13   order respondents to abide by the plain terms of this
14   court's orders and to cease violating class members' rights.
15   Additionally, we've asked the court to order respondents to
16   disclose a limited set of information that will better
17   enable petitioners to monitor their compliance in the
18   future.
19            The notification provision that His Honor
20   previously ordered has proved to be ineffectual.  And class
21   counsel has expended numerous time and resources in
22   attempting to monitor respondents' compliance, but our
23   efforts thereto have proved impractical.
24            The information that we seek is the only readily
25   accessible means we have to monitor respondents' compliance
```

1    and ensure that no more violations occur in the future.

2         Now, with the court's permission, Your Honor, I'd

3    like to begin by discussing the class membership issues and

4    the monitoring information we seek and then turn to the

5    notice issue.

6         THE COURT:  All right.

7         MR. KAUFMAN:  Thank you, Your Honor.

8         So as Your Honor I'm sure is familiar, this is not

9    the first instance in which respondents have defied this

10   court's orders by excluding class members from the benefits

11   of class membership.

12        After the preliminary injunction was entered in

13   this case in October of last year, petitioners discovered

14   that respondents had excluded three groups of class members

15   without notice to the court or to petitioners.

16        We raised this issue with respondents, and after

17   months of meeting and conferring they finally confirmed that

18   they had in fact excluded these individuals, but they claim

19   that the exclusions were justified based on insupportably

20   narrow rulings of this court's class certification order and

21   the immigration laws.

22        In the court's order granting summary judgment to

23   petitioners, this court rejected respondents' exclusions and

24   made two findings that I think are very pertinent to the

25   dispute here.  The court first reminded respondents that

1    there are no, quote, implied exceptions to the class

2    definition; and two, this court ordered respondents to

3    notify petitioners that they are going to exclude anybody in

4    the future.

5            Now, importantly, Your Honor, that notification

6    provision is written broader than the class definition

7    because it is meant to cover people about whom there may be

8    a dispute.

9            Now, respondents -- now in the last few months,

10   Your Honor, we have discovered that respondents have again

11   excluded two groups of class members without providing

12   notice to petitioners that this court specifically ordered.

13           The first group at issue are the folks that we

14   discussed in our supplemental briefing.  These are

15   individuals who had a bond hearing at the outset of their

16   case, but under procedures that are insufficient than what

17   this court has ordered for prolonged detention bond

18   hearings, six months.

19           Now, there's no need to belabor this group, Your

20   Honor, because respondents have conceded that they violated

21   this court's order by excluding these individuals and they

22   have promised to remedy those violations by providing bond

23   hearings to those that were erroneously denied.

24           However, Your Honor, respondents maintain that

25   they were -- still maintain that they were under no

```
 1   obligation to notify us of this exclusion because they claim
 2   they had a good faith belief that these individuals were not
 3   class members.
 4           Now, I would submit, Your Honor, that this reading
 5   of the notification provision renders it a nullity.  Of
 6   course, in every case that respondents exclude a group of
 7   people I would assume they are going to have some good faith
 8   basis for doing so.
 9           That was presumably the case with the three groups
10   of individuals that they had previously excluded and this
11   court rejected.  And it seems unlikely that this court would
12   have ordered the notification provision and the terms of it
13   in a manner that would have applied to the very people that
14   it was designed to protect.
15           Now, they even claim in this particular
16   circumstance where they can see that these individuals are
17   in fact class members.  They admit that they made a mistake.
18   They say even in that circumstance the notification
19   provision does not apply.
20           I think it's clear, Your Honor, in light of this
21   instance that they've read the notification provision in a
22   manner that essentially renders it meaningless.
23           And the second class of people that are at issue
24   here, Your Honor, are individuals whose BIA appeals have
25   been denied but they remain within the 30-day window for
```

1    seeking an appeal with the Ninth Circuit Court of Appeals

2    via petition for review.

3              Now, respondents claim that these individuals fall

4    within an exception to the class definition for people that,

5    quote, have legal authority to remove.

6              Now, there are three fatal flaws with this

7    argument.  The first, Your Honor, is that this was an

8    exception that was drafted by petitioners.  And as we've

9    explained in briefing that was completed prior to the

10   current dispute, it was meant to cover people that are

11   subject to the Supreme Court's decision *Zadvydas*.

12             I believe that the court is familiar with that

13   decision but that applies to people whose cases are

14   complete.  They are no longer litigating their cases and

15   they cannot be removed due to some logistical issue, usually

16   because there is a lack of a repatriation agreement between

17   the United States and the country they are from.

18             Now, respondents concede that the people at issue

19   here are not subject to *Zadvydas*.  And at no point prior to

20   this current dispute had either party or the court ever

21   suggested that this narrow exception was meant to apply to

22   the people that are at issue here today.

23             Now, second, Your Honor, respondents claim that

24   they have legal authority under the immigration laws as they

25   construe them to remove people immediately when the BIA

 1    denies their appeal.

 2            But this position was rejected by the

 3    Ninth Circuit in *Prieto Romero*.  Now, respondents claim that

 4    *Prieto Romero* was mere dicta and can be dismissed on that

 5    basis, but they have no answer to the Ninth Circuit's

 6    well-reasoned analysis in that case.

 7            The Ninth Circuit carefully considered the

 8    immigration laws and they said Congress could not have

 9    intended the removal period to operate, quote, in fits and

10    starts, where the rule period would begin when the BIA

11    denies the appeal, then stop again when the Ninth Circuit

12    issues a stay of removal, and then begin again when the

13    Ninth Circuit ultimately decides the petition for review.

14    Then if it's denied, then they can be removed.

15            That's precisely the version of the immigration

16    laws that the respondents have advocated here.  They say on

17    day one you have class members who fall within the class

18    because they have a pending BIA case.

19            On day two, the BIA denies their appeal and on

20    their view they immediately fall out of the class.

21            On day three if they file a petition for review

22    and a request for a stay, they stay, then they fall back in

23    the class definition because they are -- they fall under the

24    Ninth Circuit's ruling under *Casas-Castrillon*, which is part

25    of the class definition.

```
 1              Now, the Ninth Circuit already rejected this
 2    argument and they have no way to distinguish the
 3    Ninth Circuit's clear reasoning in that regard.
 4              The third problem, Your Honor, is that even in
 5    addition to the fact that they have no legal support for
 6    their reading of the immigration laws in light of
 7    Prieto Romero, there are real practical problems with their
 8    position that they advance here.
 9              On respondents' view, there is essentially a race
10    to the courthouse where detainees must rush to file their
11    detention review and state a request, lest DHS come in and
12    swoop and pick them up and put them on a plane back home
13    before they have an opportunity to file that appeal.
14              This is a particularly harsh position to take when
15    you consider the fact that the detainees often don't receive
16    notice of the BIA's denial for sometimes days or even up to
17    a week after the BIA announces its decision.
18              So respondents claim that they can come in, pick
19    up someone, throw them on a plane and send them back home
20    before they even know that their BIA appeal has been denied
21    and know that they need to take those steps to file a
22    petition for review and for a stay request.
23              Those particularly harsh consequences are another
24    reason why the Ninth Circuit found in Prieto Romero the
25    immigration laws cannot be read in the manner that
```

1   respondents put forward here.

2           Now, as with the other carve out that they concede

3   was unlawful, Your Honor, respondents have no basis, no

4   justification whatsoever for failing to notify us about this

5   exclusion as this court's order plainly required them to do.

6   And as a result, countless class members have had their

7   rights violated under the terms of the permanent injunction.

8           Now, Your Honor, we, as I mentioned earlier, have

9   sought the disclosure of certain monitoring information to

10  enable us to monitor respondents' compliance with the

11  permanent injunction going forward in light of their conduct

12  here.

13          Now, I want to make two basic points about the

14  monitoring information that we seek.  The first, Your Honor,

15  is that the existing information that respondents are

16  required to disclose under this court's orders are

17  insufficient for us to adequately monitor the compliance as

18  of today.

19          First, as respondents must concede, none of the

20  violations as we've uncovered over the past few months could

21  have been discovered with the information that they are

22  currently required to disclose.  We were only able to

23  uncover that through our own informal monitoring at great

24  expense to class counsel in terms of time and resources.

25          Second, Your Honor, putting aside issues of class

membership which are at issue here, petitioners have no

readily accessible means of monitoring respondents' conduct

of the bond hearings themselves, that is whether they are

applying the appropriate standards of proof and the other

procedural requirements that this court set out in the

permanent injunction.

        Now, respondents claim that we can monitor the

bond hearings by going to the court hearings themselves

using the notices that they provide to us at the same time

that they provide to our clients.

        But as we explain at length in our brief on pages

16 and 17 of our motion, this is wholly impractical.  Your

Honor, I've gone out to the immigration courts to monitor

hearings.  The way the calendar -- court calender system

works there is there can often be 20 or more matters on an

individual calendar and there is no way to tell in advance

in what order the matters will be called.

        So I've had to sit through up to four hours of

unrelated matters just to hear one 15-minute Rodriguez bond

hearing, and that doesn't even take into account that

respondents often calendar Rodriguez bond hearings before

different judges in different courtrooms at the same time.

So we'd essentially need to send out an army of people to

cover the bond hearings and figure out what's going on.

        Now, respondents have also claimed that the status

 1   reports that they are required to file with this court every

 2   90 days provide us with sufficient information about their

 3   compliance.  But that only discloses the very limited

 4   information about the outcome of our class members cases and

 5   it's not even the final outcome in many of our class members

 6   cases because they refuse to disclose any information about

 7   appeals that our clients may have filed.

 8          Now, in fact, Your Honor, the status report that

 9   they recently filed a couple of weeks ago raises more

10   questions about their compliance than it answers.  To

11   provide the court with just one very clear example, the

12   report documents that in 20 percent of the cases that

13   respondents initially identify someone as a Rodriguez class

14   member and schedules them for a bond hearing under this

15   court's orders, that in 20 percent of those cases

16   immigration judges at the hearing are determining that they

17   do not, in fact, qualify as class members and denying them a

18   hearing on that basis, 20 percent of the cases.

19          And there are wide differentiations between the

20   immigration judge with respect to the percentage of cases

21   that they are filing class membership issues.

22          Now, Your Honor, there may be some good

23   justification for that 20 percent, but there may not be.  We

24   simply don't know based on the information we have before

25   us.  The only way we can figure this out, Your Honor, is by

1    listening to the audio recordings of those bond hearings to

2    figure out if there is some error in the way in which they

3    are conducting the bond hearings.

4            Now, Your Honor, that brings me to the second

5    basic point --

6            THE COURT:  Well, don't leave that point.

7            Why is it that you can't obtain copies of the

8    hearings?

9            MR. KAUFMAN:  Of the audio recordings?

10           THE COURT:  Yes.

11           MR. KAUFMAN:  That's precisely what we are

12   seeking, Your Honor, in this motion.  We've asked the court

13   to order them to produce copies, electronic copies, of those

14   audio recordings which they regularly do, Your Honor, for

15   immigration detainees and their counsel.

16           If I represented someone in immigration court, I

17   could easily write a letter to the immigration court or

18   submit a FOIA request asking for a copy of my client's --

19   all the audio hearings in their case.  And they routinely do

20   this on a regular basis for immigration detainees and their

21   counsel.

22           We are simply seeking the same access that they

23   provide for detainees and their counsel on a regular basis

24   and there is no reason not to order that here.

25           They've claimed that producing the audio

1    recordings would constitute an enormous burden because they

2    claim they need to review the audio recordings before they

3    produce them to redact information that fall under certain

4    federal confidentiality provisions.

5              Now, Your Honor, this argument may sound familiar

6    to the court.  In a ruling that this court made a year and a

7    half ago, it rejected that those very same confidentiality

8    provisions that they claim today, those very same

9    confidentiality provisions bar the production of the files

10   that this court ordered produced to class counsel.

11             This is the exact same provisions that they claim

12   again now bar the production of the audio recordings to

13   counsel.  And they nowhere acknowledge the court's prior

14   order in this case.  In fact, if they try to redact the

15   audio recordings in light of those confidentiality

16   provisions, it would undoubtedly be violating this court's

17   prior order that those confidentiality provisions do not bar

18   production to class counsel.

19             Now, more importantly, Your Honor, respondents

20   have no answer to the fact that, as petitioners have

21   repeatedly pointed out, we are seeking copies of audio

22   recordings of open court proceedings.  They are open to the

23   public.  Therefore, they cannot claim any confidentiality in

24   proceedings that are open to the public.  This is well

25   established under the federal case law that we cite in our

1   briefing.

2          Even if there were some confidentiality concerns

3   here, Your Honor, there is a rigorous protective order in

4   place in this case and they can certainly produce these

5   records subject to the terms of that protective order.

6          So, Your Honor, I think once you take a close look

7   at their burden arguments with respect to audio recordings

8   and the court files that we see, they fall by the wayside.

9          There's one additional category of information

10  that we've sought, Your Honor, and that relates to certain

11  categories of database information regarding the outcome of

12  appeals of class members cases and contact information for

13  our clients.

14         Now, respondents importantly have not claimed any

15  burden whatsoever in producing this information, nor could

16  they because they are already required in the status reports

17  to search their databases and pull out certain information

18  related to our class members' cases.  So they just simply

19  have to do a couple of additional queries in those databases

20  to produce the information that we seek.

21         Given that they don't raise any burden argument,

22  there is no reason whatsoever for the court not to order the

23  production of this information which we've explained in our

24  briefing will greatly enable us to better monitor

25  respondents' compliance in this case.

```
 1              Now, Your Honor, there is a fourth category of
 2    relief that we've sought in this case aside from the three
 3    categories of information we are seeking, and that's a
 4    declaration from respondents attesting to the fact that
 5    there are no other exclusions besides the five that
 6    petitioners have already uncovered on their own efforts
 7    besides those five, that they have implemented without
 8    notice with respect to the court.
 9              Now, late Thursday counsel for respondents sent a
10    letter to petitioners and notified us that they -- the
11    letter attempted to lay out certain categories of people
12    that they claim they had excluded from the class in light of
13    their view of what the class definition means.
14              Now, in our view --
15              THE COURT:  Doesn't that moot the issue, then?
16              MR. KAUFMAN:  In our view, Your Honor, it does not
17    for two reasons.  One, there is certain information that we
18    have requested in the declaration that's not included in
19    that letter.
20              Most importantly, Your Honor, it doesn't say that
21    it's an exhaustive list of all of the exclusions in the
22    case.  And that's what's really critical here.  We want
23    everything out in the open and everything decided so we
24    don't need to keep coming back to this court in a piecemeal
25    fashion.
```

```
 1          Number two, it's not a signed declaration.  And in
 2   light of respondents' conduct thus far, we think it's
 3   important that that representation needs to be made, signed
 4   and under penalty of perjury.
 5          Now, unless the court has any other questions
 6   about the class member exclusions, I'd like to quickly turn
 7   to the notice issue.
 8          THE COURT:  Go ahead.
 9          MR. KAUFMAN:  Thank you, Your Honor.
10          So, in our view, this is an issue that was
11   litigated and decided in summary judgment.  Now, in our
12   summary judgment briefing, Your Honor, we made clear that we
13   were seeking two forms of relief with respect to the
14   scheduling of cases of bond hearings that went beyond that
15   which was required by the Ninth Circuit's decision in
16   Casas-Castrillon.
17          One, we asked that the hearings be set
18   automatically rather than at the detainees' request.  And
19   two, we asked that a notice be provided that adequately
20   advised our class members about the bond hearing process and
21   their rights at the bond hearing so that they could prepare
22   for their bond hearings in advance.
23          Now, we pointed to the fact that our clients have
24   limited English proficiency, that they lack familiarity with
25   the United States legal system and that there's limited
```

1  access to legal assistance in the detention centers for

2  supporting our claim for why that kind of notice is

3  necessary in this case.

4          Now, this court unambiguously granted our request

5  both for automatic hearings and for improved notice.  Now,

6  respondents now have claimed that we sought an improved

7  notice only as an alternative in the event that the court

8  denied our request for automatic hearing.

9          Well, Your Honor, I would submit that if you

10 carefully review our briefing at summary judgment, that's

11 simply not the case.  We make clear that we are seeking both

12 forms of relief and that we thought it was essential that

13 our class members receive that improved notice even if the

14 hearings were made automatic.  And we --

15         THE COURT:  Did the order indicate that?  I don't

16 have a copy of it here.

17         MR. KAUFMAN:  Yes, Your Honor.  We think it's

18 clear that the -- the court said both that the hearings be

19 automatic and that they must provide -- this is on, I think,

20 Page 3 of the court's order.  It says:  Notice of the

21 hearing be provided to each detainee in plain language,

22 reasonably calculated to inform a person unfamiliar with

23 English and the United States legal system of the pendency

24 of the hearing.

25         Now, in our view, that is unambiguously endorsing

1   not only the need for automatic hearings but in addition for

2   improved notice to meet our due process concerns about their

3   current notice practices.

4            Now, respondents claim that they have a notice

5   that meets that standard because their notice provides a

6   notice of the date, time and location of a bond hearing.

7            Now, Your Honor --

8            THE COURT:  Well, beyond that, counsel received

9   copies.

10           MR. KAUFMAN:  That's correct, Your Honor, we do.

11  But our concern is about our pro se client who we can't

12  necessarily -- we are talking about hundreds of people that

13  are detained and are getting these bond hearings.  We don't

14  have the ability to go out to each and every one of them and

15  educate them on what the bond hearing entails, what their

16  rights are at the bond hearing.

17           We are simply asking that the notice be revised to

18  provide that basic information about what their rights are,

19  their right to present evidence, that they have the right to

20  an interpreter if they need one, that -- these others are

21  just sort of -- the right to bring counsel if they are able

22  to afford one.

23           So it's just basic information about the bond

24  hearing process and what their rights are there to ensure

25  that that information is adequately communicated to them

 1  that they can prepare for their cases.

 2          THE COURT:  Why don't you -- excuse me one second.

 3          MR. KAUFMAN:  Yes.

 4              *(Pause in the proceedings.)*

 5          THE COURT:  Why don't you make your representation

 6  as well.

 7          MR. ARULANANTHAM:  Mr. Arulanantham.  And I'm also

 8  for the plaintiffs, and I apologize for the delay, Your

 9  Honor.

10          THE COURT:  No apology necessary.  Thank you.

11          Go ahead.

12          MR. KAUFMAN:  Thank you, Your Honor.

13          So we think it's clear from the court's order and

14  from the parties' prior briefing that this court ordered

15  both automatic hearings and this improved notice and that

16  there is no reason why respondents can't comply with it.

17          We've submitted a proposed notice to the court

18  that we've also submitted to respondents previously.  We had

19  previously attempted to negotiate it but they decided they

20  did not want to negotiate but instead were going to take the

21  position that no revisions were necessary.

22          Now, respondents have not said there are any

23  problems with that notice whatsoever except that they claim

24  that it has too much information, but they don't say that

25  information is wrong or otherwise in violation of this

1    court's orders in any way.  And that, to us, doesn't seem

2    like a good basis to reject providing our clients with more

3    information that would help them prepare for their cases.

4           Now, Your Honor, I just want to make one final

5    point about the notice issues.  Respondents claim that this

6    court could not have found that their existing notices are

7    insufficient because it was not before the court at summary

8    judgment.  And I would submit, Your Honor, that this is a

9    red herring.

10          At the time of summary judgment, *Casas-Castrillon*

11   set the baseline for the procedures that are required at

12   prolonged detention bond hearings.  Therefore, our briefing

13   necessarily focused on *Casas* and not some hypothetical

14   notice that they would adopt in the future in response to a

15   permanent injunction.

16          More importantly, Your Honor, the *Casas* notice

17   contains more information than the notice that they

18   currently use for Rodriguez, and respondents cannot explain

19   how a notice that contains less information than the *Casas*

20   notice can comply with this court's order finding that the

21   *Casas* notice itself was insufficient.

22          So unless there are any further questions, Your

23   Honor, I will leave it at that.

24          THE COURT:  No, that's fine.

25          Mr. Atkinson.

23

```
 1            MR. ATKINSON:  Good morning, Your Honor.
 2            THE COURT:  Good morning.
 3            MR. ATKINSON:  Mr. Kaufman is an excellent
 4   attorney and I think of him very highly, but there are so
 5   many mischaracterizations and misstatements in his
 6   presentation that I honestly don't know where to begin.
 7            So let me start with two days after this court
 8   issued its permanent injunction, on August 8th, we had a
 9   hearing where we had a meeting with very top level people
10   and counsel from both the Executive Office of Immigration
11   Review, EOIR, and the Department of Homeland Security from
12   their general counsel's office, from the Immigration Customs
13   Enforcement, and we made it clear to our clients and our
14   clients reflected back to us their desire and their
15   understanding of the need to comply with this court's
16   permanent injunction.
17            We did not seek a stay of that injunction.  We did
18   not seek a stay before this court or before the
19   Ninth Circuit.  Our clients clearly understand that our
20   fight now over this order is in the Ninth Circuit Court of
21   Appeals.
22            And our obligation is to follow that order to the
23   best extent possible and with our complete understanding of
24   that order after internal discussions with counsel and with
25   the relevant stakeholders.
```

1          With me in the courtroom today are counsel from

2     both the Department of Homeland Security, Immigration and

3     Customs Enforcement, and counsel from Washington, DC who

4     flew in from EOIR to be here.

5          We are here because we think it is important that

6     we show this court in person the reason we wanted an oral

7     argument is to provide this court with assurances that we

8     are doing what we can in the three months that we've had to

9     comply with this order.  We take that obligation seriously.

10          And we take it very seriously when opposing

11     counsel accuses either counsel or their clients of -- terms

12     from their briefing:  Misconduct, deliberate avoidance or

13     willful defiance of this court's orders, and that is not

14     happening here.  There are three --

15          THE COURT:  All right.  Let's talk about what it

16     will take, then, to fully comply with the order.  You've

17     done a good bit in three months.  There's been problems with

18     proper funding from the Congress.  All of these things are

19     understandable.

20          But, for example, the improved notice.  Why is it

21     that you can't put together something pretty much similar to

22     a Miranda form?  I mean, it's there.  Print it out once and

23     with electronics and all -- and I'm a dinosaur when it comes

24     to it, but I sure get a lot of paper and that would indicate

25     to me that it would be a simple thing to just put it in one

1    form and there it is.

2            MR. ATKINSON:  Let me just respond to that by

3    noting a distinction between a motion for compliance, them

4    coming in, the petitioners coming in and saying there is an

5    order that this court has issued and they have not complied

6    with it, and them coming back two months after this court

7    has issued the order and asking for this court to reconsider

8    the monitoring compliance provisions because they think they

9    need to be bolstered, even if the things that they want in

10   the new order have nothing to do with their basis for saying

11   that we are not in compliance.

12           So let me address the notice issue since you

13   raised it first.

14           Mr. Kaufman read to you from this court's

15   permanent injunction but he did not read to you this court's

16   order with respect to what the notice must require.  And the

17   notice requirement is that:  For notice to be sufficient,

18   respondents must take reasonable steps to ensure receipt of

19   the notice by the class members and the class counsel.  No

20   question that that has been done here.

21           As far as the content:  Respondents shall provide

22   written notice in plain language to the detainee of his or

23   her upcoming bond hearing.  The notice is a one-page, plain

24   language notice that informs the alien here is a -- you have

25   been scheduled for a bond hearing at this location, on this

1    date, at this time.  Here is the address.  You may be

2    represented in this proceeding and you may have counsel, not

3    at government expense, and your attorney or representative

4    should appear with you at this hearing.

5            That is a notice that provides exactly what this

6    court ordered.  We are not in violation of this court's

7    order by providing that.

8            Now, what the petitioners want is a series of

9    legal advisals issued not by some government agency but by

10   an immigration court, and the immigration court is reluctant

11   understandably, I think, to provide what was a multi-page

12   document written by petitioners that contains some legally

13   inaccurate information, but also, honestly, when I read it

14   and gave it to counsel for the agencies, they were confused

15   as to what it requires.

16           That advisal is more detailed and more just

17   weighed down by language than any notice that we have

18   provided to the detainees.  And their entire complaint

19   coming into court was these individuals have difficulty with

20   English and they don't understand a lot of confusing

21   language and they want us to attach to bond notices these

22   lengthy advisals telling them, well, there's the burden on

23   this particular party at a hearing and the immigration judge

24   under the law has to consider these individual factors and

25   et cetera, and on and on.

```
 1            And the reason that -- and Mr. Kaufman says that
 2    we walked away from negotiations as if that was in some way,
 3    shape or form bad faith, when, in fact, we walked away
 4    saying what you are asking for is certainly not what is
 5    required by this court.  And it's also way too confusing and
 6    complicated in our view to be providing this to detainees.
 7            And even if it were coming from a government
 8    agency, that would be the case.  But now you are asking an
 9    immigration court to provide legal advice, essentially, to
10    these individuals.
11            There is no question that we are not in violation
12    of this court's order.  If they want there to be a beefed up
13    notice, they have an obligation to file a notice for
14    reconsideration and they had an obligation to do it within
15    30 days.  They did not do it.
16            So now they are coming into court on this trumped
17    up we're in violation of the notice thing to say we need
18    more out of the notice.  It's not true.  We are following
19    this court's order.  We are following it to the letter.  And
20    every immigration judge in this city who issues these orders
21    has reviewed this court's order and has decided that this is
22    in compliance with complete agreement of all of their
23    counsel.
24            So that is our response with respect to the notice
25    issue.  We are doing what the court asked.  To the extent we
```

1   are here on a motion for compliance, we believe we are in

2   compliance.   To the extent we are here on an untimely motion

3   for reconsideration, we think it's an untimely motion for

4   reconsideration.

5           Let me turn to what I think is the more serious

6   issue before this court, and that is the question of whether

7   we have properly identified those individuals who are not

8   within the class definition.

9           Let me say unequivocally and without any

10  hesitation that we agree with petitioners that this court

11  did not give any room for there to be implied exclusions in

12  the class definition.

13          We've all seen and litigated over the class

14  certification order.  We know what the class definition is.

15  The language is clear.  It's unambiguous.  And we think we

16  know the parameters.  We've been dealing with this case for

17  four years.  It's been at least three years since the class

18  was certified.

19          They say that there were three previous categories

20  of aliens that we secretly excluded and that we did not

21  notify them of.  Number one, there was no requirement that

22  we notify them of anything.  We got this court's preliminary

23  injunction that ordered us to provide bond hearings to class

24  members who were detained under 8 U.S.C. Sections 1225(b)

25  and 1226(c).  Our clients went through and identified those

1    individuals.

2         We were incorrect with regard to whether or not

3    visa waiver program aliens who we believe were detained

4    under a different statute and those who were in the holding

5    only proceedings which immigration judges believe are not

6    removal proceedings, whether they were within the class.

7         This issue was brought to our attention by

8    petitioners.  We engaged them in a meet and confer.  We

9    decided that we disagreed with them and we came to court.

10   And when we lost on that issue, we said fine, these people

11   are -- the court has -- Judge Hatter has concluded that they

12   are within the class, his definition.  You have heard

13   nothing about how we are now still trying to keep these

14   people out of hearings.

15        I can tell you that there is no interest on the

16   part of any of my clients that once this court says they are

17   within the class to not give them a bond hearing.  We are

18   already doing it for 1300 people.  So far we've done it for

19   more than that.  Why would we not do it for the additional

20   20 or 25 people?

21        So there's no willful misconduct here.  It was,

22   with regard to the preliminary injunction, a disagreement

23   over the scope of the class definition.

24        Now, Mr. Kaufman raises a point that's distinct

25   with regard to the two groups of people that were brought up

```
 1   first with their motion for compliance and then in their
 2   supplemental briefing.
 3           And that is the requirement that this court also
 4   has in its order that if there are individuals that
 5   respondents determine are not to be given a bond hearing
 6   within the class, that they have to be giving notification
 7   to class counsel.
 8           Let me take -- with that in mind, let me take the
 9   two groups that Mr. Kaufman identified and -- that
10   petitioners identified, I should say, in their briefing.
11   Their first is the -- and let me do it in reverse order.
12           The first is the individuals who are detained
13   under 1226(a) which is the discretionary detention statute
14   who have had a bond hearing and who were granted bond by an
15   immigration judge but who had not posted that bond and then
16   hit a six-month mark.
17           Our clients understood from the summary judgment
18   briefing and they understood from the papers filed on
19   summary judgment -- I'm sorry, from the permanent
20   injunction, all of that taken together, they in good faith
21   interpreted that to mean that if you had a bond hearing
22   before an immigration judge before your six-month point and
23   you were denied bond, you were ordered by the judge to
24   remain in detention, you got a bond hearing.  You got a
25   Rodriguez hearing at six months.
```

1    If ICE set a bond for you but you didn't post but

2    you also as the detainee did not challenge that before an

3    immigration judge, you got a bond hearing.  So those

4    individuals were included.  So there's no sort of secret

5    desire to keep aliens detained under 1226(a) out of bond

6    hearings.

7         My clients I think reasonably interpreted the

8    order of this court to mean that if you have had a bond

9    hearing before an immigration judge and you won, you got a

10   bond, you prevailed by getting a bond and you simply have

11   not posted it and you have not appealed that decision to the

12   Board of Immigration Appeals, if you post the bond, you can

13   go free.  There's no -- within the class definition, there

14   was no reason to provide additional hearings.

15        We met with our clients.  When petitioners raised

16   that as an issue, we immediately met with our clients.

17   Within one week, we had identified is this happening, why is

18   this happening, what can we do about it?

19        We informed -- within a week, we informed counsel

20   for petitioners we don't believe there is a violation but we

21   are going to fix this.  We are going to make sure that these

22   individuals get bond hearings.  It's a very small number of

23   people.  There is no reason not to be getting them bond

24   hearings and we think that any confusion was confusion over

25   the fact that our clients were reading the permanent

1    injunction in a very plain manner.

2            But you had to be sort of on this side of the --

3    you had to be at these tables to understand in looking at

4    the class representatives and who was in the third amended

5    complaint filed in 2010 what that really included.

6            So we've corrected that problem and we have

7    made -- and apparently they don't have any concern with the

8    fact that we have said these individuals will be getting a

9    bond hearing going forward, and anybody who is detained who

10   meets that definition gets a bond hearing now.

11           So that leaves exactly one group over which there

12   is a legitimate disagreement as to whether or not the class

13   definition covers them.  And the class definition excludes

14   individuals who do not have judicial review of their final

15   order of removal or -- I'm sorry, the final order of removal

16   is not subject to judicial review and there is no stay of

17   their removal.

18           Now, as a matter of -- and there are a couple of

19   ways in which I believe counsel for petitioners is just

20   simply wrong, both in their papers and in their

21   representations today.

22           So what happens when you have one of these

23   individuals who appealed their final order of removal to the

24   Board of Immigration Appeals and the Board of Immigration

25   Appeals denies their appeal and before the 30-day period for

1    which they then have to file their petition for review, they

2    hit their 180 days of detention.  It's a very small number

3    of individuals certainly relative to the rest of the people

4    within the class.  It's a very narrow category of people.

5           So the question is what happens to those

6    individuals?

7           THE COURT:  Are these individuals who subsequent

8    to the finding of the board then appeal to the

9    Ninth Circuit?

10          MR. ATKINSON:  If they then appeal to the

11   Ninth Circuit Court of Appeals and they request a stay, they

12   will get an automatic stay from the Ninth Circuit.

13          THE COURT:  But then?

14          MR. ATKINSON:  Then they give them a bond hearing.

15   They get a bond hearing.  So it's really this very narrow

16   band of people.  And if you think about it from the

17   government's perspective, how are they to interpret this?

18          So somebody is told by the Board of Immigration

19   Appeals, no, your final removal order is good and we are

20   denying your appeal.  At that point, it is an

21   administratively final order of removal.  There are no

22   further removal proceedings going on.  It falls outside of

23   the class because of that, because there are no pending

24   removal proceedings.

25          THE COURT:  But within the six months?

```
 1            MR. ATKINSON:  There may be judicial review but
 2    there may not be.  There are many individuals --
 3            THE COURT:  What difference does it make whether
 4    there is or there is not?
 5            MR. ATKINSON:  Well, the difference it makes is
 6    because if they don't seek appeal and there is no stay of
 7    their removal, they are outside of the class definition.
 8            THE COURT:  Even though they are within the 180
 9    days?
10            MR. ATKINSON:  That's right.  Because there is
11    no -- ICE can remove them immediately.  In fact, this is one
12    of the points on which counsel for petitioners is
13    inaccurate.
14            In their motion for compliance, they state, well,
15    the Ninth Circuit has said that during this 30-day period
16    between when the board denies your appeal and when you take
17    it up to the Ninth Circuit, you can't be removed.  That's
18    absolutely incorrect.
19            In fact, we provided in our opposition to the
20    motion for compliance evidence showing that ICE does, in
21    fact, routinely remove people during that 30-day period.
22    There is an obligation.  And the Ninth Circuit has
23    recognized this.  There is no more automatic stay.  The
24    Ninth Circuit has said, that's it, if you want to prevent
25    your removal, you've got to file a petition for review, and
```

1    until you do the government can remove you.

2         In fact, there are -- and I think we pointed it

3    out, it may have even been in their papers but I think it

4    was in ours, where immigrants rights groups advised

5    detainees, hey, if you get -- or any aliens in the removal

6    process, hey, if you lose your appeal to the Board of

7    Immigration Appeals, you better go and file something with

8    the Ninth Circuit because they can remove you.

9         So there is, in fact, no judicial impediment to

10   their removal and their administrative proceedings are done.

11   Our clients read this court's class certification order, and

12   not out of any malicious intent, they say, oh, these

13   individuals don't fall within the class certification.

14        Now, if this court is inclined to correct that in

15   some way, it seems to us that petitioners are asking this

16   court to do more than it would need to do.  It sounds like

17   the petitioners are asking this court to engage in a

18   statutory construction of the relevant statute and determine

19   within the Ninth Circuit case law whether this statute means

20   that.  That's going to have unintended consequences well

21   beyond this very narrow issue before the court.

22        If the court is inclined to believe that we have

23   mistakenly misread this court's classification order, then

24   it should simply issue an order saying these individuals

25   fall within my definition of the class as I intended it.

1    Therefore, they must be provided here.

2          We would rather that be the result than some

3    statutory construction that is going to have to be part of

4    another appeal to the Ninth Circuit.  But we don't think

5    that that's necessary because we are -- again, it's a matter

6    of are we in compliance with the order?  We believe we are

7    as far as the class definition.  Or are we not in compliance

8    and is this something that they want the court to seek --

9    they seek clarification on in the class certification order?

10         We've briefed it.  We are prepared to do what the

11   court orders us to do.  But if the court believes that there

12   needs to be something done -- and we don't think that there

13   should be because it's outside the class definition that

14   we've been living with for years.  But if the court thinks

15   that there needs to be something done, then do it in the

16   most narrow way and say my class certification order simply

17   covers these people without going into the territory --

18         THE COURT:  Well, we can take care of that rather

19   summarily.  Those individuals should be included.  And it's

20   as simple as that and we don't need to go any farther.

21         MR. ATKINSON:  Okay.  On the last point, Your

22   Honor, they've asked this court for a declaration from our

23   clients saying that here is an exhaustive group of people

24   that we believe are excluded from the class definition.

25         We understand -- they think that we are trying to

 1    pull the wool over their eyes and sandbag them by denying

 2    bond to, what? -- a very small number of people at the same

 3    time that we are completely giving bond hearings to

 4    thousands of people by the time this case is heard before

 5    the Ninth Circuit.  It doesn't make any sense and there is

 6    no motive there for this crime that they've alleged us of

 7    committing.

 8            But let me say this.  We did submit a letter on

 9    Thursday after a long consultation with our client, after

10    repeatedly saying let's make sure that we've identified --

11    Even if it's obvious, let's make sure that we spell out in a

12    letter here are the people that we are not providing bond

13    hearings for.

14            For example, juveniles who are being held who are

15    within the care of the Department of Health and Human

16    Services, a group that we have always -- we have never,

17    neither side has ever considered to be within it.  In fact,

18    they've explicitly excluded it.

19            Even though it is explicitly carved out in the

20    third amended petition, we nevertheless identified them as

21    one of the five groups.  People who have had a bond hearing

22    under Rodriguez who were denied bond -- under the

23    preliminary injunction who were denied bond, we're saying

24    that even though they are detained for six months, they

25    don't get a second Rodriguez hearing, and I think that the

1   court was clear in saying you don't get more than one

2   hearing.

3           But in any event, we made a representation of

4   these five categories.  Last night, late last night I got an

5   e-mail from counsel saying that letter is not good enough

6   because it's not a declaration but then did not spell out

7   why it wasn't good enough.

8           So in a conversation before the hearing today, he

9   couldn't remember some of the reasons why they didn't like

10  the letter but on the ones that he could remember, we said,

11  no, we believe it's exhaustive, we will check.  Yes, you

12  have a question of clarification on category five, here is

13  our understanding.  We appeared to agree that there was no

14  problem with that category.

15          But we will be willing to do this, Your Honor,

16  as a middle ground.  There is a problem with one individual

17  issuing a declaration which presumably they would want

18  to come in and perhaps seek contempt on or maybe even

19  pursue perjury charges by pinning it on this one poor

20  guy who or woman who just happens to be the one that

21  everybody says you're the one that's going to sign this

22  declaration if somebody down the hallway makes a mistake and

23  accidentally doesn't give a bond hearing or doesn't include

24  somebody.

25          How about we do this?  In our next status

1    report -- prior to the next status report, we will clarify

2    any questions they have about our letter.  In the next

3    status report which is due at the end of January, we will

4    make the representation to this court in that status report

5    and it will be representation of the parties that here are

6    the categories.

7              And if they have any concerns about that, I have

8    no doubt that they will be happy to come right back into

9    court and tell you, Judge Hatter, they told you here are the

10   categories and here is one that we found again.  We'd be

11   happy to have an answer for that.

12             But we think that that makes more sense than

13   trying to -- me trying to get a declaration out of somebody

14   and them say --

15             THE COURT:  I'm not --

16             MR. ATKINSON:  -- I'm not going to do that, so --

17             THE COURT:  I'm not asking for a declaration even

18   though the petitioners have asked for one.

19             MR. ATKINSON:  The very last point on the -- on

20   the -- what is honestly a raft of new information that they

21   seek.  These are the three categories of information.  The

22   additional information in the spreadsheet, which we admit is

23   not burdensome to produce.  We think it's unrelated to their

24   claims of noncompliance.

25             The second thing is the digital audio recordings

1    which they seem to think is as simple as pushing a button

2    and putting them on a CD and sending them out.

3         And then the third category is any and all court

4    documents that are related to a bond hearing, meaning

5    anything filed by a petitioner, anything issued by the

6    court, anything filed by the government with regard to any

7    Rodriguez hearing.

8         Those are documents that are contained in

9    individual records of proceedings which may be before the

10   Board of Immigration Appeals if it's up on appeal.  It may

11   be at Adelanto.  It may be here, there.  We'd have to track

12   that down, pull that stuff together.

13        On the digital audio recordings, it is not as

14   simple as simply gathering the information.  We understand

15   and, in fact, may not disagree with their position that

16   these are public hearings, these are open, then going

17   through and redacting is not something that will take time.

18   That may be the case.

19        But nevertheless, there is a process where

20   immigration court staff will have to go through and identify

21   when they pull hearing recordings out from an individual

22   hearing, sometimes they may be labeled as bond hearings.

23   Sometimes they may not.  Somebody is going to have to sit

24   down and listen to 13-, 14- or 1500 of these hearings and

25   find out, okay, this is a bond hearing, this is a bond

hearing.  This is a master calendar hearing, but in the last
15 minutes the judge holds a bond hearing.

So they have to listen to all of these things and
produce them.  And that is why we submitted the declaration
of Mr. Rosenblum who is in the general counsel's office at
EOIR.  This is something that they pound the table on with
me.  This immigration court is already overstaffed.  I'm
meeting with Judge Fong over at the immigration court this
afternoon.

THE COURT:  Understood.

MR. ATKINSON:  And he's going to tell me that if
they have to pull three or four people to listen to 14- or
1500 digital audio recordings to figure out which ones to
produce, that's going to tax their staff more.

Mr. Kaufman has repeatedly told me that it is too
difficult for them to go to hearings that we notify them of.
I don't have any response to that, Your Honor.  There are
staff members who are sitting in this room who are from the
ACLU or from their associated nonprofit organizations.  I
don't know if they need to hear every single bond hearing.
Perhaps they can go to a sampling of them.

But they know when they are and they know where
they are going to be held.  But for us to have to produce
all of these audio recordings and these court documents, it
is going to be problematic.

1          If it will satisfy them and to show that we are

2     inclined to -- that our strong inclination, our strong

3     commitment is to follow this order, there is additional

4     spreadsheet information that they've requested.  We think

5     it's unrelated to their complaints about the sufficiency of

6     the notice or the identification of class member issues that

7     have come up; right?

8          There is no connection between all this stuff that

9     they want and the noncompliance that they are alleging now.

10    If you think about it, what they want is information about

11    bond hearings that have already been held.  What will that

12    do to educate them about the individuals they claim we're

13    secretly not giving bond hearings to?  There is no nexus

14    between those two things.  It's a land grab.  They are

15    trying to get additional information for free.

16         And they are trying to get this court to beef up

17    monitoring provisions under the rubric of a motion for

18    compliance when, in fact, it is a motion for reconsideration

19    and it's an untimely one.

20         So we are willing to provide the additional

21    spreadsheet information if the court is inclined to do so

22    because our clients don't have a burden argument on that.

23    We don't think it's related and our position is not we are

24    happy to give it to them.  We are not.  We think it's

25    additional work for the court staff.

```
 1              But, certainly, the digital audio recordings and
 2    the court documents that they want is just going to tax
 3    the already overtaxed immigration court.  That's why
 4    counsel is here from Washington.  That's why we wanted to do
 5    this in person, to tell this court how important this is to
 6    us.
 7              Thank you, Your Honor.
 8              THE COURT:  I appreciate that.
 9              Something further, Mr. Kaufman?
10              MR. KAUFMAN:  Yes.  Just a couple quick points,
11    Your Honor.  Let me start with the burden argument.
12              Your Honor, with respect to the audio hearings,
13    respondents have never claimed that they review the audio
14    recordings that they produce to immigration detainees and
15    their class counsel for confidentiality issues before they
16    produce them.
17              There is no reason they would have to do that
18    for us.  Why would they have a different set of rules for
19    class counsel?  We are their attorneys as well.  There
20    is no reason they need to adopt a different set of
21    procedures.
22              THE COURT:  Well, I think you heard him say that
23    these audio tapes often include other matters.  So someone
24    is going to have to edit through there to just pull out the
25    bond ones.
```

```
 1          MR. KAUFMAN:  Your Honor, if you look at the
 2   declaration, that's not what it says.  The declaration
 3   states that they need to review it to redact confidential
 4   information.
 5          Now, if there happens to be additional -- if there
 6   are other matters related to our client's case, what's the
 7   harm in letting us hear a master calendar hearing for our
 8   client's case.
 9          THE COURT:  Well, what they can do is just do some
10   samplings and you can work it out between you as to what
11   that percentage will be and it will be something rational,
12   like 10, 20 percent of a months' tapes or whatever.  But
13   work it out.
14          MR. KAUFMAN:  Okay.  Your Honor, we are certainly
15   willing to work with respondents to develop a sample.
16          Your Honor, with respect to the notice that we've
17   submitted to the court as an example of what we think is
18   appropriate in this case, I wanted to just respond quickly
19   to representations Mr. Atkinson made.
20          One is he did previously in a meet and confer, he
21   alleged that there are legally inaccurate things in the
22   notice that we provided to the court.  But he's yet to
23   identify what those legal inaccuracies are.
24          I specifically asked Mr. Atkinson to identify
25   these previously what those are and he hasn't responded to
```

1    it.  He hasn't provided it here today.  We are willing to

2    remove anything that's incorrect.  We certainly don't want

3    to be providing information to our clients that's wrong and

4    we will do so if he provides us with that information.

5            Now, Your Honor, he's also said that immigration

6    courts don't want to be in the business of providing advice

7    to detainees.

8            THE COURT:  Well, they can't be.

9            MR. KAUFMAN:  No, in fact, they do on a regular

10   basis, Your Honor.  They routinely tell -- just like this

11   court does when they advise defendants about their rights in

12   a criminal case.  They routinely advise immigration

13   detainees about their rights in an immigration case.  It's

14   no different than what we are asking them to do here.

15           The information that we are providing is exactly

16   the type of thing they might do orally with someone who is

17   before them about, let's say, their right to counsel, to

18   have a counsel of their choice at their own expense at their

19   immigration case or that they can submit an application for

20   asylum, that sort of thing.

21           That's all we are seeking.  It is the same sorts

22   of advice that they do every day in immigration court for

23   immigration detainees.

24           Now, Your Honor, just turning quickly to this

25   issue of the people that have been erroneously excluded from

```
 1    the class with the BIA denials.  Now, Your Honor is correct
 2    that it is a narrow band of people, but it's important.
 3    This is routinely resulting in people being detained for
 4    weeks, if not more than a month longer than they need to be.
 5    And counsel responded and conceded -- or hasn't disputed, I
 6    should say, the Ninth Circuit has resolved this issue of
 7    Prieto Romero.
 8              Now, if this court wants to resolve this issue as
 9    they suggested as a matter of the class definition, we don't
10    have a dog in that fight.  As long as our clients are
11    getting the hearings to which they are entitled under this
12    court's orders, we are fine with however the court reaches
13    that result.  However, we think that it's clear that the
14    Ninth Circuit has resolved the statutory interpretation
15    here.  This court need not go any further than the
16    Ninth Circuit already has.
17              Now, Your Honor, just one last point I wanted to
18    make with regard to this issue that Mr. Atkinson claims that
19    we've suggested that they are trying to pull the wool over
20    our eyes.  The issue is not about deception or pulling the
21    wool over our eyes.  It's about respondents routinely and
22    regularly in this case taking the narrowest possible
23    interpretation of this court's orders which has resulted in
24    at least five separate instances of groups of class members
25    having their rights violated.
```

```
1              In light of that past conduct, that's why we
2     requested a declaration, which we understand Your Honor is
3     not inclined to grant, but why we think it's so important
4     that we have this other information available to us to
5     ensure that they are not taking other interpretations of
6     this court's orders that are not justified.
7              THE COURT:  Well, you've received the information.
8     There just won't be a declaration attached thereto.  And if
9     you find that there is reason to come back to the court,
10    then perhaps at some subsequent time with a better showing
11    than we have so far, then we will consider that.
12             MR. KAUFMAN:  Certainly, Your Honor.  We will take
13    that under advisement.  And unless the court has any further
14    questions, I will --
15             THE COURT:  No.  Actually, again, I think you and
16    Mr. Atkinson, the whole teams on both sides should sit down
17    and see if you can't resolve these issues now.
18             I've indicated that it seems to me that there is
19    something apart from a multi-page advisement that can be put
20    together, four or five distinct kinds of things.  I alluded
21    to the Miranda warnings, something that's very simple that
22    could be worked out, put on a plate and then just replicated
23    for purposes of each and every person who goes through the
24    system.
25             What else do we have?
```

```
 1            So I think you can work out a notice thing.  I
 2   think with the audio tapes you can work out some percentage
 3   arrangement, maybe 10 percent or so on a month's basis.  If
 4   it turns out to be too burdensome, then of course you can
 5   come back if you can't resolve it yourselves.
 6            MR. ATKINSON:  I'm sorry, Your Honor.  Did you say
 7   10 percent on a month's basis?
 8            THE COURT:  Yeah, I think that's a rational kind
 9   of thing.  But I leave it to you.  If you want to agree on,
10   you know, 15 percent or 7 percent, I think you can work that
11   out.  I suggest 10 percent.  It seems to me that makes sense
12   and wouldn't be too burdensome.
13            What else do we have?
14            MR. KAUFMAN:  Your Honor, the only other thing
15   that may require the court's intervention is actually to
16   issue an order clarifying the class definitions that makes
17   clear that the folks who have had their BIA appeals denied
18   do fall within the class and are --
19            THE COURT:  Right.  Well, I've indicated that
20   those individuals would be included in the class, and I
21   think the government understands that.
22            MR. KAUFMAN:  Sorry, Your Honor.  There is one
23   other piece of the monitoring information we sought.  This
24   is with regard to the court files that are maintained by
25   respondents that have all of the pleadings in the case and
```

1    any court orders, essentially the equivalent of a federal

2    court docket.

3           Now, here we have not asked for the production of

4    all of our client's court files as we did with respect to

5    the audio files.  Here we just want the ability to go to the

6    immigration court and request them to pull the immigration

7    court off the file and allow us to look through it in the

8    event that we identify some compliance concern after

9    reviewing the audio with the database information that we

10   receive.

11          And, Your Honor, in that respect, all we are

12   asking is typically when you go to the immigration court,

13   they require that you enter a notice of appearance in the

14   case to be able to do that.  And because we are class

15   counsel and not their immigration counsel, we can't make

16   that representation that we are going to represent them in

17   their immigration case.

18          So all we are asking this court is to order

19   respondents to allow us to go into court.  This requires no

20   burden.  If we want to make a copy of it or scan it, we will

21   do it ourselves.  It doesn't require any burden.

22          And, again, this is something that immigration

23   counsel routinely do in immigration cases, they go down to

24   the courthouse and get a copy of that file.  So we just want

25   that same access.

```
 1            THE COURT:  Is that a problem?

 2            MR. ATKINSON:  Your Honor, I'm sorry.  This is all

 3    brand new coming from them.

 4            Very quickly, Your Honor.  This is a lot of brand

 5    new information coming from Mr. Kaufman.

 6            I have yet to talk about with my client what are

 7    the complications or issues of ordering an immigration court

 8    to recognize the dual appearance of class counsel and the

 9    official 228 representative in a proceeding.

10            There's going to be confusion as to who they

11    notice or don't notice for upcoming hearings.  It is likely

12    to create problems in an already administratively complex

13    system to issue some order that requires them to recognize

14    the appearance of class counsel in Rodriguez cases.

15            THE COURT:  Well, I don't understand that it's a

16    matter of their actually appearing but that to have access

17    to the files.

18            MR. ATKINSON:  Well, okay.  Here is one -- again,

19    this is all new so I haven't had a chance to think it

20    through, but here's a simple one.

21            THE COURT:  Yes.

22            MR. ATKINSON:  How does the court staff know that

23    these individuals -- that Mr. Kaufman when he comes to the

24    court and asks for a file, that that file is for a Rodriguez

25    class member?  They would have to previously identify every
```

1    single Rodriguez class member in order to say they are class
2    counsel for this segment of aliens but not for this segment
3    of aliens.
4            And so when Mr. Kaufman comes to court and says I
5    want to see this person's file, unless the court staff then
6    goes through the file to determine whether the individual is
7    a Rodriguez class member or not, they have no way of
8    determining whether the individual that Mr. Kaufman is
9    seeking the information for is actually subject to this
10   lawsuit.
11           And unless we have them do entries for every
12   single Rodriguez class member, which is a constantly
13   changing and fluid group, the immigration staff is going to
14   have to do its own -- take time to find the file, pull up
15   the system, and figure out whether, in fact, that individual
16   falls within the class.
17           We can't simply have the immigration court staff
18   handing over confidential, potentially, information, files
19   to counsel who may mistakenly not represent the individual
20   they go to see.  That's one practical problem I see with
21   that.
22           THE COURT:  It sounds like there may be several
23   practical problems, but, again, it seems to me that it's
24   something that you ought to be able to sit down and confer
25   and see where it is possible to overcome these practical

```
 1   problems.
 2          MR. ATKINSON:  I would suggest that that is going
 3   to be something we may not reach agreement on.  But it seems
 4   to me that if there is a sampling of audio recordings that
 5   we can produce, so they can hear what happens at the
 6   hearings, and in their papers they said that they may only
 7   want the court documents from those audio recordings that
 8   they think don't sufficiently tell the story, then perhaps
 9   it should be limited to they can on a case-by-case
10   request -- let's say we give them a sampling of audio
11   recordings and they listen to them and they say we need more
12   information about what happened at these hearings.  Will
13   you, counsel for the respondents, provide us with copies of
14   the court documents from these hearings?
15          Then we can know that we've provided bond hearing
16   recordings to them and that when they are asking for
17   documents from those hearings, that they are within the
18   Rodriguez group.  That work can be done by us.  We don't
19   have to burden the immigration court staff with it.  That
20   seems to me the way to do it.  But to simply give them a
21   blanket --
22          THE COURT:  No, no.  I understand what you are
23   saying.
24          Mr. Kaufman.
25          MR. KAUFMAN:  Your Honor, I would just say with
```

1    regard to the issue of identifying class members.  They

2    provided the notice of the bond hearing for each class

3    member that identifies that they've received --

4            THE COURT:  All right.  Well, again, then it

5    sounds like if you can sit down and talk about this, that

6    there are some reasonable ways of handling it.

7            MR. KAUFMAN:  We can certainly work that out.

8            THE COURT:  All right.

9            MR. KAUFMAN:  There was just one other matter,

10   Your Honor.

11           THE COURT:  All right.  If you will come to the

12   lectern.

13           MR. KAUFMAN:  A couple of other things floating

14   around here, a couple issues in the case.

15           So with regard to the database information that

16   we've requested, we've laid out in our briefing discreet

17   limited set of categories of database information we'd like

18   produced including outcome of appeals, contact information

19   for detainees, that will allow us along with the sampling of

20   audio files to adequately monitor compliance.

21           As they've admitted here today, no burden in

22   producing this along -- we just want them produced alongside

23   the 90-day status reports.  So we'd respectfully request the

24   court order that information be produced as well.

25           THE COURT:  Is that a problem, Mr. Atkinson?

```
 1              MR. ATKINSON:  I believe I indicated that that
 2    would not be a problem, Your Honor.
 3              THE COURT:  All right.  So fine.
 4              What else?
 5              MR. KAUFMAN:  Nothing.  Nothing further,
 6    Your Honor.  Thank you.
 7              THE COURT:  All right.
 8              MR. ATKINSON:  I'm sorry, Your Honor.  Since we
 9    are going through a wish list that each side has, we might
10    as well get it all done today.
11              THE COURT:  All right.
12              MR. ATKINSON:  We've asked -- there is a
13    problem -- one of the things that Mr. Kaufman pointed to as
14    part of our nefarious conspiracy to deny people stuff --
15              THE COURT:  Let's not --
16              MR. ATKINSON:  Okay, yeah.  One of the issues was
17    that there were -- I think 20 percent is the number that you
18    came up with of individuals who were being denied bond
19    hearings because of lack of jurisdiction.
20              We informed Mr. -- we informed counsel for
21    petitioners that one of the problems that we were having was
22    an ambiguity -- not an ambiguity but a very narrow window
23    that was created by the permanent injunction in that an
24    individual becomes a class member at day 180 but the bond
25    hearing must be held by the 181st day.  That creates a
```

1    24-hour period in which bond hearings must be held.

2            So what court staff has done -- we've worked out,

3    as we've explained in the status report, a system whereby

4    ICE gives notice to the court 140 days into detention so

5    that the bond hearing can be scheduled.

6            If a bond hearing is scheduled too early, 150, 160

7    days in, immigration judges are saying, well, this

8    individual's not within the class.  They have not been

9    detained for 180 days and I don't want to get into trouble

10   by giving somebody a bond hearing.

11           So what we have asked the other side to do is to

12   say, well, there's another case that's pending in this

13   court, the Franco litigation, for similar issues but for a

14   different group of people.

15           And Judge Gee in that case built in a window that

16   the bond hearings have to be scheduled for these class

17   members between day 180 and 195.  And what that does is

18   allow the immigration court staff to schedule the hearing on

19   day 182 or day 183 without being in violation of this

20   court's order that it be done by the 181st day.

21           And it will reduce the number of those no

22   jurisdiction entries in the spreadsheet because judges --

23   they'll be able to schedule it.  They will be class members

24   and it won't be an issue.  So we've asked them to agree to

25   that and they've refused to do so.

56

```
 1              They've indicated that they don't have a position

 2     one way or the other.  They have not been able to get back

 3     to us.

 4              THE COURT:  Well, which is it?

 5              MR. ATKINSON:  Well, I said do you agree with it

 6     and they said we don't know what our position is.  But the

 7     one thing --

 8              THE COURT:  Well, let's find out if there's been

 9     any change.

10              MR. ATKINSON:  Sure.  The one thing that they have

11     asked is if they agree to do that, would we agree to provide

12     the notice by the 180th day.  And I think --

13              THE COURT:  Can you do that?

14              MR. ATKINSON:  I think we can do that.  If there's

15     any reason why practically we can't do it, we will let the

16     court know but we think we can do it.

17              THE COURT:  All right.  Mr. Kaufman, with that

18     understanding?

19              MR. KAUFMAN:  Your Honor, Mr. Atkinson did e-mail

20     us about this issue and we are considering it and I feel we

21     are in the midst of negotiations.

22              THE COURT:  Well, why don't you keep negotiating

23     about it.  If there is still some problem, then come back.

24     All right.

25              MR. ATKINSON:  Thank you, Your Honor.
```

57

1          THE COURT:  All right.  Thank you all.

2          MR. KAUFMAN:  Thank you, Your Honor.

3          (At 11:58 p.m. proceedings were adjourned.)

```
 1                        --oOo--

 2                     CERTIFICATE

 3

 4

 5         I hereby certify that pursuant to Section 753,

 6   Title 28, United States Code, the foregoing is a true and

 7   correct transcript of the stenographically reported

 8   proceedings held in the above-entitled matter and that the

 9   transcript page format is in conformance with the

10   regulations of the Judicial Conference of the United States.

11

12   Date:  December 19, 2013

13

14
                        /s/ WIL S. WILCOX
15                      U.S. COURT REPORTER
                          CSR NO. 9178
16

17

18

19

20

21

22

23

24

25
```

**-**
--oOo [1] 58/1
-oOo [1] 3/2

**/**
/ [1]
/s [1] 58/14

**0**
07-3239 [2] 1/8 3/3

**1**
10 [2] 44/12 48/11
10 percent [2] 48/3 48/7
10:52 [2] 1/15 3/1
11:58 [1] 57/3
1225 [1] 28/24
1226 [3] 28/25 30/13 31/5
13 [1] 40/24
1300 [1] 29/18
1313 [1] 2/5
14 [2] 40/24 41/12
140 [1] 55/4
15 [1] 41/2
15 percent [1] 48/10
15-minute [1] 12/19
150 [1] 55/6
1500 [2] 40/24 41/13
16 [1] 12/12
160 [1] 55/6
17 [1] 12/12
180 [5] 33/2 34/8 54/24 55/9 55/17
180th [1] 56/12
181st [2] 54/25 55/20
182 [1] 55/9
183 [1] 55/19
19 [1] 58/12
195 [1] 55/17

**2**
20 [2] 12/15 29/20
20 percent [6] 13/12 13/15 13/18 13/23
 44/12 54/17
20044 [1] 2/18
2010 [1] 32/5
2013 [3] 1/15 3/1 58/12
202-305-7000 [1] 2/19
202-532-4135 [1] 2/18
213 [1] 1/21
213-896-6109 [1] 2/12
213-896-6600 [1] 2/12
213-977-5232 [1] 2/6
213-977-5297 [1] 2/7
228 [1] 50/9
24-hour [1] 55/1
25 [1] 29/20
28 [1] 58/6
2849 [1] 1/21
290-2849 [1] 1/21

**3**
30 [1] 27/15
30-day [4] 7/25 32/25 34/15 34/21
312 [1] 1/20
3239 [2] 1/8 3/3

**4**
4135 [1] 2/18
432-A [1] 1/20
48th [1] 2/10

**5**
5232 [1] 2/6
5297 [1] 2/7
555 [1] 2/10

**6**
6109 [1] 2/11
6600 [1] 2/12

**7**
7 percent [1] 48/10
7000 [1] 2/19
753 [1] 58/5

**8**
868 [1] 2/17
8th [1] 23/8

**9**
90 [1] 13/2
90-day [1] 53/23
90012 [1] 1/20
90013 [1] 2/11
90017 [1] 2/6
9178 [2] 1/19 58/15

**A**
A.M [2] 1/15 3/1
abide [1] 4/13
ability [2] 20/14 49/5
able [6] 11/22 20/21 49/14 51/24 55/23
 56/2
about [36] 6/7 11/4 11/13 13/2 13/4 13/6
 13/10 18/6 18/20 20/2 20/11 20/12 20/18
 20/23 22/5 24/15 29/13 31/18 33/16
 38/25 39/2 39/7 42/5 42/10 42/10 42/12
 45/11 45/13 45/17 46/20 46/21 50/6
 52/12 53/5 56/20 56/23
above [1] 58/8
above-entitled [1] 58/8
absolutely [1] 34/18
access [4] 14/22 19/1 49/25 50/16
accessible [2] 4/25 12/2
accidentally [1] 38/23
account [1] 12/20
accuses [1] 24/11
acknowledge [1] 15/13
aclu [2] 2/7 41/19
aclu-sc.org [1] 2/7
actually [4] 47/15 48/15 50/16 51/9
addition [2] 10/5 20/1
additional [10] 16/9 16/19 29/19 31/14
 39/22 42/3 42/15 42/20 42/25 44/5
Additionally [1] 4/15
address [2] 25/12 26/1
Adelanto [1] 40/11
adequately [4] 11/17 18/19 20/25 53/20
adjourned [1] 57/3
administrative [1] 35/10
administratively [2] 33/21 50/12
admit [2] 7/17 39/22
admitted [1] 53/21
adopt [2] 22/14 43/20
advance [3] 10/8 12/16 18/22
advice [3] 27/9 45/6 45/22
advisal [1] 26/16
advisals [2] 26/9 26/22
advise [2] 45/11 45/12
advised [2] 18/20 35/4
advisement [2] 47/13 47/19
advocated [1] 9/16
afford [1] 20/22
after [9] 5/12 5/16 10/17 23/7 23/24 25/6
 37/9 37/9 49/8
afternoon [1] 41/9
again [14] 3/21 3/25 4/5 6/10 9/11 9/12
 15/12 36/5 39/10 47/15 49/22 50/18
 51/23 53/4

agencies [1] 26/14
agency [3] 26/9 27/8
ago [2] 13/9 15/7
agree [7] 28/10 38/13 48/9 55/24 56/5
 56/11 56/11
agreement [3] 8/16 27/22 52/3
ahead [2] 18/8 21/11
AHILAN [1] 2/4
al [2] 1/9 3/4
Alejandro [2] 1/6 3/4
alien [1] 25/24
aliens [6] 28/20 29/3 31/5 35/5 51/2 51/3
all [31] 5/6 14/19 17/21 24/15 24/18
 24/23 27/22 28/13 30/20 40/3 41/3 41/24
 42/8 45/21 48/25 49/4 49/11 49/18 50/2
 50/19 53/4 53/8 53/11 54/3 54/7 54/10
 54/11 56/17 56/24 57/1 57/1
alleged [2] 37/6 44/21
alleging [1] 42/9
allow [4] 49/7 49/19 53/19 55/18
alluded [1] 47/20
along [2] 53/19 53/22
alongside [1] 53/22
already [9] 10/1 16/16 17/6 29/18 41/7
 42/11 43/3 46/16 50/12
also [8] 12/25 21/7 21/18 26/13 27/5 30/3
 31/2 45/5
alternative [1] 19/7
always [1] 37/16
ambiguity [2] 54/22 54/22
amended [2] 32/4 37/20
American [1] 2/4
analysis [1] 9/6
Angeles [5] 1/14 1/20 2/6 2/11 3/1
announces [1] 10/17
another [3] 10/23 36/4 55/12
answer [3] 9/5 15/20 39/11
answers [1] 13/10
any [30] 13/6 15/23 16/14 16/21 18/5
 21/22 22/1 22/22 26/17 28/9 28/11 29/16
 31/24 32/7 35/5 35/12 36/20 37/5 38/3
 39/2 39/7 40/3 40/6 41/17 46/15 47/13
 49/1 49/21 56/9 56/15
anybody [2] 6/3 32/9
anything [5] 28/22 40/5 40/5 40/6 45/2
apart [1] 47/19
apologize [2] 3/17 21/8
apology [1] 21/10
apparently [1] 32/7
appeal [15] 8/1 9/1 9/11 9/19 10/13 10/20
 32/25 33/8 33/10 33/20 34/6 34/16 35/6
 36/4 40/10
appealed [2] 31/11 32/23
appeals [14] 7/24 8/1 13/7 16/12 23/21
 31/12 32/24 32/25 33/11 33/19 35/7
 40/10 48/17 53/18
appear [1] 26/4
appearance [3] 49/13 50/8 50/14
APPEARANCES [1] 2/1
appeared [1] 38/13
appearing [1] 50/16
application [1] 45/19
applied [1] 7/13
applies [1] 8/13
apply [2] 7/19 8/21
applying [1] 12/4
appreciate [1] 43/8
appropriate [2] 12/4 44/18
are [160]
argument [7] 8/7 10/2 15/5 16/21 24/7
 42/22 43/11
arguments [1] 16/7
army [1] 12/23
around [1] 53/14

## A

arrangement [1] 48/3
ARULANANTHAM [2] 2/4 21/7
as [51] 4/8 5/8 8/8 8/24 11/2 11/5 11/6
11/8 11/17 11/19 11/20 12/11 13/13
13/17 15/20 19/7 21/6 25/21 25/21 26/15
27/2 31/2 31/16 32/12 32/18 35/25 36/7
36/7 36/20 36/20 37/20 38/16 40/1 40/1
40/13 40/14 40/22 43/19 44/10 44/17
46/8 46/9 46/10 46/10 49/4 50/10 53/21
53/24 54/10 54/13 55/3
as a [1] 38/16
aside [2] 11/25 17/2
asked [13] 4/15 14/12 18/17 18/19 27/25
36/22 39/18 44/24 49/3 54/12 55/11
55/24 56/11
asking [12] 14/18 20/17 25/7 27/4 27/8
35/15 35/17 39/17 45/14 49/12 49/18
52/16
asks [1] 50/24
assistance [1] 19/1
associated [1] 41/19
assume [1] 7/7
assurances [1] 24/7
asylum [1] 45/20
ATKINSON [9] 2/15 3/12 22/25 44/19
44/24 46/18 47/16 53/25 56/19
attach [1] 26/21
attached [1] 47/8
attempted [2] 17/11 21/19
attempting [1] 4/22
attention [1] 29/7
attesting [1] 17/4
attorney [2] 23/4 26/3
attorneys [1] 43/19
audio [25] 14/1 14/9 14/14 14/19 14/25
15/2 15/12 15/15 15/21 16/7 39/25 40/13
41/13 41/24 43/1 43/12 43/13 43/23 48/2
49/5 49/9 52/4 52/7 52/10 53/20
August [1] 23/8
August 8th [1] 23/8
Austin [1] 2/10
authority [2] 8/5 8/24
automatic [8] 19/5 19/8 19/14 19/19 20/1
21/15 33/12 34/23
automatically [1] 18/18
available [1] 47/4
avoidance [1] 24/12
away [2] 27/2 27/3

## B

back [11] 9/22 10/12 10/19 17/24 23/14
25/6 39/8 47/9 48/5 56/2 56/23
bad [1] 27/3
band [2] 33/16 46/2
bar [3] 15/9 15/12 15/17
based [2] 5/19 13/24
baseline [1] 22/11
basic [4] 11/13 14/5 20/18 20/23
basis [11] 7/8 9/5 11/3 13/18 14/20 14/23
22/2 25/10 45/10 48/3 48/7
be [85]
because [25] 6/7 6/20 7/1 8/16 9/18 9/23
13/6 15/1 16/16 20/5 22/7 24/5 25/8
33/23 33/23 34/6 34/10 35/8 36/5 36/13
38/6 42/22 49/14 54/19 55/22
becomes [1] 54/24
beef [1] 42/16
beefed [1] 27/12
been [16] 3/24 7/25 10/20 11/21 24/17
25/20 25/25 28/16 28/17 35/3 36/14
42/11 45/25 55/8 56/2 56/8
before [20] 10/13 10/20 12/21 13/24 15/2

22/7 23/18 23/18 28/6 30/22 30/22 31/2
31/6 33/25 35/3 37/4 38/14 40/4 45/12
45/17
begin [4] 5/3 9/10 9/12 23/6
behalf [3] 3/6 3/8 3/12
being [4] 37/14 46/3 54/18 55/19
belabor [1] 6/19
belief [1] 7/2
believe [11] 8/12 28/1 29/3 29/5 31/20
32/19 35/22 36/6 36/24 38/11 54/1
believes [1] 36/11
Ben [1] 2/17
benefits [1] 5/10
besides [2] 17/5 17/7
best [1] 23/23
better [4] 4/16 16/24 35/7 47/10
between [8] 8/16 13/19 25/3 34/16 42/8
42/14 44/10 55/17
beyond [3] 18/14 20/8 35/21
BIA [9] 7/24 8/25 9/10 9/18 9/19 10/17
10/20 46/1 48/17
BIA's [1] 10/16
bit [1] 24/17
blanket [1] 52/21
board [8] 31/12 32/24 32/24 33/8 33/18
34/16 35/6 40/10
bolstered [1] 25/9
bond [72]
both [8] 19/5 19/11 19/18 21/15 23/10
24/2 32/20 47/16
Box [1] 2/17
brand [2] 50/3 50/4
brief [1] 12/11
briefed [1] 36/10
briefing [11] 15/1 16/7 16/15 16/21 26/22
19/10 21/14 22/12 24/12 30/2 30/10
30/18 53/16
bring [1] 20/21
brings [1] 14/4
broader [1] 6/6
brought [2] 29/7 29/25
BRYAN [1] 2/3
built [1] 55/15
burden [16] 15/1 16/7 16/15 16/21 26/22
42/22 43/11 49/20 49/21 52/19 53/21
burdensome [3] 39/23 48/4 48/12
business [1] 45/6
button [1] 40/1

## C

CA [3] 2/6 2/11 3/1
calculated [1] 19/22
calendar [5] 12/14 12/16 12/21 41/1 44/7
calender [1] 12/14
CALIFORNIA [4] 1/2 1/14 1/20 2/5
called [1] 12/17
came [2] 29/9 54/18
can [38] 7/16 9/4 9/14 10/18 12/7 12/15
13/25 16/4 21/1 22/20 24/8 29/15 31/12
31/18 34/11 35/1 35/8 36/18 41/21 44/9
44/10 45/19 47/19 48/1 48/2 48/4 48/10
52/5 52/5 52/9 52/15 52/18 53/5 53/7
55/5 56/13 56/14 56/16
can't [11] 14/7 20/11 21/16 24/21 34/17
45/8 47/17 48/5 49/15 51/17 56/15
cannot [4] 8/15 10/25 15/23 22/18
care [2] 36/18 37/15
carefully [2] 9/7 19/10
carve [1] 11/2
carved [1] 37/19
Casas [2] 24/18/16 22/10 22/13 22/16
22/19 22/21
Casas-Castrillon [3] 9/24 18/16 22/10
case [37] 3/3 4/3 5/13 6/16 7/6 7/9 9/6

9/18 14/19 15/14 15/25 16/4 16/25 17/2
17/22 19/3 19/6 27/8 28/16 35/6 37/4
40/18 44/6 44/8 44/18 45/12 45/13 45/19
46/22 48/25 49/14 49/17 52/9 52/9 53/14
55/12 55/15
case-by-case [1] 52/9
cases [15] 8/13 8/14 13/4 13/6 13/12
13/15 13/18 13/20 16/12 16/18 18/14
21/1 22/3 49/23 50/14
Castrillon [3] 9/24 18/16 22/10
categories [9] 16/11 17/3 17/11 28/9
38/4 39/6 39/10 39/21 53/17
category [6] 16/9 17/1 33/4 38/12 38/14
40/3
CD [1] 40/2
cease [1] 4/14
centers [1] 19/1
CENTRAL [1] 1/2
certain [6] 11/9 15/3 16/10 16/17 17/11
17/17
certainly [8] 16/4 27/4 33/3 43/1 44/14
45/2 47/12 53/7
CERTIFICATE [1] 58/2
certification [6] 5/20 28/14 35/11 35/13
36/9 36/16
certified [1] 28/18
certify [1] 58/5
cetera [1] 26/25
challenge [1] 31/2
chance [1] 50/19
change [1] 56/9
changing [1] 51/13
charges [1] 38/19
check [1] 38/11
choice [1] 45/18
Circuit [23] 8/1 9/3 9/7 9/11 9/13 10/1
10/24 23/19 23/20 33/9 33/11 33/12
34/15 34/17 34/22 34/24 35/8 35/19 36/4
37/5 46/6 46/14 46/16
Circuit's [4] 9/5 9/24 10/3 18/15
circumstance [2] 7/16 7/18
cite [1] 15/25
city [1] 27/20
Civil [2] 2/4 3/3
claim [18] 5/18 7/1 7/15 8/3 8/23 9/3
10/18 12/7 15/2 15/8 15/11 15/23 17/12
19/2 20/4 21/23 22/5 42/12
claimed [5] 12/25 14/25 16/14 19/6 43/13
claims [2] 39/24 46/18
clarification [2] 36/9 38/12
clarify [1] 39/1
clarifying [1] 48/16
class [91]
classification [1] 35/23
clear [12] 7/20 10/3 13/11 18/12 19/11
19/18 21/13 23/13 28/15 38/1 46/13
48/17
clearly [2] 3/19 23/19
client [3] 20/11 37/9 50/6
client's [4] 14/18 44/6 44/8 49/4
clients [21] 12/10 13/7 16/13 18/23 22/2
22/13 23/14 23/19 24/11 28/25 29/16
30/17 31/7 31/15 31/16 31/25 35/11
36/23 42/22 45/3 46/10
close [1] 16/6
Code [1] 58/6
come [9] 10/11 10/18 38/18 39/8 42/7
47/9 48/5 53/11 56/23
comes [3] 24/23 50/23 51/4
coming [9] 17/24 25/4 25/4 25/6 26/19
27/7 27/16 50/3 50/5
commitment [1] 42/3
committing [1] 37/7
communicated [1] 20/25

**C**
complaint [2] 26/18 32/5
complaints [1] 42/5
complete [3] 8/14 23/23 27/22
completed [1] 8/9
completely [1] 37/3
complex [1] 50/12
compliance [24] 1/16 4/1 4/17 4/22 4/25
11/10 11/17 13/3 13/10 16/25 25/3 25/8
25/11 27/22 28/1 28/2 30/1 34/14 34/20
36/6 36/7 42/18 49/8 53/20
complicated [1] 27/6
complications [1] 50/7
complied [1] 25/5
comply [6] 4/9 21/16 22/20 23/15 24/9
24/16
concede [3] 8/18 11/2 11/19
conceded [2] 6/20 46/5
concern [3] 20/11 32/7 49/8
concerns [3] 16/2 20/2 39/7
concluded [1] 29/11
conduct [4] 11/11 12/2 18/2 47/1
conducting [1] 14/3
confer [3] 29/8 44/20 51/24
Conference [1] 58/10
conferring [1] 5/17
confidential [2] 44/3 51/18
confidentiality [8] 15/4 15/7 15/9 15/15
15/17 15/23 16/2 43/15
confirmed [1] 5/17
conformance [1] 58/9
confused [1] 26/14
confusing [2] 26/20 27/5
confusion [3] 31/24 31/24 50/10
Congress [2] 9/8 24/18
connection [1] 42/8
consequences [2] 10/23 35/20
consider [3] 10/15 26/24 47/11
considered [2] 9/7 37/17
considering [1] 56/20
conspiracy [1] 54/14
constantly [1] 51/12
constitute [1] 15/1
construction [2] 35/18 36/3
construe [1] 8/25
consultation [1] 37/9
contact [2] 16/12 53/18
contained [1] 40/8
contains [3] 22/17 22/19 26/12
contempt [1] 38/18
content [1] 25/21
conversation [1] 38/8
copies [6] 14/7 14/13 14/13 15/21 20/9
52/13
copy [4] 14/18 19/16 49/20 49/24
correct [4] 20/10 35/14 46/1 58/7
corrected [1] 32/6
could [8] 9/8 11/20 14/17 16/15 18/21
22/6 38/10 47/22
couldn't [1] 38/9
counsel [42] 2/1 4/21 11/24 14/15 14/21
14/23 15/10 15/13 15/18 17/9 20/8 20/21
23/10 23/24 24/1 24/3 24/11 24/11 25/19
26/2 26/14 27/23 30/7 31/19 32/19 34/12
38/5 43/4 43/15 43/19 45/17 45/18 46/5
49/15 49/15 49/23 50/8 50/14 51/2 51/19
52/13 54/20
counsel is [1] 43/4
counsel's [2] 23/12 41/5
countless [1] 11/6
country [1] 8/17
couple [6] 13/9 16/19 32/18 43/10 53/13
53/14
course [2] 7/6 48/4
court [127]
court's [35] 3/18 4/14 4/9 4/14 5/2 5/10
5/20 5/22 6/21 8/11 11/5 11/16 13/16
15/13 15/16 19/20 21/13 22/1 22/20
23/15 24/13 25/14 25/15 26/6 27/12
27/19 27/21 28/22 35/11 35/23 46/12
46/23 47/6 48/15 55/20
courthouse [2] 10/10 49/24
courtroom [1] 24/1
courtrooms [1] 12/22
courts [2] 12/13 45/6
cover [3] 6/7 8/10 12/24
covers [2] 32/13 36/17
create [1] 50/12
created [1] 54/23
creates [1] 54/25
crime [1] 37/6
criminal [1] 40/15
critical [1] 17/22
CSR [2] 1/19 58/15
current [3] 8/10 8/20 20/3
currently [2] 11/22 22/18
Customs [2] 23/12 24/3
CV [1] 1/8

**D**
database [4] 16/11 49/9 53/15 53/17
databases [2] 16/17 16/19
date [3] 20/6 26/1 58/12
day [16] 7/25 9/17 9/19 9/21 32/25 34/15
34/21 45/22 53/23 54/24 54/25 55/17
55/19 55/19 55/20 56/12
days [9] 10/16 13/2 23/7 27/15 33/2 34/9
55/4 55/7 55/9
DC [2] 2/18 24/3
dealing [1] 28/16
December [3] 1/15 3/1 58/12
deception [1] 46/20
decided [5] 17/23 18/11 21/19 27/21 29/9
decides [1] 9/13
decision [5] 8/11 8/13 10/17 18/15 31/11
declaration [14] 17/4 17/18 18/1 36/22
38/6 38/17 38/22 39/13 39/17 41/4 44/2
44/2 47/2 47/8
defendants [2] 1/10 45/11
defiance [1] 24/13
defied [1] 5/9
definition [21] 6/2 6/6 8/4 9/23 9/25 17/13
28/8 28/12 28/14 29/12 29/23 31/13
32/10 32/13 32/13 34/7 35/25 36/7 36/13
36/24 46/9
definitions [1] 48/16
delay [1] 21/8
deliberate [1] 24/12
denial [1] 10/16
denials [1] 46/1
denied [10] 6/23 7/25 9/14 10/20 19/8
30/23 37/22 37/23 48/17 54/18
denies [5] 9/1 9/11 9/19 32/25 54/16
deny [1] 54/14
denying [3] 13/17 33/20 37/1
Department [4] 2/15 23/11 24/2 37/15
designed [1] 7/14
desire [2] 23/14 31/5
detailed [1] 26/16
detained [9] 20/13 28/24 29/3 30/12 31/5
32/9 37/24 46/3 55/9
detainee [3] 19/21 25/22 31/2
detainees [13] 10/10 10/15 14/15 14/20
14/23 26/18 27/6 35/5 43/14 45/7 45/13
45/23 53/19
detainees' [1] 18/18
detention [8] 6/17 10/11 19/1 22/12 30/13

30/24 33/2 55/4
determine [2] 30/2 35/18
determining [2] 13/16 51/8
develop [1] 44/15
DHS [1] 10/11
dicta [1] 9/4
did [15] 19/15 21/20 23/17 23/17 25/15
27/15 28/11 28/20 31/2 37/8 38/6 44/20
48/6 49/4 56/19
didn't [2] 31/1 38/9
difference [2] 34/3 34/5
different [7] 12/22 12/22 29/4 43/18 43/20
45/14 55/14
differentiations [1] 13/19
difficult [1] 41/16
difficulty [1] 26/19
digital [4] 39/25 40/13 41/13 43/1
dinosaur [1] 24/23
disagree [1] 40/15
disagreed [1] 29/9
disagreement [2] 29/22 32/12
disclose [4] 4/16 11/16 11/22 13/6
discloses [1] 13/3
disclosure [1] 11/9
discovered [4] 4/2 5/13 6/10 11/21
discreet [1] 53/16
discretionary [1] 30/13
discussed [1] 6/14
discussing [1] 5/3
discussions [1] 23/24
dismissed [1] 9/4
dispute [4] 5/25 6/8 8/10 8/20
disputed [1] 46/5
distinct [2] 29/24 47/20
distinction [1] 25/3
distinguish [1] 10/2
DISTRICT [4] 1/1 1/2 1/19 2/16
DIVISION [1] 1/3
do [52] 4/8 11/5 13/17 14/14 14/19 15/17
16/19 20/10 25/10 27/14 27/15 29/19
30/11 31/18 32/14 35/1 35/16 35/16
36/10 36/11 36/15 38/15 38/25 39/16
42/12 42/21 43/4 43/17 44/9 44/9 45/4
45/9 45/14 45/16 45/22 47/25 48/13
48/18 49/14 49/21 49/23 51/11 51/14
52/20 55/11 55/25 56/5 56/11 56/13
56/14 56/15 56/16
docket [1] 49/2
document [1] 26/12
documents [8] 13/12 40/4 40/8 41/24
43/2 52/7 52/14 52/17
does [7] 7/19 17/16 34/3 34/20 45/11
50/22 55/17
doesn't [8] 12/20 17/15 17/20 22/1 37/5
38/23 38/23 49/21
dog [1] 46/10
doing [4] 7/8 24/8 27/25 29/18
don't [36] 10/15 13/24 14/6 16/21 17/24
19/15 20/13 21/2 21/5 21/24 23/6 26/20
31/20 32/7 34/6 35/13 36/4 36/12 36/20
37/25 38/1 41/17 41/20 42/22 42/23 45/2
45/6 46/9 50/11 50/15 52/8 52/18 55/9
56/1 56/6 56/22
done [11] 4/6 24/17 25/20 29/18 35/10
36/12 36/15 52/18 54/10 55/2 55/20
doubt [1] 39/8
down [8] 26/17 38/22 40/12 40/24 47/16
49/23 51/24 53/5
drafted [1] 8/8
dual [1] 50/8
due [4] 4/11 8/15 20/2 39/3
during [2] 34/15 34/21

**E**
e-mail [2] 38/5 56/19

# E

each [5] 19/21 20/14 47/23 53/2 54/9
earlier [1] 11/8
early [1] 55/6
easily [1] 14/17
edit [1] 43/24
educate [2] 20/15 42/12
efforts [2] 4/23 17/6
Eighth [1] 2/5
either [2] 8/20 24/11
electronic [1] 14/13
electronics [1] 24/23
else [3] 47/25 48/13 54/4
Email [2] 2/7 2/12 2/19
enable [3] 4/17 11/10 16/24
end [1] 39/3
endorsing [1] 19/25
Enforcement [2] 23/13 24/3
engage [1] 35/17
engaged [1] 29/8
English [3] 18/24 19/23 26/20
enormous [1] 15/1
enough [2] 38/5 38/7
ensure [4] 5/1 20/24 25/18 47/5
entails [1] 20/15
enter [1] 49/13
entered [1] 5/12
entire [1] 26/18
entitled [2] 46/11 58/8
entries [2] 51/11 55/22
EOIR [3] 23/11 24/4 41/6
equivalent [1] 49/1
erroneously [2] 6/23 45/25
error [1] 14/2
essential [1] 19/12
essentially [5] 7/22 10/9 12/23 27/9 49/1
established [1] 15/25
et [3] 1/9 3/4 26/25
et cetera [1] 26/25
even [18] 7/15 7/18 10/4 10/16 10/20
 12/20 13/5 16/2 19/13 25/9 27/7 34/8
 35/3 37/11 37/19 37/24 38/18 39/17
event [3] 19/7 38/3 49/8
ever [8] 8/20 37/17
every [9] 7/6 13/1 20/14 27/20 41/20
 45/22 47/23 50/25 51/11
everybody [1] 38/21
everything [2] 17/23 17/23
evidence [2] 20/19 34/20
exact [1] 15/11
exactly [3] 26/5 32/11 45/15
example [4] 13/11 24/20 37/14 44/17
excellent [1] 23/3
except [1] 21/23
exception [3] 8/4 8/8 8/21
exceptions [1] 6/1
exclude [2] 6/3 7/6
excluded [10] 4/5 5/14 5/18 6/11 7/10
 17/12 28/20 36/24 37/18 45/25
excludes [1] 32/13
excluding [2] 5/10 6/21
exclusion [2] 7/1 11/5
exclusions [6] 5/19 5/23 17/5 17/21 18/6
 28/11
excuse [1] 21/2
Executive [1] 23/10
exhaustive [3] 17/21 36/23 38/11
existing [2] 11/15 22/6
expended [1] 4/21
expense [1] 11/24 26/3 45/18
explain [2] 12/11 22/18
explained [3] 8/9 16/23 55/3
explicitly [2] 37/18 37/19

# F

extent [3] 23/23 27/25 28/2
eyes [3] 37/1 46/20 46/21
ever [3] 18/13 57/6

# F

F   ID #:8843

fact [23] 5/18 7/17 10/5 10/15 13/8 13/17
 15/14 15/20 17/4 18/23 27/3 31/25 32/8
 34/11 34/19 34/21 35/2 35/9 37/17 40/15
 42/18 45/9 51/15
factors [1] 26/24
failing [1] 11/4
faith [4] 7/2 7/7 27/3 30/20
fall [10] 8/3 9/17 9/20 9/22 9/23 15/3 16/8
 35/13 35/25 48/18
falls [2] 33/22 51/16
familiar [3] 5/8 8/12 15/5
familiarity [1] 18/24
far [5] 18/2 25/21 29/18 36/7 47/11
farther [1] 36/20
fashion [1] 17/25
fatal [1] 8/6
Fax [3] 2/7 2/12 2/19
federal [3] 15/4 15/25 49/1
feel [1] 56/20
few [3] 4/1 6/9 11/20
Fifth [1] 2/10
fight [2] 23/20 46/10
figure [5] 12/24 13/25 14/2 41/13 51/15
file [16] 9/21 10/10 10/13 10/21 13/1
 27/13 33/1 34/25 35/7 49/7 49/24 50/24
 50/24 51/5 51/6 51/14
filed [6] 13/7 13/9 30/18 32/5 40/5 40/6
files [8] 15/9 16/8 48/24 49/4 49/5 50/17
 51/18 53/20
filing [1] 13/21
final [7] 13/5 22/4 32/14 32/15 32/23
 33/19 33/21
finally [1] 5/17
find [4] 40/25 47/9 51/14 56/8
finding [2] 22/20 33/8
findings [1] 5/24
fine [5] 3/20 22/24 29/10 46/12 54/3
first [10] 5/9 5/25 6/13 8/7 11/14 11/19
 25/13 30/1 30/11 30/12
fits [1] 9/9
five [7] 17/5 17/7 37/21 38/4 38/12 46/24
 47/20
fix [1] 31/21
flaws [1] 8/6
flew [1] 24/4
floating [1] 53/13
Floor [1] 2/10
fluid [1] 51/13
focused [1] 22/13
FOIA [1] 14/18
folks [2] 6/13 48/17
follow [3] 3/21 23/22 42/3
following [2] 27/18 27/19
Fong [1] 41/8
for us [1] 43/18
forced [1] 3/25
foregoing [1] 58/6
form [3] 24/22 25/1 27/3
format [1] 58/9
forms [2] 18/13 19/12
forward [3] 11/1 11/11 32/9
found [3] 10/24 22/6 39/10
four [4] 12/18 28/17 41/12 47/20
fourth [1] 17/1
Franco [1] 55/13
Franklin [1] 2/17
free [2] 31/13 42/15
fully [1] 24/16
funding [1] 24/18
further [6] 22/22 33/22 43/9 46/15 47/13

54/5
future [5] 3/22 4/18 5/16 44/22/14

# G

gathering [1] 40/14
gave [1] 26/14
Gee [1] 55/15
general [2] 23/12 41/5
get [14] 24/24 31/22 33/12 33/15 35/5
 37/25 38/1 39/13 42/15 42/16 49/24
 54/10 55/9 56/2
gets [1] 32/10
getting [5] 20/13 31/10 31/23 32/8 46/11
give [7] 28/11 29/17 33/14 38/23 42/24
 52/10 52/20
given [2] 16/21 30/5
gives [1] 55/4
giving [4] 30/6 37/3 42/13 55/10
go [15] 18/8 20/14 21/11 31/13 35/7
 36/20 40/20 41/16 41/21 46/15 49/5
 49/12 49/19 49/23 51/20
goes [2] 47/23 51/6
going [28] 6/3 7/7 11/11 12/8 12/24 21/20
 31/21 31/21 32/9 33/22 35/20 36/3 36/17
 38/21 39/16 40/16 40/23 41/11 41/14
 41/23 41/25 43/2 43/24 49/16 50/10
 51/13 52/2 54/9
gone [1] 12/13
good [12] 3/5 7/2 7/7 13/22 22/2 23/1
 23/2 24/17 30/20 33/19 38/5 38/7
got [7] 28/22 30/24 30/24 31/3 31/9 34/25
 38/4
government [6] 26/3 26/9 27/7 35/1 40/6
 48/21
government's [1] 33/17
grab [1] 42/14
grant [1] 47/3
granted [2] 19/4 30/14
granting [1] 5/22
great [1] 11/23
greatly [1] 16/24
ground [1] 38/16
group [9] 6/13 6/19 7/6 32/11 36/23 37/16
 51/13 52/18 55/14
groups [9] 4/6 5/14 6/11 7/9 29/25 30/9
 35/4 37/21 46/24
guy [1] 38/20
guy who [1] 38/20

# H

had [24]  5/14 5/18 6/15 7/2 7/10 8/20
 11/6 12/18 17/12 21/18 23/8 23/9 24/8
 27/14 30/14 30/15 30/21 31/8 31/17 32/2
 32/3 37/21 48/17 50/19
half [1] 15/7
hallway [1] 38/22
handing [1] 51/18
handling [1] 53/6
happened [1] 52/12
happening [3] 24/14 31/17 31/18
happens [5] 32/22 33/5 38/20 44/5 52/5
happy [1] 39/8 39/11 42/24
harm [1] 44/7
harsh [2] 10/14 10/23
has [27] 4/20 4/21 6/17 10/20 18/5 21/24
 25/5 25/7 25/20 26/24 27/7 27/21 29/11
 29/11 30/4 34/15 34/22 34/24 37/17
 41/15 46/6 46/14 46/16 46/23 47/13 54/9
 55/2
hasn't [3] 44/25 45/1 46/5
HATTER [3] 1/4 29/11 39/9
have [121]
haven't [1] 50/19
having [2] 46/25 54/21

**H**

Hayes [2] 1/9 3/4
he [9] 25/15 38/8 38/10 44/20 44/20 44/25 45/1 45/4 50/23
he's [3] 41/11 44/22 45/5
Health [1] 37/15
hear [4] 12/19 41/20 44/7 52/5
heard [3] 29/12 37/4 43/22
hearing [53] 6/15 12/20 13/14 13/16 13/18 18/20 18/21 19/8 19/21 19/24 20/6 20/15 20/16 20/24 23/9 25/23 25/25 26/4 26/23 29/17 30/5 30/14 30/21 30/24 30/25 31/3 31/9 32/9 32/10 33/14 33/15 37/21 37/25 38/2 38/8 38/23 40/4 40/7 40/21 40/22 40/25 41/1 41/1 41/2 41/20 44/7 52/15 53/2 54/25 55/5 55/6 55/10 55/18
hearings [47] 4/10 6/18 6/23 12/3 12/8 12/8 12/14 12/21 12/24 14/1 14/3 14/8 14/19 18/14 18/17 18/22 19/5 19/14 19/18 20/1 20/13 21/15 22/12 28/23 29/14 31/6 31/14 31/22 31/24 37/3 37/13 40/16 40/22 40/24 41/16 42/11 42/13 43/12 46/11 50/11 52/6 52/12 52/14 52/17 54/19 55/1 55/16
held [6] 37/14 41/23 42/11 54/25 55/1 58/8
help [1] 22/3
her [1] 25/23
here [39] 5/25 7/24 8/19 8/22 9/16 10/8 11/1 11/12 12/1 14/24 16/3 17/22 19/16 24/4 24/5 24/14 25/20 25/24 26/1 28/1 28/2 29/21 36/1 36/23 37/12 38/12 39/5 39/9 39/10 40/11 43/4 45/1 45/14 46/15 49/3 49/5 50/18 53/14 53/21
here's [1] 50/20
hereby [1] 58/5
herring [1] 22/9
hesitation [1] 28/10
hey [2] 35/5 35/6
highly [1] 23/4
him [2] 23/4 43/22
his [4] 4/19 23/5 25/22 29/12
hit [2] 30/16 33/2
holding [1] 29/4
holds [1] 41/2
home [2] 10/12 10/19
Homeland [2] 23/11 24/2
HON [1] 1/4
honestly [3] 23/6 26/13 39/20
Honor [82]
hour [1] 55/1
hours [1] 12/18
how [6] 22/19 29/13 33/17 38/25 43/5 50/22
however [3] 6/24 46/12 46/13
Human [1] 37/15
hundreds [1] 20/12
hypothetical [1] 22/13

**I**

I'd [2] 5/2 18/6
I'm [13] 3/16 5/8 21/7 24/23 30/19 32/15 39/15 39/16 39/17 41/7 48/6 50/2 54/8
I've [4] 12/13 12/18 47/18 48/19
ICE [4] 31/1 34/11 34/20 55/4
identification [1] 42/6
identified [7] 28/7 28/25 30/9 30/10 31/17 37/10 37/20
identifies [1] 53/3
identify [6] 13/13 40/20 44/23 44/24 49/8 50/25
identifying [1] 53/1

immediately [4] 8/25 9/20 31/16 34/11
Immigrants [1] 35/7
immigration [57] 2/16 6/21 8/24 9/8 9/15 10/6 10/25 12/13 13/16 13/20 14/15 14/16 14/17 14/20 23/10 23/12 24/2 26/10 26/16 26/23 27/9 27/20 29/5 30/15 30/22 31/3 31/9 31/12 32/24 32/24 33/18 35/7 40/10 40/20 41/7 41/8 43/3 43/14 45/5 45/12 45/13 45/19 45/22 45/23 49/6 49/6 49/12 49/15 49/17 49/22 49/23 50/7 51/13 51/17 52/19 55/7 55/18
impediment [1] 35/9
implemented [1] 17/7
implied [2] 6/1 28/11
important [5] 18/3 24/5 43/5 46/2 47/3
importantly [5] 6/5 15/19 16/14 17/20 22/16
impractical [2] 4/23 12/12
improved [6] 19/5 19/6 19/13 20/2 21/15 24/20
inaccuracies [1] 44/23
inaccurate [3] 26/13 34/13 44/21
inclination [1] 42/2
inclined [5] 35/14 35/22 42/2 42/21 47/3
include [2] 38/23 43/23
included [5] 17/18 31/4 32/5 36/19 48/20
including [1] 53/18
incorrect [3] 29/2 34/18 45/2
indicate [2] 19/15 24/24
indicated [4] 47/18 48/19 54/1 56/1
individual [10] 12/16 26/24 38/16 40/9 40/21 51/6 51/8 51/15 51/19 54/24
individual's [1] 55/8
individuals [30] 5/18 6/15 6/21 7/2 7/10 7/16 7/24 8/3 26/19 27/10 28/7 29/1 30/4 30/12 31/4 31/22 32/8 32/14 32/23 33/3 33/6 33/7 34/2 35/13 35/24 36/19 42/12 48/20 50/23 54/18
ineffectual [1] 4/20
inform [1] 19/22
informal [1] 11/23
information [54] 4/16 4/24 5/4 11/9 11/14 11/15 11/21 13/2 13/4 13/6 13/24 15/3 16/9 16/11 16/12 16/15 16/17 16/20 16/23 17/3 17/17 20/18 20/23 20/25 21/24 21/25 22/3 22/17 22/19 26/13 39/20 39/21 39/22 40/14 42/4 42/10 42/15 42/21 44/4 45/3 45/4 45/15 47/4 47/7 48/23 49/9 50/5 51/9 51/18 52/12 53/15 53/17 53/18 53/24
informed [4] 31/19 31/19 54/20 54/20
informs [1] 25/24
initially [1] 13/13
injunction [16] 4/3 5/12 11/7 11/11 12/6 22/15 23/8 23/16 23/17 25/15 28/23 29/22 30/20 32/1 37/23 54/23
instance [2] 5/9 7/21
instances [2] 46/24
instead [1] 21/20
insufficient [4] 6/16 11/17 22/7 22/21
insupportably [1] 5/19
intended [2] 9/9 35/25
intent [1] 35/12
interest [1] 19/23
internal [1] 23/24
interpret [1] 33/17
interpretation [2] 46/14 46/23
interpretations [1] 47/5
interpreted [2] 20/21 31/7
interpreter [1] 20/20
interrupting [1] 3/17
intervention [1] 48/15
is [181]
is no reason [1] 43/20

issue [29] 5/5 5/16 6/13 7/23 8/15 8/18 19/22 22/18 25/18 25/19 25/18 27/25 28/6 29/7 29/10 31/16 35/21 35/24 45/25 46/6 46/8 46/18 46/20 48/16 50/13 53/1 55/24 56/20
issued [5] 23/8 25/5 25/7 26/9 40/5
issues [13] 5/3 5/9/12 11/25 13/21 22/5 27/20 42/6 43/15 47/17 50/7 53/14 54/16 55/13
issuing [1] 38/17
it [122]
it's [39] 7/20 9/14 13/5 17/21 18/1 18/2 19/17 20/23 21/13 24/22 27/5 27/18 28/3 28/15 28/17 31/22 33/2 33/4 33/5 36/5 36/13 36/19 37/11 38/6 38/11 39/23 40/10 42/5 42/14 42/19 42/23 42/24 45/13 46/2 46/13 46/21 47/3 50/15 51/23
Item [1] 3/3
its [4] 10/17 23/8 30/4 51/14
itself [1] 22/21

**J**

James [2] 1/9 3/4
January [1] 39/3
JR [1] 1/4
judge [14] 1/4 13/20 26/23 27/20 29/11 30/15 30/22 30/23 31/3 31/9 39/9 41/2 41/8 55/15
judges [5] 12/22 13/16 29/5 55/7 55/22
judgment [8] 5/22 18/11 18/12 19/10 22/8 22/10 30/17 30/19
judicial [5] 32/14 32/16 34/1 35/9 58/10
jurisdiction [2] 54/19 55/22
just [28] 3/10 3/16 12/19 13/11 16/18 20/21 20/23 22/4 24/25 25/2 26/16 32/19 38/20 43/2 43/10 43/24 44/9 44/18 45/10 45/24 46/17 47/8 47/22 49/5 49/24 52/25 53/9 53/22
Justice [1] 2/15
justification [2] 11/4 13/23
justified [2] 5/19 47/6
juveniles [1] 37/14

**K**

KAUFMAN [18] 2/3 3/6 3/7 3/15 23/3 25/14 27/1 29/24 30/9 41/15 43/9 50/5 50/23 51/4 51/8 52/24 54/13 56/17
keep [4] 17/24 29/13 31/5 56/22
kind [2] 19/2 48/8
kinds [1] 47/20
know [14] 10/20 10/21 13/24 23/6 28/14 28/16 41/20 41/22 41/22 48/10 50/22 52/15 56/6 56/16

**L**

labeled [1] 40/22
lack [3] 8/16 18/24 54/19
laid [1] 53/16
land [1] 42/14
language [6] 19/21 25/22 25/24 26/17 26/21 28/15
last [8] 5/13 6/9 36/21 38/4 38/4 39/19 41/1 46/17
late [2] 17/9 38/4
law [3] 15/25 26/24 35/19
laws [5] 5/21 8/24 9/8 9/16 10/6 10/25
lawsuit [1] 51/10
lay [1] 17/11
least [2] 28/17 46/24
leave [3] 14/6 22/23 48/9
leaves [1] 32/11
lectern [1] 53/12
legal [9] 8/5 8/24 10/5 18/25 19/1 19/23 26/9 27/9 44/23

**L**

legally [2] 26/12 44/21
legitimate [1] 32/12
length [1] 12/11
lengthy [1] 26/22
less [1] 22/19
lest [1] 10/11
let [11] 23/7 25/2 25/12 28/5 28/9 30/8
30/8 30/11 37/8 43/11 56/15
let's [7] 24/15 37/10 37/11 45/17 52/10
54/15 56/8
letter [10] 14/17 17/10 17/11 17/19 27/19
37/8 37/12 38/5 38/10 39/2
letting [1] 44/7
level [1] 23/9
Liberties [1] 2/4
light [7] 7/20 10/6 11/11 15/15 17/12 18/2
47/1
like [10] 5/3 18/6 22/2 35/16 38/9 44/12
45/10 51/22 53/5 53/17
likely [1] 50/11
limited [6] 4/16 13/3 18/24 18/25 52/9
53/17
list [2] 17/21 54/9
listen [4] 40/24 41/3 41/12 52/11
listening [1] 14/1
litigated [2] 18/11 28/13
litigating [1] 8/14
litigation [2] 2/16 55/13
living [1] 36/14
LLP [1] 2/10
location [2] 20/6 25/25
logistical [1] 8/15
long [2] 37/9 46/10
longer [2] 8/14 46/4
look [3] 16/6 44/1 49/7
looking [1] 32/3
Los [5] 1/14 1/20 2/6 2/11 3/1
lose [1] 35/6
lost [1] 29/10
lot [3] 24/24 26/20 50/4

**M**

made [10] 5/24 7/17 15/6 18/3 18/12
19/14 23/13 32/7 38/3 44/19
mail [2] 38/5 56/19
maintain [2] 6/24 6/25
maintained [1] 48/24
make [13] 11/13 19/11 21/5 22/4 31/21
34/3 37/5 37/10 37/11 39/4 46/18 49/15
49/20
makes [5] 34/5 38/22 39/12 48/11 48/16
malicious [1] 35/12
manner [4] 7/13 7/22 10/25 32/1
many [3] 13/5 23/5 34/2
mark [1] 30/16
master [2] 41/1 44/7
matter [7] 3/18 32/18 36/5 46/9 50/16
53/9 58/8
matters [5] 12/15 12/17 12/19 43/23 44/6
may [22] 6/7 13/7 13/22 13/23 15/5 26/1
26/2 34/1 34/2 35/3 40/9 40/10 40/11
40/15 40/18 40/22 40/23 48/15 51/19
51/22 52/3 52/6
maybe [2] 38/18 48/3
me [23] 14/4 21/2 23/7 24/1 24/25 25/2
25/12 28/5 28/9 30/8 30/8 30/11 37/8
39/13 41/7 41/11 41/15 43/11 47/18
48/11 51/23 52/4 52/20
mean [3] 24/22 30/21 31/8
meaning [1] 40/4
meaningless [1] 7/22
means [4] 4/25 12/2 17/13 35/19

meant [2] 6/7 8/10 8/21
meeting [1] 30/7
meeting [3] 5/17 33/9 41/8
meets [2] 20/5 32/10
member [9] 13/14 18/6 42/6 50/25 51/1
51/7 51/12 53/3 54/24
members [21] 4/6 5/10 5/14 6/11 7/3 7/17
9/17 11/6 13/4 13/5 13/17 16/12 18/20
19/13 25/19 28/24 41/18 46/24 53/1
55/17 55/23
members' [2] 4/14 16/18
membership [4] 5/3 5/11 12/1 13/21
mentioned [1] 11/8
mere [1] 9/4
met [2] 31/15 31/16
MICHAEL [2] 2/3 3/6
Michael Kaufman [1] 3/6
middle [1] 38/16
midst [1] 56/21
might [2] 45/16 54/9
mind [1] 30/8
minimum [1] 4/11
minute [1] 12/19
minutes [1] 41/2
Miranda [2] 24/22 47/21
mischaracterizations [1] 23/5
misconduct [2] 24/12 29/21
misread [1] 35/23
misstatements [1] 23/5
mistake [2] 7/17 38/22
mistakenly [2] 35/23 51/19
mkaufman [1] 2/7
Monday [2] 1/15 3/1
monitor [9] 4/17 4/22 4/25 11/10 11/17
12/7 12/13 16/24 53/20
monitoring [8] 5/4 11/9 11/14 11/23 12/2
25/8 42/17 48/23
month [3] 30/16 30/22 46/4
month's [2] 48/3 48/7
months [11] 4/2 5/17 6/9 6/18 11/20 24/8
24/17 25/6 30/25 33/25 37/24
months' [1] 44/12
moot [1] 17/15
more [19] 5/1 12/15 13/9 15/19 22/2
22/16 22/17 26/16 26/16 27/18 28/5
29/19 34/23 35/16 38/1 39/12 41/14 46/4
52/11
morning [3] 3/5 23/1 23/2
most [2] 17/20 36/16
motion [12] 1/16 12/12 14/12 25/3 28/1
28/2 28/3 30/1 34/14 34/20 42/17 42/18
motive [1] 37/6
Mr [1] 54/20
Mr. [25] 3/7 3/15 21/7 22/25 23/3 25/14
27/1 29/24 30/9 41/5 41/15 43/9 50/5 50/23
44/24 46/18 47/16 50/5 50/23 51/4 51/8
52/24 53/25 54/13 56/17 56/19
Mr. Arulanantham [1] 21/7
Mr. Atkinson [7] 22/25 44/19 44/24 46/18
47/16 53/25 56/19
Mr. Kaufman [16] 3/7 3/15 23/3 25/14
27/1 29/24 30/9 41/15 43/9 50/5 50/23
51/4 51/8 52/24 54/13 56/17
Mr. Rosenblum [1] 41/5
Ms [1] 3/9
much [2] 21/24 24/21
multi [2] 26/11 47/19
multi-page [2] 26/11 47/19
must [8] 10/10 11/19 19/19 25/16 25/18
36/1 54/25 55/1
my [6] 14/18 29/16 31/7 35/25 36/16 50/6

**N**

narrow [8] 5/20 8/21 33/4 33/15 35/21

36/16 46/2 54/22
narrowed [1] 46/3
necessarily [2] 20/12 22/13
necessary [4] 19/3 21/10 21/21 36/5
need [18] 6/19 10/21 12/23 15/2 17/24
20/1 20/20 23/15 25/9 27/17 35/16 36/20
41/20 43/20 44/3 46/4 46/15 52/11
needs [3] 18/3 36/12 36/15
nefarious [1] 54/14
negotiate [2] 21/19 21/20
negotiating [1] 56/22
negotiations [2] 27/2 56/21
neither [1] 37/17
never [2] 37/16 43/13
nevertheless [2] 37/20 40/19
new [5] 25/10 39/20 50/3 50/5 50/19
next [3] 38/25 39/1 39/2
nexus [1] 42/13
night [2] 38/4 38/4
Ninth [27] 8/1 9/3 9/5 9/7 9/11 9/13 9/24
10/1 10/3 10/24 18/15 23/19 23/20 33/9
33/11 33/12 34/15 34/17 34/22 34/24
35/8 35/19 36/4 37/5 46/6 46/14 46/16
Ninth Circuit [10] 9/3 9/11 23/19 33/9
33/11 34/17 34/24 35/8 46/6 46/16
Ninth Circuit's [3] 9/5 9/24 10/3
no [58] 1/8 3/3 5/1 6/1 6/19 6/25 8/14
8/19 9/5 10/2 10/5 11/3 11/3 12/1 12/16
14/24 15/20 16/22 17/5 21/10 21/16
21/21 22/24 25/19 27/11 28/21 29/15
29/21 31/4 31/13 31/14 31/23 32/16
33/19 33/21 33/23 34/6 34/11 34/23 35/9
37/6 38/11 38/13 39/8 42/8 42/13 43/17
43/20 45/9 45/14 47/15 49/19 51/7 52/22
52/22 53/21 55/21 58/15
noncompliance [2] 39/24 42/9
none [1] 11/19
nonprofit [1] 41/19
North [1] 1/20
not [90]
nothing [4] 25/10 29/13 54/5 54/5
notice [56] 4/7 4/10 5/5 5/15 6/12 10/16
17/8 18/7 18/19 19/2 19/5 19/7 19/13
19/20 20/2 20/3 20/4 20/5 20/6 20/17
21/15 21/17 21/23 22/5 22/14 22/16
22/17 22/19 22/20 22/21 24/20 25/12
25/16 25/17 25/17 25/19 25/22 25/23
25/24 26/5 26/17 27/13 27/13 27/17
27/18 27/24 42/6 44/16 44/22 48/1 49/13
50/11 50/11 53/2 55/4 56/12
notices [3] 12/9 22/6 26/21
notification [7] 4/19 6/5 7/5 7/12 7/18
7/21 30/6
notified [1] 17/10
notify [6] 6/3 7/1 11/4 28/21 28/22 41/16
noting [1] 25/3
now [57] 5/2 6/5 6/9 6/9 6/19 7/4 7/15 8/3
8/6 8/18 8/23 9/3 10/1 11/2 11/8 11/13
12/7 12/25 13/8 13/22 14/4 15/5 15/12
15/19 16/14 17/1 17/9 17/14 18/5 18/11
18/23 19/4 19/5 19/6 19/25 20/4 20/7
21/22 22/4 23/20 26/8 27/8 27/16 29/13
29/24 32/10 32/18 35/14 42/9 44/5 45/5
45/24 46/1 46/8 46/17 47/17 49/3
nowhere [1] 15/13
nullity [1] 7/5
number [7] 18/1 28/21 31/22 33/2 37/2
54/17 55/21
numerous [1] 4/21

**O**

obligation [6] 7/1 23/22 24/9 27/13 27/14
34/22
obtain [1] 14/7

Case 2:07-cv-03239-TJH-KES    Document 207-1    Filed 12/26/07    Page 66 of 69   Page ID #:8846

obvious [1] 37/11
occur [1] 5/1
October [1] 5/13
off [1] 49/7
office [4] 2/16 23/10 23/12 41/5
official [2] 1/19 50/9
often [4] 10/15 12/15 12/21 43/23
oh [1] 35/12
okay [5] 36/21 40/25 44/14 50/18 54/16
once [3] 16/6 24/22 29/16
one [41] 4/5 9/17 12/19 13/11 16/9 17/17
 18/17 20/14 20/20 20/22 21/2 22/4 24/25
 25/23 28/21 31/17 32/11 32/22 34/11
 37/21 38/1 38/16 38/19 38/20 38/21
 39/10 39/18 42/19 44/20 46/17 48/22
 50/18 50/20 51/20 53/9 54/13 54/16
 54/21 56/2 56/7 56/10
one-page [1] 25/23
ones [3] 38/10 41/13 43/25
only [9] 4/24 11/22 13/3 13/25 19/7 20/1
 29/5 48/14 52/6
oOo [2] 3/2 58/1
open [5] 15/22 15/22 15/24 17/23 40/16
operate [1] 9/9
opportunity [1] 10/13
opposing [1] 24/10
opposition [1] 34/19
oral [1] 24/9
orally [1] 45/16
order [54] 4/9 4/13 4/15 5/20 5/22 6/21
 11/5 12/17 14/13 14/24 15/14 15/17 16/3
 16/5 16/22 19/15 19/20 21/13 22/20
 23/20 23/22 23/24 24/9 24/16 25/5 25/7
 25/10 25/16 26/7 27/12 27/19 27/21
 28/14 30/4 30/11 31/8 32/15 32/15 32/23
 33/19 33/21 35/11 35/23 35/24 36/6 36/9
 36/16 42/3 48/16 49/18 50/13 51/1 53/24
 55/20
ordered [11] 4/8 4/20 6/2 6/12 6/17 7/12
 15/10 21/14 26/6 28/23 30/23
ordering [1] 50/7
orders [13] 4/1 4/14 5/10 11/16 13/15
 22/1 24/13 27/20 36/11 46/12 46/23 47/6
 49/1
organizations [1] 41/19
other [14] 11/2 12/4 17/5 18/5 43/23 44/6
 47/4 47/5 48/14 48/23 53/9 53/13 55/11
 56/2
others [1] 20/20
otherwise [1] 21/25
ought [1] 51/24
our [65]
ours [1] 35/4
ourselves [1] 49/21
out [40] 9/20 11/2 12/5 12/13 12/23 12/24
 13/25 14/2 15/21 16/17 17/11 17/23
 20/14 24/22 27/18 29/14 31/5 35/3 35/12
 37/11 37/19 38/6 39/13 40/2 40/21 40/25
 41/13 43/24 44/10 44/13 47/22 48/1 48/2
 48/4 48/11 51/15 53/7 53/16 55/2 56/8
outcome [4] 13/4 13/5 16/11 53/18
outset [1] 6/19
outside [3] 33/22 34/7 36/13
over [12] 4/1 11/20 23/20 28/13 29/23
 31/24 32/11 37/1 41/8 46/19 46/21 51/18
overcome [1] 51/25
overstaffed [1] 41/7
overtaxed [1] 43/3
own [4] 11/23 17/6 45/18 51/14

p.m [1] 57/3

page [5] 19/20 25/23 26/11 47/19 58/9
 pages [4] 11/19 11/19
pages [1] [12/14
paper [1] 24/24
papers [4] 30/18 32/20 35/3 52/6
parameters [1] 28/16
part [4] 9/24 29/16 36/3 54/14
particular [2] 1/19 50/9
particularly [2] 10/14 10/23
parties [1] 39/5
parties' [1] 21/14
party [2] 8/20 26/23
past [3] 4/1 11/20 47/1
Pause [1] 21/4
penalty [1] 18/4
pendency [1] 19/23
pending [3] 9/18 33/23 55/12
people [36] 6/7 7/7 7/13 7/23 8/4 8/10
 8/13 8/18 8/22 8/25 12/23 17/11 20/12
 23/9 29/10 29/14 29/18 29/20 29/25
 31/23 33/3 33/4 33/16 34/21 36/17 36/23
 37/2 37/4 37/12 37/21 41/12 45/25 46/2
 46/3 54/14 55/14
percent [11] 13/12 13/15 13/18 13/23
 44/12 48/3 48/7 48/10 48/10 48/11 54/17
percentage [3] 13/20 44/11 48/2
perhaps [4] 38/18 41/21 47/10 52/8
period [6] 9/9 9/10 32/25 34/15 34/21
 55/1
perjury [2] 18/4 38/19
permanent [11] 4/3 11/7 11/11 12/6 22/15
 23/8 23/16 25/15 30/19 31/25 54/23
permission [1] 5/2
person [4] 19/22 24/6 43/5 47/23
person's [1] 51/5
perspective [1] 33/17
pertinent [1] 5/24
petition [7] 8/2 9/13 9/21 10/22 33/1
 34/25 37/20
petitioner [1] 40/5
PETITIONER'S [1] 1/16
petitioners [31] 2/2 3/6 3/8 3/24 4/2 4/7
 4/17 5/13 5/15 5/23 6/3 6/12 8/8 12/1
 15/20 17/6 17/10 25/4 26/8 26/12 28/10
 29/8 30/10 31/15 31/20 32/19 34/12
 35/15 35/17 39/18 54/21
Phone [1] 1/21
pick [2] 10/12 10/18
piece [1] 48/23
piecemeal [1] 17/24
pinning [1] 38/19
place [1] 16/4
plain [5] 4/13 19/21 25/22 25/23 32/1
plainly [1] 11/5
Plaintiff [1] 1/7
plaintiffs [1] 21/8
plane [2] 10/12 10/19
plate [1] 47/22
pleadings [1] 48/25
point [10] 8/19 14/5 14/6 22/5 29/24
 30/22 33/20 36/21 39/19 46/17
pointed [4] 15/21 18/23 35/2 54/13
points [3] 11/13 34/12 43/10
poor [1] 38/19
position [8] 9/2 10/8 10/14 21/21 40/15
 42/23 56/1 56/6
possible [3] 23/23 46/22 51/25
post [2] 31/1 31/12
posted [2] 30/15 31/11
potentially [1] 51/18
pound [1] 41/6
practical [4] 10/7 51/20 51/23 51/25
practically [1] 56/15
practices [1] 20/3

precisely [2] 9/15 14/11
preliminary [1] 55/2 56/23
prepare [3] 18/21 21/1 22/3
prepared [1] 36/10
present [1] 20/19
presentation [1] 23/6
PRESIDING [1] 1/4
presumably [2] 7/9 38/17
pretty [1] 24/21
prevailed [1] 31/10
prevent [1] 34/24
previous [1] 28/19
previously [7] 4/20 7/10 21/18 21/9
 44/20 44/25 50/25
Prieto [5] 9/3 9/4 10/7 10/24 46/7
Prieto Romero [2] 10/7 10/24
Print [1] 24/22
prior [7] 3/18 8/9 8/19 15/13 15/17 21/14
 39/1
pro [1] 20/11
pro se [1] 20/11
problem [10] 10/4 32/6 38/14 38/16 50/1
 51/20 53/25 54/2 54/13 56/23
problematic [1] 41/25
problems [7] 10/7 21/23 24/17 50/12
 51/23 52/1 54/21
procedural [1] 12/5
procedures [3] 6/16 22/11 43/21
proceeding [2] 26/2 50/9
proceedings [12] 1/13 15/2 15/24 21/4
 29/5 29/6 33/22 33/24 35/10 40/9 57/3
 58/8
process [6] 4/11 18/20 20/2 20/24 35/6
 40/19
produce [11] 14/13 15/3 16/4 16/20 39/23
 41/4 41/14 41/23 43/14 43/16 52/5
produced [4] 15/10 53/18 53/22 53/24
producing [3] 14/25 16/15 53/22
production [5] 15/9 15/12 15/18 16/23
 49/3
proficiency [1] 18/24
program [1] 29/3
prolonged [2] 6/17 22/12
promised [1] 6/22
proof [1] 12/4
proper [1] 24/18
properly [1] 28/7
proposed [1] 21/17
protect [1] 7/14
protective [2] 16/3 16/5
proved [2] 4/20 4/23
provide [16] 12/9 12/10 13/2 13/11 14/23
 19/19 20/18 24/7 25/21 26/11 27/9 28/23
 31/14 42/20 52/13 56/11
provided [9] 18/19 19/21 26/18 34/19
 36/1 44/22 45/1 52/15 53/2
provides [3] 20/5 26/5 45/4
providing [10] 4/7 6/11 6/22 22/2 26/7
 27/6 37/12 45/3 45/6 45/15
provision [6] 4/19 6/6 7/5 7/12 7/19 7/21
 15/17 25/8 42/17
provisions [8] 15/4 15/8 15/9 15/11 15/16
 15/17 25/8 42/17
public [3] 15/23 15/24 40/16
pull [9] 16/17 37/1 40/12 40/21 41/12
 43/24 46/19 49/6 51/14
pulling [1] 46/20
purposes [1] 47/23
pursuant [1] 58/5
pursue [1] 38/19
pursue perjury [1] 38/19
pushing [1] 40/1
put [6] 10/12 11/1 24/21 24/25 47/19
 47/22
putting [2] 11/25 40/2

## Q

qualify [1] 13/17
queries [1] 16/19
question [5] 25/20 27/11 28/6 33/5 38/12
42/14
questions [5] 13/10 18/5 22/22 39/2
47/14
quick [1] 43/10
quickly [6] 3/10 3/17 18/6 44/18 45/24
50/4
quote [3] 6/1 8/5 9/9

## R

race [1] 10/9
raft [1] 39/20
raise [1] 16/21
raised [3] 5/16 25/13 31/15
raises [2] 13/9 29/24
rather [3] 18/18 36/2 36/18
rational [2] 44/11 48/8
reach [1] 52/3
reaches [1] 46/12
read [6] 7/21 10/25 25/14 25/15 26/13
35/11
readily [2] 4/24 12/2
reading [3] 7/4 10/6 31/25
real [1] 10/7
really [3] 17/22 32/5 33/15
reason [12] 10/24 14/24 16/22 21/16 24/6
27/1 31/14 31/23 43/17 43/20 47/9 56/15
reasonable [2] 25/18 53/6
reasonably [2] 19/22 31/7
reasoned [1] 9/6
reasoning [1] 10/3
reasons [2] 17/17 38/9
receipt [1] 25/18
receive [3] 10/15 19/13 49/10
received [3] 20/8 47/7 53/3
recently [1] 13/9
recognize [2] 50/8 50/13
recognized [1] 34/23
reconsider [1] 25/7
reconsideration [4] 27/14 28/3 28/4 42/18
recordings [20] 14/1 14/9 14/14 15/1 15/2
15/12 15/15 15/22 16/7 39/25 40/13
40/21 41/13 41/24 43/1 43/14 52/4 52/7
52/11 52/16
records [2] 16/5 40/9
red [1] 22/9
redact [3] 15/3 15/14 44/3
redacting [1] 40/17
reduce [1] 55/21
reflected [1] 23/14
refuse [1] 13/6
refused [2] 4/9 55/25
regard [9] 10/3 29/2 29/22 29/25 40/6
46/18 48/24 53/1 53/15
regarding [1] 16/11
regular [3] 14/20 14/23 45/9
regularly [2] 14/14 46/22
regulations [1] 58/10
reject [1] 22/2
rejected [5] 5/23 7/11 9/2 10/1 15/7
related [4] 16/18 40/4 42/23 44/6
relates [1] 16/10
relative [1] 33/3
relevant [2] 23/25 35/18
relief [3] 17/2 18/13 19/12
reluctant [1] 26/10
remain [2] 7/25 30/24
remedy [1] 6/22
remember [2] 38/9 38/10
reminded [1] 1/8
removal [15] 9/9 9/12 29/6 32/15 32/15

32/17 32/23 33/19 33/21 33/22 33/24
34/3 34/25 35/5 35/10
remove [7] 8/5 8/25 34/11 34/21 35/1
35/8 45/2
removed [3] 8/15 9/14 34/17
renders [2] 7/5 7/22
repatriation [1] 8/16
repeatedly [3] 15/21 37/10 41/15
replicated [1] 47/22
report [7] 13/8 13/12 39/1 39/1 39/3 39/4
55/3
reported [1] 58/7
Reporter [2] 1/19 58/15
REPORTER'S [1] 1/13
reports [3] 13/1 16/16 53/23
represent [2] 49/16 51/19
representation [6] 18/3 21/5 38/3 39/4
39/5 49/16
representations [2] 32/21 44/19
representative [2] 26/3 50/9
representatives [1] 32/4
represented [2] 14/16 26/2
request [12] 4/12 9/22 10/11 10/22 14/18
18/18 19/4 19/8 33/11 49/6 52/10 53/23
requested [4] 17/18 42/4 47/2 53/16
require [4] 25/16 48/15 49/9 52/10
required [8] 11/5 11/16 11/22 13/1 16/16
18/15 22/11 27/5
requirement [3] 25/17 28/21 30/3
requirements [1] 12/5
requires [3] 26/15 49/19 50/13
requiring [1] 4/10
resolve [3] 46/8 47/17 48/5
resolved [2] 46/6 46/14
resources [2] 4/21 11/24
respect [10] 13/20 16/7 17/8 18/13 25/16
27/24 43/12 44/16 49/4 49/11
respectfully [2] 4/12 53/23
respects [1] 4/4
respond [2] 25/2 44/18
responded [2] 44/25 46/5
RESPONDENT [1] 2/14
respondents [48] 3/13 4/2 4/13 4/15 5/9
5/14 5/16 5/25 6/2 6/9 6/10 6/20 6/24 7/6
8/3 8/18 8/23 9/3 9/16 10/18 11/1 11/3
11/11 11/19 12/7 12/21 12/25 13/13
15/19 16/14 17/4 17/9 19/6 20/4 21/16
21/18 21/22 22/5 22/18 25/18 25/21 30/5
43/13 44/15 46/21 48/25 49/19 52/13
respondents' [9] 3/25 4/22 4/25 5/23 10/9
11/10 12/2 16/25 18/2
response [3] 22/14 27/24 41/17
rest [1] 33/3
result [1] 11/6 36/2 46/13
resulted [1] 48/2
resulting [1] 46/3
return [1] 3/25
reverse [1] 30/11
review [15] 8/2 9/13 9/21 10/11 10/22
15/2 19/10 23/11 32/14 32/16 33/1 34/1
34/25 43/13 44/3
reviewed [1] 27/21
reviewing [1] 49/9
revise [1] 4/10
revised [1] 20/17
revisions [1] 21/21
right [19] 5/6 20/19 20/19 20/21 24/15
34/10 39/8 42/7 45/17 48/19 53/4 53/8
53/11 54/3 54/7 54/11 56/17 56/24 57/1
rights [10] 4/14 11/7 18/21 20/16 20/18
20/24 35/4 45/11 45/13 46/25
rigorous [1] 16/3
RNBx [1] 1/8
Rodriguez [16] 1/6 3/4 12/19 12/21 13/13

22/18 30/25 37/22 37/25 40/7 50/14
50/24 51/4 51/6 51/12 52/18
Romero [5] 9/3 9/4 10/7 10/24 46/7
room [2] 28/11 41/18
Rosenblum [1] 41/5
routinely [7] 14/19 34/21 45/10 45/12
46/3 46/21 49/23
rubric [1] 42/17
rule [1] 9/10
rules [2] 3/18 43/18
ruling [2] 9/24 15/6
rulings [1] 5/20
rush [1] 10/10

## S

said [12] 9/8 19/18 21/22 29/10 32/8
34/15 34/24 38/10 45/5 52/6 56/5 56/6
same [9] 12/9 12/22 14/22 15/7 15/8
15/11 37/2 45/21 49/25
sample [1] 44/15
sampling [4] 41/21 52/4 52/10 53/19
samplings [1] 44/10
sandbag [1] 37/1
satisfy [1] 42/1
say [21] 7/18 9/16 17/20 21/24 27/17
28/9 28/19 30/10 35/12 36/16 37/8 39/14
43/22 45/17 46/6 48/6 51/1 52/10 52/11
52/25 55/12
saying [11] 25/4 25/10 27/4 35/24 36/23
37/10 37/23 38/1 38/5 52/23 55/7
says [6] 19/20 27/1 29/16 38/21 44/2
51/4
sc.org [1] 2/7
scan [1] 49/20
schedule [2] 55/18 55/23
scheduled [4] 25/25 55/5 55/6 55/16
schedules [1] 13/14
scheduling [1] 18/14
scope [1] 29/23
se [1] 20/11
search [1] 16/17
second [7] 7/23 8/23 11/25 14/4 21/2
37/25 39/25
secret [1] 31/4
secretly [2] 28/20 42/13
Section [2] 2/16 58/5
Sections [1] 28/24
Security [2] 23/11 24/2
see [7] 7/16 16/8 47/17 51/5 51/20 51/20
51/25
seek [12] 3/25 4/24 5/4 11/14 16/20
23/17 23/18 34/6 36/8 36/9 38/18 39/21
seeking [6] 8/1 14/12 14/22 15/21 17/3
18/13 19/11 45/21 51/9
seem [2] 22/1 40/1
seems [7] 7/11 35/15 47/18 48/11 51/23
52/3 52/20
seen [1] 28/13
segment [2] 51/2 51/2
send [2] 10/19 12/23
sending [1] 40/2
sense [3] 37/5 39/12 48/11
sent [1] 17/9
separate [1] 46/24
series [1] 26/8
serious [1] 28/5
seriously [2] 24/9 24/10
Services [1] 37/16
set [8] 4/16 12/5 18/17 22/11 31/1 43/18
43/20 53/17
several [1] 51/22
shall [1] 25/21
shape [1] 27/3
SHEN [3] 2/9 3/8 3/9

**S**

should [8]  26/4 30/10 35/24 36/13 36/19
46/6 47/16 52/9
show [2]  24/6 42/1
showing [3]  34/20 47/10
side [4]  32/2 37/17 54/9 55/11
sides [1]  47/16
Sidley [1]  2/10
sidley.com [1]  2/12
sign [1]  38/21
signed [2]  18/1 18/3
similar [2]  24/21 55/13
simple [6]  24/25 36/20 40/1 40/14 47/21
50/20
simply [12]  13/24 14/22 16/18 19/11
20/17 31/10 32/20 35/24 36/16 40/14
51/17 52/20
since [3]  25/12 28/17 54/8
sincerely [2]  3/11 3/17
single [3]  41/20 51/1 51/12
sit [5]  12/18 40/23 47/16 51/24 53/5
sitting [1]  41/18
six [6]  6/18 30/16 30/22 30/25 33/25
37/24
six-month [2]  30/16 30/22
small [3]  31/22 33/2 37/2
so [54]  4/7 5/8 7/8 10/18 12/18 12/23
16/6 16/18 17/23 18/10 18/21 20/23
21/13 22/22 23/4 23/7 25/12 27/16 27/24
29/18 29/21 31/3 31/4 32/6 32/11 32/22
33/5 33/15 33/18 35/9 38/8 39/16 41/3
42/20 42/21 43/23 45/4 47/3 47/11 48/1
48/3 49/18 49/24 50/19 51/4 52/5 53/15
53/23 54/3 55/2 55/4 55/11 55/24 55/25
some [19]  7/7 8/15 13/22 14/2 16/2 22/13
26/9 26/12 27/2 35/15 36/2 38/9 44/9
47/10 48/2 49/8 50/13 53/6 56/23
somebody [6]  33/18 38/22 38/24 39/13
40/23 55/10
someone [5]  10/19 13/13 14/16 43/23
45/16
something [14]  24/21 35/7 36/8 36/12
36/15 40/17 41/6 43/9 44/11 47/19 47/21
49/22 51/24 52/3
sometimes [3]  10/16 40/22 40/23
sorry [7]  3/16 30/19 32/15 48/6 48/22
50/2 54/8
sort [4]  20/21 31/4 32/2 45/20
sorts [1]  45/21
sought [5]  11/9 16/10 17/2 19/6 48/23
sound [1]  15/5
sounds [3]  36/16 51/22 53/5
Southern [1]  2/5
specifically [3]  4/8 6/12 44/24
spell [2]  37/11 38/6
spreadsheet [4]  39/22 42/4 42/21 55/22
Spring [1]  1/20
staff [11]  40/20 41/14 41/18 42/25 50/22
51/5 51/13 51/17 52/19 55/2 55/18
stakeholders [1]  23/25
standard [1]  20/5
standards [2]  4/11 12/4
start [2]  23/7 43/11
starts [1]  9/10
state [2]  10/11 34/14
states [8]  1/1 2/15 8/17 18/25 19/23 44/3
58/6 58/10
Station [1]  2/17
status [9]  12/25 13/8 16/16 38/25 39/1
39/3 39/4 53/23 55/3
statute [4]  29/4 30/13 35/18 35/19
statutory [3]  35/18 36/3 46/14
stay [11]  9/12 9/22 9/22 10/22 23/17

23/18 32/16 33/11 33/12 34/6 34/23
Demographics [1]  58/7
steps [2]  10/24 25/18
still [3]  6/25 29/13 56/23
stop [1]  9/11
story [1]  52/8
Street [3]  1/20 2/5 2/10
strong [2]  42/2 42/2
stuff [3]  40/12 42/8 54/14
subject [5]  8/11 8/19 16/5 32/16 51/9
submit [6]  7/4 14/18 19/9 22/8 37/8 45/19
submitted [4]  21/17 21/18 41/4 44/17
subsequent [2]  33/7 47/10
sufficiency [1]  42/5
sufficient [2]  13/2 25/17
sufficiently [1]  52/8
suggest [2]  48/11 52/2
suggested [3]  8/21 46/9 46/19
summarily [1]  36/19
summary [8]  5/22 18/11 18/12 19/10 22/7
22/10 30/17 30/19
supplemental [2]  6/14 30/2
support [1]  10/5
supporting [1]  19/2
Supreme [1]  8/11
sure [6]  5/8 24/24 31/21 37/10 37/11
56/10
surely [1]  3/19
swoop [1]  10/12
system [7]  12/14 18/25 19/23 47/24
50/13 51/15 55/3

**T**

table [1]  41/6
tables [1]  33/2
take [16]  10/14 10/21 12/20 16/6 21/20
24/9 24/10 24/16 25/18 30/8 30/8 34/16
36/18 40/17 47/12 51/14
taken [1]  30/20
taking [2]  46/22 47/5
talk [3]  24/15 50/6 53/5
talking [1]  20/12
tapes [3]  43/23 44/12 48/2
tax [2]  41/14 43/2
teams [1]  47/16
tell [7]  12/16 29/15 39/9 41/11 43/5 45/10
52/8
telling [1]  26/22
terms [6]  4/13 7/12 11/7 11/24 16/5 24/11
territory [1]  36/17
TERRY [1]  1/4
than [17]  6/6 6/16 13/10 18/18 22/17
22/19 26/17 29/19 35/16 36/2 38/1 39/12
45/14 46/4 46/4 46/15 47/11
Thank [13]  3/7 3/9 3/14 3/23 5/7 18/9
21/10 21/12 43/7 54/6 56/25 57/1 57/2
that [429]
that's [28]  3/20 9/15 14/11 17/3 17/18
17/22 19/10 20/10 22/24 29/24 34/10
34/17 34/24 35/20 36/5 38/21 41/14 43/3
43/4 44/2 45/2 45/3 45/21 47/1 47/21
48/8 51/20 55/12
the already [1]  43/3
their [79]
them [55]  3/21 4/8 4/10 8/25 10/12 10/12
10/19 10/19 11/5 13/14 13/17 14/13 15/3
20/14 20/15 20/25 22/3 25/3 25/6 26/22
28/21 28/22 29/8 29/9 29/17 31/23 32/13
33/14 34/11 37/1 37/20 39/14 40/2 40/2
41/4 41/16 41/16 41/21 42/1 42/12 42/24
43/16 45/14 45/17 49/6 49/16 50/3 50/13
51/11 52/10 52/11 52/16 52/20 53/22
55/24
themselves [2]  12/3 12/8

then [29]  5/4 9/11 9/12 9/14 9/14 9/22
13/15 24/16 30/6 30/15 33/11 33/8 33/10
33/13 33/14 35/23 36/15 38/6 40/3 40/16
47/10 47/11 47/22 48/4 51/5 52/8 52/15
53/4 56/23
THEODORE [2]  2/15 3/12
theodore.atkinson [1]  2/19
there [85]
there's [12]  6/19 16/9 18/25 24/17 26/22
29/21 31/4 31/13 50/10 55/12 56/8 56/14
Therefore [3]  15/23 22/12 36/1
thereto [2]  4/23 47/8
these [41]  5/18 6/14 6/21 7/2 7/16 8/3
16/4 20/13 20/20 24/18 26/19 26/21
26/24 27/10 27/20 29/10 29/13 31/21
32/3 32/8 32/22 33/7 35/12 35/24 36/17
38/4 39/21 40/16 40/16 40/24 41/3 41/24
41/24 43/23 44/25 47/17 50/23 51/25
52/12 52/14 55/16
they [203]
they'll [1]  55/23
they've [10]  7/21 14/25 36/22 37/6 37/18
42/4 53/3 53/21 55/25 56/1
thing [10]  24/25 27/17 39/25 45/16 45/20
48/1 48/9 48/14 56/7 56/10
things [8]  24/18 25/9 41/3 42/14 44/21
47/20 53/13 54/13
think [46]  5/24 7/20 16/6 18/2 19/17
19/19 21/13 23/4 24/5 25/8 26/11 28/3
28/5 28/15 31/7 31/24 33/16 35/2 35/3
36/4 36/12 36/25 37/25 39/12 39/23 40/1
42/4 42/10 42/23 42/24 43/22 44/17
46/13 47/3 47/15 48/1 48/2 48/8 48/10
48/21 50/19 52/8 54/17 56/12 56/14
56/16
thinks [1]  36/14
third [4]  10/4 32/4 37/20 40/3
this [171]
those [27]  6/22 6/23 10/21 10/23 13/15
14/1 14/13 15/7 15/8 15/15 15/17 16/19
17/7 28/7 28/25 29/4 31/3 33/5 36/19
40/8 42/14 44/23 44/25 48/20 52/7 52/17
55/21
though [4]  34/8 37/19 37/24 39/18
thought [1]  19/12
thousands [1]  37/4
three [14]  4/3 4/8 5/14 7/9 8/6 9/21 17/2
24/8 24/14 24/17 28/17 28/19 39/21
41/12
through [11]  11/23 12/18 28/25 40/17
40/20 43/24 47/23 49/7 50/20 51/6 54/9
throw [1]  10/19
Thursday [2]  17/9 37/9
thus [1]  18/2
time [12]  4/21 11/24 12/9 12/22 20/6
22/10 26/1 37/3 37/4 40/17 47/10 51/14
Title [1]  58/6
TJH [1]  1/8
to come [1]  38/18
today [9]  8/22 11/18 15/8 24/1 32/21 38/8
45/1 53/21 54/10
together [4]  24/21 30/20 40/12 47/20
told [3]  33/18 39/9 41/15
too [6]  21/24 27/5 41/15 48/4 48/12 55/6
top [1]  23/9
track [1]  40/11
transcript [3]  1/13 58/7 58/9
trouble [1]  55/9
true [2]  27/18 58/6
trumped [1]  27/16
try [1]  15/14
trying [7]  29/13 36/25 39/13 39/13 42/15
42/16 46/19
turn [3]  5/4 18/6 28/5

**T**

turning [1] 45/24
turns [1] 48/4
two [16] 4/5 4/6 5/24 6/2 6/11 9/19 11/13 17/17 18/1 18/13 18/19 23/7 25/6 29/25 30/9 42/14
type [1] 45/16
typically [1] 49/12

**U**

U.S [2] 1/19 58/15
U.S.C [1] 28/24
ultimately [1] 9/13
unambiguous [1] 28/15
unambiguously [2] 19/4 19/25
uncover [1] 11/23
uncovered [2] 11/20 17/6
under [21] 6/16 6/25 8/24 9/23 9/24 11/7 11/16 13/14 15/3 15/25 18/4 26/24 28/24 29/4 30/13 31/5 37/22 37/22 42/17 46/11 47/13
understand [9] 3/18 23/19 26/20 32/3 36/25 40/14 47/2 50/15 52/22
understandable [1] 24/19
understandably [1] 26/11
understanding [4] 23/15 23/23 38/13 56/18
understands [1] 48/21
understood [3] 30/17 30/18 41/10
undoubtedly [1] 15/16
unequivocally [1] 28/9
unfamiliar [1] 19/22
unilaterally [1] 4/5
unintended [1] 35/20
Union [1] 2/4
UNITED [7] 1/1 2/15 8/17 18/25 19/23 58/6 58/10
unlawful [1] 11/3
unless [5] 18/5 22/22 47/13 51/5 51/11
unlikely [1] 7/11
unrelated [3] 12/19 39/23 42/5
until [1] 35/1
untimely [3] 28/2 28/3 42/19
up [13] 10/12 10/16 10/19 12/18 27/12 27/17 29/25 34/17 40/10 42/7 42/16 51/14 54/18
upcoming [2] 25/23 50/11
us [29] 7/1 11/4 11/10 11/17 12/9 13/2 13/25 16/24 17/10 22/1 23/14 26/21 28/23 35/15 36/11 37/6 41/23 43/6 43/18 44/7 45/4 47/4 49/7 49/19 52/13 52/18 53/19 56/3 56/20
usdoj.gov [1] 2/19
use [1] 22/18
using [1] 12/9
usually [1] 8/15

**V**

version [1] 9/15
versus [1] 3/4
very [21] 3/19 5/24 7/13 13/3 13/11 15/7 15/8 23/4 23/9 24/10 31/22 32/1 33/2 33/4 33/15 35/21 37/2 39/19 47/21 50/4 54/22
via [1] 8/2
view [8] 9/20 10/9 17/13 17/14 17/16 18/10 19/25 27/6
violated [4] 4/3 6/20 11/7 46/25
violating [2] 4/14 15/16
violation [6] 21/25 26/6 27/11 27/17 31/20 55/19
violations [3] 5/1 6/22 11/20
visa [1] 29/3

**W**

waiver [4] 29/3
walked [3] 27/2 27/3
want [25] 3/10 11/13 17/22 21/20 22/4 25/9 26/8 26/21 27/12 34/24 36/8 38/17 42/9 42/10 43/2 45/2 45/6 48/9 49/5 49/20 49/24 51/5 52/7 53/22 55/9
wanted [5] 3/17 24/6 43/4 44/18 46/17
wants [1] 46/8
warnings [1] 47/21
was [33] 5/12 7/9 7/14 8/7 8/8 8/9 8/10 8/21 9/2 9/4 11/3 18/10 18/15 19/12 22/7 22/21 26/11 26/19 27/2 28/18 28/21 29/7 29/21 31/14 31/24 32/4 35/4 38/1 38/13 53/9 54/16 54/21 54/23
Washington [3] 2/18 24/3 43/4
wasn't [1] 38/7
way [13] 10/2 12/14 12/16 13/25 14/2 22/1 27/2 27/5 35/15 36/16 51/7 52/20 56/2
ways [2] 32/19 53/6
wayside [1] 16/8
we [215]
we'd [5] 12/23 39/10 40/11 53/17 53/23
we're [3] 27/17 37/23 42/12
we've [26] 4/15 8/8 11/20 14/12 16/10 16/23 17/2 21/17 21/18 24/8 28/13 28/16 29/18 32/6 36/10 36/14 37/10 44/16 46/19 52/15 53/16 53/16 54/12 55/2 55/3 55/24
week [3] 10/17 31/17 31/19
weeks [2] 13/9 46/4
weighed [1] 26/17
well [28] 9/6 14/6 15/24 19/9 20/8 21/6 26/22 34/5 34/14 35/20 36/18 43/19 43/22 44/9 45/8 47/7 48/19 50/15 50/18 53/4 53/24 54/10 55/7 55/12 56/4 56/5 56/8 56/22
well-reasoned [1] 9/6
WEN [2] 2/9 3/8
wen.shen [1] 2/12
went [2] 18/14 28/25
were [31] 5/19 6/23 6/25 6/25 7/2 11/22 16/2 18/13 19/14 21/20 21/21 26/14 27/7 28/19 28/24 29/2 29/3 29/4 29/6 29/25 30/14 30/23 30/23 31/4 31/25 37/22 37/23 54/17 54/18 54/21 57/3
West [2] 2/5 2/10
WESTERN [1] 1/3
what [48] 6/16 12/17 14/11 17/13 20/15 20/15 20/18 20/24 24/8 24/15 25/16 26/5 26/8 26/11 26/15 27/4 27/4 27/25 28/5 28/14 31/18 32/5 32/22 33/5 34/3 36/10 37/2 39/20 42/10 42/11 44/2 44/9 44/10 44/17 44/23 44/25 45/14 47/25 48/13 50/6 52/5 52/12 52/22 54/4 55/2 55/11 55/17 56/6
what's [3] 12/24 17/22 44/6
whatever [1] 44/12
whatsoever [4] 11/4 16/15 16/22 21/23
when [22] 8/25 9/10 9/11 9/12 10/14 24/10 24/23 26/13 27/3 29/10 31/15 32/22 34/16 34/16 40/21 41/22 42/18 45/11 49/12 50/23 51/4 52/16
where [9] 7/16 9/10 10/10 23/6 23/9 35/4 40/19 41/22 51/25
whereby [1] 55/3
whether [10] 12/3 28/6 29/2 29/6 32/12 34/3 35/19 51/6 51/8 51/15
which [25] 5/9 9/24 12/1 14/2 14/14 16/23 18/15 29/5 30/13 32/11 32/19 33/1 34/12 38/17 39/3 39/22 40/1 40/9 41/13 46/11 46/23 47/2 51/12 55/1 56/4

who [35] 6/15 9/17 20/11 24/3 27/20 28/7 29/1 29/4 29/6 30/1 30/14 30/15 32/4 32/9 32/9 32/14 32/23 33/7 37/14 37/14 37/21 37/22 37/23 38/20 38/20 41/5 41/18 41/18 45/16 47/23 48/17 50/10 51/19 54/18
whole [1] 47/16
wholly [1] 12/12
whom [1] 6/7
whose [2] 7/24 8/13
why [19] 10/24 14/7 19/2 21/2 21/5 21/16 24/20 29/19 31/17 38/7 38/9 41/4 43/3 43/4 43/18 47/1 47/3 56/15 56/22
wide [1] 13/19
Wil [2] 1/19 58/14
Wilcox [1] 1/19 58/14
will [32] 3/19 3/21 4/16 12/17 16/24 22/23 24/16 32/8 33/12 38/11 38/15 39/1 39/3 39/5 39/8 40/17 40/20 42/1 42/11 44/11 44/11 45/4 47/11 47/12 47/14 49/20 52/12 53/11 53/19 55/21 55/23 56/15
willful [2] 24/13 29/21
WILLIAM [1] 2/15
willing [4] 38/15 42/20 44/15 45/1
window [3] 7/25 54/22 55/15
wish [1] 54/9
within [24] 7/25 8/4 9/17 27/14 28/8 29/6 29/12 29/17 30/6 31/13 31/17 31/19 33/4 33/25 34/8 35/13 35/19 35/25 37/15 37/17 48/18 51/16 52/17 55/8
without [7] 4/7 5/15 6/11 17/7 28/9 36/17 55/19
woman [1] 38/20
won [1] 31/9
won't [2] 47/8 55/24
wool [3] 37/1 46/19 46/21
work [9] 42/25 44/10 44/13 44/15 48/1 48/2 48/10 52/18 53/7
worked [2] 47/22 55/2
works [1] 12/15
would [26] 7/4 7/7 7/11 7/13 9/10 15/1 15/16 19/9 22/3 22/8 22/14 24/24 24/25 27/8 29/19 35/16 36/2 38/17 43/17 43/18 48/20 50/25 52/2 52/25 54/2 56/11
wouldn't [1] 48/12
write [1] 14/17
written [3] 6/6 25/22 26/12
wrong [3] 21/25 32/20 45/3

**Y**

yeah [2] 48/8 54/16
year [2] 5/13 15/6
years [3] 28/17 28/17 36/14
Yes [6] 14/10 19/17 21/3 38/11 43/10 50/21
yet [2] 44/22 50/6
you [94]
you're [1] 38/21
you've [3] 24/16 34/25 47/7
your [89]
Your Honor [1] 54/6
yourselves [1] 48/5

**Z**

Zadvydas [2] 8/11 8/19