# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **ORDER GRANTING RESPONDENTS' EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF [396]** <br><br> Hon. Terry J. Hatter, Jr. <br> Hearing: none requested |

For good cause shown, Respondents' Ex Parte Application for Leave to File a Supplemental Brief is GRANTED.

Respondents' Supplemental Brief that was submitted with Respondents' Ex Parte Application is hereby deemed filed.

Dated: Jan. 6, 2014

_____
Hon. Terry Hatter , Jr.
UNITED STATES DISTRICT JUDGE