OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

"Undeliverable Mail"

FILED
CLERK, U.S. DISTRICT COURT
JAN 24 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LA07CV03239 TJH - Ret - 402

TJH

JAN 13 2014
CENTRAL DISTRICT OF CALIFORNIA

JAN 13 2014
CENTRAL DISTRICT OF CALIFORNIA

U.S. POSTAGE
ZIP 90012
$001.12

Date Transmitted:       1/6/2014 12:52:52 PM

2:07-cv-03239   Doc: 400

Frederick   Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:         1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Order on Ex Parte Application for Leave
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing.  However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered  on 1/6/2014 at 12:48 PM PST and filed
on 1/6/2014

Case Name:
Alejandro Rodriguez v. James Hayes et al
Case Number:<A HREF=https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?389049>
2:07-cv-03239-TJH-RNB

Filer:

Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/031118149349?caseid=389049&de_seq_num=1442&magic_num=MAGIC&pdf_toggle_possible=1
>400

Docket Text:

ORDER GRANTING RESPONDENTS' EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF  [396] by Judge Terry J. Hatter, Jr: For good cause shown, Respond's Ex Parte Application for Leave to File a Supplemental Brief is GRANTED. Respondents' Supplemental Brief that was submitted with Respondent's Ex Parte Application is hereby deemed filed. (bp)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:

Michael K T Tan        mtan@aclu.org

Sean A Commons        laefilingnotice@sidley.com, scommons@sidley.com

Robert Ira Lester	lillian.alvatia@usdoj.gov, usacac.civil@usdoj.gov, jacqueline.winkler@usdoj.gov, robert.lester@usdoj.gov

Wen W Shen	wen.shen@sidley.com

Nicole R Prairie	nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young	stacey.young@usdoj.gov

Peter J Eliasberg	peliasberg@aclu-sc.org, clebano@aclu-sc.org

Hans Chen	hans.h.chen@usdoj.gov

Steven A Ellis	scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, casematters@goodwinprocter.com

Sarah S Wilson	sarah.s.wilson@usdoj.gov

Erez Reuveni	erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman	gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jayashri Srikantiah	athrall@law.stanford.edu, jsrikantiah@law.stanford.edu

Theodore William Atkinson	theodore.atkinson@usdoj.gov

Cecillia D Wang	cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org

Dorothy Kim	usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy   Rabinovitz        mvillarr@aclu.org, jrabinovitz@aclu.org,
mtan@aclu.org

Ahilan T Arulanantham     gtien@aclu-sc.org, aarulanantham@aclu-sc.org

2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :

William   Tran
Sidley Austin
555 West Fifth Street    Suite 4000
Los Angeles CA 90013-1010
US

Gjon   Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street    Suite 400
Los Angeles CA 90013-1010
US

Frederick   Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Adriana   Betanco-Vondriska

ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.,* <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **ORDER GRANTING RESPONDENTS' EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF [396]** <br><br> Hon. Terry J. Hatter, Jr. <br> Hearing: none requested |

For good cause shown, Respondents' Ex Parte Application for Leave to File a Supplemental Brief is GRANTED.

Respondents' Supplemental Brief that was submitted with Respondents' Ex Parte Application is hereby deemed filed.

Dated: Jan. 6, 2014

_____
Hon. Terry Hatter, Jr.
UNITED STATES DISTRICT JUDGE