# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### U.S. COURTHOUSE, ROOM G8
### LOS ANGELES, CALIFORNIA 90012

## OFFICIAL BUSINESS



Undeliverable Mail

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LA07CV03233 TJH Ref 393



RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 2 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TJH

2:07-cv-03239  Doc: 393

Frederick  Ngaywa
PrisonerID A 95 722 629
PO Box 6005
Adelanto, CA    92301
US

Number of Pages:          1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rod
riguez v. James Hayes et al Order on Motion for Order
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF
system.

Please DO NOT RESPOND to this e-mail because the mail box is
unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the
United States policy permits attorneys of record and partie
s in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if r
eceipt is required by law or directed by the filer. PACER ac
cess fees apply to all other users.  To avoid later charges,
download a copy of each document during this first viewing.
However, if the referenced document is a transcript, the fr
ee copy and 30 page limit do not apply.


UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT
OF CALIFORNIA
Notice of Electronic Filing


The following transaction was entered  on 12/10/2013 at 3:30
PM PST and filed
on 12/9/2013


Case Name:
Alejandro Rodriguez v. James
Hayes et al
Case Number:<A
HREF=https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?389049>
2:07-cv-03239-TJH-RNB

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031118028302?case
id=389049&de_seq_num=1419&magic_num=MAGIC&pdf_toggle_possibl
e=1
>393
```

Docket Text:

MINUTES OF PETITIONER'S MOTION
FOR COMPLIANCE [367] held before Judge Terry J. Hatter, Jr.
Following discussions
with the parties, the Court will allow the  parties to furth
er meet and confer
re the various issues in this motion. The motion is submitte
d pending the
parties proposed  order to the Court for consideration.  Cou
rt Reporter:
Wil Wilcox.(lom)

2:07-cv-03239-TJH-RNB Notice has been electronically mailed
to:

Michael K T Tan      mtan@aclu.org

Sean A Commons      laefilingnotice@sidley.com, scommons@sidl
ey.com

Robert Ira Lester   lillian.arrat.el@usdoj.gov, usacac.criminal@usdoj.gov,
jacqueline.winkler@usdoj.gov, robert.lester@usdoj.gov

Wen W Shen   wen.shen@sidley.com

Nicole R Prairie   nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov

Stacey Ilene Young   stacey.young@usdoj.gov

Peter J Eliasberg   peliasberg@aclu-sc.org, clebano@aclu-sc.org

Hans  Chen   hans.h.chen@usdoj.gov

Steven A Ellis   scrobinson@goodwinprocter.com, sellis@goodwinprocter.com,
casematters@goodwinprocter.com

Sarah S Wilson   sarah.s.wilson@usdoj.gov

Erez  Reuveni   erez.r.reuveni@usdoj.gov

Michael Bryan Kaufman   gtien@aclu-sc.org, mkaufman@aclu-sc.org

Jayashri  Srikantiah   athrall@law.stanford.edu, jsrikantiah@law.stanford.edu

Theodore William Atkinson   theodore.atkinson@usdoj.gov

Cecillia D Wang   cwang@aclu.org, irptempl@aclu.org, lfernandez@aclu.org

Dorothy  Kim   usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy Rabinovitz    mva jrabinovitz@aclu.org, mtan@aclu.org
org,
mtan@aclu.org


Ahilan T Arulanantham        gtien@aclu-sc.org, aarulanantham@a
clu-sc.org




2:07-cv-03239-TJH-RNB Notice has been delivered by First Cla
ss U. S. Mail
or by other means BY THE FILER to :



William  Tran
Sidley Austin
555 West Fifth Street    Suite 4000
Los Angeles CA 90013-1010
US

Gjon  Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street    Suite 400
Los Angeles CA 90013-1010
US

Frederick  Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Adriana  Betanco-Vondriska
ACLU of Southern California

1313 West 8th Street
Los Angeles CA 90017

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-3239-TJH(RNBx) | Date | DECEMBER 9, 2013 |
|---|---|---|---|
| Title | ALEJANDRO RODRIGUEZ, ET AL v. JAMES HAYES, ET AL | | |

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Wil Wilcox |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ahilan Aruluanantham<br>Michael Kaufman<br>Wen w. Shen | Theodore Atkinson, US DOJ |

**Proceedings:**    PETITIONER'S MOTION FOR COMPLIANCE [367]

The case is called and counsel state their appearance. The Court and counsel confer.

Following discussions with the parties, the Court will allow the parties to further meet and confer re the various issues in this motion. The motion is submitted pending the parties proposed order to the Court for consideration.

IT IS SO ORDERED.

cc: all parties

1:07