STUART F. DELERY
Assistant Attorney General
Civil Division
COLIN KISOR
Deputy Director, Office of Immigration Litigation
District Court Section
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorney

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>    Petitioners,<br><br>vs.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*,<br><br>    Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**RESPONDENTS' SECOND STATUS REPORT ON IMPLEMENTATION OF THE AUGUST 6, 2013 FINAL ORDER AND PERMANENT INJUNCTION**<br><br>Hon. Terry J. Hatter, Jr. |

Respondents submit the following status report on the implementation of this Court's August 6, 2013 Order, Judgment and Permanent Injunction.

## ACCOMPANYING SPREADSHEET

Respondents are contemporaneously sending by e-mail to counsel for Petitioners, and will file under seal with this Court, an Excel spreadsheet containing information about the bond hearings that have been held under both the preliminary and permanent injunction. The spreadsheet also contains information on bond hearings held since Respondents filed their previous status report, and including information up to January 10, 2014. The spreadsheet also provides updated

1  information with respect to aliens previously identified in the first status report
2  spreadsheet, but for whom information was not available or who have had
3  developments in their proceedings requiring reporting.
4       The spreadsheet contains information on 760 bond hearings held between
5  August 6, 2013 (the date of the permanent injunction) and January 10, 2013.  The
6  spreadsheet provides information required under the permanent injunction, as well as
7  other information not required by the permanent injunction, but which Respondents
8  have agreed to provide, including certain information regarding the posting of bond,
9  release date, the last known address for each alien released on bond, and other
10 information.
11      Respondents make the following notes regarding the information in the
12 spreadsheet:
13      1.    The date of the bond hearing is the date the bond hearing was completed.
14 In some cases, aliens or counsel for the Government will request a brief continuance
15 at the initial bond hearing.  The date reported is the date the hearing was completed.
16      2.    In instances where it is noted that an appeal has been taken, a "Y"
17 notation may mean that the alien has reserved appeal, but in some cases an alien may
18 not take an appeal.  In other cases where a "Y" notation is made but there is no appeal
19 information, an appeal has been filed, but the Board of Immigration Appeals has not
20 yet issued a decision.  Respondents also note that in a certain number of cases,
21 information on the outcome of the appeal cannot be readily determined without review
22 of the record of proceedings.  Respondents are in the process of reviewing those
23 records to complete the information.  In each case, the appeal information will be
24 updated in future status reports.
25      3.    In the first spreadsheet, bond outcomes were noted in a number of cases
26 with the entries "no jurisdiction," "no action," or "other."  In November and
27 December 2013, the Executive Office of Immigration Review ("EOIR") and the
28 immigration court staff worked to implement a more detailed reporting system.  Under

that system, immigration judges and court staff are provided with a method for reporting more detailed information by entering specific codes indicating the outcome of a bond hearing. These improvements allow Respondents to provide more complete information in the quarterly spreadsheets.

## PETITIONERS' COMPLIANCE MOTION
## AND NEGOTIATIONS BETWEEN THE PARTIES

On December 9, 2013, this Court heard argument on Petitioners' motion for compliance. At the conclusion of that hearing, the Court instructed the parties to negotiate certain issues and ordered the parties to submit a proposed order following those negotiations.

Although the parties were able to agree on several issues, they were unable to resolve certain issues concerning (1) information to be contained in the quarterly spreadsheet accompanying the Respondents' status reports; and (2) the scope and meaning of the Court's comments from the bench regarding a category of aliens the Court indicated should be included in the class. The parties submitted a proposed order to this Court on December 23, 2013. That proposed order was submitted to chambers, but Respondents erred in filing a copy through this Court's ECF/CM system. Respondents are contemporaneously filing a notice of filing of that proposed order.

The parties have also been negotiating a revised notice to be sent to aliens scheduled for a bond hearing under the permanent injunction. Respondents sent a draft proposal to Petitioners, who have sent back a counter-proposal. That counter-proposal is being reviewed by Respondents at this time. Respondents intend to respond to Petitioners' counter-proposal by January 31. The parties expect to complete negotiations shortly thereafter, and raise the matter with the Court if they cannot agree on a revised notice.

Date: January 28, 2014

STUART F. DELERY
Assistant Attorney General
Civil Division
COLIN KISOR
Deputy Director, Office of Immigration Litigation
District Court Section
*/s/ Theodore W. Atkinson*
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation,
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4135
theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorney

Attorneys for Respondents

# CERTIFICATE OF SERVICE

I certify that on January 28, 2014, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
United States Department of Justice