STUART F. DELERY
Assistant Attorney General
Civil Division
COLIN KISOR
Deputy Director, Office of Immigration Litigation
District Court Section
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    theodore.atkinson@usdoj.gov
SARAH S. WILSON
Trial Attorney

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **NOTICE OF FILING UNDER SEAL** <br><br> Hon. Terry J. Hatter, Jr. |

Respondents hereby notify the Court and class counsel for Petitioners that on January 29, 2014, in accordance with this Court's August 6, 2013 Order, Final Judgment and Permanent Injunction ("Order") (ECF No. 353), Respondents are filing under seal the spreadsheet accompanying the Second Status Report, in accordance with this Court's procedures for filing documents under seal and the Order.

| | |
|---|---|
| Date: January 29, 2014 | Respectfully submitted,<br><br>STUART F. DELERY<br>Acting Assistant Attorney General<br>Civil Division<br>DAVID J. KLINE<br>Director, Office of Immigration Litigation<br>District Court Section<br>*/s/ Theodore W. Atkinson*<br>THEODORE W. ATKINSON<br>United States Department of Justice<br>Office of Immigration Litigation,<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Phone: (202) 532-4135<br>theodore.atkinson@usdoj.gov<br>SARAH S. WILSON<br>Trial Attorney<br><br>Attorneys for Respondents |

# CERTIFICATE OF SERVICE

I certify that on January 29, 2014, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

*/s/  Theodore W. Atkinson*
Theodore W. Atkinson
United States Department of Justice