Name & Address: Andre Birotte, Jr., U.S. Attorney, Leon W. Weidman, AUSA, Chief, Civil Division, Robert I. Lester Miller, AUSA, Room 7516, Federal Building, 300 N. Los Angeles, Street, Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALEJANDRO RODRIGUEZ, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | NO. LACIV 07-3239 |
| v. | |
| TIMOTHY ROBBINS, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Excel Spreadsheet -- Supplemental Spreadsheet to January 28, 2014 Status Report

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Excel Spreadsheet -- Supplemental Spreadsheet to January 28, 2014 Status Report

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  August 6, 2013

☑ Manual Filing required (*reason*):
Court order of August 6, 2013 requiring filing under seal of quarterly spreadsheet required by permanent injunction.

| February 7, 2014 | AUSA Robert I. Lester /S/ |
|---|---|
| Date | Attorney Name |
| | Defendant |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).