STUART F. DELERY
Assistant Attorney General
Civil Division
COLIN KISOR
Deputy Director, Office of Immigration Litigation
District Court Section
SARAH S. WILSON
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4700
    Sarah.S.Wilson@usdoj.gov
THEODORE ATKINSON
U.S. Department of Justice

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **EX PARTE APPLICATION TO FILE REPLY IN SUPPORT OF SUPPLEMENTAL STATUS REPORT ON IMPLEMENTATION OF THE AUGUST 6, 2013 FINAL ORDER AND PERMANENT INJUNCTION** <br><br> Hon. Terry J. Hatter, Jr. |

    Respondents hereby request that this Court enter an Order granting Respondents leave to file the accompanying Reply in Support of Supplemental Status Report on the Implementation of the August 6, 2013 Final Order and Permanent Injunction. *See* Exhibit 2.

    There is good cause for Respondents' reply brief. On April 4, 2014, Respondents filed a Supplemental Report on the Implementation of this Court's August 6, 2013 Order and Permanent Injunction detailing changes in Respondents' procedures for ensuring class counsel's receipt of Rodriguez bond hearing notices.

1  *See* ECF No. 412.  On April 9, 2014, without seeking leave from the Court to file
2  additional briefing, Petitioners filed a response to Respondents' supplemental status
3  report in which Petitioners again requested that the Court modify the injunction to
4  require the production of burdensome compliance discovery.  *See* ECF No. 413.
5  Although the parties had previously discussed some of the issues raised in Petitioners'
6  response, other alleged calculation discrepancies were brought to Respondents'
7  attention for the first time by email only days prior to Petitioners' filing.  *See* Exhibit
8  1, Declaration of Sarah S. Wilson ("Wilson Decl.") at ¶ 2.  Accordingly, Respondents
9  now seek leave to file the attached reply brief to respond to Petitioners' incorrect
10 calculations, defend the supplemental report, and oppose Petitioners' renewed request
11 for burdensome compliance discovery.

12     On April 15, 2014, the parties conferred by telephone. Petitioners' counsel
13 indicated that Petitioners would oppose the ex parte application absent Respondents'
14 advanced agreement not to oppose a later ex parte by Petitioners to file a surreply
15 brief on this issue.  Wilson Decl. at ¶ 3.  Respondents declined to grant their advanced
16 consent and suggested that the parties discuss Petitioners' need for a surreply after
17 Petitioners had the opportunity to review Respondents' reply brief.  *Id*.  As a result,
18 Petitioners indicated that they oppose this ex parte application.

| | |
|---|---|
| Date: April 16, 2014 | STUART F. DELERY<br>Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice<br>COLIN KISOR<br>Acting Director<br>Office of Immigration Litigation<br>District Court Section<br><br>*/s/ Sarah S. Wilson*<br>SARAH S. WILSON<br>Trial Attorney<br>United States Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Phone: (202) 532-4700<br>Sarah.S.Wilson@usdoj.gov<br><br>THEODORE ATKINSON<br>U.S. Department of Justice<br><br>Attorneys for Respondents |

# CERTIFICATE OF SERVICE

I certify that on April 16, 2014, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

*/s/ Sarah S. Wilson*
SARAH S. WILSON
United States Department of Justice

4