# EXHIBIT 1: Declaration of Sarah S. Wilson

1  STUART F. DELERY
   Assistant Attorney General
2  Civil Division
   COLIN KISOR
3  Acting Director, Office of Immigration Litigation
   District Court Section
4  SARAH S. WILSON
   Trial Attorney
5  Georgia Bar No. 212212
   P.O. Box 868, Ben Franklin Station
6  Washington, DC 20044
   Phone: (202) 532-4700
7  sarah.s.wilson@usdoj.gov

8  Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **DECLARATION OF SARAH S. WILSON** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | |
| Respondents. | |

**DECLARATION OF SARAH S. WILSON**

1. I am an attorney for the United States Department of Justice and counsel in this action. I make the following declaration in support of Respondents' ex parte application to file a reply brief.

2. On April 4, 2014, Respondents filed a Supplemental Report on the Implementation of this Court's August 6, 2013 Order and Permanent Injunction. Later that day, Petitioners' counsel notified Respondents of their intention to file a response to the supplemental report "in due course." ECF No. 413-2 at 12 (Exhibit D). At that time, Petitioners again raised the issue of missing notices and database information with Respondents and suggested for the first time that the number of

missing notices and database entries exceeded the number Respondents previously represented to Petitioners in prior correspondence and to the Court in the supplemental report.  Without any further communication between counsel, Petitioners filed a response to the report on April 9, 2014.

3. On April 14, 2014, I emailed Petitioners' counsel Michael Kaufman and notified him of Respondents' intention to file this ex parte application.  On April 15, 2014, the parties conferred on the motion by telephone.  Petitioners indicated that they planned to oppose the ex parte application absent Respondents' advanced agreement not to oppose a later ex parte by Petitioners to file a surreply brief on this issue. Respondents declined to grant their advanced consent and suggested that the parties discuss Petitioners' need for a surreply after Petitioners had the opportunity to review Respondents' reply brief.  As a result, Petitioners indicated that they would oppose this ex parte application.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 15, 204                         */s/ Sarah S. Wilson*
                                              SARAH S. WILSON

2