# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **[PROPOSED] ORDER ON RESPONDENTS' REPLY IN SUPPORT OF SUPPLEMENTAL STATUS REPORT ON IMPLEMENTATION OF THE AUGUST 6, 2013 FINAL ORDER AND PERMANENT INJUNCTION** <br><br> Hon. Terry J. Hatter, Jr. |

For good cause shown, Respondents' Ex Parte Application for Leave to File a Reply in Support of Supplemental Status Report is GRANTED.

Respondents' Reply Brief that was submitted with Respondents' Ex Parte Application is hereby deemed filed.

Dated: _____

Hon. Terry Hatter , Jr.

UNITED STATES DISTRICT JUDGE