AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

*Attorneys for Petitioners*
(Additional Counsel listed on following page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, for themselves and on behalf of a class of similarly-situated individuals, <br><br> Petitioners, <br><br> v. <br><br> ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Homeland Security; THOMAS G. SNOW, Acting Director, Executive Office for Immigration Review; TIMOTHY ROBBINS, Field Office Director, Los Angeles District Immigration and Customs Enforcement; WESLEY LEE, Officer-in-Charge, Mira Loma Detention Center; et al.; RODNEY PENNER, Captain, Mira Loma Detention Center; SANDRA HUTCHENS, Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; CAPTAIN DAVIS NIGHSWONGER, Commander, Theo Lacy Facility; CAPTAIN MIKE KREUGER, Operations Manager, James A. Musick Facility; ARTHUR EDWARDS, Officer-in-Charge, Santa Ana City Jail; RUSSELL DAVIS, Jail Administrator, Santa Ana City Jail, <br><br> Respondents. | Case No. CV-07-3239-TJH (RNBx) <br><br> **PETITIONERS' NOTICE OF NON-OPPOSITION TO RESPONDENTS' EX PARTE APPLICATION** <br><br> Honorable Terry J. Hatter, Jr. |

JUDY RABINOVITZ
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0779
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

In light of the content of Respondents' supplemental brief, Petitioners now consent to the Court granting Respondents' ex parte application because the supplemental brief supports Petitioners' argument for enhancing the monitoring provisions of the permanent injunction. *See* Dkt. 414; L.R. 7-16. Specifically, Respondents nowhere deny that they (1) made inaccurate representations to the Court in opposition to the Motion for Compliance [Dkt. 367]; and (2) failed to correct the record in their most recent status report [Dkt. 412]. Indeed, Respondents freely admit that their noncompliance would have remained undiscovered but for research undertaken by class counsel. Equally troubling, Respondents have only now acknowledged that they were understaffed and lacked a "standardized process" sufficient to comply with the Court's orders until sometime after October 23, 2013. If so, then Respondents should have notified Petitioners and the Court promptly, rather than leave compliance (and discovery of noncompliance) to chance. As a result, Petitioners continue to request additional information to ensure that any additional compliance concerns can be promptly discovered and addressed, rather than being forced to peel away layers of the onion over multiple rounds of briefing.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: April 18, 2014

 s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners

1

201175936v.1