UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | [PROPOSED] ORDER ON RESPONDENTS' REPLY IN SUPPORT OF SUPPLEMENTAL STATUS REPORT ON IMPLEMENTATION OF THE AUGUST 6, 2013 FINAL ORDER AND PERMANENT INJUNCTION |
| vs. | |
| TIMOTHY S. ROBBINS, in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al., | |
| Respondents. | Hon. Terry J. Hatter, Jr. |

414

For good cause shown, Respondents' Ex Parte Application for Leave to File a Reply in Support of Supplemental Status Report is GRANTED.

Respondents' Reply Brief that was submitted with Respondents' Ex Parte Application is hereby deemed filed.

Dated: April 25, 2014

_____
Hon. Terry Hatter, Jr.
UNITED STATES DISTRICT JUDGE