STUART F. DELERY
Assistant Attorney General
Civil Division
COLIN KISOR
Acting Director, Office of Immigration Litigation
District Court Section
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    Theodore.atkinson@usdoj.gov
SARAH S. WILSON
EREZ R. REUVENI
Trial Attorneys

Attorneys for Respondents

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **RESPONDENTS' THIRD STATUS REPORT ON IMPLEMENTATION OF THE AUGUST 6, 2013 FINAL ORDER AND PERMANENT INJUNCTION** <br><br> Hon. Terry J. Hatter, Jr. |

Respondents submit the following status report on the implementation of this Court's August 6, 2013 Order, Judgment and Permanent Injunction.

## ACCOMPANYING SPREADSHEETS

Respondents are contemporaneously sending by e-mail to counsel for Petitioners, and will file under seal with this Court, two Excel spreadsheets. The first contains information about the bond hearings that have been held under the permanent injunction. The spreadsheet also contains information on bond hearings held since Respondents filed their previous status report, and including information up to April 10, 2014. The spreadsheet also provides updated information with respect to aliens

identified in previous status report spreadsheets or to whom notices were sent, but for whom information was not available or who have had developments in their proceedings requiring reporting.

There is one informational note about the first spreadsheet: in some rows, there are more than one date listed for "Bond Hearing Date." The first date is the first scheduled hearing date, and later dates are dates to which the hearings were continued.

The second spreadsheet lists approximately 100 entries. These are the instances in which Petitioners received a notice, but previous spreadsheets did not list bond hearing information. Of the approximately 100 entries, approximately 10 entries contain missing information. This is because the Executive Office for Immigration Review ("EOIR") recently suffered a catastrophic failure of its database servers, as was reported in the media. Accordingly, EOIR could not do a search of the active database to complete certain entries. In other cases, the A-number list provided by class counsel contained numbers for which no data was present in the database. This indicates that the A-number was transposed on class counsel's list.

**OUTSTANDING MOTION FOR COMPLIANCE MATTERS**

On December 9, 2013, this Court heard argument on Petitioners' motion for compliance. At the conclusion of that hearing, the Court instructed the parties to negotiate certain issues and ordered the parties to submit a proposed order following those negotiations.

One of the issues to be negotiated was a revised notice to be sent to aliens scheduled for a bond hearing under the permanent injunction. The parties have agreed on language for the revised notice and are in the process of finalizing a proposed order for this Court that would authorize its use. Respondents expect that a proposed order will be filed by May 15.

Another issue the Court asked the parties to address is the representation that Petitioners sought identifying categories of aliens to whom Respondents are not providing bond hearings. Respondents had provided an identification of those

categories of aliens in a letter to class counsel on December 3, 2013. At the December 9 hearing, Petitioners requested that the Court order Respondents to file a declaration identifying those alien categories, but the Court agreed that Respondents could instead make a representation in a report to the Court identifying those categories of aliens. On April 23, 2014, Petitioners' counsel provided Respondents with proposed language for inclusion in this report. Respondent client agency counsel are currently reviewing the language of those representations to ensure accuracy. Unfortunately, that review could not be completed in time to allow inclusion of the representation in this report. However, Respondents will make the representation in a supplemental report by May 15.

Date: April 28, 2014

STUART F. DELERY
Assistant Attorney General
Civil Division
COLIN KISOR
Acting Director, Office of Immigration Litigation
District Court Section
THEODORE W. ATKINSON
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4135
    Theodore.atkinson@usdoj.gov
SARAH S. WILSON
EREZ R. REUVENI
Trial Attorneys

Attorneys for Respondents

# CERTIFICATE OF SERVICE

I certify that on April 28, 2014, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

*/s/  Theodore W. Atkinson*
Theodore W. Atkinson
United States Department of Justice