# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF(S),<br>v.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>NOTICE OF REASSIGNMENT OF CASE |

To: ALL COUNSEL APPEARING OF RECORD

☐

☐ In accordance with the Court's policy pertaining to the assignment of 8 U.S.C. § 1326 case related to a prior matter, case no. _____

☐ all further proceedings;
☐ any discovery matters that are or may be referred by the District Judge;
☐ any matters that are referred pursuant to General Order 05-07.
☐ other: _____

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge so that the case number will read: _____ . This is very important because documents are routed to the assigned judge by means of these initials.

Clerk, U.S. District Court

Date _____   By _____
                                Deputy Clerk

cc:   ☐ *Previous Judge*   ☐ *Statistics Clerk*

G-41 (04/14)                    NOTICE OF REASSIGNMENT OF CASE