STUART F. DELERY
Assistant Attorney General
Civil Division
COLIN KISOR
Acting Director, Office of Immigration Litigation
EREZ REUVENI
Trial Attorney
United States Department of Justice
Office of Immigration Litigation,
District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 307-4293
    Facsimile: (202) 616-8962
    Email: erez.r.reuveni @usdoj.gov
SARAH S. WILSON

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Custom Enforcement, Los Angeles District Field Office Director*, *et al.*,<br><br>Defendants. | No. cv 07-3239-TJH (RNBx)<br><br>**RESPONDENTS' FOURTH STATUS REPORT ON IMPLEMENTATION OF THE AUGUST 6, 2013 FINAL ORDER AND PERMANENT INJUNCTION**<br><br>Hon. Terry J. Hatter, Jr. |

    Respondents submit the following status report on the implementation of this Court's August 6, 2013 Order, Judgment, and Permanent Injunction.

## ACCOMPANYING SPREADSHEETS

    Respondents are contemporaneously sending by e-mail to counsel for Petitioners, and will file under seal with this Court, an Excel spreadsheet that contains

information about the bond hearings that have been held under the permanent injunction since Respondents filed their previous status report, and including information up to July 11, 2014.

There is one informational note about the spreadsheet: in some rows, there is more than one date listed for "Bond Hearing Date." The first date is the first scheduled hearing date, and later dates are dates to which the hearings were continued.

## **OUTSTANDING MOTION FOR COMPLIANCE MATTERS**

On December 9, 2013, this Court heard argument on Petitioners' motion for compliance. At the conclusion of that hearing, the Court instructed the parties to negotiate certain issues and ordered the parties to submit a proposed order following those negotiations.

One of the issues to be negotiated was a revised notice to be sent to aliens scheduled for a bond hearing under the permanent injunction. The parties agreed to language for the revised notice and submitted a proposed order for this Court that would authorize its use on May 15. That issue remains pending before the Court.

Another issue the Court asked the parties to address is the representation that Petitioners sought identifying categories of aliens to whom Respondents are not providing bond hearings. The Court asked Respondents to make a representation in a subsequent status report identifying those categories of aliens. Respondents submitted these representations in a supplemental report dated May 15. Since that filing, the parties have discussed the representations in the filing further and, save for one pending disagreement discussed in the following paragraph, are currently in agreement as to what categories of aliens do not receive bond hearings as part of implementation of this Court's permanent injunction. Those categories are articulated in Respondents' May 15, 2014 filing.

The parties continue to disagree whether aliens who have received an administratively final order of removal, but who have not filed a petition for review (but have 30 days to do so) fall within the class definition and cannot be removed.

This Court has indicated that they are in the class; but it has not indicated whether they may be removed during this period. That issue remains pending before this Court and a proposed order resolving that dispute has been under consideration by this Court since January 2014. While this matter remains under advisement, Respondents have agreed to provide *Rodriguez* bond hearings to alien detainees who have an administratively final order of removal, no judicial impediment to removal, but the time to file a petition for review has not lapsed.[1]

Dated: July 28, 2014

STUART F. DELERY
Assistant Attorney General
Civil Division

COLIN KISOR
Acting Director,
Office of Immigration Litigation
District Court Section

/s/ Erez Reuveni
EREZ REUVENI
Trial Attorney
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-4293
Fax: (202) 616-8962
Email: erez.r.reuveni@usdoj.gov

SARAH S. WILSON
Trial Attorney

*Attorneys for Defendants*

---

[1] The parties have discussed whether aliens who are in this general category, but then receive a bond hearing, and are granted bond, may be removed pending the Court's resolution of this issue. Respondents await suggested language to that effect from Petitioners, and once agreement is reached, Respondents will update the Court.

# CERTIFICATE OF SERVICE

I certify that on July 28, 2014, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

/s/ Erez Reuveni
EREZ REUVENI
Trial Attorney
United States Department of Justice