**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 06 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, for themselves and on behalf of a class of similarly-situated individuals; et al., <br><br> Petitioners - Appellees, <br><br> v. <br><br> TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al., <br><br> Respondents - Appellants. | No. 13-56706 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, Los Angeles <br><br> ORDER  |
| ALEJANDRO RODRIGUEZ, for themselves and on behalf of a class of similarly-situated individuals; et al., <br><br> Petitioners - Appellants, <br><br> v. <br><br> TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al., <br><br> Respondents - Appellees. | No. 13-56755 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, Los Angeles |

RECEIVED
CLERK, U.S. DISTRICT COURT
8/6/14
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MAT\_\_\_\_ DEPUTY

Cag/07/07/14/Appellate Commissioner

Before: Peter L. Shaw, Appellate Commissioner.

The respondents' unopposed motion for leave to file an oversize first brief on cross-appeal is granted. The Clerk shall file the previously submitted brief.

The current briefings schedule continues to govern as to the remaining briefs.