

Frederick   Ngaywa A95722629

PO Box 6005
Adelanto, CA 92301

------------------------------------------------------------

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alejandro Rodriguez, <br><br> PLAINTIFF(S), <br> v. <br><br> James Hayes, et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:07-cv-3239 TJH(RNBx) <br><br> NOTICE OF REASSIGNMENT OF CASE |

To: ALL COUNSEL APPEARING OF RECORD

☑ Pursuant to Order of the Court filed 4/7/08, #34, Minute Order by Judge Terry J. Hatter, Jr.

☐ In accordance with the Court's policy pertaining to the assignment of 8 U.S.C. § 1326 case related to a prior matter, case no. _____

You are hereby notified that this case has been transferred to the calendar of Magistrate Judge Robert N. Block for:

    ☐ all further proceedings;
    ☑ any discovery matters that are or may be referred by the District Judge;
    ☐ any matters that are referred pursuant to General Order 05-07.
    ☐ other: _____

On all documents subsequently filed in this case, please substitute the initials   **RNBx**   after the case number in place of the initials of the prior judge so that the case number will read:   **CV 07-3239 TJH(RNBx)**  . This is very important because documents are routed to the assigned judge by means of these initials.

 

Clerk, U.S. District Court

Date   July 21, 2014        By   Edwin Sambrano  
                                                                         Deputy Clerk

cc:    ☐ *Previous Judge*    ☐ *Statistics Clerk*