# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## RETURN OF RECORDS TRANSMITTAL FROM 9TH CIRCUIT

Routed to Santa Ana, Southern Division: ☐         Date Received: 8/14/14

Routed to Riverside, Eastern Division: ☐          Time Received: _____

Routed to Laguna Niguel,
National Archives & Records Administration: ☐

---

Case File Number: LA07CV03239-TJH-RNB

Title Case Name: Alejandro Rodriguez v. Timothy Robbins

Volume Number: 1 through 2

Transcripts (number received): 0

Other Court Documents: _____

---

Case File Underseal:  ☐ Yes  ☒ No      Case File Restricted:  ☐ Yes  ☒ No

Exhibits Received (number of boxes): 0

Sealed documents routed to Exhibits:  ☐ Yes  ☒ No

Case File routed to Re-file area:  ☐ Yes  ☒ No     Transcripts routed to Re-file area:  ☐ Yes  ☒ No

Case File routed to NARA:  ☐ Yes  ☒ No            Transcripts routed to NARA:  ☐ Yes  ☒ No

Case File routed to B-47 area:  ☐ Yes  ☒ No       Transcripts routed to B-47 area:  ☐ Yes  ☒ No

Received by Records Clerk: T. Edwards

---

G-44 (05/04)           RETURN OF RECORDS TRANSMITTAL FROM 9TH CIRCUIT