STUART F. DELERY
Assistant Attorney General
Civil Division
COLIN KISOR
Acting Director, Office of Immigration Litigation
EREZ REUVENI
Trial Attorney
United States Department of Justice
Office of Immigration Litigation,
District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 307-4293
    Facsimile: (202) 616-8962
    Email: erez.r.reuveni @usdoj.gov
SARAH S. WILSON

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Custom Enforcement, Los Angeles District Field Office Director*, *et al.*, <br><br> Defendants. | No. cv 07-3239-TJH (RNBx) <br><br> **RESPONDENTS' STATUS REPORT CONCERNING COMPLIANCE WITH THE COURT'S AUGUST, 2014 ORDER CONCERNING THE PRODUCTION OF UPDATED SPREADSHEETS** <br><br> Hon. Terry J. Hatter, Jr. |

Respondents submit the following status report on the implementation of this Court's August 6, 2014 Order concerning the production of updated spreadsheets. *See* ECF 425 at 2-3.

**ACCOMPANYING SPREADSHEETS**

Respondents are contemporaneously sending by e-mail to counsel for Petitioners, and will file under seal with this Court, an Excel spreadsheet that contains the updated information about the bond hearings Ordered by the Court for all previously submitted spreadsheets.

There is one informational note about the spreadsheet: in some rows, there is more than one date listed for "Bond Hearing Date." In such cases, the first date is the first scheduled hearing date, and later dates are dates to which the hearings were continued.

Dated: September 15, 2014     STUART F. DELERY
                              Assistant Attorney General
                              Civil Division
                              COLIN KISOR
                              Acting Director,
                              Office of Immigration Litigation
                              District Court Section

                              /s/ Erez Reuveni
                              EREZ REUVENI
                              Trial Attorney
                              United States Department of Justice
                              Office of Immigration Litigation,
                              District Court Section
                              P.O. Box 868, Ben Franklin Station
                              Washington, DC 20044
                              Telephone: (202) 307-4293
                              Fax: (202) 616-8962
                              Email: erez.r.reuveni@usdoj.gov

                              SARAH S. WILSON
                              Trial Attorney

                              *Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I certify that on September 15, 2014, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

/s/ Erez Reuveni
EREZ REUVENI
Trial Attorney
United States Department of Justice