**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 15 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, for themselves and on behalf of a class of similarly-situated individuals; et al., <br><br> Petitioners - Appellees, <br><br> v. <br><br> TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al., <br><br> Respondents - Appellants. | Nos. 13-56706 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, Los Angeles <br><br> ORDER |
| ALEJANDRO RODRIGUEZ, for themselves and on behalf of a class of similarly-situated individuals; et al., <br><br> Petitioners - Appellants, <br><br> v. <br><br> TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al., <br><br> Respondents - Appellees. | No. 13-56755 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, Los Angeles |



RECEIVED
CLERK, U.S. DISTRICT COURT
10/15/14
CENTRAL DISTRICT OF CALIFORNIA
BY: ____MAT____ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner

Cag/10/06/14/Appellate Commissioner

The petitioners' motion to strike, the respondents' response, the respondents' motion for judicial notice, and any further responsive filing are referred for disposition to the panel assigned to consider the merits of the case.

The petitioners' motion for leave to file an oversize answering brief is granted. The Clerk shall file the previously submitted answering brief. The optional reply brief is due within 14 days after the date of this order.