1  JOYCE BRANDA
   Acting Assistant Attorney General
2  Civil Division
   WILLIAM PEACHEY
3  Director, Office of Immigration Litigation
   EREZ REUVENI
4  Trial Attorney
   United States Department of Justice
5  Office of Immigration Litigation,
   District Court Section
6       P.O. Box 868, Ben Franklin Station
        Washington, DC 20044
7       Telephone: (202) 307-4293
        Facsimile: (202) 616-8962
8       Email: erez.r.reuveni @usdoj.gov
   SARAH S. WILSON
9
   Attorneys for Respondents
10
                UNITED STATES DISTRICT COURT
11
                CENTRAL DISTRICT OF CALIFORNIA
12                   WESTERN DIVISION

13

14 ALEJANDRO RODRIGUEZ, *et al.*,          No. cv 07-3239-TJH (RNBx)

15        Plaintiffs,                       **RESPONDENTS' FIFTH STATUS
                                            REPORT ON IMPLEMENTATION OF
16                                          THE AUGUST 6, 2013 FINAL ORDER
        vs.                                 AND PERMANENT INJUNCTION**
17
                                            Hon. Terry J. Hatter, Jr.
18 TIMOTHY S. ROBBINS, *in his
   capacity as U.S. Immigration and
19 Custom Enforcement, Los Angeles
   District Field Office Director*, *et al.*,
20
21        Defendants.

22

23

24        Respondents submit the following status report on the implementation of this

25 Court's August 6, 2013 Order, Judgment, and Permanent Injunction.

26        Respondents are contemporaneously sending by e-mail to counsel for

27 Petitioners, and will file under seal with this Court, an Excel spreadsheet that contains

28 information about the bond hearings that have been held under the permanent

1   injunction since Respondents filed their previous status report, and including

2   information up to October 1, 2014.

3        There is one informational note about the spreadsheet: in some rows, there is

4   more than one date listed for "Bond Hearing Date." The first date is the first scheduled

5   hearing date, and later dates are dates to which the hearings were continued.

6        In addition, the parties have stipulated to a production schedule concerning

7   paragraph 3 of the Court's August 6, 2014 Order (ECF 425). The undersigned filed

8   the stipulation with the Court on October 24, 2014. *See* ECF 434.

9   Dated: October 27, 2014        STUART F. DELERY

10                                    Acting Assistant Attorney General
                                      Civil Division

11                                    WILLIAM PEACHEY
                                      Director, Office of Immigration Litigation

12                                    District Court Section

13                                    <u>/s/ Erez Reuveni</u>

14                                    EREZ REUVENI

15                                    Trial Attorney
                                      United States Department of Justice

16                                    Office of Immigration Litigation,

17                                    District Court Section
                                      P.O. Box 868, Ben Franklin Station

18                                    Washington, DC 20044
                                      Telephone: (202) 307-4293

19                                    Fax: (202) 616-8962
                                      Email: erez.r.reuveni@usdoj.gov

20                                    SARAH S. WILSON

21                                    Trial Attorney

22                                    *Attorneys for Defendants*

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on October 27, 2014, I served a copy of the foregoing through the Court's CM/ECF system on the following counsel of record:

Ahilan T. Arulanantham
ACLU Foundation of Southern
California
1616 Beverly Boulevard
Los Angeles, CA 90026
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org

Jayashri Srikantiah
Stanford Law School
Immigrants' Rights Clinic,
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu

Sean Commons
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
Fax: 213-896-6600
Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

/s/ Erez Reuveni
EREZ REUVENI
Trial Attorney
United States Department of Justice