UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 07-3239-TJH(RNBx)** | Date OCTOBER 30, 2014 |

Title   ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court is in receipt of the Joint Stipulation concerning the Court's August 6, 2014 order, filed on October 24, 2014 [434]. The Court having read and considered said stipulation, hereby GRANTS this joint stipulation. The Excel spreadsheet will be filed under seal.

IT IS SO ORDERED.

cc: all parties

CV-90                                                    **CIVIL MINUTES - GENERAL**                      Initials of Deputy Clerk ys