Sarah S. Wilson
U.S. Department of Justice, Civil Division, OIL-DCS
450 5th Street, NW
Washington, DC 20001

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALEJANDRO RODRIGUEZ, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | NO. LACIV 07-3239 |
| v. | |
| TIMOTHY ROBBINS, et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

2 Excel Spreadsheets -- Spreadsheets to January 26, 2015 Status Report

**Reason:**

☐ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated: August 6, 2013
☐ Administrative Record
☐ Other:

Manual Filing Required: Court order of August 6, 2013 requires filing under seal of quarterly spreadsheet required by permanent injunction.

January 26, 2015
Date

Sarah S. Wilson
Attorney Name

Respondents
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*