Sarah S. Wilson
U.S. Department of Justice, Civil Division, OIL-DCS
450 5th Street, NW
Washington, DC 20001

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ALEJANDRO RODRIGUEZ, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | NO. LACIV 07-3239 |
| v. | |
| TIMOTHY ROBBINS, et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

Excel Spreadsheet -- Compliance Report Spreadsheet to January 26, 2015 Status Report

**Reason:**

☐  Under Seal and/or In Camera
☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐  Electronic versions are not available to filer
☑  Per Court order dated:   August 6, 2013
☐  Administrative Record
☐  Other:

Manual Filing Required: Court order of August 6, 2013 requires filing under seal of quarterly spreadsheet required by permanent injunction.

January 26, 2015                                   Sarah S. Wilson
Date                                                       Attorney Name
                                                              Respondents
                                                              Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                     **NOTICE OF MANUAL FILING OR LODGING**