JOYCE BRANDA
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
SARAH S. WILSON
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4700
    sawilson@usdoj.gov
EREZ R. REUVENI
Trial Attorneys

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **RESPONDENTS' SIXTH STATUS REPORT ON IMPLEMENTATION OF THE AUGUST 6, 2013 FINAL ORDER AND PERMANENT INJUNCTION** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | |
| Respondents. | Hon. Terry J. Hatter, Jr. |

Respondents submit the following status report on the implementation of this Court's August 6, 2013 Order, Judgment and Permanent Injunction. Respondents will file under seal with this Court an Excel spreadsheet that contains information about the bond hearings that have been held under the permanent injunction through January 10, 2015. Respondents will contemporaneously e-mail the spreadsheet to counsel for Petitioners.

Date: January 26, 2015        JOYCE BRANDA
                                          Acting Assistant Attorney General
                                          Civil Division
                                          WILLIAM C. PEACHEY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Director, Office of Immigration Litigation
District Court Section

/s/ Sarah S. Wilson
SARAH S. WILSON
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4700
sawilson@usdoj.gov

EREZ R. REUVENI

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I certify that on January 26, 2015, I served a copy of the foregoing through the Court's CM/ECF system on the counsel of record.

                                          */s/ Sarah Wilson*
                                          SARAH WILSON
                                          United States Department of Justice

3