

Undeliverable Mail

LA07CV03239TJH - Ret
Mail 444

Case: 2:07cv03239  Doc: 444

Frederick Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

|||||い||||ւպ||ւ|րրր"||||ււ|||"||ււ||||ւ|ւ|ւ||||ււ||||ււ||||ււ||||ււ||||ււ||ււ|

1 / 5 - 10004465


MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles CA 90013-1010
US, Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US, Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles CA 90013-1010
US, Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US, Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017
--Case Participants: Hans Chen (hans.h.chen@usdoj.gov), Jayashri Srikantiah (bmunoz@law.stanford.edu, jsrikantiah@law.stanford.edu), Judy Rabinovitz (jrabinovitz@aclu.org, mtan@aclu.org, syapalater@aclu.org, tding@aclu.org), Peter J Eliasberg (clebano@aclu-sc.org, peliasberg@aclu-sc.org), Michael K T Tan (mtan@aclu.org), Robert Ira Lester (jacqueline.winkler@usdoj.gov, lillian.arratia@usdoj.gov, olivia.romero@usdoj.gov, robert.lester@usdoj.gov, usacac.civil@usdoj.gov), Sean A Commons (dkelly@sidley.com, laefilingnotice@sidley.com, scommons@sidley.com), Stacey Ilene Young (stacey.young@usdoj.gov), Erez Reuveni (erez.r.reuveni@usdoj.gov), Wen W Shen (wen.shen@sidley.com), Ahilan T Arulanantham (aarulanantham@aclu-sc.org, gtien@aclu-sc.org), Steven A Ellis (litigator@goodwinprocter.com, scrobinson@goodwinprocter.com, sellis@goodwinprocter.com), Sarah S Wilson (sarah.s.wilson@usdoj.gov), Theodore William Atkinson (theodore.atkinson@usdoj.gov), Dorothy Kim (dorothy.kim@usdoj.gov, usacac.criminal@usdoj.gov), Nicole R Prairie (nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov), Cecillia D Wang (cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org), Michael Bryan Kaufman (gtien@aclu-sc.org, mkaufman@aclu-sc.org), Magistrate Judge Robert N. Block (crd_block@cacd.uscourts.gov), Judge Terry J. Hatter, Jr (crd_hatter@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<18858708@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Notice of Deficiency in Electronically Filed Documents (G-112A) Content-Type: text/html




2/5 - 10004465

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of**

each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 1/28/2015 at 8:16 AM PST and filed on 1/27/2015

| | |
|---|---|
| Case Name: | Alejandro Rodriguez v. James Hayes et al |
| Case Number: | 2:07-cv-03239-TJH-RNB |
| Filer: | |
| Document Number: | 444 |

**Docket Text:**
NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Respondents' Sixth Status Report on Implementation of the 8/6/2013 Final Order and Permanent Injunction [441]. The following error(s) was found: Lacking proof of service, F.R.Civ.P. 5.. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (jp)

**2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:**
Michael K T Tan     mtan@aclu.org
Sean A Commons     dkelly@sidley.com, laefilingnotice@sidley.com, scommons@sidley.com
Robert Ira Lester     lillian.arratia@usdoj.gov, usacac.civil@usdoj.gov, jacqueline.winkler@usdoj.gov, robert.lester@usdoj.gov, olivia.romero@usdoj.gov
Wen W Shen     wen.shen@sidley.com
Nicole R Prairie     nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov
Stacey Ilene Young     stacey.young@usdoj.gov
Peter J Eliasberg     peliasberg@aclu-sc.org, clebano@aclu-sc.org
Hans Chen     hans.h.chen@usdoj.gov
Steven A Ellis     scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, litigator@goodwinprocter.com
Sarah S Wilson     sarah.s.wilson@usdoj.gov
Erez Reuveni     erez.r.reuveni@usdoj.gov
Michael Bryan Kaufman     gtien@aclu-sc.org, mkaufman@aclu-sc.org
Jayashri Srikantiah     bmunoz@law.stanford.edu, jsrikantiah@law.stanford.edu
Theodore William Atkinson     theodore.atkinson@usdoj.gov
Cecillia D Wang     cwang@aclu.org, irptemp1@aclu.org, lfernandez@aclu.org
Dorothy Kim     usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov
Judy Rabinovitz     tding@aclu.org, syapalater@aclu.org, jrabinovitz@aclu.org, mtan@aclu.org
Ahilan T Arulanantham     gtien@aclu-sc.org, aarulanantham@aclu-sc.org

**2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles CA 90013-1010




US
Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US
Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles CA 90013-1010
US
Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US
Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

4 / 5 - 10004465

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ALEJANDRO RODRIGUEZ, et al. | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | CV 07-03239 TJH (RNBx) |
| v. | |
| TIMOTHY ROBBINS, et al. | NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 1/26/2015 | 441 | Respondents' Sixth Status Report on |
| --- | --- | --- |
| Date Filed | Doc. No. | Title of Doc. Implementation of the 8/6/2013 Final Order and Permanent Injunction |

**ERRORS WITH DOCUMENT**

- ☐ A Certificate of Good Standing is not attached to the pro hac vice application
- ☐ Caption of document is incomplete/incorrect
- ☐ Case is closed
- ☐ Case number is incorrect or missing
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Document submitted in the wrong case
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Incorrect document is attached to the docket entry
- ☐ Incorrect event selected. Correct event to be used is _____
- ☐ Leave of court required for filing
- ☐ Proposed document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ F.R.Civ.P 15 Amended pleading is untimely
- ☐ Local Rule 7.1-1 No Notice of Interested Parties and/or no copies
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☑ Other:
  Lacking proof of service, F.R.Civ.P. 5.

Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: 1/27/2015         By: G. Kami         (213) 894-0747
                              Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-112A (10/13)         NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS