BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
EREZ R. REUVENI
Senior Litigation Counsel
SARAH S. WILSON
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4700
    sawilson@usdoj.gov

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **CERTIFICATE OF SERVICE FOR NOTICE OF MANUAL FILING (ECF NO. 450)** |
| TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, | Hon. Terry J. Hatter, Jr. |
| Respondents. | |

## **CERTIFICATE OF SERVICE**

I certify that on April 24, 2015, I served a copy of the Notice of Manual Filing (ECF No. 450) through the Court's CM/ECF system on the following counsel of record:

1  Ahilan T. Arulanantham
   ACLU Foundation of Southern
2  California
   1616 Beverly Boulevard
3  Los Angeles, CA 90026
   213-977-5211
4  Fax: 213-977-5297
   Email: aarulanantham@aclu-sc.org
5
   Jayashri Srikantiah
6  Stanford Law School
   Immigrants' Rights Clinic,
7  Crown Quadrangle
   559 Nathan Abbott Way
8  Stanford, CA 94305-8610
   650-724-2442
9  Fax: 650-723-4426
   Email: jsrikantiah@law.stanford.edu
10
   Sean Commons
11 Sidley Austin
   555 West Fifth Street Suite 4000
12 Los Angeles, CA 90013-1010
   213-816-6000
13 Fax: 213-896-6600
   Email: scommons@sidley.com

Judy Rabinovitz
ACLU Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org

Cody Jacobs
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: cjacobs@sidley.com

14
15
16
17
18
19            */s/  Sarah Wilson*
              SARAH WILSON
20            United States Department of Justice
21
22
23
24
25
26
27
28

2