BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
EREZ R. REUVENI
Senior Litigation Counsel
SARAH S. WILSON
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4700
    sawilson@usdoj.gov

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **RESPONDENTS' EIGHTH STATUS REPORT ON IMPLEMENTATION OF THE AUGUST 6, 2013 FINAL ORDER AND PERMANENT INJUNCTION** <br><br> Hon. Terry J. Hatter, Jr. |

    Respondents submit the following status report on the implementation of this Court's August 6, 2013 Order, Judgment and Permanent Injunction. Respondents will file under seal with this Court an Excel spreadsheet that contains information about the bond hearings that have been held under the permanent injunction through June 15, 2015. Respondents will provide a copy of the spreadsheet to counsel for Petitioners by e-mail.

| | |
|---|---|
| Date: July 27, 2015 | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director, Office of Immigration Litigation<br>District Court Section<br><br>EREZ REUVENI<br>Senior Litigation Counsel<br><br><u>/s/ Sarah S. Wilson</u><br>SARAH S. WILSON<br>Trial Attorney<br>United States Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Phone: (202) 532-4700<br>Sarah.S.Wilson@usdoj.gov<br><br>Attorneys for Respondents |

2

**CERTIFICATE OF SERVICE**

I certify that on July 27, 2015, I served a copy of the foregoing through the Court's CM/ECF system on the counsel of record.

                                          */s/ Sarah Wilson*
                                          SARAH WILSON
                                          United States Department of Justice