**FILED**

UNITED STATES COURT OF APPEALS

OCT 28 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, for himself and on behalf of a class of similarly-situated individuals; et al., <br><br> Petitioners - Appellees, <br><br> And <br><br> EFREN OROZCO, <br><br> Petitioner, <br><br> v. <br><br> TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al., <br><br> Respondents - Appellants. | No. 13-56706 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, Los Angeles <br><br> ORDER |
| ALEJANDRO RODRIGUEZ, for himself and on behalf of a class of similarly-situated individuals; et al., <br><br> Petitioners - Appellants, <br><br> And <br><br> EFREN OROZCO, <br><br> Petitioner, | No. 13-56755 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, Los Angeles |

v.

TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al.,

       Respondents - Appellees.

Before: WARDLAW and GOULD, Circuit Judges and HADDON,[*] District Judge.

The costs on appeal shall be taxed against the Respondents-Appellees.

**IT IS SO ORDERED.**

---

[*]     The Honorable Sam E. Haddon, District Judge for the U.S. District Court for the District of Montana, sitting by designation.