FILED

DEC 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, for himself and on behalf of a class of similarly-situated individuals; et al., <br><br> Petitioners - Appellees, <br><br> And <br><br> EFREN OROZCO, <br><br> Petitioner, <br><br> v. <br><br> TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al., <br><br> Respondents - Appellants. | No. 13-56706 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, <br> Los Angeles <br><br><br> ORDER |
| ALEJANDRO RODRIGUEZ, for himself and on behalf of a class of similarly-situated individuals; et al., <br><br> Petitioners - Appellants, <br><br> And <br><br> EFREN OROZCO, <br><br> Petitioner, | No. 13-56755 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, <br> Los Angeles |

v.

TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al.,

      Respondents - Appellees.

Before: WARDLAW and GOULD, Circuit Judges and HADDON,[*] District Judge.

The Government's unopposed motion for an extension of time to file a petition for rehearing and/or petition for rehearing en banc is **GRANTED.** The deadline to file is now January 13, 2016.

    **IT IS SO ORDERED.**

---

    [*]    The Honorable Sam E. Haddon, District Judge for the U.S. District Court for the District of Montana, sitting by designation.