UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, for himself and on behalf of a class of similarly-situated individuals; et al.,<br><br>            Petitioners - Appellees,<br><br>and<br><br>EFREN OROZCO,<br><br>            Petitioner,<br><br> v.<br><br>TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al.,<br><br>            Respondents - Appellants. | No. 13-56706<br><br>D.C. No. 2:07-cv-03239-TJH-RNB<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |
| ALEJANDRO RODRIGUEZ, for himself and on behalf of a class of similarly-situated individuals; et al.,<br><br>            Petitioners - Appellants,<br><br>and<br><br>EFREN OROZCO, | No. 13-56755<br><br>D.C. No. 2:07-cv-03239-TJH-RNB<br>U.S. District Court for Central California, Los Angeles |

|  |
|---|
| Petitioner,<br><br>v.<br><br>TIMOTHY ROBBINS, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al.,<br><br>Respondents - Appellees. |

The judgment of this Court, entered October 28, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jessica F. Flores Poblano
Deputy Clerk
