# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | **CV 07-3239-TJH(RNBx)** | Date | JANUARY 28, 2016 |
|---|---|---|---|

| Title | ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL., |
|---|---|

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court is in receipt of the Mandate from the Ninth Circuit Court of Appeals as to Appeal No. 13-56706, affirmed in part; reversed in part; and remanded to the District Court, filed on January 22, 2016.

Counsel are hereby notified that the above matter is set on the Court's calendar for Status Conference on *February 29, 2016 at 10:00 a.m.*

Counsel for the parties are ordered to appear at this date and time.

IT IS SO ORDERED.

cc: all parties

---

CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys