UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012-4797

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Gjon Juncaj
US Department of Justice
PO Box 868
Ben Franklin Station
Washington, DC 20044



undelverable Maie

FILED
CLERK, U.S. DISTRICT COURT
FEB 18 2016
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY



1/5 - 10072259

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles CA 90013-1010
US, Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US, Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles CA 90013-1010
US, Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US, Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017
--Case Participants: Hans Chen (hans.h.chen@usdoj.gov), Jayashri Srikantiah (bmunoz@law.stanford.edu, jsrikantiah@law.stanford.edu), Judy Rabinovitz (jrabinovitz@aclu.org, mtan@aclu.org, syapalater@aclu.org, tding@aclu.org), Peter J Eliasberg (dgonzalez@aclusocal.org, peliasberg@aclu-sc.org), Michael K T Tan (mtan@aclu.org), Robert Ira Lester (jacqueline.winkler@usdoj.gov, lillian.arratia@usdoj.gov, olivia.romero@usdoj.gov, robert.lester@usdoj.gov, usacac.civil@usdoj.gov), Sean A Commons (dkelly@sidley.com, laefilingnotice@sidley.com, scommons@sidley.com), Stacey Ilene Young (stacey.young@usdoj.gov), Erez Reuveni (erez.r.reuveni@usdoj.gov), Wen W Shen (laefilingnotice@sidley.com, wen.shen@sidley.com), Ahilan T Arulanantham (aarulanantham@aclu-sc.org, gtien@aclu-sc.org), Steven A Ellis (litigator@goodwinprocter.com, scrobinson@goodwinprocter.com, sellis@goodwinprocter.com), Sarah S Wilson (daniel.c.meyer@usdoj.gov, sarah.s.wilson@usdoj.gov), Theodore William Atkinson (theodore.atkinson@usdoj.gov), Dorothy Kim (dorothy.kim@usdoj.gov, usacac.criminal@usdoj.gov), Nicole R Prairie (nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov), Cecillia D Wang (cwang@aclu.org, lfernandez@aclu.org, mazhar@aclu.org), Michael Bryan Kaufman (gtien@aclu-sc.org, mkaufman@aclu-sc.org, mkaufman@aclusocal.org), Magistrate Judge Robert N. Block (crd_mjretired@cacd.uscourts.gov), Judge Terry J. Hatter, Jr (crd_hatter@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<20896670@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html



This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by

the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 1/28/2016 at 3:27 PM PST and filed on 1/28/2016

**Case Name:** Alejandro Rodriguez v. James Hayes et al

**Case Number:** 2:07-cv-03239-TJH-RNB

**Filer:**

**Document Number:** 463

**Docket Text:**
MINUTE IN CHAMBERS ORDER AND NOTICE TO ALL PARTIES by Judge Terry J. Hatter, Jr: The Court is in receipt of the Mandate from the Ninth Circuit Court of Appeals as to Appeal No. 13-56706, affirmed in part; reversed in part; and remanded to the District Court, filed on January 22, 2016. Counsel are hereby notified that the above matter is set on the Court's calendar for Status Conference on February 29, 2016 at 10:00 a.m. Counsel for the parties are ordered to appear at this date and time. (shb)

**2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:**
Michael K T Tan     mtan@aclu.org
Sean A Commons     dkelly@sidley.com, laefilingnotice@sidley.com, scommons@sidley.com
Robert Ira Lester     lillian.arratia@usdoj.gov, usacac.civil@usdoj.gov, jacqueline.winkler@usdoj.gov, robert.lester@usdoj.gov, olivia.romero@usdoj.gov
Wen W Shen     laefilingnotice@sidley.com, wen.shen@sidley.com
Nicole R Prairie     nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov
Stacey Ilene Young     stacey.young@usdoj.gov
Peter J Eliasberg     peliasberg@aclu-sc.org, dgonzalez@aclusocal.org
Hans Chen     hans.h.chen@usdoj.gov
Steven A Ellis     scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, litigator@goodwinprocter.com
Sarah S Wilson     sarah.s.wilson@usdoj.gov, daniel.c.meyer@usdoj.gov
Erez Reuveni     erez.r.reuveni@usdoj.gov
Michael Bryan Kaufman     gtien@aclu-sc.org, mkaufman@aclu-sc.org, mkaufman@aclusocal.org
Jayashri Srikantiah     bmunoz@law.stanford.edu, jsrikantiah@law.stanford.edu
Theodore William Atkinson     theodore.atkinson@usdoj.gov
Cecillia D Wang     cwang@aclu.org, lfernandez@aclu.org, mazhar@aclu.org
Dorothy Kim     usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov
Judy Rabinovitz     tding@aclu.org, syapalater@aclu.org, jrabinovitz@aclu.org, mtan@aclu.org
Ahilan T Arulanantham     gtien@aclu-sc.org, aarulanantham@aclu-sc.org

**2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
William Tran
Sidley Austin
555 West Fifth Street Suite 4000



Los Angeles CA 90013-1010
US
Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US
Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles CA 90013-1010
US
Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US
Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017



4 / 5 - 10072259

Case 2:07-cv-03239-TJH-KES   Document 464   Filed 02/18/16   Page 5 of 5   Page ID #:9700

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 07-3239-TJH(RNBx) | Date JANUARY 28, 2016 |

Title   ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL.,

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

The Court is in receipt of the Mandate from the Ninth Circuit Court of Appeals as to Appeal No. 13-56706, affirmed in part; reversed in part; and remanded to the District Court, filed on January 22, 2016.

Counsel are hereby notified that the above matter is set on the Court's calendar for Status Conference on **February 29, 2016 at 10:00 a.m.**

Counsel for the parties are ordered to appear at this date and time.

IT IS SO ORDERED.

cc: all parties



CV-90   CIVIL MINUTES - GENERAL   Initials of Deputy Clerk ys