UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-3239-TJH(RNBx) | Date | FEBRUARY 29, 2016 |
|---|---|---|---|
| Title | ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL., | | |

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ahilan T. Arulanantham | Sarah Wilson |
| Sean A. Commons | Robert I. Lester, AUSA |
| Michael Kaufman | |

**Proceedings:** STATUS CONFERENCE RE MANDATE FROM 9TH COA, APPEAL NO. 13-56706, AFFIRMED IN PART, REVERSED IN PART AND REMANDED TO DIST.COURT[462]

The case is called and counsel state their appearance. The Court and counsel confer. Counsel Rebecca Maxwell, for the Executive Office of Immigration Review is present with defense counsel.

Following discussions with the parties, the Court will allow briefing to be filed by the parties.

The Court sets a further Status Conference for *March 28, 2016 at 10:00 a.m.*

IT IS SO ORDERED.

                                                                                    :19

cc: all parties

CV-90 (2/10)                    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS