BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
EREZ R. REUVENI
Senior Litigation Counsel
SARAH S. WILSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4700
    sawilson@usdoj.gov

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| TIMOTHY S. ROBBINS, in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, *et al.*, | Hon. Terry J. Hatter, Jr. |
| Respondents. | |

    On February 29, 2016, the parties appeared before the Court for a status conference in the above-captioned case. At the conference, the parties indicated that they were trying to resolve issues related to a proposed modified permanent injunction order. The Court scheduled the parties to appear for another status conference on March 28, 2016, but suggested that the parties may request a continuance of the status conference if additional time is needed to complete negotiations. The parties are continuing to work to resolve these issues and therefore stipulate to the following:

    (1)    The status conference scheduled for March 28, 2016 should be removed from the Court's calendar.

(2)  The parties will update the Court on the status of their negotiations by April 1, 2016, in a joint stipulation proposing (if necessary) a briefing schedule and a new date for the status conference.

Dated:  March 24, 2016

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

EREZ REUVENI
Senior Litigation Counsel

/s/ Sarah S. Wilson
SARAH S. WILSON
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4700
Sarah.S.Wilson@usdoj.gov

Attorneys for Respondents


Dated: March 24, 2016

 s/ Michael Kaufman
MICHAEL KAUFMAN
ACLU of Southern California

Counsel for Petitioners

**CERTIFICATE OF SERVICE**

 I certify that on March 24, 2016, I served a copy of the foregoing through the Court's CM/ECF system on the counsel of record.

         */s/ Sarah Wilson*
         SARAH WILSON
         United States Department of Justice