BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
EREZ R. REUVENI
Senior Litigation Counsel
SARAH S. WILSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
     P.O. Box 868, Ben Franklin Station
     Washington, DC 20044
     Phone: (202) 532-4700
     sawilson@usdoj.gov

Attorneys for Respondents

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | ) Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | ) |
| vs. | ) **[PROPOSED] ORDER APPROVING** |
| | ) **STIPULATION TO CONTINUE** |
| TIMOTHY S. ROBBINS, in his | ) **STATUS CONFERENCE** [466] |
| capacity as U.S. Immigration and | ) |
| Customs Enforcement, Los Angeles | ) |
| District Field Office Director, *et al.*, | ) Hon. Terry J. Hatter, Jr. |
| | ) |
| Respondents. | ) |

1    Pursuant to the stipulation, and for good cause shown, it is hereby ordered that:

2    (1)    The status conference scheduled for March 28, 2016 is removed from the

3 Court's calendar.

4    (2)    The parties shall update the Court on the status of their negotiations by

5 April 1, 2016, in a joint stipulation proposing (if necessary) a briefing schedule and a

6 new date for the status conference.

7

8 Dated: March 24 2016

   Hon. Terry J. Hatter
9  United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28