1   BENJAMIN C. MIZER
    Principal Deputy Assistant Attorney General
2   Civil Division
    WILLIAM C. PEACHEY
3   Director, Office of Immigration Litigation
    District Court Section
4   EREZ R. REUVENI
    Senior Litigation Counsel
5   SARAH S. WILSON
    Senior Litigation Counsel
6   United States Department of Justice
    Office of Immigration Litigation
7         P.O. Box 868, Ben Franklin Station
          Washington, DC 20044
8         Phone: (202) 532-4700
          sawilson@usdoj.gov
9
    Attorneys for Respondents
10
                    UNITED STATES DISTRICT COURT
11                  CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
12
    ALEJANDRO RODRIGUEZ, *et al.*,    )  Case No. CV 07-3239-TJH (RNBx)
13                                    )
                  Petitioners,        )
14                                    )
          vs.                         )  **[PROPOSED] ORDER APPROVING**
15                                    )  **STIPULATION RE STATUS**
    TIMOTHY S. ROBBINS, in his        )  **CONFERENCE**
16  capacity as U.S. Immigration and  )
    Customs Enforcement, Los Angeles  )
17  District Field Office Director, *et al.*,  )  Hon. Terry J. Hatter, Jr.
                                      )
18                                    )
                  Respondents.        )
19  _____  )

20

21

22

23

24

25

26

27

28

1

2      Pursuant to the parties' stipulation, and for good cause shown, it is hereby

3   ordered that the parties shall update the Court on the status of their negotiations by

4   April 8, 2016, in a joint stipulation proposing (if necessary) a briefing schedule and a

5   new date for the status conference.

6

7

8

9   Dated: _____                    _____
                                                    HONORABLE TERRY J. HATTER, JR.
10                                                  United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28