BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
EREZ R. REUVENI
Senior Litigation Counsel
SARAH S. WILSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4700
    sawilson@usdoj.gov

Attorneys for Respondents

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | [PROPOSED] ORDER APPROVING STIPULATION RE STATUS CONFERENCE  [468] |
| TIMOTHY S. ROBBINS, in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, *et al.*, | Hon. Terry J. Hatter, Jr. |
| Respondents. | |

1

2        Pursuant to the parties' stipulation, and for good cause shown, it is hereby

3 ordered that the parties shall update the Court on the status of their negotiations by

4 April 8, 2016, in a joint stipulation proposing (if necessary) a briefing schedule and a

5 new date for the status conference.

6

7

8

9 Dated:  APRIL 5, 2016                                          

                                                        HONORABLE TERRY J. HATTER, JR.

10                                                        United States District Court Judge