Case: 2:07cv3239   Doc: 465

Gjon Juncaj
US Department of Justice
PO Box 868
Ben Franklin Station
Washington, DC 20044



Undeliverable Mail

FILED
CLERK, U.S. DISTRICT COURT
APR - 8 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LA07CV03239TJH -
Ret 465



MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles CA 90013-1010
US, Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US, Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles CA 90013-1010
US, Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US, Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017
--Case Participants: Hans Chen (hans.h.chen@usdoj.gov), Jayashri Srikantiah (bmunoz@law.stanford.edu, jsrikantiah@law.stanford.edu), Judy Rabinovitz (jrabinovitz@aclu.org, mtan@aclu.org, syapalater@aclu.org, tding@aclu.org), Peter J Eliasberg (dgonzalez@aclusocal.org, peliasberg@aclu-sc.org), Michael K T Tan (mtan@aclu.org), Robert Ira Lester (jacqueline.winkler@usdoj.gov, lillian.arratia@usdoj.gov, olivia.romero@usdoj.gov, robert.lester@usdoj.gov, usacac.civil@usdoj.gov), Sean A Commons (dkelly@sidley.com, laefilingnotice@sidley.com, scommons@sidley.com), Stacey Ilene Young (stacey.young@usdoj.gov), Erez Reuveni (erez.r.reuveni@usdoj.gov), Wen W Shen (laefilingnotice@sidley.com, wen.shen@sidley.com), Ahilan T Arulanantham (aarulanantham@aclu-sc.org, gtien@aclu-sc.org), Steven A Ellis (litigator@goodwinprocter.com, scrobinson@goodwinprocter.com, sellis@goodwinprocter.com), Sarah S Wilson (arden.ratana@usdoj.gov, sarah.s.wilson@usdoj.gov), Theodore William Atkinson (theodore.atkinson@usdoj.gov), Dorothy Kim (dorothy.kim@usdoj.gov, usacac.criminal@usdoj.gov), Nicole R Prairie (nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov), Cecillia D Wang (cwang@aclu.org, lfernandez@aclu.org, mazhar@aclu.org), Michael Bryan Kaufman (gtien@aclu-sc.org, mkaufman@aclu-sc.org, mkaufman@aclusocal.org), Magistrate Judge Robert N. Block (crd_mjretired@cacd.uscourts.gov), Judge Terry J. Hatter, Jr (crd_hatter@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<21075940@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Status Conference Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** **Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of**



each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 3/1/2016 at 4:55 PM PST and filed on 2/29/2016

| | |
|---|---|
| **Case Name:** | Alejandro Rodriguez v. James Hayes et al |
| **Case Number:** | 2:07-cv-03239-TJH-RNB |
| **Filer:** | |
| **Document Number:** | 465 |

**Docket Text:**
MINUTES OF STATUS CONFERENCE RE MANDATE FROM 9TH COA, APPEAL NO. 13-56706,AFFIRMED IN PART, REVERSED IN PART AND REMANDED TO DIST.COURT[462]: Status Conference held before Judge Terry J. Hatter, Jr: The case is called and counsel state their appearance. The Court and counsel confer. Counsel Rebecca Maxwell, for the Executive Office of Immigration Review is present with defense counsel. Following discussions with the parties, the Court will allow briefing to be filed by the parties. The Court sets a further Status Conference for March 28, 2016 at 10:00 a.m. Court Reporter: COURT SMART. (shb)

**2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:**
Michael K T Tan   mtan@aclu.org
Sean A Commons   dkelly@sidley.com, laefilingnotice@sidley.com, scommons@sidley.com
Robert Ira Lester   lillian.arratia@usdoj.gov, usacac.civil@usdoj.gov, jacqueline.winkler@usdoj.gov, robert.lester@usdoj.gov, olivia.romero@usdoj.gov
Wen W Shen   laefilingnotice@sidley.com, wen.shen@sidley.com
Nicole R Prairie   nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov
Stacey Ilene Young   stacey.young@usdoj.gov
Peter J Eliasberg   peliasberg@aclu-sc.org, dgonzalez@aclusocal.org
Hans Chen   hans.h.chen@usdoj.gov
Steven A Ellis   scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, litigator@goodwinprocter.com
Sarah S Wilson   sarah.s.wilson@usdoj.gov, arden.ratana@usdoj.gov
Erez Reuveni   erez.r.reuveni@usdoj.gov
Michael Bryan Kaufman   gtien@aclu-sc.org, mkaufman@aclu-sc.org, mkaufman@aclusocal.org
Jayashri Srikantiah   bmunoz@law.stanford.edu, jsrikantiah@law.stanford.edu
Theodore William Atkinson   theodore.atkinson@usdoj.gov
Cecillia D Wang   cwang@aclu.org, lfernandez@aclu.org, mazhar@aclu.org
Dorothy Kim   usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov
Judy Rabinovitz   tding@aclu.org, syapalater@aclu.org, jrabinovitz@aclu.org, mtan@aclu.org
Ahilan T Arulanantham   gtien@aclu-sc.org, aarulanantham@aclu-sc.org

**2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
William Tran
Sidley Austin




555 West Fifth Street Suite 4000
Los Angeles CA 90013-1010
US
Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US
Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles CA 90013-1010
US
Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US
Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017


4 / 5 - 10077778

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 07-3239-TJH(RNBx)                                   Date   FEBRUARY 29, 2016

Title   ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL.,

---

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Ahilan T. Arulanantham
Sean A. Commons
Michael Kaufman

Attorneys Present for Defendants:

Sarah Wilson
Robert I. Lester, AUSA

**Proceedings:**   STATUS CONFERENCE RE MANDATE FROM 9TH COA, APPEAL NO. 13-56706, AFFIRMED IN PART, REVERSED IN PART AND REMANDED TO DIST.COURT[462]

The case is called and counsel state their appearance. The Court and counsel confer. Counsel Rebecca Maxwell, for the Executive Office of Immigration Review is present with defense counsel.

Following discussions with the parties, the Court will allow briefing to be filed by the parties.

The Court sets a further Status Conference for *March 28, 2016 at 10:00 a.m.*

IT IS SO ORDERED.

:19

cc: all parties



CV-90 (2/10)                    CIVIL MINUTES - GENERAL      Initials of Deputy Clerk YS