BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
EREZ R. REUVENI
Senior Litigation Counsel
SARAH S. WILSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4700
    sawilson@usdoj.gov

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, | Case No. CV 07-3239-TJH (RNBx) |
| Petitioners, | |
| vs. | **JOINT NOTICE RE STATUS CONFERENCE** |
| TIMOTHY S. ROBBINS, in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, *et al.*, | Hon. Terry J. Hatter, Jr. |
| Respondents. | |

    On February 29, 2016, the parties appeared before the Court for a status conference in the above-captioned case. At the conference, the parties indicated that they were trying to resolve issues related to a proposed modified permanent injunction order. The Court scheduled the parties to appear for another status conference on March 28, 2016, but suggested that the parties may request a continuance of the status conference if additional time is needed to complete negotiations.

    On March 24, 2016, the parties filed a joint stipulation notifying the Court that the parties were continuing to work to resolve these issues. *See* Dkt. 466. The parties therefore requested that the Court take the status conference off calendar, and order

the parties to provide an update on the status of their negotiations by April 1, 2016. The Court subsequently approved the joint stipulation. *See* Dkt. 467. On April 1, 2016, the parties filed a joint stipulation advising the Court of the status of their ongoing negotiations, and requesting the Court enter an order requiring the parties to provide an additional update by April 8, 2016. *See* Dkt. 468. The Court approved the joint stipulation. *See* Dkt. 469.

     The parties have continued to negotiate and, while they have successfully resolved several of their disputes, they have reached an impasse on other issues. Accordingly, the parties anticipate that they will ask the Court to resolve the remaining issues through motions practice. The parties are meeting and conferring on the schedule for the briefing, and intend to jointly propose a schedule to the Court.

Dated: April 8, 2016

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

EREZ REUVENI
Senior Litigation Counsel

/s/ Sarah S. Wilson
SARAH S. WILSON
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4700
Sarah.S.Wilson@usdoj.gov

Attorneys for Respondents

Dated: April 8, 2016

/s/ Michael Kaufman
MICHAEL KAUFMAN
ACLU of Southern California

Attorney for Petitioners

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2016, I served a copy of the foregoing through the Court's CM/ECF system on the counsel of record.

　　　　　　　　　　　　　　　　　/s/  Sarah Wilson
　　　　　　　　　　　　　　　　　SARAH WILSON
　　　　　　　　　　　　　　　　　United States Department of Justice