UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 07-3239-TJH(RNBx)** | Date | JUNE 27, 2016 |
|---|---|---|---|

| Title | ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL., |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that a joint status report must be filed to this action no later than
JULY 20, 2016.

IT IS SO ORDERED.

cc: all parties

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk <u>ys</u> |
|---|---|---|