BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
EREZ R. REUVENI
Senior Litigation Counsel
SARAH S. WILSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4700
    Sarah.S.Wilson@usdoj.gov

Attorneys for Respondents

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> TIMOTHY S. ROBBINS, in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, *et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **JOINT NOTICE RE STATUS CONFERENCE** <br><br> Hon. Terry J. Hatter, Jr. |

    On June 27, 2016, the Court ordered the parties to submit a joint status report by July 20, 2016, regarding the status of this case on remand. ECF No. 472. Since the last status conference, the parties have continued to negotiate on a proposed draft of a modified permanent injunction order, but unfortunately have reached an impasse on a number of issues that may require cross-briefing. However, the parties agree that, in the interests of judicial economy, the best course of action is to defer briefing pending the Supreme Court's decision in *Jennings v. Rodriguez*, 15-1204, which is scheduled for argument during the October 2016 Term.  The parties will submit a joint status report within 30 days of the Supreme Court's decision.

|  |  |
|---|---|
| Dated: July 20, 2016 | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director, Office of Immigration Litigation<br>District Court Section<br><br>EREZ REUVENI<br>Senior Litigation Counsel<br><br>/s/ Sarah S. Wilson<br>SARAH S. WILSON<br>Senior Litigation Counsel<br>United States Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Phone: (202) 532-4700<br>Sarah.S.Wilson@usdoj.gov<br><br>Attorneys for Respondents |
| Dated: July 20, 2016 | /s/ Michael Kaufman<br>MICHAEL KAUFMAN<br>ACLU of Southern California<br><br>Attorney for Petitioners |

# **CERTIFICATE OF SERVICE**

I certify that on July 20, 2016, I served a copy of the foregoing through the Court's CM/ECF system on the counsel of record.

                                                /s/ Sarah Wilson<br>
                                                SARAH WILSON<br>
                                                United States Department of Justice