**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



TJH

**RETURN TO SENDER**

☐ Alien # Does Not Match Name
☐ Books/Magazines Not Allowed
☐ Detainee Not In Custody
☐ Not Legible or Incomplete
☐ Missing Name / Alien No.
☐ No Such Number
☐ Not Our Mail   ☐ Refused
☐ Pls. Update Your Records
☐ Unclaimed   ☒ (Released)
☐ Stickers Not Allowed
☐ Stamps Not Allowed
☐ Other

Undeliverable Mail

FILED
CLERK, U.S. DISTRICT COURT
SEP 26 2016
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

LA07CV03239 TJH
Ref 472





Case: 2:07cv3239  Doc: 472

Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<21735093@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 6/28/2016 at 9:12 AM PDT and filed on 6/27/2016

**Case Name:** Alejandro Rodriguez v. James Hayes et al
**Case Number:** 2:07-cv-03239-TJH-RNB
**Filer:**
**Document Number:** 472

**Docket Text:**
**MINUTE ORDER IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES by Judge Terry J. Hatter, Jr.** Counsel are hereby notified that a joint status report must be filed to this action no later than JULY 20, 2016. IT IS SO ORDERED. (lom)

**2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:**
Michael K T Tan    mtan@aclu.org
Sean A Commons    dkelly@sidley.com, laefilingnotice@sidley.com, scommons@sidley.com
Robert Ira Lester    lillian.arratia@usdoj.gov, caseview.ecf@usdoj.gov, usacac.civil@usdoj.gov, robert.lester@usdoj.gov, olivia.romero@usdoj.gov
Wen W Shen    laefilingnotice@sidley.com, wen.shen@sidley.com
Nicole R Prairie    nicole.prairie@usdoj.gov, paula.richardson@usdoj.gov
Stacey Ilene Young    stacey.young@usdoj.gov
Peter J Eliasberg    peliasberg@aclusocal.org, dgonzalez@aclusocal.org
Hans Chen    hans.h.chen@usdoj.gov
Steven A Ellis    scrobinson@goodwinprocter.com, sellis@goodwinprocter.com, litigator@goodwinprocter.com
Sarah S Wilson    sarah.s.wilson@usdoj.gov, arden.ratana@usdoj.gov
Erez Reuveni    erez.r.reuveni@usdoj.gov
Michael Bryan Kaufman    gtien@aclu-sc.org, mkaufman@aclu-sc.org
Jayashri Srikantiah    bmunoz@law.stanford.edu, jsrikantiah@law.stanford.edu
Theodore William Atkinson    theodore.atkinson@usdoj.gov
Cecillia D Wang    cwang@aclu.org, lfernandez@aclu.org, mazhar@aclu.org
Dorothy Kim    usacac.criminal@usdoj.gov, dorothy.kim@usdoj.gov

Judy Rabinovitz    syapalater@aclu.org, jrabinovitz@aclu.org, mtan@aclu.org
Luis Allen Carrillo    hr@mikecarrillo.com, arcy@luiscarrilloforjustice.com, lac4justice@gmail.com, mike@mikecarrillo.com, lb@mikecarrillo.com
Ahilan T Arulanantham    gtien@aclu-sc.org, aarulanantham@aclu-sc.org

**2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles CA 90013-1010
US

Gjon Juncaj
Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington DC 20044
US

Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles CA 90013-1010
US

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 07-3239-TJH(RNBx) | Date JUNE 27, 2016 |
| Title ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL., | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present                        None Present

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that a joint status report must be filed to this action no later than JULY 20, 2016.

IT IS SO ORDERED.

cc: all parties