AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA  90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

*Attorneys for Petitioners*
(Additional Counsel listed on following page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV-07-3239-TJH (RNBx) |
| Petitioners, | **JOINT STATUS REPORT** |
| v. | Honorable Terry J. Hatter, Jr. |
| DAVID JENNINGS, et al., | |
| Respondents. | |

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY  10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA  94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

1  The parties hereby submit this Joint Status Report pursuant to the Court's Order of May 26, 2017. Dkt. 475.

On June 26, 2017, the Supreme Court issued an order setting this case for re-argument in the October 2017 Term. *See Jennings v. Rodriguez*, Docket, Supreme Court of the United States, https://www.supremecourt.gov/search.aspx?filename=/docketfiles/15-1204.htm. As a result, the parties submit that no further action is required by this Court at this time.

                                                 Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated:  June 29, 2017               /s/ Michael Kaufman
                                        MICHAEL KAUFMAN
                                        Counsel for Petitioners

Dated:  June 29, 2017              CHAD A. READLER
                                        Acting Assistant Attorney General
                                        Civil Division

                                        WILLIAM C. PEACHEY
                                        Director, Office of Immigration Litigation
                                        District Court Section

                                        EREZ REUVENI
                                        Senior Litigation Counsel

                                        /s/ Sarah Wilson
                                        SARAH S. WILSON
                                        United States Department of Justice
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        Phone: (202) 532-4700
                                        Sarah.S.Wilson@usdoj.gov
                                        Attorneys for Respondents

                                        Counsel for Respondents