UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 07-3239-TJH(RNBx)** | Date FEBRUARY 2, 2018 |

Title    ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL.,

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that a joint status report must be filed to this action no later than MARCH 5, 2018.

IT IS SO ORDERED.

cc: all parties

CV-90                    **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk ys