FILED

JUN 14 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, for himself and on behalf of a class of similarly-situated individuals; et al.,<br><br>        Petitioners-Appellees,<br><br>and<br><br>EFREN OROZCO,<br><br>        Petitioner,<br><br> v.<br><br>DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al.,<br><br>        Respondents-Appellants. | No.   13-56706, 13-56755<br><br>D.C. No.<br>2:07-cv-03239-TJH-RNB<br>Central District of California, Los Angeles<br><br>ORDER |

Before: WARDLAW and GOULD, Circuit Judges, and HADDON,[**] District Judge.

    The State of California's application for exemptions pursuant to Circuit Rule 46-5 (ECF No. 170) for associate deputy solicitors general Samuel Siegel and Max Carter-Oberstone is GRANTED.

---

    [**]    The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.