UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 4 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, for himself and on behalf of a class of similarly-situated individuals; et al., <br><br> Petitioners-Appellees, <br><br> and <br><br> EFREN OROZCO, <br><br> Petitioner, <br><br> v. <br><br> DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al., <br><br> Respondents-Appellants. | Nos. 13-56706, 13-56755 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB Central District of California, Los Angeles <br><br> ORDER |

Before: WARDLAW and GOULD, Circuit Judges, and HADDON,[*] District Judge.

Counsel's unopposed motion for an extension of time to file Petitioner's response to Respondents' sur-reply is GRANTED.

Appellant's brief is to be filed no later than September 17, 2018.

**IT IS SO ORDERED.**

---

[*] The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.