UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, for himself and on behalf of a class of similarly-situated individuals; et al., <br><br> Petitioners-Appellees, <br><br> and <br><br> EFREN OROZCO, <br><br> Petitioner, <br><br> v. <br><br> DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al., <br><br> Respondents-Appellants. | No. 13-56706, 13-56755 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB Central District of California, Los Angeles <br><br> ORDER |

Before: WARDLAW and GOULD, Circuit Judges, and HADDON,[*] District Judge.

The parties should be prepared at oral argument on Monday, October 29, 2018, to address what remedy, if any, should be fashioned by the court should it reach the conclusion that any of the relevant statutes are unconstitutional as a violation of Due Process.

**IT IS SO ORDERED.**

---

[*] The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.