Case: 2:07cv3239  Doc: 484



```
FILED
CLERK, U.S. DISTRICT COURT

NOV -7 2018

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY
```

Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<26449348@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al USCA Memorandum/Opinion/Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/16/2018 at 3:51 PM PDT and filed on 10/12/2018

| | |
|---|---|
| **Case Name:** | Alejandro Rodriguez v. James Hayes et al |
| **Case Number:** | 2:07-cv-03239-TJH-RNB |
| **Filer:** | |
| **Document Number:** | 484 |

**Docket Text:**
**ORDER from Ninth Circuit Court of Appeals filed. CCA # 13-56706, 13-56755. (yl)**

**2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:**
Ahilan T Arulanantham    aarulanantham@aclu-sc.org, gtien@aclu-sc.org
Cecillia D Wang    cwang@aclu.org, msanchez@aclu.org
Dorothy Kim    USACAC.Criminal@usdoj.gov, dorothy.kim@usdoj.gov
Erez Reuveni    erez.r.reuveni@usdoj.gov
Hans Chen    hans.h.chen@usdoj.gov
Jayashri Srikantiah    jsrikantiah@law.stanford.edu, ecmadriz@law.stanford.edu
Judy Rabinovitz    jrabinovitz@aclu.org, mtan@aclu.org, syapalater@aclu.org
Luis Allen Carrillo    lac4justice@gmail.com, ac@carrillofirm.com, hr@mikecarrillo.com, mike@mikecarrillo.com, pr@carrillofirm.com
Michael Bryan Kaufman    mkaufman@aclu-sc.org, gtien@aclu-sc.org, skang@aclusocal.org
Michael K T Tan    mtan@aclu.org
Nicole R Prairie    Nicole.Prairie@usdoj.gov, Paula.Richardson@usdoj.gov
Peter J Eliasberg    peliasberg@aclusocal.org, ckasher@aclusocal.org
Robert Ira Lester    robert.lester@usdoj.gov, CaseView.ECF@usdoj.gov, grace.oviatt@usdoj.gov, indira.j.cameron-banks@usdoj.gov, Lillian.Arratia@usdoj.gov, olivia.romero@usdoj.gov, Robert.Lester@usdoj.gov, USACAC.Civil@usdoj.gov
Sarah S Wilson    sarah.s.wilson@usdoj.gov, Arden.Ratana@usdoj.gov, sarah.wilson2@usdoj.gov
Sean A Commons    scommons@sidley.com, cvespinoza@sidley.com, laefilingnotice@sidley.com,

sean-commons-1061@ecf.pacerpro.com
Stacey Ilene Young    stacey.young@usdoj.gov
Steven A Ellis    sellis@goodwinlaw.com, GPhillips@goodwinlaw.com, litigator@goodwinlaw.com, LParra@goodwinlaw.com
Theodore William Atkinson    theodore.atkinson@usdoj.gov
Wen W Shen    wen.shen@sidley.com, laefilingnotice@sidley.com

**2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Brian Kelley Washington
Sidley Austin
555 West Fifth Street Suite 400
Los Angeles, CA 90013-1010
Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto, CA 92301
Gjon Juncaj
US Department of Justice
Office of Immigration Litigation
PO Box 868
Ben Franklin Station
Washington, DC 20044
William Tran
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\LA07CV3239-TJH-ORDER.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/16/2018] [FileNumber=26449346-0] [84105fcaf771c77851b9831eb4aa05e572672533e39f7e1727a9137be83108527c54ec55793b0e636a4f823469d4335883c3b467c06179f6e6311a48346c790d]]

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 12 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, for himself and on behalf of a class of similarly-situated individuals; et al., <br><br> Petitioners-Appellees, <br><br> and <br><br> EFREN OROZCO, <br><br> Petitioner, <br><br> v. <br><br> DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; et al., <br><br> Respondents-Appellants. | No. 13-56706, 13-56755 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, Los Angeles <br><br> ORDER |

Before: WARDLAW and GOULD, Circuit Judges, and HADDON,[*] District Judge.

The motion to reschedule oral argument is GRANTED. The parties are hereby notified that this case will be scheduled for oral argument at 1:00 p.m. on Monday, October 29, 2018, in Pasadena, California.

**IT IS SO ORDERED.**

---

[*] The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.

