UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 07-3239-TJH(RNBx)** | Date | NOVEMBER 21, 2018 |
|---|---|---|---|

| Title | ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL ., |
|---|---|

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, this matter is placed on the calendar for a Status Conference re remand from the 9th Circuit hearing on **January 28, 2019 at 10:00 a.m.**

IT IS SO ORDERED.

cc: all parties