1  JOSEPH H. HUNT
   Assistant Attorney General
2  Civil Division
   WILLIAM C. PEACHEY
3  Director, District Court Section
   Office of Immigration Litigation
4  EREZ R. REUVENI
   Assistant Director
5  SARAH STEVENS WILSON (GA State Bar No. 21212)
   Assistant United States Attorney
6  United States Department of Justice
        1801 4TH Avenue North
7       Birmingham, AL 35213
        Telephone:     (205) 244-2140
8       E-mail:        sarah.wilson2@usdoj.gov

9  Attorneys for Respondents

10                    UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

14  Alejandro Rodriguez, *et al.*,          No. CV 2:07-cv-3239

15          Petitioners,                    STIPULATION FOR ORDER
                                            RESCHEDULING STATUS
16                                          CONFERENCE;
        v.
17
                                            [Proposed] ORDER.
18  David Marin, in his official capacity
    as Field Office Director,
19  Immigration and Customs
    Enforcement, *et al.*,
20
            Respondents.
21

22

23

24

25

26

27

28

IT IS STIPULATED that the Status Conference currently scheduled for January 28, 2019, be rescheduled to February 11, 2019, or the Court's next available date. Counsel for the Respondents request the extension due to a conflicting trial date. There are no other attorneys assigned to this case available to handle the hearing for the Respondents on January 28, 2019.

DATED:  December 14, 2018.                Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
EREZ R. REUVENI
Assistant Director

*/s/ Sarah Stevens Wilson*
SARAH STEVENS WILSON
Assistant United States Attorney

Attorneys for Respondents

DATED:  December 14, 2018.

*/s/Ahilan Arulanantham*
ACLU of Sothern California

Attorney for Petitioners

* I attest that Petitioners' counsel concurs in this filing's content and has authorized its filing.

*/s/ Sarah Stevens Wilson*
SARAH STEVENS WILSON

## CERTIFICATE OF SERVICE

This is to certify that on December 14, 2018, a copy of the foregoing was served upon all case participants using the CM/ECF system.

*/s/Sarah Stevens Wilson*
SARAH STEVENS WILSON
Assistant United States Attorney