# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ <br><br> Petitioner(s), <br><br> v. <br><br> TIMOTHY ROBBINS <br><br> Respondent(s). | CASE NUMBER: <br><br> 2:07–cv–03239–TJH–RNB <br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   12/14/2018

Document Number(s):   498

Title of Document(s):   STIPULATION FOR ORDER RESCHEDULING STATUS CONFERENCE;

**ERROR(S) WITH DOCUMENT:**

Case number is incorrect or missing.

Other:

The case number is missing the judge initials. The complete case number is 2:07cv03239–TJH (RNBx)

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: December 17, 2018            By:  /s/ *Sharon Hall–Brown  213–894–3651*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS