JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
EREZ R. REUVENI
Assistant Director
SARAH STEVENS WILSON (GA State Bar No. 21212)
Assistant United States Attorney
United States Department of Justice
    1801 4TH Avenue North
    Birmingham, AL 35213
    Telephone:   (205) 244-2140
    E-mail:      sarah.wilson2@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alejandro Rodriguez, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>David Marin, in his official capacity as Field Office Director, Immigration and Customs Enforcement, *et al.*,<br><br>    Respondents. | No. CV 2:07-cv-3239-TJH(RNBx)<br><br><u>ORDER ON STIPULATION FOR ORDER RESCHEDULING STATUS CONFERENCE  [498]</u> |

1  FOR GOOD CAUSE SHOWN, the status conference scheduled for January 28, 2019, at 10:00 a.m., is continued to February 11, 2019, at 10:00 a.m.

**IT IS SO ORDERED**.

DATED: December 17, 2018.

_____

HON. TERRY J. HATTER, JR.,

UNITED STATES DISTRICT JUDGE