JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
EREZ R. REUVENI
Assistant Director
SARAH STEVENS WILSON (GA State Bar No. 21212)
Assistant United States Attorney
United States Department of Justice
    1801 4TH Avenue North
    Birmingham, AL 35213
    Telephone:   (205) 244-2140
    E-mail:     sarah.wilson2@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alejandro Rodriguez, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>David Marin, in his official capacity as Field Office Director, Immigration and Customs Enforcement, *et al.*,<br><br>    Respondents. | No. CV 2:07-cv-3239<br><br>STIPULATION FOR ORDER RESCHEDULING STATUS CONFERENCE;<br><br>[Proposed] ORDER. |

IT IS STIPULATED that the Status Conference currently scheduled for February 11, 2019, be rescheduled for March 4, 2019, or the Court's next available date. Counsel for the Respondents request the extension due to a conflicting hearing date and other deadlines that were moved as a result of the result lapse in appropriations. There are no other DOJ attorneys assigned to this case available to handle the hearing for February 11, 2019. Petitioners have no objections to rescheduling the Status Conference to March 4, 2019 or a later date.

DATED: February 4, 2019.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
EREZ R. REUVENI
Assistant Director

*/s/ Sarah Stevens Wilson*
SARAH STEVENS WILSON
Assistant United States Attorney

Attorneys for Respondents

DATED: February 4, 2019.

*/s/Michael Kaufman*
ACLU of Sothern California

Attorney for Petitioners

1

## CERTIFICATE OF SERVICE

This is to certify that on February 4, 2019, a copy of the foregoing was served upon all case participants using the CM/ECF system.

                                    */s/Sarah Stevens Wilson*
                                    SARAH STEVENS WILSON
                                    Assistant United States Attorney