UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-3239-TJH(RNBx) | Date | MARCH 18, 2019 |
|---|---|---|---|
| Title | ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL., | | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ahilan T. Arulanantham<br>Michael Kaufman | Sarah Wilson |

**Proceedings:** STATUS CONFERENCE or
J.P. MORGAN CHASE BANK, N.A.'S MOTION TO COMPEL ARBITRATION [11]

The case is called and counsel state their appearance. The Court and counsel confer re the status of the case.

Following discussions with the parties, the Court will allow Plaintiff time to file his Amended Complaint. The Amended Complaint is to be filed no later than April 19, 2019 as stated on the record. A written order will follow as to the briefing schedule.

IT IS SO ORDERED.

cc: all parties

__ : 06