Case: 2:07cv3239  Doc: 505

Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

Returned Undeliverable Mail

FILED
CLERK, U.S. DISTRICT COURT

APR 12 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<27372952@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Status Conference - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 3/28/2019 at 2:58 PM PDT and filed on 3/18/2019

| | |
|---|---|
| **Case Name:** | Alejandro Rodriguez v. James Hayes et al |
| **Case Number:** | 2:07-cv-03239-TJH-RNB |
| **Filer:** | |
| **Document Number:** | 505 |

**Docket Text:**
**MINUTES OF STATUS CONFERENCE on J.P. MORGAN CHASE BANK, N.A.'S MOTION TO COMPEL ARBITRATION [11] held before Judge Terry J. Hatter, Jr: The case is called and counsel state their appearance. The Court and counsel confer re the status of the case. Following discussions with the parties, the Court will allow Plaintiff time to file his Amended Complaint. The Amended Complaint is to be filed no later than April 19, 2019 as stated on the record. A written order willfollow as to the briefing schedule. Court Reporter: Lisa Gonzalez. (shb)**

**2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:**
Michael K T Tan    mtan@aclu.org
Michael Bryan Kaufman    skang@aclusocal.org, gtien@aclu-sc.org, mkaufman@aclusocal.org
Erez Reuveni    erez.r.reuveni@usdoj.gov
Sarah S Wilson    sarah.s.wilson@usdoj.gov, arden.ratana@usdoj.gov, sarah.wilson2@usdoj.gov
Steven A Ellis    sellis@goodwinlaw.com, lparra@goodwinlaw.com, litigator@goodwinlaw.com, gphillips@goodwinlaw.com
Sean A Commons    sean-commons-1061@ecf.pacerpro.com, laefilingnotice@sidley.com, cvespinoza@sidley.com, scommons@sidley.com
Jayashri Srikantiah    ecmadriz@law.stanford.edu, vsmith@law.stanford.edu, jsrikantiah@law.stanford.edu
Cecillia D Wang    cwang@aclu.org
Judy Rabinovitz    jrabinovitz@aclu.org, mtan@aclu.org

Luis Allen Carrillo     ac@carrillofirm.com, hr@carrillofirm.com, mike@carrillofirm.com,
lac4justice@gmail.com
Stacey Ilene Young     stacey.young@usdoj.gov
Ahilan T Arulanantham     gtien@aclu-sc.org, aarulanantham@aclu-sc.org
Peter J Eliasberg     peliasberg@aclusocal.org, ckasher@aclusocal.org
**2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means
<u>BY THE FILER</u> to :**
Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US
Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-3239-TJH(RNBx) | Date | MARCH 18, 2019 |
|---|---|---|---|
| Title | ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL., | | |

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ahilan T. Arulanantham<br>Michael Kaufman | Sarah Wilson |

**Proceedings:**    STATUS CONFERENCE or
J.P. MORGAN CHASE BANK, N.A.'S MOTION TO COMPEL ARBITRATION [11]

The case is called and counsel state their appearance. The Court and counsel confer re the status of the case.

Following discussions with the parties, the Court will allow Plaintiff time to file his Amended Complaint. The Amended Complaint is to be filed no later than April 19, 2019 as stated on the record. A written order will follow as to the briefing schedule.

IT IS SO ORDERED.

cc: all parties

__: 06

CV-90 (2/10)                    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

RECEIVED
CLERK, U.S. DISTRICT COURT

APR - 5 2019

CENTRAL DISTRICT OF CALIFORNIA
BY

**RETURN TO SENDER**
Adelanto ICE Processing Center
Reason checked

□ All books must have prior authorization, be new, and soft cover. NO hard cover, spiral bound, magazines, newspapers or package allowed
□ Must have Detainees Name, A# □ Dorm # □
□ Not allowed marker, crayon, glitter, glue, stickers, Books stamps, perfume or lipstick on the letter or envelope
□ No longer at this address

□ No such recipient/ Not in custody
□ Illegible or Incomplete
□ Not known or Not our Mail
□ Contents not acceptable
□ Photos no larger than 5x7, photos with sexual nudity is not allowed
□ Released/Damaged/ Refused
□ Violates the institution's policies
□ Other

RTS

TJH

NIXIE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD