AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclu-sc.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA  90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

*Attorneys for Petitioners*
(Additional Counsel listed on following page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> v. <br><br> DAVID MARIN, et al., <br><br> Respondents. | Case No. CV-07-3239-TJH <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME FOR PETITIONERS TO FILE A MOTION FOR LEAVE TO AMEND THE COMPLAINT** <br><br> Honorable Terry J. Hatter, Jr. |

JUDY RABINOVITZ
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY  10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone:  (415) 343-0779
Facsimile:  (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA  94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

On March 18, 2019, this Court ordered Petitioners to file their Amended Complaint by April 19, 2019. Dkt. 505.

Petitioners have endeavored in good faith to meet the Court's deadline, and had prepared a draft Amended Complaint that they intended to file by April 19, 2019. However, on April 16, 2019, the Attorney General issued a decision in *Matter of M-S-*, 27 I&N Dec. 509 (A.G. 2019). *Matter of M-S-* overrules the BIA's prior decision in *Matter of X-K-*, 23 I&N Dec. 731 (BIA 2005), and changed the Government's position on the detention authority for certain individuals in the *Rodriguez* class. *Matter of M-S-*, 27 I&N Dec. at 509-10 (holding that individuals who are designated "arriving aliens," entered without inspection, and pass a "credible" fear screening are detained under color of 8 U.S.C. § 1225). Because *Matter of M-S-* alters the putative detention authority for some class members, Petitioners are evaluating how the decision impacts their claims, including whether to alter the certified subclasses or add an additional subclass to include the class members covered by *Matter of M-S-*. If Petitioners determine that a new subclass is necessary, they will need additional time to identify a new class representative for the subclass. Accordingly, Petitioners respectfully request that the Court extend the deadline for their Amended Complaint by 30 days.

Respondents do not oppose a thirty-day extension of time for Petitioners to file a motion for leave to amend the complaint. Respondents have not agreed that an amended complaint is appropriate at this stage of the litigation, but remain open to discussing any proposed modifications with the potential to streamline the litigation. Respondents agree that additional discussion is warranted in light of the *M-S-* decision.

For the foregoing reasons, the parties jointly stipulate for and respectfully request that this Court grant Petitioners a 30 day extension to May 20, 2019 to file their Amended Complaint.

|   |   |
|---|---|
|   | Respectfully submitted, |

Dated: April 18, 2019

 s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners

 s/ Sarah Wilson (with permission)
SARAH WILSON
Counsel for Respondents

2