1  AHILAN T. ARULANANTHAM (SBN 237841)
   aarulanantham@aclu-sc.org
2  MICHAEL KAUFMAN (SBN 254575)
   mkaufman@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, CA  90017
   Telephone: (213) 977-5211
5  Facsimile: (213) 977-5297

6  *Attorneys for Petitioners*
   (Additional Counsel listed on following page)
7

8
9                UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA
11
12
13
14  ALEJANDRO RODRIGUEZ, et al.,     )  Case No. CV-07-3239-TJH
                                      )
15         Petitioners,                )  **ORDER GRANTING JOINT
                                      )  STIPULATION FOR EXTENSION
16         v.                          )  OF TIME FOR PETITIONERS TO
                                      )  FILE A MOTION FOR LEAVE TO
17  DAVID MARIN, et al.,              )  AMENDED THE COMPLAINT
                                      )  [507]**
18         Respondents.                )
                                      )
19                                     )  Honorable Terry J. Hatter, Jr.
                                      )
20  _____)

21
22
23
24
25
26
27
28

JUDY RABINOVITZ
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0779
Facsimile: (415) 395-0950

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Petitioners*

1 | Good cause having been shown in the parties' Joint Stipulation, Petitioners are
2 | hereby GRANTED a 30 day extension to file their Amended Complaint.
3 | Petitioners' Amended Complaint shall be filed no later than May 20, 2019.
4 | It is so ORDERED.

Dated: April 19, 2019

_____
HON. TERRY J. HATTER, JR.
United States District Judge

1