JOSEPH HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
EREZ REUVENI
Assistant Director
SARAH STEVENS WILSON
Assistant United States Attorney
United States Department of Justice
1801 Fourth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 244-2001
Sarah.Wilson2@usdoj.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> v. <br><br> DAVID MARIN, et al., <br><br> Respondents. | Case No. CV-07-3239-TJH <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME FOR RESOLUTION OF THE MOTION FOR LEAVE TO AMEND THE COMPLAINT AND TO CONTINUE HEARING DATE TO JULY 8, 2019** <br><br> Honorable Terry J. Hatter, Jr. |

It is stipulated that Respondents' time for responding to Petitioners' Motion to Amend the Complaint be extended from May 28, 2019, to June 12, 2019, Petitioners' time to file a reply in support of the motion, if any, be extended to June 24, 2019, and the submission date be continued from June 17, 2019, to July 8, 2019. The parties are continuing to negotiate and have been working to determine whether they can agree to the proposed modifications to the Third Amended Complaint. Several key decisionmakers for Respondents are out of the office on leave and have not yet had the opportunity to review the proposed amended complaint. Additional time to sort out these issues will help clarify the parties' positions and will not unnecessarily delay the proceedings.

For the foregoing reasons, the parties jointly stipulate for and respectfully request that this Court grant Respondents an extension to June 12, 2019, to file their response to Petitioners' Motion to File an Amended Complaint, grant Petitioners an extension to June 24, 2019, to file any reply, and continue the submission deadline from June 17, 2019, to July 8, 2019.

Respectfully submitted,

Dated: May 29, 2019

 s/ Sarah Stevens Wilson
SARAH STEVENS WILSON
Counsel for Respondents

 s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners