JOSEPH HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
EREZ REUVENI
Assistant Director
SARAH STEVENS WILSON
Assistant United States Attorney
United States Department of Justice
1801 Fourth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 244-2001
Sarah.Wilson2@usdoj.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> v. <br><br> DAVID MARIN, et al., <br><br> Respondents. | Case No. CV-07-3239-TJH <br><br> **[PROPOSED] ORDER ON JOINT STIPULATION FOR EXTENSION OF TIME FOR RESOLUTION OF THE MOTION FOR LEAVE TO AMEND THE COMPLAINT AND TO CONTINUE HEARING DATE TO JULY 8, 2019** <br><br> Honorable Terry J. Hatter, Jr. |

1 | For the reasons set forth in the parties' stipulation, and for good cause shown, the Respondents' time for responding to Petitioners' Motion to Amend the Complaint is extended to June 12, 2019, Petitioners' time to file a reply in support of the motion is extended to June 24, 2019, and the submission date for the motion is continued from June 17, 2019, to July 8, 2019.

Dated: May 29, 2019

_____
Hon. Terry J. Hatter, Jr.
United States District Court