UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
LOS ANGELES, CA

FILE: █████

IN THE MATTER OF:

CACHO-CASTILLO, AXEL ADONAY

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

\_\_\_\_ ORDERED that the request for a change in custody status be denied.

\_\_\_\_ ORDERED that the request be granted and that respondent be:

\_\_\_\_ released from custody on his own recognizance

__X__ released from custody under bond of $ 1,500

__X__ OTHER  A(i) at ERO discretion

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL: (waived) -- reserved

LOS ANGELES -- LOS ANGELES 3

Date: May 24, 2019

FRANK M. TRAVIESO
Immigration Judge

XS