SANDRA ANDERSON
Chief Counsel
MARTY RYAN
Deputy Chief Counsel
██████████

Assistant Chief Counsel
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
300 North Los Angeles, Suite 8108
Los Angeles, CA 90012

NON-DETAINED

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
300 N. LOS ANGELES, RM 4330
LOS ANGELES, CALIFORNIA

RECEIVED DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
LOS ANGELES, CA
2019 MAY 29 PM 2:42

| In the Matter of: | File No. ██████████ |
|---|---|
| CACHO-CASTILLO, AXEL | |
| In Removal Proceedings | |

Immigration Judge: MAURY, CARLOS          Next Hearing: N/A

U.S. DEPARTMENT OF HOMELAND SECURITY'S
MOTION TO CHANGE VENUE

Comes now, the Department of Homeland Security ("DHS"), by and through the undersigned Counsel, respectfully moves this Honorable Court to change venue to the proper Immigration Court pursuant to 8 C.F.R. § 1003.20(b).

An Immigration Judge may change venue for good cause upon motion by one of the parties. 8 C.F.R. § 1003.20(b). Good cause is determined by the balancing of relevant factors, including, among others, administrative convenience, expeditious treatment of the case, the location of witnesses, and, if an alien is in detention, the costs of transporting witnesses or evidence to a new location. *Matter of Rahman*, 20 I&N Dec. 480, 482-83 (BIA 1992); *Matter of Rivera*, 19 I&N Dec. 688 (BIA 1988); *Matter of Velasquez*, 19 I&N Dec. 377, 382 (BIA 1986).

In the present case, the respondent has been released from Immigration and Customs Enforcement (ICE) custody. See attached Form I-830. DHS requests that venue be changed to the appropriate EOIR court location. See 8 CFR § 1003.20.

Respectfully Submitted,

Date: May 29, 2019

███████████
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

**U.S. Department of Homeland Security**
**Immigration and Customs Enforcement**

Notice to EOIR: Alien Address

Date: 05/29/2019                                                                 File No.: [redacted]

To: OFFICE OF THE IMMIGRATION JUDGE
Executive Office for Immigration Review
606 S. Olive St. 15th Floor
Los Angeles, CA 90014

From: Immigration and Customs Enforcement
Detention and Removal Operations
34 Civic Center Plaza, Rm. 1027
Santa Ana, CA 92701

Respondent: CACHO-Castillo, Axel Adonay

This is to notify you that this respondent is:

☐ Currently incarcerated by other than ICE. A charging document has been served on the respondent and an Immigration Detainer- Notice of Action by the INS (Form I-247) has been filed with the institution shown below. He/she is incarcerated at:

_____
_____
_____

His/her anticipated release date is: _____

☐ Currently detained by ICE at:

_____
_____

☐ Currently detained by ICE and was transferred this date to a new location: _____

*RECEIVED DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW IMMIGRATION COURT LOS ANGELES, CA 2019 MAY 29 PM 2:42*

ICE Motion for Change of Venue attached. ☐ Yes ☒ No

☒ Released from ICE custody on the following condition(s):
   ☐ Personal Recognizance
   ☐ Order of Recognizance (Form I-220A)
   ☒ Bond in the amount of  $1500      ☐ Surety  ☒ Cash
   ☒ Other _____

☒ Upon release from ICE custody, the respondent reported his/her address and telephone number will be:
[redacted] New York, NY, 10027
(718) [redacted]

☒ Upon release from ICE custody, the respondent was reminded of the requirements contained in Section 239(a)(1)(F)(ii) of the Immigration and Nationality Act and was provided with an EOIR change of address form (EOIR-33).

_____     Deportation Officer
(Signature-ICE officer)                (Title, ICE Officer)

_____     Theo Lacy Facility, Orange, California
(Printed Name of ICE Officer)          (Location)

Form I-830 (Rev. 4/1/97)N

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
300 N. LOS ANGELES, RM 4330
LOS ANGELES, CALIFORNIA

In the Matter of:                                              A Number: ███
CACHO-CASTILLO, AXEL

ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the U.S. Department of Homeland Security's Motion to Change Venue, it is HEREBY ORDERED THAT THE MOTION BE [ ] GRANTED [ ] DENIED because:

[ ]  DHS does not oppose the motion.
[ ]  The respondent does not oppose the motion.
[ ]  A response to the motion has not been filed with the court.
[ ]  Good cause has been established for the motion.
[ ]  The court agrees with the reasons stated in the opposition to the motion.
[ ]  The motion is untimely per _____.
[ ]  Other:

Deadlines:

[ ]  The application(s) for relief must be filed by _____.
[ ]  The respondent must comply with DHS biometrics instructions by _____.

_____                    _____
Date                                  Immigration Judge MAURY, CARLOS

Certificate of Service

This document was served by:      [ ] Mail  [ ] Personal Service

To:   [ ] Alien     [ ] Alien c/o Custodial Officer     [ ] Alien's Atty/Rep     [ ] DHS

Date: _____           By:   Court Staff _____

## CERTIFICATE OF SERVICE

### CACHO-CASTILLO, AXEL

I certify under penalty of perjury that a copy of the Department of Homeland Security's **Motion To Change Venue** and any attachments were caused to be served by first-class mail to the respondent and/or the respondent's representative at the address(es) at bottom-left, on the date indicated below.

Date: May 29, 2019

_____
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

Axel Cacho-Castillo

New York, NY 10027