JOSEPH HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
EREZ REUVENI
Assistant Director
SARAH STEVENS WILSON
Assistant United States Attorney
United States Department of Justice
1801 Fourth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 244-2001
Sarah.Wilson2@usdoj.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> v. <br><br> DAVID MARIN, et al., <br><br> Respondents. | Case No. CV-07-3239-TJH <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME FOR RESPONDENTS TO FILE A REPONSE TO THE FOURTH AMENDED COMPLAINT** <br><br> Honorable Terry J. Hatter, Jr. |

It is stipulated that Respondents' time for responding to Petitioners' Fourth Amended Complaint be extended from July 25, 2019, to August 8, 2019. There is good cause for the stipulation. The parties are discussing two issues related to Respondents' anticipated Motion to Dismiss the Fourth Amended Complaint. First, Petitioners are in the process of determining whether they are likely to request the opportunity to file a Fifth Amended Complaint, which could make motions practice on the Fourth Amended Complaint unnecessary. In addition, the parties are discussing how to best streamline the briefing of issues in the motion to dismiss so not to overlap with issues the Court of Appeals directed be considered on remand.

For the foregoing reasons, the parties jointly stipulate for and respectfully request that this Court grant Respondents a 14-day extension to August 8, 2019, to file their response to Petitioners' Fourth Amended Complaint.

Respectfully submitted,

Dated: July 24, 2019

 s/ Sarah Stevens Wilson
SARAH STEVENS WILSON
Counsel for Respondents

s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners