JOSEPH HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
EREZ REUVENI
Assistant Director
SARAH STEVENS WILSON
Assistant United States Attorney
United States Department of Justice
1801 Fourth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 244-2001
Sarah.Wilson2@usdoj.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al.,<br><br>Petitioners,<br><br>v.<br><br>DAVID MARIN, et al.,<br><br>Respondents. | Case No. CV-07-3239-TJH<br><br>**ORDER ON JOINT STIPULATION FOR EXTENSION OF TIME FOR RESPONDENTS TO FILE A REPONSE TO THE FOURTH AMENDED COMPLAINT [516]**<br><br>Honorable Terry J. Hatter, Jr. |

For the reasons set forth in the parties' stipulation, and for good cause shown, IT IS ORDERED that Respondents' time for responding to the Petitioners' Fourth Amended Complaint is extended from July 25, 2019, to August 8, 2019.

Dated: July 25, 2019

_____
Hon. Terry J. Hatter, Jr.
United States District Court