Case: 2:07cv3239  Doc: 516

Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

Returned Mail

FILED
CLERK, U.S. DISTRICT COURT

AUG - 9 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<28096106@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Stipulation Extending Time to Answer (30 days or less) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Wilson, Sarah on 7/24/2019 at 4:15 PM PDT and filed on 7/24/2019

| | |
|---|---|
| **Case Name:** | Alejandro Rodriguez v. James Hayes et al |
| **Case Number:** | 2:07-cv-03239-TJH-RNB |
| **Filer:** | Wesley Lee |
| | Mike Kreuger |
| | Arthur Edwards |
| | Eric Holder |
| | Rodney Penner |
| | Russell Davis |
| | Janet Napolitano |
| | Davis Nighswonger |
| | Thomas G Snow |
| | Nguyen |
| | Sandra Hutchens |
| **Document Number:** | 516 |

**Docket Text:**
Joint STIPULATION Extending Time to Answer the complaint as to Wesley Lee answer now due 8/8/2019; Mike Kreuger answer now due 8/8/2019; Arthur Edwards answer now due 8/8/2019; Eric Holder answer now due 8/8/2019; Rodney Penner answer now due 8/8/2019; Russell Davis answer now due 8/8/2019; Janet Napolitano answer now due 8/8/2019; Davis

**Nighswonger answer now due 8/8/2019; Thomas G Snow answer now due 8/8/2019; Nguyen answer now due 8/8/2019; Sandra Hutchens answer now due 8/8/2019; Timothy Robbins answer now due 8/8/2019, re Amended Complaint/Petition, [515] filed by Respondents Wesley Lee; Mike Kreuger; Arthur Edwards; Eric Holder; Rodney Penner; Russell Davis; Janet Napolitano; Davis Nighswonger; Thomas G Snow; Nguyen; Sandra Hutchens. (Attachments: # (1) Proposed Order)(Wilson, Sarah)**

**2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:**
Ahilan T Arulanantham    aarulanantham@aclusocal.org, gtien@aclu-sc.org
Cecillia D Wang    cwang@aclu.org
Erez Reuveni    erez.r.reuveni@usdoj.gov
Jayashri Srikantiah    jsrikantiah@law.stanford.edu, ecmadriz@law.stanford.edu, vsmith@law.stanford.edu
Judy Rabinovitz    jrabinovitz@aclu.org, judy-rabinovitz-3958@ecf.pacerpro.com, mtan@aclu.org
Luis Allen Carrillo    lac4justice@gmail.com, ac@carrillofirm.com, hr@carrillofirm.com, mike@carrillofirm.com
Michael Bryan Kaufman    mkaufman@aclusocal.org, gtien@aclu-sc.org, jdelgadillo@aclusocal.org
Michael K T Tan    mtan@aclu.org, michael-tan-9223@ecf.pacerpro.com
Peter J Eliasberg    peliasberg@aclusocal.org, ckasher@aclusocal.org
Sarah S Wilson    sarah.s.wilson@usdoj.gov, Arden.Ratana@usdoj.gov, sarah.wilson2@usdoj.gov
Sean A Commons    scommons@sidley.com, cvespinoza@sidley.com, laefilingnotice@sidley.com, sean-commons-1061@ecf.pacerpro.com
Stacey Ilene Young    stacey.young@usdoj.gov
Steven A Ellis    sellis@goodwinlaw.com, GPhillips@goodwinlaw.com, litigator@goodwinlaw.com, LParra@goodwinlaw.com

**2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto, CA 92301

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Users\SWilson\Desktop\Joint Stipulation for Extension to File Response to FAC.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/24/2019] [FileNumber=28096102-0
] [78da06ca796308aac571f1d58c3dd11d28c3531f0c064c1fb7d15a5a6a4cbf17f42
7f38af3676a4071961986b0eff33e8db8369a16d0eae35063831df408a655]]
**Document description:**Proposed Order
**Original filename:**C:\Users\SWilson\Desktop\Proposed Order Joint Stipulation for Extension to File Response to FAC.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/24/2019] [FileNumber=28096102-1
] [5379d4ff4c3242a8401c09590dd127212cea4d933e49da3c7fc71955405e8bda322
3b6d66561cc7e566cad9eb4902586bb30460d1991fd12a5b7cc5820146148]]

JOSEPH HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
EREZ REUVENI
Assistant Director
SARAH STEVENS WILSON
Assistant United States Attorney
United States Department of Justice
1801 Fourth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 244-2001
Sarah.Wilson2@usdoj.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> v. <br><br> DAVID MARIN, et al., <br><br> Respondents. | Case No. CV-07-3239-TJH <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME FOR RESPONDENTS TO FILE A REPONSE TO THE FOURTH AMENDED COMPLAINT** <br><br> Honorable Terry J. Hatter, Jr. |

It is stipulated that Respondents' time for responding to Petitioners' Fourth Amended Complaint be extended from July 25, 2019, to August 8, 2019. There is good cause for the stipulation. The parties are discussing two issues related to Respondents' anticipated Motion to Dismiss the Fourth Amended Complaint. First, Petitioners are in the process of determining whether they are likely to request the opportunity to file a Fifth Amended Complaint, which could make motions practice on the Fourth Amended Complaint unnecessary. In addition, the parties are discussing how to best streamline the briefing of issues in the motion to dismiss so not to overlap with issues the Court of Appeals directed be considered on remand.

For the foregoing reasons, the parties jointly stipulate for and respectfully request that this Court grant Respondents a 14-day extension to August 8, 2019, to file their response to Petitioners' Fourth Amended Complaint.

Respectfully submitted,

Dated: July 24, 2019

s/ Sarah Stevens Wilson
SARAH STEVENS WILSON
Counsel for Respondents

s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners

1

```
 1  JOSEPH HUNT
 2  Assistant Attorney General
    Civil Division
 3  WILLIAM C. PEACHEY
 4  Director, District Court Section
    Office of Immigration Litigation
 5  EREZ REUVENI
 6  Assistant Director
    SARAH STEVENS WILSON
 7  Assistant United States Attorney
 8  United States Department of Justice
    1801 Fourth Avenue North
 9  Birmingham, Alabama 35203
10  Telephone: (205) 244-2001
11  Sarah.Wilson2@usdoj.gov
12  Attorneys for Respondents
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | Case No. CV-07-3239-TJH |
| Petitioners, | **[PROPOSED] ORDER ON JOINT STIPULATION FOR EXTENSION OF TIME FOR RESPONDENTS TO FILE A REPONSE TO THE FOURTH AMENDED COMPLAINT** |
| v. | |
| DAVID MARIN, et al., | |
| Respondents. | |
| | Honorable Terry J. Hatter, Jr. |

1 | For the reasons set forth in the parties' stipulation, and for good cause shown, IT IS ORDERED that Respondents' time for responding to the Petitioners' Fourth Amended Complaint is extended from July 25, 2019, to August 8, 2019.

Dated: July __, 2019

_____
Hon. Terry J. Hatter, Jr.
United States District Court

1

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

RTS

RETURN TO SENDER
Adelanto ICE Processing Center
Reason checked

- ☐ All books must have prior authorization, be new, and soft cover. NO hard cover, spiral bound, magazines, newspapers or package allowed
- ☐ Must have Detainee Name, A# ☐ Dorm # ☐
- ☐ Not allowed marker, crayon, glitter, glue, stickers, Books stamps, perfume or lipstick on the letter or envelope
- ☐ No longer at this address
- ☐ No such redetainee/Not in custody
- ☐ Illegible or Incomplete
- ☐ Not known or Not our Mail
- ☐ Contents not acceptable
- ☐ Photos; no larger than 5x7, photos with sexual nudity not allowed
- ☐ Released/Damaged/Refused
- ☐ Violates the institution's policies
- ☐ Other

-R-T-S-   923015116-1N   08/01/19

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

TJH

RECEIVED
CLERK U.S. DISTRICT COURT
AUG - 5 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY



T-S- 923015116-1N     08/01/19

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

|||||||||||||||||||||||||||||||||||||||||||||||||||

TJH