JOSEPH HUNT
Assistant Attorney General
Civil Division
WILLIAM PEACHEY
Director, Office of Immigration Litigation
EREZ REUVENI
Assistant Director
SARAH STEVENS WILSON
United States Department of Justice
1801 Fourth Avenue North
Birmingham, Alabama
Telephone: (205) 244-2140
Email: Sarah.Wilson2@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> DAVID MARIN, Field Office Director, U.S. Immigration and Custom Enforcement, Los Angeles, *et al.*, <br><br> Respondents. | No. CV 07-3239-TJH (RNBx) <br><br> Hon. Terry J. Hatter, Jr. <br><br> **[PROPOSED] ORDER ON RESPONDENTS' PARTIAL MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT** |

1

The Court GRANTS Respondents' Partial Motion to Dismiss and ORDERS:

Petitioner Alex Cacho Castillo is DISMISSED as a Petitioner. Cacho Castillo has been released from immigration detention and faces no prospect of being detained for a period of 180 days within this district. Accordingly, his claims are dismissed.

Count One is DISMISSED. The Supreme Court has dismissed and denied Petitioners' statutory claims under the INA's pre-final order detention provisions (8 U.S.C. §§ 1225(b)(1)(B)(iii)(IV); 1225(b)(2)(A); 1226(a); 1226(c)), and the Ninth Circuit has dismissed Petitioners' claims under the INA's post-order provision (8 U.S.C. § 1231). Therefore, there are no remaining statutory claims for this Court to address in Count One.

Count Four is DISMISSED. The new claims raised in Count Four exceed the scope of the issues remanded to this Court by the Supreme Court through the Ninth Circuit. The Court lacks jurisdiction to entertain Count Four on remand.

Dated: October _, 2019

_____
Hon. Terry J. Hatter
United States District Court