Case: 2:07cv3239   Doc: 520

Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

*Returned Mail*

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 7 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<28227792@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Order Extending Answer Due Deadline Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 8/15/2019 at 11:42 AM PDT and filed on 8/15/2019

| | |
|---|---|
| **Case Name:** | Alejandro Rodriguez v. James Hayes et al |
| **Case Number:** | 2:07-cv-03239-TJH-RNB |
| **Filer:** | |
| **Document Number:** | 520 |

**Docket Text:**
**ORDER ON JOINT STIPULATION FOR SECOND EXTENSION OF TIME FOR RESPONDENTS TO FILE A RESPONSE TO THE FOURTH AMENDED COMPLAINT [518], by Judge Terry J. Hatter, Jr. IT IS ORDERED that Respondents time for responding to the Petitioners Fourth Amended Complaint is extended from August 8, 2019, to August 22, 2019. (shb)**

**2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:**
Michael K T Tan     michael-tan-9223@ecf.pacerpro.com, mtan@aclu.org
Michael Bryan Kaufman     gtien@aclu-sc.org, jdelgadillo@aclusocal.org, mkaufman@aclusocal.org
Erez Reuveni     erez.r.reuveni@usdoj.gov
Sarah S Wilson     sarah.s.wilson@usdoj.gov, arden.ratana@usdoj.gov, sarah.wilson2@usdoj.gov
Steven A Ellis     sellis@goodwinlaw.com, lparra@goodwinlaw.com, litigator@goodwinlaw.com, gphillips@goodwinlaw.com
Sean A Commons     sean-commons-1061@ecf.pacerpro.com, laefilingnotice@sidley.com, cvespinoza@sidley.com, scommons@sidley.com
Jayashri Srikantiah     ecmadriz@law.stanford.edu, jsrikantiah@law.stanford.edu
Cecillia D Wang     cwang@aclu.org
Judy Rabinovitz     judy-rabinovitz-3958@ecf.pacerpro.com, jrabinovitz@aclu.org, mtan@aclu.org
Luis Allen Carrillo     ac@carrillofirm.com, hr@carrillofirm.com, mike@carrillofirm.com, lac4justice@gmail.com
Stacey Ilene Young     stacey.young@usdoj.gov

Ahilan T Arulanantham     gtien@aclu-sc.org, aarulanantham@aclusocal.org
Peter J Eliasberg     peliasberg@aclusocal.org, ckasher@aclusocal.org

**2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

JOSEPH HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
EREZ REUVENI
Assistant Director
SARAH STEVENS WILSON
Assistant United States Attorney
United States Department of Justice
1801 Fourth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 244-2001
Sarah.Wilson2@usdoj.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> v. <br><br> DAVID MARIN, et al., <br><br> Respondents. | Case No. CV-07-3239-TJH (RNBx) <br><br> **ORDER ON JOINT STIPULATION FOR SECOND EXTENSION OF TIME FOR RESPONDENTS TO FILE A RESPONSE TO THE FOURTH AMENDED COMPLAINT [518]** <br><br> Honorable Terry J. Hatter, Jr. |

For the reasons set forth in the parties' stipulation, and for good cause shown, IT IS ORDERED that Respondents' time for responding to the Petitioners' Fourth Amended Complaint is extended from August 8, 2019, to August 22, 2019.

Dated: August 15, 2019

_____
Hon. Terry J. Hatter, Jr.
United States District Judge

1

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



RETURN TO SENDER
Adelanto ICE Processing Center
Reason checked:

- ☐ All books must have prior authorization, be new, and soft cover. NO hard cover, spiral bound, magazines, newspapers or package allowed
- ☐ Must have Detainees Name, A# ☐ Dorm #☐
- ☐ Not allowed markers, crayons, glitter, glue, stickers, Books stamps, perfume or lipstick on the letter or envelope
- ☒ No longer at this address
- ☐ No such recipient/ Not in custody
- ☐ Illegible or incomplete
- ☐ Not known or Not our Mail
- ☐ Contents not acceptable
- ☐ Photos; no larger than 5x7, photos with sexual nudity is not allowed
- ☒ Released/Damaged/ Refused
- ☐ Violates the institution's policies
- ☐ Other _____



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 26 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TJH