UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL **_AMENDED_**

Case No.  CV 07-3239-TJH(RNBx)    Date  MARCH 18, 2019

Title  ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL.,

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:
Ahilan T. Arulanantham
Michael Kaufman

Attorneys Present for Defendants:
Sarah Wilson

**Proceedings:** *STATUS CONFERENCE HELD RE MANDATE FROM 9TH CIRCUIT COURT OF APPEALS APPEAL NO. 13-56706 AFFIRMED IN PART, REVERSED IN PART AND REMANDED TO DISTRICT COURT. [463][495]*

The case is called and counsel state their appearance. The Court and counsel confer re the status of the case.

Following discussions with the parties, the Court will allow Plaintiff time to file his Amended Complaint. The Amended Complaint is to be filed no later than April 19, 2019 as stated on the record.

IT IS SO ORDERED.

cc: all parties

__: 06