JOSEPH HUNT
Assistant Attorney General
Civil Division
DAVID MCCONNELL
Director, Office of Immigration Litigation
Appellate Court Section
ERNESTO MOLINA
Deputy Director
SARAH WILSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4700/(205) 244-2140
    sarah.s.wilson@usdoj.gov

Attorneys for Federal Respondents

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> DAVID MARIN, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.*, <br><br> Respondents. | Case No. CV 07-3239-TJH <br><br> **RESPONDENTS' NOTICE OF MOTION AND MOTION TO VACATE PRELIMINARY INJUNCTION AND DECERTIFY CLASS** <br><br> **The Honorable Terry Hatter, Jr.** <br><br> Hearing Date: February 17, 2020 <br> Hearing Time: 10:00 am |

PLEASE TAKE NOTICE that on February 17, 2020, Respondents' Motion to Vacate the Preliminary Injunction and to Decertify the Class will be taken under submission by the Court. Should a hearing take place, it will be held in the courtroom of the Honorable Terry J. Hatter, United States District Judge, located in Courtroom 9B of the First Street Courthouse, 350 W. 1st Street, Los Angeles, California, 90012.

This motion is based on the memorandum of points and authorities in support of this motion and the documents cited therein.

This motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place telephonically on several dates, including November 15, 2019.

Dated: November 27, 2019

JOSEPH HUNT
Assistant Attorney General
Civil Division
DAVID MCCONNELL
Director, Office of Immigration Litigation
Appellate Court Section
ERNESTO MOLINA
Deputy Director

*/s/ Sarah Wilson*
SARAH WILSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4700/ (205) 244-2140
sarah.s.wilson@usdoj.gov

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I certify that on November 27, 2019, I served a copy of the foregoing by CM/ECF which delivered a copy to all counsel of record, including:

Ahilan T. Arulanantham
Email: aarulanantham@aclu-sc.org

Michael Kaufman
Email: mkaufman@aclu-sc.org

Zoe McKinney
Email: ZMcKinney@aclusocal.org

                                            */s/ Sarah Wilson*
                                            Sarah Wilson
                                            United States Department of Justice