UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-3239-TJH(RNBx) | Date | DECEMBER 16, 2019 |

| | |
|---|---|
| Title | ALEJANDRO RODRIGUEZ v. JAMES HAYES, ET AL., |

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the Petitioner's motion for clarification or reconsideration **[528]** currently set for hearing on December 23, 2019 and Respondent's motion to vacate preliminary injunction and decertify class **[533]** set for February 17, 2020 are both taken under submission as of the hearing date.

No appearances are needed on December 23, 2019 or February 17, 2020.

IT IS SO ORDERED.

cc: all parties

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |