LODGED
CLERK, U.S. DISTRICT COURT

**OCT 2 9 2019**

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

**DEC 1 1 2019**

CENTRAL DISTRICT OF CALIFORNIA
                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Victorville City of | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:93-cv-04297 RJK |
| v. | |
| Durston, et al | **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |
| DEFENDANT(S). | |

On October 29, 2019 _____, the Court received the attached

☐ Complaint ☐ Petition ☐ Notice of Removal, captioned _____

☒ other document(s), entitled Miscellaneous _____

from _____, who was found by the Court on 6/5/1995

in case number 2:93-cv-04297 RJK _____ to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☐ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☐ Submission of document(s) for filing requires a Motion for Leave to File.

☐ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☒ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $ _____ must be posted in order to proceed.

☐ Other : _____

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the
☐ assigned magistrate judge ☐ assigned district judge ☐ Chief Judge for review.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ IT IS HEREBY ORDERED that the document(s) presented:

    ☐ be filed in the above-captioned case.

    ☐ be filed in case number _____.

    ☐ be filed as a new case.

or

☐ IT IS RECOMMENDED that the document(s) presented not be filed. The Clerk is directed to forward this recommendation to the appropriate district judge for review.

_____          _____
Date                                    United States Magistrate Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY ORDERED that the document(s) presented

    ☒ not be filed.

    ☐ be filed in the above-captioned case.

    ☐ be filed in case number _____

    ☐ be filed as a new case.

_____          _____
Date                                    United States District Judge

CV-115 (04/2018)              **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT**

Case 8:92-cv-00715-GLT-EE    Document 125    Filed 02/24/12    Page 1 of 1    Page ID #:160

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 92-715-GLT (EE) | Date | February 24, 2012 |
|---|---|---|---|
| Title | Ernest Durston v. Daniel Braun, et al. | | |

| Present: The Honorable | Audrey B. Collins, Chief United States District Judge | |
|---|---|---|
| Angela Bridges | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    Order Regarding Further Filings

A final order was issued in this case on May 30, 1995, and the judgment of this Court was affirmed on appeal on December 19, 1996. *See Durston v. Braun,* 105 F.3d 664 (9th Cir. 1996). The case has thus been closed for more than fifteen years. Accordingly, the Clerk shall accept no further filings in this case.

**IT IS SO ORDERED.**

cc: Civil Intake

|  | : |  |
|---|---|---|
| Initials of Preparer | | AB |

*CHECK YOOR MAIL*

USPS Tr # 9114 9999 4431 4381 0488 56 back up 10/26/19 # 9114 9999 43810477 67
USAG Bar FBI Wray 798 F supp 2d 737 Cr victim
@3403 10th st riverside ca 92501 durstoned @ gmail.com
760 561 2930 used call when DC Emails Conform received
18§1514 pendant US restraining order change venue approved
Enclosed large typed pages ?other exhibits missing by car
burgler Friday nite to follow on Monday USPS #

*10/28/19 Ed Dos*

PAG Ernest Durston on US treaty with TJ Mex PD on
Victim Mex Fugitive warrants Daniel Edwin Braun
At large apple Valley ca by Ca CDL Address and
# C0600086
Murreita ca BP agent Solise noticed hand delivery
US /Mex treaty warrant by PC 854&855 FVI29004
Any ca US law enforcement can retake FVI29004
Flight Fugitive then ca custody go to ATF agents
Braun convicted felon use gun TJMEX warrants
TRUMP /durston victim/ USE of every US treaty
DHS ICE BP solice @ EDCVUSDC Bernal judge
Theft 11/17/14 redo 2019 Mex Extradition ATF
2019 Prisoner awaits MEX Att gen ask for Braun
Wheelmen Sent back TJ mex PD & mex Justice

FVI29004 & CIV24581 & bribed fixed vcv18857  CACA26815a still open 2019
FVI29004 Entry nunc pro tunc /full faith Credit 10/23/92 at 4 closing prose window
LR 83-1.3.1.1 kicked in then SO Atts bribery judge destroy entry papers so fix take

over 93CV4297 venue change USAM 1725 SO 3 atts bribed multi Ca DC?9th judges

Back up interest of venue change LR 83-1.3.1.1 mailed 10/26/92 redo 11/17/14

MOOT 93CV4279 is 449US24 copy cat & US fraud act Case venue change USAM
1725 bribery Judges & clerks impede Durston defendants prevailing Ca Cr case
framed by SO/9Da's 2/7/1979 fake arrest rap sheet hide FBI being noticed by victim
Att threat that then fool victim had do wait till on witness stand when taggart asked
How I plead Victim Gave His tar kettle pink slip signed over new owner durston
from sunset roofing Redlands Ca
Taggart Said Everybody chambers /durston your case is CV820 dismissed AKA
reads Brady ?bevens rico Fixing 1961.8 Later A-hole DA said could not Find sunset
VV Ca contel Phone director Still operating DA SO next CV900 claimed Durston
BY PD report bill bethkey Destroyed ms jerry January 12/27/78 embezzler BICC
funds & 14 records US Govt loans FBI refused investigate 278 F supp2d 104 aka

*Brad*
*00 got*
*1-24*

*Clerk MILLIPS*
*BERNAL*

25

*10/26/19*

Lamone V US
 Durston called his car insurance agent same jerry after rush job by own att sold out
DASO his fool client got Fraudulent convicted same as Keven cooper 1984 agent
found car virgin paint glass in {1995 jul30 cold case murdered John January with 2
lnnocent friends CA city Ca PD chief wanted it silenced method death 3 took naps
After SO came to john house on his confession Car in his garage & daughter Theft
of records & funds his help theft records other durston BICC office equipment by
'his Truck & horse trailer on or about 12/27/78 he confessed durston told him not
call pd vv as FBI told him to tell his killers were he lived same 1978 nov murder of
Hulon huges called durston say he found tar kettle 2 thieves feb 1979 SO Gave back
Jun 78 thieves in 79 thieves took SO gift 72/79 durston tar kettle to Peoria ?good
year Arizona job Cites  hulio hughes cold blooded murdered by SO Boot gun ?
Then watch commander sgt trumbull & fixer CV900 bill bethkie wanted 10/5/1973
keep from FBI v us mail thief hill rescued 10/6/73by sgt trunbull & 8 others cops
.2 dects hurst & billings became Jail keeper Chino Ca were drug cooker cold case as
Murdered name Pahrump V times 1997?98 he been pimped out deliver 25 gallons
he said SO Nye County & 2 Da's made gram bust 1st time NV FTA flight lost car
Other DA sniches drove openly around Pahrump Nv


Moot ness 93CV4297 non merit case names # bribery by lead Att Ostenburg hired
atts JA Brown & Bonesten all Ca Bar noticed Fixer SO out laws atts to  pay other
fixer DC judges Kelleher showed merit less Transcript to taylor showed fake papers
from govt mole fool durston Att Larry Morse {disbared by others cases LA City
/county DAs office }3 SO atts bribed ex US att DOJ agent he called himself to be
gave taylor fake durston quits in hospital knew nothing about papers on rico fixed
1961.8 & MOOT 92SACV715 as FVI29004 & Civ 24581 still open april 1994


LR 83-1.3.1.1 says change of venue also This motion Nunc pro tunc ?order ?errors ?


Mr joe widman USAG Barr employee The US Fraud Act sound rico bribery hired
RE hired 1/16/90 blackmailer Culliton got $100K plus freiden then gibson law att
clerk long befor  10/26/92 USDC onetime use out side DC room EX parte
FRCP Rule 77 [illegal } SO multi atts arrowhead ave emergency "want immunity
motion" aka reconsideration aka notice is waved FBI /USAG ? aiders abettors Ca
DOJ
Motion denied said fixer did not want another public annocement notice braun
forger DEA fugitive jun 89 that did not act alone got Immunity for felony 9th fools
Did that cr protection injury victim reputation


 3/SO atts long line 12/17/93-2019  kelleher aider & Abettor last covert actor fixer ?
civil chief judge Phillips got ask /tell SO if they object to normal new district venue
change Aka the stone idols city of Victorville & county of San bernardino  lien

debtors roll call  pg 1 transcript exhibit FVI29004 & read Mex US treaty fugitive Trump right ask any county Mex TJPD  has recipical right ask US for return braun & other mex hit men wheel men FVI29004 debtors by SO contact 1974 when before 10/6/73 SO rescued FBI suspects Hill us mail thefts & sgt Trumbull & 8 others rescued hill 10/6/73

car burglar took all my pg # papers ?USAG suppose pay DOJ witness expence's
USPS Tr # 9114 9999 4431 4381 0488 56 back up 10/26/19 # 9114 9999 43810477 67
monday 10/28/19 USPStr # 9114 9999 4431 0488 56
USAG Bar FBI Wray 798 F supp 2d 737 Cr victim
@3403 10th st riverside ca 92501 durstoned @ gmail.com
760 561 2930 used call when DC Emails Conform received
18§1514 pendant US restraining order change venue approved
Enclosed large typed pages ?other exhibits missing by car
burgler Friday nite to follow on Monday USPS # 9114 9999 4431 4381 0488 56

PAG Ernest Durston on US treaty with TJ Mex PD on
Victim Mex Fugitive warrants Daniel Edwin Braun
At large apple Valley ca by Ca CDL Address and
# C0600086
Murreita ca BP agent Solise noticed hand delivery
US /Mex treaty warrant by PC 854&855 FVI29004
Any ca US law enforcement can retake FVI29004
Flight Fugitive then ca custody go to  ATF agents
Braun convicted felon use gun TJMEX warrants
TRUMP /durston victim/ USE of every US treaty
 DHS ICE BP solice @ EDCVUSDC Bernal judge
Theft 11/17/14 redo 2019 Mex Extradition ATF
2019 Prisoner awaits MEX Att  gen ask for Braun
3 Wheelmen Sent back TJ mex PD & mex Justice

    CCP405:21b with FVI29004 transcript 4 pgs only phillips Signature needed
 expedited ?change venue about Ca/Ag USAG fugitive Mex  fugitive higher Crimes
probable the format not pleas any one being 18§4 RE /tell Cr Judge Bernal Theft
nunc pro tunc /order FVI29004 others Change venue Multi Thefts FVI29004 govt
Atts locked out 10/26/92 DC LR 83-1.3.1.1 has 28USC §1404(a)Change of venue
clerk in the interest 2011 Mex US treaty justice info that was theft from hon sole
sitting DC judge Bernal clerk 11/17/2014 by USMS Singer & others fed cr question
USAM 1725 &USAM 944 USAG Barr etalmay need special FBI BP DHS ICE &
USAG prosecutors TJ PD mex/US treaty on fugitive/s FVI29004 FTA 11/10/92 &
Convicted Felon Daniel Edwin Braun flight from arrest by TJ PD mex 2011/prior
2010

Durston ernest  598 f supp 2d 737 cr victim
City of Victorville lien debtor defendant
County of San Bernardino lien debtor
does 1-10 inclusive defendants

Chief civil judge phillips change venue
Per LR -83.1.3.1.1 to criminal judge by
Am Jur 2d 170 transfer  CCP405:21b
judicial notice recording FVI29004 at
any county recorders it needed filed
Phllips to void vexatious litigate listing
at judicial council moot 93 cv4297 so
durston file direct any Ct in US on any

cases blocked by illegal CCP391 etal

Crime victim ernest durston nunc pro tunc order having delivered USDC 10/26/19

prior DC entry 10/23/92 FVI29004 cr case & civil CIV24581 forfeiture Ca Ev code

1300 entry friday USDC prose window 10/23/92 seeks LR -83 1.3.1.1 has nunc pro

tunc change venue all past Ca defendant prevailing relation back cases in interest of

US /mex treaty pendant justice in new district opened riverside Ca that by PRIOR

'happentence 'RE filing theft 10/23/92 @ Prose window is attention of 10/23/92 late

2019 Enjoiner USAG Barr prior 10/23/92 US att should got US Cr matters 18§1985

rico fixing 1961.8 FVI29004 entry 10/23/92 from Kelleher ckerk o'neal on monday

10/26/92 would triggered full faith credit USDC & request finality records 10/26/92

from fixer no noticeFBI braun Found guilty 10/20/92 barstow ca Gibson clerk joan

huntsman blackmailer & another SO mole handler fixer sued 1996 gibson went Ca

SCT /as 9th cir 3 judges fixers Favored civil rights case not forgery they talked about

braun as convicted 111 days 9th got fixed info that yr past that gave forger braun as

10/26/92 escaped prisoner with gun badge uniform no mention that USAM 1725 PC

854 &855 pending retaking braun 2019 still FVI29004 others STILL open USDC &

Ca & NV &TJ  mex /US treaty

per 2041 debtor SO att deposit partial summary judgment CIV24581 fixer att

freiden & VV ct fixers clerks relabled VCV18857 watered down leftout $2.4 mill

fake lis pendans 9/14/89 of moot VCV14000 aka fixed 12/16-17/93 cv4297

per 2042 withdrawal partial $ by ok judge Phillips part 10/26/92  nunc pro tunc

theft notice waived Ernest Durston pro se 10/28/19

this may get me murdered by claims victim paper work USAg CR info not up to ?

↙ CHECK YOOR MALL

USPS Tr # 9114 9999 4431 4381 0488 56 back up 10/26/19 # 9114 9999 43810477 67
USAG Bar FBI Wray 798 F supp 2d 737 Cr victim
@3403 10th st riverside ca 92501 durstoned @ gmail.com
760 561 2930 used call when DC Emails Conform received
18§1514 pendant US restraining order change venue approved
Enclosed large typed pages ?other exhibits missing by car
burgler Friday nite to follow on Monday USPS #

10/28/19 Ent Dat

PAG Ernest Durston on US treaty with TJ Mex PD on
Victim Mex Fugitive warrants Daniel Edwin Braun
At large apple Valley ca by Ca CDL Address and
# C0600086
Murreita ca BP agent Solise noticed hand delivery
US /Mex treaty warrant by PC 854&855 FVI29004
Any ca US law enforcement can retake FVI29004
Flight Fugitive then ca custody go to  ATF agents
Braun convicted felon use gun TJMEX warrants
TRUMP /durston victim/ USE of every US treaty
 DHS ICE BP solice @ EDCVUSDC Bernal judge
Theft 11/17/14 redo 2019 Mex Extradition ATF
2019 Prisoner awaits MEX Att  gen ask for Braun
Wheelmen Sent back TJ mex PD & mex Justice


FVI29004 & CIV24581 & bribed fixed vcv18857  CACA26815a still open 2019
FVI29004 Entry nunc pro tunc /full faith Credit 10/23/92 at 4 closing prose window
LR 83-1.3.1.1 kicked in then SO Atts bribery judge destroy entry papers so fix take

over 93CV4297 venue change USAM 1725 SO 3 atts bribed multi Ca DC?9th judges


Back up interest of venue change LR 83-1.3.1.1 mailed 10/26/92 redo 11/17/14


 MOOT 93CV4279 is 449US24 copy cat & US fraud act Case venue change USAM
1725 bribery Judges & clerks impede Durston defendants prevailing Ca Cr case
framed by SO/9Da's 2/7/1979 fake arrest rap sheet hide FBI being noticed by victim
Att threat that then fool victim had do wait till on witness stand when taggart asked
How I plead Victim Gave His tar kettle pink slip signed over new owner durston
from sunset roofing Redlands Ca
Taggart Said Everybody chambers /durston your case is CV820 dismissed AKA
reads Brady ?bevens rico Fixing 1961.8 Later A-hole DA said could not Find sunset
VV Ca contel Phone director Still operating DA SO next CV900 claimed Durston
BY PD report bill bethkey Destroyed ms jerry January 12/27/78 embezzler BICC
funds & 14 records US Govt loans FBI refused investigate 278 F supp2d 104 aka

JUDGE
PHILLPS    25
BERNAN

Prio at
got
1-24
10/26/19

**Lamone V US**

Durston called his car insurance agent same jerry after rush job by own att sold out DASO his fool client got Fraudulent convicted same as Keven cooper 1984 agent found car virgin paint glass in {1995 jul30 cold case murdered John January with 2 lnnocent friends CA city Ca PD chief wanted it silenced method death 3 took naps After SO came to john house on his confession Car in his garage & daughter Theft of records & funds his help theft records other durston BICC office equipment by 'his Truck & horse trailer on or about 12/27/78 he confessed durston told him not call pd vv as FBI told him to tell his killers were he lived same 1978 nov murder of Hulon huges called durston say he found tar kettle 2 thieves feb 1979 SO Gave back Jun 78 thieves in 79 thieves took SO gift 72/79 durston tar kettle to Peoria ?good year Arizona job Cites  hulio hughes cold blooded murdered by SO Boot gun ? Then watch commander sgt trumbull & fixer CV900 bill bethkie wanted 10/5/1973 keep from FBI v us mail thief hill rescued 10/6/73by sgt trunbull & 8 others cops .2 dects hurst & billings became Jail keeper Chino Ca were drug cooker cold case as Murdered name Pahrump V times 1997?98 he been pimped out deliver 25 gallons he said SO Nye County & 2 Da's made gram bust 1st time NV FTA flight lost car Other DA sniches drove openly around Pahrump Nv


Moot ness 93CV4297 non merit case names # bribery by lead Att Ostenburg hired atts JA Brown & Bonesten all Ca Bar noticed Fixer SO out laws atts to  pay other fixer DC judges Kelleher showed merit less Transcript to taylor showed fake papers from govt mole fool durston Att Larry Morse {disbared by others cases LA City /county DAs office }3 SO atts bribed ex US att DOJ agent he called himself to be gave taylor fake durston quits in hospital knew nothing about papers on rico fixed 1961.8 & MOOT 92SACV715 as FVI29004 & Civ 24581 still open april 1994


LR 83-1.3.1.1 says change of venue also This motion Nunc pro tunc ?order ?errors ?


Mr joe widman USAG Barr employee The US Fraud Act sound rico bribery hired RE hired 1/16/90 blackmailer Culliton got $100K plus freiden then gibson law att clerk long befor  10/26/92 USDC onetime use out side DC room EX parte FRCP Rule 77 [illegal } SO multi atts arrowhead ave emergency "want immunity motion" aka reconsideration aka notice is waved FBI /USAG ? aiders abettors Ca DOJ
Motion denied said fixer did not want another public annocement notice braun forger DEA fugitive jun 89 that did not act alone got Immunity for felony 9th fools Did that cr protection injury victim reputation


 3/SO atts long line 12/17/93-2019  kelleher aider & Abettor last covert actor fixer ? civil chief judge Phillips got ask /tell SO if they object to normal new district venue change Aka the stone idols city of Victorville & county of San bernardino  lien

debtors roll call  pg 1 transcript exhibit FVI29004 & read Mex US treaty fugitive Trump right ask any county Mex TJPD  has recipical right ask US for return braun & other mex hit men wheel men FVI29004 debtors by SO contact 1974 when before 10/6/73 SO rescued FBI suspects Hill us mail thefts & sgt Trumbull & 8 others rescued hill 10/6/73

car burglar took all my pg # papers ?USAG suppose pay DOJ witness expence's
USPS Tr # 9114 9999 4431 4381 0488 56 back up 10/26/19 # 9114 9999 43810477 67
monday 10/28/19 USPStr # 9114 9999 4431 0488 56
USAG Bar FBI Wray 798 F supp 2d 737 Cr victim
@3403 10th st riverside ca 92501 durstoned @ gmail.com
760 561 2930 used call when DC Emails Conform received
18§1514 pendant US restraining order change venue approved
Enclosed large typed pages ?other exhibits missing by car
burglar Friday nite to follow on Monday USPS # 9114 9999 4431 4381 0488 56

PAG Ernest Durston on US treaty with TJ Mex PD on
Victim Mex Fugitive warrants Daniel Edwin Braun
At large apple Valley ca by Ca CDL Address and
# C0600086
Murreita ca BP agent Solise noticed hand delivery
US /Mex treaty warrant by PC 854&855 FVI29004
Any ca US law enforcement can retake FVI29004
Flight Fugitive then ca custody go to  ATF agents
Braun convicted felon use gun TJMEX warrants
TRUMP /durston victim/ USE of every US treaty
 DHS ICE BP solice @ EDCVUSDC Bernal judge
Theft 11/17/14 redo 2019 Mex Extradition ATF
2019 Prisoner awaits MEX Att  gen ask for Braun
3 Wheelmen Sent back TJ mex PD & mex Justice

    CCP405:21b with FVI29004 transcript 4 pgs only phillips Signature needed
 expedited ?change venue about Ca/Ag USAG fugitive Mex  fugitive higher Crimes
probable the format not pleas any one being 18§4 RE /tell Cr Judge Bernal Theft
nunc pro tunc /order FVI29004 others Change venue Multi Thefts FVI29004 govt
Atts locked out 10/26/92 DC LR 83-1.3.1.1 has 28USC §1404(a)Change of venue
clerk in the interest 2011 Mex US treaty justice info that was theft from hon sole
sitting DC judge Bernal clerk 11/17/2014 by USMS Singer & others fed cr question
USAM 1725 &USAM 944 USAG Barr etalmay need special FBI BP DHS ICE &
USAG prosecutors TJ PD mex/US treaty on fugitive/s FVI29004 FTA 11/10/92 &
Convicted Felon Daniel Edwin Braun flight from arrest by TJ PD mex 2011/prior
2010

Durston ernest  598 f supp 2d 737 cr victim
City of Victorville lien debtor defendant
County of San Bernardino lien debtor
does 1-10 inclusive defendants

Chief civil judge phillips change venue
Per LR -83.1.3.1.1 to criminal judge by
Am Jur 2d 170 transfer  CCP405:21b
judicial notice recording FVI29004 at
any county recorders it needed filed
Phllips to void vexatious litigate listing
at judicial council moot 93 cv4297 so
durston file direct any Ct in US on any

cases blocked by illegal CCP391 etal

Crime victim ernest durston nunc pro tunc order having delivered USDC 10/26/19

prior DC entry 10/23/92 FVI29004 cr case & civil CIV24581 forfeiture Ca Ev code

1300 entry friday USDC prose window 10/23/92 seeks LR -83 1.3.1.1 has nunc pro

tunc change venue all past Ca defendant prevailing relation back cases in interest of

US /mex treaty pendant justice in new district opened riverside Ca that by PRIOR

'happentence 'RE filing theft 10/23/92 @ Prose window is attention of 10/23/92 late

2019 Enjoiner USAG Barr prior 10/23/92 US att should got US Cr matters 18§1985

rico fixing 1961.8 FVI29004 entry 10/23/92 from Kelleher ckerk o'neal on monday

10/26/92 would triggered full faith credit USDC & request finality records 10/26/92

from fixer no noticeFBI braun Found guilty 10/20/92 barstow ca Gibson clerk joan

huntsman blackmailer & another SO mole handler fixer sued 1996 gibson went Ca

SCT /as 9th cir 3 judges fixers Favored civil rights case not forgery they talked about

braun as convicted 111 days 9th got fixed info that yr past that gave forger braun as

10/26/92 escaped prisoner with gun badge uniform no mention that USAM 1725 PC

854 &855 pending retaking braun 2019 still FVI29004 others STILL open USDC &

Ca & NV &TJ  mex /US treaty

per 2041 debtor SO att deposit partial summary judgment CIV24581 fixer att

freiden & VV ct fixers clerks relabled VCV18857 watered down leftout $2.4 mill

fake lis pendans 9/14/89 of moot VCV14000 aka fixed 12/16-17/93 cv4297

per 2042 withdrawal partial $ by ok judge Phillips part 10/26/92  nunc pro tunc

theft notice waived Ernest Durston pro se 10/28/19

this may get me murdered by claims victim paper work USAg CR info not up to ?

US ASST US ATT JOE

USATT HANNA

WIDMAN SAID TELL FBI SAID TELL

Redlands PD SAID TELL CAL BAR

ATT FIXED 4 CASES 2000 WITH 'FIXINC

SAME    JUDGE JOHNSON 1989  WHEN HE WAS LAW

CHLERK WCA    JEFFERY ALLEN DAVIS    DAVIS

FIXED DURSTON V DINE

DURSTON V ROSS

APRIL 1987    DURSTON V DANIELS

BURGLARY NV    PAHRUMP    DURSTON V FIRE

INSURANCE

DEC 1997    VU-CA 15947 LA VERIDA    EXCHANGE

CT

VU-CA 92392

By Daniel Edwin Draw    JRE 89

BILL BETHKE    DEA FUGITIVES

DEA    FUGITIVES    DEA INFORMANTS    WARRANTLESS

ERNEST DURSTON    ARREST

WHEEL MAN TJ MET 2010-2011-2012 VVL DRIVERY?

HIT MAN 30 YRS 2010-2011-2012? DRIVERY

CADC    K. HARRIS TIP OFF CAUSED DRIVE BY KILLED CAR $5K DEAD AUTO.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL



UNITED STATES
POSTAL SERVICE ®

USPS TRACKING #

9114 9999 4431 4381 0488 56

Label 400  Jan. 2013
7690-16-000-7948

P S00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP



To schedule free
Package Pickup,
scan the QR code.

Date of delivery specified*

USPS TRACKING™ included to many major
international destinations.

- Limited international insurance.

- Pick up available. *

Order supplies online. *

When used internationally, a customs
declaration label may be required.

* Domestic only

✕ For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.

ME
SO LOCKED OCTCLUS      10/26/22
USDC BUT NOT CORRECT
                RIVERA PRECH
WHAT I'M DOING      JUDGES Command
OR POSSIBLE BY FREE
IN PREX CUSTODY

FROM:

USAC BARR WITNESS
183 1374  THEFT FUL B 9004
3 SA DRRUPTED  NOOT93-CV-4087
AMS
INTURE RETURATIVN
USAC BARR WITNESS
EREWES/DORSTON
C/O DOES 3403 NSE
RIVERSIDE CA
                9850/

9850

NEW DISTRACK
TO:
USDVISTRACK CLERK
CHIEF CLUL JUDGE PREMIER
3191 N. SPRING ST LACA

9000/2

926  VU
11487924°

**Research References**

*West's Key Number Digest*
Obstructing Justice ⚲18

*Legal Encyclopedias*
C.J.S., Obstructing Justice or Governmental Administration §§ 45 to 46

## CALJIC 7.18

## PEACE OFFICER-PLANTING OR MANUFACTURING EVIDENCE

### (Penal Code § 141, subdivision (b))

[Defendant is accused [in Count[s] ——————] of having violated section 141, subdivision (b) of the Penal Code, a crime.]

Every peace officer who knowingly, willfully, and intentionally alters, modifies, plants, places, manufactures, conceals, or moves any physical matter, with specific intent that the action will result in a person being charged with a crime or with the specific intent that the physical matter will be wrongfully produced as genuine or true upon any trial, proceeding, or inquiry whatever, is guilty of a violation of Penal Code section 141, subdivision (b), a crime.

In order to prove this crime, each of the following elements must be proved:

1. A peace officer knowingly, willfully, and intentionally [altered] [,] [planted] [,] [placed] [,] [manufactured] [,] [concealed] [,] [or] [moved] any physical matter; and

2. The peace officer did so [with the specific intent that the action would result in a person being charged with a crime] [or] [with the specific intent that the physical matter will be wrongfully produced as genuine or true upon any [(trial, proceeding, etc.)] whatever].

298

**Research References**

*West's Key Number Digest*
Obstructing Justice ⊜18

*Legal Encyclopedias*
C.J.S., Obstructing Justice or Governmental Administration §§ 45 to 46

## CALJIC 7.18

## PEACE OFFICER-PLANTING OR MANUFACTURING EVIDENCE

### (Penal Code § 141, subdivision (b))

[Defendant is accused [in Count[s] _____] of having violated section 141, subdivision (b) of the Penal Code, a crime.]

Every peace officer who knowingly, willfully, and intentionally alters, modifies, plants, places, manufactures, conceals, or moves any physical matter, with specific intent that the action will result in a person being charged with a crime or with the specific intent that the physical matter will be wrongfully produced as genuine or true upon any trial, proceeding, or inquiry whatever, is guilty of a violation of Penal Code section 141, subdivision (b), a crime.

In order to prove this crime, each of the following elements must be proved:

1. A peace officer knowingly, willfully, and intentionally [altered] [,] [planted] [,] [placed] [,] [manufactured] [,] [concealed] [,] [or] [moved] any physical matter; and

2. The peace officer did so [with the specific intent that the action would result in a person being charged with a crime] [or] [with the specific intent that the physical matter will be wrongfully produced as genuine or true upon any [(trial, proceeding, etc.)] whatever].

298

2010/2011 TJMEX PP FUGITIVE) DANIEL EDWIN BRAUN



JUDGE PHILLIPS
C SEXD BEXUAL VEVUE CHAVGES

2010/2011 TJMEX P.P FUGITIVE) DANIEL EDWIN BRAUN



JUDGE PHILLIPS CLERK
SEND BECIAL CLERK
VENUE CHANGE





MUNICIPAL COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN BERNARDINO

DEPARTMENT 5

ERNEST A. DURSTON,

    Plaintiff,

vs.

CITY OF VICTORVILLE, COUNTY OF
SAN BERNARDINO, DANIEL BRAUN, and
DOES 1 through 10, Inclusive,

    Defendants.

HON. JOHN B. GIBSON, JUDGE

Case No. FVI 29004

REPORTER'S
CERTIFICATE

STATE OF CALIFORNIA    )
                ) ss.
COUNTY OF SAN BERNARDINO   )

the Municipal Court of the State of California, for the
County of San Bernardino, do hereby certify that the
foregoing pages, 1 through 9, comprise a full, true and
correct transcript of the proceedings taken in the
above-entitled matter on Monday, October 26, 1992, to the
best of my ability and belief.

    Dated this 4th day of January, 1993.

    ◆ **Observation:** Under a provision of the Federal Rules of Appel-
late Procedure,[16] once the district court judge has resolved the case,
even if by an order that does not satisfy the requirements of the
federal civil procedural rule[17] pertaining to the entry of judgment,
and 150 days have lapsed, the decision is treated as if final even
though formally defective.[18]

Reporter Pro Tempore, C-7848

1   VICTORVILLE, CALIFORNIA; MONDAY, OCTOBER 26, 1992; 2:00 PM

2   DEPARTMENT B                          HON. JOHN B. GIBSON, JUDGE

3   APPEARANCES:

4           Plaintiff, ERNEST A. DURSTON, through his

5   attorney, TIMOTHY TOMLIN, of the Law

6   firm of JAMES M. CULLITON; MARK SABBAH

7   on behalf of the City of Victorville,

8   County of San Bernardino.

9           (Bonita Kay Barbatoe, Reporter Pro Tempore 7848.)

10          THE COURT: Once again I will call the Ernest A.

11  Durston versus City of Victorville, County of San Bernardino.

12          State your appearances for the record.

13          MR. TOMLIN: Timothy Tomlin of the law firm of

14  James Culliton, appearing for the Plaintiff, Mr. Durston.

15          MR. SABBAH: Mark Sabbah on behalf of the County of

16  San Bernardino.

17          THE COURT: I have read the Points and Authorities

18  that have been filed for the motion for reconsideration and

19  more particularly I read Kinney v. Contra Costa County, and I

20  find it to be on point with the issue. What I am concerned

21  with is that case does not deal with the circumstance where

22  it is alleged that the officer actually knew that the arrest

23  was invalid. That's the problem I have.

24          So as to the motion for reconsideration, my

25  tentative ruling is to maintain my original ruling.

26          MR. TOMLIN: Your Honor, if I may raise a couple of

27  points.

28          First of all, our firm just became involved in this



*QUICKEY! NOT FEB? FBI NCIC ADOJ*

case. We have not even received a copy of the moving papers.

*JUDGE KNEW FAKE ATT WAS COURT EMPLOY LAW CLERK*

THE COURT: You are doing a hell of a job because you are here.

*? ? ?*

MR. TOMLIN: I am happy to hear that, but I also want to raise the point that a civil right's complaint in Federal Court has been filed in this case also, and that may have an effect on what's done, such as --

*1985 1983-1986*

*10/23/92*

THE COURT: Such as dismissal?

*out of CONSPIRATOR MOUTH?*

MR. TOMLIN: -- or staying of this case pending the federal case.

*NO SUCH THING HAPPENE*

THE COURT: I will cross that bridge when I come to it. File the appropriate paper work in that matter.

*JOKE*

Do you have anything to say about my tentative ruling?

MR. SABBAH: Your Honor, I thought I pointed out in the pleadings that the officer's motives by statute are irrelevant and not just by that one case you are referring to.

Just by statute and by those code sections that were referenced, that really the motives are of no significance at all and, in fact, there is a duty that whether or not -- as a matter of fact, there is an opinion by the Attorney General which also holds that notwithstanding whether or not the officer knew that this arrest was unfounded, he still must make that arrest.

*8/8/89*

*FABRICATED TO ARREST DEA INFORMANT DONSTON*

And, really, it just places a duty, notwithstanding what the motives or intentions are, notwithstanding what he knew at the time of the arrest.

*of DEA INFORMANT BRANSOTRETIS*



THE COURT: Okay. based —

which the government has chosen, I am to assume the facts as
pled in the complaint as true, and in the light most
favorable to the nonmoving party.

And in doing that there are allegations, in
essence, almost of a conspiracy between the officer and the
person who made the citizen's arrest.

On those facts I don't find that the privilege
applies and decline to apply it. And, in particular, the
case I just cited -- I didn't even give the citation for it
-- 8 Cal.App. 761, doesn't deal with that particular issue.

And motion for reconsideration is denied.

MR. TOMLIN: Thank you, your Honor.

MR. SABBAH: Notice waived? Do you waive notice of
this hearing?

MR. TOMLIN: This hearing, yes, at this point.

THE COURT: Notice is waived.

MR. TOMLIN: Thank you.

(The proceedings were concluded.)

Wells v. Coca-Cola Bottling Co. of Fresno (1956) 140 C.A.2d
218, 221, 294 P.2d 955 [original judge, if court decision, prepared
findings and conclusions, successor could enter judgment nunc pro tunc].
7 Cal. Proc. (5th) Judgment, §49 et seq.
§401 also

*KEYSMITH PI HOMES/CAR BURGLAR  GOT TRANSLATION PROVEN CLOSE*

Victorville, California, E.E.U.U                    Fecha: 8 de Octubre de 2011

TRADUCCION AL DOCUMENTO QUE QUIERE AGREGAR MAS INFORMACION
AL EXPEDIENTE DE LA PGJE NUMERO 8510/11/211/AP

*KEYK GOT MY SMITH BURGLAR GOT TRANS LATOR COPYS*

Para: Procuradoria de Justicia del Estado de Baja California

De: Ernest A. Durston
Motivo: Informacion a agregar para denuncia No. de Expediente 8510/11/211/AP
Fecha de inicio: 06/10/211

A continuacion es la traduccion del documento que el Sr. Ernest A. Durston quiere
agregar a la denuncia.

*BURGLAR THEFT TRANSLATIONS   CDL#*

No.de Expediente: 8510/11/211/AP
Fecha de inicio: 06/10/2011
Comparecio: Ernest A. Durston  [Victima del atentado de muerte] [atentado]

Distrito de la Corte del Este en Riverside California en contra de Daniel Edwin Braun
quien tiene Licencia de conducir del estado de California numero: C0600086.
Fugitivo que atento assesinato de (DOJ DEA)  Departamento de Justicia, Agencia de
Enforsamient contra las Drogas.

Estados Unidos de America contra Daniel Edwin Braun co-conspirador  en la ciudad de
Victorville, California y Condado de San Bernardino de 1 a diez inclusive.

*744*
*4600*

Querido Juez en jefe del Distrito de Estados Unidos Americanos 20:306 comoo 18 USC
3771 (3)© rehabierto US FVI29004 coal.    *18:20:806*

Los E.E.U.U y Daniel Edwin Braun y personas defendientes en el caso mencionado
anterior por las leyes que se otorgan en el Distrito de Estados Unidos Americanos
aceptado ser culpable en PC9 y PC9 "tort" 92sacv715 la liabilidad al crimen de la Corte
Superior  en la corte de drogas del honorable Juez John B. Gibson de Barstow California
"B1", parece que nadie informo a el Juez de removimiento del Distrito de la Corte de
California Central.

Cuando se removio CVI24381 se convirtio en "PC9 tort 92 sacv715 como si el crimen
"PC9 FVI29004"  ha sido archivado como pregunta del ccrimen Federal originalmente
Enero 1990, como el archivo ha sido removido en Octubre 23,1992.

*2 USDC ENTERED 10/23/92 GIBSON FOUND BRAUN GUILT*

El convicto "CCE 848 Daniel E. Braun fue dejado escapar en secreto por el Agente en
Servicio de los Alguaciles de escaparse en la (USDC) Corte del Distrito de Estados
Unidos de America, actuando abogado Nakata nunca pregunto se fuera a Daniel E. Braun se le
fuera a quitar su uniforme, Placa y Pistola de Policia para presentarse en la Corte, y
disparar en posteriores de compañeros conspiradores en laa ciudad de Victorville,

*ATTEMPT KILL FULL FAITH CREDIT JUDGEMENT 10/20/9*
*JUL15/93 +BY HITBOY*
*40  STALEY MOORE*

California como el Sheriff de el Condado de San Berdardino, California empleado aun de ser un criminal Federal. Cuando se retiro del Departamento de Sheriff del Condado de San Bernardino fue empleado como Agente Especial del Distrito de Abogados de California. Desude Agosto 8 259/5to. Falso arresto relacionado con el caso de Octubre 6, 1973, Febrero de 1979 pago fue en contra del interes publico que Daniel E. Braun y otros companeros del Departamento de Sheriff del Condado de San Bernardino en California usaron a un "hit man" criminal Stanley Moore "18USC 1513" para atentar a matar a Ernest A. Durston. Entonces usaron otro "Hit Man" criminal Johnny Paris el cual fue encubrido por el Ex-Abogado del Distrito John Feld al atentar matar a Ernest A. Durston.

En un atentado de mantener descubierta de Rita Saldina de decir el nombre de el novio de su hija (Rita Jackson) del Departament de Policia del Condado de Riverside California. Rita Jackson quien estaba vendiendo droga en "Foxfire" un salon de bailleen la ciudad de Anaheim California, el Departamento de Policia confisco la droga.

ANOTHER DIRTY COP-

Rita Saldina creo una Orden de Restricion en contra de Ernest A. Durston para tartar de encubrir el crimen de su hija Rita Jackson de vender drogas ilegalmente solapada por su novio el Policia que trabaja en Riverside California. Ernest A. Durston quien estaba investigando mas acerca de Rita Jackson y su novio en la venta de drogas ilegales. Rita Jackson se declaro en bancarrota, pero no declare que vendia drogas y estaba haciendo dinero extra con la venta de drogas. Rita Jackson tambien forzo a su madre Rita Saldina a ordenar una orden de restricion en contra de Ernest A. Durston, quie era novio de Rita Saldina. Rita Saldina hizo una llamada al numero de emergencia 911 para acusar a Ernest A. Durston de violencia domestica, dicho arresto fue denegado por la poolicia porque no habia causa de violencia domestica de Ernest A. Durston hacia Rita Saldina, quien nego que Ernest A. Durston halla tenado con violencia en contra de ella,este incidente fue solto una maquinacion de Rita Jackson para tratar de encubrir sus ventas ilegales de drogas, y al mismo tiempo deshaserse de Ernest A. Durston.

Ernest A. Durston hizo una investigacion por su cuenta con algunos guardias de seguridad del salon de baile "Foxfire" en Anaheim,quienes ya sabian de esta venta de drogas que estaba sucediendo en el salon de baile por parte de Rita Jackson y sus complices (una mesera del salon de baile era quien recogia la droga dentro del salon de baile, y la entregaba a los clients que coompraban la droga.







MARSDEN MOTION

## Procuraduria De Justicia Del Estado De Baja California
### DIRECCION DE AVERIGUACIONES PREVIAS
#### UNIDAD DE ATENCION Y ORIENTACION TEMPRANA ZONA RIO
##### AVE. RIO SUCHIATE 10036, COL. REVOLUCION, TIJUANA

NO. EXPEDIENTES:   8510/11/211/AP [ T-0161868 PGJE ]
FECHA DE INICIO:   06/10/2011                          HORA: 09:14
COMPARECIO:   ERNEST A. DURSTON [ MURDER CRIME VICTIM ]   [ ATTEMPTED ]
MOTIVO:   UPDATING FILE ON [ CDL CO600086 ] DANIEL EDWIN BRAUN  ATTEMPTED MURDERS

Eastern Division U S DC of Central Ca at Riverside Ca US v Daniel Edwin Braun Escapee attempts murder of DOJ DEA witness Ernest Durston By Felon  Braun  & others

Re United States  v Daniel Edwin Braun ecal co- conspirators City Of Victorville & County Of San Bernardino ecal does 1-10 inclusive

Dear USD Chief Judge Collins §20:306 as 18 USC §3771 (5)(C) reopen US FVI29004 ecal

The United States & Daniel Edwin Braun &defendant parties in the above Captioned Case /By Laws invested in USDC accepting confessed Guilty plea PC9 & PC9 tort 92sacv715 liability to  Cr Superior court Drug court of Hon Judge John B. Gibson /Barstow Ca B1 it seems nobody informed steno caption of removal USDC Of Central Ca

Entered into removed CVI24581 docket became PC9 tort 92 sacv715  as if PC9 crime US FVI29004 been filed as fed cr question originally Jan 1990 /as filed removal Oct 23 1992 The convicted CCE §848 felon Defendant was allowed become secreted escapee §755 by US Marchal service agents to walk out USDC Acting USAO/District att Nakata  never asked that Braun be-strip Gun uniform Badge an Fired from positions of fellow conspirators deputy City Of Victorville as aka deputy of San Bernardino County Sheriff dept employment  as fed felon He retired /was hired by Ca Att generals office as conspirator with District att investigators that/his from aug 8 889/5[th]  false arrest relation back Oct 6 73 Feb 1979 pay was against public interest his & other deputies & hired hit man Stanley Moore 18usc §1513 Attempt to kill on Ernest Durston was not first was in 1988 Then  hired hit man was Johnny Paris  that attempted murder was cover up by Ex DA Don Feld agent Govt mole /claimed not criminal act when base ball bat w/as weapon aimed at top head but for Durston put his arm on top Skull & feel to knees as blow was Death blow was delivered Prior to that Durston unaware Feld been selling out client Since Oct 1980 when  4th ct app

Ruled Durston factually innocent of fabrications 9  DA' in row signatures &  Sheriffs to protect 2 embezzlers Jerry January of Durston[ Sgt Jeff Tocado CA city PD  Ca awaits to take into USDC custody above suspect on fed crimes FBI refused investigate over some 39yrs / 18usc §1344 mort  4 th ct said make Durston whole again

In an attempt keep Riverside PD  from discovery from Rita Saldina gives up name of her daughters boyfriend of RCPD /City PD officer Gave up he Rita Jackson the Daughter were

DESTROYED  RIVERSIDE FAMILYCOURT OTHER RECORD  BUT GOOD  CHECK
PUT THIS IN  RIUII 01132 FILE .

42



あ

MARSDEN MOTION

1  dealing out of disco at pool table Per Security persons were Durston discovered ex gal
   friend /daughter was selling [his ] PD confiscated drugs in Anaheim Ca Disco

2
   Playing cr protector ?? or as she states in Border crossing shakedowns /Riverside ct
3  Wednesday at 8 Durston § riverside internal affairs to squash Rita Saldina  Restraining
   order copycat fake 1979 Rico cr /fixing 1961.8 by 1973- 2011 Corrupted Law enforcements
4  for discovery removal EUSDC  on fed/DEA bankruptcy courts charges to  investigate her
   daughter /who controlling elderly person mother /Rita Saldina to forced issue of
5  restraining order that Sept 10 2011  Rita told corona PD Brown she wanted issue closed
   It was dealer daughter who called in 911 faking mother complaint /being she self making
6  False police report /Sept 10/2011 its called confrontation clause /attempt dirty Durston
   Keep Durston from making her sept 6 2011 DEA CCE § 848 'henchman" drug deals
7  reports by willing Testimony admissible at Jackson ecal CCE §48 trail of Security parties
   testimonies who named both as dealing Inside out club also witness by Durston

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

43



Procuraduría General de Justicia del Estado del Estado de Baja California

**PROCURADURIA GENERAL DE JUSTICIA DEL ESTADO DE BAJA CALIFORNIA**

Volante de Atención

Dirección de Averiguaciones Previas

UNIDAD DE ATENCION Y ORIENTACION TEMPRANA ZONA RIO

AVE. RIO SUCHIATE 10036, COL. REVOLUCION, TIJUANA

**PGJE**
PROCURADURÍA GENERAL DE JUSTICIA DEL ESTADO
BAJA CALIFORNIA

GOBIERNO DEL ESTADO
LIBRE Y SOBERANO DE
BAJA CALIFORNIA

No. Expediente:        8510/11/211/AP        *DAX BEFORE FAPE 911/HEARING*

Fecha de Incio:    06/10/2011

Hora: 09:14

Compareció:    ERNEST A DURSTON

Indiciado(s):                              Fecha Detención: Vencimiento Termino:

DANIEL EDWIN BRAUN                 00/00/0000 00:00 00/00/0000 00:00

Delito(s):

AMENAZAS

Para seguimiento a su tramitacuón digan¿e¿

UNIDAD ORGANICA DE LESIONES

*TRANSLATION THEFTS BY DOE DOCT PI INVESTIGATOR*

Domicilio:

/E. RIO SUCHIATE 10036, COL. REVOLUCION

SISTEMA DE JUSTICIA
ALTERNATIVA PENAL
ZONA RIO TIJUANA B.C.

Empleado que Atendió:    LIC. ISGAL ROBLES ARMENTA

44

T-0106868 -11





**PROCURADURIA GENERAL DE JUSTICIA DEL ESTADO**
**DE BAJA CALIFORNIA**
**Dirección de Averiguaciones Previas**

*(El cuerpo del documento está en gran parte ilegible debido a marcas de tinta, manchas y deterioro. El texto es una declaración ministerial del Ministerio Público del Fuero Común.)*

45





PROCURADURIA GENERAL DE JUSTICIA DEL ESTADO
DE BAJA CALIFORNIA
Dirección de Averiguaciones Previas



BIERNO DEL ESTADO
RE Y SOBERANO DE
BAJA CALIFORNIA

8510/11/211/AP

GARANTIAS Y DERECHOS DE LAS VICTIMAS Y OFENDIDOS:
CONSTANCIA. En TIJUANA, BAJA CALIFORNIA, siendo las 09:48 horas del día SEIS DEL MES DE OCTUBRE DEL DOS MIL ONCE, el suscrito Agente del Ministerio Público del Fuero Común Ciudadano Licenciado ISSAI RUELAS ARMENTA ante su secretario de acuerdos Ciudadano Licenciado ALBERTO GARZA SANDOVAL que autoriza y da fe HACE CONSTAR: Que en estricto apego a lo dispuesto en el artículo 18 de la Ley de Atención y Protección a la Víctima o el Ofendido del Delito para el Estado de Baja California, en este acto se le hace saber a ERNEST A. URSIO de las Garantías y Derechos que para las víctimas y ofendidos del delito dispone el artículo 20 apartado B de la Constitución Política de los Estados Unidos Mexicanos, y que específicamente consisten en: I.- Recibir asesoría jurídica; ser informado de los derechos que en su favor establece la Constitución y, cuando lo solicite, ser informado del desarrollo del procedimiento penal; II.- Coadyuvar con el Ministerio Público; a que se le reciban todos los datos o elementos de prueba con los que cuente, tanto en la averiguación previa como en el proceso, y a que se desahoguen las diligencias correspondientes. Cuando el Ministerio Público considere que no es necesario el desahogo de la diligencia, deberá fundar y motivar su negativa; III.- Recibir, desde la comisión del delito, atención médica y psicológica de urgencia; IV.- Que se le repare el daño. En los casos en que sea procedente, el Ministerio Público estará obligado a solicitar la reparación del daño y el juzgador no podrá absolver al sentenciado de dicha reparación si ha emitido una sentencia condenatoria. V.- Cuando la víctima o el ofendido sean menores de edad, no estará obligado a carearse con el inculpado cuando se trate de los delitos de violación o secuestro. En estos casos se llevarán a cabo declaraciones en las condiciones que establezca la ley; VI.- Solicitar las medidas y providencias que prevea la ley para su seguridad y auxilio.-
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
En los mismos términos se le informa de LOS Derechos que la víctima o el ofendido a que se refiere el artículo 4 de la Ley de Atención y Protección a la Víctima el Ofendido del Delito para el Estado de Baja California, consistentes en: I.- Ser informado directa y oportunamente adecuadamente de los derechos que en su favor establece la presente Ley y demás ordenamientos aplicables en la materia; II.- Recibir asesoría jurídica gratuita desde el inicio de la averiguación previa para la defensa de sus intereses; III.- Recibir desde la comisión del delito, atención médica, psicológica o psiquiátrica de urgencia; IV.- A no ser explorada físicamente, ni someterse a ningún estudio, examen, análisis o peritaje, si no lo desea, quedando prohibido cualquier acto de intimidación, o fuerza física para ese efecto; V.- A que la exploración, la atención médica, psiquiátrica, ginecológica o de cualquier tipo, esté a cargo de un facultativo de su mismo sexo cuando lo solicite; VI.- A la reparación del daño cuando legalmente proceda; VII.- A que la autoridad investigadora o jurisdiccional dicte las providencias legales y medidas de seguridad necesarias para proteger su vida, integridad física y moral, bienes, posesiones o derechos, incluyendo los de familiares directos, cuando existan datos que hagan presumir que éstos pudieran ser

46

T-0106870 -11

A seal that reads: GOVERNMENT OF THE FREE AND SOVEREIGN STATE OF BAJA CALIFORNIA.

**BAJA CALIFORNIA STATE ATTORNEY GENERAL'S OFFICE**
PREVIOUS INVESTIGATION BUREAU

8510/11/211/AP.

**GUARANTEES AND RIGHTS OF THE VICTIMS:**
**EVIDENCE.** In Tijuana, Baja California, at 09:48 hours on the SIXTH DAY OF THE MONTH OF OCTOBER, TWO THOUSAND ELEVEN, I the undersigned Attorney ISSAI RUELAS ARMENTA, State District Attorney, before the Agreements Secretary ATTORNEY ALBERTO GARZA SANDOVAL who authorizes and attests, LET'S KNOW: that in strict attachment to the provisions of Section 18 of the Law for the Attention and Protection to the Victims of a Crime, for the State of Baja California, in this act we let know to ERNEST A DURSTON, the guarantees and rights that for the victims of a crime provide the Article 20, paragraph B of the Political Constitution of the Mexican United States which specifically consist of: I. To receive juridical avisory; to be informed of the rights that in its favor establish the Constitution and, when it was requested, to be informed of the developtment of the penal procedure; II. To help to the District Attorney; to be received from him all the data or elements of proof that it has, as in the Previous Investigation as in the Process and to be released the corresponding proceedings. When the District Attorney consider that is not necessary the release of a proceeding, it has to motivate and base its rejection. III. To receive since the commission of the crime, urgent medical and psycological attention; IV. To be repaired the damage caused to him. As the case may be, the District Attorney will be obliged to request the repair of the damages and the Judge will not be able to absolve the sentenced of said repair if it has issued a condenatory judgment; V. When the victim is a minor of age it will not be obliged to be confronted with the defendant in the cases of rape or kidnapping. In these cases it will be carried out statements in the conditions established by the law. VI. To request the measures and providences, provided by the law for its safety and help.
In the same terms it is informed of the rights of the victim referred to by Section 8 of the Law of Attention and Protection to the Victim for the State of Baja California, consisting of: I. To be informed direct, timely and properly of the rights that in its favor is established by this law and other ordinances applicable in the matter. II. To receive free juridical advisory since the starting of the Previous Investigation for the Defense of its interests. III. To receive since the commission of the crime urgent medical, psycologic and psychiatric attention. IV. Not to be physically explored neither being submitted to any study, examination, analysis or expert opinion if it is not desired by it, remaining prohibited any act of intimidation or physical force for that effect. V. To that the exploration, the medical, psychiatric, ginecological attention of any kind, must be in charge of a physician of the same sex when it was requested; VI. To the repair of the damage when it proceeds lawfully. VII. To that the Jurisdictional Investigator authority dictate the legal providences and means of safety required for the protection of its life, physical and moral integrity, properties, possessions or rights, including those of the direct relatives, when there are data that make presumptive that these could be affected by the probable responsibles of the crime or by third parties implied;  VIII. To help to the Districtir Attorney in the penal procedure in the terms provided by the Penal Procedures Code.  IX. To be informed by the Investigator authority, of the proceedings and the status that keeps the Previous Investigation or the corresponding penal procedure.  X To be present in the release of the acts and proceedings in which intervenes the Defendant or its Counselor. XI.  When it does not speak the Spanish Language or is treated about an illiterate, dumb, duff or blind, invariably count with a translator or interpreter in all the procedural proceedings.  XII. To request justifiedly to the Bureau the replacement of the juridical advisor assigned.
At the same time it is notified that the Coordination of attention to crime victim of the State Attorney General's Office has its offices at Miguel Aleman Street number

*(signatures and stamps)*
Perito Interprete - Traductor
Auxiliar de la Administración
de Justicia del Estado de B.C.

Lugo Street, Gavilondo neighborhood, telephone 686-5641, of this city, where jointly with this Social Representation it will be given all the attention and protection to the rights and guarantees that are justly directed.

Once ERNEST A. DURSTON said to be learned of all the foregoing, receiving a copy of this proceeding and signing it as evidence. Which is stated for all the juridical effects. For the Record

At the margin: ERNEST A. DURSTON (Signed).

*BRAWN OUT MEX* AUTHORIZED THESE PROCEEDINGS. *JURISDICTIO CANT ISSUED WARRANT I WAS TOLD*

**DECREE:** In Tijuana, Baja California, at 09:48 hours on the Sixth day of the month of October, two thousand eleven,  whereas the foregoing evidences and based on the provisions of Section 18 of the Law for attention and protection to the victim for the state of Baja California, I the undersigned Attorney ISSAI RUELAS ARMENTA, District Attorney,  decree:  send a set of the foregoing evidence with authograph signatures to the Coordination of Victims of the crime of the Baja Califonria State Attorney General's Office in this city for its knowledge and corresponding legal effects.

COMPLY.

Thus it was agreed and signed by the Attorney ISSAI RUELAS ARMENTA, State District Attorney before his agreements Secretary Attorney ALBERTO GARZA SANDOVAL, who authorizes and attests. We Attest.

AND AUTHORIZED THESE PROCEEDINGS

NOTE. In Tijuana, Baja California, at 09:48 hours on the Sixth day of the month of October, two thousand eleven,  the Attorney ISSAI RUELAS ARMENTA, State District Attorney before his agreements Secretary Attorney ALBERTO GARZA SANDOVAL, who authorizes and attests, LET'S KNOW that it was given the due compliance to the foregoing decree. For the Record.

AND AUTHORIZED THESE PROCEEDINGS *AUCA*

*BRAWN FUGITIVE IZ* T0106870-11, T0106871-11

I, **HUMBERTO GARCIA GOMEZ**, a Court Interpreter/Justice Administration Aid en Tijuana, B.C. **DO HEREBY CERTIFY** that: I am fluent (Conversant) in the English and Spanish Languages and competent to translate documents from Spanish into English, and the above/attached document is an accurate and complete translation of the document entitled **GUARANTEES AND RIGHTS OF THE VICTIMS** of ERNEST A. DURSTON, dated October 6th, 2011, which I had at sight. Signed in Tijuana, Baja California on December 4th, 2011.

*TRANSLATION BORGEZ GOJE DID NOT*

43





MUNICIPAL COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN BERNARDINO

DEPARTMENT 6

ERNEST A. DURSTON,

         Plaintiff,

vs.

CITY OF VICTORVILLE, COUNTY OF
SAN BERNARDINO, DANIEL BRAUN, and
DOES 1 through 10, Inclusive,

         Defendants.

HON. JOHN B. GIBSON, JUDGE

Case No. FVI 29004

REPORTER'S
CERTIFICATE

STATE OF CALIFORNIA   )
                ) ss.
COUNTY OF SAN BERNARDINO )

the Municipal Court of the State of California, for the

County of San Bernardino, do hereby certify that the

foregoing pages, 1 through 3, comprise a full, true and

correct transcript of the proceedings taken in the

above-entitled matter on Monday, October 26, 1992, to the

best of my ability and belief.

      Dated this 4th day of January, 1993.

    ◆ **Observation:** Under a provision of the Federal Rules of Appel-
late Procedure,[16] once the district court judge has resolved the case,
even if by an order that does not satisfy the requirements of the
federal civil procedural rule[17] pertaining to the entry of judgment,
and 150 days have lapsed, the decision is treated as if final even
though formally defective.[18]

Reporter Pro Tempore, C-7848

VICTORVILLE, CALIFORNIA; MONDAY, OCTOBER 26, 1992; 2:00 PM

DEPARTMENT B

HON. JOHN B. GIBSON, JUDGE

*FIXER*

APPEARANCES:

Plaintiff, ERNEST A. DURSTON, through his attorney, TIMOTHY TOMLIN, of the Law firm of JAMES M. CULLITON; MARK SABBAH on behalf of the City of Victorville, County of San Bernardino.

(Bonita Kay Barbatoe, Reporter Pro Tempore 7848.)

THE COURT: Once again I will call the Ernest A. Durston versus City of Victorville, County of San Bernardino. State your appearances for the record.

MR. TOMLIN: Timothy Tomlin of the law firm of James Culliton, appearing for the Plaintiff, Mr. Durston.

MR. SABBAH: Mark Sabbah on behalf of the County of San Bernardino.

THE COURT: I have read the Points and Authorities that have been filed for the motion for reconsideration and more particularly I read Kinney v. Contra Costa County, and I find it to be on point with the issue. What I am concerned with is that case does not deal with the circumstance where it is alleged that the officer actually knew that the arrest was invalid. That's the problem I have.

So as to the motion for reconsideration, my tentative ruling is to maintain my original ruling.

MR. TOMLIN: Your Honor, if I may raise a couple of points. First of all, our firm just became involved in this

*[handwritten annotations in margins, partially legible]*

QUICKEY NO JUDGE FBI NICC A DOJ

case. We have not even received a copy of the moving papers.

THE COURT: You are doing a hell of a job because

*[handwritten: JUDGE KNEW FAKE ATT WAS COURT EMPLOY LAW CLERK]*

you are here.

? ?? R

MR. TOMLIN: I am happy to hear that, but I also

*[handwritten: 1985 1983-1986]*

want to raise the point that a civil right's complaint in

Federal Court has been filed in this case also, and that may

*[handwritten: 10/23/92]*

have an effect on what's done, such as --

out of
CONSPIRATOR Mouth?

THE COURT: Such as dismissal?

MR. TOMLIN: -- or staying of this case pending the

*[handwritten: NO SUCH THING HAPPENE]*

federal case.

JOKE

THE COURT: I will cross that bridge when I come to

it. File the appropriate paper work in that matter.

Do you have anything to say about my tentative

ruling?

MR. SABBAH: Your Honor, I thought I pointed out in

the pleadings that the officer's motives by statute are

irrelevant and not just by that one case you are referring

to.

Just by statute and by those code sections that

were referenced, that really the motives are of no

significance at all and, in fact, there is a duty that

whether or not -- as a matter of fact, there is an opinion by

the Attorney General which also holds that notwithstanding

*[handwritten: 8/8/89]*

whether or not the officer knew that this arrest was

*[handwritten: FABRICATED TO ARREST DEA INFORMANT DORSTOR]*

unfounded, he still must make that arrest.

And, really, it just places a duty, notwithstanding

what the motives or intentions are, notwithstanding what he

knew at the time of the arrest.

*[handwritten: of DEA INFORMANT BRAUSOTRELS]*





THE COURT: Okay based -

which the government has chosen, I am to assume the facts as pled in the complaint as true, and in the light most favorable to the nonmoving party

And in doing that there are allegations, in essence, almost of a conspiracy between the officer and the person who made the citizen's arrest

On those facts I don't find that the privilege applies and decline to apply it. And, in particular, the case I just cited — I didn't even give the citation for it — 8 Cal.App. 761, doesn't deal with that particular issue. And motion for reconsideration is denied.

MR. TOMLIN: Thank you, your Honor

MR. SABBAH: Notice waived? Do you waive notice of this hearing?

MR. TOMLIN: This hearing, yes, at this point.

THE COURT: Notice is waived

MR. TOMLIN: Thank you.

(The proceedings were concluded.)

KEYSMITH' PI HOMES/CAR BURGLAR GOT TRANSLATION

Victorville, California, E.E.U.U

Fecha: 8 de Octubre de 2011

TRADUCCION AL DOCUMENTO QUE QUIERE AGREGAR MAS INFORMACION AL EXPEDIENTE DE LA PGJE NUMERO 8510/11/211/AP

KEY SMITH BURGLAR GOT TRANSLATION COPY

Para: Procuradoria de Justicia del Estado de Baja California

De: Ernest A. Durston
Motivo: Informacion a agregar para denuncia No. de Expediente 8510/11/211/AP
Fecha de inicio: 06/10/211

A continuacion es la traduccion del documento que el Sr. Ernest A. Durston quiere agregar a la denuncia.

BURGLAR THEFT TRANSLATIONS

No.de Expediente: 8510/11/211/AP
Fecha de inicio: 06/10/2011
Comparecio: Ernest A. Durston [Victima del atentado de muerte] [atentado]

CDL

Distrito de la Corte del Este en Riverside California en contra de Daniel Edwin Braun quien tiene Licencia de conducir del estado de California numero: C0600086.
Fugitivo que atento asesinato de (DOJ DEA) Departamento de Justicia, Agencia de Enforsarnient contra las Drogas.

Estados Unidos de America contra Daniel Edwin Braun co-conspirador en la ciudad de Victorville, California y Condado de San Bernardino de 1 a diez inclusive.

Querido Juez en jefe del Distrito de Estados Unidos Americanos 20:306 comoo 18 USC 3771 (5)© rehabierto US FVI29004 ecal.

4600

Los E.E.U.U y Daniel Edwin Braun y personas defendientes en el caso mencionado anterior por las leyes que se otorgan en el Distrito de Estados Unidos Americanos aceptado ser culpableen PC9 y PC9 "tort" 92sacv715 la liabilidad al crimen de la Corte Superior en la corte de drogasdel honorable Juez John B. Gibson de Barstow California "B1", parece que nadie informo a el Juez de removimiento del Distrito de la Corte de California Central.

Cuando se removio CVI24581 se convirtio en "PC9 tort 92 sacv715 como si el crimen "PC9 FVI29004" ha sido archivado como pregunta del ccrimen Federal originalmente Enero 1990, como el archivo ha sido removido en Octubre 23,1992.

USDC ENTERED 10/23/92 GIBSON FOUND BRAUN GUILT

El convicto "CCE 848" Daniel E. Braun fue dejado escapar en secreto por el Agente en Servicio de los Alguacilesde escaparse en la (USDC) Corte del Distrito de Estados Unidos de America, actuando abogado Nakata nunca pregunto que a Daniel E. Braun se le fuera a quitar su uniforme, Placa y Pistola de Policia para presentarse en la Corte, y disparar en posiciones de companeros conspiradores en laa ciudad de Victorville,

ATTEMPT KILL FULL FAITH CREDIT JUDGEMENT 10/20/92
JUL 15/93 BY HITBOY 40 STALEY MOORE

DEA CHARLEY JUN 2017 ALSO RECORD FUND FOOD STAMP

California como el Sheriff de el Condado de San Berdardino, California empleado aun de ser un criminal Federal. Cuando se retiro del Departamento de Sheriff del Condado de San Bernardino fue empleado como Agente Especial del Distrito de Abogados de California. Desde Agosto 8 989/No. Falso arresto relacionado con el caso de Octubre 6, 1975, Febrero de 1979 pago fue en contra del interes publico que Daniel E. Braun y otros compañeros del Departamento de Sheriffs del Condado de San Bernardino en California usaron a un "Hit man" criminal Stanley Moore "18USC 1513" para atentar a matar a Ernest A. Durston. Entonces usaron otro "Hit Man" criminal Johnny Paris el cual fue encubrido por el Ex-Abogado del Distrito John Feld al atentar matar a Ernest A. Durston.

En un atentado de mantener descubierta de Rita Saldina de decir el nombre de el novio de su hija (Rita Jackson) del Departament de Policia del Condado de Riverside California. Rita Jackson quien estaba vendiendo droga en "Foxfire" un salon de baile en la ciudad de Anaheim California, el Departamento de Policia confisco la droga.

ANOTHER DIRTY COP-

Rita Saldina creo una Orden de Restriccion en contra de Ernest A. Durston para tartar de encubrir el crimen de su hija Rita Jackson de vender drogas ilegalmente solapada por su novio el Policia que trabaja en Riverside California. Ernest A. Durston quien estaba investigando mas acerca de Rita Jackson y su novio en la venta de drogas ilegales. Rita Jackson se declare en bancarrota, pero no declare que vendia drogas y estaba haciendo dinero extra con la venta de drogas. Rita Jackson tambien forzo a su madre Rita Saldina a ordenar una orden de restriccion en contra de Ernest A. Durston, quie era novio de Rita Saldina. Rita Saldina hizo una llamada al numero de emergencia 911 para acusar a Ernest A. Durston de violencia domestica, dicho arresto fue denegado por la poolicia porque no habia causa de violencia domestica de Ernest A. Durston hacia Rita Saldina, quien nego que Ernest A. Durston haße actuado con violencia en contra de ella, este incidente fue sxolo una maquinacion de Rita Jackson para tratar de encubrir sus ventas ilegales de drogas, y al mismo tiempo deshaserse de Ernest A. Durston.

Ernest A. Durston hizo una investigacion por su cuenta con algunos guardias de seguridad del salon de baile "Foxfire" en Anaheim, quienes ya sabian de esta venta de drogas que estaba sucediendo en el salon de baile por parte de Rita Jackson y sus complices (una mesera del salon de baile era quien recogia la droga dentro del salon de baile, y la entregaba a los clients que commpraban la droga.



33



MARSDEN MOTION

1

### Procuraduria De Justicia Del Estado
### De Baja California
#### DIRECCION DE AVERIGUACIONES PREVIAS

2

UNIDAD DE ATENCION Y ORIENTACION TEMPRANA ZONA RIO

3

AVE. RIO SUCHIATE 10036, COL. REVOLUCION, TIJUANA

4

| | | |
|---|---|---|
| NO. EXPEDIENTES: | 8510/11/211/AP [ T-0161868 PGJE ] | |
| FECHA DE INICIO: | 06/10/2011 | HORA: 09:14 |
| COMPARECIO: | ERNEST A. DURSTON [ MURDER CRIME VICTIM ]   [ ATTEMPTED ] | |
| MOTIVO: | **UPDATING FILE** ON [ CDL CO600086 ] DANIEL EDWIN BRAUN  ATTEMPTED MURDERS | |

5

6

7

8 **Eastern Division U S DC of Central Ca at Riverside Ca US v Daniel Edwin Braun Escapee attempts murder of DOJ DEA witness Ernest Durston By Felon Braun & others**

9

10 **Re United States v Daniel Edwin Braun ecal co- conspirators City Of Victorville & County Of San Bernardino ecal does 1-10 inclusive**

11 **Dear USD Chief Judge Collins §20:306 as 18 USC §3771 (5)(C} reopen US FVI29004 ecal**

12 **The United States & Daniel Edwin Braun &defendant parties in the above Captioned Case /By Laws invested in USDC accepting confessed Guilty plea PC9 & PC9 tort 92sacv715 liability to Cr Superior court Drug court of Hon Judge John B. Gibson /Barstow Ca B1 it seems nobody informed steno caption of removal USDC Of Central Ca**

13

14

15 **Entered into removed CVI24581 docket became PC9 tort 92 sacv715 as if PC9 crime US FVI29004 been filed as fed cr question originally Jan 1990 /as filed removal Oct 23 1992 The convicted CCE §848 felon Defendant was allowed become secreted escapee §755 by US Marchal service agents to walk out USDC Acting USAO/District att Nakata never asked that Brann be-stript Gun uniform Badge an Fired from positions of fellow conspirators deputy City Of Victorville as aka deputy of San Bernardino County Sheriff dept employment as fed felon He retired /was hired by Ca Att generals office as conspirator with District att investigators that/his from aug 8 889/5th false arrest relation back Oct 6 73 Feb 1979 pay was against public interest his & other deputies & hired hit man Stanley Moore 18usc §1513 Attempt to kill on Ernest Durston was not first was in 1988 Then hired hit man was Johnny Paris that attempted murder was cover up by Ex DA Don Feld agent Govt mole /claimed not criminal act when base ball bat w/as weapon aimed at top head but for Durston put his arm on top Skull & feel to knees as blow was Death blow was delivered Prior to that Durston unaware Feld been selling out client Since Oct 1980 when 4th ct app**

16

17

18

19

20

21

22 **Ruled Durston factually innocent of fabrications 9 DA' in row signatures & Sheriffs to protect 2 embezzlers Jerry January of Durston[ Sgt Jeff Tocado CA city PD Ca awaits to take into USDC custody above suspect on fed crimes FBI refused investigate over some 39yrs / 18usc §1344 mort 4 th ct said make Durston whole again**

23

24

25 **In an attempt keep Riverside PD from discovery from Rita Saldina gives up name of her daughters boyfriend of RCPD /City PD officer Gave up he Rita Jackson the Daughter were**

*DESTROYED AT RIVERSIDE FAMILY COURT OTHER RECORD BUT GOOD CLERK PUT THIS IN RIU 110 1132 FILE .*

**42**



MARSDEN MOTION

1    dealing out of disco at pool table Per Security persons were Durston discovered ex gal
     friend /daughter was selling [his ] PD confiscated drugs in Anaheim Ca Disco
2
     Playing cr protector ?? or as she states in Border crossing shakedowns /Riverside ct
3    Wednesday at 8 Durston § riverside internal affairs to squash Rita Saldina  Restraining
     order copycat fake 1979 Rico cr /fixing 1961.8 by 1973-  2011 Corrupted Law enforcements
4    for discovery removal EUSDC  on fed/DEA bankruptcy courts charges to  investigate her
     daughter /who controlling elderly person mother /Rita Saldina to forced issue of
5    restraining order that Sept 10 2011  Rita told corona PD Brown she wanted issue closed
     It was dealer daughter who called in 911 faking mother complaint /being she self making
6    False police report /Sept 10/2011 its called confrontation clause /attempt dirty Durston
     Keep Durston from making her sept 6 2011 DEA CCE § 848 'henchman" drug deals
7    reports by willing Testimony admissible at Jackson ecal CCE §48 trail of Security parties
     testimonies who named both as dealing Inside out club also witness by Durston
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

43



Procuraduría General de Justicia del Estado del Estado de Baja California

# PROCURADURIA GENERAL DE JUSTICIA DEL ESTADO
## DE BAJA CALIFORNIA

**PGJE**
PROCURADURÍA GENERAL DE JUSTICIA DEL ESTADO
BAJA CALIFORNIA

Volante de Atención

### Dirección de Averiguaciones Previas

UNIDAD DE ATENCION Y ORIENTACION TEMPRANA ZONA RIO
AVE. RIO SUCHIATE 10036, COL. REVOLUCION, TIJUANA

GOBIERNO DEL ESTADO
LIBRE Y SOBERANO DE
BAJA CALIFORNIA

No. Expediente:　8510/11/211/AP　　*DA & BEFORE FAPE 911/HEARING*

Fecha de Incio:　06/10/2011

Hora:　09:14

Compareció:　ERNEST A DURSTON

Indiciado(s):　　　　　　　　　　Fecha Detención: Vencimiento Termino:

DANIEL EDWIN BRAUN　　　　　　00/00/0000 00:00 00/00/0000 00:00

Delito(s):

　　　　AMENAZAS

Para seguimiento a su tramite acudir a la Agencia

UNIDAD ORGANICA DE LESIONES

*TRANSLATION THEFTS BY DOE DOCTRE INVESTIGATOR*

Domicilio:

AVE. RIO SUCHIATE 10036, COL. REVOLUCION

SISTEMA DE JUSTICIA
ALTERNATIVA PENAL
ZONA RIO, TIJUANA, B.C.

Empleado que Atendió:

44

T-0106868 -11





**PROCURADURIA GENERAL DE JUSTICIA DEL ESTADO DE BAJA CALIFORNIA**
**Dirección de Averiguaciones Previas**

PGJE

[illegible]

DECLARACION DE [illegible]. En TIJUANA, BAJA CALIFORNIA, siendo las [illegible] horas del día SEIS DEL MES DE OCTUBRE DE [illegible] DOS MIL ONCE, el Ciudadano [illegible] Agente del Ministerio Público del Fuero [illegible] de la UNIDAD DE [illegible] Y [illegible], ante la presencia de su Secretario de Acuerdos Ciudadano Licenciado [illegible] que autoriza y da fe, [illegible] que presente ante esta oficina [illegible] el que dijo llamarse [illegible] quien tiene su dirección en [illegible] traductor del idioma ingles al español [illegible] CALIFORNIA [illegible] español, ya que el [illegible] términos del artículo [illegible] [illegible] de la legislación adjetiva Penal [illegible] de la pena para el delito [illegible] de conducirse con verdad [illegible]

[illegible]

diez, [illegible] fecha [illegible] persona y autoridad, [illegible] abierto, pero en ese [illegible] problemas con [illegible] octubre del año [illegible] esta persona [illegible] y debido a que tenemos un caso criminal [illegible] por eso que en este acto [illegible] a que esta [illegible] EL [illegible] DE [illegible] Y [illegible] LE [illegible] QUIEN RESULTE RESPONSABLE [illegible] RESULTE EN CONTRA DE [illegible] al [illegible] denunciado [illegible] y es mi voluntad [illegible] siendo todo lo que tiene que [illegible] su traductor y así [illegible] la presente declaración [illegible] ciudadano agente del ministerio [illegible] DAMOS FE. secretario de acuerdos que autoriza [illegible]

[illegible]

45

38



PROCURADURIA GENERAL DE JUSTICIA DEL ESTADO
DE BAJA CALIFORNIA
Dirección de Averiguaciones Previas



BIERNO DEL ESTADO
RRE Y SOBERANO DE
BAJA CALIFORNIA

8510/11/211/AP

GARANTIAS Y DERECHOS DE LAS VICTIMAS Y OFENDIDOS:
CONSTANCIA. En TIJUANA, BAJA CALIFORNIA, siendo las 09:48 horas del día
SEIS DEL MES DE OCTUBRE DEL  DOS MIL ONCE, el suscrito Agente del
Ministerio Público del Fuero Común Ciudadano Licenciado ISSAI RUELAS
ARMENTA ante su secretario de acuerdos Ciudadano Licenciado ALBERTO GARZA
SANDOVAL que autoriza y da fe HACE CONSTAR: Que en estricto apego a lo
dispuesto en el artículo 18 de la Ley de Atención y Protección a la Víctima
o el Ofendido del Delito para el Estado de Baja California, en este acto se
le hace saber a ERNESTO AGUSTIN las Garantías y Derechos que para las
víctimas y ofendidos del Delito dispone el artículo 20 apartado B de la
Constitución Política de los Estados Unidos Mexicanos, y que
específicamente consisten en: I.- Recibir asesoría jurídica; ser informado
de los derechos que en su favor establece la Constitución y, cuando lo
solicite, ser informado del desarrollo del procedimiento penal; II.-
Coadyuvar con el Ministerio Público; a que se le reciban todos los datos o
elementos de prueba con los que cuente, tanto en la averiguación previa
como en el proceso, a que se desahoguen las diligencias correspondientes.
Cuando el Ministerio Público considere que no es necesario el desahogo de
la diligencia, deberá fundar y motivar su negativa; III.- Recibir, desde la
comisión del delito, atención médica y psicológica de urgencia; IV.- Que se
le repare el daño. En los casos en que sea procedente, el Ministerio
Público estará obligado a solicitar la reparación del daño y el juzgador no
podrá absolver al sentenciado de dicha reparación si ha emitido una
sentencia condenatoria. V.- Cuando la víctima o el ofendido sean menores de
edad, no estarán obligados a carearse con el inculpado cuando se trate de
los delitos de violación o secuestro. En estos casos, se llevarán a cabo
las declaraciones en las condiciones que establezca la ley; y VI.- Solicitar
las medidas y providencias que prevea la ley para su seguridad y auxilio.-
- En los mismos términos, se le informa de Los Derechos de la víctima o el
ofendido a que se refiere el artículo 4 de la Ley de Atención y Protección
a la Víctima o el Ofendido del Delito para el Estado de Baja California,
consistentes en: I.- Ser informado directa oportuna y adecuadamente de los
derechos que su sufragio establece la presente ley y demás ordenamientos
aplicables en la materia; II.- Recibir asesoría jurídica gratuita desde el
inicio de la averiguación previa para la defensa de sus intereses; III.-
Recibir desde la comisión del delito, atención médica, psicológica o
psiquiátrica de urgencia; IV.- A no ser explorada físicamente, ni someterse
a ningún estudio, examen, análisis o peritaje, si no lo desea, quedando
prohibido cualquier acto de intimidación, o fuerza física para ese efecto;
V.- A que la exploración, la atención médica, psiquiátrica, ginecológica o
de cualquier tipo, esté a cargo de un facultativo de su mismo sexo cuando
lo solicite, VI.- A la reparación del daño cuando legalmente proceda; VII.-
A que la autoridad investigadora o jurisdiccional dicte las providencias
legales y medidas de seguridad necesarias para proteger su vida, integridad
física y moral, bienes, posesiones o derechos, incluyendo los de familiares
directos, cuando existan datos que hagan presumir que éstos pudieran ser

46

T-0106870  -11

A seal that reads: GOVERNMENT OF THE FREE AND SOVEREIGN STATE OF BAJA CALIFORNIA.

**BAJA CALIFORNIA STATE ATTORNEY GENERAL'S OFFICE.**
PREVIOUS INVESTIGATION BUREAU

8510/11/211/AP.

**GUARANTEES AND RIGHTS OF THE VICTIMS:**
**EVIDENCE.** In Tijuana, Baja California, at 09:48 hours on the SIXTH DAY OF THE MONTH OF OCTOBER, TWO THOUSAND ELEVEN, I the undersigned Attorney ISSAI RUELAS ARMENTA, State District Attorney, before the Agreements Secretary ATTORNEY ALBERTO GARZA SANDOVAL who authorizes and attests, LET'S KNOW: that in strict attachment to the provisions of Section 18 of the Law for the Attention and Protection to the Victims of a Crime, for the State of Baja California, in this act we let know to ERNEST A DURSTON, the guarantees and rights that for the victims of a crime provide the Article 20, paragraph B of the Political Constitution of the Mexican United States which specifically consist of: I. To receive juridical avisory; to be informed of the rights that in its favor establish the Constitution and, when it was requested, to be informed of the development of the penal procedure; II. To help to the District Attorney; to be received from him all the data or elements of proof that it has, as in the Previous Investigation as in the Process and to be released the corresponding proceedings. When the District Attorney consider that is not necessary the release of a proceeding, it has to motivate and base its rejection. III. To receive since the commission of the crime, urgent medical and psycological attention; IV. To be repaired the damage caused to him. As the case may be, the District Attorney will be obliged to request the repair of the damages and the Judge will not be able to absolve the sentenced of said repair if it has issued a condenatory judgment; V. When the victim is a minor of age it will not be obliged to be confronted with the defendant in the cases of rape or kidnapping. In these cases it will be carried out statements in the conditions established by the law. VI. To request the measures and providences, provided by the law for its safety and help.
In the same terms it is informed of the rights of the victim referred to by Section 8 of the Law of Attention and Protection to the Victim for the State of Baja California, consisting of: I. To be informed direct, timely and properly of the rights that in its favor is established by this law and other ordinances applicable in the matter. II. To receive free juridical advisory since the starting of the Previous Investigation for the Defense of its interests. III. To receive since the commission of the crime urgent medical, psycologic and psychiatric attention. IV. Not to be physically explored neither being submitted to any study, examination, analysis or expert opinion if it is not desired by it, remaining prohibited any act of intimidation or physical force for that effect. V. To that the exploration, the medical, psychiatric, ginecological attention of any kind, must be in charge of a physician of the same sex when it was requested; VI. To the repair of the damage when it proceeds lawfully. VII. To that the Jurisdictional Investigator authority dictate the legal providences and means of safety required for the protection of its life, physical and moral integrity, properties, possessions or rights, including those of the direct relatives, when there are data that make presumptive that these could be affected by the probable responsibles of the crime or by third parties implied; VIII. To help to the Districtir Attorney in the penal procedure in the terms provided by the Penal Procedures Code. IX. To be informed by the Investigator authority, of the proceedings and the status that keeps the Previous Investigation or the corresponding penal procedure. X To be present in the release of the acts and proceedings in which intervenes the Defendant or its Counselor. XI. When it does not speak the Spanish Language or is treated about an illiterate, dumb, duff or blind, invariably count with a translator or interpreter in all the procedural proceedings. XII. To request justifiedly to the Bureau the replacement of the juridical advisor assigned.
At the same time it is notified that the Coordination of attention to crime victim of the State Attorney General's Office has its offices at Miguel Aleman Street number 2400 corner Gobernador

*Lic. Humberto García Gómez*

**Perito Interprete - Traductor**
**Auxiliar de la Administración**
**de Justicia del Estado de B.C.**

Lugo Street, Gavilondo neighborhood, telephone 686-5641, of this city, where jointly with this Social Representation it will be given all the attention and protection to the rights and guarantees that are justly directed.

Once ERNEST A. DURSTON said to be learned of all the foregoing, receiving a copy of this proceeding and signing it as evidence. Which is stated for all the juridical effects. For the Record.

At the margin: ERNEST A. DURSTON (Signed).

AUTHORIZED THESE PROCEEDINGS.

*BRAND OUT MEX JURISDICTIO CANT ISSUED WARRANT I WAS TOLD*

**DECREE:** In Tijuana, Baja California, at 09:48 hours on the Sixth day of the month of October, two thousand eleven, whereas the foregoing evidences and based on the provisions of Section 18 of the Law for attention and protection to the victim for the state of Baja California, I the undersigned Attorney ISSAI RUELAS ARMENTA, District Attorney, decree: send a set of the foregoing evidence with autograph signatures to the Coordination of Victims of the crime of the Baja Califonria State Attorney General's Office in this city for its knowledge and corresponding legal effects.

COMPLY.

Thus it was agreed and signed by the Attorney ISSAI RUELAS ARMENTA, State District Attorney before his agreements Secretary Attorney ALBERTO GARZA SANDOVAL, who authorizes and attests. We Attest.

AND AUTHORIZED THESE PROCEEDINGS

NOTE. In Tijuana, Baja California, at 09:48 hours on the Sixth day of the month of October, two thousand eleven, the Attorney ISSAI RUELAS ARMENTA, State District Attorney before his agreements Secretary Attorney ALBERTO GARZA SANDOVAL, who authorizes and attests, LET'S KNOW that it was given the due compliance to the foregoing decree. For the Record.

AND AUTHORIZED THESE PROCEEDINGS    *AUCA*

*BRADU FUGITIVE?* T0106870-11, T0106871-11

I, HUMBERTO GARCIA GOMEZ, a Court Interpreter/Justice Administration Aid en Tijuana, B.C. **DO HEREBY CERTIFY** that: I am fluent (Conversant) in the English and Spanish Languages and competent to translate documents from Spanish into English, and the above/attached document is an accurate and complete translation of the document entitled **GUARANTEES AND RIGHTS OF THE VICTIMS** of ERNEST A. DURSTON, dated October 6th, 2011, which I had at sight. Signed in Tijuana, Baja California on December 4th, 2011.

*TRANSLATION BORGEZ DID NOT GOJE*

43



Dr. Lic. Humberto García-Gómez
Perito Interprete - Traductor
Auxiliar de la Administración
de Justicia del Estado de B.C.

36

This envelope is made from post-consumer waste. Please recycle - again

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL



# PRIORITY ★ M A I L ★



UNITED STATES
POSTAL SERVICE®

USPS TRACKING®

9114 9014 9645 1923 7125 38

DATE OF DELIVERY SPECIFIED *

USPS TRACKING™ INCLUDED *

INSURANCE INCLUDED *

$ PICKUP AVAILABLE

* Domestic only

LAB400R Aug. 2013
7690-17-000-0669

P S 0 0 0 0 1 0 0 0 0 1 4

EP14F July 2013
OD: 12.5 x 9.5

PRIORITY MAIL
POSTAGE REQUIRE[D]

**FROM:** USAG Barr ,Fox Widman @ 578 f supp 2d 737
Representing FVI29004 prevailing prose @ USDC
Eastern Dis/CV @ LR -83.1.3.1.1 Venue change @
Theft 10/23/92 FVI29004 @ WDCV USAG office
Requires AM jur 2d 170 that nuct pro tunc 1992
Records @ SO 655 w 3rd st SBCa be sent Hon
Judge Bernal had theft FVI29004 records 11/17/14
EDCV/USDC as only sitting judge availaible gets to
Keep fill ends of merits USAG v Daniel Edwin Braun
LR 83-1.3.1.1 rico 1961.8 fixing 1983 punitives 18§1985

9114 9014-9645 1923 7125-38
Yuette Bbynum Ca DOJ AG Burceria cr supervisor
Rancho Cucamonga Ca Am jur 2d 170 transfer ASAP
FVI29004 & related cases USDC Hon judge Bernal by
Duty Ca DOJ AG berceria cr clerk @ 8303 haven ave
Rancho Cucamonga ca 91730

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



UNITED STA[TES]
POSTAL SER[VICE]

## § 31:41    Creation of lien

*OCT-26-92 FU129004*

**Research References**

West's Key Number Digest, Federal Civil Procedure ⊂=2671 to 2673

The statute governing liens' looks to the law of the state in which a Federal District Court is located to determine the method in which a judgment rendered by that court becomes a lien on the ~~property~~ of a judgment debtor.[2] It also provides that whenever a state court judgment is required to be registered, recorded, docketed, or indexed in a particular manner or in a certain office or county or parish before a lien attaches to the judgment debtor's property, such requirements apply to a federal court judgment only if the law of that particular state authorizes the federal court judgment to be registered, recorded, docketed, indexed, or otherwise conformed to rules and requirements relating to the state court judgments.[3] ~~no?~~ *CCP 405.810*

Thus, where a state court judgment becomes a lien on the judgment debtor's ~~property~~ upon rendition without registration, recordation, or docketing, a federal court judgment will also create a lien upon rendition.[4] However, where state law requires the registration, recordation, or docketing of state court judgments prior to their becoming liens, and also permits a copy of a Federal District Court judgment to be filed in accordance with those requirements, a district court judgment will be perfected into a valid lien only after such a filing.[5] However, where state law does not provide identical treatment for the judgments of state and federal trial courts, a federal court judgment lien attaches to the judgment debtor's ~~property~~ upon rendition of the judgment, without the need of the judgment being filed in accordance with the state law.[6]   →  *CCP 405.21b*    *AM JUR 2d 170*

*PAGE 3 LINES 1-4*

*←2018 ?*

*REVD 10/26/92*

*GOVT TREASURY -*

*$1.940k Rizo ℗*

*$2.4K*

## § 2041.    Deposit of moneys in pending or adjudicated cases

All moneys paid into any court of the United States, or received by the officers thereof, in any case pending or adjudicated in such court, shall be forthwith deposited with the Treasurer of the United States or a designated depositary, in the name and to the credit of such court.

This section shall not prevent the delivery of any such money to the rightful owners upon security, according to agreement of parties, under the direction of the court.

(June 25, 1948, c. 646, 62 Stat. 960; Sept. 13, 1982, Pub.L. 97–258, § 2(g) (4) (C), 96 Stat. 1061.)

*PHILLIPS CHECK TO Bened VENUE CHANGE*

109

## § 2042.    Withdrawal

No money deposited under section 2041 of this title shall be withdrawn except by order of court.

In every case in which the right to withdraw money deposited in court under section 2041 has been adjudicated or is not in dispute and such money has remained so deposited for at least five years unclaimed by the person entitled thereto, such court shall cause such money to be deposited in the Treasury in the name and to the credit of the United States. Any claimant entitled to any such money may,

## § 31:41   Creation of lien

*OCT-26-92  FU129004*

**Research References**

West's Key Number Digest, Federal Civil Procedure ⟐2671 to 2673

The statute governing liens[1] looks to the law of the state in which a Federal District Court is located to determine the method in which a judgment rendered by that court becomes a lien on the ~~property~~ of a judgment debtor.[2] It also provides that whenever a state court judgment is required to be registered, recorded, docketed, or indexed in a particular manner or in a certain office or county or parish before a lien attaches to the judgment debtor's property, such requirements apply to a federal court judgment only if the law of that particular state authorizes the federal court judgment to be registered, recorded, docketed, indexed, or otherwise conformed to rules and requirements relating to the state court judgments.[3]  ~~¿?~~  *CCP 405:216*   *PAGE 3 LINES 1-4*

Thus, where a state court judgment becomes a lien on the judgment debtor's ~~property~~ upon rendition without registration, recordation, or docketing, a federal court judgment will also create a lien upon rendition.[4] However, where state law requires the registration, recordation, or docketing of state court judgments prior to their becoming liens, and also permits a copy of a Federal District Court judgment to be filed in accordance with those requirements, a district court judgment will be perfected into a valid lien only after such a filing.[5] However, where state law does not provide identical treatment for the judgments of state and federal trial courts, a federal court judgment lien attaches to the judgment debtor's ~~property~~ upon rendition of the judgment, without the need of the judgment being filed in accordance with the state law.[6]  *GOVT TREASURY -*

*←2018?*
*REVD*
*10/26/92*
*(RICO)*
*1,940 ?*
*2.4#*

*> CCP 405:216    AMJUR 29 170*

## § 2041.   Deposit of moneys in pending or adjudicated cases

All moneys paid into any court of the United States, or received by the officers thereof, in any case pending or adjudicated in such court, shall be forthwith deposited with the Treasurer of the United States or a designated depositary, in the name and to the credit of such court.

This section shall not prevent the delivery of any such money to the rightful owners upon security, according to agreement of parties, under the direction of the court.

(June 25, 1948, c. 646, 62 Stat. 960; Sept. 13, 1982, Pub.L. 97–258, § 2(g)(4) (C), 96 Stat. 1061.)

*PHILLIPS COPY TO Bernie VENUE CHANGE*

109

## § 2042.   Withdrawal

No money deposited under section 2041 of this title shall be withdrawn except by order of court.

In every case in which the right to withdraw money deposited in court under section 2041 has been adjudicated or is not in dispute and such money has remained so deposited for at least five years unclaimed by the person entitled thereto, such court shall cause such money to be deposited in the Treasury in the name and to the credit of the United States. Any claimant entitled to any such money may,



USAG Barr /US att Hanna US att middleton US asst US att Widman for PAG Durston att Fees by att collecting His att fees of collection Durston PAG att fees not required USDC Rules with activation collection relation back pendant cases 10/6/72 durston V CVV @ V-5-72 10/6/72

Chief Cr judge Moore faced with 18§4 misprison felony Or notice FBI Wray USAG Barr Racketeering govt att/s Agents can be criminally & civilly prosecuted Ca & US courts Whats chief cr judge Moore clerk duty what Gibson clerk Failed to do notice FBI /USAG 10/20/92 Gibson tentative found braun guilty CCP 405:21b was not done Moore DO IT

Fvi29004 prior pasted exhibit sent USAG
Rico review UNIT WDC att Jaffer
Notice motion in use FVI29004 hand noted
With pasted court rules Nunc pro tunc RICO

**10/5/73 FBI v reserved deputy Charles Hill FBI v Hill rescuer sgt trumbull 10/6/73 93/CV3133<10/6/72 Durston & FBI v City of Victorville V-5-72 aka >93CV3134 18§848 pattern /practice /policy /custom /framing Durston rescue dirty cops Ca past law#14/21 open dirty cops records rescued by fixing 18§1961.8  Ca/US Judges clerks**

FVI29004 voids 9th 12/16/93CV4297  voids 9th 12/19/96 FVI29004 voids SACV92-715

CCP 405:21b as to CCP391(a) also cr offence govt debtors FVI29004 civil forfeiture 247 west 3rd st San Bernardino Ca justice Center Hon Cr chief Judge Moore Redocketing FVI29004 pg 2 lines 4-6 **2019 April RE** entry 3rd time 10/23/92 thief DC of fvi29004 0thers full faith credit repeat DC theft 11/17/14 FVI29004 by USMS chief LA agent David Singer other Durston witness 11/17/14 Hon cr single judge sitting rare that Hon Judge Bernal Clerk gave Mex/US fugitive violent 2011/attempts TJ mex business office Witness/s 2010 Braun /illegal gun use bullet head in Durston as spooked by mex military men AR carrying /lowboy Truck screeching halt next Durston rico target car tj mex street Exhibit says Braun Ca DL# as 11/17/14 DC judge Bernal clerk Gave USMS agent Singer Mex Fugitive Daniel Edwin Braun /wheelmen warrant attempted murder Violent crime as key extradition by now SOS Pompaio /USAG Barr /new Mex president want of for the mex citizens 2011 Braun & wheelmen threats kill but was more witness then braun gun had  bullets to shoot /braun went wrong 'wire tap' address
  93CV3133 Inception FVI29004 10/5/73 FBI v Charles Hill 10/6/73 FBI v Trumbull etal

FBI Fugitive 10/5/73 US mail & mex & US cargo thiefs reserve deputy uniform C. Hill Trumbull 10/6/73 SO CVV watch commander rescuer prior **10/6/72** city fixers forced durston former fireman & witness plant illegal fire hydrant showed up 4/16/94 MVI0760 Another rico predicated actor govt fixer Kieth Higgin now disbarred by others  before cr judge powers 4/16/94 city Quit 31planted Evidence  felony counts PC 141(C} aka FVI29004 debtor defendant 10/26/92 cause bribed Fixer DC judge taylor fixing MOOT SACV92-715 said case closed by another CA disbarred by others Larry Morse bribed Give hospitazied Galcia aka st mary's hospital bed packing dr scheme V Durston fixers Theft 26 lots extortions city fake DC judge Kelleher /12/16/93 liens 93/cv4297 county got lien but rico county att/s  did not file city extortion 10/6/72 illegal fire plug mvi06760 4/16/94

CRM INFO
1§ SET 4 →
TELL A JUDGE

Ernest Durston 10/26/19
10/27/19

1

Fake 10/23/92 DC case planted by Corrupted DC judge Kelleher & clerk O'neal theft ex cr att cupp filing braun Found Guilty by Gibson from Jun 26/92 SO Att gift Hicks victims 9th not told of 1/16/90 SODA quit 8/8/89 refile forgery by braun new Riveria v Durston Time 7/2/92 SO /DA gift 6/26 @ CIV24581 Bowman Forgery Expert Gibson found braun did not act alone guilty 10/20/92 word "tentative}set US/Ca trial dates 11/10/92

10/23/92 full faith credit USDC /below cases FVI29004 & CV820/900 3 records in unclean Hands of 3 cases debtors govt att/s long held Long held 1979 & 1989 locked out 10/23/92 FVI29004 debtors are locked out any pendant Prior 1979 later 1992
**VV judge refused let cr Victim Durston get** Fake 1979 & 1989 rap sheet expunged DA Said had stay Durston record ? prevailing Defendant got see records 2018 with civil Clerk 3 floor & 2nd floor chief Cr clerk Betty That triggered hold also showed still in use Micro fish Machines cr window viewing room City of Victorville in 1992 by att J Freiden had City put files 10/6/72 V-5-72  Durston V CVV Threw june 26/92 CIV24581 Durston V CVV And County San Bernardino & Daniel Edwin Braun does 1-10 inclusive defendants at june 26 92 SO gift of copy of Riveria v Durston had no Case # Fake 8/8/89 forgery found DA/s office at 1/16/90 DA/SO quit 8/8/89 fake arrest by braun Of his jun 89 US Ca DEA informant Durston as Jul 89 cvv PD bill bethkie who faked CV900 as Claimed Durston destroyed BICC embezzlers car 9da/s said been junked but car insurance man was Durston agent also called female embezzlers Home # dad said Virgin car in his garage was murdered in CA city ca 7/31/95 with 2 care givers not cold case Just different county another 1978 prefected murder Of pappy 'Hilion Hughes was shot dead 3 95 victims Died of Hitler way killing 95 was 3 seniors took naps An killers started car in garage prop open door to home Let car run out gas killed napping John January 2 friends

nunc pro tunc  debts due VCV18857 as notice motion nunc pro tunc Redocketing FVI29004 10/26/92 CR judge Gibson Gift Relation back of CV820/900 of Hon CR Taggart 2 Gifts  Durston V People  1979 USDC lists 93CV3133 of 1979 taggarts gifts per FVI29004 got USDC 10/23/92 pg 2 lines 4-6 per fake prose Att Tomlin as  Gibson law att clerk 10/26/92 per Ca bar prose Durston /FBI not invited 10/26/92 an Culliton as fighting disbarment up state quit CIV24581 /VCV14000 Nov 1990 fixer judge Johnston put "settled " but sept 28/92 felony planting evidence of PC 141(C}27 fake counts by 3 CVV att/s acting for multi Enterprise att's as use VCV14000 smoke screen CACA 26815a by meritless Vcv14000 1961.8 rico fixing nov 90 johnston fixed 2000 4 cases at rancho ct with 1990 law att clerk bribed by multi enterprise relate case govt atts bribed Culliton leave all cases with gift hilift chopper & turbo prop 8 executive jet pilot Culliton got Wisconsin nov 90 WWW999 jet #

Notice motion motion nunc pro tunc Damages multi false arrest injury reputation Victim Durston v CVV @ V-5-72 @ 10/6/72 made MVI06760 4/16/94 City vv V Durston /

2

Debtors SO att multi clients hired 10/26/92 to impede FBI notice was 10/20/92
Gibson clerk huntsman duty she & govt Handler Sued Gibson 1996 same yr 9th cir fixed
Injury reputation claimed DC ?said was who that 8/8/89 ran out 8/8/90 when SO
DA quit 8/8/89 @ 1/16/90 said forgery found in DA office aider & abettor 18§2
Became 18§3 after braun laid in wait 8/8/89 /fact cr conspiracy actors US v SO&DA as
18§4 misprison felony  1/16/90


CV 820/900 prevailing defendant Durston
1979 framed by DA Coltier 8 others SO
Deputy Bill Bethkie fake CV900 2/7/79
That embezzler Jerry January car destroyed
Claimed 9 da's suborned perjury declarations
By cr/victim BICC mort co victim embezzlers
DA used perjury Jerry January hide mort Co
Fee/s & 14 USGOVT loan documents theft
By jerry January & Darrell Peterson king pin
SO fake CV820 arrest bail bonds hide Durston
Had pink slip from seller sunset roofing co in
Redlands Ca SO put report seller not found in
Victorville Phone Book after taggart got pink
Said everbody to chambers Durston faced CV900
FVI

Notice motion 1979 (2)nunc pro tunc's Hon
Cr Judge Taggart Durston v city VV pd hid
10/5/1973 FBI v SO reserved deputy C Hill
US mail thief SO hid FBI v rescuer Hill by
Sgt Trumbull fake 2/7/79 arrest victim US
Mail & Mex cargo & US made items theft
sgt Trumbull gave another reserve deputy
lived next where SO used wire tap Ernie
phone heard "your stuff is in ?blue bondo
so raid D Morgan home /fiberglass only
repairs fiberglass tubs apt complex VV
Morada rd wire tap as CIV24581 open
morgan att put news paper wire tap on
durston phone SO injured morgan
innocent got shoulder broke by shot
Gun butt with out warning cop was
Behind morgan backing out home as
Lock door SO Cop kicked in door on
Morgan friend made stand naked as
Every cop look lady crying let her
Get dressed went ignored

3

USAG Barr /US att Hanna /US att Middleton Us asst att widman FBI Wray Rico WDC
PAG Durston & USAG cr/victim/s 579 F supp2d 737
Fixer Gibson gave FVI29004 relation back other secreted cr victims summary judgments
final 10/26/92 before US/ca DEA
'Petite' sentencing impeded by Gibson Sabbath Tomlin &
SACV93-774 durston v culliton does 1-10 etal still open ex cr att Cupp as paralegal work
govt debtors hiring rico fixer att/s multi DC judges& clerks 93cv4297 & 602 impede
cr/victim creditor 4th 2d 1980 V 820 /900  FVI29004 & FBI taking custody US v C hill
FBI taking Custody C hill & hill 9 rescuers 10/6/73 king rico pin sgt trumbull 9 rescuers
FBI taking custody VV /SO watch commanders 2019 fixer fake arrest bill bethkie 2/7/79
CV900 planted evidence car destroyed SO/DA fixers that victim att{govt mole }James
Mitchell did not care Check Ca DMV on fake report betkie BICC embezzler jerry
January car been junked per 9das suborned perjury got victim 3& ½ yrs weekends only
Victim & emebezzler had same car insurance man found virgin paint /glass inspection at
Jerry dad Garage Lucerne valley Ca motive John January & wife moved car to back of 2
honey mooners not testfy against each embezzler partner aug 78 –dec 78 secreted mort co
Where BICC funds thief divereted from take out loans BICC ready made gifts converted
CA construction  loans to US /VA govt loans out OK/OK city Ok BICC loans Became
Cash cow final loans /fees paid jerry January & darrel Peterson aug 78 thru dec 78 as
some BICC loans dec 78 funded in 1979 an embezzers destroyed 14 govt packages cost
Durston govt sale 14 home victim had discount sales price different buyers non govt
loans prior govt loan buyers went elsewhere lost rico income & fee's DA/SO impeded

Pendant PAG hire malpractice att Kieth Cisco sue for PAG
Att fees/ cost in Cisco suit Cisco  att fee/s costs

Notice nunc pro tunc venue change lines 4-6pg 2 to FBI watching chief cr judge d moor
247 west 3rd st san Bernardino ca justice center 2015 4th 2d re?examing  durston v cruz
ID theft ca fake tax FTB used extort Nv party lent bank home refi loan $ cruz rico use
Us mails sent wrong tax address of belgo diam Nv funds in ca bank §228 borrow bank
Could not take home loan funds so cruz fabricated source borrower mis labeled funds
FTB took ID theft rico use us mail extorted as earned Ca in come ignored nv victim FTB
Will full blindness used mail take Nv BOA funds held by nv resident Durston lost home
2/7/16 that FTB theft funds covered tax claimed due by 93/cv4297 fake case debtors @
CV820 /900 that SO & City VV records has microfish sent in VCV18857 victim att
Freiden used US mail sent extortion letter victim CC to VCV18857 debtors paid
extortion freiden {city green mail paid by henry Kraft kieth higgin /county david proulx
Richard clouse etal /walked sept 1 1992 to nunc pro tunc FED USAG FBI prison cell
2019
Durston v cruz fixing 2010 FBI theft 2014 heard dec 2015 by wilfull blind ness sachs let
east west bank att Ca ev code 956 use FVI29004 debtor fixers att clark & miller hired
fixer dc judge keller 449US 24 make illegal junction had 1983/rico / Cr & civil charges
against Govt debtors FVi29004 CV820&900

4

FVI 29004 say **Entry** 10/20/92  USDC on 10/23/92
**10/26/92 notice DC venue change lines 4-6 pg 2**
11/17/14 prevailing Durston witness **LR 83-1.3.1.1**
Pg 2 lines 4-6 fake att say FVI29004 at USDC
**Entry**  FVI29004 full faith credit got theft 10/23/92
As 10/26/92 text pg2 lines 4-6 redocked USDC
**FVI29004 Fraud on willing 2 cts SACV92-715**
**FVI29004 Still petite OPEN both US/Ca courts**

Rico pg 3 last printed lines 'notice waived'
MO 9/14/89 secreted lis pendans hide 2/21/90
Hon Cr Judge Arden defendant with prejudice
8/7/89 mvi21367 2nd double jeopardy V-5-72
10/6/72 Durston V city of Victorville etal MO
VCV24581 aka smoke screen fixed vcv18857
Watered down leftout 9/14/89 fake lis pendans >

motion Notice motion docketing for FBI
watching chief cr judge d moore page 2
lines 4-6 FVI29004 FBI /US v suspect
fake att tells cocospirator judge gibson
Ex cr att Cupp draged nieve cr victim &
Witness to prose window WDCVUSDC
Friday at closing 4 /room 5th floor Entry
Full faith credit 'tentative "10/20/92
Gibson found Braun guilty set "petite"
Dual sentencing 20day rule Ca ev code
1300 pg 3 lines 1-4 summary judgment
Rico Govt att Sabbath asks law clerk
Att tomlin if ?waived notice ?FBI keep
From US exparte 10/26/92 by Sabbath
Hired Fake att at this point/Gibson said
Notice is waived FBI /victim /USAG

fake att as Gibson law clerk per ca Bar
MO  held as VVcourt cr impeding FVI29004     Notice **motion Redocketing multi cases**
Its nunc pro tunc summary judgment reopens>debtor rico defendant city of Victorville an
County of San Bernardino/US caca26815a
8/1/89 US hired county in theft PC 487(d)

FVI29004 has keep Prior cases delivered
Durston V city of Victorville  VCV18857
Durston att/rico/sent victim letter wanting
$100.000.00 to win victim  watered down
Aug 21 /92 durston v city V/ VCV18857
Left out fake lis pendans 9/14/89 that cost
as required by law  noticed to victim &
rico concealment ran off buyers cash cow
sale$2.4 complex**67 units** buildout 27 lots
rico damages Durston business by PC 141
(C}felonies 8/9/89 26counts fake rico
Planted evidence by all Govt att relation
Back CV820 retalition 10/5/73 FBI v Hill

Mr Sisco my govt paid hacker keysmith burgler tookout 4 times I started this letter to you my fake rap sheet 1979/1989 making your collection PAG Att fees when collecting your att fees /collecting my PAG fees allowed in Ca fool me forgot renew CA Broker License 2018 got may 20 82 day morning hit man drive by 210 freeway could be suspect debtor CV820& 900 an FVI29004 Durston prevailing CV820 & 900 defendant v plaintiff people city of Victorville PD as SO dept san Bernardino county who hires keysmith hacker car home  burglar meet him 99 ct store getting in my car hemet not forget face ever

checking assets of my prior rico fixer Govt moles att./s active & disbarred
putting internet to use also

shaming 9th cir chief judge who can't use math problem of civil forgery 3 yrs when was 90 day about less then 3rys when CIV24581 discovery SO gift Braun depo unknown date forgery gift from so att jun 26 92 discovery forgery expert Bowman jul 2/92 conviction by rico fixer cr judge Gibson 10/20/92 FVI19004 because bowman  theft 10/23/92 prose window of judge Kelleher & clerk O'neal fixers 12/16/93 after 10/26/92 fvi29004 exhibit says fake prose att tomlin still 2019 active SISco v timothy tomlin

 if  you read fvi29004 its missing US govt defendant CACA26815a @ DC judge Bernal 11/17/14 when I & witness Pat dropped 2nd RE entry Ex cr att cupp 10/23/92 at prose window it got theft by USMS agents reading FVI29004 says FVI29004 got DC 10/23/92 again 11/17/14 doing end run by 18§3771 cr victim durston plaintiff FVI29004 proper plaintiff USAG Barr  >FBI Wray & PAG Sisco watching crim chief judge moore san Bernardino county by way NUNC pro Tunc

Mr Sisco PAG 10/6/72-2019-???? att fees collector taking down if Sisco got balls todoit First I find assets active att then do Bar cr charges & USAG rico on disbarred att/s

As president trump replacing sessions USAG Barr Back up riverside Us asst USAtt Joe Widman Clerk got FVI29004 files
But widmand clerk sent me FBI riverside plays Cr protector Braun Gibson tomlin Culliton FVI29004 as Named party was others duty present ?being deputy ever been at review cops Guilty Verdict 10/20/92 plea 10/21/92 Reconsidereation aka smoke screen 10/26/92 so debtor SO att ask fake prose att tomlin CA bar say was att Law Clerk chief county Judge assigned Barstow @Gibson 10/26/92

Ca Bar AKA Ca SCT AKA Ca DOJ AKA Ca Att General ? FVI29004 hiding convicted cop SO deputy from "petite" sentencing Ca/US now MEX/US treaty Fugitive 2011/2010 Daniel Edwin Braun others jun89 warrant less USCA DEA told Da duty by ca govt code

CC US asst US att Joe widman AKA boss USAG Barr busy witch hunt fixers fugitives 3403 10 st riverside ca 92501 cr victim Ernest Durston other in US as mex citizens 2011

CC Washington Post public jury get copy so gambit fixer 9th cir pulled 1996 & 2019 hide DC & SADC & 9th cir merit less all lacked jurisdiction  when FVI29004 & CIV24581 was still alive by 10/26/92 Transcript city gave records to blackmailer freiden april 92  \ Durston help date & docket # each Page then all records was stolen out my house later

**"Wells:140CA 2d 218.221 ex parte remand  secession ct**
247 W 3rd st San Bernardino Ca Hon D Moore Chief Cr Judge aka 'West'secession duty CCP405:21b what corrupted fvi29004  Judge Gibson in concert with own law clerk att Timothy Tomlin per ca bar could not waived notice to prose durston cause racketeer att Sabbath Hired tomlin get transcript aka abstract judgment but ex cr att cupp had filed at USDC braun 10/20/92 quickey volunteers nolo /confession judgment guilty plea CIV 24581 theft FVI29004 by desert div court officers went tapes as Required by cr law VCV18857 $1.94 K  judgment of CIV24581 & FVI29004
Pg 2 lines 4-6 say FVI29004 Entry USDC
Full faith credit 1980 4th 2d CV820 & 900
10/23/92 {ex} cr att Cupp process server entry

| Pg 1 roll call lien of summary judgment | **marked up hand posted cite use FVI29004** |
|---|---|
| Ernest Durston brady cr victim CV820/900 | Motion multi **Nunc pro tunc** 4th 2d 1980 as |
| V city of Victorville by ca ev code 956 | FVI29004 that been subject multi thiefs prior |
| V county San Bernardino ca ev code 956 | 1980 4th 2d was in  San Bernardino city then |
| @ Ca bar Disbarment rico fixing Att/s | Where Durston was prevailing defendant of |
| | CV 820 as its records with theft CV900 also |
| | FVI29004 reads pg 2 lines 4-6 as Entry of |
| | Full faith credit Fvi29004 pg3 lines 1-4 as |
| | Ex cr att cupp dragged Durston ?witness to |
| | Hide  what happened People  v Braun as |
| | USAM 1725 Pendant US/DEA v Braun |
| | **Orders motions separate US ca exhibits** |
| | Ex parte with notice FBI US v Ca DOJ |
| | **US att Jaffe v fixer Ca AG Becerra etal** |
| | Convicted felon Braun a DA investigator |
| | As Ca govt code Da duty recapture Braun |
| | 10/26/92 duty Gibson put felon in custody |
| | As pg 2 lines says FVI29004 got USDC |
| | |
| | **Prevailing prose Motion Redocketing** |
| | Nunc pro tunc FVI29004 for FBI/USAG |
| | Cite 278 f supp 2d 104 SCT says FBI to |
| | Been noticed is duty FBI investigate Rico |
| | 18§1961.8 fixings 10/26/92 -4/2019 real |

7

Fake prose att tells that FVI29004 got USDC Rico 1961.8 fixing 10/26/92 notice is waived Notice ? waived to FBI USAG In FVI29004 FVI29004 People Ca /US v Timothy Tomlin US v Mark Sabbath US v Judge Gibson fixing>>

US Barr v Becerra law say use last fixer place 1st

FVI29004 People /US v fugitive Braun as TJ/MEX /US treaty got priority 2011/10 FVI29004 theft from DC 10/23/92 and 11/17/14 theft from dc judge bernal clerk Nunc pro tunc/defendants locked out of **FVI29004 Sealed/confidential** motion Debtors defendants Lien roll call 1st pg Non movant prose summary judgment Pg 3 lines 1-4 version abstract judgment "Wells" judge Moore sign CCP245:21b REMAND FVI29004 back bernal clerk 11/17/14 suffered thief Fvi29004 by lead USMS David Singer Durston noticed In US att 312 spring st singer took Durston /witness to Raybal ct house kicked both Out back doors as singers helpers look 4 Ninga !tatoted & Singers underlings Rico co conspirators fixers

VV Case in point where CHP found not guilty US charged civil rights sent prison & died USag v CA Ag Baccerra told Washing Post was told that "Post" list of bad cops was not

public INFO an To destroy post list or suffer cr ? post list also showed good cops had

Past any higher requirements for being Promoted honest law officer 'for here sealed

confidential' Bacerra said death penality Ca voted for mex should do also /wanted was

not be enforced ' golden state 'ex cop 'put him prison go way like "whitey'Bolger went

Washington Post & Face E BOOK awaits SUE spon/ te hon chief Cr judge D moore on

Wells by CCP405:21b that recordable & County when recorded Copy sent Washing Post

Review Debtors US BLM DOI fixers as REMand order to bernal Keeps intact moore

honest Sue Spon te & Let Bernal USAG Barr take over FVI29004 & US & Pompeo

handle Mexico  president WANT @ 2019 TJ trial of hitman Braun & wheelmen & bernal

handle moore demand debtors put $ in USDC bernal ct FBI find fugitive citiuxen arrested

but FBI Fugitive sgt trumbull & 9others from rescued FBI prisoner Charles Hill 10/6/72

is  to days FBI WRAY may find honest FBI /18§848 /Crimes RICO agents

Boumount ELKS $60 bad check made out to Ernest DOrston

Sealed /confidential? Remand USAG /DC FBI
Judge Gibson Summary judgment pg 3 top
USAG FBI /@ Cr victim 598 F supp 2d 737

Prose Lien & summary Judgment FVI29004  Nunc pro tunc Remand redocked FVI29004
10/26/92 pg 3 lines 1-4 entry LR83-1.3.1.1>**Motice motion Order** Remand FVI29004 to
FVI29004 to DC 10/23/92 got stolen ?FBI>>>EDCVUSDC Riverside Ca B1 Hon Judge
As ?theft FVI29004 did 10/26/92 ?left Open  Bernal where FVI29004 11/17/14 cr/victim
With CIV24581 others left open FBI interest >RE Did 10/23/92 (ex) cr Att Cupp Entry of
Braun USca guilty Full faith Credit CV820
& CV900 Hon Cr Judge Taggart as 4ᵗʰ2d
affirm Durston proved fake rap sheet 18§
1513 Retaliation victim moralized citizen
arrest SO reserved deputy Charles Hill got
rescued Cv93-3133 durston v trumbull etal
4ᵗʰ RE affirmed Durston /USAG V People

US DOJ Pays all cost in continuous 18§848 crimes against US cr defendants US takes
over Ca/ Nv Cr /Mex US treaty violet cr cases Suspects by US having priority prosecute
state suspects with US offences 18§1513 Retaliations Rico 1961.8 fixing aka planting
fake evidence PC 141(C} felony/s each /count ?

Hon chief Cr Judge D Moore reviews /Motion /Order /clerks San Bernardino county
justice center247 west rd st san Bernardino Ca subject Multi CA US nunc pro tunc
summary judgments FVI29004 10/26/92 arising CV820/900 defendant factually innocent
durston 4ᵗʰ 2d prevailing back 1980 4ᵗʰ 2d in San Bernardino city 3ʳᵈ st as  Remand
FVI29004 & CIV24581 And any court & govt defendant arkives of DA Ramos office
San Bernardino county Sheriff Mc Mahon having CACA26815a where US hired county
agent do PC487 (d)(b} theft 1872 mining laws rights land minerals  CACa 26815a make
related cases to DC Benal court BY hard copy; Orders CIV24581 & FVI29004
defendants risk management controller produce for FBI /USAG Review with 11/17/14
proper Plaintiffs USDOJ & 11/17/14 cr victim Ernest Durston & witness put FVI29004
placed with clerk Hon only sitting Hon USDC  Judge J Bernal as other benches were
empty per clerks Clerk handed 10/23/92 prior theft FVi29004 File @ prose window DC
10/23/92 regarding 2011/2010 mex US treaty fugitive Daniel Edwin Braun /photo/

As related Ca Case FVI29004  to where prevailing prose 10/26/92 by US v fake prose att
Timothy Tomlin said US v suspect Culliton employed by US proper plaintiff v disbarred
pending Ca ex att mr James Cullion told 1961.8 Judge Gibson as US v Braun got DC on
10/23/92 Friday at 4 {ex } cr Att Cupp dragged Durston witness to see Prose window At
312 n spring St on matters full faith Credit 4ᵗʰ 2d 1980 upsetting DC destroyed like it did
3.23.90 at att window  then unknown fixers suspects 2 Judges Kelleher & tatlor
reinvented version SACV92-715 backdated 10/23/92 hide Cupp full faith credit of LR
83-1.3.1.1  when CIV24581 discovery 4/2/90 gives gift smoke screen Chino Jail Cell @
unknown date

FVI29004 opened on or about 7/2/92 got 10/23/92 USDC on matters held in Pubic arkives VCV18857 money judgment FVI29004 nunc pro tunc 4th 2d 1980 ernest Durston {etal} prevailing against Durston V City of victorville LR -83.1.3.1.1 civil Forfeiture CIV24581 opened 4/2/90 cr forfeitures CA ev code 1300 after braun secret Barstow ca 10/20/92 gibson guilty verdict as nunc pro tunc 8/1/89 theft PC487(d)(b) Lien FVI29004 against US agents hired County of San Bernardino Ca & City of Victorville Ran Smoke screens MVI21376 moot VCV14000 while FVI29004 proulx planting fake counts 26 was discovered as all 27 phoney by Durston & Randy Papmeder father Steven Designed Complex when MVI21376 still open &DA SO had braun Quit Fake 8/8/89 arrest planted new fake riveria forgery by braun gave Bethkie SO gave Da put forgery claimed found jan 16/90 as US FBI cr victim gift Jun 26 92 forgery finder Durston 7/2/92 expert / bowman convicted 10/20/92 tentative set 20day rule sentencing11/10/92 Braun problem as US/Ca felony retaliation CV93/4297 govt atts clark & miller Sabbath aiders abettors Braun other/s coconspirators rescuers fed offences /


Hon chief cr judge D moore Order SO Mc Mahon & Da Ramos look at files Durston told have live with Fake arrest ca keep fake records 75yr longer when victim tryed VV Ex pung Fake records CV820/tar kettle pink slip taggart got CV 900 colored photo car SO deputy claimed totaled but insurance man said female Embezzlers Car virgin auto at Fathers garage lucerne valley inspection day befor durston found it behind sham mort co office both embezzlers went honey moon & FVI29004 was destroyed after may 11 1994 when fixer taylor Claimed fake papers without hearing from blavkmalr nmoris was disbarred by others aka defrauding rear end fake collitions big LA times write ups 5/11/94 fixer taylor claimed closed fake moot case while FVI29004 sat VV till 2013 When Gibson moved from Barstow closing court toV4 where CITY v Durston been in V5 but durston fired fixer public defenders papered fixing judge {refused expungment /burning prior same fake rap sheet judge V5 2013 city quit case 'in the interest of justice "when learned Gibson was booting v4 judge Fleuert fixer >VCV18857 oct 26/92 <by seniority fixer att kraft was side stepping his School job to proceed with tomlin & Culliton fixing more US/Ca back back Prison time evidence tampering VCV18857 of June 26 before fleuret blackmailers freidon & kraft discussed mootvcv14000 still open When MVI21376 was open it closed for defendant Favor with prejudice city not retaliate When did 8/9/89 fed offences proulx Kraft Higgin 4/2/90 govt Att Richard Clouse & fixer Culliton already piped out his PI Ralph degutice for SO?DA wanted fake braun arrest report bring in fake citizen mickel riveria have braun claim riveria was at air less class of 5 people watching safety class 4 workers 1 tentant who warned Durston of fake of arrest touted by Riveria prior day get Durston arrested for fake injury claim that never Happened motive US rico 18§1961.8 v Braun retaliations DEA informant Jun 89 would be 8/8/89 fixing witness at future fixing civil trial damages /braun /bethkie SODA planting evidence 1/16/90 Bethkie planted evidence fake arrest 2/7/79 hide trumbull fake arrest Durston 10/6/73 so trumbull rescue hill from FBI custody hill still At large back east maybe FACE BOOK to find both FBI fugitives 9 others aided trumbull 10/6/73 same did 2/7/79 arrest rico damages to multi cr/victim 14880 7th st

11

FVI29004 pg 2 lines 4-6 says entry USDC
10/23/92 got theft pros reentry 11/17/14got
Theft from USDC judge bernal clerk gave
Braun etal Mex /US treaty fugitive warrant
& FVI29004 Braun FTA To USMS David
Singer Never acted on 2 warrants FBI not
Noticed by SO rescue US mail thief 10/5/73

People ca/US v Daniel Edwin Braun etal
treaty US/mex daniel edwin braun fugitive

Nunc Pro tunc fraudulent concealment ?FBI
Multi times No/t noticed 10/6/73 retaliations
18§1513 CV820 & 900 & FVI29004 pg 3 of
Govt att Sabbath asks fake prose att Tomlin
To waive notice cr victim  dual sovereignty
summary judgment VCV18857 ?$1.940 K
**motion remand LR 83-1.3.1.1 FVI29004**
**to new district by Moore venue change as**
**WEST secession judge CCP405 21:b as**
**Filing aka fvi29004 transcript a abstract**
**of judgment recorded county recorders**
**Hon Ca chief cr judge Moore april 2019 over rides 9th cir dec 19 /1996 bogus rulings**
**Summary judgment For self convicted FTA felon fugitive Daniel Edwin Braun did**
**not act alone & 9th cir failed follow felony cr acts judge tayor SADC paper trail of**
**forgery gift jun 26/92 of Michel Riveria as 5/11/94 durston att gave Fake papers to**
**Judge taylor when prior att morse told & gave copy to Taylor Bailiff of copy**
**10/26/92 self conviction Braun 10/20/92 but the Court reporter FBI suspect Ron**
**Worth was bribed not let that self conviction transcript FVI29004 be made Docket**
**entry SACV92-715 by exhibit 10/26/92 of Larry Morse in open court  presentation**
**to fixer SACVUSDC taylor court prior april 94 hearing /taylor FBI suspect put**
**Case closed / 9th put DC ?who taylor ?said 1yr time clock ran /**

FBI Wray & & USAG Barr @ DOJ WDC RICO reviews public questions of ? San

Bernardino County Chief Ca cr Judge D Moore when any >his< Moore acts of ANY

felony arrangements & Any His as  sole judge without jury found felon AKA Braun

guilty Convictions arising experts discovery instant {on or after 7/2/92 arraignment
Braun @ secreted Barstow ca 10/20/92 cr judge Gibson tentative FVI29004 pg ? }Who
?what person has that /duty /job @ Moore ct TO  Public notice SO /DA records also by
FBI NCIC computer & US Mail hard copy ADD FBINCIC  requirements To notices FBI
NCIC Clarksburg WV  of Moore Court of Felony Conviction like FVI29004 fraudulent
Concealment as fraudulently 9th cir AKA Moore asks 2019 who handled forgery 9th says
as question of forgery in civil
caption SACV92-715 9th chose 365 days of 1yr when felony ? civil forgery statute of

3yrs says felony 3yrs as Discovery SO att Henry Hicks gift debtors @ depo braun & badly beaten Riveria by 2 VV cops Prior help remember 7 times said at depo he forged his own signature per expert nobody forges own marker as FBI not asked by 9th fixers cause braun was drug dealing cop discovery jun 89 were motive /Retaliation 18§1513 of felony FVI29004 forgery was NEVER noticed by Gibson ct Not even question asked by 9th cir knowing 9th spoke of DC telling 9th the time ran on fraudulent Concealment tolls the statue 9th said required hearing or who was true cr victim /did not even know TO tell 9th 1995-96 about Barstow 7/2/92 where After Durston att blackmailer james freiden took 7/2/92 William Bowmans forgery evidence single signature on blank sheet & Filed VV DA/office the forgery experts photograph & true Adelanto ca PD jail bookings Michel Riveria prior may been intentional false arrested ? Motive For CIV24581 Depo / Jun 26 92 /city bribed att of riveria take $4K for beating don't think covered emotional distress of civil rights damages violations at hands of 2 vv cops in retaliation riveria not performing perjury to rescue drug dealing braun others jun 89 & july fake DEA raid without 6 special search warrants   air police enjoined in fake raid 1 st apt was 2 air police ladys off base housing apt the same 5 people lots tentants who watched Fake 8/8/89 arrest of braun his june warrantless Arrest allowed by DEA US Ca Dea informant Was not only person as tentants called CA/US DEA & Victorville FBI also said not their Jurisdiction

13

Motion & Order govt Att/s control FVI29004
Order Chief cr Judge D Moore that records
FVI29004 & CIV24581 & VCV18857
Be made copys debtors expence made ready
As govt Att/s Miller /Clark face US felony's
Others Lying to 9th cir ct that clock time 1yr
Passed on forgery discovery is 3yrs as facts
Braun Gibson found braun guilty 10/20/92
then Braun gift confession judgment 10/21
92 CIV24581 & Gibson gift non movant as
10/26/92 summary judgment FVI29004 as
CIV 24581 Fixers ??clerks  CIV24581 put
General hearing /govt att/s make ready to
Surrender themselves to FBI for lying 9th
As late as jan 2013 govt att's as racketeers
Quit City of Victorville v Durston 'in the
Interest justice "as attempts defraud gibson
Summary judgment att/s debortnowsky &
Green as others att/s public defenders FBI
Research names city co-conspirators as
County San Bernardino FVI29004 as had
Copy of FVI29004 10/26/92
Notice ca bar of lying 9th cir FBI make it
Disbarment /arrest all fools made fake day
prior V-15 when commissioner fowler &
bailiff Park fake FTA  prevailing prose of
FVI29004

14

FVI29004 is also petite US/Ca venues
4th 2d 1980 brady durston v people ca
Also 1979 CV820/900 durston v people
2 Hon ca cr judge Taggart v people ca
Tried frame Durston hide FBI hiding @
People /US v Daniel Edwin Braun etal
1979 @ Durston V trumbull CV93-3133

Notice motion use of FBI cut pasted law cites
hand written notes of FVI29004 exhibit use in
fraudulent concealments that FVI29004 got to
USDC 10/23/92 per fake prose att Tomlin as
witness & prevailing prose clerk Cupp 'entry'
now chief cr Judge D Moore judicial approval
As 'Wells' also secession judge CCP405:21b
As remand per lines 4-6 pg back jurisdiction
EDCVUSDC were US crimes committed of
Obstruction of justice 18§1513 retaliation by
Multi Debtors att mark sabbath when asking
Fake prose Att tomlin waive notice to FBI as
Cr judge Gibson approved notice is waived
to FBINCIC USDOJ venue is EDCVUSDC
reads pg 2 lines 4-6 10/26/92 Moore /WELLs
signature on remand new venue ED CV US
DC as fake cases SACV & WDCV FBI will
Put before 11/17/14 Hon DC judge Bernal as
Theft FVI29004 10/23/92 still left Durston as
Proper plaintiff to **RE enter** DC were crimes
Law says new district opened just happened\
To be single DC judge ct house **RE ENTRY**
CUPP Full faith credit

Care fully Hon Chief Cr judge signs dual purpose CCP405:21b as FBIncic  US DOJ may
"Intentionally" not been noticed day braun served multi purposed smoke screen forgery
{18§1503 & §1505 obstruction justice PC 141(C)planting Fake Evidence Arrest warrant
on after 7/2/92

15

FBI v mail thief reserve deputy charles Hill
as jurisdiction 10/5/73 inception FVi29004
FVI29004 10/26/92 relation back april 79
Durston v people 'brady' judge taggart cv820
Durston v people brady judge taggart CV900
CV93-3133 durston & FBI v sgt trumbull etal
Rescuer US mail thief charles hill victim did
Citizen moralized arrest hill then SO sgt fake
Arrest mail victim FBI v sgt trumbull etal had
Problem 2 LA SO deputies neighbors forced
Sgt take victim out squad car remove cuffs as
FBI /USAG suspects sgt rescuing Hill as tolling
Statues by fraudulent concealments fake arrests
Cv820&900 an FVi29004 commissioner fowler
Fake FTA victim /city of Victorville v durston
2010 in jan 2013 city quit action that durston had
Fired whole public defenders office debtors CV820

Notice Motion use USAG  copy  FVI29004
nunc pro tunc FBI v judge moore duty FBI
vs rico activity judge gibson illegal notice
Is waived FBI is fed offence 18§1503 who
Ever impedes justice is guilty of 18§1505
Obstruction of Justice

16

9th fixed moot cv92/19/96 fixed 2014 moot VCV14000 2008 Dorston v judge 2019 as refused reopen moot cv93/4297 that US mail returned 9th 2018 after reading problems 9th problem back 12/16/96 walley sent jul 2/92 forgery expert pictures work up papers copy Adelanto PD Ca Jail booking slips real signatures framed badly beaten michel Riveria Depo 6/26/92 said forged own marker 7 times SO att gave gift copy forgery victim found Ex FBI approved document examiner William Bowman 7/2/92 fixed att Freidon Gave SODA all the work products of Bowman went cr Judge Gibson found Braun guilty 10/20/92 20day rule to sentencing Kicked in day People v Braun Failed to show was day shift SO CVVPD  Gibson clerk Gave FTA Her Bench warrant Bailiff Bill Bethkie to Serve SO chief CVVPD but Barstow Gibson ckerk huntsman told Sue Hamblet new hire Clerk Betkir told Huntsman he threw Braun FTA warrant away sue Hamblet gave Betkie As sue Told Kieth Bultler & Durston at Cr window VV time of City V Durston quiting jan 2013 cause Gibson took over City V Durston that City gave the V4 judge flueret IN the interest of Justice walked away fake FTA 12//2?/2010 as when Durston wild goose Chase to cr window by Park who gave away Durston repo prior debt Randay papmeder that Park was ther to serve UD for non papment rents not any ware house lien That Park Locked Durston out repo Randy filed USDC Ca Agency got papers said Durston Abandoned mobil so Park did warehouse on Durston Mobil but dursto dat theft by Park paid ca taxes NV resident Changed ca ownership mobil at county agencies & Ca state agencies USDC diversity 42USCA 1441 question theft mobil At EDCVUSDC Riverside ca GRAND theft by Park SO court officer concert with park manages & rico Att of different Corp Claimed fake ware house lien took title that mobil home sold $14.200.00 durston lost preson Property contence interior exterior


9th cit playing crime protectors DC fixers CV93/4297 fixers moot VCV14000 fixer/s 3 illegal civil judges when cr judge Arden still had 8/7/88 open MVI21376 moot 8/9/89


USAG Barr & pendant Legal Malpractice att Sisco & former att Walley jul/15/95 9th late filing /fraudulent concealment DC entry full faith credit when Friday Durston & witness got dragged prose window 10/23/92 WDCVUSDC of judge Kelleher & clerk o'neal

Fake 9th 19/96 rulings cause 5/11/94 cause 4/16/94 bogus 31 counts planted evidence

9th said clock time vitims former att did case /moot SACV92/715 'taylor corruptly /closed when FVI29004 been entry Friday 19/23/92 full faith credit noticed by Fake att Monday 10/26/92 {5/11/94 '9th cir 12/19/96 fraudulent concealment of  lester Walley/s  late filing in jul 15 /95} that 9th took out thin air clock time over forgery when illegally said DC told 9th was clock time 365 days when FVI29004 10/26/92 still open 9th cir 12/19/96

FBI v <u>10/5/73 SO sgt trumbull 7others fraudulent concealment tolls statutes</u> FBI fugitive mail thief SO Reserve deputy charles hill grand theft $3500.00.00 US mail packages & Mex made toilets & tanks US made construction trade supplies wood metal finishing items

(Ex ) cr att cupp filed CV93/3133  for prose CV 820/900 & concealment from FBI DOJ 10/6/73  2nd inception FVI29004 FBI notice was waived by fixer Gibson & govt  Att Sabbath Act rico hired Gibson law clerk timothy Tomlin play fake prose being present 10/26/92 as FBI was not noticed by sabbath use FRCP R 77 on time USDC exparte out Side USDC house use claimed emergency that interested party FBI not be noticed till at After exparty was completed

FBI v sgt trumbull & 9 others rescuers Hill from FBI taking custody Hill & sgt trumbull

missing CIVDS ????????????

Ernest Durston NV cr victim East West Bank  Sue Cruz ID theft Durston funds by fraudulent prepared Ca  forms  when Durston was nv resident 2010 since 1995 dec 27 burglary by  DEA  suspects home 15947 LaVerida ct Victorville ca

Notice motion Motion court find file last at judge Sachs 2015 dec so remand as Cr case to FBI & EDCV USDC Riverside Ca with theft FTB 2014 of nv residents $14.797.64 BY rico USE US Mail crimes Began Out of judge hired Fix Durston V ross & Daniels by Durston own att/s concert with 2 auto cases mastermind Redland Ca att discovery cr case Victorville were Durston was multi Cr victim since 10/6/72 as facts showed Durston 2 att/s were subject disbarment had 3rd att fix jury as not sworn in fraudulent Concealments tolling of statues fits long list Fixed Cases since date 10/6/72

USAG Barr FBI Wray RICO /DOJ reviews 47 yrs fraudulent concealments from ?by FBI

Chief Cr Judge Moore got prior papers from prevailing prose now gets FBI see FVI29004
Rico fixing §1961.8
What Gibson thought FBI never Find out
'West' 2019 nunc pro tunc FVI29004 as
Transcript Recorded by CCP405:21b
Moore signs when recorded debtors get copy
FBI do arrests debtors USAM 944 /1725

By Rico 1961.8 fixing out come DC venue
FBI v fugitive Daniel E Braun FVI29004 >
10/23/92 pg 2 lines 4-6 says FVI29004 got
DC fake pros att {fixer Gibson Law clerk{
Gibson hide other fixers VCV14000 judges
Mc Guire /Egan /Johnston went on fixer of
4 cases 2000 hid fixed 93CV4297 was used
Conceal FVI29004 summary judgment

notice motion nunc pro tunc debt $1.940K
Prevailing prose & FBI controls FVI29004
relation back 10/5/73 FBI v mail thief &
Mex & US made Goods no notice FBI by
SO 10/6/73 sgt trumbull & others rescuers
Hid other Debts theft 10/5/73 debtors fake
Arrest 10/6/73 Mail victim again 2/22/79
Faked arrest victim 8/8/89 SO quit 1/16/90
refiled another fake 8/8/89 riveria v victim
only SO att gave gift Forgery 6/26/92

Hello Hon Chief cr judge d moore Wray FBI/ USAG Barr OCGS rico1961.8 fixing cases
review v 10/26/92 <last ct date that left FVI29004 open Ca/US by 10/26/92 transcript **AS**
then **for now nunc pro tunc April ?? 2019** other cases prior 4th 2d 1980 san Bernardino
city then but FBI was keep in Dark fed crimes Hill & trumbull & other rescues run to
2019 /by prior Durston own att tampered with hide FBI intervention & Arrest Fugitives
CV820/900 keep from VV Hon cr Judge Taggart gave 2 gifts brady Durston defendant V
people Ca /FBI being Proper plaintiff ran to FVI29004 entry DC were fvi29004 got theft
as with related civil forfeitures

Justice civil records Clerks say related VCVVSO case but missing after being judge
Sachs court & fixed by att hide FBI v sue cruz East west bank coconspirators requires
new CA/US cr case # & remand FBI ca/US v Cruz etal to  EDCVUSDC Riverside Ca

USAG Barr FBI Wray duty protect citizen rights that out law US agents set steal rights of Victim of multi fake arrest as Smoke screens10/6/72 durston V city of victorville v-5-72

 Loss Sovereign immunity co-conspirators /pg3/ runs last covert late enjoiners actors/acts 247 W 3rd st justice center "Wells 140CA2d218,221 /294P 2d 955 Moore secession judge Am jur 2d 170 statutes authorize CCP405;21b braun secreted US/Ca guilty plea Da/SO agreement FRF 20:320  10/20/92 conspiracy NEW pg 3 lines 5-28 to defraud & obstruct justice he did not act alone 18USCA §§981, 984, 101, 1503, 1505, 1510, 1621, 1623, 3013, 3571, 3611, 3664, FRCr P 11

FVI29004 lien summary judgment signed by 'Wells' secession Judge moore operates as in place clerks abstract judgment on Recording county recorders office then prose sends copy /late enjoiners de  btors last actors

San Bernardino county Superior Ct 1979,1980,1992,2019 CCP405:21b judicial approval CCP405:21b recordation 4 page FVI29004 & 1 pg CACA26815a smoke screen Braun & does co-conspirators 8/8/89 false arrest Ernest Durston rare earth miner & DEA US /Ca informant /jun 89 Daniel Edwin Braun etal Warrant less arrest duty DA duty retake fugitives /From justice not shown known FBI v reserved deputy charles e hill US mail thief 10/5/73 Durston citizen /morandized /Arrested 10/6/73 sgt trumbull fake Arrest of FBI informant Ernest Durston as FBI v hill & sgt trumbull 9thers rescuers Hill &Braun

NUNC PRO TUNC delay caused by ct JUDICIAL APPROVAL 'WEST" FOR COUNTY RECORDING CCP405:21 B FVI29004 reads entry USDC 10/23/92 by Declaration pro se witness secreted entry Braun US/ca guilty pleas Rule 11 ex cr att Cupp entry panic govt Atts file FRCP r 77 One time use without notice FBI Durston Ex par te were fake att Gibson law clerk Concert lines 5-27 conspired govt Att & Timothy Tomlin & James Culliton as to Wave notice FBI USAG & DC Cr Judge

Ernest Durston Cr/victim /PAG /prose
Proper Plaintiff USAG protection victim
V City of Victorville {Ca evidence code 956
V county of San Bernardino C/E/Code 956
V {RICO{Does 1-10 inclusive /defendants

Case # CV820 & 900 & FVI29004 V-5-72 Ca Ca 26815a 8/1/89 US hired county aid abetors theft PC 487(d/b)1872 mining law rights /Silent sole partner Ernest Durston Shows Cr conspiracy concealments that loose soil US wanted county haul to dump cite as rare Earth Tailings tops of hills on mining Claim that stretched on miles as to

former bottom of deep canyons in front of line of mountains hills formed as lake was over filled ice age melt that ash from now extinct Kalen NV volcano blow itself dry during ice age climate change lay in load ledge mining rights that US by tank lease cite over lake made level ledge load claim part bottom claims pit dug yrs 1930 280 ft deep bottom cut been put 2 rubber pads as not Claimed every other part lake bottom US thieves restricted not file load claims

otice

inception FVI28004 relation back V-5-72 10/6/72 Durston V city of Victorville etal Form No CrR3051 also Cr R 32:32 rico entity Govt Corp defendants

18§1519 who ever alters destroys records Or makes false entry in any kind record With intent to imped obstruct justice asto fix & Influence proper adjudication any Govt agency or contemplation covert act

notice motion File 18§1519 asto rico review destruction /alterations /falsification records by govt att/s get Fines & no more 20 yrs as also waiver of att/client priviledge [2012]

FVI29004 10/26/92 Summary judgment $1.940 K watered down items vcv18857 Creditor lien holder Ernest Durston crime Victim 10/6/72 durston v city VV etal 956 V county San Bernardino Ca ev code 956 V does 1-10 inclusive Rico as defendants Had cost bribery judges Mc Guire Egan & Johnston & att clerk Jeffery Dains 10/1990 Paid vouchers Culliton buy www999 air Johnston put settled VCV14000 docket pg Debtors USED freebe gift ex us highlift Nam Chopper put Culliton possession at Some point FAA have record greenmail

Notice motion collection 47yr debts 10/6/72 nunc pro tunc arising 10/26/92 3 days after Being entry Full faith credit by ex Ca cr att prior City att proulx had Cupp on petty cash voucher rico contractor Cupp cashed weekly Late feb 94 durston witness found cupp in VV city managers office holding 3 in floppy While Commissioner proulx typed weekly Check to black mailer Cupp since sept 1 92 Blackmailer Cupp stepped in 10/23/92 as to Entry DC does not require that att/fees cost On entry DC as Cupp  put print Aug 20/91 Of related VCV18857 Durston v city VV as Blackmailer Freiden aided by Culliton asked CIV24581 defendants for $100K or more to Settle moot VCV14000 & FVI29004 opened 7/2/92 by freiden Gift SO att hicks to victim 6/26/92 plaintiff CIV24581 that frieden gift SO/DA forgery braun by expert bowman 7/ 2 /92 seems freiden /culliton quit FVI29004 8/1/92 freiden mailed Culliton thankyou $$ Sent victim copy what $ you paid Timlin as his court employment didn't allowmoon lite work on govt work day 10/26/92

debtors govt att/s to rid SO fake rap sheet 1979 & 1989 & fake FTA of commissioner Fowler & deputy Park set conspiracy in put Durston in Jail of notion jail time was get DNA sample /
Says FVI29004 defendant debtors must pay creditor by way USDC court clerk as $1.940k  partial summary judgment by govt check delivery  AS  pay to Nv resident Ernest Durston creditor name /Nv bank account in Ca for Nv resident bank Account as nv has no personal tax collection an problem US loss immunity theft 8/1/89 aided by county smoke screen in 8/8/89 Fake arrest  FBI /DEA informant as all govt att govt debtors facing disbarments got new Atts owes FVI29004 & related case VCV18857 CIV24581 creditor Durston partial summary judgment of $1.940 K as to 1961.8 rico triple compounding first partial summary Judgment asto PAG Att fees be Collected by PAG att while collecting his own att fees on PAG fees 10/6/72 FVI29004

22

FBI USAG v 10/26/92 rescues of FVI29004
People Ca /FBI v Daniel Edwin Braun etal

notice Motion nunc pro tunc FVI29004
theft 10/23/92 @ USDC theft 10/26/92
Barstow Ca Petite dual sovereignty cases
By govt att Mark  Sabbath & fake prose
Att employed by county chief presiding
Judge per CR Ca Bar 10/26/92 Timothy
Tomlin claimed employer Att Facing up
north disbarment James Culliton seems
as govt hired Gibson att law clerk then
paid him quit court Job move  Takeover
Culliton work till Jul 95 Timlin moved
Law Firm Temecula Ca 3 prefected kills
Ca city Ca jul 31/95 get target witness in
CV820/900 john january /daughter BICC
Mort co embezzler still at large with er
Kinpin /6[th] husband Darrel Peterson FBI
said embezzlement ca crime ? USE US
Mail is rico theft 14 loans USgovt FHA
VA /RICO is under OCGS USDOJ

Fed /FBU VV ca investigation 12/27/78 would save 6-8 victim being murdered

18§1519 destruction FBI falsification BICC mort com theft complaint case FBI refused
or let fake charges sept 78 of real tar kettle 2 brothers Peoria Ar jun 78 theft kettle from
Job site 15947 La Verida court VV ca 92392 after Durston discovery 14 homes been
Short Sheeted 40 lb top sheet 2 brothers theft Kettle 2 mop buckets & 4 mops @ huge
propane tanks an multi section heater /connection Pumper pipe to roof put tar in 2
wheeled mop buckets & tar kettle with heater theft jun 78 Reported city VV PD
dispatcher true Tar Thieves sept reported broken down Kettle in county Or  grand Ca
why maybe 12/27/78 theft BICC fell on deaf ears FBI notorious push cr to local law ?
Wednesday April 17 >
Victim jury fixing 2000 visited will full blindness att doing 2000 fixing jury for insurance
co not clients moved Redlands  PD with info that Durston own }king pin  mobster fixer
cases Jeffery dains & then Judge Johnston @ 2TBI injuries }jury not sworn in so Remand
new USDC jury 28USCA 1441 diversity case out of  VCV 18710 & 18711 Durston V
NV resident ross fed 24 & march 30 95 Daniels }Att Jeffery dains 1990 worked for fixer
VV ct Judge Johnston had Nov 90 attempted fix moot 14000 hide cause illegally opened
8/9/89 while 8/7/88 MVI21376 Durston defendant Prevailing 2/6/89 Hon judge arden hit
city with copy cat 18 §1514 as Arden hit 2/6/89 city with restraining Order not touch
fences Prior city Att piazza gifted Free no fees or permits Builder 5foot rear property
fence insurance policy City Law Avoid law suit others injuries / from steep incline on
rear victim pendant  63 unit City vv complex VCV14000 was 8/9/89 second {mvi21376
8/7/88

Pendant Att K Sisco suit collection his att fees in collection Durston PAG fee/s cost
Pendant att Sisco Collection PAG att fees 10/6/72 durston v city of victorville V-5-72
Prove up collection related case VCv18857 partial summary $1.940Kput print 8/21/91
Prose ernest Durston FVI29004 /CIV2458a CV820/900 2 brady's other rico fixed cases
Prevailing nunc pro tunc FVI29004 lien & summary judgment before US/CA sentencing
Daniel Edwin braun Jurisdiction Petite US/Ca dual Sovereignty 10/20/92 conviction cr
against US /Ca 18§4 only TJ mex PD have priority 2011 violent cr fugitive warrant

Noticed indispensable Crim information To FBI Wray etal 3840 vine Riverside Ca 92507
Duty on CR info 18§1514/1519 injunction complaint USAG Barr etal 3403 10 th st
riverside Ca 92501


247 W 3rd st San Bernardino ca nunc pro tunc FVI29004 pg 2 lines 4-6 FVI29004 @ DC

People /US v Braun etal entry DC 10/23/92   notice motion FBI not noticed cr complaint
   10/23/92 DC 10/26/92 rico fixing 1961.8 by
   Cr judge gibson scheme rescue as gibson as
   Convicted petite US/Ca felon 10/20/92 as
   Daniel Edwin Braun FVI29004 as 18§1514
   As Ca ct Conviction theft @ prose window
   10/23/92 as theft by Gibson others 10/26/92
   Fake prose att gibson Law clerk T Tomlin
   Furthered theft scheme debtors etal govt att
   Mark Sabbath furthered by Gibson as fact
   Notice is waived? FBINCIC  US AG Barr
Declaration aka affidavit Durston prevailing Ca ev code 1300 FVI29004  prose in
18§1519 fed cr case theft destruction FVI29004 & Civ24581 & related Prior cases
Durston defendant brady prevailing full faith credit ENTRY prior brady &  Summary
judgments 10/23/92 that ex cr att Blackmailer gullible  Durston clerk laid down paper
trail for FBIUSAG prosecutors Hid motive victim an witness to visit 312 n spring st la ca
900012 prose window 10/23/92 that caused fvi29004 debtors rico coconspirators 1/16/90
so da quit 8/8/89 fake arrest employed debtor att/s Sabbath & Gibson corruptly
cooperated his clerk huntsman /seT no notice FBIUSAG prose attendance at Barstow ca
B1 ex parte Monday quickey FRCP R77 one time use out side USDC House By Gibson
acting as law allowed st cr judge take US guilty Plea 10/21/92 CIV24581 corrupt
Barstow ca Cr window clerks  tampering docket sheet CIV21581 put General hearing
10/21/92

20 day rule at braun US /Ca guilty plea 10/20/92 set 11/10/92 sentencing went FTA DA SO would been there normally FTA bench warrant issued by Gibson clerk huntsman as she sued Gibson others 1996

Fake entry/s FVI29004 made @VV Cr window FVI29004 case # issued 1992 not 1989 fake Entry/s 8/8/89 shows Fake 1989 VV SO Rap sheet with fake 1979 fake arrest counts

FVI29004 say pg 2 lines 4-6? petite dual sovereignty pg 3 lines 1-4 summary Judgments CIV24581 & FVI29004

Ca jur 3d §338 lost & destroyed US records

FVI29004 People /Ca/US v CCE fugitives 18§848 organized crimes enterprise 28USCA §515(a) special US OC prosecutor Appointed where ca prosecutors is charged Offence Aiding US/ca felons flight avoid Arrests prosecution

Motion lost?theft FVI29004 FBI role notice 7/2/92 18§1519 who ever alters /conceals & Makes false entry in any records with intent To impede obstruct or contemplation matter Face fines & no more 20yrs or both /others Judge gibson found braun guilty 10/20/92 a Felony Braun att use  Ca ev code 1300 civil Cases /Forfeitures end more public hearings 10/21/92as 7/2/92 forgery planting evidence PC141(C} felony expert bowman convicted Braun did not act alone FBI got No Notice Gibson said no immunity TO rescuers ???? 18§ 2 who ever  aids convicted felon gets Punishment as us principle pg 2 lines 4-6

FBI investigative agents of USAG Barr
3403 10 st riverside ca 92501 handlers of
Cr victim 598F supp 2d 737 as summary
Judgment 10/26/92 was before petite US/ca
Rico sentencing braun & rescuers as to rights
Att fees PAG Ernest Durston farmed Kieth
Sisco att collection his att fee/s doing the
Collection PAG fees /costs 10/6/72 of the
V-5/72 durston V (v) city of victorville
    USAG FBI v FVI29004 debtors att/s Faked 93/cv4297 impede FVI29004 durston
creditor in VCV17060 that corrupt att defendants used US US mail hide FBI arrest att
clients in 2015 on ID theft Nv resident Durston that Fake Ca ID theft caused Ca FTB
theft by USE US mail $14,878?? Nv resident out ca NV bank account Victorville Ca

FBI/USAG Barr controls FVI29003 @  Moore re docket remand EDC Hon Judge Bernal
   Ca Jur 3d 388 covers lost ? 10/26/92 theft FVI29004 records VV & 2  times theft at DC

2nd floor Cr window lead clerk says Judge Moore only review open FVI29004 is FBI
property EDUSDC Moore duty re docket FBI  people US Fugitive Daniel Edwin Braun
Pg 2 lines 4-6 say FVI29004 Entry 10/23/92 DC told by fake prose att Gibson law clerk
FBI venue FVI29004 @ DC still open per Cal Jur 3d 388 'Wells' chief cr judge Moore
As nunc pro tunc Secession signer CCP405:21b required by recorders clerk the civil right
Of proper Cr/victim Ernest Durston prevailing non movant pg 3 top lines 1-4

FVI29004 7/2/92 case # sent Barstow ca ct
FVI29004 went Dark 10/26/92 still open 2019
People ca PC 141(C} v Daniel Edwin Braun
June 26 92 SO att gives gift braun Forgery
Unknown date used hide fake 8/8/89 arrest
DEA ca/US informant Ernest Durston etal
Added fake SO rap sheet 2/22/79 arrest
9th cir rule cr conspiracy run late enjoiners
Rico tagalong actions related cases still open FVI29004 /
Whats SO conceals 10/6/73 from FBI USDOJ 1961.8 Rico
Hon Chief cr judge D Moore v FBI notice    Motice motion use written notes on exhibits
FVI29004 file held by SO/DA SBC >>>>>Ca jur 3d 388 lost/theft FBI notices FVI29004
Moore Order SO/DA produce FBI records Records USDOJ property Cal jur 3d 340 says
                        Suspects in 45yr thefts FBI notices controlled
                        By CVVPD SO Williams AKA Mac Mahon
                        Law says update late enjoiners rico suspects
                        Against party controlling criminal scheme as
                        Keep FBI Wray USDOJ AG Barr captures of
                        Fugitives from justice 10/5/73 FBI v us mail
                        & mex & US  made goods thief reserved SO
                        Deputy Charles Hill that 10/6/73 Sgt trumbull
                        Fake arrest mail cr victim so Hill take flight

FBI taking custody hill from Durston citizen
Arrest 10/6/73 hill still full uniform theft day
Before at his carpenter work Durston project
Put on uniform act like deputy not draw any
Attention but was seen later victim told hill
Loading his truck at durston storage  room

FVI29004 & CIV24581 caption in SO hands    notice motion Moore Order SO bring FBI
                                            Property FVI29004 to SBC justice ct asap

27

When recorded return to prose cr/victim
Gen del hemet ca 92546  PAG cr/victim
Ernest Durston send copy debtors as its
That debtors had att Sabbath present as
Committing racketeering act pg 3 lines
5-25 got 2 coconspirators impede FBI
Being noticed as debtors locked out
Civil forfeitures but locked in FBI US
DOJ  suspects list racketeers activities
relation back fast forward 2019 nunc pro
tunc multi\US/Ca Rico fixing 1961.8 civil
Fixing of 93 CV & SACV92-715 and
cases\crim forfeitures ca ev code 1300
Gibson found braun guilty 10/20/92 set
11/10/92 people /US v Braun & rescuers sentencing Date FTA FBI fugitive

 Fvi 29004 DC Full faith credit 10/ 23 & 26/92 JUDICIAL approval FOR recordation
 FVI29004 10/26/92 attached 4 pgs notice roll call lien & summary judgment cr/victim
Ernest Durston presents as within named  plaintiff in pro persona is here by approved
By law For recordation at any county recorders that debtors do business  nunc pro tunc
full faith credit §51:216 relation back FBI uncharged fed offences 18§1985 PAG v city
Victorville V-5-72 10/6/72 illegal fire plug as city later blame Durston mvi06760 4/16/94

_____date nunc pro tunc 3rd RE filling CCP 405:21 b
FBI /Barr ? Secession Judge Hon chief Cr Judge D Moore cite 'West' 140 CA2d218,221
REMAND Hon DC Judge Bernal clerk had theft FVI29004 11/17/14 by USMS D Singer
2011 Mex/US treaty Violent crime fugitive warrant DEA fugitive jun 89 Daniel Edwin
braun wheel men attempts on TJ mex witness's 2010 saw braun attempt shoot  Durston

VCV18857 durston v debtor city of Victorville conspiracy FVI29004 county debtor
VCV18857 related case creditor arising summary judgment FVI29004 prose Durston
single last page $1,940k more $ then Fake 26lots tax sale or fake tax sale home as left
over funds debtor County FVI29004 gave to FVI29004 debtor city of Victorville paid
pending med Malpractice case against St mary hospital & bed packing dr cited in Ca
law book on fraudulent Conveyances that 26lots illegally had Fake 93CV4297 liens
book says since 26 lots sold by triple damages FVI29004 debtors racketeers  to honest tax
sale buyers victim is entitled to triple Damages as if he built out 26 lots in hey day
Construction one cash rich home developer offered $100K plus each lot illegally  had
fake 93 CV4297 same home that triple Damages that FVI29004 county & city fake liens
by bribery DC Judge Kelleher & clerk o'neal 12/16/93 to impede FVI29004 oct 26/92
other rico debtors 93 CV3133 damages relation back CV820/900 losses of  Business of
rico activity city county rescue sgt trumbull 10/6/73 rescuing FBI interest Durston citizen
arrest US mail & mex cargo thief reserve deputy Charles hill theft 10/5/73

CCP 405:21(b)relation back nunc pro tunc 10/26/92 lien 10/23/92 fvi29004 entry DC
Judicial approval law says not required US Full faith credit does not require cost Att fees

28

On recordation Only SB county recorder want judge give  Ca ? DC Approval hon DC Judge Bernal clerk had not reported as FBI theft 11/17/14 FVI29004 others Other fixed DC & rico tagalong ca cases Long held judge had 11/17/14 cases suffered thief11/17/14 Copy cat DC 2nd entry full faith credit 10/23/92 victims law clerk ex cr att cupp Friday 10/23/92 as relation back suspects DC att window thief 3/27/90 blackmailer Culliton notice SO/DA admitted Culliton at DA VV office civic Dr  Summary judgment entry 1/16/90 racketeers RE planted8/8/89 with another action planted evidence braun forgery Got FBI theft DC att window Culliton refilled  As bribed US case aka  CIV24581 got refilled 4/2/90 as hide 1/16/90 as While Cr Judge Arden sat VV ct still open  8/7/88 MVI21376 smoke screen 2/6/89 of /RES V-5-72 durston v city VV 10/6/72  Arden hit govt att proulx tryed obstruct res  V-5-72 motive city forced victim ex County fire house Captain Durston & witness forced fear not get approval rent apartment had plant illegal fire hydrant behind 4 corners blocking long rig fire snorkel ladder truck getting near plug

---

Ernest Durston PAG v/V city of Victorville V-5-72 owner builder Cr victim 10/6/72 @ 18 §1345 arifice to defraud FBI UASG Barr 93/cv4297 smoke screen SACV92-715 9th cir 12/19/1996 9th went with fake illegally opened 10/23/92 when FVI29004 still open @ 10/26/92 sat fraudulent concealment notice Waived FBI USDOJ NCIC Clarksburg WV People /US petite dual sovereignty but FBI US had priority 10/5/73 FBI v mail thief Hill while 2000 fixed  ct VCV18710 Durston V Ross feb 24/95 Durston v Daniels 3/30/95 VCV18711 durston V fire insurance exchange att employed fake moot 93CV4297 to Impede notice FBI that FBI fugitives Braun & bethkie did april 97 burglary Pahrump nv Home 3401 savoy 89041 durston & lady friend found Victorville Ca 15947 La Verida ct Burglary were empty home & shed garage striped all personal property furnishings 12/27/97 same 2 FBI fugitives jun 89 DEA US /CA warrant less Braun & bethkie others drug dealing VV cops told 3 days long DePo by Fire Att obstruction NV & Ca burglaries Concert Durston govt mole had  fire use illegal liens calling cr victims vexing fire att/s Had case VCV17060 rico fixed impeding not pay damages copy cat Durston v cruz att RICO use US Mail of FBI V City fixing 93CV4297 impede FVI29004 & CIV24581 & VCV18857 & CACA26815a pc 487(d)(b)

Mr Sisco is it that prose done 46yr discovery 10/6/72 -5/2019 that before secession chief Cr judge D Moore on Cal jur 3d 388 lost or thief FVI29004 /CIV24581 records that FBI has been left out being noticed OR does not want be informed FTA 11/10/92 Forgery ? Planting Evedence

598 F supp 2d 737 PAG cr victim under USAG
@USDC where FVI29004 summary judgment
Has been RICO concealed by SO att Sabbath
& fake prose att & fixing corruptly approved
By judge Gibson prior bench clerk Huntsman
Had duty notice mail & use FBINCIC computer
That Braun been not noticed to FBI on arrests &
Jail booking by SO Jail deputies nor cuffed by
Court bailiffs 10/26/92 held for USMS transfer to
LA USDC for FED offence enhancement levels of
Sentencing 11/10/92 -2019 cr committed by fugitive
UASG Barr for US & PAG cr victim/s
3403 10th st riverside Ca 92501
    Head notes                                FVI29004 7/2/92 – May 2019
    Last theft EDCVUSDC riverside Ca 11/17/14 loss? theft by USMS agent Singer from
Hon Judge Bernal Clerk /theft FVI29005 \   10/26/92 People /US v Daniel Edwin Braun
& US Ca rescues FVI29005 1st theft 10/23/92 then 10/26/92 theft 18§1519 by in house
SO att Sabbath fixer asks fake prose att waive notice FBI USAG 11/10/92 sentencing
Braun etal




'Wells' Secession Chief cr Judge D. Moore certified copy lien /judgment 10/26/92 Partial
FVI29004 lien /summary judgment civil forfeiture VCv18857 $1.940K there is more $$$
debts

USDOJ Rosen /**Rico review  Jaffe** /FBI Wray USAG Barr Greetings  SO Mac Mahon as
18§2 (a)(b) Principles 18§4 misprison felonies there are 7 kinds suspects 18§1514
(a)(1) Rico review upon Application USAG Barr in Eastern district USDC riverside Ca
For US v SO who att Sabbath hired Miller & Clark LA fixers moot 93CV4297 when the
Bribed DC judge 12/16/93 gave fake liens SO was /CVVPD 18§1545 artifice to defraud
USDC sentencing Braun & rescues

Petite dual US CA FVI29004 got bribed thieves prose window 5th floor 10/23/92 at DC
says pg 2 lines 4-6 but FBI /USAG is controlling relation back 10/20/92 Daniel Edwin
Braun /seakey co-conspirator ca cr judge Gibson Barstow ca Ca/US felony guilty verdict
18§1519 /DA SO ongoing falsification records other prior deputies committing Fed
offences  in Rico CCE §848
On going 10/5/73 SO /Fraudulent concealments 18§1519 Fed /investigation FBI v US
mail /mex /US cargo thief $3.500.00 reserved deputy Charles Hill worked out VV station
was employee Durston Construction /till 10/5/73 thefts discovery 10/6/73 at hill rental
home apple valley Ca where durston did citizen arrest hill assisted by 2 LA SO deputies
Neighbor across street Who been asked by FBI suspect watch still standing open big
garage door exposed Durston name on wheel barrow & tool boxes sat exposed other
items that been sent by US mail were unopened on top Durston tool boxes

30

After reading hill his rights off card Lancaster Ca SO  deputy
Fool sgt trumbull & 9 others refused take FBI suspect fact trumbull faked arrest Durston
Smoke screen 18§1519 cover up FBI prisoner Hill made Sgt trumbull 9others Hill as
FBI fugitives from justice ex Cr Att cupp entry10/23/92  Full faith credit FVI29004 also
Forfeited entry 93/cv3133 Durston full faith credit V trumbull ecal /18§1519 false entrys
9th cir 1996  SACV92-715 & 93CV4297 city VV v Durston Brady reversal @ 598 F supp
2d 737 PAG Under USDC protection USAG Barr /3403 10/st st riverside Ca 92501
Still good but needs LR-83.1.3.11 venue change SACV93 -774 durston V Culliton does
1-10 inclusive 93-CV3134 Durston v City of Victorville does 1-10 inclusive defendants


 Nunc pro tunc necessary to correct records damages emotional distress Rico business
losses /SO rail roaded RESERVE deputy commander Lawrence E Henson lost gun sales
business & sub contracts by his US top secret security clearance for seeing planted SO
evidence of 45 caliber clip & 9 mm boot gun at SO meeting july 90 +


At bench WellS secession judge  chief Hon cr Judge moore approval recording FVI29004
4 pg as Its legally form of US/ca clerks abstract of judgment that that does  require victim
Legal right record its recorders clerk who want /Moore /signature for prose filing
Cal JUR 3D evidence §338 SAYS LOST ?theft 10/26/92 notice waived FBI USAG by
ca/US doe suspects18§1519  court clerks doing full faith credit gibson found braun guilty
10/20/92 destruction FVI29004 related case ex cr att Cupp Entry full faith credit  Friday
/10/23/92 destruction @ prose window 312 n spring St LA Ca 90012 of FVI29004 lien
civil Forfeiture CIV 24581 CV 820/900 CASES Ca Jur 2d evidence §340 USAG Brarr
CAN  RECOVE US/DOJ records  FROM fugitives OPPONENT employer Mc Mahon
/law says who ever holds that 'now' position is relation back furthering rico cr conspiracy
suspect in CV820/900 brady judgments For factually innocent defendant SO/DA 20119
cover up 18§1519 prior loss ?conceals CV820/900 or makes false entry 9th cir 1996 after
fact 10/20/92 bruaun CIV24581 volunteered Ca Ev code 1300 /US ?ca guilty plea smoke
screen cause state Cr judge can Take US guilty Pleas but can't Do US sentence
enhancements of any state Coconspirators charged with fed offences  arising Fvi29004 &
its multi Ca US cases Civil Forfeitures

Under cr judge taggart orginal judgment april 79 jul 79 and 2019
Rights of injured 3rd parties under CCP405:21(b)

31

598 F supp 2d 737 PAG cr victim under USAG
@USDC where FVI29004 summary judgment
Has been RICO concealed by SO att Sabbath
& fake prose att & fixing corruptly approved
By judge Gibson prior bench clerk Huntsman
Had duty notice mail & use FBINCIC computer
That Braun been not noticed to FBI on arrests &
Jail booking by SO Jail deputies nor cuffed by
Court bailiffs 10/26/92 held for USMS transfer to
LA USDC for FED offence enhancement levels of
Sentencing 11/10/92 -2019 cr committed by fugitive
UASG Barr for US & PAG cr victim/s
3403 10th st riverside Ca 92501

    FVI29004  as 869F 3d 1089(2017)copy cat pendant 2019 EDCV Hon J Bernal B1
USDOJ Rosen /**Rico review  Jaffe** /FBI Wray DEA Charley / USAG Barr Greetings  SO
city of Victorville PD Commander John Mac Mahon duty privity 8/8/89 SO Williams SO
1973 who hide full uniform US ?FBI felony reserves deputy US mail thief Charles Hill
                    Under statute defining an accessory Mac Mahon AFTER THE FACT
Who duty knowing that felony offence records SO was committed /CONCEALS SO
actors  offenders has employed gives aid corrupt att in order that drug dealing cops evade
arrest trial execution sentencing avoid NOTICE FBI by mac mahon
PAG FVI29004 4pg People V braun prevailing US /Ca /NV cr victim  prose 10/26/92
summary Judgment 598 F supp 2d 737 recent visit 655 3rd st records prior chief clerk she
said she was said SO records 655 3rd st san Bernardino Ca
 had PC 141(C} planting  evidence impede US ca Warrantless arrest Braun other drug
dealing SO deputies VV cops in SO Williams then Da Nakata Office 18§1519  felony
that US /Ca DEA Fugitive Jun 89 Daniel Edwin Braun did not act alone 8/8/89 FVI29004
Conviction Barstow Ca on name Daniel Edwin Braun As fact SO fraudulent concealment
PUBLIC Cr felony record this last visit that SO chief cr records Clerk said only braun
review his 10/20/92 felony conviction by Cr Judge Gibson

Here Sisco starts 10/23/92 Friday fake SACV92-715 att/s employment by city or county Vouchers CA ev code 956 lead Att when hired 18§1519 moot SACV92-515 is  back dated fake ?USDC filed impede Cupp full faith credit Ca ev code 1300 guilty verdict as Word tentative spoke by Monday 10/26/92 fixer Gibson SO in house att{called SO asked for  Sabbath told he gone home since went private practice bet handing cop cases loads


On Friday 10/23/92 ex cr att Cupp removed ENTRY {Gibson found Forgery experts exhibits work products Braun found guilty 10/20/92& 10/21/92 braun wanted nomore hearing public guilty Confession was multi tape/s/d congress lets US guilty plea given sneakey Gibson state cr judge Ca Ev code 1300 CIV24581 civil forfeitures VCV18857 related cases  Full faith credit seems SO lead Riverside city Att relation when att was hired by SO ?sabbath records 8/8/89 when plotted laid in wait braun fake Arrest his dea other drug dealing cops informant/s but SO had retaliation back Cr judge taggart both of Fake counts vicrim rap sheet adding 8/8/89 to 2/22/79 when 10/6/73 sgt trumbull retaliations FBI v hill US mail thief retaliations 8/8/89  copy cat arrest was 2/7/79 asto Back 4/2/90 when 3/23/90 culliton wife filed USMAIL to USDC copy cat CIV24581 that Cupp full faith credit got theft 10/23/92 as did 3/23/90 at att window copy cat thefts CIV24581 /FVI29004/as 1/16/90 Culliton Took Durston DA office Civic dr get 1/16/92 SO/DA quit fake 8/8/89
Mr Sisco is it that prose done 46yr discovery 10/6/72 -5/2019 that before secession chief Cr ?Hon judge D Moore on Cal jur 3d 388 lost or thief FVI29004 /CIV24581 records that FBI has been left out for 46yrs being noticed OR does not want be informed FTA 11/10/92 Forgery ?SO sgt trumbull Planting Evidence since 10/6/73 rescue FBI prisoner US Mail thief Hill


LA FBI said need local PD report went 2nd back wensday report may be done on Redlands  att who fixed 4 jury trials 2 are legal Malpractice cases ripe ness 2 att now in Beverly hills 2cases auto TBI victim Durston 3 insurance att/s bribed $ Redlands att so 2 TBI cases not have shell out $ victim just pay Redlands fixer att had SBC judge in his Scheme
That relation ship backed Nov 90 judge put Settled in moot case that been illegally open as when 'brady' defendant Durston v city victorville RES all things prevailing with prejudice /RES was still open /mooting but fed offences arising as VCV14000 was smoke screen 18§1985 Civil rights /VCV14000 fed felony 2 nd as with was prior 18§1885

278 F supp 2d 104 FBI Mueller keep 4 innocent
Men prison ?SO/DA attempted frame Durston CV820/900
9da's /SO employees fabricated evidence Rico victim
Cleared himself all 1979/1989 fake rap sheet
USAG Barr 578 f supp2d 737 cr/victim case
When DC <fixer Ca judge gave $ judgment
MO Hide no notice 10/5/73 FBI v mail theft
Full uniform Reserve deputy charles hill as
Judge Concealed 18§1519 fed offence braun 18§1985 by 18§1961.8 fixing SO /10/6/73
Ex cr att cupp entry 93CV3133 durston V trumbull USDC fixers chief judges 93-2019
Hide 10/5/73 FBI v us mail thief charles hill SO county reserve deputy not on 93CV3133
nor was 2 SO VVPD detectives  names Hurst & Billings /

US/SCT Sandra day O'Connor tempe Az law school 2000 she told  Durston make FBI
last be noticed /FBI /Mueller unwilling 278F supp 2d 104 to investigate fixers SBC SO
/DA \Framed 2/22/79 US mail victim 10/5/73 & his BICC mort ca 2 embezzlers were
aided by FBI not investigating 2 BICC mort co embezzlers master mind just sold Durston
mort co BICC embezzled 12/27/78  Funds in 2019 as 1978 theft 14 loans & fess as unjust
enrichments  female embezzlers got ongoing secreted interest in stolen BICC mort co
fees 1978 in CA city Ca main blvd that inyo county US att said hand back as BICC funds
just over the county line  was by 2 embezzlers USE US Mail aug -1978 thru 2019

Can FBI Wray @ FBINCIC find 7/2/92 secreted  arrest front Barstow ca Gibson below
party 2019 fixer as riverside Ca att / Ev code 956 inception moot SACV92-715 fixer att
out riverside ca was silent lead att inception 4/2/90 suspect bribery theft 3/27/90 @ att
window DC then theft 10/23/92 theft 10/26/92 hired tomlin & Culliton prior 3/27/90
Fixer riverside ca att bribed theft FVI29004 10/23/92 prior bribed att window same ct on
Receiving mary Culliton US mail package dated check 3/23/90 PAG / Durston V Braun
Full faith credit 1/16/90 SO/DA quit fall guy drug peddler Daniel Edwin braun fake MO
Fake rap sheet 1979 cr victim USAG witness DEA informants jun 89 news boy Durston
etal its CA govt code DA /SO duty apprehension CA/US DEA fugitive drug braun others
Pc 510 any evidence of debt FVI29004 pg 3 top 4 lines in light most Favorable to non
moving party /Durston WHO hired forgery expert Bowman 7/2/92 govt depo/ed 1993
sold fast nobody forgers his own signature Adelanto PD true exhibits did/nt match braun
Forgery unknown date but plantedSO DA prior 1/16/90 150 days past 10/26/92 finality

US/v Daniel Edwin Braun theft of FVI29004   4/23 2019Tuesday after noon record? FBI
                              Says recorded PAG /USAG Ernest Durston
                              PAG tracking who was lead Att RICO fixer
\                             theft FVI29004 that Cal jur 2d evidence 338
                              lost records can be replaced from opponents
                              Lead att moot SACV92-715 As FVI29004
                              Still open US/people v Daniel Edwin Braun
   FBI LA ca office day agent 4/23/19 instructed PAG to get report # from hostle fake Att
10/23/92 in caption moot SACV92-715

34

Hon chief cr Judge Moore justice center 247 w 3rd st san Bernardino ca 'Wells' duty of Signing CCP405:21b as want judicial approval from judge by county recorder clerk by Law for 578F supp2d 737 PAG ernest Durston prevailing prose FVI29004 really by 'Wells' the 28:38 prose Order /show case to firm Why writ of past present /future writ of execution should not be A issue PAG TO enforce partial satisfaction VCV18857 was really CIV 24581 /same caption FVI29004 & 9th will have brady reversal 12/19/96 of other faked DC case & rico fixed tag along civil cases last at 4th in jan 2016 durston v Cruz was another Ca ev code fixed fed /FBI offence front judge sachs ca tax forms fixed By cruz as ID theft Sachs ignored /as cruz att used FVi29004 law firm fixed 93CV -4297

Legal malpractice question 9th case "no fly" govt law firm atts violated CA ev code 956

FBI not noticed 7/2/92 ?arising secreted arrest/booking Braun Barstow ca represented by SO in house Sabbath or riverside ca defense atts of CIV24581gift forgery jun26/92 as Full faith credit 10/23/92 Friday on Monday Barstow Ca riverside firm /hicksCIV24581 jun 26.92 /Sabbath hires Gibson clerk 10/26/92 as riverside ca law firm hired Gibson FBINCIC Clerk Joan Huntsman not notice FBI on braun arrest booking by willful booking jail deputies as when fake FTA Durston put jail booking slip disappeared as victim refused give Victim by jail cops when 10/26/92 Cops Failed Cuff no immunity from damages fake Arrest /hide braun warrantleless outstanding Ca USDEA warrants Jun 89 was Gibson told Braun /

Judge Moore order to Govt law Firm re/docket FVI29004 & CIV 24581?? CV820/900 Law firm fixers suspects bribery Redlands att § judge fix 5 jury trials but jury not sworn In 2 auto cases belong DC under diversity 28 § 1441 parties Firms own profile could represented FVI29004 & Civ24581 debtors in CV820/900 1979 Firms att/s fixed 9th cir 12/19/96 moot SACV92-715 when firm rico activity att's 93 cv 4297 represented debtors at 9th told 9th that clock time ran 1 yr when forgery clock was 3yrs had not ran when Gibson found braun guilty 10/20/92 set 20day rule sentencing date 11/10/92 still under 3yr but fed offence 18§1958 as still open others braun not yet retaken as fugitive from US/Ca justice when superior Mex /US treaty fugitive violent TJ mex crimes braun

Ca Jur 3d evidence §338 lost /theft FVI29004   motion Ca jur EV §340 FVI29004 at law
                                              Firm records Haight Brown & Bonesteel
                                              3750 university ave 92501 riverside ca
                                              Hired 2 other firms to fake 93cv4297
                                              Get 449US 24 illegal injunction impede
                                               FVI29004 & civ 24581 & CV820/900

35

Ca /US Moral turpitude disbarments
Ca Bar & ca SCT CA Ev Code 956
USAG Barr v 18§1961.8 rico fixers
FVI29004 & CIV24581 still open in
DC Hon Judge Bernal 11/17/2014
@Hon cr Judge Moore By 'Wells'
10/26/92 unfinished nunc pro tunc
 Pg 3 CCP405:21b needs Moore
Signature file SBC recorder

fixers below helped US/ca fugitive escape
Uncharged govt Att Brown /Bonesteel etal
 uncharged victim rico fixing att/s judges &
 court clerks fixing rico tag alone actions of
 wrong ct 2000 showed up civil judge sachs
 ct 2015 where fixed 93CV4297 impede Ca
 full faith credits filed may 1 93 by ex cr att
 prior filed 10/23/92 rico Full Faith credit
 word 10/26/92 'tentative 'set sentencing date
 11/10/92 Felony FVI29004 braun went FTA
Presiding 2019 san Bernardino Judge Van deveer finalized 2005 fixed VCVVSO38921
That used 12/16/93 fixed 93CV4297 city att kraft took time from school Job get us felony
Miller & his law firm gets feD US felonies with Brown Bonesteel &Ostenburg got  other
Fools bill county Auditor Larry Walker & breet brown illegally fake Ca tax sales 26lots
2008 fake home tax sale Ca first party fixer county as second party when due victim of
VCV18857 was $1.940K both fake tax sales netted racketeers $ about $1k debts of 1979
CV820/900 business losses 7th st mort co in Billions 2 embezzlers took in aug 78-2019

EX Ca bar judge Reichart ?? spell fixed 2005 V-10 people Ca trans V Durston was put
place NV Corp belgo Diam II keep nv att making appearance for belgo  VCVVSO38921

That fixing arose people ca v braun etal  FVI29004 brown & bonesteel hired fixers moot
93CV4297 miller & clark impede moot VCV14000 but suffered fake dismissal by judge
Mandabach sept 28/92 prior Gibson 10/26/92 prior moot VCV14000 illegally opened by
26 counts suborned perjury city fire & builing dept impede V-5-72 illegal fire plug by
mayor att Caldwell & chief Policy Maker planer John Hnatek

Reads like copy cat ongoing fixers WDC
 Ca bar judge & USAG Barr /rico §1961.8 prosecutors examine when SO hired Fixers
atts When 1991 victim fixer att 7/2/92 found 1989 & 1979 prior victim att/s sold out
client 1973 & 1972 discoverys Durston v city of Victorville that V-5-72 /2 govt handlers
forced Ex fire man Durston & witness illegally plant fire Hydrant that fire chief put plans
behind 2 story building 4 corners impossible use or get fire truck to plug city refused let
plug get Put on L shape corner alley ran behind 2 story apartment complex that allowed
both directions by Hose drops from truck standard hose training for snokel ladder truck
on govt handler was Att mayor Terry Caldwell

FBI & USAG Barr v John  Brown & Michel Bonesteel govt att CA Ev code 956 hired
hide illegal fire plug V-5-72 & FVI29004 & Civ24581 Vcv18857 secret CaCa26815a
where US agents hired county agents theft PC487d & b tailings rare Earths 8/1/89
The Ca bar & Ca SCT presented with US Ca Cr complaints by exhibit pages  mex US
treaty PAG Cr Victim Ernest Durston as to 46yr Criminal conspiracy CCE§848 that use
rico 1961.8 fixing Atts to impede Ca/Nv /US laws using corrupted Ca US courts officers

judges clerks to fix & impede honest cr judges Rulings against corrupted govt actors & att/s & law enforcement personnel included CA/nv District Att/s & Ca /Nv sheriffs attempted CV820/900 to frame Durston & others /were nv 18§ 1961-1968 suspects CCE §848 are under USAG Barr etal


Enclosed pg 3 top 4lines cite Wells judge found Braun guilty forgery Fed ex/parte one time use FVI29004 US v Braun pg 2 lines 4-6 fake att /law clerk tomlin tell boss judge Gibson that FVI29004 ex cr att Cupp mailed VV court notice Entry Full faith credit FVI29004 /CIV24581 VCV18857 add Brady moot illegally opened VCV14000 /while still open MVI21376 defendants 'with prejudice 'SO hired moot 93Cv4297 12/16/93 Cover up 7/15/93 hired boy boy age 14 Stanley Moore kill USAG Barr witness boot gun Murder Hilim Kilim Abdul man opportunity by cold blood killer dect Abernathy jun 89 Warrantless Arrest with frank niento was Back shooting cop Garcia impede Garcia USDC civil rights suit against FVI29004 debtor defendants as Culliton filed 3/27/90 in USDC also against FVI29004 defendants CIV24581 /CACA26815a rico tagalong action

BLM Barstow Ca & SO Williams debtors att mark Sabbath of PROOF service /city VV full faith credit entry USDC 10/23/92 of CACA 26815a US hired county theft PC487(b)rare earths (d) tailings
Contract water tank cite on Durston 1872 mining Claims say US ordered county hauled helandale county dump as very expensive trash cover by 1872 mining rights tailings rights ledge load claims went for miles rare Earths China charges by grams sell US that april 2003 fixer BLM judge told chemist sold profitable grams rare eaths US air craft Co/Fixer judge refused let chemist read sales amounts told fool put sales receipts in box marked WPA evidence 2013 april 20- 23 was rushed by fixer BLM judge Mammet when 24 was date last time Been set was no rush /an hearing should been USDC short distance to empty DC room were Available fake hearing riverside Superior Court house & private Co was used as bailiff Durston & witness sat court room fixer judge told Durston he not to use computer that steno was taking down ?rico fixing 18§1961.8 that was put in record by steno produced 3 days 2 full 1 not full day fraudulent concealment By fixer Judge /female govt att illegally walked thieves 8/1/89 threw thief they admitted as nov 94 More 37 samples sent CO test lab re routed from Hesperia BLM approved lab when sent Co lab BLM second theft left out /fraudulent concealments again US govt Approved lab Test low heat treatment 37 5 gallon buckets were Blasted Extreme high heat as on rock Lab test burnt rare earths /gold /silver in ash muds went up chimney CO test Lab 18 §1519 BLM agents /att judge uncharged fed crimes /cover ups sales thefts /fed offence


Durston PAG USAG Barr v govt fixers att/s Ca ev code 956 att/sfixers hired rico §1961.8 Sisco  takes PAG CCE §848 evidence to USGA Barr/US att Hanna /Midleton /W  idman Mr Sisco it reads your office has another att may be relative ?? cost USAG Barr have pay
     US Govt pays 100% cost prosecution Sisco billing USAG Barr USDOJ rico review Barr has power Hire outside Private att/s more informed then FBI who impeded crimes against /US 10/5/73 FBI US Mail & mex US made products fugitive SO full uniform reserve deputy Charles {E} Hill rescue 10/6/73 by FBI suspect sgt trumbull 9others cops

37

City VV PD

FBI agents make $??? Yr but FBI refuses investigate back 12/27/78 mort co embezzlers BICC

A client not supposed have brain ? mine dumps lost memory 2 TBI auto injuries 1995
Were case fixed by victim Att hired by secret SO atts FVI29004 fake 8/8/89
CIV 24581 when SO 3 fixers att hires clouse & silent Ostenburg hires victim att PI & James Culliton
Feb 24/front to back march 30 side to side my auto insurance DR King paid for MRI on back Not skull in NV dr Lamancusa TBI expert said dr knew loss memory Exam 4/4/95 told My lady friend I was poor historian then ordered wrong MRI hide 2 TBI injuries as Prior went dentist who said I was grinding my teeth from prior 2 TBI injuries

What does legal malpractice att look for PAG get in damages assets /1983 punitive for costs by collecting victim PAG att fees /& cost from Anchor PG 3 top 4lines FVI29004

The fake prose att tomlin was Gibson law clerk per Ca Bar the rico fixer att mark Sabbath SO in house att who hired SO Att 3 att/s when first att dead last 2 now alive & 3rd fixer as Att alive hires more att/s fake moot 93 CV4297 copy cat moot VCv14000 got illegally put VV when still open defendant victim prevailing 2nd double jeopardy MVI21376
 1978 Govt att planting evidence fake Cr counts aided by 1979 Durston att fixer CV820/900 & fixer 'with prejudice' 2/21/90 MVI21376 as SO/DA quit braun fake 8/8/89 Arrest{DEA Ca US informant jun 89 Braun fall guy fake arrest 8/8/89 rescue cops apt 14 Buyers/resellers apt 24 meth /narcotic made from SO drug trails evidence cooker dealer per apt 24 told VV Friend came Durston home

   Resetting Dr malpractice by entrapment fixer att fixed 2 TBI VCV17810/11
Med malpractice Durston V dr King went NY state enter NY TBI brain school 1997-8
Med dr king Fraudulent ?concealment tolls clock King quit practice ca go NY school

The law firm SO Williams /AKA law say use replacement 2019 Mc Ma hon representing 1992 lead att hires fixers 93/cv4297 bribes more 2 DC judges 12/16/93 as cover up of Self help 7/15/93 SO ? agents VV cops give hit boy gun kill Durston & illegally fired as Cover up throw down boot gun

USDC pending Hon chief Cr judge Moore signature @ 'Wells' @ CCP405:21b remand to RE Docket 11/17/14 Hon DC only sitting judge EDCVUSDC riverside LR-83.1.3.1.1 When refilled 10/23/92 Full faith credit venue 11/17/14 prose prevaing party right change new district 2nd DC theft 11/17/14 when judge had case lost by theft recovered still Bernal case by remand from wells secession san Bernardino Chief Cr judge hon D Moore as /EDCVUS DC controls USAG /FBI Cases when state cr defendants is charged with fed offences USAG prosecutes Fed cr suspects US Ca crimes as judicial economy

FBI Wray USAG Barr /Rico review unit Jaffe USDOJ OCCCE §848
Pg 2 line 4-6 fake prose att tells ?DC got FVI29004 Friday 10/23/92 FBI got venue DC 578 F Supp 2d 737 says USAG Barr represents durston cr Victim Friday 10/23/92 USAG Barr took over from DO nothing sessions /FBI forgot 1 strippers att extortion $ from paper since FBI took down Cohen failing pay IRS back taxes & corrupted 2nd att did himself in doing theft clients $ Ca FBI needs take down 1st extortion Att/ crossed state lines was rico crimes his client hired

E /Book /publisher
FBI find FVI29004 §340 in SO?DA hands
Cal jur 3d evidence §338 ?lost no SO theft of
FVI29004 US/people v daniel edwin braun
FBI lost FVI290049004 by multi thefts

| | |
|---|---|
| FBI Wray La ca FBI riverside Ca FBI | Enclosed exhibit FVI29004 theft 10/26/92 |
| Find FVI29004 3750 university ave | Last line pg 3 notice is waived TO FBINCIC |
| Riverside Ca SO atts Brown Bonesteel | Silent fixers hired ? Durston forgery |
| & cr record fugitive braun SO 655 3rd | expert Bowman 7/2/92 blackmailer victim att |
| St san Bernardino Ca 92415 as justice | sent SO att Brown & Bonesteel extortion ??? |
| Ct same city had theft CIV24581 also | copy sent Victim pay $100K or I walk out |
| FVI29004 people/US v braun rescuers | SO atts paid over that & att walked 9/1/92 |
| Sgt trumbull 93Cv3133 /CACA26815a | Sent culliton letter thanking /money drop |
| Sits BLM arkives up north fixing att/s | Victim att co-conspirators SO had pay others |
| But exhibit reads PC487(d)(b) thefts by | Ex cr att cupp entry full faith credit 10/20/92 |
| Lease county agents got signed from US | Noticed pg 2 lines4-6 FVI29004 Tomlin as |
| | Noticed SO att/s 10/26/92 were my $$$$ |
| | For Culliton also Gibson clerk wanted $$$ |
| | Huntsman 1996 sued Gibson /county etal |
| | 2 more att/s SO paid make case go away |
| | Couple SO att/s 1989 quit fixers law Firm |

FBI Wray says FBI investigates 598 F supp 2d 737 says 10/26/92 FVI29004 fake Att tomlin cr victim under{fraudulent concealments /cover-ups 18§1519 toll clock  USAG Barr @ EDCVUSDC were 11/17/14 US v braun was theft when DC judge Bernal clerk Gave Mex /US Fugitive Treaty on jun 89 Dea informant Ernest Durston warrant less Arrest Daniel Edwin braun Fall guy Drug peddler Cop employed by SO SBC SO Williams /chief PD city of Victorville the fake Att was criminal conspirator with judge Gibson as his law clerk Barstow Ca B1 who was hired by Williams att/s dead man now Fronted Ca Ev code 956 att john Brown & Michel Bonesteel had hired att Oberstine in

Durston Cr discovery CIV24581 opened 4/2/90 when fixer James Culliton blackmailer wife had Mailed 3/27/90 copy cat CIV24581& FVI29004 to Att window LA ca 312 n spring st 90012 were it was Theft by unknown does then Culliton bribed file CIV24581 in VV ct when FVI29004 true gift by SO/DA quit 1/16/90 Braun US felony 18§1519 fake FBI Rap sheet single count 8/8/89 Cr arrest Cr victim DEA in formant Durston by DEA suspect danieal Edwin braun in concert with CVV PD Watch Commander Bill bethkie <18§1519 felony fake FBI rap sheet counts 2/22/79 arrest Durston next day 18§1519 Govt Att David Proulx 18§1519 hide SO/DA Braun /behkie concert fake 8/8/89 Fake arrest 26 counts moot VCV14000 case MVI21376 was still open Cr judge Arden had Govt att David Proulx 2/6/89 Suborned perjury hide 1st double jeopardy }V-5-72 10/6/72 durston V city VV city planer John Hnatek let asst Planer file fake MVI74 retaliation by 1972 -74 \multi City Fire & building dept employees 8/9/89 repeated Repeated 4/16/94 by 31 fake counts by city Att kieth higgin SOME body got Higgins CA bar disbarred moved S/Carolina address ca bar has city quit fake 31 counts 4/16/94 front Cr Judge Powers VV Ca quiting is defendants summary judgment after Gibson 10/26/92 as after Cr judge Mandabach 9/28/92 after 2/21/90 with prejudice against 18§1519 proulx MVI21376 cr judge Arden SO/DA /quit 1/16/92 @ 2/6/89 Arden hit city with RES V-5=72 Still 2019 RES to all things /matters Durston V cvv 10/6/72 when Cr judge Taggart 'brady' CV820/900 Durston V people ex/cr att cupp Filed 93/cv3133 from taggart 'brady/

3 FBI suspects 10/26/92 FVI29004 missing silent co-conspirators rescuers
Relation back FBI suspects 10/5-6/73 @ 10/6/72 V-5-72 FBI suspects forced victim
Ex fire man & witness plant illegal fire Plug cause Fire chief illegal put it on plans


Hill fugitive from citizen arrest Durston aided by 2 Lancaster ca County SO lent card Read morandized rights 10/5/73 commercial burglary US mail packages theft view from Street blue paint metal wheel borrow metal Handles had Durston name in white Paint Fugitives who aided Hill rescue from FBI custody from victim 10/6/73 about 8 oclock call from home phone 2 LA SO deputies on told dispatcher address were stolen goods seen by LA deputies & Cr victim up show 10 cops VVPD 18§1519 cover ups felonies 6 white T shirted VVcops 2 dect in suits hurst & Billings Sgt john trumbull /last Known AR Lake Havasue city extridion FBI not required 1961-68 Fugitive from Victorville Ca FBI trip riverside US lock Up Hill back east somewhere SO employment records SS# SO application CA DOJ reqister"ry work as carpenter /fire man May got cop job as FBINCIC fugitive 10/5/73 rescued 10/6/73 by 10 FBI suspects one t-shirt cop could been 1979 bill bethkie fake 2/22/79 Arrest but forgot embezzlers lady car insured by requirement lender found virgin car behkie & another cop claim Durston destroyed /18§1519 US felony by bethkie face 93CV3133 ex cr att cupp left off 2 dect/s Names Hurst & Billings by FVI29004 10/26/92 93/cv3134 Durston V trumbull etal was summary judgment also 93CV3134 durston V city CIV24581 /FVI29004 Durston vs City & county missing does Durston V Culliton does 1-10 inclusive Fugitives list from FBI not noticed {FVI29004 anchors by SBC SO CVVPD FBINCIC missing US v charles [e] hill10/5/93 US mail & mex & US made $3,500.00 Construction materials sgt gave away another reserved deputy receiving hot goods

SO Williams represented city PD chief fixer 93Cv4297 fixer now dead judge Kelleher gave SO att Miller jumped ship & left SO hired Brown & Bonesteel hired miller & Clark hired other fixer turned in Extortion liens 6/k & 30 K plus 449US 24 liens CVV  att 12/16/93 each Got Extortion illegal liens 449US 24 when Williams represented City PD county SO  city recorded ?by fixers brown Bobsteel / its moot 93CV4297 Williams etal FBI more suspects 2 liens fake 449US 24 sanction liens went Corrupt multi civil cases victim Att/s )Culliton got $ quit cases nov 1990 freiden 9/1 /92 Dains 2000 help fix 4 co-conspirators jury trials were in Wrong ct 1 st jury was not sworn in /Durston v ross & daniels orginal VCv18710/11 got new fancy # fake liens attached to Durston V fire insurance EXchange then 2015 Durston V cruz ID theft & Fake CA FTB tax forms that civil judge sachs let fake liens stop FBI /being Noticed ID thief NV resident Durston

Secreted co- conspirators SO hired Ca ev code 956 att/s rescue braun relation back others

41

Cal Bar disbarment ct Judge etal ca SCT /

when att a govt mole sellsout FBI  cr/victim\
Claims quit when cr judge Pizza died Killed
12/26/91  govt mole claimed Quit jan 1992
Durston served Piazza 12/23/91Hall VV ct
Witness V-5-72 10/6/72AKA VCV18857
Durston V city of victorville @ Civ24581
Brady CV820/900 hon cr judge Taggart
Pendant 93CV3133 & 3134 VCv14000
Mvi21376 2/21/90 SO/DA quit 1/16/90
Braun DASO fake Arrest 8/8/89 DEA
US/ca informant Durston warrant less
Arrest Fall guy Braun etal Jun 89 jul89
SO Williams orders fake DEA raids on
DEA other witness Air Force Families
Without special AIR police joint task
Like apt 7 prior take down Durston as
Approved jul 89 govt mole said SO
Had right do Raid with out 6 search
Warrants run off Fed DEA witness

Govt mole victim Att after april 79 durston given witness box hon Cr judge Taggart  pink slip bought from sunset Roofing Redlands CA motorixed pumper propane heated Tar pot kettle & equipment SO 2/7/79 had Given kettle without getting CA DMV title printout 2 jun 1978 thieves took from Job site 15947 La Verica ct were Durston discovered that the Goodyear /Peoria Az  Brothers stoled #40 top sheet from 14 homes rolls paper Durston Bought from cold case nov 1978 murder victim Hulion Hughes in apple valley ca the SO Coroner combo job required keep evidence ?bullet killed Pappy may fit evidence 4/30/90 Found body Hiliem kilim Abdul or evidence Back shoot cop Garcia SO Claimed photo at Jul 90 hearing was Abdul weapon  that fit bullets taken from back shot cop Garcia fired by ?claimed Garcia partner frank niento jun 89 warrantless arrest apt 14 were cop SO claimed gun 9mm & 45 wrong clip SO issued >bullets 1978 hulion /1990 abdul Garcia Throw down planted evidence cop William Abernathy Cop Union rico promotion executed Abdul witness gun dealer cop at jul 90 hearing saw planted killers Evidence


Jun 89 US/Ca DEA sent SO/DA as Ca govt code as duty SO>DA take down CA?US drug fugitives jun 89



Cr victim Govt mole april 79-clamed quit jan 1992 sold out client day planted by corrupted 9 das/s hid fake 2/22/79 arrest bill bethkie
Govt blcakmailer hired 1991 quit 9/1/92 @ mandabach 9/28/92 /Gibson 10/26/92
Govt att/s brown Bonesteel  Knew jul 15 92/93 attempt on Durston 12/16 93 hired miller & clark locked victim without att out DC FVI29004 sat VV court Dini & bastion found at Cr window 1996 fvi29004 still open CIV24581

prose v sheriff Williams & racketeers rescuers USDC 2nd docket entry US v braun etal
10/26/92 Monday Full faith credit Entry
DC 10/23/92 Friday per pg 2 lines4-6

Fake prose 2 att's 93CV774 ex cr att entry for
Gullible Durston v Culliton & Tomlin pg 2 as
Both without US DC /Ca retainers $ bribed by
Handler mark Sabbath & other fixers Brown
Bonesteel lead att/s for rescuing braun others
DEA warrantless arrest jun 89 & no notice to
FBI by SO bailiffs on booking Barstow Ca on
Forgery /planting evidence SO Da office aiders
Abettors 18§1519 /18§2&3&4 misprison felony
    Ca bar Ca SCT aids FBI USAG DEA retaking DEA jun 89 Fugitives 1972-2019

Ca bar find att Tomlin hired employed B1 barstow ca 10/26/92 by Doe presiding judge
san Bernardino county worked for Gibson As cr law researcher but promised got down
payment bribe to Fake 10/26/92 representing Prose who with driver witness excr att Cupp
had directed to 5th floor prose window 10/23/92 at 4 closing Friday read pg 2 lines 4-6
        Who was bagmen who hired both & prior hired Culliton & PI Ralph deGutice
who fabricated braun 8/8/89 CVVPD report but braun forged michel riveria name on the
Gift SO ?Att henry hicks Doe brown & bonesteel /Clouse /Obers?? bag men hired /gave
cr victim 6/26/92 CIV 24581 copy cat FVI29004 that Culliton wife Mary Mailed 3/27/90
DC att window 312 n Sprinh st La Ca 90012 that got theft then bagmen had Culliton put
4/2/90 CIV24581 Discovery when victim hired freiden maid city county produce all
records but freiden had Durston date numerical order stamp on city records an 1/16/90 of
SO DA records were Culliton made Durston sit car While DA?SO quit 8/8/89

Ca Bar notice FBI an show US Cr complaint notice for disbarment of tomlin FBI get cell
Phone & Business wire tap both Sabbath & tomlin As Culliton cell also to see if any calls
Of Tomlin Sabbath hiring att for bar court disbarments both Sabbath & tomlin may call
up who hired both Keep FBI from being noticed

Ca bar lettter smoke out racketeers
 Fraudulent concealments USDC pg 2 lines 1-4 tolls disbarments victim cr/civil
complaint ca bar ct Ca SCT

Complaining party pg 3 top lines 1-4 say you cost victim partial summary judgment
VCV18857 $1.940K Durston v city of Victorville by fvi29004 durston v city & county

Copy of fvi29004 says pg 3 lines 1-4 pg 2 lines 4-6 says you told judge FVI29004 got
DC per Durston he say his legal paper handler Ex cr att Jim Cupp file FULL faith credit
FVI 29004 10/23/92 Friday prevailing plaintiff was not a informed by you after

43

fraudulently claiming you Culliton at Barstow ct representing pro se Durston of ex party Monday 10/26/92 nor that victim never met tomlin or given retainer to Culliton was Fighting disbarment up north may lost his Ca bar as FFA had him disbarred under moral Turpitude your failure notice victim you /Culliton did not represent 10/26/92 victim says Culliton & PI degutice walked out all cases people 8/8/89 v Durston SODA quit 1/16/90 brady VCV14000 & CIV24581 nov 1990

Culliton & Ex wife Mary Flipping FHA VA repos last found Bakersfield Ca may keep home n ca

Tomlin WILL call who his SO bagmen need FBI wiretap cell & law office mark Sabbath Gibson lives wrighwood ca suspect 3 bagmen riverside ca brown Brownsteel /Ostenburg cell # CA bar got #
List FBI co-conspirators USDC pacers fake cases except 93CV774 Durston/FBI v Culliton

18§3771 says USAG barr represents cr victim §3771 says barr must get victim US att & Victim has right have legal malpractice Att on stand by Ca ev code 1300 civil forfeitures matters word tentative by fixer Gibson found braun guilty 10/20/92 by forgery Expert gift Photos fake braun signature did not match Adelanto PD booking jail releasy e forms framed Michel Riveria badly beaten in field next home by 2 CVV cops claimed did PD of Adlanto Ca favor Cvv paid $4k for injury but not dime for SO CVVPD violation civil Rights riveria

    Ca bar ?Ca ST Justice calls Attention DEA "Charley" 17th floor Raybal ct house LA ca Short distance away Durston visit 17fl Charley & 12fl chief cr judge clerk went trash can
        This time CA SCT Ca bar is noticed for 1st time 2nd by internet notice public
    Even USMS chief agent Singer was noticed threw victim witness out back door raybal ct

        Ca Bar records thieves were ca att/s notice CA bar by  USPO tr#
Tag team masters Bag men bribery experts atts John Brown & Michel Bonesteel etal
    Hired SO  govt Att Mark Sabbath  do at fixer bench judge Gibson ?DC /Ca 10/26/92
Re consideration Braun found Guilty 10/20/92 by drug foot soilders Daniel edwin braun SO/DA ordered /planting fake evidence forgery with DA by bill betjkie watch commander drug King pin Jun 89 that fixers US ca DEA dumped warrantless arrest drug cops apt 14 dealing with cooker dealer apt 24 using cops stolen drug locker others drug busts


EBOOK how Ca Bar works with FBI & USAG Barr FVI29004 fixers hide US/ Fugitive Case # FVI29004 its not on US 0r Ca FBINCIC cause case file CIV24581 was theft US Ca courts by tag team corrupted Ca att/s hired bribed court officers clerks 18§1519 destroy ct Copy's law says found at debtors att/s riverside ca & fixers SO records San Bernardino Ca 655 west 3rd st will not let public view of 10/20/92  conviction cop Daniel Edwin braun

Ca bar looks US sct ruling put Monday fox TV  by trumps att that its deep pockets agents
Was durston injured by fake 2 att's clients stone idole govt Att who bribed Gibson but
Law says stone idol pays for act corrupted Atts pg 3 lines 5-28

Ca bar examine Ca att who bribed Judge Kelleher tell lies to FVI29004 prose when govt
att/s debtors FVI29004 got12/16/93  DC judge Kelleher now dead did fabricate
transcriopt that never named case # copy cat 449US 24 @  93CV4297 /449US 24 were
FVI29004 debtors defendant clients atts hired others fixers bribed judge Kelleher for
illegal injunction
That 449US 24 judge got halo it seems for being corruptible but no mention corrupted att
who bribe 449US 24 rico judge

  Cal Jur 3d evidence 338  Exhibit lost /by theft complete case but last docketed 10/26/92
Cal jur 3d Ev 340 can be found In SO files of att/s Brown Bonesteel riverside Ca Fixers

Does ca bar /USAG /prosecute att/s who hire out bribe other att/s or judge or clerks court
When debtor att hears judge issue most favorable non movant judgment against his client
He is instantly locked out proceedings except if he has bribed fake pro se att to agree to
Waive notice FBI/ncic & USaG

FVI29004 durston v city most favorable movant 93CV4297 City VV v movant fvi29004

Fed Nunc pro tunc ccp405:21b not required show att fees cost later nunc pro tunc
Pc510 any evidence debt 10/26/92 top 4lines pg 3 delivered actually ccp405 21b
Executed by Gibson subject of embezzlement wheather it has been delivered or issued as
valed instrument or not
Ca bar does not have wait week give case # CULLITON US Fugitive disbarred by
FFA 20??culliton aided braun 1/16/90 braun convicted 10/20/92 ca bar ?ccp405:21b
Culliton other long list uncharged rico fugitives  just FBI 'rico review Jaffey USDOJ
fugitive from CA/US prosecution justice /braun US/Mex fugitive 2010/2011 that mex
Court has priority jurisdiction highest Violent Crimes that in print TJmex PD records

Gibson had back UP rescuer FBI suspect prevailing san Bernardino county superior ct
Judge Raymond Haight III after fixer ca trans VCVVSO 38921 judge vandeFeer took
over durston papered ex ca bar judge reichert who ignored Ca trans att put wrong name as
registered legal owners was NV corp belgo diam II & 2015 Judge Sachs let ID theft Att
of sue cruz use Fake 93CV4297 take over 2000 Durston V fire insurance Exchange att
used same Fake 93CV4297 is brady Durston v city   Ca bar agents notices FBI USAG
?Jeffey investigators history "Wells" calls   for Ca Bar judge simple Signature nunc pro
tunc 10/26/92  CCP405:21 b but ca bar got 9 fixers Govt att/s  CV900 most dead by
Still illegal 9 signatures per Taggart Cr prosecutable CA Ev code 1300 Brady money
Debts losses BICC mort co 7th st rico business losses
Should ca att/s or judges corrupt cr/case inception date FVI29004 on after discovery
brauns forgery that 1/16/90 possible  date7/2/92 people v Braun as Records by presiding
san Bernardino county superior ct Judge Raymond Haight III  tried fake caption of
FVI29004 as people V Durston that "Brady" was braun /bethkis delivery Fake Arrest
DEA informant 8/8/89 but 1/16/90 SO DA Quit 8/8/89 Fake arrest DEA informant
Durston to plant forgery by Braun unknown date as Culliton took Durston together got
SO?DA "brady "
First public showing Gift Forgery to cr victim false 8/8/89 arrest /imprisonment 6/26/92
in 4/2/90 CIV24581  was copy cat prior mailed USDC att window by mary Culliton
3/27/90

 Ca bar Ct shares FVI29004 US /people v Braun & rescuers with late enjoiners USAG
Barr of FBI "notice waived" thief by debtor govt att Sabbath & Gibson law clerk tomlin
Fake prose when FVI29004 been entry DC 10/23/92 made fed offence both fixers att/s
bribed by Others prior fixers att/s others atts govt moles cases CV820/900 93CV4297 &
SACV92-715 /93/cv3133&  3134 and fixers hired master Baiter fix 93CV774 Durston
V Culliton does 1-10  inclusive master /att made judge made FVI29004 Plaintiff Pay
$810.00 extortion to Culliton /who PI was bribed by govt Atts 1/16/90 hide SODA had
Quit 8/8/89 way to many witness said Braun police report by PI was Braun suborned
perjury /repeated suborn perjury put print report by CVVPD watch Commander Bill
bethkie Fake CV900 police report 2/22/79 embezzlers jerry January Car been destroyed
 Insurance man conterdicted Report Affirmed by taggart SO./DA attempted frame mort
co cr victim 12/27/78

Exhibit 4 pgs top pg certified court reporter 10/26/92 but multi CA.US courts theft files 2 files FVI29004 & Civ24581 but Ca Bar instant only concern thief top 4lines pg 3 FVI29004 did fake prose att motive not notice prevailing true plaintiff could begin paper work collect due Past due Rico money judgments AS fake Att was FBI suspect with govt Att not let paperwork CCP405:21b get 10/26/92 judge Gibson signature after FVI29004 got entry in DC 10/23/92  when DA not noticed any FVI29004 or civ24581 Hearings

Ca bar examiner GOT any Ca/US cr case conviction Experience you/ll learn The normal time Open week put case# you call FBI /DEA USAG barr & get FBI & Rico unit & Ca Bar By USDOJ notices Fixers atts theft multi Durston $ judgments Ca bar Behind Jaffey rico unit smoke out suspects rico fixers Brown & Bonesteel etal

Rico review Unit Jaffey Notices fake Att/ & govt fixers Ca judge signature needed on Bar Case Docket addressing # FVI29004 entry copy CCP 405: 21 b USAG barr & Jaffey representing cr victim Durston others DOJ take over EDCVUSDC 578 F supp 2d 737

Ca Bar ct judge Ca SCT disbarments in motion with judge signature CCP405:21b set up Smoking out bad ca att/s /

Motive 10/26/92 Sabbath wanted all govt/s civil/cr immunity Gibson "motion denied " CIV24581 had 2 "doctored" docket sheets FVI29004 Barstow Ca with Victorville #case file got 18§1519 destroyed but Ca jur 3d evidence says §338 lost by §340 att/s  Brown & Bonesteel
Masterminds of relaion back 1979 fixing CV820/900 durston defendant made 'brady' @ 93CV3133 & 3134 but impeded by fake 93cv4297 & fake SACV92-715 bribry Att/s Mailed to 9th cir That Prose FVI29004 Prevailing ran clock 8/8/89 fake arrest 8/8/90 civil Case use Faked by FVI29004 debtors att Brown /Bonesteel Etal Hired fixers 93CV4297 Miller/Clark Hired more Fake liens cost att PC 510 Debts As embezzlements PC 511

USDC pg 2 lines 4-6 USAG  Barr /USDOJ Rosen /FBI Wray /rico review Jaffy lead  att

Dual sovereignty People v braun US v braun Papered Mex US treaty b braun etal Rico tag along cases wrong state cts 28§1441 Diversity venue change EDCVUSDC

With still 2019 open FVI29004 Fixer
DA nakata never told victim FVI29004
Ernest Durston Cr/victim prose 10/26/92
V city Victorville 93/CV3134
V county of san Bernardino 93/CV3133

Motion Ca bar judge To sign CCP404:21b
Theft FVI29004 $ judgment by fake prose
CCP405:21b Ca Bar judge judicial approval
nunc pro tunc 'Wells' unfinished finality of
Motive of theft ?Ca Jur 3d evidence §338 &
Discovery §340 FVI29004 debtors records
Hands masterminds thief debtors att/s

Theft was cr conspiracy roll call front pg FVI29004 Debtors Att bribery & Fake prose att Law says ca bar court need not notice ITS finality of Signing CCP405:21b since FBI is Missing party notice waived FBI/USAG

When recorded then Ca Bar bring disbarments against FBI /USAG Barr /DOJ Rosen rico review unit Jaffey suspects rico debtors city of Victorville & county San Bernardino att Mark Sabbath & fake prose atts timothy Tomlin hired by Sabbath for others lead Att Brown & Bonesteel hired other Miller & Clark fake 93CV4297 then fixers Kraft who fixed Jun 26/92 with freidon partner Culliton 200? now disbarred by FFA ex pilot James Culliton who conspiraed with Judge Johnston who claimed 10/1990 moot VCV14000 was settled helped get Culliton Air plane in Wisconsin place of bribery money Johnston fixed 4 case in 2000 -2005 legal mal practice Durston /FBI 18 §1519 v dini & bastion had Cut deal when found still open people FVI29004 dual Sovereignty ?US/people Ca  v fugitive Daniel Edwin braun .had rescuers Dini & Bastion hired by 2 auto Att fixers TBI Cases 3att"s when dini read Culliton bribed by Johnston nov 1990 walk away all cases

FVI29004 transcript 1026/92 made pubic by honest Ca Bar judge signing CCP405:21b voids 9th 12/19/96 Voids 93CV4297 both become Brady Cases all DC cases as only legal 93CV774 ex cr att Cupp filed all brady cases except govt fixers Judge taylor court reporter Ron worth theft Transcript where Blackmailer victim att Larry Morse Visited VV Cr window when visit When hired march 1994  theft transcript followed by bring worth not make public Morse Telling Taylor that braun went Dual sovereigbnty Fugitive 10/26/92 Gibson Motion denied on Cr/Civil Immunity CIV24581 FVI29004 pg 3
When finality whole transcript is legal recordable CCP405:21b form in place hostile DC /Ca Barstow Cr window DOE clerk abstract judgment Fact copy sits VV Cr Widow now

recording CCP405:21b Partial Summary judgment needs no notice debtors
Law provides debtors served after secreted filing county recorders CCP405:21b & public
That copy recorders items creditor 2 nd time notices 93/cv3133 & FVI29004 /CIV24581 debtors defendants

48

F29004 people?USv Daniel Edwin Braun     Motion Ca Bar Ct /Ca/US fugitive tampering
10/26/92 by att Mark S Sabbah /county of san
Bernardino att & law Clerk san Bernardino
County superior Ct Barstow ca Judge Gibson
USAM §944 obstruction Justice §1725

FVI29004 lacks CCP405:21b "wells:
Nunc pro tunc Secession court Ca Bar
Att/s keep FBI /rico from being noticed
10/26/92 lien notice no pubic immunity
Durston v city of victorville
Durston v county San Bernardino
Durston v does 1-10 inclusive
'brady " Defendants

Ca SCT up hold PC 487(d)(b) county did theft 1872 ore laws
In CACA 26815a last lines single PG /US lease to county

Ca/SCT uphold 'Wells' by cal bar judge sign CCP405:21b
Ca Bar court[silent FBI /DOJ Jaffey} sets disbarment fixer atts
Ca bar court disbarment jurisdiction 10/26/92-2019 FVI29004
Fixed artifice 18§1345 Fraud On DC court fake SACV92-715
Fixed 9th 12/19/96 when FVI29004 /CIV24581 still open @
10/23/92 artifice again 93/CV4297 12/16/93 hide FVI29004
Lead fixer govt atts miller & clark /Brown /Bonesteel etal
Who w?as bagmen payment fixers ? county of San Bernardino
Paid brown bonesteel fake 93/cv4297 bribery same DC judge
Kelleher & clerk o'neal /rico 1961,8 US Att Jaffey suspects at 5th floor 312 n spring st
LAca 90012 prose Window Theft 10/23/92 fixing 12/16/93 fake liens that Chief Williams
of Pd city of Victorville recorded that SO Williams county of San Bernardino trashed lien
From Kelleher clerk O'neal put "Pacer " Durston Vex ing litagate impede brady
CV820/900 & VCV14000 judge mandabach defendant 'brady' Gibson full faith credit
 FVI29004 & CACA 26815a County agents hired by US BLM agents

Got served exhibit
On gullible victim & witness dragged by cupp Visit prose window USDC 312 n spring St
La ca 10/23/92 Ex cr att jim Cupp /blackmailer /victim paper preparer as cupp wife did

49

service 10/23/92 on lien debtors FVI29004 of FULL faith Credit CA ev code 1300 gibson found braun forgery single charge DA Nacata failed /file Rico Fixing 1961.8 co-cospirators Braun & SO/DA fed offences /

FVI 29004 Lines 4-6 say FVI29004 got DC 10/23/92 USDC had jurisdiction USAG 578 F supp 2d 737 US AG Barr now USAtt Jaffey lead att

    Ca bar Ct clerk & FBI /rico 1961.8 Fixing review Unit lead att US DOJ att Jaffey both att/s employed by debtor lien defendant county of San Bernardino 10/26/92 date nunc pro tunc CCP405:21b

On disbarment of rico 3 fixers out come FVI29004 was left open till on or about 2014 as Gibson left Bench FVI29004 was never put arkives last keep VV cr window supervisors desk she destroyed when Sue Hamblet became chief clerk Came from Barstow ct closed 2013 she has copy what Durston left has unmarked no notes copy FVI29004

Cupp noticed both debtors of debts 10/20/92 CA Ev code 1300 braun found guilty civil Forfeiture CIV24581 both **10/23/92 became LR- 83.1.3.1.1 when combo Civil & Cr Case noticed USDC goes Cr judge by Venue Change that did not Happen 10/23/92 But Gibson transcript good EDCVUSDC 11/17/2014 Hon only sitting single judge Per clerk could put Bernal Clerk Hands By LR 83-1.3.1.1 jurisdiction Riverside CT read LR 83-1.3.1.1 auto venue 1992 new districk opened as auto venue change 2014**

When Ca Bar notices asks Tomlin 18USC § **HOW Phone US mail** did Tomlin & Culliton have FED exparte notice of 10/26/92 hearing that was over weekend /one only use time /docketed 10/23/92 Friday USE Monday emergency Fed Rule C P Rule 77 exparte Emegency hearing Without NOTICE FBI USAG FBI BY Debtor suspects Att county Board of supervisors att/s Concile bagmen Brown Bonesteel LA/Riverside Office Was WHO noticed to both suspects  said you just got informed as rico suspect you told judge Gibson ?how many times you did work in Barstow ct of Gibson and were you partners with Culliton 10/26/92  or what county law offices you worked out of cr /Civil courts san Bernardino County cases did you handle solo or under what laws firms  /paid your ca IRS taxes on earned income what SS # did you Used tax yr 1992 & prior /there after /

Cr Victim to Bar court ASAP notice as
Informant 'warrantless' US/Ca DEA
Notice Ca Bar delay notice USAG Barr
Ca Bar 'nunc pro tunc' notice FBI USAG     While Bar gets # for USAG Barr who problem
With FBI Wray local LA office Duty US Day
Agent about Fugitive that 2 ca att/s rescued as
18§1725 impeding dual Ca/US sentencing day
11/10/92 a fixer judge found Ca Ev code 1300
Daniel Edwin Braun forgery ?PC141(C} felony
Now Planting evidence SO /DA coconspirators
18§1725 impeding Braun warrantless Arrest as
Dual DEA Ca/US jurisdiction braun didn't act
all its Ca Govt code Da/SO /FBI DEA taking
down swat teams any agencies fugitives from
Justice

Bar ca Up north letter to rico att §1961.8
USAG sets up wire traps cell # emails
People searches have cell # & email codes
1st take down dirty att see who he tells of
Letter from Bar about FVI29004 10/26/92
          Clare Balani FBI office Orange Ca Says Bar notice FBI/USAG Barr
When duty Bar brings fugitives Att FBI wray then Victim is ready for relocation

Per 578 F supp 2d 737 durston Cr/victim FVI29004 Ca bar Ct with USDC also

Smoking out rico §1961.8 fixers 18§1725 impeding Pending sentencing US Ca DEA date IS who SUSPECTS bribed fake Appearance Barstow CA Law Clerk county Superior court employee for illegally claim represented Prose since Sept 1/92 without Att /USAG v 3 FOOLS /2 claimed fake Att timothy Tomlin worked for man walked out nov 1990 as Was Bribed by silent suspects john brown michel Bonestell bribery etal Richard Clouse /Ostenburg /law firms CIV24581 fake open 4/2/90 by Black mailers James Culliton PI Ralph degutice


As disbarred Culliton but date 10/26/92 could been still not Disbarred then do/s flipping Homes last time but FBI ?USAG barr Find wire mail traps set By 11/17/14 durston & witness put FVI29004 in box of LR 83-1.3.1.1 Hon judge Bernal clerk but USMS Agent got File From bernal clerk immediately SO warrantless Jun 89 Arrest of 11/10/92 FTA DEA sentencing Daniel Edwin Braun Barstow Ca should be Bernal nunc protunc Fugitive 10/26/92 US/Ca DEA Jun 89



 Exhibits CA Bar judge & USAG Barr/rico Jaffe/'Petite' judges Hon Moore/Hon Bernal CCP405:21b Wells Ca Bar Judge secession judge recording CCP405:21b Makes public 10/26/92 when FVI29004 was entry full Faith Credit Braun Guilty Plea SAVE Ca Bar Under 31:41Creation of dual Sovereignty "petite"{ lien As fed Court Judgment pg 2 lines 4-6 say fake prose Att FVI29004 got USDC Friday 10/23/92 That lien Against govt Assets no used daily but CD/s others cash instruments Attached 10/26 /92 upon pg 3 top 4lines rendition of pg 3 lines 1-4 as AmJur 2D 170 Authorizes Filing Transcript of USDC Entry 10/23/92 by nunc protunc also sending recorders copy to High EDCVUSD ct clerk For bernal 11/17/14 the prior judgments of state Court for USDC cr Victim Durston /other fixed Rico1961.8 pendant Civil actions  93/cv3133/3134 CACA 268a5a reversed by FVI29004/CIV 24581 for full force & effort civil Rico forfeitures at Time of state Ct 4th ct app 1980 of SO ?DA fraudulent concealment FBI/USAG Barr 2019  v 10/5/73 FBI v Charles hill reserve deputy US mail thief would be date of Relation back nunc pro tunc 10/6/72 durston FBI USAG Barr v/V city of Victorville for the purpose of relation back lien enforcement in the county where the FVi29004 transcript is Filed as relation back time of filing 10/6/72 aka 93CV3134 Durston V city of victorville as rico organized CCE With County of San bernardino agents were hired by US agents on or about Aug 1 1989 for PC 487(d)(b) theft 1872 durston Rights Land Ores
Per copy cat 449US 24 illegal sanction 93CV4297 impeded FVI29004 others Civil CA ev code 1300 forfeitures the the Corrupted govt Atts Miller/clark law Firms SO Att Brown .Bonesteel /Clouse Filing fake 93/cv4297 12/16/93 Aiders Abettors hide cold Case 6 Fed witness Known murders Hulion Hughes 1988 Abdul 4/30/90 & secreted Attempted murders fed witness Cop Garcia 4/30/90 material 715/93 Witness Durston Henson 4/30/90 material boot gun murder Abdul By hide Fake DEA raid jul 89 fake city Raid 8/9/89 hide Fake Braun arrest DEA informant Durston Jun 89 warrant less Arrest Braun 4 other drug dealing cops king pin Bill bethkie SO/CVVPD joint watch 10/6/73 Tshirted deputy rico promoted RICO SO watch  Commander

52

Words of the US/CA Judgments its only that The County recorders want 10/26/92 judicial Approval transcript filed US Entry of judgment shall not be DELAYED pending Taxation of cost att fees to be included there in CCP405:21b pursuant to L.R. 54

10/26/92 gibson denies govt /braun immunity being sued 10/23/92 Full faith credit Ca ev code 1300 automatic all case past10/6/72  present &Future 2019 CCP405:21b Awaits Ca bar judge signature ASAP nunc pro tunc 10/6/73 V-5-72 durston V city VV & PD 10/6/73 as  93CV-3133& 3134 fixed 9th 12/19/96 SO atts said clock ran out when Braun went fugitive 10/26/92 Barstow ca FTA 11/10/92 /people v braun  but US v braun 10/23/92 full force US sentencing 11/10/92 Theft by bribery DC judge Kelleher/oneal Both DEA Ca/US Fugives late Enjoiners FBI most UNWANTED fugitives US v Hill 10//5/73 US v sgt trunbull etal 10/6/73 FBI unwanted 10/6/72 att terry Caldwell & john Hnatek planting illegal fire hydrant as possible cause death /injury apt tentants/guests Injury reputation Durston witness V-5-72

Rico fixers 18§ 1961.8 govt SO CVV hires cover up civil rights suits damages

SO atts J Brown M Bonesteel ?hencemen Att/s hires /farms outkick back att fees  tag fixers theft FVI29004 3 courts /relation back 1972 /1973 then ca1979 hide 4th ctapp Brady reversal against fixers Cops SO deputies /1990 theft ATT window copy cat FVI29004 Blackmailers Culliton 3/27/90  US fake clock Time 9th cit 1996 Root Evil rico fixers SACV92-715 hires/5/11/94 claimed ex US asst Att said Larry Morse Disbarred by others CA Doj ?morse told DC judge Taylor Braun went Fugitive 10/26/92 FTA 11/10/92 People /US v Daniel Edwin Braun & US Ca dea warrantless arrest jun 89 Fake 8/8/89 arrest informant 8/9/89 city fixer att David Proulx fixer MVI21376 /mvi74 By PC 141(C}planning fake ev by prosecutor to 3 fixing civil judges Mc Guire Egan Johnson knowing cr judge Arden with prejudice 2/21/90 existed mvi21376 pendant civil Rights suit defendant now pendant 93 Cv3134 ernest Durston CV820/900 aka now 93CV3133
Morse bribed By govt att 93CV4297 miller/clark hired by Ostenburg hired by Clouse who hired brown Bonesteel Bribe Culliton /CA DMV may locate if not murdered PI Ralph deGutice make braun Fake CVVPD so/fake  Report 8/8/89
Research shows SO Fixers law Firm front by Dead Man /John Brown /Michel Bonesteel Hires tag team att fixers lead SO att Ostenburg then farms out copy cat 449US 24  illegal injunction {copy cat CACA 26815a mining claims case{ fake12/16/93  93/cv4297 att MillerSO Clark CVV pd prior 10/23/92 bribes FVI29004 theft Kelleher/clerk O'''Neal Hide 7/15/93 SO hired 14yr old hit boy kill Durston /illegally fired by SO henchman jun89 hide fires reserve deputy Lawrence E Henson USAG Barr/ Jaffe Rico review Jul 90 material witness In SO CVV PD dect William Abernathy cold blood murder Hilim Kilim Abdul 4/30/90 hide back shooter cop frank niento both Jun89 DEA fugitives Apt 14 warrantless arrest CA US DEA agents Farmout DASO make Arrest Jun 89 DEA fugitives 5 cops braun fall guy fake MULTI purposed 8/8/89 /US ca DEA informant Jun89  fake DEA raid jul 89 his ex DA Att Donald feld cover up Civil right suit no 6 Special Joint taskforce USAIR police george Air base & US/CA DEA Search warrants First fake door hit was 2 AP ladys Apt took down Cadets SO deputy School had no Bullets clips AR weapons 2 AF cops wanted search warrant CVVPD SO Watch Commander Bill Bethkie with radio Shack walkie takie said Did not Have to law say

Give or leave next 5 apt doors kicked in damages SO CVVPD refuse pay so braun as Hit man Faked 8/8/89 City faked 8/9/89 VCv14000 fed offence 93CV4297 12/16/93

May 20/2019 FBI USAG Barr /rico Review US DOJ Jaffe @ EDCVUSDC 11/17/14 Theft FVI29004 Mex US Fugitive treaty Warrant by out law USMS lead agent rescuer braun Mex Extradition DEPT of State Mike pompeo impeded by fixers Ca US DEA Jun 89 foot soldiers /late DEA fixer USAM 1725 impede US pending racketeering charges enjoiner David Singer others kicked Victim /Witness out Ray bal ct house keep Mex/US Treaty fugitive Braun wheel men papers later theft 11/17/14 same papers theft FVI29004 other civil CA ev code 1300 forfeitures case/s

Courts Ca Bar Disbarments moral turpitude fed offence uncharged US v rico fixers FVI29004 /CIV24581 & other CA ev code 1300 Entry WDCVUSDC by Ex Cr att Cupp FVI29004 others theft 312 n spring streetLA ca 5fl  Prose window Full Faith Credit USv Braun People v Braun etal 10/20/92 word ;tentative FVI29004 Gibson found braun guilty 10/20/92 auto set sentencing Date 11/10/92 18§3771 when 578 F supp 2d 737 crime Victim ernest Durston Has Civil rights Violations 18§1985 when jun89 warrantless arrest FED /ca fugitive DEA drug Henchman not been CA/US sentenced yet/cause TJ mex has Priority 2011 Braun wheel men sought kill 2010 mex witness Braun sought kill Jun 89 Informant Ernest Durston fake arrest 8/8/89 hide civil rights suit 2nd /V-5-72 10/6/72 double jeopardy MVI21376 rd double jeopardy vcv14000 8/9/89 fed Felony Govt Att David Proulx USAM 1725 Impeding v-5-72 10/6/72 Durston V out law govt employees Mayor **ATT Terry Caldwell** Chief City Planner Policy maker John Hnatek V-5-72 10/6.72 Civil Right suit MVI21376/prior Mvi 74 march 74 retaliations hide victim ex fireman Durston Witness forced /fear/order plant illegal fire hydrant by city chief fire Chief later Rico promoted get on VV city council
When going thru trash bin att office found where party firm been practicing forgery lady Mans signature

     Ca bar  Disbarment ?10/26/92 or smoking out co-conspirators 3 fixers US v braun ? Ca bar secession Judge puts CCP405:21b signature "Wells" FVI29004 transcript goes Any County recorders NUNC pro tunc 10/26/92 ?FED Cr relation back 10/6/72 18§1985 Fixing by att & planers retaliation MVI74 March 4 1974 /mvi21376 8/7/88

EBook publisher Cr Victim prior notice FBI witness Protection Orange Ca Clare B Ca Bar LA ca Visit By USPS tracking #
Lots FBI fugitives USAM 1725 impeding pending US Prosecution
FBI US AG Barr rico Jaffe USPS tr #


     Ca Bar }FBIsilent }Letter delivery USPS tracking #  if FBI got week get wire cell warrant Phones tomlin panict start calling who bribed him appear 10/26/92 Barstow ca B1 judge Gibson

For LA ca FBI rico review US att Jaffe arrest USAM 944 /1725 Ca Bar disbarment Hearing date Timothy Tomlin others coconspirators who bribed tomlin Sabbah ?gibson

Suspect Travel LA from northern ca Law office have mal practice Att hired by Who For hearing /USDC fixer FVI29004 he pg 2lines 4-6 told fixer Gibson FVI29004 entry WDCV USDC 10/23/92

Reg Letter Ca Bar notice FBI suspects fraudulent Concealments USAM 1725 /944 hearing LA Ca bar disbarment complaint from prose prevailing 10/26/92 FVI29004

Ca bar Judge Sign CCP405:21b when recorded ?copy suspects
Employers & Fixer DC judge Phillips furthering Kelleher Fake 93cv4297 has US cr count 449US24 & fake vexatouse Filings /Miller/clark bribery kelleher/Taylor other Rico tag along fixing DC judges all got read victim filings CCP391.?had cr counts on Govt Att/s miller/clark but who hired miller/clark ?brown/Bonesteel Firm anchored on Fixing 4th ctapp 1980 paid feld fixer hide FBI v hill FBI v sgt trunbull 1973 /1979 fed Offences retaliation rescue Hill trumbull 1973 /att Caldwell 10/6/72

When FBI suspect Ca Bar said county ct Barstow ca Superior court employee 10/26/92
Testing Ca bar many cited both SCT that no difference dirty att or prosecutor

FBI by Ca bar Duty gets disbarment suspect fool tomlin To La Ca bar District Barstow ca where Cr Complaint fraudulent Concealment took place 10/26/92 nunc protunc 2019 victim files May 20/19 on fake prose att without prose Durston retainler tomlin claimed hired by Culliton quit nov 1990 By rico Fixers 1961.8 his OWN cost fly bus car trip not requiring Extridiction ?FBI /USAG Barr 100% cost paid when suspect gets Bar building Figueroa st FBI /Rico Jaffe US any Asst Att Warrant /Cr judge Walch ray bal ct house of arrest USAM1725 impeding Multi US Ca senenting braun others rescuers may want Give his Co-conspirators To Cal Bar Judge Then FBI take Suspect LA cr Court Jail booking /?indictment ? /instant Arraignment Raybal ct Chief Cr judge Walsh as Post Bail/By Who att by who for rico fixer 18§1961.8 SUSpect USAM 944 &1725 Tomlin SABBATH fbi SUSPECT to Been WIRE TRAPED 4 LATER Rico ARREST Jaffe WDCDOJ OC unit white Collar under bench robe fixers 449US 24 cant be sue while US jail Prison Doing time or dead fugitives /testing Ca Bar on fixing Att/s copy cat 449us24 fake 93CV4297 Fake SACV92-715 Fake 9th cir got USE US mail 2 fixers Att/s all att that clock civil rights suit one yr ran when braun convicted himself by forgery expert Bowman 7/2/92 Fixer Gibson found CA Ev code 1300 Guilty 10/20/92 word "tentative"pg and Motion Denied Reconsideration CIV24581 docket sheet 10/26/92 fixers made 2 versions that Shows planting fake atts timlin & Culliton front fixer Judge Fleuret 10/26/92 on docket VCV18857 day 10/26/92 durston got secret words law says rendering by transcript Good excellent any court

578 fsupp2d 737 /47 yr cr victim CCE§848
PAG USAG Barr /FBI wray Lead att Jaffe
OCGS white collar under court robes suspects

In ca bar /FBI USAG Barr rico jaffe Fugitive 10/26/92 Timothy Tomlin complaint $ thief
Related CA ev code 1300 civil CIV24581 Forfitues c

ON 760 561 2930  week 10days ? Expidited FBI notice return Ca Bar case # Email
durstoned @ gmail.com & USDOJ 3403 10th st riverside Ca 92501 USAG Barr etal
Complants names DA VV Nakata made no notice prevaing **Plaintiff Ernest Durston as
Non of any hearings times dates people Ca v Forgery suspect Daniel Edwin Braun
As DA/SO wereUSGA Barr v  Braun others drug dealers jun 89 as Co-conspirators
Braun planted forgery with SO CVVPD watch Commanders Bill bethkie Jun 89
DEA warrant less Arrest ?2019 –co-conspirators bethki gave Fake PD report by PI
Ralph dedegutice /govt Att brown Bonesteel hired Bribed co conspirator att James
Culliton hide 4th ct app 1980 brady debtors People Ca V factually innocent Durston**

 **CV820/900 brady framing Durston made Rico debtors people Ca & County fake
2nd 2016 tax Sale took 15947 La Verida ct Victorville ca home 1/7/2016 when
FVI29004 debtors owed Durston rico3 times $1,940 = $4,020 mi  VCV18857 $2.4
time x 3=$7.200  VCV14000 overdue to V-5-72
10/6/1972 CCE §848  cr/victim  10/26/92 covert acts/ors Tomlin /Sabbath /Gibson**

Ebook publisher Ernest Durston Show Public Ca Bar & fbi doing Ca bar job finality Long held fixing atts & on hold for FBI Fixing Prosecutor DA Nakata rico promoted judge & fixing ?DC /Ca petite Gibson /failed put Braun USMSUS FBI /CaDOJ custody Ca/County Att/s Theft home 2/7/2016 & 47 yrs Public records in 37 banna boxes shame buyer thru in city dump /

Both SCT's CA US Up held corrupted Att/s no different then Corrupted prosecutor then Now DA ramos who put up knew planted fake appointment last Election FBI /CA bar by FBI /US suspect fixing elections /Ramos DA CA AG Garry Schons /Ca fired for ITS Futhering concealment both being Public notice from Room Door public grand jury 2nd floor old san bernardino Court House & notice petite Dual US grand Jury

Only USAG Barr have denie Cr victim who 4times had hit Men ? kill Durston 8 others

Under USAG Barr put cr victim FBI protection notice Cal bar relation back 10/26/92

nunc pro tunc 10/6/72 V-5-72 Durston V city of Victorville employees 18§1985 fed cr

violate fed protected rights /

CA Bar tell /USAG FBI witness needs orange Ca FBI lady protection agent Braun personal attempt TJ mex 2011 kill mex witness saw 2010 braun gun in victim face 7/15/1993 braun & bethkie co=conspirator hit boy 14 Stanley moor gun fired Face Victim then witness face went clickty click the bullets been removed by lady who purse boy placed CVV gift Braun /betkie as Witness saw prior boy with both jun 89 DEA Fugitives Cbraun & Betthkie as US/CA DEA agents dumped on duty Govt code DA SO apprehend in at large in county at kill zone 3 after Durston ex reserve deputy Commander Lawrence Henson Henson both did official citizens Arrest On moore the fake 93cv4297 by brown /Bonesteel hired miller clark Fake sanctions CCP391.? But 449US 24 copy cat impede impeded moor Attemted Murder Durston Henson right have moore arrested but DEA Fugitive betkie blocked the SO CVVPD dispatcher taking call Jul 89 Betkie controlled And feld Said was legal 20 SO deputy School Cadets threating the tentants with AR weapons not you know missing clips Bevins V 6 no name FBI agents no search warrants feld said Was SOCVVPD right in tentionally breakdown 6 doors of innocent tentants

57

EX SBC DA Donald Feld 1979 & 1980 @ 4th ct app rescued former employees DA'S Then rescued 2 embezzlers said FBI 2 uncharged embezzlers open/en new mort Co but with Durston BICC stolen Fees Aug 78 dec 27 78 FBI noticed did nothing let SO do fake Arrest hide FBI V hill then april & 9 Durston was found innocent CV820 but DA/s SO let 9 DA/s fake Evidence CV900 & 820 hide 10/5/73 FBI v hill sgt Trumbull rescuer Hill Reserve deputy US Mail thief Durston Citizen Arrested then sgt trumbull Retaliated arrested 106/73 mail 10/5/73 Victim /been hell since /

Copy cat Bevens v 6 FBI doe agents aka Fake brady People V Durston defendant prevailing Durston V 9 Da/s on fake warrants CV900 that court reads 2 case # but says master records CV820/900 been destroyed without Legal notice Durston /intentionally done prose/s

To Ca bar &FBI & USAG rico review WDC jaffe
The roll call says 1st FVI29004 debtor stone idol 'enterprise City of Victorville acts by att/s that ca Bar have Disbar as racketeers FBI have Arrest /indict att/s an who hired atts ? Elected officials hired fill public jobs or elected volunteers boards city council members here in court its Corruted att/s representing govt making /fixing decisions for Idol wrong dooers who committed State crimes that FBI can Charge State suspects with US offences

DC entry FVI29004 secret case $ Prose judgement debtors Bribes judge block case & Gets illegal injunction agaist prose who knows nothing judgment & reputation Injured Intentionally credit 449US 24 injunction became Fake liens that city like bad Check asked /Bribed CA DOT att to not used 2 nv corp as out state defendants nv att would as Required show if the nv Corp Named person to Serve was done here that Ca trans Att Bribed ? put illegally victim who City wanted use Bad checks 93cv4297 /& 93cv3134 illegal injunction get $ from 15 freeway project ? Extortion ? embezzlement /bribery Ca tra att/s as both NV Corp were in good standing had Nv Corp Agents been Served notice Nv att to appear 3 condemnation proceedings say true Corp had geT $ in 30 days or dead Was 3 proceedings

FBI Wray /USAG Barr Ca Bar disbarments city of Victorville Att theft US? Ca freeway 15 $ 2000-2005 Used 12/16/93 of Fake Moot DC 93-cv4297 copy cat 440US 24 Illegal injunction that Judge Fixed illegal Injunction got prosecuted here FBI have prosecute those who hired
The bribed judge did theft 10/23/92 then City of victotrville hired Judge Fake case Impede the case FVI29004 that
The Judge died 2012 & clerk help theft was her duty do LR 83-1.3.1.1 send FVI29004 to Cr DC judge For Fed Crimes of 10/21/92 Guilty plea confession after found guilty 10/20/92

58

The insurance policy FVI29004 10/23/92 entry USDC LAca & 2 fixed cases USDC FVI29004 was stolen 10/23/92 by DC judge & his clerk as prior 3/27/90 as FVI29004 Inception CIV24581 Got USDC a exhibit copy cat cover sheet FVI29004 version that Triggered Attempted murder cop Garcia 4/30/90 that Got innocent unarmed man man shot in cover up 1988 murder hulion Hughes /7/30/95 n murder 3 kill one fed witness

 I have insurance policy why not got tell honest court now Ca bar court ready
I have researched this policy that keep maybe FBI in dark my fake rap sheet SO san Bernardino county Att in Exhibit was fixing Keep FBINCIC true caption FVI29004 as People Ca & US v drug dealer that govt att bribed munti Judges CA/US hide cops drug dealings /city of Victorville now apple valley shown layover drugs going out state like Drugs go thrue Pahrump Nv to vegas & beyond from side rds Ca Baker ca from apple valley ca from south America

 FBI Wray agents LA ca the reason that CA bar Court is involved fed offences fixing of Multi Cases out come rico §1961.8 and Ca bar Court judge make corrupted Att/s show how they did the fed offences that get them disbarred and cheaper then FBI agents doing Investigations how att bribed DC & state Judge clerks example FVI29004
                    I was told by phone Fbi party Contact Redlands PD on Fixer moved there From san Bernardino city this att fixed 4 jury trials with same fixing judge an probable as Fixing residence Redlands Cases as did mine

       To get A Ca Bar court to prosecute the fake Att & the att who hired Judge clerk thief $$$$

aid
Convicted felon 10/20/92 Daniel Edwin Braun in caption & Notice Waived was SO FBI not put braun most wanted /and Gibson clerk Quit soon after go Work under Culliton as Facing disbarment stayed till end Jul 1995 when 3 Prefected Murders Took place Ca city Ca that city PD chief wanted left as accident that Car left Running in Garage fumes killed fed Witness & 2 friends Dailey Took Naps As seniors were killed relation murder victim Hulion Hughes 1988 apple valley Ca both called Durston who got redirected by FBI make info to SO why both died its claimed Hughes killed with gun that bullet ? where its May match 4/30/90 bullets taken from Back legs cop Garcia shot/he lived  by Claimed partner Frank Niento and were gun that cop William Abernathy said he took off dead man /bookkeeper who fired at him/ their was witness said Abernathy executed unarmed man then fires gun air thew down gun 45 clip Shown at July Hearing VV were gun did not match clip & gun was boot gun Abernathy & witness heard  Abernathy says he took both off shooter of Garcia Was different Cr Zone away

List cause when Arrest & booked SO Barstow did not Notice FBINCIC of arrest Booking & case # FVI29004 was Victorville but sent Barstow ct as CIV24581 got opened 4/2/90 Discovery by con-man Culliton Wife did send  file 312 N Spring st USDC Att window from northern Ca exhibits from exwife doing Diviorce sends copy check And Copy of DC cover Sheet 3/27/90 IT got destroyed by Bribery mail clerks as Summary judgment

Full faith Credit Was 1/16/90 DA/SO quit braun Fake 8/8/89 arrest CaUS DEA informant Ernest Durston /as Culliton PI Ralph degutice Did Braun fake replacement police Report Cause when fake Arrest without probable cause 5 witness only saw braun tell Durston Stand up read no rights or gave explanation to 5 witness put victim in cuffs put car left

Greeting FBI mail agent as notice Ca bar LA Ca court judge as interest my fake rap sheet 4/4/41 358 32 6125 my Ca broker licence say not felon but been framed said Hon Cr Judge Taggart 1979 in 1989 I proved arresting Cop forged The fake Citizen Arrest form & he was self convited 10/20/92 when cr judge Gibson found Daniel Edwin braun Guilty 10/20/92 braun confession Guilt 10/21/92 In civil Forfeitures CIV24581 braun was not to Have immunity his att Mark Sabbath Motion Denied that was Monday 10/26/92 when Case **ENTERED keep from prose Was full Faith credit 10/20& 21/92 guilty pleas Ca Ev code 1300 42USC §1985 conspiracy violate Durston others civil rights @** 5fl Prose window As Cr victim prose & witness were with Durston paper shuffler blackmailer Ex cr att Cupp 312 N Sprung St a ca @ USDC Friday 10/23/92 pg 2 lines Per fake prose >Ca Att real job per ca car was Gibson law research clerk  present was Joan Huntsman & present was  few interested  SO deputies CVVPD cops bailiffs braun drug partners jun 89 /Bill Bethkey SO watch commander CVV watch Commander  & Cops Frank Niento William Abernathy deputy doe /Morgan transfer From Tarona SS employees SO & city VV DP chief as  SO Williams Bet notice when immunity denied none bailiffs Cuffed Jun89 DEA Suspect partner Convicted Braun DA left out 5 cops 4 above had Ca US warrantless Arrest out standing Ca govt Code SO/DA duty apprehend suspect Jun 89 DEA US ca warrantless Arrest as Both agencies dumped warrantlees arrest On SO Williams DA Nakata by CA US informant Ernest Durston broker owner Complex /
With immunity motion denied braun not cuffed jailed for USMS trip Barstow TO USDC LA Ca booking on 42USC §1985 §1983 violtation others
Braun went Back work as convited forgery felon was working Day FTA joan hunstsman filed bench warrant Her duty she both worked Barstow Later Told Sue Hamblet Told durston Witness Sue now VV cr window chief ct clerk that bethkie treatened her cause FTA warrant bethkie  thrown it away 11/20/92 allowed braun say working US CA Dea Warrantless arrest jun 89 out standing 2019 May out standing 11/10/92 FTA 8/8/89 forgery found 7/2/92
Priorty warrant with legal  Papers ?Extradition ? TJ mex PD

On lien Recording GD 94546 hemet
Ca USAG Barr represents informant
Ernest Durston Ca Bar Cr Complaint
Fixing Cases by Govt Bribery judges
clerks hide US/Ca Fugitives From
Justice 578 F supp 2d 737 copy cat
Cr victim durston under 18§3771 has
US att Hanna /USAG Barr Rico Jaffe
In USDC in FVI29004 a DEA informant
Jun 89 others witness complex tentants
**Multi thiefs FVI29004 @ Ca US/9th cir**
Theft FVI29004 @ DC 10/23/92 & Bernal clerk
Gave US fugitive braun to USMS Singer agent
Of TJ Mex PD /US treaty 2011 fugitive D Braun
Bernal clerk 11/17/14 victim re entry 10/23/92
2nd fvi29004 full faith credit Hon Judge Bernal
had theft Record FVI20004 4 pgs transcript
10/23/92 full faith credit auto Venue change
LR -83.1.3.1.1 both cr /civil Ca Ev code 1300
93CV3133fixed hide FBI v Cops Hill & trumbull
FVI29004 needs prosecuted Copy cat 449US24
FVI29004 fixed hide US v Daniel Edwin Braun
93CV4297 bribery Judge by debtor govt att/s of
Prior fixed DC FVI29004 10/26/92 & Civ24581

CCP405:21b contains 4 pgs USDC records of
10/26/92 fed lien with VCV18857 $1,940K as
Watered down by concert blackmailer & govt
Att h Kraft jbrown mbonesteel

Judicial Approval FVI29004 10/26/92
Hon DC Judge Bernal CCP405:21b
**new district auto venue LR83-1.3.1.1**
reentry Full faith credit 2 guilty pleas
93CV4297 had Cr/civil consequences
Wrongdoes fixers govt atts & judge
CCP391 tells Cr /Civil consequences
lead att Miller/Clark /Brown Bonesteel
FBI/ca bar visit fixed cases by fixers
93CV4297 fixed 93Cv3134 & 3133
hid theft FVI29004 entry DC 10/23/92

BUT 93CV4297 was defendant WIN
Judge Mandabach VCV14000 9/28/92
Cr Judge Arden 4victim with prejudice
2/21/90 SODA quit 1/16/90 planted
2VV Cops badly beat Riveria v Durston
Inception FVI29004 plant DaSO offices
2 Cops forgery FVI29004 found 2/7/92
Cops without cause debt summary 1/16
90judgment arrest 8/8/89 rico retaliation
Fall guy braun jun 89 US CA DEA
warrantless arrest of informant victim
10/6/73false arrest US mail victim had
Citizen arrested US mail thief full SO
Reserve deputy Charles Hill /finish
Carpenter Durston const employee as
46 yr nitemare began CCE §848 other
6-8 Murders & attempts other witness

ByUSPS Tr #                          USPS tr #
La Ca fbi Mail AGENT Case #          & ca Bar court disbarment get case #
Ca bar disbarment proceedings of Cr proceeding FBI /USAG Barr & Lead Att Jaffe Rico
Reviwed WDC Crimes Against US/ca USAM 1725 Pending fugitive FBI not allowed be

Noticed by govt prosecutors who lost cases then hired different judges fix keep fugitives Being put on MOST Wanted list oldest 47 yr FBI v mail thief san Bernardino county SO reserve deputy Charles Hill rescued by Sgt trumbull SO Williams watch Commander of 8 other CVVPD cops under PD chief Williams on 10/26/92 FBINCIC fixing by govt att Concert with Gibson law clerk att Timothy Tomlin

18USC §1966 Cal bar FBI expedition actions
FBI prosecutes govt fixers Att 449US 24
FBI prosecutes fixing CaUS court officers
Ca bar signs  Bernal CCP405:21b 11/17/14
Bernal 'Wells' Secession judge FVI29004
11/17/14 theft FVI29004 CCP405:21b as
Ca bar certification court reporter FVI29004
Fake att tells fixing judge FVI29004 in DC
Friday 10/23/92 RE entry 11/17/14 Bernal
Single only judge venue change LR -83,1.3.1.1
Ca Bar Cr court Disbarment secreted fixer att/s
Ca Firm Brown & Bonesteel bagmen 2 att/s
Timothy Tomlin per calbar Gibson law clerk
& Debtors Att Sabbath concert no immunity
For themselves & Convicted felon forgery as
Braun did not act alone rescued by secreted
Ca Firm hired lead att hired fixing 93Cv4297
Bribery few DC judges copy cat 449US 24
illegal injunction worst kind rico fixing as
only CA bar FBI can undo CCP405:21b as
show certification is need of county recorder
of lien rendition being recorded judgment

FVI29004 10/26/92 theft notice FBI VCa
By Notice Waived convicted braun walk
out court keep badge uniform /gun pay
check no need show 11/10/92 as FTA as
Huntsman Gibson clerk issued FTA
warrant that Bailiff bethkie threw away
threatened huntsman life drop warrant
18USC §1966 expedition of Actions by
any USAG asst Att may?file certificate
with DC the case is general importance
Public to only judge riverside 11/17/14
which FVI 29004 was theft from Bernal
clerk long held once judge had /keeps it
to hear & determine theft suspects MO
clerk let USMS do retaking US fugitive
10/26/92 FTA 11/10/92 DC sentencing
US v Daniel Edwin Braun ?rescuers
18USC §1968 rico investigation Order

10/23/92 full faith credit FVI29004 entry 4 closing time theft FVI29004 still open
Barstow Ca Durston refiles LR 83 say venue change IS required New district riverside Ca
As prevailing prose clerk riverside say 11/17/14 put 10/23/92 full faith Credit B1 bernal
clerk

Sorry judges circled knew fake 93cv4297 that 449US 24 Illegal injunction hid FVI29004
That not listed by govt att making list case last morgan /perfected ?murdered was reopen
Wire tap durston phone his blackmailing Civil rights att $ SO att may paid $ extortion
hide fixer put paper VV cause his fake arrest SO taped Durston phone during 1991
discovery CIV24581 morgan civil rights violated by illegal wire tap contel building as
Durston & friend saw Tap His wires civil rights violation per phone man desk had no
court papers Approval  black white wires went pay phone wall direct DA office VV Ca as
contell  Mojave DR transfer building across high school Durston removed wires got nasty
letter from fixers reserve deputyies contell employee got reserve deputy badges

Ca bar forms don't cover fed offence crimes USAM impeding pending $ judgments &
FBINCIC  NOT noticed by fixing rescuing Ca court Barstow ca

Timothy Tomlin never met him & Culliton Quit nov 1990 /1992 no retainer both outlaws
govt got him check FFA register out bought In Wisconsin by fake name straw man that
FFA disbarred Culliton WWW999 air Plane 8 passanger turbo prop exec & nam Era
High lift chopper parked Apple valley Ca Then moved up north after doing hopps mex ?
white stuff /almost caught so did not go back mex where chopper claimed used in buiding
Projects for Cartels

Cal bar cr court Complaint FBI notice exhibit FVI29004 fake att & govt att concert theft
transcript $20Mil Rico judgment keep from DC effectuation $20 mil plus & keep FBI
from Being noticed of Felon Convicted Cop not fully DEA crimes Charged by DA &
18§3771 say if not sentenced yet people US DEA enhancements still FBI wanted adding
10 yrs fugitive time

64

EBOOK publishing if CA bar snitches FBI wants timlin show tell on Cell # rescuers of Timlin /Sabbath others at calbar show tell not cr proceedings YET FBI take over from Cell Chief Cr judge Walch order wire tap information if fruitfull may exspose others AS FBI dictakes what tap show facts 10/26/92

Tomlin told bring ? send ? who clients were 1989-1992 oct 26 bring evidence phone #/s etc befor hearing on way timlin got info appear at Barstow ct B1 judge Gibson FVI29004 In Ernest Durston V city of Victorville & county Of San Bernardino does 1-10 inclusive defendants and why timlin failed tell Durston he had money judgment

2006 Call Cabar tomlin att employed by court 5/24/19 that not found computer Hacked Info court employer now was att working out apt Applevalley Ca after passing bar 1989 FBI WDC Wray wants Ca bar get tomlin to La at tomlin Expence not extradition FBI cost saved & time let timlin call coconspirators

FBI noticed waived BY illegally govt att making decisions for rico enterprise CCe§848

asked fake prose att ? judge Law Att clerk Timothy tomlin

Fed felony impede Ca/US /DEA Jun 89 enhancement Sentencing that DA Nakata motive He SO Williams concret planting braun Forgery was been braun Co-conspirator in fake 8/8/89 arrest Braun DEA US ca Informant

On 12/16/93 & jun 6 95 Fixing DC judge & Crinies did 449US 24 Illegal Injunction injure reputation Pro se FVI29004

FBI Charging Tomlin & Sabbath /Osterburg lead Att of govt debtors FVI29004 /others CACA26815a insurance payments Bag men John Brown & Bonesteel
        LA Ca FBI To Avoid upnorth extradition paperwork Ca bar set hearing trap date Then FBI had time to wire tap cell & land lines timlin for talks Coconspirators ????


   So DA quit 1st fake 8/8/89 Arrest DEA ernest Durston informant SODA Braun plant 2 fake arresy 1/16/90 Fixer Culliton quit nov 90 was not Friday 10/23/92 prose Att Monday up pops tomlin Att Sabbath plotted the $20+ mil theft lines 1-4 pg 3 FVI29004 was officially acting for Debtors impede FBI retaking people /US v 10/26/92 Gibson denied govt Braun immunity Continued date sentencing 11/10/92 date braun found Guilty by forgery expert bowman discovery 7/2/92 gibson approved 10/20/92 word is "tentative " guilty verdict 9th cir said fixer miller Clark /Osterburg brown Bonesteel mailed Rico crime to 9th rico said 365 days on fake civil when found june 26 92 SO County Councile City Victorville city council Bagmen brown bonessteel Haigh Heirs Got govt bag money 1962

FBI Wray & USAG Barr ca bar Question to arrest Timothy Tomlin at apple valley ca apt
 What clients you worked for that you paid IRS Ca FTB tax returns On fees paid Tomlin 1989-1992 say nov 92 you went work for Culliton up north on discovery FVI29004 in

2006 I & witness called Cr dept Ca Bar who was tomlin told law clerk San Bernardino County employer chief admistrator judge went his office told same Info NOW CA bar does not show that employment record did out sourcing tomlin Hired by Client county Administrative Judge as law clerk Att

Suborned felony purgery tomlin 10/26/92 not received emergency FRCPRule 77 without notice Sabbath Filed USDC 1st Docket entry US v Braun ful faith Credit People V braun missing DEA crims /what from prose10/23/92 at 4 at prose window theft case FVI29004 was over weekend cupp noticed debtors only not Att/s as braun found guilty By Gibson DID NOT required Ex cr att cupp Give no notice bagmen Atts of defendants FVI29004 & county defendants Govt board of county supervisors liability concert theft PC487(d)(b) CACA26815a cupp gave ONLY notice 10/23/92 BY US mail 10/26/92 got Monday @ clerk Barstow CR window using victorville case # FVI29004 /Civ24581 in front FBI suspect Gibson B1 USAM 944 & 1725 /DA SO Gibson Sabbath /Tomlin impeding jun 89 Pending US /Ca DEA warrantless arrest fall guy Daniel Edwin braun for Bill bethkie planting fake PD report betthkie another Faked pro se totally destroyed lady embezzler aug 78 thru dec 27 78 BICC mort co of Durston never touched perjury betkie Claimed planting PC141(C}felony fake 100 % destruction car Jerry January on corner at the Welding shop now tire sales highway 18 & Hesperia Rd as insurance agent foung virgin car father garage Lucerne valley he was prefected murder with 2 friends 7/30/95 Durston told john January not call CVVPD tell virgin truth car but he did got murdered

Cal bar question Culliton had no retained from prose Tomlin claim hired by Culliton on Show date 10/26/92 where was Barstow Cr window DO who clerk got paper from either Culliton or tomlin retainer from Prose had be WHO did forgery Durston signature approving show tell its not question where fake retainer paper work destroyed ??Docket sheet FVI29004 not yet made public
What authority from prose did know Tomlin or would allowed Culliton represent victim of Culliton blackmailing govt Bagmen SO hired pay Culliton /PI Ralph degutice as fixer illegally have waive notice with debtors att who lost right proceed being locked out USDC proceedings lost right 10/20/92 when Gibson Found braun guilty CAEV code 1300 kicked in civil forfitures USAM1725 pending Ca/US cases

Ca jur 3d evidence §338 say hands{655 3rd st clerk april 2019 said Femail Chief Clerk Cr record Daniel Edwin Braun Can only be viewd by braun & nobody else of SO Williams ?DA Nakata ? records bag men att/s fall guy Sabbath /lead att OSenburg .dead lead Att Haight /John brown /Michel bonesteel

Culliton quit nov 90 WWW999 Ca Bar asked by FAA disbarred pilot Culliton ?why

FBI Wray USAG Barr rico review Jaffe OCGS white collar Cr by fools Cr against US
Doing 4 USPS tr #
        The exhibit FVI29004 looks 4pgs innocent but FBI was who GOT no notice
Cases missing 46yr fugitives not on most wanted list as illegally noticed Waived FBIncic
LA ca / Ca Bar gets POTR #
LA ?riverside Ca FBI gets #
USAG barr #
Pendant Ca Legal Malpractice Att #
  Ca Bar combo FBI sting get who masterminded convicted escapees US/DEA fugitives
DEA Charley Raybal ct house jun 2018 noticed with chief cr Judge Walsh sat on fugitive

2 ca att still fixing case still working ca bar #/ FVI29004 true caption US v Braun recuers
FBI working Ca bar sting get wire taps on 1st FBI suspect use cell after bar give hearing
in LA ca Bar Court when tap in place FBI suspect att timothy tomlin should start calling
Who hired fixer day fixing court 10/26/92 B1 Barstow ca the case # is Victorville # sent
to Barstow Ca san Bernardino county superior Ca Fixer Judge John B Gibson seems joan
Huntsman & Handler sued 1996  Gibson others As 2 blackmailers Att regarding this
court fixings 10/26/92 FVI29004 were SO Att Sabbath left files at SO headquaters 655
3rd st San Bernardino Ca case sat VV Cr windows till VV cr clerks destroyed victorville
FVI29004 that Gibson FVI29005 /CIV24581 was moved from Barstow to victorville
when saving $ Barstow ct was Cut out funding anext fixer when Gibson retired tried to
Cover up people V braun per betty Cr window san ber got booted to family Cort Job
When 2nd fixer judge tried hide FVI29004 issued jul 2 92 tried back date FVI29004 to
8/8/89 when still using book to issue FVI29004 nice ask dates of case numbers prior &
after FVI29004 what dates they issued on arrest Felonies party days in court blows fake
Attempt 2 fixer judge non thinker


  FBI duty investgate mastermind escape convicted felon Cop still left ct room with badge
Gun uniform pay check later worked for Ca DOJ as Special invesigator DA office seen
out side V10 ct room of city Att Kraft had got ca trans Att to use Fake Liens 93CV4297
That impeded V-5-72 10/6/72 Durston V city of Victorville Aka 93CV3134 Jun 6 1995
That triggered 3 prefected murders in cal city ca jul 30 95 kill fed witness John January
& two senior Citizens all taking dailey nap after visits from SO CVVPD cops where he
Gave evidence of BICC mort co fed thefts Bicc Fees & 14 US govt loans records funds
his daughter Jerry January & darrel Peterson master minded thefts got father help horse
hauler trailor truck theft Records & office equipment from BICC office 14880 7th St
Victorville cause Durston owner 'Was Bring in CPA David Kenney for Aug –dec tax
time audit both took records loans processed from loans of BICC construction control
Were ready quickey take out BICC mort co from OK city OK state OK takeout lender
But Durston wanted 14 loan packages US govt Property back removed from Durston
BICC custody got touch with Larry Henson reserve deputy commander who was working
with FBI agent Bob White on car theft Ring but things got screwey regarding Tar tettle of
Suset roofing co I bought Redlands Ca was stolen by labor only Contractors 2 brothers
Out Peoria /Glendale Ar who I caught short sheeting theft ply 40 lb felt on 14 homes but

Theft jepordized 14 loans was screwed roof had rock anchored by tar  over 2 /15 lb felt bottom sheets not repairable the theft kettle was city PD made & sept found kettle in Ore Grande county but told cCVVPD dispatcher was recovered but 2 brothers Reported tar same kettle I had pink TO SO who used theft Arrest 2/22/79 in april gave pink to hon cr judge Taggart who told every body to chambers Durston free to go but fixers Had Fake ] CVVPD from 93 cv3133 Bill betkie Idurston destroyed lady embezzler car but insurance agent same mine called found Virgin car in BICC  theft Conspiratos Garage Taggart gave Brady cr victim fake Rap sheet 1979 & fake Rap sheet 1989 SO/DA Gift quit Fake 8/8/89 Arrest DEA informant by forgery conviction cop Daniel Edwin braun no immunity FVI29004 10/26/92 read 2011 TJ mex PD ^by US treaty braun attempts 2011 kill TJ mex Witness 2010  of Braun shooter ready foiled by Mex Marines stoped next car spooked cop still convicted badge /gun silencer fleed running over multi mex witness believed cartel Hit man with illegal gun

FBI Wray
USDOJ pays all cost US prosecution & pays informants relocation keep being killed
So testify at USAG Barr prosecution BELATED Fugitive Braun did have bus loads
Rescuers CaUS & 9th duped by 2 lead atts Miller & Clark list case Pacer USDC fixed
Anchor 93/CV4297 copy cat 449US 24 Us prosecuted judg but here more one fixer

  FVI29004 now 69 pgs cost to much Print it all key word FVI29004 'tenitive ' Guilty
What may interest FBI judge Gibson clerk never noticed FBINCIC Cop found guilty as
When special Appearance Brarstow Ca Arrested booked fingerprinted On SO file at 655
3rd st San Bernadino or WAS  she chief cr clerk said give Ca DL # C0600086 show your
Daniel Edwin Braun  you see your rap sheet 10/20/92 found guilty of forgery PC141 (C}
felony now as convicted cop but you Durston can't see public records FBINCIC don't
have YET ???? convicted felon gets med check after conviction then works CADOJ
K Harris as DA Special Prosecutor Gun Badge seen wearing day fixer judge Reichert Ex
ca bar Judge Fixed illegal use wrong non land owner Durston V10 VCVVSO38921
Was Ca trans faked use non owner Durston by Ca trans fixer Att removed NV Corp
Belgo Diam II no service on designated Agent for service Fixer served non owner
Durston
From people Ca V Durston as city wanted USE fake liens 12/16/93 93CV4297 449US24
Copy cat Illegal injunction used had built in Cr charges when civil illegal injunction is
USEd in Cr case Copy cat anderssen v us 298 F3d 803 9th cir noless 2002 stated its clear
That fools who attempt us civil injunction to interfere with ongoing CR investigation

USDOJ Pays all100 %  cost PAG informant 47 yr research & 25 % percent foreitures of
Corrupted FBI /USAG /rico review Jaffe WDC suspects start with 3 printed ones as silent
was others in FRCP R 77 emegency EX parte One time USE USDC proceediong out side
LA ct silent WAS 312 n spring St Cr court Room as barsow Ca CR judge john b Gibson
Now retired 2014 ?last lived Wrighwood Ca around corner from  'twin Lakes' pond
Check where he gets illegal retirement Check get address Phone # was FBI/USAG
suspectUSAM1725 & USAM944  10/26/92 cr against US /Ca as prior other fixer 18 §
1961.8 Out come Rico Braun & rescuers date found Guilty 10/20/92 auto 20 day rule as
11/10/92 Gibson Could sentenced Enhancments DEA others what Fixer DA nakata Fail
Inform Gibson that DEA was Dual Sovereignty US/CA jun89 warrantless arrest by
informant info as CA/US both had felonies enhancements setntencing same date 11/10/92
Only Gibson Could Done CADEA A USDC Cr Judge had Do USDEA sentencing if FBI
Been noticed


FBI intake agent required be honest Ex Da make sence 4 pg FVI29004 peopleUS v braun
FBI could arrested 3 rico fixers but Say notice Waived ?FBI/USAG Chief cr DC judge ?
USAG Barr POTr # 9505 5066 9986 9121 0737 86 FVI29004 was waved USAG 1992
Illegally by all3 Was waived FBI Tr # 9505 5066 9862 91145 1192 95 was illegally to
Ca bar tr # 95055066 9861 9145 1145 1192 71 HE put hold May 2019 legal malpractice
att Kieth Sisco 9505 5066 9986 9121 0737 62 pendant 598 F supp2d 737 that cite say
DEA informant need FBI agent in Orange Ca Clare Balania ?SP open FBI Wray claims
FBI investgates cr against US/CA What fbi reading 3 pgs says 'its Dual Sovereignty day

tells pg 2 lines 4-6 FVI29004 got USDC what 598 F supp 2d 737 says also crime victim under now USAG barr underlings Asst US atts Cr victim long past jun 2017 making notice 12floor Chief Cr judge Welch got notices papers after DEA Charley sat talked took papers prior 12fl drop box walch from visit 'charley' by  victim 17 floor  both at Raybal ct house temple st la ca90012

FBI v USAM§1725 Suspects FVI20004 Mark Sabbath rico DEA foot soldier debtor 1725 impeding pending Ca/US sentencing 10/26/92 as victim gal friend found 4 pg in old file ex cr att cuppp sept 21 /2006 went Barstow ct yup said Gibson got you judgment but failed tell people /US DEA v braun & rescuers criminal conspiracies run last covert acts  Ca Bar Court proceedings against tomlin & Sabbath /Tomlin First FBI ca bar sting date Find relation back rico mastermine was Sgt trumbull played Rescuer FBI suspect Hill as Sabbath took over being rico king pin  over City county foot soldiers  civil directors of Paying debts corrupted cops att Sabbath making illegal decesision fixing out come US/CA 10/26/92  FVI29004 keep FBI & DC noticed braun guilty verdict by Gibson & Ca E code 1300 dual sovereignty civil  forfeitures both us/Ca jurisdtion still 0pen

Trump moves Army troops lying wire cut down cr acts where wall missing $ plug holes that congess dems want left open let in drugs /that kills US citizens dems forgets
that Ca DC judge Forgets also that DC judge are protectors of US citizens also an US cr prosecutors Att/s been before DC judge in Ca elsewhere but case on point in DC was before DC judge on cr points that seems follow the judge that Blocked money to put walls were Holes let the flood of people that may have medical /criminal problems free to bring to ICE  employee per Congress past bad decisions let any one In US without Wall
Trump needs to have Bill Pasted that bring More teeth to who lets drugs in US as bring Cr laws to congres Dems or any one who does not respect Cr laws on US books y``

DC judge thinks mr trump is no following Dems don't want trump spending $ that the dems not will not approved cause the wall not going stop the cr activity or bad folks sneking in semms the ICE dumped 100plus in city of minnifee Ca the city folks want the ICE dumped folks take fee bus pass to LA or San Francisco /the judge said he was blocking trumps movement funds $ that Civil Blocking by dems working the dems civil question have not gone to the criminal problem drugs crossing border

Mr G  don't know if uou reads this but ment for mr Barr asit about cr investigation At the border that got truth about it but seems part of congress fools do/t think So the drug laws are Covere by IRS Rico Civil forfeitures an the dems fools need researccd their /own Tax retrurns 9th Cir had such Case that DC judge feel short on when US Att could not get DC

Judge let US att research big Ca employers IRS tax returns that defendant US removed to 9th Cir were 2002 the DC judge was letting ca employer use Civil injunction SOUND Like as 2019 DC judge say he Blocking Trump is DC judge copy catting 2002 DC judge when 9th Cir 2002 had let US Att SR Brown show 9th cir # judge  that Blocking AKA is Civil injunction that not legally USE when trump Doing Chief US cr prosecution keep Drugs Mules out US by BuingWall CHINA did it also Isrial done it NORTH Korea has fencing land mines USatt  SR Brown got position when trump fired US att that law says he got right last president appointed Brown was day worker when trump Opened Job she was given LA USat top job then trump Appointed Hanna as to USATT in LA as brown Case Duty Hanna from 9 to Enforce that cr Matters of Top Cr cop trump at border That DC 2019 judge can't use Civil BLOCK injunction on trumps Cr investigation border who bring drugs into US & Congress dems inticing other who bring drugs across border & who UNCHarged may be criminal may be responsible for attemping Fix 2016 Election

USPS 9114# 911499944314381048856  US president private Att rudy Giualina 1085 park Av NYNY Pent House suite A10128

62ALR fed 106 series of illegal transactions use USe mail frauds predicated acts 18§2&3&4 Conspiracy count & infurtherane  cr conspiracy demonstates the cr intent to Imped trump cr investigation at border elsewhere WDC the existence of commom scheme or planning as one person serves as commom linkbetween covert trasactions as are  part of same others conconspiracitors acts for purpose of joiner of DNC desendants Planting fake evidence under rule 8 (b)
The courts have following cases Held OR Rognized that Conspiracy counts can be shown Sufficent connecting link witch hunt between DNC codefendants and felony substantive offences soto constitute a sieries of predicated acts injury reputations acts or fake transactions  for purpose  their joiner in Rule 8(b) of fed r of cr procedures single indictment & Cr R32:32 §5 common proof as to same evidence could br used at US trial To prove fake fakes reavent to common proof of all related charges

Trump 18§1962 US verdit  cr case US v DNC organizational defendant Form Cr R 32:32
 It shall be felony ror any person who recies any state income derived directly or bagmen Indirectly from pattern witch hunt Rackteering Activity within section 2§18USC to use or invest any illegal funds or income from state or states pat at time of use of any part that income that didn't work In the US general interest of the states affairs but making false evidence as further rico enterprise the DNC witch Hunt shut down President Trumps cr investigations drugs / & persons injure health welfare US citizens by illegals who flood illegally entry US handcape ICE so drug cartels operatives get drugs thru unsecure border

Congess rico ?asked ca dc judge for injunction Block  matters of cr matters at US borders civil fix put place that US att had already said NO one Can USE Civil injunction impede US cr investigations

Dems filed in ca by legal assistance Att/s CA ev code 956 hide to imped cr investigation
                        Trump /Rudy to use US prosecution of DC judge illegal civil Injunction stop funds in use of US Cr matters building wall as demos bribery way he got To bench trump find US att SR Brown work under USAG barr on IRS investigation demos with questionable past deals & use her 298F 3d 803 9th cir 2002 as Trump  got he Job when fired att of prior president appointments then got he booted her when replaced her with appointment civi att Nick Hanna as US att at LA ca 312 n spring st were FVI29004 got theft 10/23/92 CIv24581 other related civil forfieitures an she got booted as trump hanna replaced her she seems quit USDOJ private att in tax firm as Sandra R brown /Bodner at 9150 wishire blvd Beverly Hills 90212 #310 281 3200  firm # Ca bar
                        Trump /BARR ? hire her File appeal civil DC judge illegal injunction
Ca DC judge illegal use "block'US Cr interest  appeable civil injunction " trump @Barr Cr investigation "word"  by Civil illegal word blocked by illegal use Civil injunction when US is at war with criminal investigations drug cartels & laws regarding putting people to  Enter Us smoke screen while ICE agent baby sit people that congess lets enter US cause of bad civil paperwork by congess in past dems wanted wall on us southern side US/Mex  border /

President trump Att Rudy Giuliani to  USAG Barr/SOS Pompeo  about letter mex president let SOS Mike Pompeio ask \Mex president can allow let USAG  barr do mex president request request Extridiction hit man Daniel Edwin braun use silencer illegal gun In violent crimes retaliation murder as felony US ca /ca By TJ PD Mex /US treaty copy of  Warrant shows fugitive convicted Felon Cop attempted kill Jun 89 dea Ca/Us informant\ Ernest Durston American citizen

Hidden evidence FVI29004 in theft records says case transferred from old civil system
Says honest case fles destroyed 5/6/97 braun behkie did burglary pahraump nv april 97 Why civ24581 destroyed ???case sent 4/23/93 to Proulx fixer moot 2nd double jeopardy mvi21376 & 3& 4th double jeopardy VCV1400 fixed EO7450 4th ct app city att Proulx bribed Culliton not prosecute Durston V city VV as ce judge 'brady' 2/21/90 with prejudice defendant prevailing an SO/DA quit 1/16/90 fake prosecution DEA informant Durston & lots Air force families were run off jul 89 city fake DEA raid were missing as 6 special search warrants no obtained by by honest US AIR Police & SO cadets AR without clips /

Forenc sick evidence last 3 court dates 10/24/23/22/21 then top says received 4 audio tapes copy hearing 10/26/92 produced 3 pgs  says SO ATT/s motion denied immunity defied 10/26/92 same fvi29004 not put docket by county clerks says
Stolen by court officers  victim shoews 2 Exhibits CIV24581 10/21/ 92 gulity pleas
Are required be taped by court reporters besides doing transcripts of confession of guilty Is CA ev code 1300 govt wanted quickey civil forfeitures ?coqnovites ? By NO MORE public hearings then another stolen since said 16 tapes confession 10/21/92 recived court 20/25/92

        FBI LA ca Wray Short cut DEA warrantless June 89 Ca US /FBI DEA LA Ca 17th floor DEA has person called  'Charley} informed SO Att/s CAEVCODE 956 fraudulent concealment tolls clock 1989  jun 2017 arrest still tolling mex arrest 2011 arising 2010 mex warrant # 8510/11/211/ap Feoha de inicip :o6/10/2011 englich speaking mex pd official typed  arrest warrant as hit man fugitive Daniel Edwin braun Ca CDL # C0600086
Guilty pleas required be Taped recorded CIV24581 civil forfitures                Second short cut CIV24581 2 fixed docket sheets shows tapes Guilty plea

Greetings LA FBI mail agent FBI Wray under USAG Barr rico review OCGS att Jaffe

Fake FBI rapsheet san bernardino county sheriff 1979 & 1989 Prevailing prose FVI29004 In fixed 2 different docket original Forgery discovery CIV24581

73

FBI sting Ca bar letter to 18§1961.8 fixing att Tomlin Ca bar has LA hearing 10/26/92
Were who were your clients after passing Bar till jul 92 were your tax returns SS infor


Crimes against US Ca by ca bar att/s concert  judge gibson fixing rico§1961.8 proceeding
        Ca Bar figerioa st La ca moral turpitude disbarment bus load FBI USAG /proceedings
Secession BAR court Judge copy cat "Wells" bar judge to sign CCP405:21b FBI takes on
USAG Barr Prosecution ca bar court att/s 18§4 who failed existence of FBI fugitives &
as Committed embezzlement victim Funds by impeding USAM 1725 pending Ca/US
courts sentencing braun & rescuers


Caevcode 1300 forfeiture  braun guilty plea
Registering Am jur 2d 170 transfer to the
Ernest Durston prose plaintiff CrVictim
V city of Victorville and County  San
Bernardino does 1-10 inclusive defendants
18§1961.8 /47yrs Fixings outcomes

CCP 405:21b  Ca bar JUDICIAL approval
§51:216 prior VCV14000 8/28/92 full faith
credit MVI21376 victims "with prejudice"
county Recorder nunc pro tunc 'rendered'
  'Ordered entry 'Full Faith Credit USDC
  fake att noticed Judge FVI29004 entry
  USDC prior as entry of minutes of court
  FVI29004 became dual sovereignty case
  prose judgment as nunc pro tunc order
  regarding fact rendered  pg 3 lines 1-4
  as Exception to general rule recordings

pc510 evidence of psat due debt VCV18857 $1,940 Mill watered down FVI29004 pg 3
lines 1-4 pg 2lines 4-6 usdc entry pc 511 upon indictment for embezzlement cr law
crimes against victim property §271 govt embezzlement 27 lots 2008 /home 2016

the fake Att & all incusive does govt att were there for embezzlement {does not require
actual theft cr victims  creditors funds  act of 18USC§1956 laudering of monetary
intruments  suspects may be fines not mor then$500,000 OR TWICE Value of iverdue
instumants whice ever is greater face not more 20 yrs or both over due debts past due
1980 4th ct app

Sept 1 1992 bribed att James Freiden  walked from wining case with original letter telling
victim he win case for $100K fee realy was sent SO ?Da for more $

Cal bar contacts SS people for SS printout timothy tomlin IRS showed self imployed or was att paid by others in  tax returns 1989-92 they have moneys tax collected from job or Att was hired contractor of San Bernardino county court Were ? who Tomlin Paid his own IRS tax due or county employer collected IRS money Solve question as 2006 victim contacted Ca bar said Tomlin was employee of chief admistative chief judge of San Bernardino county Superior court /and now says shows contract att out apt in apple valley Ca was told 2006 ca bar Cr window now closed person male

Cal Bar Court disbarment 2 fake atts theft /judge rendering pg 3 lines 1-4 not noticed prose money Judgment that was copy of transcript sent recorders with CCP 405:21b As signature honest rendering judge

Mr G  the lady ex US att left trump a free bee case copy cat lady att had 2001fixer DC judge that made lady US att go 9th cir app on illegal blocking US IRS from cr investigation tax cheat was big contributor to judges political party / at 9th MR trump as Use of lady US Att showing civil injunctions Trumps DC called blocking DEMOS wanted /funds not go wall get built that last president wanted that new mexico mayor has Used two words copy cat "civil injunction" word /Cease & decist civil words that trump can tell mayor /demos congress ITS Criminal Matters at border say words lady US att said cr investigation at border it legal use relocated funds that demos object too that cartels want left open also

US Ca ?Nv Criminal complaint Ernest Durston as
Cr victim PAG Private Ca Att general as under
USAG Barr by 598F supp 2d 737 @ 3403 10/th
Street Riverside Ca 92401 @ USDC of 18§1968
Fugitives other states @ EDCVUSDC Riverside Ca 92501
      278 f supp 2d 104 cited FBI fraudulent concealments 10/5/73 tolled time clock
Ca bar ct v tomlin 10/26/92 concert waive notice FBI v Tomlin etal /CCP405:21b
  Ca bar ct <u>v</u> ca att Timotht John Tomlin USAM 1725 /conspiracy impeded CCP405:21b
Delieved county recorders Am jur 2d 170 transfer DC full faith credit 10/26/92 top pg 3
Prior 10/23/92 by Ca ev code 1300 arising 10/20/92 gibson judge found braun Guilty ???
      Ca bar v IRS social security La ca FBI suspect SS#_____
Ca Bar 854 Figuerioa Blvd La ca 90017 v Ca AG K Harris 2012 not interested FVI29004
  Ca SCT protects pubic interests @ rico 18§1961.8 fixers jurisdiction OCGS att Jaffe
      Ca bar hon Judge _____5/  /2019
      print name _____
                CCP405:21b Judicial Approval records from
                IRS records for proof of employment in Ca
?Judge signed Fake 8/8/89 people v PAG  That SO/Williams concert with Da nakata
went before FBI V ? judge ?approved SO?da 1/16/90 quit fake  arrest DEA informant as
retaliations 8/9/89 moot VCV14000 as fake by city att Proulx planted 2 counts impede V-
5-72 10/6/72 durston v city vv king pins /DID 2 nd retaliation  MVI21376 was still open
8/7/88 when same rico OCGS att Jeffe  suspect davd Proulx & Henry Kraft & Kieth
Higgins fixer MVI60671City v Durston cost Durston loss apts by fake 31 counts filed by
city king pins before cr judge powers city QUIT copy cat 2013 MO of april 94 <Higgins
disbarred by others now lives back east FBI list fugitives Fixers


 both US ca DEA told So Da fixers  it Ca Govt code duty SO/Da DEA retake all fugitives
5 suspects at large jun 89 in County possible Gibson as approved SODa quiting
prosecution date as  unknown Culliton would been in court  as  Culliton made Durston
wait car while fixer  Culliton picked up 1/16/90 judge ? dismiss  fake people v DEA
informant Fake 8/8/89 as Da/ SO filed forgery braun  before Barstow Ca same judge who
4/2/90 sat fixed CIV24581 culliton filed USDC 3/27/90 Fell apart SO Att hicks gift
braun forgery arising depo braun & 2 cvv cops had bady beaten riveria remember he did
Forgery @ depo 6/26/92 discovery 7/2/92 bowman got braun found guilty

      FBI /USAG suspect    Ca att Timothy Tomlin SS #
12429 Avlon Blvd 90061 La Ca Social Security Administration records may show who
filed IRS tax return employed ca att & what was Timothy John Tomlin employer name
prior /after 1989 & on 10/26/92 as its put print Tomlin went to work for employer Ca Att
James Culliton posted IRS & Ca FTB return  what wages Or sole att posted / bribery
Funds earned to IRS any funds that Tomlin Earned Nov 92 till july 1995 Ca Bar records
says Tomlin went So Ca att office as wages paid by that Att Firm lasted 2 yrs went
another firm were Tomlin was paid ?wages

amounts

Cal Bar Court investigation employement after 1989 passing  bar till 10/26/92 ca att Timothy John Tomlin /DURSTON & Investigator called CA bar said tomlin WAS San Bernardino Court Employee WELCOME world hackers removed Ca Bar 2006 sept \ In Fo  when private investigator hacking Durston computers read ca Bar 2006 info an Removed it now reads he went solo att after passing bar worked out apt in apple valley Ca /but never filed any client cases in san Bernardino VV or Barstow Ca courts Nov 92 Bar records shows went work for FBI /USAG suspect Culliton fixing 1/16/90 durston Instant 'Brady'  #3 Summary judgment of Taggart 2 CV820/900 jul 79 1980 4th ct app Affirmed Taggart but FBI not told of FBI v usmail thief reserve deputy Chales hill 10/5/73 been rescued 10/6/73 by EXcr att cupp posted USDC 93CV3133 Durston Trumbull Ecal arising FVI29004  entry full faith credit Friday 10/23/92 of 10/20/92


On pg 2 lines 4-6 fake prose att tomlin tell judge FVI29004 others related case Entry of Judge Gibson found Braun guilty intentionally hide braun other coconspirators which was DA 1/16/92 quit SO Bill Betkie watch commander gave SO Williams So DA nakata Tell Culliton Nakata DA so Found DA office Fact 1/16/92 planted forgery Expert bowman caused Braun /18§2/3/4 conspirators not USAG Charged when braun found Guilty 10/20/92 in SO/DA records At Riverside ca hired bribery Att/s shown on missing FVI29004 felony conviction docket sheet

    Ca passed Private Att Geneneral law for US/Ca/Nv DEA informant Ernest Durston On CVVPD  convited cop Daniel Edwin braun Forgery Felon still fugitive 10/26/92 attempted kill informant  by illegal gun TJ mex 2010 then same wheelmen 2011 braun attempted kill 2010 but mex military truck load soldiers Screached  halt next hit man car Victim spooke braun 'your dead man 'silencer weapon not pull trigger as mex folks rushed to crub see what troops AR equipted spill out lowboy stopping traffic as man ran dressed uniform to dentist office ? did cheap pulling bad teeth suspect motive save victim life from hit man braun hit mex folks as he backed out rear right side car as he showed illegal gun folks may believe CAR tell hit man /folks stunned backed away left path way down sidewalk braun went lookin at AR troppers who approached car he got passenger seat white SUV ca plate but was not copyed down fear car tell car held 3 wheel men as parked at curb said some folks at Durston car saw illegal gun braun put front hoody gray

The Ca Bar Mail clerk in week to set US /ca Dual Soverergnty USAM 1725 obstruction of justice pending CA bar Disbarments 3 att/s ca bar & FFA Disbarred Culliton on matters that cal bar says got pay $ for public request but for  FBI v 2 other atts/ all 3 bribed as  most wanted persons

Ca Bar att disbarments by Ca SCT referral Rico review unit US att Jaffe prosecution fixer Ca Us judges /12/19/96 mailed 9th cir that fake SACV92-715 clock time By fixers 93/cv4297 fixers moot VCV14000 sept 28/92 that cr judge mandabach ruled on 3/5yr rule city Att prosecutors Failed prosecute victim with City att Proulx Kraft higgin planted 27 counts city failed prosecute prior MVI21376 fake 2 count planted fake evidence related impede V-5-72 10/6/72 durston V city VV then retaliated MVI74 using Former City Att Piazza as prosecution Judge aka 8/8/89 1980 4th ct debtors hired judge Gibson /? Fake 8/8/89 arrest Warrant DEA informant hide Jun 89 both US ca dea Fixers Jun 89 Warrantless Arrest suspects june 89 drug buys apt 24 coKKer dealer name found Big page print Pahrump Valley times had apt 24 dealer name /his RICO unsolved murder said chino jal found with Cooker told in Being back Ca FTA to Pahrump court on gram ? cokker said 25gallons 5 buckets

Joan hunstsman failed notice FBI of 10/26/92 gibson removed City county braun pubic immunity & joan & another fixer  lady bailiff ?suspect Handler Sued Gibson AKA county city Court Fixers 1996 same yr 9th fake ruling on words Forgery 9th used give fugitive braun Injury to Durston name reputation


FVI29004 & CIV24581 other related Ca ev code 1300 Civil forfietures braun found guilty 10/20/92 destruction VV & Barstow courts & ex cr att Cupp 10/23/92 theft full faith credit 10/20/92 fraudulent concealments @ 4th ctapp 1980 of
FBI v rescuer Hill 106/73 Sgt ttrumbull 8others AKA Cupp filed 93CV3133 & 3134& 93cv774 durston V Culliton & does 1-10 inclusive defendants relation back  10/5/73 FBI vs US mail & mex /US made Construction trade goods thief reserve deputy charles hill the victim used neighbor LA county deputy morandi card Citized arrest hill 10/6/73


  Trump att sues FBI Fixers DNC late enjoiners Mueller faked half report so FBI hide its Fixers fake steel dossia ? Mueller as lead FBI agent wanted 4 men stay fake charged by FBI as SCT ruled 4 men were Fatually innocent framed by FBI/others 2 died prison 2 lived /Sued FBI Mueller SCT said FBI not sueable as employee US is right debtor FTCA


Mr G Mueller words DOJ Fixers FBI Clinton /Obama fixers  can/t indict sitting plaintiff? Even if he did/nt commit Crime said Mueller durning 10yr running FBI had prior Agents Had framed 4 men for crime FBI knew 4men had no committed copy Cat trump plaintiff 278 f supp 2d 104 that SCT said FBI agents per Bevins V unknown US agents  Could not be sued as employees US so suit Lamone V us was out come pendant Trump V US copy cat of 278F supp@d 104 as FBI agents Co-Conspirators DNC fixers of fed offence to try to injure reputation sitting president with un charged crimes SMOKE screen hide FBI &DNC fixers Steel fake info

The docket sheet pg says 4 tapes 10/26/92 removal civil immunity by USAM944 judge Gibson guilty verdit 10/20/92 forgery expert bowman exhibits 7/2/92 from Blackmailer govt mole civil rights att James Freiden & Culliton INFO 1/16/90 DA So quit 8/8/89 as Fake arrest did next warrant Fake 88/89 citizen arrest Michel Riveria **ran** when his theft of CK store 2 money orders where going by Apt complex manager lady calling VV CK store see when Riveria bought 2 money orders next day SO dicks sat riveria Apt all day But CK manager Call riveria told he was fired & reported CVVPD theft were not worked By SO dicks 8/9/89 when CVVPD uncharged Felony Crimes 2019 PC 141(C} moot 18§1945 city DEBTORS 1980 4TH CT APP  FIXER COVER UPPERS Att.S Proulx /kraft Higgin / 8/9/89 FELONY PLANTED MOOT OTHERS dc FIXERS FURTHERED 93cv4297 Hide fake §1961.8 rico fixing MVI21376 smoke screen CACA 26815a & enterprise actors agents hide 4th ct app brady for fake People V Durston 1980  8/8/89 Filed 8/9/89 artifice to defraud  vcv14000 as by fact MVI21376 was still open **May 2019** Civil rights case got judgment 10/26/92  relation back prior ANOTHER FAKE 2 COUNTS 8/7/88 2nd MVI21376 double jeopardy V-5-72 10/6/72 durston V city VV 18§1985 no exhibits as city has what sent fredon date stamped pg count By Durston & Govt mole blackmailer freidon & Culliton shows up 10/26/92 with Fake prose tomlin

Tomlin & Sabbah concert with Gibson 1026/92 theft $1.940 k from victim & FBI/USAG Not noticed 10/5/92 FBI taking 10/6/73 custody US mail thief reserve deputy charles hill Sting perposed USE IRS records tomlin 1989 – 10/26/92 who hired 2 fake atts appear as 2006 ca bar cr people said tomlin was ca court employee 10/26/92 in US court exparte FRCP R 77

Ca bar {Ca SCT public interest USAM944 obstruction justice By corrupt Att/s & Corrupted judges court att law /clerks }Fixing 18§1961.8 fixing out comes pendant /past out comes USAM1725

PAG private Att general plaintiff /prosecutor /prose Ernest Durston 6/4/2019  Walk in    Ca bar with USDOJ rico review evidence as ca bar has dual jurisdiction with USAG Bar & Rico Jaffe /but Ca SCT has Cr part of FVI29004 people /US v braun rescuers

How page 1 lien roll call as Culliton name followed timlin name as fake prose att/s claimed was prose friday 10/23/92  that filed Civil right suit {partially by full Faith credit 10/20/92 Braun found Guilty 10/21/92 Ca Ev Code 1300 automatice civil Gift of all case forfeitures rescuers DID not want any more Civil windows clerks posting more VV court Hearings clerks Send Culliton what prose should got from VV Cr /civil window Clerks VCV14000 was fake 27 cr planted counts planed by proulx Kraft Higgin arising 8/9/89 while MVI21376 was still open 8/7/88

        VV court fed Herd Lead clerk hide CIV24581 in dest never sent arkives durton got make Copyies planted Culliton been 9/28/92 Durston defendant brady judgement

 /VCV18857 Civil Clerk rescuers puts in

cr judge Mandabach 9/28/92 that "Brady" moot As mvi 21376 was stillopen vcv14000 cityVv v Durton

Ca bar Ca SCT Visit US /people Ca v Daniel Edwin Braun FVI29004 plaintiff Cr Complaint USAM1725 fed offence felon/ys Against fake prose Att's Timothy John Tomlin & Now FBI Wray DOG rosen USAG barr /rico review US att Jaffe suspect disbarred att James Culliton by

FFA moral terpitude un charged Fed cr Offences nov 90 taking bribe payment in straw man phoney name in Wisconsin purschase used airplane WWW999 8 passenger turbo prop exzecutive by ca Govt Vouchers that put straw man buyer have pilots James Culliton & Father take custody plane later Culliton put his name on FFA plane title as Fake straw man selling plane govt blackmailer got Govt surplus gift Nam era Highlift chopper from ??? govt agency sale excess equipment related CACA 26815a sept 1 1989 US/BLM Barsow Ca outlaws  govt agents gave Water tank lease over Durston WPA claims to San Bernardino county agencie lease signed by rubber stamp of county official Had enjoined US in Ca PC 487(d) tailings theft US called loss soil had rare earths & gold silver low heat recovereable from ash from ICE age blowout extinct of Volcano kaylan Nv ice melted put load claim in deep canyon front tall mountains explained april 2003 at fake US plaintiff court proceeding CACA 26815a US v Durston WPA load claims without known  boundaries or dept of multi inerlocing canyons when 18§944 guilty party US agents who ever impeds justice is guilty of obstruction justice AT  Riverside Ca USDC house 12th st where FVI 29004 was theft from DC judge bernal clerk 11/17/2014 as /USMS failed notice FBI of ca cr judge gibson 10/26/92 fraudulent conscelment FTA 11/10/92 as new Fugitive 2010/2011 US/TJ mexPD treaty violent crimes braun hit man & wheelmen does tried kill TJ mex /RID jun 89 warrantless Arrest CVVcops as PAG informant

Ca bar disbarments Ca att/s arising USAG Barr fed offences in att/s thefts 10/26/92 asto Prior fixer ca att/s & same day 10/26/92 fixer debtor CVV Att Kraft fake filed VV court in attempt imped creditor/s Durston plaintiff VCV18857 put Freiden as att of plaintiff of FVI29004 /civil forfitures CIV 24581 & VCv18857 then next put FBI suspects Tomlin & Culliton as PAG 578f supp 2d 737 VCV18857 Durston Att at VV court ?? Barstow Ca ?Hearings /seems judge was Judge Feluret became 2013 V4 judge when fake case defendant Durston Fired county public defenders & Papered V5 fixing Judge who sent case to Feluret  V4 as closing Barstow ct senior judge Gibson Was taking over V4 ct as City QUIT fake case with In the interest justice MO of April 16.94 fake 31 {fed offeves planting evidenve PC 141(C} felony uncharged 1994 counts of now Disbarred FBI v kieth higgin /was doing smoke screen of govt mole ex US att ?DOJ agent he called himself LarryMorse was telling april 16 /onor about FBI v Ron worth court reported  put transcript fixer SADC judge taylor that braun others rico 18§1961.8 fixers rescuers went US/people v braun 11/10/92 FTA fugitive by VV CR widow records still sat 4/16/94 Open with CIV24581 /CACA 26815a /VCv18857 /moot 3rd & 4th double jeopardy VCv14000  of 2nd double jeopardy of retaliation 1st double jeopardy MVI17 of RES to all

matter things V-5-72 but for govt actiors fed offences Fear forcing Ex fire house captain to plant illegal fire plug that moot fake 27 counts VCv14000 never addresses till 4/16/94 Smoke screen fake papers blackmailer morse gave fixer DC judge had others enjoin faking of Claimed Closed 5/11/94 as 9th cir fake as DC mailed 9th plaintiff FVI29004 had Failed 1yr of civil rights clock per bribery DC judge 93/cv4297 BIAS 9th was putting forgery as {seppart }Civil rights issue when felony forgery clock was 3yrs from bowman 7/2/92 to found guilty by Gibson 10/20/92 was 110 days left 885 days 3 yr forgery clock 9th cir fixed 12/19/96 is fixed by bias 9th 3 judges did not weigh Forgery Clock were bias By US mail from DC wording when debtor govt atts Faked 93/cv4297 when prose judge FBI suspect with Kelleher clerk oneal 10/23/92 theft full faith credit Ex cr Att cupp 10/23/92 should be left to US grand jury indictment arising fake 12/16/93 transcript that had no case # or names that Cupp for Durston/ By Cupp 10/23/92  Could not brought USDC 11/17/2014 had been blocked by fake civil injunction 93/cv4297 not expose Cr judge Mandabach 9/28/92  fake VCV1400 or city fake charges  MVI21376 that Durston without att expsed 2/6/89 to cr judg arden hit city with RES injunction V-5-72

USAG Barr Ca Bar ct Sting /IRS give Ca bar /Timlin IRS 1989-10/26'92 employer name USAG Barr US DEA 'Charley' Raybal ct house 17 floor 3 +rescuers face death sentence of 7/30/95 Ca city Ca 3 US witness perfected murdered arising rescue Braun by prior rescues sgt Trumbull other 2 fake arrests mail victim Durston 10/6/73 & 2/7/79 hide FBI v 10/5/73  usmail thief reserved deputy charles Hill Durston citizen arrested/read rights to

   Ca SCT as Ca bar defrauded 1997 by { FVI29004 theft from both DEAs v{ Huntsman failed notice FBI v Gibson etal 1997 by 10/23/92 theft FVI29004 @ fixers SADC & WD USDC fake SACV92-715 as FVI29004 & related Civil $1.940K civ24581 watered down Sat VV Cr window hide CACA 26815a that ex cr att cupp entry WDUSDC 10/23/92 That {FTCA }US agents hired county agents by Lease hide theft RARE Earths Gold silver ore /talings 9/1/89 on or about US put lease County Trucks haul loose Soil hauled dump as trash fill very expensive ?

Prior fake 93cv4297 hide Durston defendant prevailing moot VCv14000 as fed crimes Planting Ev MVI74 march 1974 To hide prior v-6-72 10/6/72 FBI v18§1985  city mayor Att Caldwell & city chief policy maker John Hnatek order Durston complex builder & worker To plant illegal placement fire hydrant that could got tentants /guest die /fires as Plug was use by special fire truck rigs but fraudulent Concealment Name City fire chief failed put any requirements Ca Fire codes for interior fire Hydrants have trucks to hook up to

 Fed offence 10/26/92 USAM 1725 Ca bar 2019 aids US DEA arrest ? Braun 3 +rescuers

Ca bar employee can't impede US DEA prosecution Braun 3 + rescuers sentencing 2019 Sting bring DEA suspect Tomlin to moral terpitude hearing SCa for DEA "Charley"@

10/26/92 USDC exparte FRCPR77 1st docket entry after 10/23/92 braun 10/20/92 guilty Verdit Full faith credit Pro se window 312 n spring st LA ca 90012 delayed by 10/23/92 Theft gulty pleas RE Entry 11/17/14 braun freebe guilty plea Ca ev code 1300 10/21/92

Ca bar Walkin Ca PAG 18§3771 cr victim Ernest Durston 2 DEA's informants jun 89
    USAM 944 who guilty USAM 1725 /impeding 2 DEA's sentencing braun & recuers

Ca bar Cr ct judge AKA ca SCT AKA @ US SCT @ FTCA tort lien FVI29004 10/26/92 True FVI29004 People & US v convicted Braun rescued by all DEA suspects uncharged US/Ca dual sovereignty but for who bribed each hide convicted cop Daniel Edwim Braun DEA as fed coconspirator as state coconspirator US has priority crimes against US/Ca as Ca bar duty aid in finding who was bagmen of each fixing atts & fixing judge impede 2 DEA sentencing date 11/10/92

82

Durston got 125.000 acres ever other section land not claimed as no boundry of 250.000
acres claims of China rare earths Grams that includes gold silver lead by onces sold by
Partner chemist now working as claim jumper on others 1940 quit claims as cost more to
Mine gold at higher cost then worth on market left 2 big rubber pads that fact are part of
Ledge load claims partner quit 2004 work rubber pads BLM had told partner clean up as
Claimed toxic but not Proven BY US /BLM were US fact acted as claim jumpers 2003
When US hired county to do theft PC478(b) ores (d) tailing
That his former 50/50 partner quit 2004 after corrupted USBLM Aka 1872 handlers for
Any citizen that prove mining claims were profitable got land of load ledge claims rare
earths /rights mine minerals BLM hired county Agent theft 1872 rights 9/1/89

cite Lamone V US ruling that 4 men FBI framed as family of
One ? did not act get innocent man out prison was denied right SUE US stood in shoes
Of FBI /  Trump others GOT Cite sue FBI as US held  Civil damages  liable FTCA suit

Mueller last words /cost injuries to trump /others reputation /FED Cr laws says mueller
Under color of law wentout side duties of prosecutor like many FBI agents used fake
Papers /to influence  ? FICA judges & US DOJ actors can't refuse prosecute fixers that
injured citizens with non existent crimes DC judge thew out fixing Attempt by members
Congress /9th cir ruled 2002 that no ONE ca use Civil papers DC judge thew out as 9th as
Prior NO FLY Case that like congress folks been told by DC judge that when US agents
AKA  Congress told DC not rule injunction 9th prior ruled Andersen V/ US as Brady case
Congress & Andersen could not use civil ?injunction on President trump Cr prosection of
Keeping US safe by using un spent military Funds On Emergency wall that Demos were
4 when last 2 demo presidents held office but failed build Wall when demos could done it
But DIDN"T

Mr G trump personal Att /under Fed extortion question by DNC /FBI witch hunt rico
§1961.8 fixers /citizen trump & honest trumps govt employees can have barr prosecute as
Extortion demo P lady said she wants trump put ? prison in place of impeachment that
other DNC members USE exortion  words to injure trump & others when no which hunt
evidence exists But the fed extortion law does EXIST to Cr prosecute those who
intentionally speak fake words TO  injure innocent people reputation

Ca Bar & Rico US Att Jaffe review DA nakata fraudulent concealment CACA26815a
9/1/89 In FVI29004
Cr judge Gibson ruled notice waived FBI/DEA/Rico review & theft victim rare Earths

China sells by grams That China says US have find its own Supply Durston Controls
FVI29004 10./26/92  durston V 2 defendant county san bardino guilty Verdit 10/20/92
as DA Nakata hide his employer was guilty of being hired by USagents for theft rare ores
EARHTS on or about 9/1/89

when 9th cir ruled when cr investigation being Done by President Trump At Border 9th cit
cites Andersen v US no one can Use Civil injunction trump won By DC judge rules as to

political motivated impede the funds the president trump want used criminal reason to stop flow  that demos want let no med checked on illegal ?border crossing victims asto 9th cir said NO None can use fake dc papers to imped trump cr investigation at border as Wall is cr form preventing drugs

Picked up from CD  86 pgs EX Ca cr att Cupp entry 10/23/92 Full faith credit blocked
All judges DC & 9th cir 5 fixed times last 2019  arising fake 12/19/96 SACV92-715

Will  citizen trump Cr victim TO get Mr G have USAG Barr prosecute Mueller
protection FBI DNC cr/ protectors agents
Lamone prosecuted V US ? when trump others /actions could be persued 2019

Reading hand printing back side exhibits its say US Att gen over Mueller put US be
emotionl distressed /prosecuted in ?place Fixing FBI agents of DNC witch hunt injure
trump /

MR G Tell world if {Lamone suborned perjury fixer Mueller} had any kind evidence IT
went NYT leak pronto also fixers fake news as Fixers Rico §1961.8 -1968 publishers
NO body Checked fixer Mueller FBI case Lamone V US aka Bennit V FBI Mueller

Under rico 1961/8 fixing /By former FBI meuller –rico 1968 PAG att can collect mr G $
$17 B mueller disbarment over charging US for concealing DNC 'enterprise "rico crimes
& hiding Biden wanted Foreign prosecutor fired as USAM 1725 impeding Foreign Crime
Investigation biden son /US Barr can prosecute NOW not done by Mueller Cronies biden

 Mr G per 18§3771 {PAG }cr victims Mr G has right be paid Trump  has Rico PAG att
name represent Mr G Collection att/ fees for prose mr Trump as mueller had no evidence
DNC wanted so chief prosecutor Mueller committed  constitutional  felony his suborned
Perjury said congress was finish up witch muller left 4 innocent men prison for FBI
framed them under mueller time he Personally fought keep 4 innocent men FBI framed in
prison  Lamone v US FTCA made Mueller let 2 innocent men out prison for crimes FBI
as in conspiracy others committed murder that conspiracy run to mueller last prosecutotor

Pelose fed crime Extortion injury reputation Factully innocent trump should be imprison
From pelose king pin extortion that DNC congress member foot soldiers said impeach
trump /hide DNC witch hunt 9th cir said that }trump Cr investigation at border  Crime are
Not DC judge just resent said DNC congress curtail Effort stop Funds of emergency Cr
investigaton build wall at Border /DC judge resent Blocked DNC wants left open money
Right of Sitting president USE funds as emergent Exists
Mr G trump \Cr victim att without compesation {Lamone /etal V US  ?trump victim
18§3771 say USAG barr represents cr victims ?578 F supp 2d 737 & mueller played
fixers judge /left open {Lamone }Civil Suit Fed offence FBI etal injury reputation
Against FBI fixers court said FBI can/t be sued As US stands Shoes corrupted FBI fixers
copy cat cite missing Lamone V US ?Fixer  Mueller words sitting president cr victim
Prose can't be indicted WHEN Cr victim /no evidence exits except extortion to injure
sitting pro se when racketeering victim DNC & Demos Clinton FBI hide fake witch hunt
rico
MR G
USPStr # 9114 9999 4431 4381 0488 56 rare earths govt # CA-25272 2800  (Ca-068.24 )
Mex /US treaty fugitive warrant # 8510/11/211/AP 06/10/211 TJ cop put another fugitive
Riverside city PD Doe cop 2011 Info in same report 2nd pg

Mr G /Read CD last pg to front pg C/Disk

MR G enclosed CD /US supposed pay All cost crimes against US/Disk  got 85 pgs print to USDOJ rico att Jaffe printer DEA charley LAca raybal USDC house 17th floor ?/
 US ?trumps interest Rare Earths /china sells by grams //Durston CA mining Claim 250K acres but load ledge claims like coal mining viens cts ruled are endless /can run under old Simple Land titles /that from old sale print on land grant title coal /vein ledge load has suppior rights Cost land buyer lost surface rights

Single page CACA26815a
exhibit US BLM agents hires county Agents theft 9/1/89 on or about
US BLM Thieves Agents used code words LOOSE Soil  have 1872 mining law PC 487(d) tailings (b) rare Earths Hesperia Ca US approved claims office first find Rare earths in mud from desert dirt Roads way 1st discovery rights 1872 land ore by chemist Miner cut deal 50/50 with partner Durston find 1984 discovery were 1994 took shape But 2003 fixer Nv BLM judge & govt fixer att played dumb to water tank Lease 8/1/89 Hide theft tainlings then judge refused let Hespreia Ca open market sales Rare Earths Gold silver etal  gullible chemist told put profitable  sales reciepts without sales read to transcripts 2003 april Durston witness saw heard judge rebuk chemist not Read profitable $$ sales Just Fixer judge read later /Durston gullible partner filed 9th cir 2004 at 9th cir at LA Ca intake window clerk put Chemist appeal on durston appeal papers moot 8/9/89 vcv14000\ at 9th upstate used gullible chemist check on moot case 9th said was legal as Chemist loaned Durston appeal funds 2004 when FVI29004 Gibson gave Durston 10/26/92 money Judgment FVI29004 that 10/26/92 transcript BY Am jur 2d 170 WAS Legally DC clerks abstract judgment as FVI29004 was entry USDC 10/23/92full faith credit FVI29004 1st pg
Lien /CIV24681 roll call /Ca Ev code 1300
Trump deal mex president Mike Pompeo ask mex president let Barr do mex arrest of hit man 2011 kill mex citizens saw hit man attempt kill Ca rare Earths claim owner kill FBI Missing

FVI29004 People /US v Daniel Edwin braun /DEA US ca jun 89 fugitive FTA 11/10/92

 Mr G submit { DEA Charley  LA office  17th floor Raybal Ct house Committed fraudulent concealment 20?? tip jun 89 NOW Special Agent Jess R Fong DEA @ 800K st #500 WDC 20001
then ONLY papers TJ MEX PD that take months get braun to TJ mex fugitive trial when WARRENTLESS june 89 DEA US ?Ca arrest Braun still open as other DEA informant exist 2019 of jun 89 Ernest Durston but others want stay hidden from 5 cops SO CVVPD & Add 6th 2011 riverside Ca PD dirty cop PD sent dirty cop court on fake 911 call PD Cops converted to fake 1yr injunction as Fake 12/16/93 was still open as Durston UNCHARGED fed crime injury to reputation by 2nd Riverside civil Injunction on Fixer judge Kelleher & clerk Oneal  UP ON UTUBE video US /DEA v Braun resuers What fixers CA bar disbarment moot 93/CV4297 {copy cat VCv14000 }as 4 lead att/s 2019 dec 19/told 9th that clock of words civil Rights Suit 10/16/92 by fake prose att PUT

Pg 2 lines 4-6 FVI29004 9th was feed fake att tomlin words when 9th 3 judges knew Bias forgery word /9th cir 3 judges fixed moot SACV92-715 as privy to words 10/26/92 Full Faith credit civil right suit & spoke of Forgery but cared less to ask for more INFO on Forgery Discovery time was 3yrs

Trump cases been mistreated but 9th 3 judges 1996 were playing braun cr protector as Never asked case name # forgery 7/2/92 discovery CIV24581 turns Criminal matters

    Trump ask fixer 12/19/1996  9th cir chief judge Thomas had no jurisdiction any DC fixed Cases trump request Thomas to resign from records 9th returned to cr victim of FVI29004

    9th cir chief judge fixer 12/19/16 & 2018/2019  fixer fake 93CV4297 449US24 Sunday 6/9/19 My TBI braun is giving me WHO was 2019 last fugitive 2011 TJ MEX PD v  braun attempt kill mex citizens 2011 who saw braun failed attempt kill prose of FVI29004 /CIV24581 fixed 93cv4297 copy cat 449US 24 moot VCV14000 that 9/28/92 Cr judge mandabach vcv14000 ruled city failed Prosecute MO of SO DA nakata 1/16/90 fake arrest DEA informant 8/8/89

  FVI29004 lien roll call evidence of BAD TV show 9th cir goof ups rico rescue braun /

  PAG   Forensic Evidence of 9th cir fixers travel 12/19/96 say FVI29004 got 9th 12/16/96 When fixer chief judge telling of forgery word discovery braun signature

MR G reading Copy FVI29004 says pg 2 lines 4-6 are at 9th cir 12/19/1996 were Fixer 9th cir chief judge sideney r Thomas says FVI29004 got USDC 1023/92 by Fake prose att

DEA warrantless arrest Braun /told giving braun to mex PD for 2011 attempts on mex Citizens spend time mex prison were he be killed by mex prison inmates then see if he as Good as dead spill jun 89 DEa co cnspirators 1997 Pahrump Nv burgulary then 12/27/97 Durston /Friends Home 15947 La verida ct Victorville Same 1/7/2017 fake eviction of FVI29004 prevailing Prose Plaitiff 1980 prevailing defendant {brady CV820/900}fake People v FBI mail crime /victim of mail theft 10/5/73by reserved deputy Charles hill /rescued by sgt trumbull & 8 others 10/6/73 rescue 10/6/72 CVVmayor att Caldwell & chief City Planner John Hnatek forcing Duston /worker /illegal planting fire hydrant as City chief Fire chief failed put any Ca fire code requirements on plans

    EDUSDC riverside ca prosecution under Rico bring nv fixers Ca /US Dea trial asto Braun bethkie famed out apt 24 cooker to agents Nye county later double crossed apt 24 & gal friend Bring drugs to agent who paid up front stolen ? evidence drug making goods Braun /Bethkie jun 89 supplied apt 24/ jun 89 cvvpd faked DEA raid Jul 89 arrest 8/8/89 US/Ca Dea informant ernest Durston complex owner been shown by others honest folks US air force family members tenants other doe informants

US/v Daniel Edwin braun others but bodys Ca/US DOJ cared for USAM 1725 AKA as PC 854/retaking DEA convicted fugitive/s rescuers perfected rescued impeded PC 855 needs on new warrants Jun89 Dea informant ernest Durston /358 32 6125 SO crime filing 1979/1989 fake FBI rap sheet last entry 8/8/89 connected FVI29004 /smoke screen of Capital death penality That 7/30/95 Ca city Ca city chief PD ignored evidence of perfected murder US witness/s

Chief called freak accident injury reputation his dept & name town  /witness said after suspects left FBI /USAG /material witness john January home /CV 820/900/
 Chief never talked other friends rico target John January 12/27/87 had info for FBI on BICC Morg co 2 embezzlers USE US mail get out state fess /funds due Durston owner as smoke screen CVVPD fake police report was by Bill Bethkie another cop fake Victim arrest charges 2/22/79 really was 2/7/79 fake report injury durston business & reputation 4th ct App 1980 prevailing @ 93Cv-3133 durston v fixer bill Bethkie  7/22/79 /trumbull 10/6/73 as suspects perfected murder Ca city Ca Jul 30/95 suspects Bill Bethkie Daniel Edwin Braun /trumbull & Etal prefected murder John January 2 friends as Connected murder Hulion Hughes both told not call CVVPD but FBI told them call SO
**This FVI29004 not in any Govt Arkives stolen FVI29004 10/26/92 others case**
FVI29004 cover  DEA fugitive Daniel Edwin braun rico fall guy cop king pin bill behkie Fraudulent concealments its say notice waved ?FBI/DEA FVI29004 US/Ca dual cr/civil sovereignty lines 4-6 says FVI29004 got USDC 10/23/92 what fixer 9th bias 3 judges said The civil right case was [DEA/FBI fugitive }defendants summary judgment 12/19/96 as FVi29004 sayspg 3 top 4lines was Gibson remembering forger expert bowman he assume the the facts as plied in the felony complaint as true by Durston att blackmailer freiden \da nakata and  in the light most favorable cr vivtim pro se without att left out of to emergency fed exparte then the discovery of conspiracy 10/26/92 between DEA fugitive jun 89 & michel riveria bady beaten newspapers auy by 2 cvvpd cops on those facts Gibson idon't find govr immunity applies & decline to appiy its then debtor att asks fake att says fake att notice waived fbidea do you want piad doyou want waive notice fbidea of this hearin fake att says this hearing yes at this point fixr Gibson says notice is waived
 Tomlin says thenk you employer /were my check

    Special Agent Jess R Fong DEA @ 800K st #500 WDC 20001 using USAG barr USPS # 9505 5066 9986 9121 0737 86 USDOJ @  3403 10 st riverside Ca 92501

Jun 89 DEA /Ca/US suspects Braun & Bethkie others apt 14 jun 89 seen buying apt 24 drugs witness 14yr old boy and  others  /victim/Durston called CA/US DEA who told SO?DA it was ca govt code retake PC 854
Any all Jun 89 DEA US ca fugitives from justice when their 5 cops VVPD bethkie braun Morgan/Abernathy frank niento as connected
Murder fed 4 witness 3 ca city capital murders jul 95 cops braun /bethky suspect both & Others included cr judge Piazza ate jail tainted sandwitches workaholic got served VCv18857 as Durston v city of Victorville 12/23/91 judge died 12/26/91like people TV at resort

County Nye nv fixing  SO/2 DAs vito becker /hide Braun ?betkie
burglarixed durston /friends home then hide 2 DEA jun 89 fugitives  Nye Nv rescuers
braun & behkie Cop cat 8/8/89 Faked Arrest Durston & steve & donna 'Does] got real
names & 2 under Age kids Durston 1997  without att prove False arrest of factually
innocent man Nye justice of pease dismissed Fake multi felonies @ Of same time
Durston prior 2001 Charges DA/SO racketeering aid Ca/US dual sovereignty FTA
sentencing 11/10/92  DEA jun 89 fugitives became Nv DEA fugiotives later  598 f
supp2d 737 say cr victim Durston /4 others was  fake arrested BY USE DASO US
Mail hoping Durston 4 others take flight answered fake charges 1997 when theft of
FVI29004 was 10/23/92 /before fake arrest Durston told fixers that braun did burglary
then 2DA/s SO chief  sent Fake warrant with wrong name burglers april 97 burgalary
3401 Savoy that fake arrest triggered story by SO that Durston went Prison in ca and
Every thief town flocked 3401 savoy take any thing not cemented well head took pump
Stripped 14 mobil homes any metal stripted muti trucks cars vans /mobil homes trailor
wheels & axels demolished 2 Motor homes any thing metal sell broke into semi trailors
Stripped clean tools supplies striped backhoe towed off its 4wheel trailor with extra axels
& tires

SENT BY USE OF US Mail RICO fake charges against innocent man wife 2 daughters


Victorville Ca  Jun 89 DEA informant tells how Pahrump Nv  Da vito DA becker  MO
dead SO chief keep US DEA informant from knowing how vegas gets it mex drugs at dry
lake bed distribution point mex cartel nv residents as neighbor call Durston to sneak over
to his house as neignbor cartel men beat man to death body thrown bed pickup left sceine


FTCA of Lamone [Durston }v FBI aka US says Ca bar late filing  fraudulent concealments
The list long of rico 1961.8 fixers ca att/s & Ca DOJ Gary Schons /US prosecutors willful
blindness cause fixers USDC /9th cir /4th ct EO7450 app ?judges clerks when honest 1980
4th ct app judges had been duped that SO & 9 DA/s framed Durston CV820/900 copy cat
of FVI29004 inception 8/8/89

90

DEA agent Fong copy cat 449US 24 /arrest judge Gibson /tomlin clerk Culliton.sabbath
& DA Nakata etal SO Williams who filed Fake FVI29004 barsow ca with VV felony
Case # secreted booking /question bail posted as felony required public notice funds

DEA agent Fong needs no 21§883 asking USAG barr open new cr proceedings as Still
open FVI29004 just lacks honest US prosecutor sentence Braun & bus loads rescuers of
46 yrs CCE /rico §1961/8 fixings /fixers exceeds 5 or more suspects /Fong has put DEA
Informant honesty shows got braun 10/20/92 convicted at 2019 DEA Fong lines 4-6 pg2
Jurisdiction relation back 11/17/14 fong has standing Durston standing LR83-1.3.1.1 asto
Relation back before EDCVUSDC hon judge bernal were Durston independent witness
gave bernal clerk FVI29004 Mex/US treaty braun Fugitive priority 2011 being only
single DC common civil & Cr presiding Judge Bernal per lead EDCVUSDC long held as
Bernal not lost DEA v braun jurisdtion 10/23/92 FVI29004 be cause 10/23/92 theft by
late enjoiner 11/17/14 USMS lead agent Singer others kicked informant /witness out
Raybal ct as home 17 floor DEA charley 2017 can't use both location agencies PC 854/
PC 855 when Ca DEA braun rescuers Ca DOJ are riverside 4th ct handlers are  CHP
officers when EOO7450 Durston V city att Proulx bribed already govt mole Culliton
timlins claims firm timlin law clerk was employed by Culliton bribed by racketeer city att
Proulx kraft & higgin moot VCV14000 opened when StiLL open 2 Double jeopardy
8/7/88 MVI21376 but city v Durston RES 2/6/89 became brady Durston v city 2/21/90 as
With prejudice MVI21376

Special USDEA agent Jess R Fong 800Kst WDC jurisdiction 2019 retaking Braun
/PC854/855 pg 2 lines 4-6 fake prose att san bernardino county law clerk timothy tomlin
told judge Gibson his true employer hears US/Ca  v braun etal FVI29004 got USDC last
Friday 10/23/92 by real Prose Durston law clerk ex Ca cr att Cupp Entry full faith credit
USDC required accept ca cr/civil judgments LR-83.1.3.1.1 when both Ca ?US Cr /Civil
Judgments by pg 3 lines 1-4 by ca ev code 1300


US DEA jun 89 fugitive Ca DL# C0600086 got home
Address 10/26/92 Convicted Daniel Edwin Braun
Ca bar & SCT chief justice cr reads against FVI29004      21§843-848-846Cr enforcement
Ernest Durston 18§3771 congresss cr/victim  21§883        proceedings 10/26/92 @Ca Bar
Right reopen FVI29004 US/ca/DEA v Braun                   LA ca & CCE & rico 1961.8 of
Att Sabbath /employers impeding sentencing by            silent mandatory Ca Doj Agent
USAM 1725 Ca DOJ att DA/Nakata >Ramos                    People /US v convicted Braun
Ca PAG}598F supp 2d 737 USAG Barr                         DEA suspects Da Nakata etal
                                                          10/26/92 Now 2019 Da Ramos
                                                          As Ca SCTCa bar proceedings
                                                          21§883
US DEA does not have wait AG barr Approval investigate when PC 854/855 awaits US
AG was control FVI29004 10/23/92

10/26/92 PC 854/855  26yrs ric fixing  USAM 1725 ? Ca/US DEA sentencing in 2019

91

2019 US DEA Visits 10/26/92 WHO missing FVI29004 text transcript required by Ca Cr law as ca bar att Da nakata people /US/Ca  DEA v Braun fall guy etal jun 89 21§848 Since rico promoted DA ? nakata as cr judge law says ramos is cr charged also sheriff

Fed court & USAG Barr swat team Enforcement PC 854 & 855 by ca govt code duty DA/So apprehenchion of Jun 89 5or more CCE §848 henchman that 2012 Ca Ag K Harris saw Not interested in drive bys attempts lookback 2011 braun attempt TJ mex to used gun on To many TJ mex witness & others in  2010 saw braun attempt use illegal gun in attempt on street tj mex kill FVI29004 prose /8/8/89 but was spooked by mex milatary truck load AR equipped troopers spilling out back track next victim car that so close would heard the pop of illegal gun silencer laid down fire at auto killing braun innocent mex citizens

US/ca DOJ & CA US DEA swat teams by dual sovereignty fed agencies @ USDC When ex cr Att entry dual enhancements that DA nakata never filed agains braun by Co-conspiracy SO & Da plant forgery DA nakata office as Culliton PI fake CVVPD Report was contested by 4 poly graphed witnes & fact 5 withness warned victim of Reverie was planning fake arrest Durston
Can US DEA & Bar read FVI29004 @ PC 854/rescue 10/26/92 PC855 without Any 2019 new warrant From People Ca doj or US DOJ /as FVI29004 been entry 10/23/92 @ USDC prose window as

PC854  says party US/ca people DEA from whom braun rescued notice waived Party US Rico Can find bail /court rescuer DA ?SO aided abetted FTA /bail  jumper Braun in any building doors anywhere US as  US/as People SWAT team retaken when jurisdiction 10/26/92 was before theft At SA DC USDC & WDCV Now FVI29004 at new district Riverside ca with11/17/14 pro se cr vivtim RE entry 10/23/92  USE LR 83-1.3.1.1 After guilty verdit tennative 10/20/92 att off confession judgement 10/21/92 plea CA ev code 1300 &

Prior LOOK back /aka relation back  Congress gave cr victim 18§3771 right be CA PAG Right expose USAM 1725 Ca DOJ Employees impeding Ca DEA& US dea sentencing rico /DEA fixer/ s of Ca/US DEA  warrantless arrest FTA Flight fugitive Daniel Edwin braun from USDC /Ca court exparte


18§3771 congress made legal saysif henchmaen not been sentenced 11/10/92 578 F supp 2d 737  cr victim got pg 3 top 4lines most favorable AKA non movant summary judgment /prior USAM1725 pening sentencing braun by USAG Cr prosecutor as FED /Ca normal cr proceedings PAG PUTs FVI29004 before DEA USDOJ

§883 says DEA got ask USAG barr /FBI Wray rico Jaffe to institute piority DEA 21§848 by §883 Cr proceedings  using @ PC 854/855 for DEA /USDOJ swat teams ask at home

of US /ca dea Fugitive's Braun & couple bus loads co conspirators relation back as look back word in 21§848 cited cases west law cr library books that 9th cir fake case for PC 854& PC 855 fugitive

Mr G trumps Att /PAG ? look border fixers
Who behind mex high murder rate criminals
Who don't want Wall ? DNC ? bank rollers
Long list of demos who got no evidence asto
Mueller copy cates 10 Nixion problems he says
Trump committed but fixer had real time to say
His report says DNC /congress never trumpers
Leaders copy cat Benidict Arnold as traitor as
Haters trump ? Mueller didn't get promoted as
Witch hunt came up empty Mueller failed to
Prosecute those multi Bennidict Arnold copy cats
Traitors yell impeach Trump /Barr needs history
Lesson prosecute / foreign spy was hung after
Ardold fled /spy had paper with traitor name as
Other foreign spy selling out US hated that US as
Cheated Arnold being given rank ? president
Spy finaciers british loalist fled US with Arnold
Who finacing haters yelling impeach traump as
Barr /

    3 known 10/26/92 / hearing parties /others not name sell out USDEA to CCE §848
Notice waived ok by Rico §1961.8 fixer judge Gibson hid other govt handlers fixers past
Future 9th cir ct 12/19/1996 3 others 9th fixed dec 2008 last Nv USDC DOrston v Judge
That prevailing prose FVI29004 & CACA 26815a filed at BLM  vegas  feb 23/95
    9th cir cited 46yrs cr conspiracies CAN run last 2019 covert acts theft DEA sentencing
  **But For "president set" by dog bounty hunter in mex drug cartels DON.t want any**
**form /bounty hunters mex soil /question who IN US State dept left USMS arrest dog**
**For Mex request WAS Mex pay all Costs extridiction US claimed dog was get $10k**
**Not $150K CA bounty /mex should Paid as harboring fugitive claimed dog others**
**kidnapped when mex Agent OKed dog taking Ca Bail Jumper Fugitive USAG as**
**Refused ok sending dog back Mex AG quit extradition its still owed US For starting**
**it /In protection Harboring of any country Vigitives illegally entering mex soil**


People /US /DEA v CCE/rico§1961.8 PC854   DEA special agent Fong use TJ cop by
                                               US DOJ jurisdiction 10/23/92 @Mex/US
                                               Treaty 2011 fugitive Daniel Edwin Braun
                                             Attempted kill mex witness 2010 attempt
                                             On Durston FVI29004 prevaing prose
    No US/Ca warrants FTA 11/10/92 sentencing braun fall guy cop bill bethkie
Jun 89 @ 11/10/92 threw away brauns FTA from Gibson clerk huntsman never noticed
FBI FTA/or 18§1985 §1961.8 found guilty 10/20/92 or CIV24581 /VCV18857 Ca ev
code 1300 guilty plea confession 10/21/92 CIV24581 as CACA 26815a PC487(d)(b)

Door to door misinaries {DOJ agents serve CCE drug evidence search warrants illegal guns of 10/20/92 Convicted US/Ca felon may have evidence 2010/& 2011 TJ mex gun with silencer /others TJ mex fugitives "Harbors" question mex law /US Drug laws who gets harbors if drugs found harbors suspects of US priority ?Ca DEA
TJ Mex PD jurisdiction braun & 3 wheel men 2010/2011
USDOJ by DEA Fong IF DEA gets "tourest permit" for Doe  TJ cop/s  Arrest Mex fugitive  Braun in US As Braun county defence Spanish speaking Atts can't claim FTA braun kidnaped In US by TJ mex Cops have priority warrant over Forgery FTA 11/10/92 FTA 11/10/92 people DEA v Braun FTA 11/10/92 US v braun


The outstanding warrant Violent cr attempted murder mex citizens 2011 in TJ mex by US Mex / Treaty mex law guilty as charged different then US were if TJ cop tourest  visa as accompined by USDOJ agent witness arrest Braun in Ca  copy cat Dog Bounty Hunter as Educated Mex who issued awarrant to arrested Dog for kidnaping US fugitive here Fong Has use of FTA fling braun from dual sovereignty US/Ca dea / Ca Forgery as 18§1985


US DOJ way put end to any us criminal knowing mex does not allow bounty Hunters as Fault both sides as  No closed border for US or mex fugitives crossing border avoid arrest When both sides border legal officers hot pursuet hit wall AS crime protectors law need to change USDOJ setting world wide law by asking TJ PD I or more cops enjoin USDOJ Capture cost cheap already issued mex warrant ready guilty as charged mex as mex drug dealers travel US mex wants take Criminal custody under mex law /that doesn't allow as Mex Bounty Hunters /

Mex Has different cr legal System Guilty As charged then ask USMS to arrest dog for Kidnapping Ca fugitive /Mex PD crime in TJ mex Dog case never was put mex who has Mex fugitives fled US harbors few

The term IN hot pursuet legal use hits wall in Ca car chases fugitives here dog set time of Ending mex haven for any fugitives /the WALL is the Time & Extridition cost of asking for mexico Fugitive falls on ?TJ PD /when Mex fugitive cop has issued Violent crime pgs warrants on American  citizen obtained by American citizen after 2010 hit man trys kill Mex citizens in TJ mex that witness saw 2010 hit man attempt kill FVI29004 prose crime Victim 10/26/92

95

say fixer atts be cr prosecuted illegal use CCP391 no/can use hide Cr acts they fixed DC
 Ernest Durston 18§3771 has section that as
Crime victim when Daniel Edwin Braun
defendant not been dual US/ca sentenced on
CCE 18§848 & Rico fixings §1961.8 charges
Also 2 cal bar att/s are cr liable 2019 as well
Fixer Judge by Ca SCT /US DEA/ Fong /USAG
Barr /Ca Bar judge Duty by SECCESION case as
In the interest justice Sign CCP405:21b remand
Prosecution Corrupted Ca /Att/s to USAG Barr
So mind boggling to ca bar /DEA USAG without PAG cr victim lead witness
Ca bar /DEA/USAG reviews moot 93Cv4297 no case # or names had list fixing Govt
att/s build illegal liens 2 law firms while FVI29004 sat open state court fixer Gibson &
Tomlin & Sabbath DEA 21§848 Fugitives CCE roco §1961.8 fixers outcome fvi29004
Bribed USDC judge Kelleher /clerk O'neal with copy cat 449US 24 FBI prosecutes the
Fixers Judge & who bribed him copy cat 2003 CACA 26815a in wrong court Riverside
ca superior when thief US plaintiff only copy cat USE'S USDC 598 F supp2d 737


Ca  Bar DEA Counting the willing bribery /blackmailers Att/s
Copy FVI29004 10/26/92 has 2019 many 47yr CCE /rico secrets perfected murders

FVI29004 /not any ct arkives by thefts Of US/Ca cts clerks SO has Cr mandated copy
CACa 26815a single pg PC 487(b)(d) says county soil hired 8/1/89 by US do excess soil theft
'Rare earths grams '& gold & silver ounces ca /fed prison sentences of US BLM agents
& county Agents at 'riged contest' april 2003 BLM female att/ hid theft by lease sent by
USE US  mail /Barstow Ca BLM & county Agent in Victorville used rubber stamp sign it

CCE §883 5 or more rico activity govt handlers Ca bar & DEA/USAG share ca fixer att's
For cr prosecution by 9th cir victim fake forgery felon braun 9th Gave illegal summary
judgment victim wish that USAG Barr bring 9th lead judge to US SCT for 1996 fake case
# that DC Chief civil judges last Phillips injured victim reputation when 1996 she let
fixer judge Larsen hide jul 30 /93 Attempted Murder FVI29004 prose Durston & FBI
witness Lawrence Henson {to murder 4/30/90 } by wife Cheryl Henson reserve deputy in
concert Commissioner Proulx others doing run 6yr diviorce VV ca court defendants right
removal to EDCVUSDC / Larsen/Phillips hide wife others Attempted murder husband &
Durston 7/15/93 hid by Larsen Phillips later Larsen quit life forever job returned to ca bar
With unclean hands of Obstruction justice 42§1985  of removal defendant /hensen v laid
in wait 7/15/93 hit boy Stanly Moore 14 Gun gift DEA fugitives June 89 braun & bethkie
& in bushes witness said waited DEA fugitives frank Niento /William Abernathy put site
on killing Moore & Cop ernie Kopes who saw Niento murder attempt cop man of color
Garcia as his Pendant USDC civil rights suit 'as blackmailer Culliton filed USDC
3/21/90 copy cat of CIV24581 aka silent FVI29004 aka silent CACA26815a all
destroyed at usdc bribed away by smoke screen 8/9/89moot govt Att/s Proulx kraft higgin
hide 1/16/90 culliton filed civ24581 @ 4/2/90 fixer govt Richard clouse others took over
Proulx fixings SO/DA quit 8/8/89 with forgery aka citizen arrest fake forgery of Riveria v

Durston 8/8/89

   Ca Bar says takes week or more set up file People v multi rico fixers case #
21§883 DEA Fong got notice USAG Barr duty  Cr /prosecution racketeers activity
US/DEA Fong v Timothy Tomlin & Mark Sabbath Judge Gibson others at lien hearing
   Ca bar V 9th 3 Cir ct fixers 12/19/96 moot SACV92-715 arising 1/16/90 DA & SO
Quit 8/8/89 Braun /DA/SO concert redo 2/22/79 Redo fake arrest 8/8/89 US Ca DEA
informant ernest Durston motive hide fake jul 89 DEA raid run off Tentants VCV18857
starting point hid jun 89 US /Ca Dea warrantless arrest braun was Ca Govt code duty of
DA/SO apprehension any fugitives at large in county since 10/5/73 US v US mail thief
reserve deputy Charles Hill ?

  Ca Ev code 956 by CCP391.? Says CCE §848 wrongfull Govt atts use Civil 449US24
Injunction is Cr matter At Ca Bar

FVI29004 as DEA Fong cr prosecution by CCp 391.1 as 5or more CCE §848 fixer
rico1961.8 Govt Att/s copy cat VCV14000 as redo 93/CV4297 when Mvi21376 still
open 2/21/90 'brady' durston v city of Victorville 10/6/72
2 FVI29004 debtors Govt ca att"s lead law firms miller /Clark under lead Att Obersten
Cr Law required been At FVI29004 People/US v Braun ecal CCE 21§848 /rico §1961.8

21§883 before Fong can start cr Proceedings on US fugitive Fong got notice USAG Barr
Bar/r notice Tomlin of LA Ca Bar exparte he to tell barr his employment history 10/26/92

Bring CA bar out dark ages to Rico public View theft Ca bar records Ca ct clerk Tomlin
On FVI29004 discovery 2016 prose called Cr # part bar then now gone ca bar said tomlin
worked court now bar records different who public cr jurisdiction 10/26/92 Was USDEA
DEA suspect jun 89 Culliton prior backmailer SO hires tomlin do theft CCP405:21b CCE
Pendent indictments Ca/US & theft notice FBI of theft Ca/US DEA sentencing an later as
Depo date 1993 tomlin depos forgery expert bowman Makes Durston pay experts witness
fees with debtors att Sabbath present ? another CCE /rico 1961.8 tomlin /Culliton makes
the debtors pay blackmailers keep lien silent unknown case hearing Arrowhead ct house
Then double dips kraft fake 10/26/92 hearing VCV18857 money Damages fake lis
pendans loss sale complex $2.4 watered down $1.94o debtors pay both blackmailers not
prose

FVI29004  Dual Cr sovereignty 10/26/92 ?then Now quad Cr Sovereignty

Ca bar & Ca SCT & US SCT reviews 47 yrs fraudulent concealments CCE/rico activity
FVI29004 roll call pg 1 that missing FBI/DEA  suspects CCE/Cr rico activity

| | |
|---|---|
| Ernest Durston & proper plantiff USAG | Ca Bar & DEA Jess R Fong &USAG Barr |
| V city of Victorville >ca ev code 956 | as USAM 1725 subjects 10/26/92 FVI29004 |
| V san Bernardino county &{city & US | were impeding discovery CCE /rico activity |
| V fall Guy Daniel Edwin Braun 18§848 | fixing out comes Ca/US multi cr/Civil cases |
| V does 1-10 inclusive defendants | |

DEA Jess R Fong prosecution 3 verble fixers hearing & law mandated others 42§1985/b
Should acted /Court Bailiffs put Cuffs on Braun braun in dual sovereignty Custody
US/Ca DEA county holding cell transferr USMS as fed court has /had priority fed Crimes
SO att Obstructed justice as did  2 rico fixings att/s as did fixing Gibson hid 3 civil judges
Mc Guire /egan ?Johnston /clerk Jeffery Dains got put fixed VCV14000 docket nov 90
Settled Fixing 4 cases rancho cucamonga court 2000 last fixer dains fixed VCV17060
Sold fire att fixed 93/cv4287 so fire not tell At trial burglary 12/27/97 was done by braun
& Bethkie did 4/1997 at Pahrump Nv home Durston friend Durston witness 1997
Neighbor saw burglers braun Bethkie told at shame hearing fire att hired the hearings att
But Durston right to want go to trial so fire used fixed 93/cv4297 fixed VCV14000 &
with prejudice for defendant .[brady} MVI21376 fixed 8/7/78


        "Wells" says bar Ca sesseion Court ?cited case under PC 854/dark Pc855
Ca bar Judge duty sign CCP405:21b / judicial approval so 4pg transcript get to any rico
County recorders record lien & summary judgment pg 3 /hid prior secreted defendant
Durston /Brady /VCv14000 City of Victorville V Durston Aka 93/cv4297 copy cat

The cr/victim late filing at Ca bar As 9th cir cited that 47yrs criminal conspiracies run last cover US covert acts As Fraudulent Concealments toll Cr clock @ Ca & US SCT

Mr ? tomlin court clerk as gibson research att say Culliton hired him ?when /by phone ? Who was tomlin clients before 10/26/92 /were did tomlin bank his fees Clients Checks Who was office space landlord 10/26/92 /why city att ktaft file 10/26/92 of VCv18857 Sent to Freiden office had quit all cases 9/1/1992  then Culliton & tomlin answer kraft When tomlin knew 10/26/92 summary Judgment CIV24581 /FVI29004 that court clerks shamed Docket sheet CIV24581 with /Govt Exparte /10/26/92 motion denied ?reconsideration of Gibson found Cop braun {did not act alone }felony Forgery planting evidence PC  guilty 141(b) 10/20/92 word tentative in text

Ca bar prior moral turpitude FFA Complaint {Durston ?disbarment Att James Culliton Liked to FVI29004 10/26/92
      Ca bar ct judge ?premature disbarments multi ca att/s  /Share USAG Barr @ EDCVUSDC judge Bernal Had 11/17/14 US v Braun Mex/US treaty fugitive braun & ?Wheelmen kill prose of  FVI29004 DEA /rico fixers pg 2 lines 4-6 say FVI29004 got USDC 10/23/92 relation back
    ___That prior Fed crimes CACA26815a Aug 1 89 on or about hide by CCE §848 Fake arrest FVI29004 @10/26/92 City county US ? Debtor govt atts bribed hired tomlin /rehired bribed Culliton bribed Gibson and 93cv4297 /3 govt lead att/s 12/16/93 bribed DC judge Kelleher fake no case /names /#/s That's 7 /CCE §848 rico 1961.8 fixers County Council att  City Council att/s SO Att/s  hired Obersten /Warran K miller Steven P Clark each had law firm /bill govt att/SO att/s who were playing cr protectors of Water District 70 lead director doe 1 who paid /had County contractors truckers hauled loose soil PC 487(d)tailngs (b) rare Earths ?gold ?siver /etal in talings to the Hellandale dump Director got letter from US BLM that tank cite was on top WPA Durston mining claim an Knew loose soil was Durston property to extract rare earth minerals as in muds as junk sand small gravel had no commercial value

CAca 26815a as FED cr /Civil libility San Bernardino County council Does 1-10 Att/s date Aug 1 1989  onor about US BLM sent both items letter WPA & Lease to barstow ca Copy & Copy To VV area 70 office on industrial Blvd for signatures By USE US Mail as Racketeering activity CCE §848 US BLM /aided by county att/s appoved lease so  dept That pays yr lease $2.000.00 have Copy set up payments by county auditor Larry Walker Asst Breet Brown


Ca bar prosecutes prose fake att tomlin & Sabbath  USAM 1725 impeding govt pending Process CCP405:21b theft of Durston recording 3pg transcript county recorders office

Ca bar investigates secreted US/Ca /DEA fugitives att/s timothy tomlin & Mark Sabbath Had hired judge Gibson law Clerk tomlin as debtors city & county had hired Culliton PI Fake 8/8/89 False arrest report of Warrantless Arrest DEA jun 89 Fugitive Daniel Edwin Braun VV cop SO deputy subject of pg 1 lien roll call employers


Ca bar /DEA/USAG 21§883 investigates CCE §848 5or more corrupt att/s hid cop from being US/CA DEA Sentenced after flight10/26/92  being found guilty PC 854 rescue PC 855 did not require arrest Of fugitive as prior jun 89 outstanding CA/US Warrantless Arrest /


Pg 99 a2moore

| Durston creditor FVI29004 /CIV24581 etal | CCE §848 Cr complaint on fake att Tomlin |
|---|---|
| Debtors CACa 26815a /VCv18857 others | 2006 ca Bar Cr # Man said tomlin County |
| V city of Victorville | san Bernardino County law Clerk 10/26/92 |
| V county of San Bernardino | told victim tomlin later went work Culliton |
| Does 1-10 inclusive defendants | Office now Bar tells its records different in |
| Ca Ev code 956 | 2019? bar computers been tampered with |

FBI Wray /USAG Bar jurisdiction when any court in US had records Tampered @ CCE §848 @ Ca ev code 956 when 3 Ca att/s been hired /bribed to comit US Crimes 10/26/92 FVI29004


Wells

Seccession court Ca bar sign CCP405:21b that came with 'most favorable non movant' Pg 3 lines 1-4 lines /


| Purpose Ca Bar Disbarment if convicted felony | Ca bar Cr court judge full faith credit |
|---|---|
| Purpose recovery money theft by theft of | FVI29004 @ civ24581/@CV18857 |
| Money judgment & impeding ca/US trials DEA | fixing SO Att Mark Sabbath employers |

| | |
|---|---|
| sentencing enhancements over rico fixings of | racketeers CCE 18§848 locked out all |
| out comes prior money judgments watered down | cts by lines 1-4 pg 3 then 93Cv4297 |
| $1.940 K by another cr conspirator govt Att Henry | 12/16/93 copy cat 449US 24 illegal |
| VCV18857 that suffered Ca ev code 1300 civil \ | injunction fake sanctions CCP391.? |
| Forfeiture 10/26/92 of FVI29004 | that had cr liabilty on Att/s employers |
| | Ca Ev code 956 for illegal use civil |
| | Injunction impede cr out come fixing |
| | 93Cv4297 out 27 counts planted by |
| | Govt att.s /Proulx /Kraft Higgins as |
| | Smoke screen fake arrest CAca26815a |

US & county Theft rare  earths 9/1/89 PC487 (d)(b) Mr G # 9114999 4431 4381 0488 56
US DEA special Agent Jess R Fong # 9114 9999 4431 4381 0477 81
FBI Wray 11000 wilshire Blvd La ca 90024 # 9505 5066 9861 9145 1192 95
PAG Backup DOJ Barr 100% pay  Kieth Sisco #9505 5066 98886 9121 0737 62
FFA disbarment @ Ca Bar 845 S figueroa st la ca 90017 # 9505 5066 9861 9145 1192 71
_  9th cir cited action that US Cr conspiracies Run last Covert ? Ca bar action @FFA hide
nov 90 DEA suspects govt att's R Clouse & D Proulx /Ostenburg  bought Culliton air
plane leave all cases then appears nunc pro tunc fraudulent concealments 10/26/92
FVI29004 fake SACV92-715 10/23/92 Ostenburg hires miller clark 12/16/93 bribe DC
judge Kelleher fake moot 93CV4297 when fage transcript had contence / no case #s Or
names /US SCT Jun 20/2019 called Vage Case like did not happen /fixing judge sat
12/16/93 thr 2012 as fugitive fenon fixer copy cat 449US 24


_  these thieving att/s had CCE §848 rico1961.8 fixing replacements back ups over 47yrs
_____  Ca bar review FVI29004 @11/17/14 @  EDCVUSDC @2019 589 F supp 2d 737
Fixer Judge Gibson went past CA/US sentencing Procedures Granted victim $ judgments
CCP405:21b hide USAG apprehension Now 47yrs long list Fugitives  CCE §848 Justice
_ LR 83-1.3.1.1 & Cr &civil forfitures FVI29004 last 6/26/19 filed  PC854 & 855 USAG
retaking put in USDOJ custody 47yrs list of fugitives from justice  /2011/ Mex v Braun
highest Violent Crim attempted murder prose Ernest Durston FVI29004 TJmex PD
fugitive warrant # 8510/11/211/AP in mex its braun Guilty as charged by mex witness
as braun attempt kill Durston 2010 foiled by truck load mex military witness/s




FVI29004 in Ca/US/9th cir last Ca Bar @ USAG in EDCVUSDC 11/17/14 LR83.1.3.1.1
Civil forfeiture cases VCV18857 /CIV24581 /9/1/89 Durston v US county CACA26815a
brady PC 478 /fixed US v durston WPA 2003 fake april hering hide theft ORE 9/1/89
_____  USAM 1725 motive 'fixers 1961.8 notice waived' @ 11/10/92 PC854/855
_  CACA 26815a party/s US to hire theft PC487(b)& murders suffer US death Penalities
when ordered by ca att's

_ CA bar /USAG Barr prevailing plaintiff  Examines ca corrupted 5 att/s fixing FVI29004
_ pg 3 FVI29004 @ USAM 1725 5 CCE §848 suspects impeding Pending PC854 & 855
USAG Barr swat teams retaking FTA 11/10/92 Fugitive Daniel Edwin braun ?rescuers


_  Retaining disbarments Ca Bar & Ca SCT lady gives  US Cr referral to USAG Barr
Ca bar disbarments corrupt Ca Att/s follows US convictions sentencing prosess US v
Braun as Braun CIV24581 plea bargan 10/21/92 arose Gibson Found braun 10/20/92
Guilty as DA Nakata withholding Fed crimes charged People v Braun 7/2/92 by fixing
DA Nacata /SO Williams
Ca bar Judge subject USAG Barr of USAM 944 obstruction Justice pending prosess/s

Ca bar Judge & SCT lady DUTY show corrupted Ca atts attempt impede PC 854 as USAG Barr retaking US v Braun required no Additional arrest or search Warrants by pg 2 lines 4-6 tells ex cr att Cupp Entry USDC prose window 10/23/92 Full faith Credit braun guilty plea entry 10/21/92 /

Duty Ca bar Judge communicate jurisdiction of USAG Barr pg 2 lines 4-6 FVI29004

??week to book case #  Criminal referral /USAG Barr /multi fixing ca Atts Ca Ev code 956 att's hired to commit rico crimes violate US /Ca /Nv DOJ Cr laws by hiding murders 6-8 witness/s attempts on Durston .Heson 19/15/93

CCE §848 ex parte 4 fixing Ca atts /Tomlin Culliton Sabbath silent DA att Nakata etal add fixing judge Gibson makes 5 or more add 'does' PC 854 rescues US v Braun etal

Ca bar CaSCT lady Duty 2019 Cr referral USAG @ DEA  CCE§848 Referal AG Barr CCE §883
exhibit FVI29004 says It got USDC pg 2 lines 4-6 as pg 3 top 4 lines summary judgment kicked in CCP405:21b VCV18857 Jun 26/92 rico fixing §1961,8 outlaw Civil rights att James Freiden & Govt att Kraft conspiracy watered down $1.940K smoke screen line 5 by govt att Sabbath locked out court illegall offers fake att tomlin illegals advice Do you waive notice FBI/US Ca DEA /USAG fool tomlin say at this point heculliton not seen any USE US mail bribery money going up noth as when month piad tomlin quits Law clerk Job get Bribery US has PC487(d)(b) thefts 1872 mininglaws rights land & minerals 9/1/89 CACA26815a

Why late Filing Cr Complaints /Nunc pro tunc @ 47yrs fraudlent Concealments tolls late filings Ca bar says FFA charged moral trepitude to get att James Culliton  disbarred Ca bar says require FFA felony conviction ? att Jeffery Dains worked 1989/-1990 for fixer moot VCV14000 Johnston that FVI29004 debtors defendantsCIV24581  att Clouse Miller/Clark 12/16/93 bribe DC Judge Kelleher copy cat 93CV4297 without case # or names

Ca bar CaST lady /USAG Bar FBI Wray /US DEA Jaffy President Trump att Mr G
My lap top computer been hacked with key stoke virus that kills what I tried type 4times Tuesday 6/25/19 my computer guy says hacker  attached to IP address my lap top his key stoke virus /I'm on friends tower that has no internet card from factory

FBI WRAY LA ca Wilshire Blvd /phone desk agent told FVI29004 prose to notice Redlands PD about ca att Jeffery dains who 2000 fixed 4 cases conspired fix moot VCV14000 8/9/89 with 1989 former superior court judge  employer VV judge Johnston Copy cat FVI29004 where timothy tomlin Gibson law clerk in exhibit FVI29004 was

hired fake that tomlin & Culliton represented prose Plantiff of the lien roll call top pg FVI 29004 /

Nunc pro tunc >fraudulent concealments tolls why cr victim tells ca bar Ca SCT Lady Ca bar disbarment fixing Da/att  Nakata Rico promoted run for VV  V3 Cr judge concert blackmailer James Culliton 1/16/90 hid its PAG defendants summary judgment Fake 8/8/89\
Laid in wait hide fake jul 89 fake DEA rain run off US ca SO had Right run off  DEA witness  exda feld said watered down loss rents VCVBlackmailer Freiden 8857 when CIv24581 was open by blackmailer Culliton had freden put new case illegally open by Fixer black mailer freden had 1/16/90 defendant cr victim silent monet judgment To sell US /county theft 8/1/89 CACA26815a by multi smoke screens jun89 jul 89 8/8/89 & moot 8/9/89
      6/26/62 CIV24581 govt att gift 1/16/92 forgery conspiracy Da nakata SO braun Ca bar judge 'Wells secession duty sign CCP405:21b' expose CCP391.? Fixed 93/cv4297

PAG Durston complint FFA regarding tax free ? govt atts bribe air plane /hight lift chopper hide bribes to Culliton & PI rarph degutice maker braun fake 8/8/89 police report claimed SODA discover 1/16/90 said badly beaten michel riveria said 7 time CIV 21581 as jun 26/92 Rolling eyes he forged his marker bowman Forencic expert 7/2/90 evidence was not good enough for 9th cir 12/19/96 fixed 2004 & 2008 master fix DOrs*ton v 9th &* *D*C multi fixers judge playing CCE 848 Cr protectors 1968;1 rico fixers

After FFA /Ca Bar moral turpitude disbarment Culliton why? Culliton not cr prosecuted FFA as US govt fraudulent concealment of Culliton Backmailed USDC 3/27/90 destroy FVI29004 US/Ca DEA  v Braun 1/16/90 /SA DA hide CACA 26815a /bribed Culliton Refilled 4/2/90 without 8/1/89 on or about US /county theft PC 487 (d-b) 1872 mining Rights

Ca Bar cr prosecution FFA moral turpitude disbarment Att Culliton without ?felony acts FVI29004 reads Gibson law clerk 2006 ca bar said 2019 now different history of work as After 1989 took work ct law research clerk ca bar said nov 92 went work for blackmailer Culliton took over prior blackmailers ex da city county don feld rescued SO & 9 fixing DA CV820/900 who attempted frame /impeded FBI witness 10/5/73 Cr victim /US mail thief reserve SO deputy Charles E Hill


 DEA suspects SO williams /DA nakata !Ca bar disbarment }quitbraun  fake arrest 8/8/89 noticed 1/16/90 /Blackmailer Culliton entry USDC but  bribed 3/27/90 refile CIV24581 hid FVI29004 People /US v Daniel Edwin Braun  @ FVI29004 ?cal bar venue 1/16/90 FBI Not notice by culliton But Tomlin & Culliton waived ? govt Att Sabbath 42§1985 Violation Durston /silent badly beaten michel riveria fed protected 19§1983 civil rights as 9th cir ct 12/19/96 corrupted victim victims civil rights judgment when CR forgery word

Used by 9th cit chief judge Thomas was yrs clock & 9th did not think ORAL Time of an Difference Forgery word lost cr forensic time so 9th cir gave forgery suspects shameful Summary judgment that ORAL discussion /12/19/96 discovery OPENED still open US

/ca DEA Jun 89 informant Durston by2019 DEA Jaffe reopen  Jun 89 Ca /US govt code DASO duty apprehension relation back other fugitives rescuers of 2019 warrantless arrest braun but PC 854 & PC855 triple  task braun FTA 11/10/02 US/Ca courts DEA jun 89 procesutors

Ca/ Bar put week to list Bar case # For 5 or more CCE§848 FBI §1961.8 DEA fugitives

Nunc pro tunc  Ca bar Cr entry People/US v braun & rescuers FVI29004 9/1/92 FTCA blackmailer Att Freiden quits Winning multi CCE§848? Ca Bar court & FTCA Court last to prosecutors corruted govt att/s rescuriors PC854 FVI29004 entry full faith credit Pg2 lines 4-6 says Ca bar Ct had venue 10/23/92 USDC Friday at 4 closing prose window 5th floor 312 n spring st became theft by DEA suspects USDC  kelleler clerk o'neal others

105

Hello govt debtor lap top hacker

Fake 2 atts USDEA suspects  theft summary judgment & Notice waived USAG prisoners escape PC 845/PC 855 lines 4-6 pg 2 says FVI29004 US/CA Cr matters got USDC 10/23/92 that called petete aka Dual Sovereignty FVI29004 Has Ca bar jurisdiction & US AG Barr all DOJ agencies jurisdiction

Ca Bar requires WHY lien creditor pg 1 FVI29004 Ernest Durston 26yrs Late filing 9th cir cited that Cr conspiracies  locked out all courts by Gibson gift before dual felony DEA sentencing pg 3 tops 4 lines Fixing CCE §848 suspects law clerk timothy tomlin judge Gibson in crimes against US & Ca 10/26/92

9th cir fix 1996 & 2014 again 2008 again 2017 fixed 12/16/93 93/cv4297 hide FVI29004 as Ca bar /Ca SCT lady & FBI/USDOJ Rosen got Public dual sovereignty venues actions FBI riverside Ca 11/17/14 durston re ENRY 10/23/92 blackmailer ex cr att Cupp building FBI cases against county San Bernardino concert theft PC487 with master minds

Can FBI/USDOJ Cr prosecute 3 /9[th] Cir judges tampering forgery evidence of ??fugitive suspect aiding conspiracy july 30/95 perfected murder 3 Ca city ca kill 1 Fed witness of 93CV3133 Durston v sgt trumbull arising CV820/900 people v Durston 'brady reversal

FBI investigates 9th cir 12/19/96 cr facts forgery v 9th 3 judges hide Braun forgery crime 9th illegal gift FVI29004 pg 3 lines 5-28 FBI DEA Ca US flight fugitive Daniel Edwin Braun illegal Summary judgment as injury FBI cr victim witness reputation multi losses business triple damages 1983 punitives /by govt att outrageous conduct injur civil rights

FVI29004 E/BOOK copy fit most cell phones & e book readers /tablets /laptops as e book layouts can't use produce court documents /exhibits
FVI29004 still open 2019 vs Cr fraudulent Concealments 9th cir 12/19/96 injury Durston

FBI USDOJ Rosen /Ca bar Ca SCT lady duty Examine FVI29004 only known transcript copy as Sheriff office San Bernardino county on 3rd st & County Att's on Arrowhead Ave CRlaw required keep 75yrs of govt fixers outside law firms & City of Victorville Late as CCE §848 says 5or more 1961.8 rico fixers city Arkives records as Blackmailer freiden govt mole got paid 9/1.92 Leave winning multi cases $100K made city produce record back to V-5/72 10/6/72 Durstion v city VV

CA bar Ca SCT lady FBI DEA tells 9th Cir braun forgery Cr offence 2 fed civil criminal rights acts /that did not require victim to act 7/2/92 cause People /US v Braun a FBI/DEA venue USDC 10/23/92 filed by ex cr att for Durston was just 598 F supp2d 737 Cr victim witness 9th 3 justices were without jurisdiction /9[th] went out side FBI/DEA cr against US

Debtor Govt att Sabbath FED CrArtifice to defraud {42§ 1985 &18§1945 "do you /FBI DEA suspect gibson law clerk Timothy Tomlin waive notice FBI DEA & Ca bar Ca SCt lady FBI/US/DOJ Epson vs 9th cir illegal conversion 12/19/96 forgery word A civil act time clock when Forgery Cr offence 9th cir tampers with Cr offence done 7/2/92 gift to SODA when Durston & forgery victim Michel Riveri Fed protected civil rights violated by braun SO/DA fraudulent claims 8/8/89 that Riveria suborned perjury CIV24581 Depo 6/26/92 same Caption full faith credit Gibson braun Guilty verdit /10/20/92 plea 10/21/92 Lien pg 1 FVI29004

pg 3 lines 5-28 FVI29004 debtor Govt att asks Fake att Do You Waive Notice FBI /DEA

motive Hide CCP405:21b Prefiling Party summary Judgement

Ca bar shares disbarment proceedings with USAG Barr cr proceedings Ca Ev code 956
When att is hired to commit dual sovereignty Crimes

Ca bar judge & Ca SCT chief lady judge order RICO embezzeled funds watered down
$1.940K leftout filed in EDCVUSDC of VCV 18857 when CIV24581 was copy cat
caption lien roll call pg 1 top FVI29004
The corrupted embezzlers city & county lead Robert Dutton prior fixer Larry Walker
Brett brown County auditors CR 32:32 wifulblindness ignored USDC debts liens
recoreded 10/26/92 in USDC Entry FVI29004 pg 2 lines 4-6

 USAG Barr In Disbarment proceedings past present lead CR 32:32 Govt Att;s & Cr
prosecution
Ca bar disbarment att/s theft funds documents & rescue US/ca felons from sentencing in
FVI29004 10/26/92 of 10/20/92 cr judge Gibson US convicted Daniel Edwin Braun DEA
Fugitive jun 89

Ca bar CaSCT lady chief Judge orders CCE§848 Lead Att pay prose summary judgments
Ca bar disbarment proceedings of lead Att Michelle Blakemore who rescued former lead
Att,s prior to last DEA Suspect Fugitive Jean-Rene Basle lead att San Bernardino county
Council may resigned when county Board supervisors chief clerk Was served by home
less man Johnson for FVI29004 PAG cr victim Ernest Durston for collection PC 510 debt
As FVI29004 pg 3 top 4 lines tells of recorded debts against defendants lines 4-6pg 2 say
in USDC filed 10/23/92 by ex cratt cupp Blackmailer FVI29004 lead debtor govt att
Mark Sabbath

USAG Barr v CCE§848 Suspects Rico 1961.8
Cr/victim PAG Ernest Durston 578 F supp2d 737
Gibson Judge went past US Ca sentencing USAM 1725
issued PAG most favorable judgment NOW USAG Barr
@ EDCVUSDC venue CCE§848 Coconspirators §1961.8
FBI venue crimes at any ct house in US 312 n spring st @
10/23/92 theft FVI29004 also 2019 USDC Barr @12th floor
       Ca bar /Ca SCT judge rule
Durston right cr victim 18§3771 sec says if braun not yet gotten sentenced by USAG

 11/17/2014 REDO 10/23/92 ex cr att cupp full faith credit 1/16/90 SO?DA quit 8/8/89
Warrantless narcotic arrest outstanding jun 89 cop apt 14 Daniel Edwim Braun others
selling apt 24 narcotics rescued by SO/DA having braun forge riveria marker citizen
arrest form that sgt trumbull 10/6/73 fake arrest mail crime victim so form not done

Ca bar by CA SCT as heard fake 1996 Huntsman blackmailer v Gibson DEA fugitive of
US/Ca DEA /CCE §848  10/26/92 notice motion waived Fixer Gibson & SO att Sabbath
hires Gibson law clerk Timothy tomlin as Fake prose Att for theft CA Ev code 1300 cr
summary judgment by 10/21/92 guilty plea After gibson found /DEA US Ca henchman
braun guilty 10/20/92 word tentative

Braun Bench warrant Arrest ? that Gibson clerk hunstsman failed notice FBINCIC
Secretly 7/2/92 braun allowed himself be arrested Barstow ca taken to Gibson for forgery
arrigment Barsow ca ? bail never set for forgery felony /
Ca Bar disbarment 2009 Culliton by FFA 93/CV-774 Durston V Culliton does1-10 ????
CCP 391.? Has Fed cr action against att,s of 1961.8 rico fixers CCE§848 San Bernardino
county hired april 79 victim ex DA lead att under every elected att/hide FBI v trumbull
Fake arrest durston 10/6/73 durston Citizen arrest US mail thief 10/5/73 charles Hill had
Left big grage door open when uniform still mail theft went play back up call off band
with radio reserve deputy Hill  hearing officer call for back up in apple valley arrest
somewhere close

While fake SACV92-715 at 9th huntsman sued /Blackmailed /Gibson FVI29004 sat open

Ca Bar Judge under Ca SCt chief lady judge /prior judge 1996 had Huntsman V Gibson
When 3 fixers 9th cir judges ignored forgery word let forger get summary judgment as
Durston v forger Daniel Edwin braun when govt att DA nakata & SO Williams made it
Look like DA found forgery in Da office SO bill bethkie gave SO who with DA planted
Braun forgery with bethkie gave Williams gave Nakata claim 1/16/90 that 8/8/89 arrest
Was by citizen Michel Riveria put durston in custody Braun who acted alone said poly
Graphed 4 class room witness

Nunc pro tunc /doctrine of fraudulent concealments 9th cir
Ca Bar & Ca SCT lady judge share USAG Barr etal Cr/Civil Info FVI29004 10/26/92
Was last day FVI29004 was USDC Case &still open 2019 dual cases CA/US jurisdiction
10/23/92 when Durston & witness were draged to see LA Ca USD prose window 5th floor

By Ex Ca cr att Cupp Durston law clerk turned blackmailer SO/DA quit 1/16/90 braun fake arrest 8/8/89 Jun 89 DEA informant Durston Confidential Informant warrantless Ca?US Arrest copy cat 10/26/92 braun rescued from USAG custody per PC854 can be Retaken PC 855 without 2 {search} warrant

RE docketing 10/23/92 entry FULL faith Credit as
duty Blakemore notice DC/& 9th cir lacked venue
as still open FVI29004 its enty Full faith credit of
10/23/92 of Braun found guilty "tentative ruling
Ca Bar disbarments proceedings suspects CCE§848
Rico §1961.8 fixers crimes against US /Ca /NV/Mex

578 F supp 2d 737 USAG Barr etal
Ernest Durston prose /cr/victim    USDC Partial summary judgment FVI29004 10/26/92
V city of Victorville contractor    arising CIV24581 arising watered down VCV18857
V county Of San Bernardino as    that Rico partial $1.940K was due 10/26/92 FVI29004
Sub contractor CVV PD
V does 1-10 inclusive defendants aka 93CV774 durston v Culliton does 1-10 inclusive
Debtors FVi29004 /can legally pay cr victon direct as USAG Barr to impose racketeering
& other fed pending felony charges on dual sovereignty fixing att/s govt moles victim atts
  Uncharged fed crimes PAG v city of Victorville etal 10/6/72 V-5-72 interest started
Fed law says interest not paid with fed partial as Rico damages not ready by USDOJ Barr
Give OK back 4th ct app 1980 copy cat 93Cv3133 of "brady' fake CV820/900 SO/DA
SO att.s FVI29004 retalition hired fixing DC Judge Kelleher bribed by FVI29004 atts out
side fixers 2 law firms  after 10/23/92 fake planting SACV92-715 hide theft 10/23/92 @
Prose window Kelleher/clerk O"Neal

 VCV18857 related FVI29004 /CIV24581 County/ Auditor/treasure  put partial $ at
Pahrump NV resident Durston (6931)Chase bank next to fixers att SB city Hall Building
In theft 26 lots by County 2008 county att/s illegally paid city SB take CVV place on
fake proceeding that fake lot buyer att served ex husband instead of belgo Diam II Nv
Corp agent Durston told fixer judge Ocha lacked kibitz Att plaintiff default jurisdiction

 The prior chief county Att USAG suspect CCE§848 failed county council chief att/s
after PAG had homeless man serve Board clerk money debts PC510 was embezzlement
by county att Sabbath pg 3 lines 5-28

When FVI29004 debtors govt atts can't claim by US ?ca law authority that rico fixings
got US cr consequences SO att county council mark Sabbath duty inform All govt atts
County hired outsiders Miller County Clark city fixing moot 93cv4297 Frame FVI29004
Prevailing prose that frame somebody is fed offence those count att hiring out s siders J A
Brown /Bonesteel /Oberstine ?who hired Miller /Clark hired other fixer illegal fake
sanction costs by USAG Barr suspect FVI29004 Full faithv C thief 1o/23/2 died 2012
longest sitting USDC rico §1961.8 fixing fugitive DC judge did not act alone

USAG Barr by DEA informant durstoned @gmail.com 7605612930
Cr victim 10/6/72 US mail thieft C Hill
Rescued by sgt trumbull etal 93-cv3133
10/6/73 not in 1980 4th ct app fixed by
Victim att ex da Don feld put SO/DA
Frame /Durston hide 4th ct ap summary
Judgment & no notice FBI copy cat of
Gibson said 'Notice 'FBI' is wavied"
?Ca bar judge notice USAG swat team
Jul 2019 braun PC 854 retaking PC 855
27 yr Fugitive from DEA warrantless arrest
By US Ca dea informat braun try kill 2010
                              47yr nitemare 10/6/72 –jul 2019
   Tought type cause disabled hands 1995 auto injuries 2 TBI's juries tampered with ?This
notice Ca bar ?USAG duty retake fugitive braun others /may get me killed rid their arrest

    Ca bar judge week to notice USAG Barr PC 854/855 apprehension US v braun etal
 10/26/92  3 ca atts impede USAG /Barr /now sentencing 27 yr DEA fugitive from mex
PD justice  Got higher violent cr braun attempts mex citizens 2011 who witnessed braun
wheel men Attempt 2010 kill  FVI29004 & prose ernest Durston FVI29004 as only copy
with SO headquaters records 655 3rd st San Bernardino ca chief clerk says nobody see
braun record but braun himself may be USAG barr demand originals 10/6/73-2018 from
SO & demand 10/6/72 V-5-72 durston v city Victorville att.s tell USAG Barr why victim
Durston was forced plant illegal fire plug ordered by mayor att terry Caldwell & chief
city planer john Hnatek

Being PC 854 person  avoid US/CA sentencing PC 855 left for USAG swat team SO as
Suspect Harbor with ex da ramos as 2018 new DA USAG suspect was with DA office till
2014 /when Durston 11/17/14 EDCVUSDC Judge Bernal only sitting judge /got re/entry
10/23/92 full faith credit braun guilty verdit 1020.92 plea 10/21/92 Ca ev code 1300 done
Deal

Ca bar judge shares FVI29004 with EDCVUSDC Judge Bernal  had Fvi29004 11/17/14
But was 2nd theft inside USDC house by USMS lead agent David singer from entry Full
faith credit 10/23/92 theft FVi29004 ReDO /11/17/14 from his clerk gave 10/26/92 US/
by PC854 /retaking warrant by PC 855 any place harboring convicted forgery felon as
As USAG swat team ask permission to apprehend fugitive braun if refused break door
window inside doors if fugitive or others has guns /in hand its this choice die rather then
be retaken by USAG  swat team my have to Shoot braun in self defence members swat
team so trained

Ca Bar Judge Attention to FVI29004 pg 3 line 5-28 debtor att locked out USDC page 2
lines 4-6 fed violation asked fake prose att to wave notice TO FBI/USAG /Ca bar judge

Ca bar judge Ca SCT lead judge ?Week to research att fixings Fed offences @ ED/USDC Riverside FVI29004 says pg 2 lines 4-6 FVI29004 entry USDC 10/23/92 & 10/26/92 Was 1st day USDC @ FRCP R77 exparte only 1 time  use outside DC room still open in USDC  THEN debtor govt chief fixer att hires 2nd fixing DC judge Kelleher 93Cv4297 Hide prior VCV14000 summary judgment defendant{brady } Durston 8/28/92 Cr judge Mandabach /26 charges planted evidence by  corrupted prosecutor now PC 141© felony David Proulx rico promoteted Commisioner jan 92 after [perfected murder no autopsy as Used 2 annual health cheack ups as block SO duty as coronor fixer hide braun arrest as Gift 1/16/90 SODA quit when Blackmailed by Culliton ?feld info fake DEA raid jul 89 Hide jun 89 warrantless arrest fall guy braun hide braun sole kidnapping victim per 5 witness Durston stand up cuffed dea informant roughing up victim /put squad car as 5 witness saw no moranda verbage or reason cuffs Culliton offered pimped his PI do Fake report for SO/DA caused SO?DA to have fake citizen arrest form go to watch commander  bill betkie who fake report 8/8/89 listed other defendants 93CV3133 Bethke faked cause arrest 2/7/79 bogus charges filed 2/22/79 CV 820/& 900 that Without fixing 2 att/s victim both times showed cr judge taggart SO?DA framed /hide FBI v us mail thief hill 10/5/73 FBI 10/6/73 v trumbull rescue hill by fake arrest mail victim /10/6/73

Ca bar Judge lets USAG prosecute ca att/s fixing US v DEA fall guy Daniel Edwin braun     FVI29004 /CIV 24581 /10/26/92 still open Ca/USAG Barr 2019 to do PC 854/PC855 CA CDL# C0600086 might provide fugitive address illegally getting /med SO /Ca DOJ pension check
   Ca Bar duty prosecute Corrupt att/s bribed judges prosecuted 449US 24 by USAG
 US duty pay /all costs cr/against US/Ca CCE§848 cost prosecutions witness not paid As jun89 DEA informant

 Ebook chapter bus loads fixing ca atts /few ca/US /9th cir judges rescue braun ?PC 854 USAG v Doe Lead att took over bribery Durston att James freidon still 2019 at Ca Bar San Bernardino county council lead att fixing out come braun US /CA dea sentencing Special DEA agent Jess R Fong & OC CCE§848 ?special Prosecutor

Ca Bar investigates multi att/s commiting USAM 1725 impeding pending govt prosess By Ca Ev code 956 fixer att's impede Ca Ev code 1300 civil forfeitures by guilty pleas

Cal bar judge Ca SCT lady justice duty to Do USAM1725 cr referal still open FVI29004 The CCE §848 suspects 5 or more not visable rico fixers referal USAG Barr as last date Case original /priority /entry USDC prose 10/23/92 referal FVI29004 named fixers impeding multi pendant US/Ca dual sovereignty cr charges & convictions /sentencing an Question fed death 7/30/95 murders 3 ca city ca US witness uncharged with mex pd 2011 charged braun with attemps on mex citizens who witnessed braun attempt on prose Fvi29004 life 2010 /

FVI29004 people v DEA fall guy braun      FVI29004 USv rescuers Braun 'themselves'
Pending partial summary judgment $1,940K X/s pending rico other debts due cr/victim
US has priorty over state debtors charged with CCE§848 §1961.8 rico fixing
People v Lead att for debtors CCE§848
USAG vs Lead att for debtors CCE§848


10/26/92 fixer SO lead county council "Doe" sent Sabbath fed cr USAM 1725 impeding
of DEBTS due PC510 money judgments 1980 4th ct app /impeded by Durston govt mole
ex da att don feld tampering with evidence trumbull fake arrest hide FBI not noticed by
Feld as bribed ? by garanteed income pay checks as appointed public defender others
there after he got planted represent false arrest victim by Privite Investigator  ex CHP
Durston hired  copy cat Durston hired Ralph degutice who planted Culliton get rich by
blackmailing SO/city county/USBLM agents  theft PC 487(d)(b) 8/1/89 CaCA 26815a


Ernest Durston cr /victim

113

**ernest durston crvictim witness excecution TJmex foiled by soldier need tooth pulled  soldier leader stopped execution when horde soldiers waited  tooth out**

PAG 47yr cr victim resets 11/17/14 FVI29004

By law PAG is cr victim 578F supp 2d 737

By exhibit FVI29004 10/26/92 hides CCE§848

Says cr victim represented by USAG Barr etal as

FVI29004 say it got USDC /10/23/92 Friday

FVI29004 got most favorable summary judgment

Before DEA US /ca sentencing but notice to FBI

& USAG was theft by judge notice is waived FBI

USAM 1725 Pending PC 854/855 USAG swat team

Unfinished retaking DEA warrantless informant Arrest

Copy cats PC854 & PC 855 fugitive taken DC judge @

11/17/14 where FVI29004 had last day in single judge Ct

Bernal As all other benches empty LR 83-1.3.1.1

USDOJ not paid CI cost 47yrs investigation or relocation protection best Info witness

May get killed In 47yr War zone pages are backwards last covert acts 1st pgs short history

All parties served fell like walking into movie UTUBE 47yrs after began CCE§848

Law says USAG can have CI  informant put in witness protection FBI orange Ca Clair B
That US pays all cost in need witness Info in USAG prosecution ?special prosecutor ?
  My car may have outlaw cheft Atts debtors hired Private Investigator  keysmith GPS
tracking /cell phone# location GPS  / CI program relocation Car replaced /secured home
type USAG Info /place where visits from USAG as multi attemted murder victim not
attached anyone requires name changes /nv DL # different /car /registration /banking
/changes /Hair color eye glasses place type from govt pays have witness protection as
Avoid copy cat 2012 drive by shooter killed $5K auto rolled by driver avoid bees front
face from SUV passenger big gun missed head 2 shots Hesperia PD report sent VV PD
Claimed jurisdiction prior prosessor carlos Molino served USPS tr # notice CA Ag K
Harris must triggered drive by soon after /Govt att kraft concert with people Att aided
theft 3times US Ca freeway funds by USE US mail use fake Kelleher liens 93/cv4297 3
people corrupt att.s v durston fixed people condemnation sept 2005  3rd fixing
VCVVSO38921  DEA fugitive Braun seen by  FBI witness saw braun carring DA files
an SO Williams jailers failed notice FBINCIC of Secreted forgery arrest Braun Barstow
Ca of Durston blackmailer FBI V att Freiden hand delivery FBI Wray DOJ Rosen USAG
Barr vs CCE §848 Da Nakata SO Williams /of  Forgery expert bowman pictures fake
braun forgery against real time Adlanto PD jailers  4 bookings Michel Riveria was
framed also by SO planted FBI v doe  att riveria given $4k for 2 CVVPD cops beat
riveria in lot next home adelanto ca17days jail Chino Ca hospital broken sholder
remember 6/26/92 depo framed  did 7 times suborned SO >DA purjury forged name but
Cr Victim 18§1337 eyes rolling told victim he was framed to lie morning that CIV24581
10/26/92 after noon fixed VCV18857 hiding CIV24581 aka FVI29004 {copy cat
10/26/92 redo Kraft & Fixer freiden befor fixer Feluret judge established 10/26/92 aka
10/20/92 Ca Ev code 1300 gibson found Forgery expert Bowman /most Favorable money
partial summary judgment line 1-4 pg 3 FVi29004

114

FBI/ncic  not noticed bribed by SO chief lead Att aide Gibson chief clerk FBI v Joan
Hunstsman  sues /blackmailing SO lead Att for protection Gibson tomlin Culliton Freiden
riged case hide FVI29004 went Ca SCT was dupped now Ca SCT get revist motives ^^^^

Unjust theft enriched WHO  2000 -2005 ? FBI v henry Kraft ?debtors FVI29004 1980 4th
ct app CIV24581 ignored by fixing att James freiden put VCV18857 watered down left
out fake proulx Lis pendans illegal planted Evidence 9/14/89 Rico fixing §1961.8 cost
sale $2.4 mi complex by secrete filings after fake 4th double jeopardy 9/13/89 redo same
caption MVI21376 was 2 double jeopardy 2/6/89 with 2/21/90 with prejudice

This notice may get CI /informant killed  if failed duty FBI /USAG/DEA Fong / Ca bar
filing by multi USPS tracking #s Clare B said ? Wrong that FBI controlled Placment in
FBI /CI program is USAG Barr duty as why I am Without address for mail /seems fixer
chief Att of FVI29004 defendant debtors Att/s Mark Sabbath theft partial summary
judgment VCV18857 /CIV24581/CACA 26815a
That $1,940K could paid debtor 2 fake tax sales 27 lots & home victim kick out 1/7/16
That FBI duty /loss home & personal property not been addressed in $ rico damages
          That fixers fake moot 93/cv4297 fixers 93cv3134 jun 6 95 durston V People
Ca relation back 1980 4th ct app reversal fake people v Durston CV820/900 by cr judge
Taggart became "brady' Durston v people jul 79

 Ernest Durston cr /victim victim of perfected TJ mex 2010 attempted murder by braun
PC 854 fugitive PC 855 be retaken warrentless ?FBI Wray USAG Barr got FBI agents
In Victorville Ca

   FBI Wray said was duty investigate call about kid became killer of students
USasst US attorney Riverside ca said tell FBI but not mind readers so put print the info
US fugitive DEA warrantless arrest jun 89 fall guy braun others  Nv drug sales Pahrump
Nv 1997 where apt 24 cooker names WAS Pahrump Valley news Big right Up cooker
bust with gram /5 gallon bucket bosted 25 gallons but story he was cold case murdered in
Chino Ca Jail under 1973 dect Billings  conspirator ? of 9 CCE §848 rescuers of FBI v
Hill rescued by trumbull fake arrest cr victim 10/5/73 Hill after victim citizen arrested hill
Watched by 2 La county deputies neighbors hill asked watch big open garage door Hot
good burgalaires 10/5/73 durston name on blue wheel barrow sat front Durston brother
Edwin   tool boxes taken different storage rooms

Ca bar noticed also as 10/26/92 master mind was chief att SO San Bernardino county
Board suppervisiors Durston had Johnson served Board then that chief quit 2019 new
1989
Chief took over hiding /Harboring US v Convicted cop not yet dual ca/US sentenced

The trail of fixing att/s hired after 10/26/92 FVI29004 was same day govt keep using its
Blackmailers in exhibit CIV24581 james freiden got over $100k bribe put print to victim
Be fore paid /BY Doe fixer chief att 8/1/92 /more then $100K leave all Durston
prevailing cases same day of 10/26/92 another fixer att henry Kraft put print VCv18857

Not shown in FVI29004 as Partial Summary Judgment pg 3 top 4 lines 'most favorable' By fixer playing DC judge as lines 4-6 pg 2 says FVI29004 got USDC 10/23/92 Full faith credit Gibson found 'tentative' word braunguilty by exhibits forgery expert Bowman aka Forensic Ev 9th cir 3 fixers ingnored for fixing gave US fugitive braun the fake summary Judgment fixed by chief att 1996 bribed fixer judge Kelleher transcript had no case # names was Per resent ruling US SCT as vageness 93/cv4297 no supporting Documents That 9th cir claimed victim failed file civil rights action within 365 days yet 9th cir used word civil forgery was 3 yrs when ploted forgery state felony was pre planed by SO/DA Hid CA/US Dea agents dumped warrantless arrest Govt code DA/So duty take down any Fugitives in county as smoke screen fraudulent concealment motive Braun Of fed offence DEA warrantless narcotic arrest jun 89 by Informant Ernest Durston cr/victim

Prior stanley moore 14 hired hit boy 7/15/93 durston Lawrence E Henson befor judge Kelleher /clerk O'neal FBI WRAY USDOJ rosen USAG Barr jurisdiction bribed judge theft prose window 312 n spring st 10/23/92 rico 1961.8 fixer 12/16/93 kelleher illegally planted 93CV4297 fake sanctions copy cat illegal injunction 449US 24 but for
     TJ mex PD got 2011 priority Pompao extridiction ?braun wheel men attempt on mex witness 2010 Braun attempt 2010 kill prose TJ mex 30 max term both US/mex braun attempt 2011 kill mex witness 2010 mex PD v braun has priority MIKE pence controlling extridiction of PC 854 suspect PC 855 USAG retaking DEA ca/Us fugitive &other fed offences 42§1985 (2) fed civil rights violations \dirty Durston 2/7/79 & 8/8/89 ordered 1979 hide 1973 violation 18§1512 keep Durston & FBI prosecution govt lead Att/s 18§1512 from testifying against Hill trumbull 8 CCE §848 suspects 10/6/73 by govt lead fixing Att/s 42§1985(2) injury Trump Right govern US policys ??? Mueller witch hunt /durston research SO att/s fixing injuies factual Innocent cr victim 10/5/73 FBI fugitive then reserve deputy Charles E Hill full SO
Reserve deputy uniform 10/5/73 still 46yr FBI fugitive with FBI fugitive sgt John trumbull 10/6/73 as
Illegally getting SO pay check since 10/6/73 last known Lake Havasue Az residence need Extridiction to Ca ?? by braun PC 854 flight 10/26/92 hide out law govt atts ONGOING protection /defendant 93CV3133 co conspirator trumbull copy cat PC 855 take down US of braun CCE §848 say continiose Criminal Enterprise trumbull 9th cir SO keep out 4th ct app judgment for Durston defendant "brady' silent in 93/cv3133 by FVI29004 theft by 5 or more CCE §848 ?hencman also DEA warrantless narcotic take downs 2019 USAG swat teams bus loads ca DEA suspects by us charged DEA other enhancement felonies

Copy cat 10/6/73 mail victim then victim faked arrested by CCE§848 5 0r more suspects sgt trumbull 8 others CCE §848 5 or more FBI suspects with leader sgt trumbull /Hill still fugitive from US FBI justice value hill theft $3,500.00
   CCE §848 fugitives atts orders retaliation fake charges 1979 & 1989 avoid PC 510 asto Subject RICO debts $3,500.00 durston stolen Conspiracy property as driven to another reserve deputy home short distance up Navaho rd where SO had use deputy ropping corrals as unjust unrichment deputy by trumbull & 8 others rescued by SO lead att/s stone idol fixers

EBOOK manucript in formatting UTube 2019 UPDATE 2006 put up plane view public cite FVI29004 when witness found Fvi29004 in old file box Cupp the putting print of Keeping tract FVI29004 defendant debtors cases & for $ Cupp left out FBI /USAG was left out 10/23/92 full faith credit US v Braun

FBI rap sheet Fake arrest 8/8/89 DEA informant 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 Ernest Durston 4/4/41 as

USAG Barr Can't prosecute theft 10/23/92 by fixer dead 2012 judge Kelleher? May prosecute judge Taylor etal kellerher clerk O/neal failed duty 10/23/92 send to chief judge DC Full faith credit entry Braun found 10/20/92 guilty felony fossrgery by researcher ex Ca cr att jim cupp black mailing county /city VV chief atts stone idols representatives
Lot research FBI crimes in any ct house fixing fake DC liens 93cv4297 & 93Cv3134

CCE§848 enterprise ?people ca ?by thru county san Bernardino lead fixer att/s& city of Victorville lead fixers fake 93Cv4297 as adding CCE §848
Kibitz etal lot buyer fake 26lots buyer sued for release Fake city SB liens V Belgo Diam II nv Corp silent 93Cv4297 rico fixers lead att's hired lead atts
City of San Bernardino let fixer kibitz att represent city SB as kibitz put city SB as debtor lien defendant without any case #

USAG Can prosecute defendant FVI29004 fixers chief lead Att/s 1979 -2019 bus load USAG ? persons of interest? DEA Fong /OCGS Jaffe US /mex treaty got Priority 2011


18USC§1514 US code AnnotatedTitle 18 crimes & procedures §1514 the fake Civil procedure 93cv4297 copy cat 449US 24 Illegal injunction Govt Att institues cr/civil Injunction Exparte without notice to debtor FVI29004 defendants fake 93CV4297 as Retaliations debtor city VV vs prevailing prose cr victim 18§3771

18§1514 that USAG barr for USAG can file @ EDCV USDC Exparte FVI29004 RESTRAINing FVI29004 debtors harrament of Prose 10/26/92 prior sept 28/92 1/16/90

18§1514 restraing order fits trump GOP have Barr serve DNC Mueller Demos 1961.8 rico fixers

Mr G Trump needs show ca on Ca death penality fixer gov said not be used while he sits K Harris snitced out durston complaint CA Ag K harris/Braun /others Fugitives from FBI Instigated 2012 driveby 15 freway rid 2011& 2010 MEX PD Fugitive braun wheelmen 18§1513 says 30 yrs attempted murder /US in mex its 35yr mex prison braun wheelmen by PC854 & 855 retaking forgery Fugitive FVI29004 & 42USCA §1985 other fed crimes

42USCA 1985 items 1& 3 president trump Cr Victim powers 18§1514 hit DNC with IT Mex beglad get braun as USAG Barr& SOS Pompeio/FBI wray DOJ Rosen send braun ?

Few TJ mex witness 2011/2010 braun attempted kill speak read English well In TJ court
Braun is guilty by mex law will San Bernardino county Council lead lady Att represent
him wheel men seems SO lead att back april 79 saw 1973 as Cr/civil liabity fake 2/7/79
Arrest factually innocent cr/victim BICC 2 embezzlers SO used fake ENTAPment Victim
hide 2 BICC embezzlers USE US Mail theft BICC fees & theft 14 FHA /VA loans Ca vet
as US /Ca govt property male embezzler resent sold unlawfull enrichment VV mort co an
Listed drop box in apple valley Ca Female embezzler sits on BICC unlawfull aug –dec 78
enrichments in ca city Blvd Ca house used as realty mort sales with late $ enjoiners
Doe 's Partners sales she front as embezzler aug –dec 78 that SO knew aswell FBI agents
Let SO fake arrest # 2 CV820 &#3 CV900 AKA Ex cr ca att Cupp filed 93Cv3133
durston v city VV  filed 93CV774 durston v backmailer Culliton does 1-10 inclusive an
Durston V City VV 93cv3134 an blackmailer freiden filed FVI29004 fixer  culliton filed
CIV24581 durston got file CCP 391.1 got money & Cr judgments by CCp391.1 illegal
use @ USDC 12/16/93& 6/6/95 by fixer DC judges Kelleher taylor others @449US 24

Mr G the judge gave trump answer to border hold whose bond hearings let crime of act
Flight fugitives post $ bond by paying cash with mass single public defender/s or face as
Sent back mex free be or be keep till trial on any questions about why they left their
home country

SCT gave answer 2020 block spaces on papers yr born place county birth date US when
Gave last & first date in county of birth

Mr Pompeo could help send send Mex /US treaty fugitive mex has higher Priorty of 2011
Attempted 2011 murder mex witness 2010 Braun attempt Kill his jun 89 DEA informant

 used SO wire tap my phone 2010&2011 with 'Phone Power" San Diego cut rate phone
service before cell phone put out business now use business for robo calls

PAG Ernest Durston 598F supp 2d 737 Cr/victim witnesss rico fixing 81961.8 multi
attemped murder Victim Affidavit /declation under penality perjury 47yrs CCE §848

Eastern District /Riverside Ca USD central District of Ca 11/17/14 FVI29004 last time
Theft FVI29004 prior 10/23/92 theft prose window 312 n spring st


United States of America  restraing  USDC chief Judge Phillips & FVI 29004 debtors

18USC§1514 US code Unannotated Title 18.Crimes and Criminal Procedures §1514
Civil action Restrain harassment of a Victims Or witness/smulti times prevailing
defendant and Prose cause multi atts sold out the rico target 18USC 1512§1513§1514
FVI29004  exhibit govt att mark Sabbath commiteed felony 18§1513 (b) retaliation intent
bribed judge gibson law clerk timothy tomlin pose hired as DA intentionally failed notice
18§1512 prose so keep 1979 prevailing defendant framed by SO/9 DA/s injury cr victim

repeated 1/16/90 from being  CIV24581 4/2/90  -1992 & present secret barsow ca B1 Hearing/s

USAG Barr USA Hanna 312 N spring St 12-17 Fl 90012 la ca USAsstUS att Widman UPON application EDCVHon Judge Bernal BY Att for cr victim 578F supp 2d 737 Widman Shall issue in Cr case a temporary ?permanent injunction against chief USDC Judge Phillips for DC /plaintiffs lead atts SO san bernadino county council for debtors county board of supervisors & City victorville city Councile debtors PC510 when notice Debt Pg 3 top 4lines shows Embezzlement funds $1.940 K VCV18857 watered  down & retaliation 12/16/93  by illegal Use 93CV4297 without merit transcript held no case #/s or Names parties just scrabled words by suspect bribed judge theft honest service 449US 24 Copy cat judge bribed issue retalitor illegal Civil injunction CCP391.? cant be used hide cr cases info FVI29004 still open last VV /prior secret Barstow Court B1 Rico 1961.8 fixer judge Gibson did not act alone /DA SO att/s bribed keep victim from multi secret barstow hearings


USAG barr  facts Cr Victim Ernest Durston Supporting restraing order & permanent injunction  USDC Cr case FVI29004 /people ca & US v Braun entry Full faith credit 10/23/92 ENTRY braun guilty verdit 10/20/92 plea 10/21/92 / not removal 1st theft

Relation back dec 2008 victim filed USDC las vegas 9th cir Intake clerk as disappeared

DOrston v judge fake caption by LAS vegas 2 fixing 2 USDC judges 2 fixing US Att/s

???With /out' notice  18§1514 Chief judge V Phillips 350west 1st st 4th floor La ca 90012 USAG Barr etal 18§1514 public notice Restraing order become permanent block USDC moot US SCT calls Vage without merit bribery of judge Kelleher others 93Cv4297 & 93 Cv3134 illegal use by FVI29004 /CIV 24581 /VCv14000 Prior brady debtors MVI21376 CCE §848 Criminal/rico Civil  consequences USAtt cited civil injunction can't be used Impede CA/US USAM 1725 pending process 1720 -1775 govt lead atts hiding multi USCa Fugitives from justice

 CCP391.1 BY govt lead att illegal USE 18§1341 US mail impede  FVI29004 debts/of prior actions as aided by willful blindness still open FVI29004 USDC Chief judge Phillips Ca superior court of Ca San Bernardino Chief Cr judge Moore where FVI29004 still open dual sovereignty CaUS courts as SO att/s have copy/ies as required by Ca law Keep 75 yrs or more relation back brady reversals CV820/900 as 4th ct app  Durston vs/V people 93Cv3133 Durston V same FVI29004 debtors CCE§848 5or more suspects Rico Activity went civil cases that 3 fixers ca civil judges VCV14000 hide ca cr judge Arden RES Injunction 2/6/89 became 2/21/90 with prejudice defendat favor while fake VCV14000 was 8/9/89 illegally opened AKA Moot without merit  93Cv4297 aka  8/9/89 smoke screen fake arrest 8/8/89 but 8/9/89 was CR offences planting 27 fake /suborned perjury charges /felony offences both coconspirators lead atts city /county had lost its immunity when aided BLM theft PC487(d)(b)

119

ICE agency DHS agency ERO field office
300N Los Angles  st #7631 La ca 90012
USAG Barr 312n spring st La ca 90012
US asst US att Widman 3403 10th st @
EDCV USDC 12th s Hon Judge Bernal
Redo 10/23/92 FVI29004 full faith credit
Exhibit as last ct appearance still open @
11/17/14 2nd theft FVI29004 US v Braun
FVI29004 copycat 598F supp 2d 737 but
Fixer judge Gibson went past sentencing of
Braun gave /US.Ca summart judgments

ERO agent reads like opening computer finds couple cases are already running EDCVDC
of FVI29004 11/17/14 prior 10/23/92 of USDC proceedings 10/26/92 fvi29004 and agent
ICE/DHS has learn to see PC 845/Pc855 on pg 3 last lines FVI29004 copy cat TJ mex pd
Fugitive warrant 2011/2010 that lacks mex att gen signature 854/855 short cuts ICE DHS
get braun to USDC custody of
ICE/DHS agents ERO by  USAG Barr use FTA 11/10/92 US v braun AKA PC854/855
retaking US v braun by ICE by BARR  signature await EMAIL from Mex Att gen of
SOS request signature /while ICE /DHS doing faster take down braun wheelmen /shorter
cut end run USE PC 854/PC855 DA Nakata ?SO Williams 2019 office holders holder
rescuers 2019   refused 10/26/92 do   Left out after 10/26/92 rescuers CCE §848 rico
1961.8 fixers 11/17/14

Recent discovery short cut put braun wheelmen ERO instant ICE/DHS custody prior 5
CCE §848 rescuers /racketeers 10/26/92 FVI29004 still open 2019 ICE can use PC854
As ERO

        ERO /2011 mex PD # Date short cut  ICE DHS put mex fugitive in custody
 La ca field office ERO exhibit 2011 TJPD  mex Fugitive papers shot cut EDCVUSDC


FVI29004 is still open lesser Ca/Us charges then TJ mex PD got priority over US ca crim
     ICE /DHS paperwork ERO mex witness short cut @ 11/17/14 ED/DC Judge Bernal


ICE /DHS/got instant Refiling /Mex v braun  ERO opended 11/17/14 but theft 11/17/14
ICE DHS Mc caleenan jul 2019 take mex custody Violent crimes 2011 & 20110 from
USAG Barr lesser charges US /ca dual sovereignty

ICE /DHS ERO USE FTA USDC 11/10/92 warrant PC 854/855 puts braun @ EDUSDC
FVI 29004  10/26/92 is USDC /FELONY proceedings FRCPRule 77 exparty ca ev code
1300 civil forfeitures per lines 4-6pg 2 f

ICE/DHS /USAG judicial economy DEA warrantless Arrest jun 89 TJ Mex2011 warrant Lacks 2010 TJ MexPD local mex att general make good ICE DHS ERO mex fugitive Daniel Edwin Braun & wheel men not on 2011 warrant motive Att gen braun did not act alone short notice 2010/2011 SO wire tap Durston phone DEA Jun89 warrantless arrest fall Guy braun others wanted Durston dead rid secret FVI2900 other cases prevailing PC 510 debts money judgments evidence govt embezzlements /extortions
        Long  held crim law Mex question whell men & suspects order killing prose stand mex Cr trial with braun


ICE /DHS Subject Matter Enforcement & removal TJ mexPD  fugitives @ EDCVUSDC USAG Barr  Sentencing dual sovereignty DEA subject matter theft 10/23/92 FVI29004


     TJ mex ? 4 fugitives  2010/2011 awaits DIHS send Mex /court /prison has priorty ?
        If /IS extridiction  required mex Att general warrant up date  TJ mex PD 2011 Exridiction be at EDCVusdc riverside ca hon judge Brenal B1had mex fugitives papers 2010&2011 on witness PW put mex fugitives paper attention hon judge bernal 11/17/14 was only sitting judge rest empty ct rooms /braun rescuers stoled mex papers  same day Would DHS prosecute or mex Judge or USAG ?FBI?ATF  prosecute  the armed rescuers Were USMS agents


ERO ?Form don't fit
WANT enforcement & removal o perations mex fugitive/s Violent cr TJ mex Crime victim Ernest Durston 2010/&2011  mex witness /ERO complaint


 Bad information TJ PD 2011 delay by others bad informationitnees  finality jul 4  2019 find
DHS other agencies with TJ MEX att generals signature for Eenforcment & removal ? Office 300 N LA st #7631 90012 division ICE /DHS agents capture 9 yr fugitive due In TJ mex court on attempted ?kill mex citizens who info attempted gun silencer murder of Pro se ernest Durston 2010 Mex law guilty as charged by victim infor 2010 attempt told to English speaking TJ PD officer but short on putting print but did put another drug sales doe cop info 2011 Riverside city PD
 Braun ca CDL # taken from Hesperia Ca gun sales buy that date lost receipt @ CA DOJ By CA CDL may locate last address of mex fugitives warrant

ERO Form don't fit  TJ PD Mex US treaty  & 2010 american hitman Daniel Edwin Braun & 3 wheelmen Attempt kill American Ernest Durston /s 2010 witness in 2011 by wire taps of San Diego "phone power cut rate co befor cell phones put out business went to ROBO call business

121

ICE DHS stands shoes fixer DA nakata SO Williams [resent 10'20/92 braun found guilty 10/26/92 braun rescued PC 854/ when govt code  DA if honest was required retake any fugitives in his county PC855 braun as
Rescued 10/26/92 Monday stood in Gibson court room after last line pg 3 Fvi29004

last time day FVI29004 was USDC prior 10/23/92 blackmailer Ex cacr att Cupp draged FVI 29004 prose to USDC prose window became theft Friday at 4 closing time

Next USDC 'FVI29004 proceedings FRCP rule 77 exparty 10/26/92 Monday
Reading 598F supp 2d 737 <almost copy cat as difference was pg 3 top 4lines was before Dual Sovereignty sentencing USAM 944/1725 Braun & 5 Wheelmen 7/14/93 rescuers hit boy 14 stanley Moore was rescued by jun 89 dea fugitives bill betjkie SO city watch commander DEA foot soliders fall guy daniel Edwin Braun /hit man 4/30/90 failed kill cop deputy Garcia by frank niento William Abernathy executed abdul accountant man of Opportunity to Garcia beating Abdual front taco stand back shot by niento as kill garcia at USDC civil rights filing pendant as Culliton 10/26/92 filed ICE/DHS USAG case @ USDC 3/27/90 copy cat FVI29004 filed 4/2/0 Civ24581

ICE /DHS USAG had 2019 Pendant warrantless june 89 DEA  PC 854/855 ICE pick day
To retake PC 855 fugitive 10/26/92
Read 598F supp 2d 737 says cr victim wait till sentencing is  befor civil forfeitures done
Read pg 3 top 4 lines fixing DC /ca judge gives BAIT CCP405:21b file transcript record
Then 5 CCE §848 suspects get fixing judge ok theft notice to FBI ?DEA US/Ca DOJ
Since SO/DA had only notice of 10/20/92 gibson found braun guilty was put multi tapes as required by ca/US law the secreted dates of dual sovereignty sentencing that USDC as Not noticed by 'notice is waived ' was but secreted rescue of braun & rescuers from USDC cr judge that Gibson could only felony sentenced braun 11/10/92 when guilty verdit sets date 20 day rule sentencing
ON  UTUBE since 2016 the fixed 9th cir dirty choice words over Cr forgery facts ignored forgery was 3yr time clock but forgery was smoke screen USAM 1725 impede DEA  jun 89 warrantless arrest that ICE can US Still do jun warrantless as In pendant Treaty  united states mex /treaty while Pompio & Barr take 10/26/92 FVI29004 back UP custody US v braun that CCE §848 by PC854&pc855 Jun 89 & 10/26/92 are PC 854&pc855 Warrantless use by ICE /H?? swat teams

TJ PD fugitive Mex /US treaty Fugitive/s FVI29004 PC854& PC855 10/23/92 redo @ 11/17/14

when 10/26/92 the CA DOJ fixing agents rescued dual sovereignty Dea suspects jun 89

Fall guy Daniel Edwin Braun

when existence Signed by Victim US /mex treaty  TJ mex PD Fugitive Warrant existys on

will san Bernardino county county lead Att/s send county public defenders att to TJ mex trial Mex v Daniel Edwin Braun & Wheel men attempts2011 kill mex citizens witness to Brauns Attempt on Jun 89 Dea informant rescued 10/26/92

ICE /DHS USAG by SOS Mex/US treaty when concealment 10/23/92 FVI29004 was full Faith credit entry USDC had duty honor state cr case but USAG can prosecute ca defendants People v Braun ertal charged with fed offences on 10/26/92 use of state PC 854 & 855
FBI jurisdiction theft /FVI29004 10/23/92 that 9th cir tampered with 12/19/96 PC 141

ICE /DHS **Deportation ERO SOS Pompeio /USAG Barr @ TJmexPD fugitives**

62F1972 Cal re Ezeta   copy cat TJmex PD v Daniel Edwin Braun & wheelmen
**Jan 3 1894** US govt found that attempted murder person could be sent Back on foreign County law warrant HERE TJ PD warrant 8510/11/211/AP Feocha de inicio:**06/10/2011**

**Chicago Mayor told Trump ICE locked out but FBI cant be locked out FVI29004 as ICE/DHS/USAG Barr SOS Pompeio /@ retaking US fugitive v Brars un etal 10/26/92 FBI fugitives judge Gibson /& fake prose Att tomlin concert with 1980 fixers hired govt mole April 79 when Durston showed cr judge Taggart that govt att's/& Da framed victim with SO bill bethkie fake report aid embezzlers lady aided SO /9da;s doing frame factually innocent Durston owner BICC mort co she Jerry January & mastermind darrel Peterson**

**Mayor Chicago guilty /locks out ICE USAM 1725 impeding pending DHS process**

**President Trump duty end USAm 944 /arrest sanctuary city fools 18US§2/3/4**

**As US etal ICE v 1961.8 rico fixers USAM 1725 empeding USAG /Barr from taking custody FVI29004 Entry Full faith Credit 5th floor prose window 312 n spring st home of USAG 12-17floor La ca 90012 WHERE FuLL faith credit guilty verdict on Smoke screen forgery hide jun 89 dea warrestless arrest STILL OPEN US v Braun 10/23/92 was 10/20/92 found guilty >DA hid what fed felonies forgery /planting ev of Jun89 warrantless arrest braun 4 other DEA suspects King pin henchman SO DEA drug cop Bill bethjie faked papers planting fake CV900 evidence 2/7/79 & SO Cvv SO let deputy school cadets hired did kick in 5 doors no 6 search warrants jul 89**

**Warrants Govt mole planted ex DA County /city Don feld SO atts county councile hired april 79 when victim produced victim pink slip on witness stand Feld -1992 quit after perfected murder judge ue but may stayed SO plotedr 10/26/92 rescue braun & himself hide So employee fed offences white washed 1980 4th read brady Arrest people v factually innocent BICC cr victim US mail Victim 10/5/73 as to Forced plant illegal fire plug 10/6/72 4/16/94 city att Higgins planted 31 fake counts**

123

**Hide citing Durston for city Crime planting fire plug illegally was fire chief rico Promoted later to run for city councile pack it CCE§848**

**/said was legal no 6 search warrants /jul 89 furthering  intimadate any US air force Families jun 89 witness in area apt 24 & 14 cops drug pad /watch apt 24 cooker dealer cooker name in Pahrump Nv news paper but CI informant said cold case he was murdered in Chino jail unknown date murder of Rescuer 10/6/79 dect billings & /bethkie white t shirt deputy  helped rescue sgt trumbull & FBI Prisoner Durston citizen Arrested then sgt traumbull Faked arrest of FBI witness ernest Durston**

**TJ mex PD show Picture braun taken from dating web cite exhibit signed by victim incident 2010 TJPD warrant that not served on SOS mike pomeio by duty TJ mex Att general  Jan3 1894 /62F1872 says US will Deliver Braun US by FBI NCIC made notice 10/26/92 that debtor att could not asked fake prose att Waive notice FBI ncic  nor could rescuing judge allowed  no notice FBI/victim**

**FBI fugitive 10/26/92 PC854/855 aka FBI USAM 1725 ICE /higher authority DHS 2019 of 2010/2011 braun attempt kill mex witness 2010**

**TJ mex 2010 attemped murder victim by FVI29004 defendant convicted CA ev code 1300**

**ICE US agent att widman CA Bar La ca notice fixing Ca /US bar atts @ CCE§848 Fixing DC& 9th cir 12/19/96 hide defendant Durston by cr judge mandabach 9/28/92 Moot fake planted ev by govt att/s Proulx Kraft Higgin bribery ca att Culliton&feld Freiden /morse /dini /Bastion Dains last fixer lady at return of overages funds fake tax sale lady said normal date return funds In Belgo DiamII case Durston power of att been extended 3 more days when came special date she said TOO late day was 3 days prior /on last covertact CCE848 rackteering activity rico §1961.8 fixing sale as $365k home loan BOA 2006 fixers got $86.400.00 but times 3 of BOA value 2006 is Damages due victim plus loss personal property inside out & 17 vehicles per pg 3 top 4lines summary Judgment FVI29004**

**Riverside ca DEA ATF /PC854/855 convited US/ca fugitive Daniel Edwin Braun with illegal gun /badge & uniform badge DA office from Ca DOJ Att gen appointed fugitive braun Special CA DOJ investigator seen sept 2005 hall vv ct room V10 by Henson & Durston &  jul 89 fake DEA raid witness bethkie rescue Fall guy Braun with illegal DA badge side arm PC 854/855 Fugitive 10/26/92**

**ICE is US agent v fugitive braun & 10/26/92 rescuers in PC 854/855 @ US lock up in**

**Adelanto Ca fed prison holding cells /ICE att Widman get extention booking From Bernal be getting others rounded UP live locally in high desert /elswhere under rico 1961,8 fixing thru rico 1968 any place in US**


**ICE aka US even got ready 11/17/2014 DC Judge Bernal /got lien fvi29004 TJ mex Motive braun /wheel men killing prose @ 7/15/93 rescue hit boy Stanley Moore 14 Had ca cr rap sheet for US arrest /attemted kill FBI witness 4/30/90 murder abdul US /Ca CCE §848 material witness reserve deputy Lawrence Henson 2010 hit was Put place but caused Henson Victim leave area were hit suspects TJ wheel men live**

**Only need One ICE /US asst Us att Joe widman 92501 riverside Ca 3403 10st  File in 10/26/92 PC 854/855 US v Braun /etal FVI29004 needs no warrants just booking FED lock up Adlanto Ca await rescue fugitives US/ca Hearing 10/26/92 hon DC judge Bernal**


**EDCVUSDC Riverside Ca /7/15/93 jun 89 dea suspects rescue hit boy Moore age14 Frank Niento back shot cop Garcia William Abernathy executed Abdul by boot gun Bill bethkie faked CV900 auto damages /insurance man showed bethkie planted fake damages report to Bill behkie repeated unknown date forger planting fake evidence SO/DA had braun used PI Ralph degutice & james Culliton hired fake report given unknown date CVVPD SO watch commander bill betjie threw away braun people v braun sentencing & US v braun FTA 11/10/92 per Cr clerk Hunstsman told Replacement Betty hamblet  bill betkie led fake DEA raid Jul 89 to Intimidate DEA pending witness jun 89 drug buys from apt 24 cooker dealer /cold case murdered as told by CI in chino jail cell may be Stanley Moore been  pa refected murdered keep from telling US agent who gave him SO gun at aunt Linda rosa apt 61 she may been killed also US material witness 7/15/93 rid 2 US material witness different cases murder of Abdul Back shot Garcia cause Culliton filed DC 3/27/90 copy cat FVI29004 /CIV24581**


**11/17/2014 reDO 10/23/92 UPDATE TJmex PD has Priority befor DC judge Bernal @ extradition hearing Was braun guilty by mex law in attempt on FVI29004 prose Priorty Mex v braun attempts on mex citizens witness/s braun foiled killing prose**

**Mex att gen pending signature on pending SOS to signed ERO order USAM 1725**

**Mex TJ PD Victim US treaty SOS Pompaio duty when US public injury use PC854 855 while TJMEX area att gen tells SOS mex wants warrant fugitive/s braun etal The mex law is controlling if foiled attemped murders 2010/2011 were committed by motive fall guy braun others to rid govt liens of FVI29004 victim against braun & others /**

**DHS K McAleenan FBIncic fugitive Braun etal 10/26/92 -2019 Wray USAG Barr**

TJ mex fugitive 2010& 201 1 has Ca CDL  shoud give ICE address for PC 854/855
FBI ncic pg 3 FVI29004 notice Waived to FBI /USAG Sentencing braun 11/10/92 as
FTA smoke screen hide rescue 10/26/92

La ca said that DHS/ICE 501 west ocean blvd st 7200 zip 90802 long beach ca was
care takers TJMex PD Fugitive victim ernest Durston signed nv resident in Ca as
homeless /due drive by 2012 attempt failed
1894 Jan 3 US said sending back mex fugitive Attempted murder in mex 62F1972 ?
Real old cites still cited multi Ca penal codes violent cr in ca as Mex felonies  Cal re
Ezeta Enclosed is 42yrs research to last covert act

   This info by TJ mex PD cr victim that everbody Ca side has impeded Pc 854/855
ICE can use PC 854/855 10/26/92 USAM1725 on 2010/2011 Braun hit man fugitive's
2 flights get ICE jurisdiction 2019 relation back CCE §848 rico fixers 5or more aid
in rescue jun 89 dea suspects

TJ mex warrant has ca DL# of TJ mex fugitive hit man convited 10/20/92 but  SO
atts has his conviction multi tapes of court reporter duty failed FVI29004 with Cr
window chief clerk @ Barstow Ca on secreted US/ca dual sovereignty guilty Plea

ICE BEWARE of theft Fbi NCIC 'notice is wavied' pg 3 last line by fixing judge
FBI wants not apprehend cUS aka ICE v braun Durston caused  conviction cop

ICE cr v  sanctuary Ca DOJ crime protectors hired USD convicted C thief US v
braun etal
ICE gets heads UP FVI29004 CA DOJ agents got pg 3 top 4 lines lien againt CA
DOJ

    ICE use FBI victorville agents USAM 1725 PC 854/855 retaking US v braun
    Obstruction of pending process USAM1725 FVI29004 US/ca crimes 10/26/92
       Swat team One US of America Agent for ICE/DHS /FBI /DEA PC 854/855
Fed lock up Adlanto Ca /wheel men suspects 7/15/93 rescuers hit boy Stanley Moore
10/26/92 US Suspects FVI29004 ploters rescue US/Ca felons fugitives list @Cal Bar
Victim 8/8/89 victim TJ mex 2010 victim can't forget face/build DEA fugitive jun 89
Sept 2005 outside fixer 1961.8 V-10 ex ca bal judge reicher victim saw mex fugitive
in hall way from v11 fixer rico promoted David Proulx commisioner fixer MVi21376
2nd double jeopardy V-5-72 illegal fire plug retaliation Durston v city of Victorville

ICE/USAG  use PC 854/855 retaking 10/26/92 FBI fugitive ERO to mex 2 trials
Retaking apple valley last known Mex/US treaty fugitive trip DC or lock up in
Adlanto Ca expedited ERO hearing SOS gets mex att gen want mex fugitives alive
Bernal charge fugitive time Adlanto Ca hold till mex att gen gives ERO approval
Bernal charge DEA suspects jun 89 7/15/93 rescue moore impeding FBI custody of
Moore hit man govt agents violation victim civil rights 7/15/93 prior fake 93CV4297

**12/16/93 was moot without merit fixer thief 10/23/92 judge cited no case # or names as 2019 US sCT cited Vage/moot real time 449US 24 felon 12/16/92 avoided FBI arrest by other fixers @ DC multi chief civil judges 18§4 misprison felony crimes As Still open FVI29004 sat county Cr Barstow ct fixer gibson & govt att/s moles fake att tomlin Culliton**

**Who required at hearing 2010 mex witness victim Durston prose motive hitman etal**

**Braun 2019 Spanish speaking atts san bernadino county Council's can/t use US cr laws in foreign ct room  2 Cr trials  2010 & 2011 both wire taps SO got time place for plotted murder 2 cases  witness/s TJ mexico PD v hitman fugitive/s   extridiction 11/17/14 theft DC judge Bernal What PD TJ mex info caused warrant DC judge bernal hearing find if TJmex PD Had evidence support warrant in mex cr trial its mex cr judge v braun /wheelmen**

**so much for Confidential informant for Ca ?us dea snitches jun 89 PAG&18§3771 DEA fugitives rescuers not been sentenced As FVI29004 still open**

**ICE makes 18§1512/1513 /1514 complaints TO Judge Bernal REDO 11/17/2014 as CCE§848 Ca/Us bar cts & Ca/ US sct cts 18§1961.8 fixings**
**By govt att/s crimes against Ca/US having priority Till 2010/2011 mex got priority as US as**
**ICE DHS as represented by US asst us att Widman riverside ca represents as FBI as DEA as ICE has DHS has ERO specialist can use state PC854/855 as legal apprehension US v Braun & TJ Mex fugitive warrant on Braun as US DEA v braun warrantless narcotic take down DA/SO failed do when US/ca dea told SO/DA as ca govt code as**
**Duty of Da So apprehend any US /Ca warrentless arrest fugitive jun 89 outstanding jun 89**
**ICE takes down drug traffickers any where there found as SO Da as harbor jun 89**
**By fake dea raiders jul 89 with no 6 search warrants that 6 civil rights violations**
**E/Book publisher PO public**
**ICE DHS hand delivery serve on others**
**Mail barr WDC PO**
**Ca Bar hand delivery PO**
**Barr PO**
**US asst us att Joe Widman PO**
**FBI Wray @ La ca PO**

**US SCT says triple crimes DEA Ca/nv not legal when in US prosecutors charge state Cr defendant with fed offences**

**ICE standing shoes flight Fugitive 10/26/92 by PC854/855 ICE /US v braun goes to 11/17/2014 Cr victim redo 10/23/92  full faith credit copy cat 10/26/92 liens against Pg 1 FVI29004 roll call debtor defendants when victim PAG 18§1514 points out to**

**ICE to USE fax E/mail US fugitive warrant from CDL /ca purse retirement mailing extortion thefts since conviction 10/20/92 listing Home Address wire Warrant as to Hon judge bernal clerk after judge signs fugitive Warrant to give to USMS agents 2nd time first was theft by USMS Brajas & david Singer & chubby agent basement Harbored braun**

**ICE get US v silent arrest party rescuers Braun required been 10/26/92  bailiffs bet were 2010/2011 wheel men TJ mex & rescuers hit boy moore 7/15/92 DA nakata & SO Williams gave blackmailer Culliton 1/16/90 summary judgment quit fake 8/8/89 Arrest CI DEA CA.US gave up name Cause fake july raid 6 no special air police & SO /search warrants 1st door kickd in was 2 air force cops Apt were air cops team Armed auto pistols Asking Bethkie Were your special Warrant on military Homes**

**With wire warrants against individuals rescuing braun was SO att/s down below as Hired ?feld plot plan USDC ex parte FRCP R 77 emergency claimed keepout FBI**

**ICE US att hanna to order SO atts produce full copy thiefs CIV24581 /FVi29004 /CACA256815a delivers judge Bernal clerk with Check partial summary money Judgment VCV18857 $1,940 K**

**ICE DHS is US govt agency that planing ERO raids of those who been found be in US /program that claim fear of returning to a foreign country where they commited Crimes**
**ICE Has such pending ERO that suspect/s fears returning where TJ mex he others are wanted for Attemped murders mex citizens 2011 witness 2010 saw suspects on Sidewalk TJ mex plot looklike Cartel hit 18§1513 on American citizen FVI29004 Prose**
**ICE USAG Barr /follows prosecutor Moawad disbarment busload govt att.s moles**

**Ca bar cr prosecutor Moawad v fixers govt att/s hide PC 854/855  FVI29004 theft Was at DC 10/23/92 also as full faith credit mailed to US att office required by law guilty verdit 10/20/92 sent Chief cr judge congress lets state cr judges guilty verdicts as ca sentencing are missing fed offences that sentencing in US cr court judge Bernal Durston PAG 18§3771 allows victim notice that US sentencing not done as theft also**

**ABA rule 3.8 AKA new rule 5-110 aka 449US 24 aka 93CV4297 illegal injunction PC 141 (C} Fed prosecutors planting Fake evidence is Fe lony "rico level unknown ICE DHS Mc Alleenan  by USAG barr ca US att Hanna & Ca bar chief trial counsel Steven Moawad v fixed 10/26/92 US/v convicted fugitive Braun /rescuers CCE§848**

**Fools Reading rico fixed 1961.8 FVI29004 10/26/92 hide PC 854/855 notice is wavied Fake 93CV4297 fixers debtors att/s FVI29004  city of victorville & san bernardino County violation Ca bar rule 5-110 Bar  prosecutor Moawad reads moot 93Cv4297 Bribed DC judge copy cat 449US 24 illegal injunction  no cited case or names fixer suspect theft 10/23/92 @ His prose window FVI29004 Full faith credit Braun found guilty 10/20/92  then govt atts spread word do/not use Bowman forgery expert**

injury to bowman business followed  then attempt on Durston Henson 7/15/93 foiled by "angel" then bribed Kelleher 12/16/93 the civil injunction poison given to FVI29004 Prose NO ca att Want touch watched over by bias chief Judges DC & 9th cir wanted hide fake CV93/4297 hide all Fake DC cases 9th also 12/19/96 Again 2004 &2008

San`diego Ca ICE /DHS/
SOS Pompio request Mex AG to request TJ mex fugitive ERO to /US/Mex Border

How many @ ICE DHS@USAG Barr By SOS pomeio to TJ mex AG for OK ERO On US flight fugitive Daniel Edwin braun /wheelmen rescued 10/26/92 USDC case Entry 10/12/92

ICE july 2019 exparte 18§1514 back 11/17/14 DC bernal ERO mex fugitive braun? Question if ICE got US att Widman on Board EDCVUSDC 11/17/14 theft FVI29004

ICE exparte 18§1514 add
    ICE Lacking provential arrest USE PC854/855 /rescue /fight avoid sentencing

ICE DHS @ pc854/855 by 18§1514 Exparte EDCVUSDC 11/17/14 REDO 10/23/92 ICE/FBI ATF 2019 jul EDCVUSDC booking 10/26/92 US /Ca fugitive  Braun FVI29004

Ca Bar LA ca then   Long Beach Ca DHS/ICE ERO mex PD & Cr court TJ mex Rescued braun 10/26/92 hit man &silent wheelmen 7/15/93 2010/2011 ?drive buy 15 /2012 CADoj K harris sent notice SO caused drive by

ERO ICE agents this foreign fugitive Daniel Edwin braun /TJ Mex began his secreted fugitive statuse on PG 3 last lines notice is waived FBI NCIV agents VV ca 39 miles away from 1st docket Entry US v braun/CA v Braun FVI29004

Gibson concert with rescuers As non such thing file USDC emergency witout notice to FBI prose & have Ca cr judge Grant keep proceeding when Brau n att filed 10/21/92 braun confession Guilt after gibson found 10/20/92 braun Guilty set 20 days to Sentencing when after sentencing then civil forfeitures GIFTS CA ev code 1300

 the USDC FRCR R77 emergency one time USE  exparte outside USDC house US v

Braun full faith credit  proff services by Ex Ca Cr att /Cupp disbared failed pay IRS $5k bar may still have reason RECORDS {Blacmailer sent 10/22/92 so get to VV Cr Lead Clerk & USDC 312 n spring st Laca Cupp send to 312 n sping St chief Cr judge USDC

SO County Councile got Fall guy Sabbath conspire with Gibson Law clerk ca att Shame court |roceedings  the SO Att could not try reconsideration for multi fed Felonies hide DA felonies
 "reconsideration motion denighed"fixers smoke screen ' stay with original finding braun guilty 10/20/92 cause forgery Expert bowman evidence from Blackmailer Ca att James Freiden Claim as Civil rights Att after 6/26/92 durston v city VV illegally VCV18857 Filed while still 2019 open CIV24581 aka FVI29004 smoke screen mvi 21376 smoke screen dCAca 26815a fixed @ 9th cir 2004 at intake 9th LA 312 n sping 9th clerk stapled  9th fees of party filing WPA on moot 93/cv3134 fixed by moot 93cv4297 fixed by moot vcv14000 arising 2nd double jeopardy MVi21376 city VV v Durston fake 2 counts PC 141 ]now felony }calwell & Hnetek hired prosecutor david proulx planting fake evidence hide res judicata of Case V-5-72 10/6/72  durston v city illegal planting fire hydrant ordered by att mayor terry cadwell & conspirator chief policy maker city chief planer John hnetek


      ERO normal provential arrest braun mex fugitive prior US v braun 1026/92
     ICE got 18§1737 exparte hon DC judge Bernal had theft Fvi29004 11/17/14


Mex warrant signed by PD cop & rico 18§1995 /1514/1737/1738/1503/1505/1510 victim
ERO ICE paperwork & FVI29004 still open USDC sentencing braun 11/10/92 ?2019 Signed TJ mex fugitive Daniel edwim braun USAM 9-110.801 violent Ca/US crimes murders perfected in aid of rico 18USC §1959 USAM 9-110.801 ERO & indictment But for 11/10/92  but for Mex Cr Judge Has priority over Braun Wheelmen 7/15/93 4 cops outlaws Rescued kid 14 stanley moore pulled trigger gun head shots Durston Henson FBI witness gun dealer reserved deputycommander saw murder by cops boot gun dect William Abernathy used throw down gun 9mm & his SO 45 bullets clip 4/30/90 at jul 90 SO party for Abernathy executioner man of opportunity by SO bethkie as king pin SO Jun89 DEA Ca/US narco durg re sellers apt 24 cooker 4 others  cop Morgan quit 89 went back trona So station  / 4/30/90 murder futhered by frank niento Failed Kill cop Garcia probable knew drug dealing c/Abernathy Daniel Edwin Braun  accident ly cop showed murder scein Ernie Kopez SO Williams chastized for being silent FED /FBI /USAG witness & blackmailer Culliton filed copy cat civ24581/fvi29004 in att window 312 n spring st were 18§ 1738 disappared Culliton refiled 1/16/90 fullfaith credit 8/8/89 fake arrest by braun


Names Wheel men 7/15/93 TJ mex 2010/2011 at USDC 2005 7/15/93 attempted to been murdered by moore victim files  defendants right removal #:5:05-cv 00603 VAP-SGL got claimed Contract ?for hire murder by moore & SO wheel men refused take moor for FBI Custody
USDC that hostile wife set murders durston & Henson in motion for blackmailer Cupp move to Kill zone 1 were drug cops jun 89 gave gun to shooter at apt 61 asto Prior That 7/15/93 murder attempt concealment by USDC larson & judge Phillips before fake sept 05 Extortion Fed /ca freeway funds by concert Ca Trans att.s & City Att kraft extortion theft of 3 caltrans cases use fake liens 93cv4297 1

**ICE as US agency ERO Mex fugitive Braun 10/26/92 rescue PC 854PC 855 as to Who may been fixing USDC acting Fugitives fail cuff braun when Gibson said he was standing on finding braun Guilty his clerk Joan hunstsman failed use FBINCIC Computer same wheel men at arrest booking shame arraignment front Gibson Barstow ca**

**ICE aka DHS Aka DEA.aka Atf aka convicted felon not striped gun badge uniform ICE & ERO of TJ mex attempted murder Suspect /was already US fugitive 10/26/92 & bailiffs were USMS agents that should cuffed convited felon put cell await USMS Taking custody convicted felon /forgery /while DEA fugitive jun 89**

**& Of jun 89 warrantless narcotic confidential informant US/Ca Dea gave SO /DA by govt code duty both apprehend any fugitives in county but FVI29004 was Entry in USDC 10/23/92**

**ATF ? Who knew who plot perfected murder dec 26/91 judge always at ct house when jail Inmates fed breakfast every day judge ate 10/26/91 his last death wish tained sandwich who had accesses delivery to chambers LA county Coronor movie Showed how chemical slowly slowed down heart first making uou tired at home sat Chair went death sleep as heart slowed blood brain stoped judge died cause 2 visits Heart specialist judge served 12/23/91 to testify at VCV18857 & controlling civ24581 }aka 3/23/90 USDC stolen Files }No SO Coronor Williams ordered judges Autopsy body ? its been claimed even ashes can show chemicals ? friend /man worked at place VV the burnt judge remains ?? as no grave found ?**
**Only CIV 24581/VCV18857 witness perfected murdered 12/26/91 fixer MVI21376 fake 2 counts planted PC 141(C} now felony city Att Proulx hired by city mayor att Terry Caldwell & chief policy maker John Hnatek did not get party when quit city Retirement as US felon?y FBI  USAM 944 USAM 1725**

**Who quit Ex DA don feld worked yrs  jan 92 }FBI /ATF fixer Feld SO att/s mole fix 4ᵗʰ ct app 1980 hide FBI v Sgt trumbull rescuers FBI suspect reserved deputy US mail thief Charles Hill /{92 after city Att Cr Judge Piazza 10/26/91 perfected murder V-5-72 durston v city forced Durston witness plant illegal fire plug 18§1985**

**ICE DHS linked PC854/PC 855 who was master mind"s knew cr sentencing acts Notice is waived smoke screen SO atts in house att/s arrowhead ave fall guy Sabbath Who hired Gibson law clerk who fixed CA Bar records 2006 told victim clerk work at Presiding judge 10/26/92 left nov went work for blackmailers Culliton SO att;s Paid both as same day 10/26/92 city fake filed VV ex cr att Jim cupp fullfaith credit $1,940 10/23/92 at prose window 312 n spring st**

**TJ mex warrant signed by victim TJ cop ICE ERO @ EDCVUSDC 11/17/14 theft By USMS ?david singer others at 312 n spring st tunnel 255 temple st singer had his 4 Niji heavey tatoed foot soldiers kick mex victim /witness out ray bal court house 255 temple st la ca 90012 back doors 11/17/14 was redo 10/23/92 entry ca ev code 1300 auto matice civil forfeitures of REDO /tentative smoke screen 10/20/92 gibson found braun guilty of PC 141 evidence conspiracy DA/SO planting at Da office @ SO att ?DA quit 1/16/90 gave to blackmailer culliton at DA office vv ca as Durston sat car fake 8/8/89 arrest CI confidential informant joke Culliton took victim to ct for 1/16/90 fake stipulation moot VCv14000 as MVI21376 was still open 8/7/88 as Triggered murder CV820 witness /Pappy Hulinon Hughes boot gun 9mm bullet oct 1988 Fake 1/16/90 moot vcv14000 by fixer new hire mayor att Caldwell & SO att/s DA nakata had Droped fake 8/8/89 people ca v FBI /DEA /witness crime victim ICE DHS long beach find its att for Exparte USAG barr /asst US att widman venue**

**Bench warrant wired by ICE DHS to Hon DC judge bernal & US asst att widman**

**Short walk Bernal ct B1@12th st for restraing CCE 848 SO att?s harassing cr victim**

**FVI29004 prevailing prose /& judge order USMS agents to serve Swat team on**

**flight fugitive warrant on US v Braun US Felony charges Illegally carring Gun**

**Badge Uniform after Gibson found braun guilty 10/20/92 he should been cuffed &**

**Held cell for USMS transport USDC 312 n sping st LAca for DA failed notice other**

**felony US Crimes /enhancement arrigments for US sentencing date 11/10/92set**

**10/20/92 by 20 day rule**

**But the long list felony rescuers like big play movie set in offices SO atts arrowhead**

**ave hiring more USDC in LA & santa ana DC,s more rescuers in Santa ana the**

**USMS agents harrassed 7/15/93 Henson while 7/15/93 victim stood Durston at**

**records window get copy fake work in mootness SACv92-715 backdated 10/23/92**

**hide theft 10/23/92 ex Ca cr att blackmailer work full faith credit 10/20/92 fixer**

**judge Gibson found coconspirator braun guilty as single charge coconspirator fixers**

**DA nakata/SO Williams hide govt code braun fugitive flight with gun badge**

**uniform felony flight avoid US sentencing 18§1985 others enhancement sentencing**

**by guilty verdict 10/20/92 gave Ca ev code 1300 civil forfeiture CIV 24581/CIV24581**

**& Brady CACA 26815a were county was hired do PC487 (d)(b) theft tailing 1872**

**law rights land & minerals Aug 1/89 on or about was theft by US mails 18§1341 by**

**Blm US to have co conspirators county agents haul 1872 durston rights to county**

**dump as very Expensive trash fill as smoke screen fake 8.8.89 SO & 8/9/89 city moot vcv14000 suborned perjury fake charges  while fake chergesMVI21376 was still open**

**18§1514 says exparte "without notice" defendants is also secret ICE bench warrants US /mex treaty fugitive/s Daniel Edwin braun judge Gibson SO att Sabbath & Gibson law Att clerk tomlin /and secreted parties mandated at review of gulty Verdit DA'nakata So deputies AKA 2010 wheel men 7/15/93 rescuer 14yrold shooter Stanly moore Durston Henson both citizen arrested but Jun 89 DEA fugitives had no jurisdition was with USAG /FBI /ATF but bethkie faked that Durston T totaler was drunk in public /face in blood pistolwiped by shooter kill zone 1& 2 badly face teeth injuies from gun barrol /the dea fugitive bethkie ordered DEA Fugitive fallguy & 4/30/90 witness murder abdul cop kopez to handle braun driver Who ordered KOPEZ SHOOT DURSTON WHO BE CLAMED ESCAPING SQUAD CAR WITH COPS BOOT GUN**

**If cr victim at right place ICE /DHS long beach Ca  ERO ICE TJ PD mex fugitive ?**

**Seems ICE agent ERO got thank 18§1514 for ready Exparte @ EDCVUSDC get an**

**Multi parts rico /CCE §848 visit to only single judge DC sitting all other court dark as per Chief clerk ok served REDO 1023/92 on LR 83-1.3.1  11/17/14**

**Fugitive flight Warrant /avoid US /Ca felony crimes sentencing 11/10/92**

**Back up of PC 854/855 that SO/DA of san Bernardino county had already rescued**

**convicted cop felon Daniel Edwin Braun as /CVV pd contractor SO Williams**

**ICE DHS mex /US treaty fugitive As SO att hired theft state fed court records of FVI29004 & Civ 24581/ Problem left Joan hunstsman blackmailer v Gibson rescuer Braun /court Bailiffs Ca 10/20/92 & USDC acting 10/26/92**

**598 f supp 2d 737 cv victim represented by USAG @ EDCVUSDC before Judge Bernal subject matter**

Theft RE do 10/23/92 FVI29004 lien most favorable
Non movant ernest Durston now represented by USAG
Barr 3403 10thst riverside ca 92501 subject 18§1514 others
USDOJ supposed Pay !$100% Confidentail informant expences Ca/US Dea snitched

Victim got fake arrested 8/8/89 but 5 to many witness so SO faked Riveria v Durston
SO.DA quit 1/16/90 secreted summary judgment # 1 as 10/26.92 as #? Fruits USDC
Rico watered down 1,940K was due 10/26/92 now nunc pro tunc Ex parte order $$$
Put Bernal ct ASAP missing fake lis pense 9/14/89 loss sale apts $2,4 mil=$13.020 mi
Arising moot VCV14000 cause MVI21376 as still open brady Durston V CCE §848
AKA FVI29004
  ICE DHS join DOJ in PC854/855 supplemental provential US/mex arrest Daniel
Edwin braun ?wheelmen 2010/2011 TJ PD Mex/US treaty Violent crims fugitives

18§3771 /CCE 848 /47yrs rico 1961.8 fixing activety Cr victim ernest Durston etal

18§1514 requires USAG or lessor not FBI secure US exparte ICE will join FVI29004
Being made public after theft 10/26/92 &10/23/92  hide theft $ victim lien FVI29004
@ prose window 5$^{thff}$ USDC 312 n spring st USAG Barr other office 12-17 floors
When 18§1514 exparte judge bernal EDCVUSDC riverside ca walk for widman
FVI29004 & civ24581 should been VCv18857 same DC roll call pg 1 FVI29004
USAG Barr 18§1514 exparte by US asst US att Widman matter theft $1.940K funds
Watered down Of related VCv18857 when CIV24581 was priorty still open as
bribed Durston Att James Feiden blackmailer sent letter {govt att said pay $100k I
win case soon walked away disbarable Ca Bar by ex cr att cupp made 93CV774
durston v Culliton in FVI29004 after govt paid freiden ?$100+ K
@EDCVUSDC redo theft  11/17/14 FVI29004 entry USDC 10/23/92 REDO 7/19 /19
10/26/92 notice is waved ?the recocideration hearing WAS Cr Fraud on DC docket
# 2 of US v braun of People Ca V Braun  being found Guilty by expert  braun Att

Could Filed defence less 9th cir ct app as FVI29004 entry 10/23/92 at prose window

  18§1514 multi purpose USAM 1725 Exparte debtors defendants FVI29004 default
EDCVUSDC 18§1514 USAG procure exparty without notice to defendants may got
Bribery of original moot case 93CV4297 judge Kelleher & furthered conspiracy last
chief judge Phillips when FVI29004 entry USDC 10/23/92 kelleher & clerk oneal
theft Friday Full faith Credit FVI29004 lien last theft 11/17/14 at DC Bernal ct B1

|  | 18§1514 injunction against judge Phillips |
| --- | --- |
|  | Illegal use CCP391.1Exparte EDUSDC |
|  | LR 83-1.3.1.1 venue change all cases |
|  |  |
|  | REDO 11/17/14 FVI29004 before Bernal |
|  | Judical recording CCP405:21b FVI29004 |
| FVI29004 ernest Durston victim  USAG | 18§1514 exparte /without notice FULL |
| V city of Victorville etal | Faith credit pg 3 top4lines FVI29004 |
| V county of San bernadino etal | Phillips illegal use CCP 391/1 93CV4297 |

| V does 1-10/inclusive defendants | Rico 1961.8 fix by FVI29004 defendants |
| V does 1-10 co defendants etal | were locked out all cts by FVI29004 lien |

**On bottom & back mex warrant is drug dealing riverside city cop and INFo of lady judge who had court officers destroy file of removal USDC of Saldena V Durston & judge lady court reporter DID NOT PUT testyimony in court 50 plus witness as Go befor female judge when cop internal affairs wanted durg cops name Vivtim told him ask mom 70 plus daughter 50 both new his name cop yeld out if duston as Talk or come near 2 females or relatives he arrest victim**

**USAG Barr lead att 598 f supp2d737**
**18§3771 cr victim Ernest Durston**
**3403 10th st riverside ca 92501**
**Confidential informant relocation**

**LR -83.1.3.1.1 speaks venueCCE§848  Change EDCVUSDC pg 2 lines 4-6 FVI29004**

Ca Ev code 1300 /lien guilty 'tentative ' Silent caption people v Daniel E braun 10/23/92 DC US v Braun felon with gun & Badge uniform PC 854 rescued 10/26/92 ICE replacement mex arrest by PC 855

Exparte 18§1514 & 18§1738 matters by AG Barr/Bernal chambers arrest exparte fixing govt atts warrants exparte 18§1514 impeded Moot fixed 93CV4297 fixer DC judge Phillips conspirator further moot meritless by bribery judge Kelleher /etal Phillips playing cr protector Kelleher etal she last 9th cir covert actor fixed 12/19/96 ignored forgery DC said civil case time ? fake SACV92-715 Closed by judge taylor Durston att $$ bribed gave fake papers \ as victim under drugs fake hospital stay never got hearing prove up fake papers bribed judge 18§1738 illegall closed moot prio hearing att told braun as Pc 854/?? Ct reporter theft FVI29004 transcript an Others as still open 5/11/94 9th cir12/19/96

USAG Barr special rico §1961.8 Prosecutor Ca /Nv CCE§848 Ca bar cr ct CA SCT

USAG Barr/ Special Prosecutor att/ central district Ca {CA BAR CT|{@ Edcvusdc @Judge Bernal As local US/att Widman problem as dealings local county Da's. cr cases in progress backside mex warrant
Barr needs Special Rico fixer §1961.8 -§1968 & CCE §848 prosecutor?death penalty 3 Ca city Ca perfected murder victims 7/30/95 relation back others 1988 & 1990& Mex /US treaty hit man braun retaliation Durston found expert /7/2/92 as FVI29004 forgery fugitive  Durston 2 TBI accidents feb .march 95 tolling victim hired 2 fixer

att Dino & bastion who discovered Still Open FVI29004 other civil forfeitures Fake DC 92SACV92-715 started bribery FVi29004 defendant triggered jun 89 suspects 2 warrantless narco arrestees Braun /bethkie visit nye DA's vitto becker SO Leskie? Was given snich as look out Reserve deputy neighbor visit ?as by snitch tell 2 cops victim was gone OK burglary april 97 US SPECIAL Prosecutor 1961-1968  rico right follow USca DEA  crimes fugitives gets aid in nv buglary find any FVI29004 Records that new Hire Dini & bastion were  FVI29004 defendants part in aiding Ca/US  BLM agents theft 1872 mining Rights Aug 1 89 CACA26815a dini had for sale that triggered 2 cops entry NYE county fixers Fake name on mailed warrants To Durston that 2 da's left off snich name put non party on warrant 2 DA/s refused to correct as lead to 2 cops burglary home victim & another while DA/SO snich sat street neighbor watched gave Known snitch FL fugitive known  SO address refused victim call he found victim burglary loot sniches address later victim friend saw at local swapmeet Drug cooker & 2 cops snich enter TP tent sniches were cooker as Pimped out snich claimed connected $ buyer /2cops SO stolen material Drugs out SO evidence lockers at SO san Bernardino county NV buyer paid Cash cooker as 1 time Gram holder IN nv told back Victorville he was delivering 25 gallons stuff as SO deputy probable one who helped recover big trucks from dry lake bed south Pahrump stolen ?? transported weed/?coke ? to Pahramp for distribution NV elsewhere Durston told SO car about kid dealing drugs was instant stopped then let go

Fake NYE Co arrest Durston by 2 da'sSO  by USE US mail 2 DA/So quit 1997 but harrased
18 §1514 another victim of Fake arrest DA/SO droped 2002 at no time other victims Fake felony prosecuted run clock on gullible 4 /2 adults 2 little girls felony  Charged Had moved CO
Hide cooker Arrest theft 25 gallons cokker said so SO 2 DA's public defender buyers were not paying for 25 gallons stuff

 LR 83-1.3.1.1 bet USAG  att office never did this to fixer chief civil judge before

11/17/14  2nd DC theft FVi29004 of 1st theft 10/23/92 USAG Barr exparte 18§1514 @EDCVUSDC Hon single judge berbal said clerk @motion LR 83-1.3.1.1 drop B1 box Of Judge Bernal

FVI29004 secreted 10/23/92 murder trys 7/15/93 fake 93CV4297 18§1514 exparte Reads more 5 CCE§848 govt att/s Bribed DC judge to fake 93Cv4297 12/16/93 18§1514 says USAG Barr under 18§1738 ready arrests/indictments EDCVUSDC 18§1514 exparte on discovery 18§1738 bribery by 4 +/s govt atts of judges clerks

18§1514 speaks of USAG Barr getting EXparte to impead Chief civil judge Phillips From further hassing & injury to reputation of 598 F supp 2d 737 cr victim 18§3771

Fake 93CV4297 12/16/93 transcript thief judge Kelleher clerk O'neal 10 23/92 at Murder attempts 7/15/93 failed kill Durston Henson then 10/23/92 thief jun 6 95 fixer 93CV3134 Set motion 7/30/95 US death penalty Ca city Ca 3 victims

Dini seller 2 TBI injuries to 2 auto att/s Blackmailing move VV to ranch Fixing judge Johnson 8/9/89 of moot VCV14000 as STII open MVI21376 prior after CACA 26815a theft 8/1/89 smoke sreen 8/8/89 FVI29004 dini hired 1996-97 found STILL open FVI29004 at VV Cr window that triggered DEA fugitives cops go NYE DA/SO to NV ? burglary in april 97 US Special RICO prosecutor NYE Still open as NYE theft Durston 10 acres by fake arrest by US mail & SO telling every thief Durston in ca prison some where one thief another Neighbor told Durston NYE co rico USE US Mail fake Tax sale /hold title /put not for sale ?hard find total 10 acres 3401 savoy blvd Pahrump Nv at time worth million for casino Nye paid have 15 mobils cars truck freeway Vans 2 wooden sheds bulldozed by Murphy construction county paid bill /hide use US mail Fake Arrsets Durston & man wife 2 underage daughters sent Arrest warrants DA was protecting heidie Horner who boyfriend kid stoled truck In UTAH that was one 25 GMC Delivered as OFF Road trucks for UTAH Neveda power Co Building High towers Power Lines accross UTAH

     EDCVUSDC 2nd Theft FVI29004 11/17/14 from ED Hon DC Judge Bernal USAG Barr jurisdiction rico In FVI29004 ca & nv 2 Ca/US DEA fugitives were sent Pahraump NV Impede FVI29004 §1961.8 rico partial Summary judgment 10/26/92 Nv agents USE US Mail faked name in 2 Da's warrant hide burglary Durston home with lookout name replaced to Hide 2 Ca/US Dea fugitive jun 89 burglary april 1997

USAG v 2 nye county Da's SO rico 1961.8    18§1514 Exparty EDCVUSDC 11/17/14 USAG special prosecutor In Nv cause 2 DEA Fugitives went Nye SO /Da s got snitch April 1997 Pahrump nv

USAG & cal bar v cr victim 3 ca att's selling    NV Cr conspiracy/s party s ByUSAG
FVI29004 cr victim money judgment $1,940K    Barr 2019 removal To EDCVUSDC
Triggers county att tell 2 Jun 89 DEA fugitives    nv rico fixing agents CCE §848
Find destroy evidence PC 510 debts 18§1738 as    to hide 3 burglary party/s april '97
As all DEA fugitives att/s bribery judge impede    USe US Mail hide snitch name on
2 auto Accidents 1995 at jury fixing sept 2000    fake warrant mailed burglary victim
                                                 Physically told 2 Nv da;s refused sign
                                                 fake warrant when citizen Arrested @
                                                 court House arrested by SO agent &
                                                 taken before 2 DAs So leskie Present
                                                 told citizen not allowed make fugitive
                                                 burgalary his home as agent Da/SO

1997 2 ca fixers atts M Dini & R Bastion took VCV18510/& 11 over 2 auto TBI cases 1995 durston VNv resident  ross & ca resident Daniel found FVI29004 still 2019-of 10/26/92 open 2 att failed removal USDC on divereisty 42USC 1441 as failed Cause FVI29004 defendants & 2 auto att.s did not want USDC venue USAG  on still open FVI29004 entry fullfaithcredit 10/26/92&theft 10/23/92 at USDC prose window

9th cir ct 105F 3d 664 is fraud 0n willing 9th as disregard forgery as DC said ran time
USAG Barr 18§3771 cr/victim informant  Ernest Durston
598 F supp 2d 737 copy cat FVI29004 as gift  $1.940K
10/26/92 money judgment before sentencing
US/people v fugitive braun Left Still jul 2019
 open asto USAG Barr befor bernal Approval of
ICE USE PC854/PC855 for ERO SOS Pompeo tell
TJ Mex Ag braun ICE use PC854 855 for ERO as
Braun be US Jailed as DC escapee/rescued fugitive  as
Still open 10/23/92 entry USDC at theft by  prose judge
Clerk of LR 83.1.3.1.1 Venue Change Cr USDC judge
USAG Sentencing Braun & rescuers 2019 last covert act s
Injure Cr victim reputation & impede multi $ summary
Partial judgments $1,940 K due 10/23/92 ?1/16/90
  USAG Read FVI29004 then read rico fixers 9th gave US fugitive summary LIEN
12/19/96 as fixers DC claimed yr clock 9th ignored forgery clock was 3yrs but 1/16/90
SO/DA fixers quit braun 8/8/89 fake arrest by forgery was 70 days & cr judge arden
\was ready issue durston defendant 2/21/90 with prejudice rulings brady Durston v
people

18§1514 says ATT for US to obtain EXPARTE EDUSDC Judge Bernal To impeded
Blocking of the summary judgmeny PG 3 top 4 lines by Civil chief Judge Phillips &
to bring attention PC 854 rescuing Cr protectors 2caatt.s & fixer judge Gibson  of
rescuing Daniel Edwin Braun 10/26/92 as now july 2019 by
            US new deportation policy Add 2010/11 TJ mex Fugitive Daniel E Braun
& TJ Mex  wheelmen another part EXPARTY 18§1514

Ca Bar takes week?to get USAG Barr DO 18§1738 disbarment all govt att/s covert
acts Ca Bar? new rule cr US prosecutors Cr /civil liable before judge Bernal if
protecting Corrupted DC /ca fixing judges fixer Kelleher sat felon since 10/23/92
died 2012 ?but others protected Kelleher from USAG as 10/23/92 others relation
back 4th ct app 1980 CV820/900 1979 &1973 protected Sgt trumbull others rescuer
US mail thief Hill Reserve deputy in 1980 cr protector as govt Att planted Ex SBC
DA Don Feld

Ca bar Cr disbarments 18§1738 bribery judge in view USAG barr EBOOK printing

 How bad Can US Att Hanna employees screw this up FOR ice ERO BRAUN MEX
Ca Bar@18§1738 BRIBERY GOVT Att OF ricofixing Judge Gibson pg 3 FVI29004

FVI29004 Exhibit says last notice is waived ?USAG/s Sentencing braun & rescuers
11/17/14 2nd theft FVI29004 EDCVUSDC still Open 2019 for ICE fugitive Braun

TJ mex PD Fugitive Daniel Edwin Braun warrant 2010/11 Ca
USAG Barr 312N Spring st 12 floor 90012 LA ca @ 3403 10th st riverside Ca 92501
ICE /Enforcement Removal Order signed by DC judge Bernal /asto SOS Pomeio
Tell MEX AG fugitive Daniel Edwin Braun been captured on lessor US/Ca/Nv DEA
crimes & TJmex PD crimes have Higher Priorty in TJ mex cr trial


List for normal exparte Chamber without USMS agents present bernal bench
arrest/indictment Warrants before

USAG Barr top cop to 2019 Allow ICE agents use 2010/2011 REO mex fugitive
warrant asto Normal SOS Pomeio to do Provential arrest mex Fugitive Daniel
Edwin braun attempted 2011 Murder witness to braun attempt 2010  mexviolent Cr
in mex By Ca DOJ agents refusal 10/26/92 todo as PC 854& PC 855 on entry full
faith

FBI told 2 men tomake cr complaints to SO soon after both men were murdered by
?
Wheel men 2010/2011 4/30/90 abernathy kills innocent man abdul while smoke
screen back legs shooter frank niento missed killing cop Garcia while DOJ witness
Ernie kopex was been killed 7/15/93 with Henson/Durston by TJ mex wheel men as
Hit men 1988 hulion Hughes 3 cacity ca US death Penality murders victims 7/30/95


USAG Barr USAM 1725 aka Ca Ev code 956 Ca bar pg 147 to 149
18§3771 Cr/Victim Ca bar witness Ernest Durston @
EDCVUSDC Hon DC Judge Bernal victim att USAG Barr
798 F supp 2d 737 victim of CA ev code 956 & USAM 1725
Per above cases an FVI29004 Ca bar has public interest USDC
Fixed cases by rico corrupted  att/s under Ca bar licence
Corruptly is with cr intent fixing case's in fixing DC /9[th] cir /Ca courts
Cr/Victim @ DOJ 3403 10th st riverside Ca 92501 /312 n spring st
durstoned@gmail.com  760 5612930 pendant USAG  witness relocation protection

Ca bar new rule 8.4.1 notice bar when cr complaints against ca att/s as cr against US
List fixer att/s govt &blackmailers govt moles sold out client names scattered 148pgs

Cabar @EDCVUSDC Still FVI29004 open 11/17/14 in 2019 USAG exparte 18§1514
Without notice FVI29004  debtors fixers18§1738 bribery suspects time place
18§1514 USAG Barr obtain expedited Exparte protection Govt process/s  of
Ca bar duty appear at 18§1514 exparte DOJ USAG Barr v FVI29004 defendants
CCE§848 City of Victorville & san Bernardino county fixing att/s CACA26815a in
PC 487(d) county agents att's hired do lose soil theft tailings ca att got prior notice
by US Mail water tanks on Durston 2019 now 1872 mining claims act land )soil(ore
rights

**Ca Ev code 956 Att hired commit Cr USAM 1725 att impeding govt Cr process**
Ca bar reviews 2 Ca atts theft 10/26/92 /conspiracy with corrupted judge gibson
FVI29004 Cr victim Durston States last FVI29004 date EDCV USDC entry Venue
USAG Barr 11/17/14
Before Benal was FVI29004 theft by USMS lead agent david singer others FBI duty
Crimes inside USDC houses Ca bar but USAG Barr interested Party disbarments

Ca bar 911 call RICO 1961.8 fixed BAR to expidited to USAG /FBI fixer att &
Gibson DiD .not Want noticed 10/26/92 in FVI29004 that ICE can use PC854/855
inplace normal SOS Pompeo Provential arrest Braun & wheel men Sabbath /tomlin
Gibson rescued after FVi29004 entry USDC 10/23/92 prose window 5th floor 312 n
spring st

Debtor  Govt att Sabbath fall guy rico theft $1,940 K is Cabar going pay for theft
funds im related cases moot VCv14000 moot MVI21376 copy cat MVI21376 & other
Victrights CACA26815a 1872 land & minerals rights in PC 487(d) tailings as
US/Ca BLM agents watter tank lease requirements county agents haul $ in tailings
Cut From top hill for 2 tank pads blm called lose soil was Rare Earths gold /Siver in
volcatic ash in mud base
Fine particals non valuable minerals of ledge load claim ice age melting put deep
CACA26815a long canyon front tall mountans now called Kramer Hills
Related cases Not mentioned pg 3 top 4 lines as case DC pg 2lines4-6

Ca bar review durston UTUBE has video 2006 of subject case theft 10/23/92
FVI29004 when 10/23/92 Ex Ca cr att Cupp as ENTRY USDC of Full Faith Credit
filing CIV24581 & copy cat lien FVI29004 durston V City VV & county of San
Bernardino Durston V braun etal when SO & DA quit 8/8/89 of
Brady reversal Durston V Braun etal when fake Riveria v Durston waings s
fabricated  by  DA/So /govt civil debtors att/ county councile arrowhead ave NEW
digs build

Cabar fixed case FVI29004 still open/er ?clerk make FVI29004 US Cr case go public
Ca bar employees 911 call BUT ca bar employees never seen cr investigation rico
& want who making Cr complaint against fixer govt Att in cr conspiracy with judge
Fvi29004 reads like simple hearing BUT ca bar got cr prosecutor if knowledgable in
 Illegal proceedings hide creditor summary judgment & impeding FBI/USAG of
notice Gibson found braun by expert guilty of forgery /PC 141 planting evidence in
the coconspirators office SO/DA  to impede informants causes warrantless arrest
Ca Bar got real ex cr prosecutor Review 10/26/92 notice is Waived ?FBI?USAG ?

Ca Bar 911 call to USAG Barr foot soliders ?puts 18§1738 informant  in FBI
Orange county relocation FBI agent Clare B ?Barr witness Cr against US by govt
Att/s FVI29004 that unseen others Govt Att/s planed plotted PC854 rescue /escape
DEA fugitive Daniel Edwin Braun

FBI Clair B relocation 598 F supp 2d 737 Cr Victim ernest durston while Barr etal gets 18§1514 exparte Block fake moot 93/cv4297{Bradyfinality{durston V CVV etal copy cat 449US 24 illegal injunction hide FVI29004 & 7/15/93 hit boy Stanley Moore \SO gift Gun loaded but angle removed bullets prior to looked like Purse Snatching Zone 1 saw by Durston & henson moore hired kill with head shots as in bushes sat Wheelmen /abdul killer Abernathy Garcia shooter niento shoot kopez saw hits on Garcia/abdul as kopez on down hill side where moore shot Durston.henson the cops friendly on moore hit kopez Durston Henson backed up cross fire braun .bethkie as Top walk killing cupp is what cupp wanted as bottom walk ran Henson.durston as Moore pistole wiped Durston as Henson slowed for steps Durston turned knock kid Down kid pitched gun bushes said tenants later different cop seached found gun left As Durston rolled up ran of to office where henson was beside tinted glass window As watched shooter show up chatting with 5 cops like nothing happened jun 89 DEA fugitive bethkie fake report 1979 CV900 stood beside jun 89 DEA fugitive Braun niento ;Abernathy as kopez stood next steps were shooter more sat the 4 looked at the crowd tenants behind cops on walks buildings as kill zone 3# Henson read rights to moore gave card for Durston read moore his rights moore  laughped aswell as 4 cops did then betkie said Durston your under arrest for drunk in public charges as Blood ran from mouth & broken teeth braun Drive Durston to hospital for blood test of T/totler was negative braun & kopez left victim in RE as dr said injuries to inside skin mouth not med treatable for broken teeth  fake arrest with violent injuries was not going be taken by dispatcher said no reports from drunk per bethkie then 12/16/93 govt att bribed 10/23/92 thief with 449US 24 illegal injunction as injury to reputation by USAG barr UNCHaRGED FED felony of multi Govt att's debtors FVI29004 under CCP391 fabrcation transcript moot 93CV4297 hide brady wins of creditor defendant Durston of Cr judge mandabach sept 28/92 27 suborned fake planted Evidence VCV14000 hide creditor brady same caption MVi21376 victim v fabricators govt fixer att/s drug henchman foot soliders  david Proulx Henery Kraft kieth higgin Mayor att Caldwell king pin cr protectors watch commander SO CVV PD Betkie fall guy braun niento Abernathy morgan quit went back trona SO station

Judicial economy Ca bar FBI DEA ATF Rico ICE ERO@EDCVDC Judge Bernal
    USAG Barr prosecution EDCVUSDC rico Fixing 1961.8 court officers

CA bar Att duty prosecute  Ca Ev code 956 aka USAM 1725 fixer Sabbath hired by multi county & city att as for Stone idol govt CCE§848 corrupt handlers of rico enterprise

FVI29004 exhibit
Mex fugitive Warrant & fugitive Riverside city drug dealing Cops lady friend at large since 2010

When ca cr judge keep FBI from judge conviction 10/20/92  judge chief clerk Joan huntsman failed bribed not tell Local FBI how  US att say they can't be interested till FBI investigates Judge as DOJ has 18§1514 an exparte with US cr Judge that could got notice 10/23/92 had not DC Judge Kelleher & Clerk o;neal suspect theft FVI29004 full faith credit judge found Braun Guilty 10/20/92

ICE chief Mark Morgan ex <u>FBI agent</u> as ERO
Deportation Daniel Edwin Braun TJ PD Mex
fugitive <u>PC 855 FBI fugitive</u> 10/26/92 FVI29004
Got PC854 rescued by Ca Cr  conviting judge after
1020/29 Conviction Entry USDC 10/23/92 judge did
Not act alone keep fugitive from US/ca sentencing
*Judgment from county/judges signature @ CCP405:21b*
18§3771 victim right Braun sentenced  PC 854  &PC 855
ICE /FBI put fugitive USDC custody for highest
Cr is MEX fugitive Warrant 2011/attempts shoot
 mex citizens /2010 witness braun shooting prose
fvi29004 that mex cr law guilty as charged 2011
9th cir 12/19/96 gave forgery fugitive summary \
Judgment as claimed victim failed file civil rights
Case 9th forgot own cr conspiravy runlast cover act
FVI29004 still open 2019 v fraud by willing 9th


Ice informant TJ mex Fugitive with illegal gun Mex/US as felon ATF apprehension
for mex treaty priority by lessor US fugitives rescue 10/26/92 PC854/855 take downs
While SOS gets MexAG to ask judge Bernal send back mex fugitive IN ATF lock up

To Ice att USAG Barr short cut retake mex fugitive USMS harbored 11/17/14 @DC
USAG Barr got US SCT 5 judges give wall Funds DHS /Barr hears From ICE of TJ
PD Mex fugitive daniel edwin braun USMS /FBI agents Harbors in Ca CDL address
Tell were rescuers harbor mex fugitive 2011of attempt on mex witness saw hit man
2010 US citizen hit on FVI29004 prose that mex soldiers foiled spooked hit man run

Hand delivery ice informant mex fugitive in ca FBI & USMS ignores PC 854
25762 Madisen ave Marrieta Ca out boon docts securety gate for ICE informant
 ICE US att 18§1514 exparte RE visit 11/17/14 Judge Bernal victim called 7/25/19
Asked name clerk 11/17/14 For ICE motion 18§1514 exparty injunction against FVI
29004 Rescuers on motion PC 854 warrant back up PC 855 FBI fugitive flight
10/26/92 People /US v convicted 10/20/92 confession settle civil forfitures civ24581
/vcv18857 VCV14000 /mvi21376 /CV820/900 4th ct app <u>brady</u> durston v people Ca

ICE can check with riverside Da & riverside US asst US att widman about following
USAM 1725 fed offence to impeade ?ICE DHS  in govt process ERO /sanctuary city
ICE issue felony USAM 1725 & 994 obstuction justice Tickets to city mayors appear
in fed court for Cr  judge fine & sentencing as felonly can/t hold public job ??????


USDC cr courts have 24/7 judge for exparte fugitive suspects back up Warrants aka
PC854 back up PC855
 Does ICE 2019need mex fugitive/s provential arrest from SOS its got PC 854/855
That SO DA ploted not happen cause victim never knew FVI29004 existed till 2006

ICE can ask US att if PC854PC855 that San Bernardino county SODA would not use ICE Can US v Braun
Cause says FVI29004 got USDC by Fake prose att Gibson law research Att tomlin

?DHS ICE ? ERO  mex Fugitive is american citizen attempted kill mex & American Citizens 2011 prior 2010 fugitive tried kill american prose  case against fugitive 10/26/92 in cases In Ca/USDC /9[th] Cir would stayed AS frauds on willing courts should be studing to reopen my Nv Ca real estate brokers licence this more valuable

With ICE use PC854&855 legal procedures require no new arrest warrants as FVI29004 still open


  DHS /ICE Fugitive PC854/PC 855 CA that fixer judge rescued CDL # CO600086
  From US sentencing braun 10/26/92 now  ICE to Do US PC854/PC855 delivery to Judge Bernal on flight to aviod 11/20/92 sentencing WHILE Pompeo gets mex AG to Ask sign extridiction papers Bernal for ICE/ERO deporting MEX fugitive braun & wheel men border crossing La Mesa mexico


DHS & ICE SOS Mike Pomeio USE PC 854/PC855 require extradition no judge bench warrant reqired when convicted 10/20/92 escapee danieal Edwin braun got CCE §848  rescued 10/26/92 by Notice is Waived by fixer Gibson whole case was Entry USDC 10/23/92 after braun confession guilt ca ev code 1300 auto matice asto All CA/US pendent civil forfeitures at bench related fixed watered down VCv18857 as when CIV24581 opened 4/2/90 when SO /DA quit braun fake 8/8/89 arrest DEA Confidential Informant Durston US CA DEA told DA/SO had govt code duty to do Warrantless narcotic Arrest Braun >bethkie niento Abrernathy mex hit men wheel men mex street peddlers said was running with brau get away car after mex military showed up spoked braun pointing illegal gun inside car pop would set the Trigger happy men blast car kill braun /Durston as braun branished gun which the Military did not see citizens thought CAR tell hit man & froze braun had shove aside witness got good look big american

When 10/20/92 convicted felon was 10/26/92 rescued by his att had played his firms role to impede $ judgment & sentencing CA down below US Cr judge same day 11/10/92 if FVI29004 NOT BEEN THEFT 1023/92 AT prose window thief judge Kelleher & clerk O'neal would sent chief Cr Judge for US sentencing Braun & rescuers
after pg 3 top 4 lines FVI29004 Conviction summary judgment Now read 598 F supp 2d 737 it say that felony sentencing is befor $ money judgment

Pg 3 says judge gave victim $ judgment difference FVI29004 & 598 F supp 2d 737 before \\ guilty party att sabbath asked fake prose att was att law reseacher clerk4 Gibson that USDC /FBI/USAG US Att sentencing Att not be noticed was FBI NCIC

computer or sent hard copy FBI NCIC  Clarksburg WV not done by Gibson lead clerk Joan huntsman 10/20/92 bribed by braun att other law firm partners in San Bernardino Ca on arrowhead Ave new building next old ct house where Durston asked grand jury judge & DA  to investigate theft FVI29004 from court house records VV & Barstow that SO headquaters records 655 3rd st San Bernardino Ca has original Braun Rap sheet lead clerk said only Braun Can view

without US CR judge doing USDC house sentencing 11/10/92  set 10/20/92 word tentative ON felony verdit by Gibson

 TJPD Mex Highest cr attempted murders US felony only of forgery ct records ICE has Victim TJMEX PD signed by mex cop & victim Ernest Durston as FVI29004 is only 4 pgs rest theft records at US/Ca court houses by Sabbath 10/26/92

BP DHS ICE to stand shoes US FBI as persons in 3pgs  rescued US convicted Felon PC 854PC855
FBI only has Ca Forgery fugitive 10/26/92  notice is waved ?FBI USAG case opened Pg 2 lines 4-6 say FVI29004 got USDC Friday at 4 closing victim witness 10/23/92

The many Dead Ends that mex murder victim has made phone calls to persons claim that ERO ice is the Right ?LA then ?long beach ca then victim found marrieta ca US agency for Different Kind of apprehension of TJ PD Mex law enforcement of Mex Cr Fugitive living in Ca last known address by Ca CDL

When suspect other Ca crimes uncharged perfected murders  fugitive purchased gun from SBC reserve deputy SO ca dealer in Hesperia Ca Lawrence E Henson who Supplied CA CDL #

later 7/15/93 Henson Durston attempted murders by 14yr old SO CVVPD hit boy Stanley moore could been murdered later as Gun failed fire
18§1514 USAG exparte Without notice by ICE used PC854 by USAG use RICO Is necessary to insure that arrest /indictments Adequatly Reflict the nature & extent Of the CCE §848 conduct rico §1961.8 Fixing out come involved ina way that prosecution ONLY on uncharged underlying charges would Not 11 exhibits Sections

§1:756   USAG Barr  etal Expidited without notice USDOJ Bench warrants exparte motion & application show cause by USAG Barr an others for cr victim  Protection 18§1514 under liabity Under Fed witness Protection program 18USCA sec 3521-3528 Supplv 1986 98 ALR fed 545  the USAG Barr May Provide witness protection 18§3521(d)(1) when several murder attempts on witness  life by others & hit men to keep the witness from testifying requires the witness protection in program

relocation by USAG may provide for relocation & other protection costs Entering into memorandum of understanding setting forth responsibilities witness who as to Witness exposed to others  attempts on his life §22:1562 as protection by evidence That with out protection would seriously JEOPARDIZE usag ongoing investigations


Exparte 18§1514 by USAG Barr FVI29004 by 598 f supp 2d 737 been at Bernal B1 as multi function Exparte Motion Without NOTICE  per FVi29004 missing USAM 1725 as fed crime  impede pending PC 854/855 ?USMS retaking US v braun fugitive & Rescuers /victim  finding that FBI suspect USMS deputy Brajus may been sent Else where' s by conspiracy hid 11/17/14 clerk gave USMS Brajus duty Retake US Fugitive ?ATF Fugitive that down stairs chubby man color said braun was not on Basement Wall as US fugitive as USAG Fugitive USMS superior David Singer got same 11/17/14 records as Brajus at 312 N spring St singer 4 other USMS agents as Had Victim & nwitnee go thru tunnel to Raybal ct main floor Café Area wher singer had 4 heavey Ta toed niju guys harras & intmadate Victim witness to hide Missing PC 854/855 had both victim kickedout back doors ray bal as prior at SACVUSDC USMS agents Harrased Henson when Durston at clerk winow on fake SACV92-715 befor fixer taylor & Kelleher other judges played Fraud on court as Kelleher got 10/23/92 FVI29004 Ex cr Ca tt Cupp Entry FULL faith Credit FVI29004


USAG Barr Exparte 18§1514says civil should be Cr action to Retrain USDC debtors Stolen 10/23/92 FVI29004 & civ24581 files from Ca/USDC


USAG Barr Notice to Hon judge Bernal that FVI29004 as USMS theft 11/17/14 as When clerk taking from witness FVI29004 file 18§1514 of witness cr victim Clerk as Unknown Gave USMS Brajus the USAG {now Barr }file 18§1514 on MEX fugitive apprehension but since Discovery PC 854 & PC855  judge Bernal Have to make the USMS REDO PC 854/Pc 855 as FVI29004 orifinally per pg 2 lines 4-6 say got USDC


    18§1514 no notice /exparte protection CR/witness's other rico heir's 11/17/14 prose REDO 2019 by USAG Barr ICE moving party EDCVUSDC 18§1514 Border partol & ice is dept home security IS DOJ as its USAG barr chief prosecutor For signed Mex warrant missing mex Att signature for Extridiction That Pendant as Substitution {PC854& 855 blow minds of rescuers who thought SO/DA judge 2 att;s 10/26/92  never get caught pendent even SOS Pompeio doesnot even have give order of prevencial Arrest Braun /CAUSE be in USDOJ /FBI USMS Custody Adelanto ca With other laid in wait murder fugitives 4/30/90 COPS movie made never USED IT Fact Canadian film co stoped business


PC 854/855 Ice retaking mex/US treaty fugitives relation back 4/30/90 laid in wait murder Abdul /Garcia /cause blackmailer Culliton filed FVI29004 USDC 3/27/90 & refilled in VV 4/2/90 watered down Civ24581 when SO DA quit 1/16/90  refile laid in

wait Riveria v Durston when Riveria had 8/9/89 pendant CK mart theft 2 money Orders as manager prior attempted claim gave filed out 2 orders got copy machine Copy theft money orders from dave bruss who been in vegas for 2 weeks prior 8/8/89

Per 18sec 1514 says it by us att for exparte without notice so is bench warrant is with arrest warrants of service on persons commited Cr against US/Ca/Nv /Mex

Pc 854 has no require warrants but asUSAG barr Want IN without notice exparte might well get warrant for rescuers braun etal 10/26/92thru2019 beyond realation Back 10/6/72

ICE use PC 854/855  as FVI29004 was put USDC 10/23/92 pc 141(C) last covert rico

US Att use 18§1514 Exparte without notice most cr bench warrants @ LR-83.1.3.1.1 10/23/92 of 10/21/92 braun Found "tentative" guilty
Fraud on ANY court has not time clock to run
Pendant 18§1514 Exparte by USAG Barr any us or any US Assit US att  work order FeD cr counts 9th say cr conspiracy run last covert acts Exparte as CCE§848 in furtherance of racketeering fixing 1961.8activity V-5-72 10/6/72 ex fire house captan Prevailing Durston V city of Victorville civil rights violation forsed victim & witness in setting illegal fire hydrant could say attempted kill tenants mayor att Caldwell Chief city planner John Hnatek

  USAG Bar  Att Want Bench Warrant USAM 1725 inpeding FBI noticed &994 PC854/PC 855 Back up US fugive warrant Daniel Edwin Illegal retirement check & CA CDL check Address
Braun Co conspirators judge John B Gibson felon 10/26/92 retirement check 10/20/92 failed notice FBI Gibson clerk joan huntsman CaCDL# tickets auto insurance ?? IRS
Timothy tomlin CA bar att ?CA CDL # traffic tickets ??
 James Culliton  disbarred by FFA ? CIV24581 Govt bribery payment nov 90 Multi debtors law firm San Bernardino SO Atts Mark Sabbath Ca Bar info Ca CDL#  law  Sabbath emoployers cr liable even new late enjoiners theft home lots

Others county Aduitors &Tax collectors last lady refused give back overage illegal home sale 47 yrs  furthering hide FBI 8 fugitives &sgt trumbull & US mail thief Charles e Hill
Fugitive Theft paycheck 10/6/73  repeated 2/7/79 with ?white t shite Doe ?Bill bethkie 10/6/73 fake arrest warrant  CV900

John Trumbull @ ArZ lake Havasue ?? az ?CDL ? extradition ? EDCVUSDC Hill

148

Backeast ?? possible employment cop /carpenter former 1973 CA CDL # transfer new state ?10/5/73 US mail & mex cargo US made material theft $3.500 00 sgt gave to another reserved deputy off Navaho rd next to where SO fake illegal drug raid off Illegal wire tap injured victim att Jerry steering put papers SO illegal raid off  blue BONDO Stuff  is in by worker ?? cold case perfected murdered Dan morgan complained to refilling crew of plane dan was flying crop dusting he heard noise from back plane he made pass over field it went straight down refill crew as shocked Morgan was excellent pilot he had told his att he wanted open his false arrest on its Civil rights violation wire tap Durston phone SO said was informant joke manager at 67 unit complex relayed "stuff " TUB bondo was In next morning Fake Raid IT Was been durston next from stuff soon after tap found on Sunday at transfer station On Mojave dr phone guy showed old pay phone on wall were my black white wires Ran from my post on frame ran to dect off VV said worker was normally papers in Desk from judge each shift had  log in when coin phone rang to dect office as to from where it came from IT was business line for renters seeking apt to rent

Durston & witness tracked 10/6/73 sgt trumbull call for  yellow ex Uhaul truck haul hill hot good to another  reserve deputy home yellow unit truck keep park suspect yard receiving Hill stolen goods10/5/73   reserve deputy yard keep later at SO rodieo grounds north apple valley Ca
Fake 2/7/79 2 /10/6/73 FBI fugitive fake sgt trumbull 6 white T shired deputies arrest did back UP reversal 10/6/73 Detectives/s hurst & billings repeated 2/7/79 using fake bethkie report that an CAR Insurance agent exposed as 2nd Fraud On court CV 900 people v Durston US mail victim of Hill became /10/6/73 fake arrest # 1 repeated 2/7/79 braun repeated 8/8/89 hide prior others fake arrest 8/7/88 of DA of city david Proulx fake 2 counts faking planted evidence that been done by DA kraft prior but mayor hired Proulx To REDO coverup illegal place fire hydrant V-5-72 But Cr judge Arden was told of V-5-72 illegal plug but arden just hit Da with 18§1514 restaung order on legal 5 foot Rear fences DA was trying rid when city pasted in 1972  oked by then DA piazza now rico promoted Cr judge had case & sent it to Arden IN Redlands ct house Arden was hopping made told city to leave da Piazza fences alone city case WAS Fraud on court As sept 1 1987 city raised 5 foot of rear  yards to 6 foot & 1/16/90 fake hearing 400 pictures showed 6foot 3 stands of barb Wire by premitted fence contactors signs on other projects 1/16/90 SO & DA had bribed Culliton not tell of gift Summary judgment 8/8/89 fake arrest as SO?DA Braun .bethkie laid inwait part  arrest DA Proulx frauD on RICO court 8/9/89 moot VCV14000 as arden moot Mvi21376 2 nd double jeopardy was still CCE848   Case Issues

IF FBI USAG Barr bench Bernal  suspects the 10/26/92 ?USDC acting USMS court bailiffs ?Barstow SO ? special duty from VV substation not use local ?? jun 89 warrantless US .Ca DEA arrest by durston informant of Bill Bethkie Frank Niento William Abernathy should put DEA ? CA ?US DOJ cuffs ?Rico 1961.8 fixing Prior inception point BOA now Empty LAID in Wait crime Plotted perfected went

perfected murder cop Garcia slurred as BLACK tom be executed by Niento kill USDC pending civil right suit18§1983 Discrmation 4/30/90 7th st victorville flowed Taco shop parking lot  Abdul murdered laid in wait niento failed kill backshot 9 times by nieto 2 fisted 9MM & cop 45  filed kill Cop Garcial SO put in report cop Garcia took friendly Fire HINT SO kills 1983 snitches at jul 90 hearing gun Dealer awaiting oberdue being Sworn In Full time /SO computer Top secret Clearance as Day job military Contracts repairs Big frame computers Reserve DEPUTY commander by classes to CA DOJ POST records traing said POST keep all of the Test to be sworn in Full Time @ quilifys AS Cr prosecutor same DA  left UNdun but at seing 9MM gun & SO 45 Clip as SO

Touted was taken from [prefected executed by Jun89 DEA Fugitive Dect suit Abernathy murdered accountant Hiliam Kiliam Abdul as witness said he opened door thinking  {45 SO bangs }was somebody making delivery saw man in suit pointing big gun 45 at him  was checking

Dead man neck with hand he quickly closed door then heard HE Going FOR his Gun then rapid Fire of different sound 9MM that jul 90 was made SO hearing  gun dealer Reserve deputy Lawrence Henson was railroaded out job from seeing SO picture of 9MM with 45 clip  gun was boot gun of dect Abernathy laid in wait killer with Niento US just reinstated US death penality which Ca Gov stoped ca death penality  cold case murder hulion hughes ?9mm perfected 12/26/91 murder of the cr judge Piazza cause he went for 2 normal dr Visits heart Specialist was OK on diet as Bringing  down weight SO Coronor did not order LA coronor said judge death after 2 DR visits was Mandatory prove heart good or death by drug slowed down heart ? Judge was served to citizen leaving judgeship VCv18857 Durston V City VV DA Proulx fixing MVI21376 & VCV14000 fixing Double jeopardizes V-5-72 10/6/72 CA bar would disbarred fixing att but Rico promoted commissioner 1/??/92 after death of piazza /CaBar disbarment EOO7450 Culliton Bribed walk away moot VCV14000 Was illegally openen while MVI21276 was still opened8/7/88  by fixers Proulx & king pin henchman /racketeers Mayor Att Caldwell & chief Policy maker John Henikt hide illegal fire plug city cause Durston loss complex city got later reop move the plug but was still illegally placement to offer by ex fire Man Durston

FEDs ? 4/30/90 cold case murder abdul no wax test hands or

Why were abdul killed long distance from back shot cop Garcia law as

His back shooter was cop be SO own reports where cop frank niento shooter stood long way by corner market where was 45& 9MM shell casings cop shooter fell ground Fed belated CCE8848 hacker just removed text that cop kopez was been killed had 14yr old Stanley moore SO gift Kill head shots Durston then henson as Wife set laid inwait 7/15/93 cheap diviorce  good nite hacker

Lets see if tex jumps lines

Cold case/s conspiracy ?murders 6-8 or more FVI29004 TJ mex2010/11 @7/15/93 CA DOJ POST records FBI fugitive reserve deputy ? Charles E Hill & SS#? ATF witness same POST records that Lawrence E henson Had passed multi tests To be sworn in USDOJ Top security Clearance prior 4/30/90 & jul 90 DOJ approve

ATF USDOJ USAG Barr CCE §848 witness Jul 1990  SO Reserve deputy Commander Henson To be US witness against SO CVVPD fake photo of 8mm gun & clip 45 don't match cold blood murder innocent Hiliem kiliem Abdul but framed by others became man of Convience SO hide Murder 1983 civil rights Pendant cop Garcia cause blackmailer Culliton ex wife mary Culliton sent Durston copy USDC filing fee & documents filing 3/27/90 was 1/16/90 SO DA quit Fake 8/8/89 laid in wait fake arrest .smoke screen jul 89 fake DEA raids by CVVPD use SO cadets as Nazi Goose Stepper 20 or more intimidate tentants hid from Fake case # vcv18857 as Civ24581 was Stll open was 1/16/90 while still open Cr Judge Arden MVI21376 8/7/88 rico activity FED offence murder Hulion hughs CV820 witness now find 9mm Gun was Hughes murder weapon bullets taken from Garcia /fired by Abernathy 4/30/90 as 7/30/95 both Hughes & John Jauary was told by FBI tell info SO knew AS Watch commander Bethkie knew suspect conspiracy murder both & January 2 room mates Prefected Muders 7/30/95 after fake jun 6 95 fixer dead fugitive 10/23/92 suspect theft full faith Credit Ex ca Cr att blackmailer pg 2 lines 4-6 fake prose att tomlin tells Co Conspirator judge gibson both govt Atts sabbath 3 govt employers  got US mailed served on Govt Atts & court clerk FBI fugitive 10/20/92 Joan huntsman notice entry 10/23/92 notice prose window Full faith credit from processor server EX att jim Cupp blackmailer david Proulx Henry kraft Kieth hoggin county Att Richard Clouse whole law firm cocospirators hired outside att J A brown who hired Ostenburg Who hired Bonesten  who bribed willing Kelleher Taylor others fix moot 93 cv4297 copy cat moot vcv14000 hide cr judge mandabach Gift factully innocent defendant 8/28/92 as witout court order said phonr co employee showed Sunday wire tap 8/21/92 durston phone injured8/22/92  a Innocent business man later?? perfected murdered stop case reopen civil rights issues his att left out put Dailey press Freedom Press papers SO wire tap on Durston Business phone
e

 Jul 90 SO VV PD meeting Boot gun 45 clip proudly SO displayed planted evidence  Fed material witness Shooter Frank Niento giving False evidence back shooting of Claimed Niento  partner cop Garcia slurred black tom 1983 pendant 4/30/90 death Fed witness hostile William Abernathy in cold intent kill abdul part of cr conspiracy with other hired shooter Garcia  He's going For his Gun at BOA bank poor man was searched by Cops niento & Garcia  was escoring poor man with beating man .ran across to taco stand were garcia found man pleading Handup not be hit with nite stick by Garcia as niento ran corner market and 2 fisted 9mm & 45 backshot Garcia as to Abdul ran to market back door hid where he was executed by Abernathy  other cops persons interest shot out windows shops across from taco stand  where was fed witness Kopez cop told not show by ?bethkie others 4/30/90 wanted friendly fire kill him down hill from friendly fire 4/30/90 killers aiders & Plotters kill 1983 civil rights target Garcia As Culliton filed got destroyed att window USDC 3/27/90 Then at 4/2/90 VV smoke screen CIV24581 when SO/DA had quit 8/8/89 fake arrest at DA office down street from VV court house were Cr judge Piazza was ploted been removed from VCV18857 while CIV24581 was controling case really was Cr judge Arden still open 8/7/88 durston defendant 'with prejudice as fixed by DA CVV Proulx hired dirty Durston v city of Victorville 2nd double

151

jeopardy mvi21376 oF Res V-5-72 durston own att Ex Da City County hid evidence from arden that V-5-72 was RES to moot Mvi21376
 SO CVVPD plotted Kill 1983 plantiff cop Gracia by aiding planted ev by anther
As Abdul found employer theft S abdul was be victim by fake bad signature firing Abdul tried cash employers bad signature that motive by employer  told SO abdul had done befor firing Abdul employer caused abdul death SO just Waited for plot call from employer abdul going cash his last check her intentinal /bad signature /bank noticed in plot SO put man opportunity to death with 1983 man was die by friendly fire killing Abdul employer being arrested theft funds of Abdul findings Employer embezzler company  own funds not pay taxes on Abdul was Pawn SO


4/30/90 laid in wait or complex scheam set motion by other planting evidence on Abdul book keeper claimed use 9mm in "fake" no real  shooting cop Garcia by cop Material witness SO CVVPD own if Keep planted 9MM & 45  clip SO issue jul 90 Picture but wheres the cr sceine shell casing photos when Henson Durston reserched at VV public library last 2019 Ca DOJ POST records SO faked evidence hide ATF USE boot guns by Niento & Abernathy in furtherance CCE848 & rico
 Lawrence E Henson was attempted killed 2010 by exwife call SO Plotted ex husband treaten ex with gun was killed by SO in Apple Valley Ca ex wife home as Killed was 2006 USDC ruilng by USDC Larsen ex wife was pay ½ VA Pension to ex as Larsen hide she set 7/15/93 laid in wait kill ex SO @ATF witness 4/30/90 Motive
Hostile Henson slaims Durston for SO job loss when Herson was ATF witness Jul 90 On research henson rail roaded by SO got info ma otive he lost pendant job back pay & benefits was abdul embezzler employer dirtying abdul SO said Take care man of Opportunity framed by employer /victim abdul wife said \to others

        Hon Judge Bernal former US att at US Att public defenders office?????

FVI29004 Where USDC Still Had Jurisdiction Fake court proceedings was running when fixing took place V5 victorville  7th fed brady city quit case jan 2013 City ?county fake late enjoiners people public defenders victim fired hide FVI29004 Durston papered fixer judge  had quit gave USDc late proceeding to V 4 fixer VCV18857 Fleuret had quit Gibson Taking over V4 barstow fixing ct closed FVI29004 debtors fake plantiffs quit ?out ragiouse conduct Punitives summary Judgment /befor Gibson took V 4 bench refused Refused REOPEN FVI2a 9004 & others fixer late enjoiner Judge Height III said FVI29004 was people v Durston an WAS made Chief Civil Administrative judge also chief cr judge noticed VCv 17060 Been Fraud on Willing US/Ca courts as fake injunction stoped damages suit where Burglary commited onor about befor 12/27/97 by Jun 89 DEA warrantless narco drug henchmen braun .bethkie search FVI29004 records VV home did April nv Home 1997

short version Cr judge bernal law say rescuers 11/17/14 USMS agents 2019 retakes Rescued 10/26/92 US v Braun lay says USMS arrest any Harbors /rescuers DOES bernal sign warrant US v USMS agent brajus & downstairs doe & Chief USMS  La div David Singer rescuer Braun aider & abettors Gibson Timlin Culliton Sabbath employers county Councile att law does  Ca DOJ Gary Shones fixed US/Ca Grand juries pendant investigation People/US v DEA fugitive braun & rescuers etal SO Williams last Mc mahon DA nakata last rescuer /Ramo lost to new late enjoiner rescuers worked under ramos prior nakata USAG suspect cr against US/Ca ?NV

10/23/92 1st US v braun etal theft LA ca USDC REDO 11/17/14 FVI29004 got 2nd time theft By USMS agents 18§ 1514 USAG by Ice att USAG barr 18§1514 exparte right entry EXPARTE without notice 2019 relation back 10/23/92 full faith credit braun found felony guilty auto 20 day rule set senentencing date 11/10/92 ?2019 jul USAG Visits 10/23/92 theft fvi29004 Venue LR 83-1.3.1.1 aka repeat 11/17/14 Cr Judge bernal riverside CA ICE Att USAG Barr revists 3RD Final time Jul 2019 Revist FVI29004 theft10/26/92  Barstow ca USDC FRCPR 77

Law say foreign county Fugitives USMS apprehension /Extridtion
Law USDC say CA Bar Att  has conspiracy in 10/23/92 entry as Monday 10/26/92 USDC ex parte FRCP rule 77 in 1 time use  Ca Cr ct Barstow ca rico activity CCE §848

PC854&PC 855 not done10/26/92 afterfixings notice is waived ATF felon with badge 18§1514 exhibit  Copy 598 f supp 2d 737 with sentencing first before civil forfitures

ATF /ICE Copy FVi29004 by above but CCE §848 5or more fixer. judge USAM 1725 impeding USAG /Barr/ Sentencing 11/10/92 @redo 2019

    BP Computters INFO for USAG Barr etal 18§1514 without notice exparte agents USAG Barr 950 Penn Ave NWWDC 205305001 said riverside US Asst US att Joe Widman duty }or special US prosecutor }18§1514 Exparte without notice same fugitive warrants MOTION that USAtt use of concealment 10/26/96 PC 854pc855 that CA private Att General Ernest Durston infor 6-8 prefected murder victim or more AKA Cr Victim 598 F supp2d737  say victim att is USAtt @ EDCV USDC @ Riverside Ca

Forensic evidence hit men date crossing TJ mex border same date Ca PAG crossed Prior 2/4/2011

    USAG Barr etal Want Any all BP entry at mex border 2010/2011 relation back FVI29004 US fugitives 10/26/92 Daniel Edwin Braun smoke screen forger convicted victim Durston Suppled forgery expert Bowman 7/2/92 10/20/92 USDC acting B1 barstow ca  Bailiffs & VV court Reporter was there USAG etal Widman witness Official USDC CR procedure Document 5 or more fixers CCE §848 did not want go

312 n spring st LAca 90012 USDC Cr Judge ??Sentence DEA Fall Guy Braun
rescuers Gibson later next rico promoted SBC Presiding Judge Hieght III claimed
FVI29004 filed 1992 was 1989 Fake 8/8/89 case # when SBC records showed entry
FVI29004 went VV court then transferred fixer B1 gibson at some point 1992


Fools suspects SBCSO VV CITY PD watch Commander Bill Bethkie SO Frank
Niento /William Abernathy suspect TJ mex wheel men date BP may have Date 2010

Declaration under penalty of perjury ?murder Victim Ernest durston 7/30/19
SoS Pompeio Deportation Daniel Edwin Braun TJ PD Mex
fugitive <u>PC 855 FBI fugitive</u> 10/26/92 FVI29004
Got PC854 rescued by Ca Cr conviting judge after
1020/29 Conviction Entry USDC 10/23/92 judge did
Not act alone keep fugitive from US/ca sentencing
*Judgment from county/judges signature @ CCP405:21b*
18§3771 victim right Braun sentenced PC 854 &PC 855
ICE /FBI put fugitive USDC custody for highest
Cr is MEX fugitive Warrant 2011/attempts shoot
mex citizens /2010 witness braun shooting prose
fvi29004 that mex cr law guilty as charged 2011
9th cir 12/19/96 gave forgery fugitive summary \
Judgment as claimed victim failed file civil rights
Case 9th forgot own cr conspiravy runlast cover act
FVI29004 still open 2019 v fraud by willing 9th
Bad speel check none
Hacker put red top line below
Border **Patrol Station Marrieta ca lead investigator for USAG Barr @ EDCVUSDC**
**Multi Deportation Daniel Edwin Braun TJ PD Mex**
**fugitive** <u>PC 855 FBI fugitive</u> **10/26/92 FVI29004**
**Got PC854 rescued by Ca Cr conviting judge after**
**1020/29 Conviction Entry USDC 10/23/92 judge did**
**Not act alone keep fugitive from US/ca sentencing**
***Judgment from county/judges signature @ CCP405:21b***
**18§3771 victim right Braun sentenced PC 854 &PC 855**
**ICE /FBI put fugitive USDC custody for highest**
**Cr is MEX fugitive Warrant 2011/attempts shoot**
**mex citizens /2010 witness braun shooting prose**
**fvi29004 that mex cr law guilty as charged 2011**
**9th cir 12/19/96 gave forgery fugitive summary \**
**Judgment as claimed victim failed file civil rights**
**Case 9th forgot own cr conspiravy runlast cover act**
**FVI29004 still open 2019 v fraud by willing 9th**

**Border Patrol station Murrieta Ca lead investigator For USAG Barr @EDCVUSDC**
**Hacker just turned bottom black bold letters to red will tell printer do in black**

**Multi agency USAG USE of PC854/855 fugitive warrant in Ca theft 10/26/92**
**FVI29004 byca CCE§848 5 or more thieves US Cr judge sentencing Braun under**
**Rico 1961-1968 can be apprehended in any state in USA BP anchores TJ PD mex**
**Fugitive extridiction procedures get fugitives USMS Custody who attempted impede**
**11/17/14 by USMS david singer anothers 1st theft 11/17/14 Victim Witness prevaing**
**Prose who /duty DA nakata SO enjoined /been keep from all FVI29004 & CIV24581**
**hearings REFILED original USDC 10/23/92 it was theft by suspect died 2012 judge**

155

Kelleher fixed 12/16/93 moot vcv14000 that Ca Cr mandabach gift 3/4[th] double jeopardizes /Fake 93CV4297 was 5 th by kelleher 6th was impeade 93CV3133 & 7th was 93 CV3134 Kelleher fixed 9th cir ct 12/19/96 by saying Moot 92SACV715 was a Another Smoke Screen 9th cir Summary Judgment for the 10/20/92 convicted forger Another smoke screen CACA 26815a
Mex military man who needed tooth pulled saved my life BP may have date Shooter Crossed Border Ca CDL C0600086 Mex Att General want Mex fugitive as Priority over Ca.US felonies as lessor cr charges that braun fugitive under PC854/PC855

Gibson fixer ca cr Judge begrudgingly convicted felon Daniel Edwin Braun 10/20/92 fugitive flight 10/26/92 avoid Sentencin US USDC CR judge taking over US/ca DEA other enhancement crimes DA nakata SO Williams fail tell US DEA fugitives agents that braun been rescued by partys in court when entry 10/23/92 USDC & Ca Court Fixer Gibson 10/26/92 hid CA/US sentencing 11/10/92 with 3 wheel men Back up sham cartel men murder att TJ mex 2010 & 2011 drive by 2012

CIV24581 Durston etal V city vv PD contractor San Bernardino county SO William 4/2/90 when SO DA quit 1/16/90 fake 8/8/89 arrest US Ca DEA informant jun 89

CIV 24581 debtors SBC SO VV reserve deputies contel phone co employees Wire Taps victim phone led 8/22/1992 illegal drug raid copy cat jul 1998 at victim apt Complex 67 units Durston fixing att James freden Fake VCV18857 when Still open CIV24581 city vv fixing Att.s CA EV CODE 956 hired commit crimes same lead debtor rico defendants 4th ct app 1980 durston V FVI29004 7/2/92 aka fake brady 2/7/79 cv820/murder 1988 Hulon Huges fed offence further Rico 10/6/73

NSA that tracks names both sides who make receives phone calls of 2 in hit mans attempts from 2 wire taps SO did Wire Taps that caused fake raid Dan morgal home

was not first 2 US cell Phone Mex Witness made US calls why hit man knew where find kill DEA informant Jun 89 in TJ mex street look like Cartel hit on American Citizen ????

Border patrol TJ /US crossings Pass port Data Computters May hold answer <u>when</u> hit man & 3wheel men entered US at TJ other crossing lies withUS pass port records 4 fugitives PB ICE DHS entry computers is keep where If any 4 may used CA CDLs & Govt ID cards take back US illegal gun used /but foiled Kill Informant US/Ca DEA crimes Called FED /Dial sovereignty jun 89 in Ca
2012 drive by photo shooter 2 bee;s bullets killed car ignoed by Ca DOJ K harris This as after Extensive Research hitman foiled victim found BP may have date Hit took Place shooter return
US 2010& 2nd hit on mex citizens VA hospital has records San Diego VA emergency

156

When informant was RE entering mex side border check points he was told park in holding area this about fake papers filed by banker lady to daughters & boy friend riverside city cop

Doing drug sales in now Hi class closed Bar restrant dance hall acidently after research law library Santa Ana ca visit 67 yr gal friend said daughter had Pool turnment where informant TRO witnessed 50 heard + daughter Caused BP stop victim multi times TRO fake 9/11 call hide drug cop riverside Judge & court repoter with PUBLIC interest 60 plus Witness heard FACT WAS destroyed 9/11 call converted TRO hearing hide  handing blond watress baggies of white powder as I stood watching her play lousy pool by post club shief security Guy said her boy friend gets drugs she sells &his boss does not want IT out t Her durg deals In paper I followed lady out valay Her special parking space She nealt down got refills went to car openly sold to party What she had went back car went back inside same blond meet open peddler lade at door security stood by as she gave blond few bags the blond made rounds room Filling $100 orders I stoped buy asked what he paid man said cheap $100 then blew out door thinking I was cop

Was gap time 1st foiled kill zone & 2nd visit TJ had go VA get meds so records Before 2/4/2011 2nd time hit man Braun attempt kill mex witness murder attempt lost dates to burglay /looking for prior date TJ visit BP ICE DHS  computer MAY have on recorded date Crossing Mex US Border US PASS port book as wallet Card ?issued 10/11/2011 When pass port book visit TJPD reads 6/10/2011 was inbetween befor wallet issued

The PC 854 PC855 ATF Fugitive felon with illegal gun badge /uniform never stripped 10/20/92 nor 10/21/92 1026/92  ATF most wanted hit man day  PB may have date Victim return ca  in question Mex v Daniel Edwin Braun foiled by others as day ? BP ICE DHS border station computterdates keep WERE  may recorded on big book /my pass port lost 2/16/2016 have # C05387614 bottom wallet card # 8991412-10 4//4/41 birth date place Peoria ILL  Ernest  Durston

Does BPshow any Pass port entry TJ Mex of 2/4/2011 2nd murder attempts tj mex Did Mex fugitives Flash CA CDL & other govt ID to avoid showing Pass ports Missing date prior 2010 1st murder attempt on FVI29004 prevaing PRO Se

USAG Barr or any US or Asst US att In Filing 18§1514 without notice PC 854pc 855 Seems fixing judge Gibson 10/26/92 approved "notice is Waved ? FBI DEA US/Ca sentencing 11/10/92 US v convicted forgery felon braun {smoke screen DEA Chages IN USDC }
@2010 ?????
Passport  or BY no pass port byshowing US fugitives Ca  illegal Badge illegal Govt ID entry In place of required THEN US pass port book or card @ mex/US Border crossing  again 2/4/2011 witnessed TJ street Hit man Daniel Edwin Braun

RED for my blood test ???
He put text  back to bold Black to expensive print red
Pg 155-157 then relation back pg pg 144-154 then 1 true pg 144

FBI La office asst director Paul D Delacourt phone day agent 730/2019 at 4 afternoon that BP was to may be find 4 TJPD MEX fugitives Reentry US at TJ crossing by car date Durston crossed if BP computers find match for 4 suspects same date unknown

If BP successful find dates mex Fugitives crossing MexUS border unknown date Then BP ICE DHS evidence support TJ mex PD fugive warrant 2011 when 10/26/92 FVI29004 has hidden US v Braun 11/17/14 fugitive uncharged by bernal cause of PC 854/PC 855 don't require Braun ETAL rescuers fugitive Warrant except Using 18§1514 can be silent To USDC Official Civil When Cr PC 854PC855 still OPEN in FVI29004 that entry 10/23/92 at PRO se window Theft FVI29004 & Civ24581 anto Related civil forfeitures

US asst US Att Midleton not to file with any DC clerk but put Bernal hands the Back up US fugitive Arrest Warrant FVI29004 that somes clerk that works papers Filed 312 n sping st normal new filings but US fugitive Warrants compliment filing 18§1514 Civil ?is same Cr Fugitive arrest Warrant In Bernal chamber without USMS deputies suspects at large 11/17/14 special USAG prosecutor ID suspect theft 11/17/14 Must be without notice to ANY public entry clerk office by USAG Barr etal represenive as the last date 10/26/92 say pg 2 lines 4-6 FVI29004 got DC were theft as suspects clerk O'Neal for suspect Kelleher bribed 93cv4297 copy cat 449US 24 illegal injunction 12/16/93 hide 10/26/92 fed ct proceedings 2nd theft by 5 or more of CCP§848 rico fixers 1961.8

When if BP finds supporting Cr evidence of border crossingsby 4 suspects IN BP DCICED HS document TO US asst US att Joe widman showing dates if any 4 suspects an times that witness Cr victim returned to US last 2/4/2011 shown in Durston pass port book then card was used last unknown dates possible 2014 was in another witness car Not been back since

18§1514 says nothing §1514 IS exparte US without notice to debtor defendents FVI29004 about §1514 is about witness cr victim prose Summary judgment pg 3 top 4lines Durston prevailing FVI29004 about FBI NOT in textFVI29004 & §1514 that US as plaintiff needs not notice USDC clerks down stairs or LA 312 n sping st

NO notices Chambers Visit Hon Cr Judge Bernal B1 second Floor without Bailiffs With cr Victim witness FVI29004 for USE PC 854/PC855 not USDC proceedings but legal USE CA felony proceedings IN USDC as FVI29004 Entry USDC 10/23/92

To US Asst US Att Joe widman Per 18§1514 it say you US Plaintiff without notice to EDCV USDC of last USDC where FVI29004 was 2nd theft BY USMS lead Ca 312 n spring st David Singer 11/17/14 as to singer 2nd theft same ct house took tunnel

to Ray bal ct & did 2nd theft FVI29004 /Civ24581 files again different witness both partys as Kicked out back door ray bal ct house  as Singer 8 others had civil cops Escort bothout keep FVI29004 Files more rescuers DEA fugitive was after 2011 hit By braun wheel men TJ mex 2014 11/17 there different witness REDID 10/23/92

Da/s SO spent 47yrs trying fame PAG Durston
ATF Under Late enjoiner USAG Barr US v Braun
BUT TJ mex PD v fugitive Braun got priority
2010/11 USAG Barr only ATF got PC854/855
Flight avoid US/ca DEA sentencing 11/10/92
Fixers MAY be klling mood that victim taken apart 47yr CCE§848 rico 1961.8
Others hid fabricated moot SACV92-715 back dated 10/23/92 fake 9th cir 12/19/96
ATF got 11/10/92 priorty PC 854/855 Retake 10/26/92 flight fugitive COP braun
ICE DHS BP got 2010/2011 priorty take braun from ATF/4>Extridiction TJ mex
PD violent crimes use illegal gun /2011 attempts kill mex witness 2010 hitman braun
Use illegal gun on Durston in TJPD jurisdiction Mex att Gen ask SOS send braun &
wheel men back TJ PD  Mex custody


 Ca Bar LA ca disbarment fixers govt Att/s FVI29004 aiding fugitive's escapes
US v convicted /not yet 27yrs at large Fall guy Braun his Tanya Braun wife VV
clerk help destroy US Records as FVI29004 HAD entry USDC 10/23/92 Gibson
clerk Joan Huntsman failed bribed not notice FBI braun guilty verdict 10/20/92
    ATF Per TJ PD Mex Violent Crime braun Attempt murders mex witness 2011\
ICE DHS BP take over ATF use PC854&855 put fugitive US /mex treaty custody
ATF duty take down braun Ca>US DEA co/conspirators jun 89 Nye Nv 97
USDG LR -83.1.3.1.1 Cupp full faith Credit Venue Durstonwitness 11\17/14 B1 @
EDCVUSDC 11/17/2014 FVI29004 2nd theft  REDO FVI29004 venue 10/23/92 LR
83-1.3.1.1 /
        ATF


| US v Daniel Edwin Braun &rescuers | Exparte 18§1514 USAG in judge chamber |
|---|---|
| ATF take down US fugitive by PC 845 | For US Fugitive warrant By PC 854/855 |
| FBI got fugitives since 10/6/72 & 10/5/73 | Fvi29005 Pg 2lines4-6 AG Venue 10/23/92 |
| US v usmail thief reserve deputy C Hill | Ex Cr Ca Att Cupp infor PAG 18§1514 |
| 10/6/72 US v 18§1958 fed offences  att | Entry prose window DC as 1st DC thief |
| Mayor terry caldwell & john hnetek as | 2nd theft FVI29004 EDCVUSDC 11/17/14 |
| Chief Policy maker city of Victorville | 3rd DC theft of US v braun 12/16/93 copy |
|  | Cat USAG prosecutes 449US24 judges as |
|  | §1961.8 rico fixers hide US/Ca Fugitives |
|  | 9th cir says last privity fixer judge covert |
|  | acts & late enjoiners CCE§848 frauds on |
|  | willing court as fixers DC judges knew as |
|  | Fixed 449US 24/93VC4297 lacked merits |
|  | PAG Ca Rico cases CCE§848 cases tolls |
|  | 2nd  Set fixings began moot SACV92-715 |
|  | Fixer @DC Back dated 2nd set 10/23/92 |
|  | Still running Aug 2019/18§1514 exparte |

598 F Supp 2d 737 witness victim 18§1514  USAG barr exparte without notice AS
                FVI29004 US v braun still ATF fugitive

**Braun not stiped gun Badge unitform @ 10/20/92 found guilty smoke screen word escape clue'tentative'pled guilty 10/21/92 so no more public hearings 10/26/92 gift pg3 top 4 lines victim record transcript theft 11/17/14**

that what DC judge said no sanctions when Demo folks still furthering fed offences 9th cir say cr conspiracy Run to demo in ca want of impeachment trump have demos hit with tampering with 18§1725 impeding govt process protect our borders from the Cartel who mex say used big trucks haul drugs & illegals to border coyotes get $ From illegals /keep BP agents busy when mules take drugs at blank spots the illegals 9[th] says got rights in front BP US send more 9[th] free bee folks to 9[th] cir city take care of

what voters want Hear witch hunt judge says was civil action cr against US Sanctions stoped by demo judges on civil ?? witch hunt when fed Offences at court To spy on citizen by FBI ? Barr trump Coddles ex & present FBI officials

Trump needs talk about mex city drug problem soon be at san franciso sanctary 9th Ca gov stoped ca votes want death penality while he in office where Ca voters want of death penality going stand for fed offence 18§1725 pending govt proceedings voters wanted
Trump stoped fed funds train to no where when CA GIVE BACK $

SCT gives OK to use funds
DC says no civil $ sanctions on DNC
9th cir says free pass to USA to any one

USAG Barr problem with US /Ca DOJ agents willfull blindness theft FVI29004 FBI duty investigate 278 f supp 2d 104 theft FVI29004 SO DA quit fake arrest 8.8.89 @ 1/16/90 theft USDC 10/23/92 LR 83-1.3.1.1.1& repeat 12/16/93 93cv4297 Theft guilty verdit & CIV 24581 Ca ev code 1300 LR 83-1.3.1.1.1EDCVUSDC Judge 11/17/14/USAG barr duty drag FBI /DEA ATF DEA but not use USMS fixers in PC854/855

As USMS agents theft FVI29004 records USMS agents did not recapture US fugitive Braun USMS fixer thieves had copy FVI29004 & copy MEX US treaty

18§1514 exparte 1513 1512.1511/1510
10/26/92 says FVI29004 as 2day docket entry 3rd 11/17/14 single LR 83-1.3.1.1sole dc judge bernal sat per clerk File 18§1985 civil rights cr violations REDO 10/23/92 motion in hall box
as REPEAT LR 83-1.3.1.1 says its Went venue change Riverside NEW district Opened & was USDC directive send case to riverside to cr judge on 10/23/92 full faith credit pg 2 lines 4-6 fvi29004 adding not yet done fed cr sentencing

11/17/14  USMS 3 ormore agents take rescue Braun & his Ca/US Rescures at large

The US Asst US att Joe Widman said notice FBI when Its ICE DHS has Priority on Secrecy of multi thefts FVI29004 US/ca v Mex treaty Fugitive Daniel Edwin Braun Comparing 598 f supp2d 737 to rico 1961,8 fixers 10/26/92 concealment PC854/855 When the agents with will full blindness to smoke screen missing us sentencing talk Of 598 case that judge said sentencing had be done first before any civil judgment in Pg 3 of FVI29004 top is civil before US/Ca judgments pg 2 says FVI29004 got USDC Of 1st pg Missing US v Braun USDC Docket full faith credit 10/23/92 of CA Evcode 1300 pgs 10/26/92 lien Most favorable non movant Judgment

USMS 3 agents thieves US Cr Case US v Braun arising people v braun

l

il

162

FBI wray late PC 854/PC 855 enjoiners Notice Waived FBI 10/26/92 gibson clerk joan huntsman did not do 10/20/92 braun found guilty

US DOJ Rosen under USAG Barr visits 11/17/14 theft by multi USMS agents @ B1 Hon DC judge bernal gets visit by 18§1514 exparte USAG barr for ICE to use PC 854/855 to take down 2011 TJ mex PD fugitive As SO DA failed notice FBI that as Multi times SO DA hid US suspects cr against US ?Ca

FBI 2019 retaking by PC854/855 judge Gibson conspircy Sheriff Office SO att rescue & aid escapee Braun others relationback prior 1972/1973/1979 fed fugitives

FBI revisit Theft FBI notices 10/6/73 10/5/73 mail theft by reserve deputy charles E Hill victims Carpenter turned US mail thief 10/5/73 while city mayor was illegally in Fed offence act to in danger futhure lives tentants when illegal fire plug could not Been used by Ca Fire Code law by fire trucks snokel rigs ladders get close city fire Chief never put any Ca fire code requirements later rico promoted city council by On off again city councile mayor Caldwell influencing

18§1945 artifice?to defraud US        Fraudulent concealments by govt actors got no time clock cr against US /Ca Nv hide Mex/US treaty Braun & wheel men 2011/10

USAG Barr by 9th cir cr conspiracyt acts 2019 run last covert inception 10/6/72 FBI v v-5-72 durston v city VV 18§1985 CCE §848 mayor att Caldwell & chief planner policy maker john Hnatek illegally had fire hydrant planted not Ca fire code retaliation mvi74 mvi 21376 VCV14000 mvi o7060 moot 93CV4297 fixing of 93cv3134.3133.92sacv715 caca26815a

arising 10/6/73
 USAG Barr ICE DHS FBI EDCVUSDC attendees 18§1514 exparte PC854/855 10/5/73 FBI v US Mail & Mex made toilets & tanks US construction materials theft by SO full uniform reservedeputy

Late 12/27/78 enjoiner FBI Wray 11000 wilshire BLVD first time victim call FBI 12/27/78 2 embezzlers stoled BICC /Mort co Funds & 14 US banking insured loan packets put in fake
Mort co name on st Andrews ave behind dons shop now auto zone 7th st VV CA
 Interstate cr by USE 18§1341 US mail ms jerry January master mind darrel Peterson as US asst US att widman told victim tell riverside FBI RE RE corded same Filed FBI chubby agent made victim fill out form in hall way said FBI might check form was dated Peterson sold last covert act 2019 his part Bicc funds moved mail to dead end in Apple valley address January hold interest in Ca city ca mort co on main drags no time clock cr against US

whensFBI arrest 2 1978


USAG Barr /ICE DHS only need US fugitive warrant back up PC 854/855 still open
ICE /DHS priority 2011 TJ PD  fugitive 2010 use of gun try kill FVI29004 prose
CIV 24581 copy cat same caption FVi29004 Victim witness 10/26/92 govt att Hicks
gift braun forgery first time braun coconspirators SO Williams DA nakata made
public at fixers Depo badly say 7 times he forged 10/26/92 / physical dislocation of
17days Chino Ca jail medward pror viciously beaten by 2 vv cops made newspapers
 Shame att got victim & himself $4k no mention of 18§1985 civil rights damages to
Wife & 2 kids emotional distress viciose beating fed  offence field next home wife&
kids heard victim screams CA bar prosecute govt mole victim att & fixer DA/s as
SO

US AG Barr & ICE /DHS vs Daniel Edwin braun    18§1514 multi use exparte DC
PAG pendant att rudy Gulionie by Ca Att /Kieth ?   @multi REDO 11/17/14 B1 Hon
Cisco                                             ED Cv USDC theft FVI29004
                                                  By USMS deputy Brajus etal


FBI Wray reads US fugitive Braun escape /rescue not prined 10/26/92 FVI29004
FBI multi lessons Law review Ex CA cr att cupp LR 83-1.3.1.1 DC theft @10/23/92

USAG Barr Late enjoiner CCE§848 still 2019 open IN B1 law says venue chage to
single sitting judge of 10/23/92 same LR 83-1.3.1.1 entry full faith credit VENUE full
faith credit

Fbi arrest 11/17/14 thieves USDOJ records 10/23/92 theft 10/20/92 guilty 10/6/72
mayor att calwell fed crimes violations CCE§848

Fraudulent concealment doctrine
10/6/72 thru 2019 ongoing FVI29004
10/26/92 fed fugitives warrants short list
USAG barr v judge j b gibson §1961.8
USAG barr v ca att mark Sabbath fall guy
USAG barr v Ca att timothy tomlin
USAG barr v Ca Att james culliton
USAG barr Gibson clerk huntsman
USAG Barr v city of Victorville etal
USAG barr v county san Bernardino
USAG barr v FVI29004 CCE §848
USAG barr v govt rescuers lawyers
10/6/72-2019 rico fixers §1961.8
10/26/92 outlaw Ca bailiffs rescuers
Braun DEA warrantless arrests
10/26/92 ca fixer doe bailiffs jun 89
Braun henchman drug distributors
Dealer apt 24

congess ruled court reporter transcripts in
felony case # FVI29004 reads was entry in
prior usdc date lines4-6 pg 2 the 3 suspects
put print USAM 1725 impeding pending
US/ca enhancment felony chargers asto
guilty pleas set sentencing date CCE
§848 late  rico 1961.8 fixer enjoiners

Exparte 18§1514 without notice public
AKA chambers US/ca Fugitive warrants
Back up missing PC854/855 that USMS
& FBI & DEA agents Had no Idea theft
Braun US/ca  dual sententing 11/10/92
date existed braun found guilty anchored
10/20/92 notice FBI braun found felony
Guilty judge chief clerk commited fed
FBINCIC felony by huntsman 10/20/92
FVI29004 debtor lacked out 10/21/92
CIV24581 SO/DA quit 1/16/90 ?8/8/89
Ca Cr judge Arden was keep blind to
Moot 8/9/89 3rd /4th double jeopardy
Moot VCv14000 govt atts fed offence
18§1985 injury victims civil rights
City VV v fake 27 counts  8/9/89

CCE § 848 5 or more 10/26/92 silent ca cr coconspirators duty been present 3 shown
Fixers rico § 1961.8 to impede notice FBI DEA/USMS take custody at 10/23/92
again10/26/92 again USMS D singer ? others theft FVI29004 11/17/14 from Bernal
clerk handed 10/20/92/10/23/92 10/26/92 fugives rescuers Gibson clerks hunstsman
then timlin & debtor govt Att
Sabbath

USAG Barr US att Hanna FBI visits STILL 2019 open US v peoples 10/26/92
FVI29004 Fugitives rescuers CCE §848  18§1514

Congress made USAG Barr visit 255 temple St chief Cr judge short cut walk Have

FBI visit same cr chief judge still open FVI29004 entry USDC says pg 2 fvi29004 as

1st full faith credit Entry prose intake window 312 n sring st 5th floor then Friday at

4 closing theft fvi29004 other civil related foreitures fixed cases VCV14000

Barr represents pro se FVI29004 Hanna duty 10/23/92  ReOPEN US v Braun etal

Barr & Trump needs clean /Ca USDC /9th cir sanctuary judges rico coconspirators

Has Hanna thanked trump in Writing for committee that got Hanna top prosecutor
May be you contact NY bar for rudy G Address in pent house on prosecution bad
9th cir & DC /Ca court officers  will need update bad court officers got go prison

UTUBE Video 2006 US fugitive/s ON internet Daniel Edwin Braun & rescuers

Yes FBI riverside been noticed 2019 @ 1$^{st}$12/27/78 put on FBI form 278F supp2d104

Congress stated FBI 12/27/78 had duty investigate again 2019 but did not want to

Did fixers multi DCcivil judges  12/16/93@  93cv4297 judges help moot 12/19/96 9th

gave forgery guilty conviction braun 10/20/92&9th 3 fixers illegal Summary

Judgment block FVI29004 STILL open aug 2019


From civil defence att to appointed Cr USDC prosecutor went Hanna ?prosecution
Of rico {makes fed offences }Corrupted DC ?9th /state 4th ct app Judges clerks govt
att/s fixers

45yr DOJ fugitives warrants by Ex parte copy cat 11/17/14 theft by USMS singer
Who issues warrant on USMS Singer theft Mex fugitives papers bernal Clerk gave
USMS deputy Brajus works LA courts with singer master mind 11/17/14 theft back
10/26/92 hide PC 854


Mail clerks 312 n spring st USAG Barr PER congress US att Visit 18§1514 USDC
Per 18§1514 it say nothing FBI be involved EXparte for 45yrs old fugitives suspects

Cry babies US att Hanna complaint FBI been filed 1st @ done 12/27/78 Redo2019

Mail clerks FBI /USAG Barr represent prose 18§1514 in chief Cr Judge Exparte
Fbi & UsaG both US mail served satisfy both victimized 10/23/92 by dc clerk o'neal
USAG barr per 598 f supp 2d 737 represents victims in chief cr judge Walch Court
6-8 prefected ?murders by suspects in san breanardino county 3 fed cap murders in
Jul 30/95 in Rico relation back 12/26/91 silent murder cr judge gibson so not to let cr
judge piazza testify moot VCV18857 Durston V {4/2/90 still open CIV 24581 hide
1/16/90 SO DA Quit braun Fake Arrest 8/8/89 /pendant  FVI29004 debtors govt
      2019 STILL OPen 10/23/92 US v braun @ Pe ople v braun 10/26/92 -2019
att/s San Bernardino county councile US /FBI suspects fixing missing PC 854/855

US Exhibit 598F supp 2d 737 Vs fixed Fvi29004 10/26/92 Difference PC 854/855
In fixed 10/26/92 fixer judge gift 'most favorable'lien before sentencing braun theft
USMS §1725 USDC priority 18§1985 over people PC 141 (C} v braun did not act
alone CCE §848

18§1514 chief Cr judge Walch exparte CR chambers FBI USAG fugitive warrants
NORMALLY without notice CAUSE fraudulent Consealments by Ca/US ct thieves
CCE§848 §1961.8 fixing
 10/23/92 at 4 closing o/neal & judge Kelleher theft USAG FBI sentencing 11/10/92

Aug 2019 multi USPS tracking # s USDC Clerk O'neal theft 10/20/92 braun found
Guilty & FVI29004 people /US v braun convicting judge Gibson NO notice FBIncic

18§1514 exparte Visit FBI & Barr      WDCV 255 temple st chief cr Judge Walch

    Subject matter At 4 closing 10/23/92 prose judge O/neal theft FVI29004

  FBI Wray & USAG Barr REvisit 10/23/92 Entry USDC of full faith credit 10/20/92
Guilty verdict by CIV24581 Civil forfeitures Braun confession judgments debts due
Past due future 2019 beyound till last rescuer sentenced to US prison times

10/23/92 pro se intake clerk O'Neal concert DC judge Kelleher rescures FBI most
Wanted without fugitive warrants dead judge 2012 cheated US Hanna prosecution
By other fixers last enjoiner Phillips cr protector 2006 fixer Larsen quit 2009 but is
Fugitive from justice bribery from FVI29004 law firm SBC  dum Larsen take bribe
from CCE §848 fixers att/s hide 7/15/93 murder hit boy stanley moore 14 age gun
got clicks when trigger pulled tried as adult if when found if not murdered like drug
Cooker apt 24 visit Pahrump Nv bust had die he knew names DEA warrantless
arrest 5 or more VV PD drug dealing Cops jun 89 as Pahrump  news paper had big
Write up arrest cooker gal friend had 25 gallons 5 buckets cooker lost car got gram
Arrest SO DA public defender pocked 25 gallons it cost cooker his life later

In words cold case murder chino jail run by Billings ?10/6/73 fugitive with trumbull
Rescue FBI custody 10/5/73 US mail theft 5th st san brenardino Ca post office
upstairs USPS agents refused 2018 Retake its & FBI  mail thief 10/5/73 reserve
deputy Charles {E?}Hill victim carpenter

**USAG Barr represents 6-8 prefected murder victims
Perfected murders 1980 4th ct app brady retaliation
hit drive by 210 freeway May 1982 repeat 2012 15
freeway after fake arrest by commissioner Fowler &
bailiff Park plotted FTA while Tanya braun clerk sat
victims witnessed had sit back jail till 8 when victim as
told he was not getting booking slip court put different
record by Tanya braun that FTA waived on appearance
the theft county records was made easy by Tanya had an
easy crime fat lady civil case civ24581 not eversent arkives
her friend Cr window chief clerk keep FVI29004 not sent to
arkives per county arkives clerks had no index both cases as
records CIV24581& FVI29004 keep by arkives staff**


**CC
US Att Hanna USPS tr #
FBI La Ca 11000 wishire #
Rudy G #
Same senior 9th cir fixer moot 12/19/96 repeated 93cv4297 fixed 2019 fixed 2004**


**EXparte 18§1514 @ CACA26815a  information PC 487 (d)(c} walsh Chambers
 USAG Barr & US att Hanna @ 9th cir 2004 fixing moot vcv14000 moot 93CV4297
578 f supp 2d 737 got sentencing befor judgment FVI29004 got judgment PC 854?**

**MR Hanna  got victim interest 1872 mining law rights of miner ernest durston
10/26/92  Prose Prevailing secret FVI29004 @ 2004 & 2019 durston @ 9th moot
vcv14000@ 2004 moot 2019 of moot 93/cv4297 of Cr judge Arden with prejudice
Brady reversal 2nd double jeopardy 8/7/88 Res to all things V-5-72 10/6/72  victim
V city VV sept 28/92 Cr judge mandabach ruled City [racketeers activity 27counts
}failed to Prosecute 2 counts MVI21376 /later 4/16/94 MVI06760 31 counts**

**But sends no check date 9th intake clerk does US banking Crim 18§ 1344 check
kitting  Durston called out that guy behind me business check you staped to moot
vcv14000 Fact moot 93CV4297 9th cir clerk said I know what I'm doing 9th ruled
Guy behind me DBA check got used on moot vcv14000 93CV4297 so guy must loan
$ but 9[th] fixers claimed VCV14000 clock ran time appeal copy cat 2019 same moot
93cv4297**


**That 9th cir in take CACA26815a  & CIV 24581 county agents got put print 8/1/89
water tank lease sent by US Mail rico activity smoke screen 8/8/89 fake arrest keep
Durston away from 2 Govt agents theft tailings mining claim when still open 10/5/73
County SO hide FBI taking custody hill trumbull 8 others CCE §848 /FBI fugitives**

10/26/92 FVI29004 smoke screen PC 854/855 part 598 f supp 2d 737 cop ?dealing Drugs picked as 8/8/89 fall guy fake arrest by henchman SO /& CVVPD watch commander Bill bethkey under SO Williams but 5 to many poly graphed witness/s SO hired new Blackmailer PI fake PD report go bethkie hand Williams hand to DA Nakata claim found in DA office 1/16/90 DA So gift summary judgment to Culliton & Feld Hid prior STILL open Cr judge Arden reversed 1/6/90 }brady } Durston v City VV as 8/1/89 Ca /US blm hired county do theft durston tailings PC 487 (d) (c) rare earths

US Fugitive 10/23/92 convicted ? silent dual sovereignty DEA felonys 10/20/92


Ca /US /Nv court officers CCE §848 rico 1961.8 fixers Cr fraudulent concealment 9th cir rule criminal conspiracy in cr against US/ca ?nv no time clock last covert act

Without notice fed crimes fugitive warrants under seal Chambers Judge P Walch Some fugitives are DC past /present CIVIL court officers WHY proof service not In documents /CCE §848 figitives warrants General Order 17-02 duty pilot project Combined with 18§1514 exparte WithOuT NOTICE fugitives outlaws since 10/5/73 The unknown fixer mastermind fugitive twisted dates upset any USDOJ reader

 Under seal NOT put in Pacer records entry as after PC 854/855 prefected major Fugitives rescuers from 10/26/92 so stated US custody Pg 2 lines 4-6 FVI29004 10/23/92 pacers entry leak PC 854/855 to US outlaws still having access to pacers Were privity theft FVI29004 other fixed moot frauds on court 18§1545 artifice to defraud actions in Ca & USDC ?9th cir courts WHEN FVI29004 others still open In Durston informant favor

USDOJ Cr duty Matters Electronic Filing Pilot project US DOJ Cr Agents are as to Directed TO Email US Fugitive warrants documents UNDER  SEAL  to PJW Crim Duty@cacd.uscourts.gov THEN Wait for Email or phone call BEFOR sending DOJ Agents to Hon P Walch Chambers been partially informant put  papers put Walch 12th floor drop box After Raybal visit by {Jun 89} DEA informant 17 th floor DEA agent 'Charley' failed act/ not be informed short walk USAG Barr agent Hanna to 790 ct room with FBI Wray agent asto 10/5/73 US v us Mail & mex trade goods theft By US fugitive 10/5/73 from justice 45yr reserve deputy Charles{E} Hill unknown where ? IRS abouts hills rescuere 10/6/73 US FBI v Sgt trumbull Lake Havasue Az last known SO SBC Cal purse ?Retirement Check long running FBI Fugitive with Hill rescue by trumbull 8 others 10/6/73

**FBI/an USAG Barr responsiblity of PC 854/855 adding exparte  multi us fugitives**

**La Ca Clerks FBI Wray /USAG Barr under Gen Order 17-02 email PC 854/855 as ? USAM 1725 missing govt proceedures caniving judge &2 fixers while Fvi29004 Says pg 2 lines 4-6 as Full Faith credit credit**

**ANY USAG barr ?FBI Agents with Ca Crim prosecutoral experience read 10/26/92 Pg 2/lines 4-6 say prior USDC Callender 1st entry 10/23/92 FVI29004 BUT FBI not find entry FVI29004 In DC entry or find 11/17/14 FVI29004 copy cat 10/23/92 but reads on Monday 10/26/92  transcreipt fvi29004 pg2lines 4-6 where at Pg 3 last lines says notice waived ??FBI&chief Cr DC Judge & prevailing Durston Not informed summary non movant judgment due VCV18857 while CIV24581 as Should been Correct Case # arising Brady 2/21/90 hon cr judgeArden mvi21376 as 2nd double jeopardy MVi21376 8/7/88 1st rico activity murder huloin hughes 10/88 Hughes found tar Kettle SO illegally Give to Jun 89 2 labor contractors thieves FBI caused Hughes ?88 3 ca city ca Murders told Fed witness Call VV PD SO dept 7/30/95 in 2019 fbi told victim call Redlands PD on fixer johnston & clerk Att Jeffery dains san bernardino moved to Redlands /crime protectors PD said call CA bar ?not notice FBI jurisdiction fixing Ca then 3 US Ca freeway court cases 2000 Prio nov 90 johnston planted 'settled'but illegal  moot vcv14000 3rd 4th double jeopardy of V-5-72 Durston v city of vv 10/6/72 filed with out law city fire chief put illegal fire plug not found Till just befor hill 10/5/73 FBI custody  US mail thief Hill sgt trumbull blocked FBI Taking custody US mail thief Hill 10/5/73 fbi custody trumbull 10/6/73 &VV  fire chief crime protectors 18§1985 Mayor & chief policy maker**

**WHO /s Experance knows pg 3 top 4lines Most Favorable by gibson found Braun guilty on**

**Tentative 10/20/92 difference 598f supp2d 737 high ct said us/Ca sentencing has not been Done notime before /after 10/26/92 lots PAG discovery pages get FBI to walsh Ct  Chambers with USAG barr 18§ 1514 putting restraing order on any civil dc judge**

**USAG Barr 8/12/19 spoke cr prosecutors  Ca FBI were blind to rico activity of SO SBC being cr protectors of it own corrupted employees hid FBI v US mail /mex cargo &us trage goods Thief 10/5/73**

**i**

170

2 plaintiffs USAG barr /FBI ask for duty citizens cr law trained  answers truthfully
Is still open 2019 us v braun CCE§848 people v braun 18§1961.8 fixings 18§1985

Loyola law att/s Ca bar atts duty rare case FBI asks Cr question school att/s freebe?
USAG Barr & FBI Wray can seek ca multiCr Atts of Loyola laws School innocent
Project witness 18§1514 exparte without notice to FVI29004 /CIV24581 defendants
govt atts agents 8/1/89 helped Ca/US BLM PC 487(d)(b) theft rare $ Earths Tailings
Hauled to dump

As school Atts deal with Post Ca convictions procedures FBI agents Barr don't have
a Clue reading fvi29004 transcreipt 10/26/92 that not visable ?sitting Gibson clerk
Joan Huntsman & DA/SO court ?USDC ?USMS agents /niento /behkie Abrenathy
Later her other court clerks aided theft People v braun other civil forfitures 4/2/90
CIV24581 CACA 26815a 8/1/89 not shown on
that fake prose att tomlin was barstow ca cr law research Gibson clerk bribed by
Sabbath others SO & county board debtors 1980 4th ct app affirmed Hon cr judge
Taggart reversing people v Durston both moot without merit CV820/900 durston 2
att sold out victim SO/9 das/ attempted frame USAGFBI cr victim  hide FBI
suspects
10/6/73
FBI Wray & USAG Barr by Hanna visit chief Cr Judge P Walch rt room 790
FBI Barr Cr case FVI29004 question as dual Sovereignty sentencing Still pending
Ca chief Cr judge Moore San Bernardino Ca stated he only does felony sentencing
On OPEN Still People CA v convicted cop braun 10/20/92  tentative word FVI29004
Durston filed with USDC Cr Chief Judge Walsh notice FVI29004 entry USDC
10/23/92

EBOOK  still open US&Ca DOJ AG s v Braun etal custody PC 854/855
FBI att USAG Barr Visits EDCVUSDC 18§1514 Exparte  no notice
FVI29004 USAG fugitives defendants presents & law required been present on
Dockets sheets Records representing custody US sentencing 11/20/92 LA ct room
When US takes over People v braun etal US suspects names ca coconspirators with
Fed offencs


578 f supp 2d 737 <FBI got notice conviction ?FBI never got braun arrest FVI29004
7/2/92 NCIC fixer judge Gibson notice found Guilty 10/20/92 nor braun 1023/92
prose right 18§3771 notice 11/10/92 sentencing by 1992 USDC Cr Judge ?now by
EDCVUSDC bernal as USAG FBI get extra Fugitives from justice 10/6/72 back up
PC 854/855 require no US Custody ?bail Jumping 10/26/92 with gun Badge uniform
When TJ PD Mex /US treaty 2011/2010 mex fugitive braun use gun attempt on mex
Citizens witness braun try murder Durston foiled by mex ar15 military men
spooked hit man braun & 3 wheelmen

Profile
Auto 2 TBI victim feb  24 95 March 30 lousey spelling word use cut no nice English
What cooper framed by SO/DA been done Durston since 10/6/72 rico damages 1983
Out ragiouse Conduct

Long held that tampering evidence butts blood car /bloody clothes is judgment for
Victim

Mr Soon printing that SO DA had Rico policy pratice tamper with evidence both
Cooper & Durston cases Victim found sept 2? 2006 proved 10/26/92 FVI29004

,

Can owner LA times free framed man SBCSODA framed with planted evidence

18§1961.8 fixing out come easy Quick convition let 3 killers hired by horse owner al
so suspect revenge against family in horse dispute /race car driver Wife murder in
Drive way by 2 men on bikes fled creditors murders hired by debtor hit man
Man of Color left hat hair ?DNA on foot ball man work out vidieo any PRESS page
Most wanted who was vet nam man Name ?DNA match Hair DNA cap LA cops had
But cost trial lady Da would not put out PreSS most Wanted locate DNA suspect

Has SO /da SBC  tampered with Evidence blood 3 car seats could matched 1 suspect
As FBI Suspect fixing deputy tampeing with ? court CA USAG  witness injured boy

Has SBCSO/DA planted evidence in Ca courts 2/7/1979&1989 DC 1993/9th 1996

Rudy G seems pole dancer first blackmailer not been Cr charged @Ca Bar Cr news
Cohen as 2 hired by pole dancer cohen ?both lied FBI its IRS that Cohen lost Bar #
Man lost paper cause 3 DC judges says no sanctions forgets word DNCextortions by
Bag lady Clinton did she pay IRS for USE Fake News FBI got fix illegal judgments
Fed offences FBI agents & Clinton foundation USAM 1725 impeded US Govt
Proceess trump as Laws long pasts put working elect president

18§1514 USAG Barr file no notice exparte  USvFVI29004 braun rescuers
9th cir 16 fixers framed Cooper framed by SBC SO 1984-2019 /multi Da's ramos not
last his 2018 replacement worked Da office prior quit Da when ramos exposed affair
clerk da's office Public elected privity fixer Prior DA hide SO fixers hide FBI v Hill
10/5/1973 hiding 10/6/73 FBI v trumbull rescuer Hill US mail /mex /US cargo  goods

Wedge in corrupted ca ATT gen & gov framing cooper also bungled frame Durston


Rudy since Barr /never get this from barr LA USAtt Hanna cause Clerks destroy it
Bad burglar Cooper man opportunity SO/Da convict him used FBI suspect fixing
deputy visited injured boy 22 times tampering boy memory


LA times owner not allowed sit on bus treated like man color review people v cooper
USAG Barr reviews suspected framing innocent men 2 cases by SBC SO/DA 's
SBCSODA attempted frame Durston CV820/900 1979 & 1989 fake arrest Again
When 1/16/90 SO williams Da Nakata quit 8/8/89 auto quit 8/9/89 moot VCv14000
SO Att hired fixing Moot VCV14000 in Kelleher DC civil court copy cat 449US 24 al
so cr elements CCP391/?says illegal use civil injunction obstruct dead moot case of
27 counts fake evidence impede 8/8/89 & 8/7/88 brady Durston V govt 2/6/89 bu cr
Judge arden hit govt with RES injunction copy cat V=5=72 10/6/72 ernest  Durston
v CCE§848  18§1985

        LA times story got 3 USDC Fixings @ 9th & copy cat people v cooper

LA times Victim Story 18§1514 USAG Barr files Exparte EDCVUSDC Bernal J
LA times prints story SBC/SO/Das  framing/ murder  multi victim/s propery rights

LA times V fixing 9th cir 16 fools judges say ignore car evidence SO framing Cooper
Same 12/16/96 durston clock ran Said fixing DC "who" 9th reads braun forgery as
civil case /1980 4th ct app Affirmed Fixing SO 9das attempted frame Durston

3 Car seats with blood ? where is 3 exhibits pictures sample blood
People v cooper SO/DA let 3 suspects go sat car victim DA said cooper butts in car
Copy cat CV820/900 brady durston v people Cooper v people ca 9th cir fixers
12/19/96

Dr Patrict Soon Shions V fixing 9th cir innocent man keven cooper SO framed him
Willfully blond hairs bloody 3 seats murder victim car short distance suspect killer
mother home while Cooper being framed by 2 SBC da's last ramos


Tv stations have buy paper dr story so/da framing people close cases by dirty cops
Planting evidence in San ber in riverside ca dirty female judge court reporter & city
PD internal affairs cop protected dirty RCPD cop dealing drugs with gal friend who
Mom was banker daughter & cop boy friend illegal drug funds Accounts Chase
Bank accounts when drug sales daughter was bank employee provident bank


USPS Envelope  LA times owner SCOOP SO frames 2 victims  then 7/15/93 hires
Hit boy 14 Stanly Moor kill 4/30/90 FBI informant ex reserved deputy commander

Lawrence Eugene Henson & hide 1/16/90 SO DA quit 8/8/89 framing dual DEA informant Sovereignty jun 89 4poly graphed witness said SO employees faked used Racketeering activity 8/8/89 & others 8/9/89 attempted cover up fake planted PI Ralph degutice govt hired prefect Fake CVVPD report hide jun 89 warrantless arrest braun & other drug Henchmen

DR Soon 48 yr ID channel ran SO framed cooper copy cat FVI29004 theft 9th cir

At 655 3rd st SO SBC sits 2 fixed cases 1984 people v cooper Durston v people Ca FBI USAG barr v county san Bernardino Da ramos  planting evidence DC & 9th

Prevailing prose FVI29004 can show SO/DA/deputies 1973 faked arrest US mail Thefts vivtim 10/5/73

Can it be by US SCT that SO/DA hide 3 suspect killers somebody drove 3 kill victims did SO deputy tamper with FBI witness boy 8yrs old memory  victim car used haul killers to chuch close suspect mom home FBI prosecute deputy SO DA's

Does LA times fed case reporter got cr conviction experience or re/rights fake facts

PC 854/855 no need fugitive warrants USAG barr exparte bernal judge Secessfull home builder filed for 5 lots re zoned for 67 unit apt complex V-5-72 My hoped of retirement income when discovery city fire dept chief put fire plug Behind/4 corners 2 story buildings when installing water & sewer lines completed Finshed buildings & city mayor att terry calwell & Chief city Planer John Hnatek Ordered /fear threat if not illegally placed final inspection may never never be OK Was retaliation marc 4 1974 Cvv  Cr vs  durston illegal plug not mentioned BUT in Aug 1993 smoke screen jul 15/93 murder attempt Durston & Henson took place by 14yr old hit boy Stanley Moore while IN moot San ana USDC fixer DC judge Taylor Took Fake Papers from govt mole blackmailer Ex US Asst agent he called himself  larry morse Taylor used FED offence Rico 1961.8 18§1341 US mail to claim CASE closed 5/11/92 at 9th cir 3 judges fixer 12/19/96 said DC fed fake Ruling 93cv4297 that civil rights suit 10/23/92 theft FVI29004 went past 365 days discovery Rules gift SO att 10/26/92 forgery braun Conviction 10/20/92 was 116 days found @ 1/16/90 SO DA gift quit 8/8/89 dominoes 8/9/89 moot 93cv4297 by moot 2/6/89 of Cr Judge arden RES injunction against govt /hide illegal plug planting same time as FBI was keep from custody 10/6/73 by sgt trumbull rescue PC 854/855 FBI v Hill

**Durston 2 exhibits pgs has 4th ct app show SO/Da tried frame FBI witness 10/6/72 V-5-72 durston v City VV aka 93 CV3134 fixed by 10/23/92 thiefs FVI29004 by clerk O/neal judge Kelleher**

**Black vote /Brown ?In whole US USAG barr charging SO /DA SBC/planting evidence multi Cases relation back 1980 4th ct app 'brady'reversal Durston**

**Mr Rudy G  you may saw 48 hrs  about People Ca {san Bernardino county Sheriff Dept v Keven  Cooper  really its USAG barr v SO fake murder charges  arrest Keven Cooper Its about Trump putting his 2010 reElection imprint in communist state copy cat Cuba / china /Russia / IRAN / want abees**

**Movie stars have noticed Man of Color Kevin cooper Was Framed by SO /Da Cooper admits fool himself walking away from chino ?prison 1983 where man died Unknown exact date Who sold drugs to cops Jun 89 1998 they pimped him out sell in Pahrump nv to FL fugitive from justice Jeffery jeronousky Nye county SO & DA got correct Name  he was their SO :DA the buyer agent 1998 when cooker & he said 25 gallons 5/5 gallon pails became 1st time NV DEA mistomenor gram by  SO/DA**

**SO DA's 1980 hired victim att to hide SO/DA attempt frame durston 1973 Cooper 1983 rico pattern 10 ut rule SO 1989 again then bribed DC judge 93-cv4297 & 93CV3133/3134  92Cv715 when theft 10/23/92 FVI29004  county hired dead att & 3 live atts J A brown bonestien /Ostenburg planted new att green /debornowski Fake 93/cv4297 hide theft 10/23/92 Full Faith Credit US v braun 18§1985 replaced USDC with moot 5/11/94 fixer DC judge took fake Papers from Blackmailer ex DOJ att Larry Morse claimed Durston quit as under drugs Hospital Bed Packing STILL \open med malpractice case fixer DC Taylor /quit bench ?Fake 92Cv715 called civil case  civil rights suit 5/11/94 closed hide theft FVI29004 at 10/23/92 prose window**

**Rico say pattern /practice /custom  SO agents Jun 89 warrantless Arrest fall guy Braun & watch commander jun 1989 Bill bethkie went into tent at swapmeet in Paharump Nv with Jeff /front man SO/DA buyers to cover bribes Mex drugs men Passing to Vegas & beyond**

Moot 93cv4298  Fraudulent concealments doctrine tolls USAG Barr v Phillips J Knew 2006 that DC judge Larson fixed LE Henson V C Henson cheap diviorce By laid in wait  hit boy 14 stanley moore gun that Angel  unloaded went multi clicks Head shots /LE Henson ran into Durston SO kill zone 1@7/15/93 as multi govt att/s faked filed 93/cv4297 aug 1993 while city att higgin fake 31 counts state court judge Powers MVI1760 then 4/16/94 quit as fixers moot SACV92-715 bribed victim att Larry morse april 94 give fake papers DC judge Taylor fixed 5/11/94 case closed moot 10/23/92 hide Friday CIV 24581 4/2/90 Full faith credit pg 2 lines 4-6 FVI29004 told fixer Gibson judge by Gibson law att clerk tomlin employed by chief Presiding judge per CA Bar now that been Tampered with out bar exam some fool Put tomlin went work for fixer Culliton but lived apple valley till nov 1992 move to Take over Culliton office Govt paid both till jul 30 95 FED death Penality murders 3 Ca city Ca Victims  AS USAG Barr belated jurisdiction Ca city Ca to CV820/900 CV93CV3133/3134 93SACV774 durston Barr V Culliton does 1-10 inclusive 18§4

USAG Barr FBI Wray v 2006 fixing ED CV USDC chief civil judge Phillips & Larson  fixing 1441 defendant 7/15/93 removal 2006 hit boy Stanley moore 10/26/92 fvi29004 says lien against debtor govt atts bribes DC judge Kelleher 449US 24 CCP391has FED rico 1961.8 fixing CCE §848 cr consequences late enjoiners

Ca Bar Disbarment & USAG Barr Cr prosections CCE §848 §1985 §1961.8

Ca Bar ct ?last cr conspiracy 9th rules covert actors Green & deBornowski Moot 93CV4297 without merit case #s or names hiding durston defendant brady Judgments

Moot 93CV4297  Fake transcript 12/16/93 after 7/15/93 murder attempt aug mvi07060 fake 31 counts att higging
        Ca bar jurisdiction 12/17/93 bribery fvi29004 debtors 10/26/92
        LA records clerk Cris powers stated 12/17/93{copy cat 449US 24 illegal sanction bribery judge Kelleher fed offence by SO county council Att/s hired out laws att/ Ostenburg Hired JA Brown att Bonstien dead lead att Height miller clark 2 law firms faked sanctions on Cr judge mandabach moot VCv14000 & 2/6/89 cr Judge arden hit city with fake 2 counts res violations V-5-72 durston v city VV

LA times new Owner SOON awaits ca bar cr judge notice USAG Barr FBI Wray

Ca Bar cr ct judge & USAG Barr joint prosecution ca att/s bribery Ca/US/9th[cir]

FVI29004 true Caption Dual Sovereignty People ?US v fugitive name in cr records Convicted 10/20/92 Daniel Edwin braun san bernardino sheriff Mc Mahon office 2019 chief Cr  record clerk 655 3rd st said only braun can review SO cr conviction 10/20/92 but dual sovereignty Conviction not At FBINCIC Clarksburg WV USDOJ

178

records why SO Att Sabbath asked Barstow ?court law reseacher Fake prose att Timothy Tomlin to wave USAG & FBINCIC notice lien holder prevailing 'most favorable non Movant creditor against debtors when gibson did not name all of Lien debtors in roll call Sabbath tried hide 1980 4th ct app brady Durston v people CV820/900 aka 93CV3133 debtor county of San Bernardino after City of Victorville hired SO as VV Chief of PD spring 1973 mounted wall CVVPD public intake office Next door CHP office 2019

Ca bar reviews moot fixed 12/16/93 93cv4297 used hid FVI29004 /CACA26815a BLM fixing Att april 2003

Words fixer Kelleher describes Durston defendant won state Cr ct  2 exhibits 1 pg "With prejudice}MVI21376  is defendant slang /brady reversal Durston V 2nd DJ Res to all things V-5-72 durston v city of victimville illegal fire plug placement as To 4/16/94 city fixer higgin ?disbared by others elsewhere quit fake 31 counts PC 141 (C}felonies by prosecutor planting fake evidence spooked bank forclose cost Loss cash cow 67 unit complex added to prior losses 9/14/89 fake les pendanse & Civ 24581 still open blackmailer freiden Fake new VCV18857 but fake Dea raid SO Jul 89 was run off DEA US ca witness Jun 89 warrantless arrest Braun4 others STILL pending USAG barr enforcement

Ca bar judge 2019 vists transcript single pg moot 93CV4297 fed offences 449US 24 by another PC9 cr offence bet lost
Judge fixing key word 12/16/93 is sanctions CCP391?but for FED us PC9

Ca Bar have relation back what not obvioue PC 854/855 of noticed is waived in FVI29004 10/26/92  2 nd Fixer moot 92 SACV/715 judge back up 93CV4297 12/17/93 had 12 SO ca atts controlling directing $ to judge & others DC judges wanted names on payola bribery list from SO att/ Arrowhead ave home San Bernardino city 5 county board supervisors /approved bribery scheme 12/16/93 Cash in mail ?rico 18§1341 USe US Mail by judge 12/17/93 granted fixing hide FVI29004 & CIV24581

Ca bar judge ?clerks notice USAG Barr Att/s@312 n spring st La ca 90012
            No less then 15 ca att/s makes 16th 2000 VCv17060 17th 2015 at San bernardino new court 3rd st judge sachs fixer impede Durston v IRS fixer att Representing East West bank ID theft nv resident Durston cost Durston loss $14K When banks officer Sue Cruz put wrong CA ID of  bank NV resident sent to Ca Tax board triggered FAKE ID as banking crime Bank miss representing Funds as Borrowed from NV residnts durston US of OUT state NV as Ca account

18§1514 USAG Barr get emergency Exparty most fugitives warrants no notice

        USAG barr FBI &Ca bar jurisdiction 12/17/93 rico fixed moot 93CV4297 Single pg transcript 12/16/93 no merit no case #orNames but judge grants sanctions Copy cat 449US 24 illegal CCP391 that illegal civil use has fed crimes s sanctions as Longest FBI v fixer Dc Civil judge sitting as US uncharged felon USAM 1725 /994 But fixer judge died 2012 so co conspirators US Cr liable

    SAYs Ca bar takes week get ?FED USAG Barr FBI attention Ca bar clerks notice

Ca bar Form att complaint don't fit rico 1961.8 fixing out come activity CCE §848

Fake 93CV4297 12/17/93 impeded 1998 Durston v Nation bank Texas mobil home
mort bank as Claimed accuired BOA at Ca location were Ca Nv Broker told Ca
BOA banker that
BOA wanted  sell its mobil homes division BoA was out Cash faced FDIC Take over
When BOA man used Durston contact in Texas on Nation interest BOA as Whole
Take over purchase /2006 FDIC told durston that FDIC let new BOA take over
nations was not under FDIC watch  so Durston sued BOA nation but Fake
93Cv4297 Blocked court EDCV USDC 2019 durston collection brokers 10/%
Sales when BOA bought stock market Seat BOA told Value BOA

587 f supp 2d 737 says cr victim under
USAG barr In EDCVUSDC judge Bernal
FVI29004 Entry 10/23/92 reentry 11/17/14
Again theft Mex/US fugitive treaty 2011/10
Papers SOS now Pompeio gift by PC 854/55
Have mex fugitive retaken US custody 10/23/92
11/10/92 sentencing 2019 USAtt Hanna@Bernal
Ct extradition mex Fugitive/s braun & 3 wheelmen
Last known worked as SO deputies San Bernardino SO


47yr Private Att Gen Durston under Barr
&FBI Wray 18§1514 without notice exparte
12 or more sealed US warrants PC 845/55
          FBI will full blindness UTUBE Vidio 2006 9th cir 3 fixers 12/19/96
From 12/17/93 till 2012 death AS FBI fugitive senior DC judges Kelleher hid Taylor
Other fixers 449US 24 illegal injunction 93/cv4297 fabricated rescue Braun others
as keep County from paying 47yrs debts civil & Cr debts uncharged US/ca fugitives


FVI29004 10/26/92 rico fixed 93 cv4297    USAsst US Ag widman said notice FBI ?
That 12 known ca fixer atts bribed USDC
judge killeher do thief FVI29004 10/23/92
to impede USAM1725 US/ca sentencing
2 courts same date 11/10/92 felony PC 141
Planting evidence his forgery court record
Impede his warrantless narcotic arrest jun
89 by couple confidential informants To
US/ca DEA agents ratted on Durston AS
SO/DA duty retake any known fugitives in
County Da & SO ordered dirty cops dirty
Past creditor impede another rico damage
§1961.8 fixing CCE§848 as SO?Da framed
Keven Cooper 1983 as SO/DA did 1979 as
4th ct app 1980  affirmed Durston Brady as
DA Cramer hired victim att to hide SO/Da
9s tried frame victim copy cat 8/8/89 but
SO/DA quit 1/16/90 hired victims att hide
Summary GIFT judgment while Cr judge
Arden has brady Durston v people CA
8/7/88 still open moot 93CV4297 12/17/93

12 or more {DAs }SO Att/s San Bernardino county Board of supervisors att's
county Councile hired 10/23/92 theft full faith credit {blackmailer /ex Ccratt cupp
Entry prose window 312 n spring st  11/17/14 theft from Clerk judge Bernal
FVI29004 was by USMS lead agent 312 n spring st kicked PROSE out Back door of

**Raybal ct protect Ramos & Ca DOJ Att Schons who with fixer county judge impeded US/ca grand juries investigation escape rescue People /US v fugitive braun 10/26/92**

Govt atts confession guilt  FVI29004 late fugitives enjoiners debronowske Green @ Cr against US file by Email to Victim & his att USAG Barr agent FBI Wray etal \\\ following 10 days receipt Request records etal part moot 449US 24 illegal injunction

USAG Barr/FBI Wray 598 f supp2d 737
PAG Ernest Durston & other injured victims
6-8 prefected murders 3rd Cr judge Piazza 3in
Jul 30/95 US capital murders fixed 93CV3134/3133

 11/17/14 theft FVI29004 others by USMS singer from single ct sitting LR 83-1.3.1.1
But mex US fugitive treaty 2011/2010 fugitive PC 854/855 puts braun US custody

18§ 1514 exparte USAG Barr files @ EDCVUSDC Redo FVI29004 11/17/14 @2019


FBI Arrest rico fixers Green & debornowske did not act alone USAG /CA/Nv indictments  Proulx others fixers fraud on 4times willing 9th cir moot 105 F 3d 664 12/19/96 9th hides forgery say fixers 2 DC/s called moot Civil Case out time when at Victorville still 2019 Open chief Cr moore say Ca only take if FBI /USAG say US v /CA v Daniel Edwin Braun etal still 10/23/92 open

USAG Barr  Penn Av WDC emai FBI says only Fax confessions no email account FBI office LA ca fax 310996 3359 when 2nd time told day agent judge been bribed he 1st day agent 8/22/19 I oclock Hung up so got USAG barr Email # askdoj@usdoj.gov 3403 10th st riverside ca92501 @ 598 f supp2d 737 asst US Att widman prosecution USAM 1725 late enjoiners in FVI29004 Tamping USA1725 pending 10/23/92 full faith credit Entry by blackmailer ex Ca cr att Jim Cupp awaiting fixer handler Commisioners david Proulz san Bernardino County councils Att/s Awaiting bribe to cupp after illegal sanctions aka injunction   & judge mandabach sept 28/92 &2/6/89 & 2/21/90 Judge Arden 12/16/93 copy cat 449US 24 witness & Durston followed Cupp jan 1994 fixer proulx sat CVV mayors office typed for awaiting cupp to cash voucher cashed locally then victim hired {DC judge taylor }blackmailer 5/11/93  ex USAtt agent Larry morse called himself disbarred by CA bar others later

USAG Barr & FBI Wray @ EDCVUSDC
Hon Judge Bernal by FVI29004 anchored
Fake 93/cv4297 copy cat 449US 24 sentencing
2019 Fixers 10/26/92 FVI29004 thief /PC 854/855
578 F supp2d 737 PAG Ernest Durston
18§3771 Cr victim 6-8 prefected murder victims
        10days for late enjoiners  email cofessions FBI wray USAG Bar
PC 9 Rico fixers govt att/s Confessions guilt Emailed 3403 10th st riverside Ca 92501


     Late CCE §848 /rico§1961.8 enjoiners 47yr cr conspiracies 18§1985§1983
Govt att/s coffession Guilt FBI & Chief Cr Judge Walch for copy cat 449US 24
But US sentencing by 11/17/14 single sitting DC judge bernal last time LR83-1.3.1.1
But theft FVI29004 anchored 10/23/92 Full faith credit rico fixers 93/CV/4297


USAG barr Request sanction information Motion presented prior 12/16/93 mailed
To secreted prose FVI29004 & CIV24581 victim att bribed leave Winning Case
Suspect got over $100K from FVI2900 /Civ24581Debtors
Fed crime USE US Mail To FVI29004 /CIV 24581 prose moot 8/9/89 VCV14000
While MVi21376 still 2019/8/7/88 open res v-5-72 10/6/72 durston v cvv illegal fire
hydant ordered ex fire house captain Durston witness put violation Ca fire codes

City VV Moot case cv93cv4297 hide V-5/72 durston V city vv 10/6/72 & FVI29004
Defendants att/s hired at own expence or use public defenders atts as defence atts to
turn themselves in to FBI /USAG barr prosecution fixing rico §1961.8 out come
moot 93CV4297 theft FVI29004 10/26/92

 93CV4297 copy cat 449US 24 was about theft mining rights ? CACA26815a

 449US 24 bribed judge Kelleher died 2012 fellow fixers DC judges cr liable still

City VV ETAL Att/s 12 or more fixer bribery Illegal lien holder PC 9 @2/17/93


Moot 93CV4297 city of Victorville hides CACA26815a County PC 487 (d)(a) theft
hired by US BLM agents & Att/s aug 1 1989 while Cr judge Arden 2/6/89 hit govt
with Res injunction V-5-72 1-6/72 Durston V city VV Aka 93CV3134 & 3133

Legal malprctice att says 100yr old case PC 9 12/17/93 449US 24 Illegal injunction
Prosecuted by unknownDOJ att/s fixing Judge &judges co-conspirators went prison
449US 24 was about mineral rights claims So is CACA 26815a

City of victorville & county Att confession FBI USAG barr as PC 9 cr 93cv4297
Fixer judge without prose given hearing 12/17/93 as CCP391 says 7yrs prior

185

5 cases injured city /county that Prose lost City /county got illegal liens city recorded county did not record

12/17/93 injury 12/23-26/92 fvi29004 repeat 1979 &1980 secreted money judgments CV820/900 aka 93cv 3133/3134 fixed 92SACV715 @ 9th 12/1996 other fixed 9th cases 2004 /9th NV intake thief las vegas 2008

Fake 93CV4297 Losses millions Ca/nv broker sales Commisson BOA to Texas nations bank thief of 1998 10%/commission plus yrs interest due nv resident
 Fixed 2 auto cases TBI 1995 burglary 1997 fixed 2000 add 2015 IRS crimes
State civil Judge Sachs let defendant bank att escape IRS arrest IRS charging CA FTB with fixing ca Att ID theft victims nv funds by bank ID theft back east Borrower put ID theft on CA FTB form when victim was nv resident bank said Annuities & employment controbutions when Bank knew fake ID funds as Nv Refi 60 % funds Durston controlled $228K researching  FVI29004 theft USDC FBI arrest bank Att CA Ev code 956 hired hide IRS crims by bank supervisors ID theft FTB Rico thief $14.78?.?? k buy 18§1341 use US mail

Multi RICO ca Att/s bribery couple DC /Ca judges at Ca/US court houses USAM 1725
Rico activity Ca Ev code 956 att hired Impeding pending sentencing process

Hide 11/10/92 still open 2019 sentencing people US v braun FVI29004 as fixing DC & 9th cir officers hide forgery 10/20/92 conviction arising discovery 7/2/93 gift SO att 6/26/92 CIV24581

 People v bonnerMSN news case 37 yrs old judge said remove shakels innocent man Copy cat corrupt prosecutor concert with fixing SO informants elect DA office

Pendant 1983 fixing prosecutor no difference in fixing public defender or probono People v cooper

Prior framed PAG profiler offers lady & Son & Cooper name address phone # Legal malpractice Att Kieth Cisco norco ca from DC judge Bernal & SBC Moore

Mr Keven Cooper & lady /son murdered by rico fixing SODA hid destroyed evidence

LA Times owner 'Mr Soon' prior la times other papers TV people refused 10/26/92 Durston cr victim 'most favorable 'by guilty verdit

Kevin Cooper fool walked out chino jail /1983 his only crimes CA DOJ owes $ 35mil Copy cat Lamone V US Mueller FBI framed 4 men 2 died 2 lived 4  not committed Murders 2 Got $100  mil 2 got nothing ct said relatives 2 not fought fbi mueller gang

Son brain tampered by SO deputy 22? Times visited boy aka told 3 men /4[th] as look out make sures lady /husband son visiting boy killed as girl pulled brown/hair of a Killer cooper hair is different color 4 killers Are Still out there blood car seats DNA Destroyed by SO/DA Ca DNA lab riverside lab bias folks says cooper killed ?family no SO/DA Were LAB  folks aiders & abettors destroying evidence 3 car seats blood SO deputies planed butts from coopers safe house in car frame cooper

Ernest Durston PAG profiler show 12/17/93 CV4297 SO/DA on going false arrest [12/17/93 93 Cv4297 moot ?1980 4th ct app Retaliation hired victim 2 atts fool victim Fixing att 1980 4th ct quit jan 1992 after prefacted murder 12/26/90 special USAG witness cr Judge Piazza but could been mastermind 10/26/92 still USaG custody as Still open PC 854/855
10/6/73 Multi times lady runs county councile 2019 prediscedors 1979 ordered fake arrest
10/6/73 by sgt trumbull 8 others covered up 1980 4 th ct app  by victim 2nd fixer att Hide fake arrest 2/7/79 put as Fake 2/22/79 FBI rap sheet Cv820 /900 that cr judge Taggart reversed brady Durston v people
    CC La times owner 'Soon' Ca Bar ct Ca s SCT prosecution DA other fixers

Was IT  SO/DA /and news papers & TV goons in election yr faking arrest cooper

Cooper escape & penality escape time subtract from 33ys by chief Cr judge Moore 3rd st san Bernardino ca new court house then Cooper remove riverside ca Civil Rights Damages wrong full prosecution & kidnapping cr victim by SO/Das put Death sentence brown hair packed jury prejudice

9th cir & DC lacked jurisdiction fake arrest People v Cooper 1983 cr escape jail Credit Then got framed benefit prosecutor & SO /dept San Bernardino county
        Cooper spent fugitive charges & burglary charges Cooper got rico money Money damages fake public defender he should fired SO.DA knew c ooper was not Killer just escapee found in TJ mex its been shown every yr illegally spent after time Charged against burglary not finished & time added for escape ISS1 million per yr Has public att got innocent man cooper his S yet or put up writ release cooper as lady who son killed by doe killer seems that there was motive kill horse lady familiy That TV stations shows all go first victim testimony boy who lived told 3 white men 48 hr gave 4th wheelman delivery boon docks horse ranch 3 killer boy said he told at Hospital before 20visits from USAG Barr suspect SO deputy tampering boy Brain 3 bloody car seats others say 3 men drove car at parking lot 4th wheelman driver as Left 3 drive bloody seats to bar witness

LA times fed ct reporter probable never been faked arrested reputation smeared

Mr G & LA times owner Soon Ca Bar CaSCT USAG barr /FBI Wray 93/cv4297 Flaw "brady" reversible Cooper v SO Da every tv show tells its first 911 call or Witness evidence that SO deputy tampering with TBI injury brain boy at hospital

48 hrs told 4th man drove he prior hired kill girl  convicted killer/ & 2  others to kill zone while cooper pick Wrong house hide in


V-5-72 10/6/72 durston V cvv Aka 93CV3134
Ca Bar relation back fixer 10/6/72 ca att cladwell & another set death trap illegal Fire plug by forcing victim & another set death trap for tenants & guests 18§1985

Ca SCT stands shoes Ca Bar ct judge but Ca DOJ forensic folks 7425 mission blvd Riverside Ca 951 361 5000 examine USAG barr v SO DA  framed durston {Cooper 1983-2019 copy cat lamone v US had pay for FBI mueller illegally putting 4 men death Sentence committed life 2 died  for being framed by FBI meuller agents

Want 93CV4297 records Govt fixers motions dated ct stamped entry 12/16/93 12/17/93 bribed judge order [died }but govt outside fixers att/s practice still cabar

Can USAG Barr prove muiti govt atts/SO Da bribe couple DC judges clerks  hide 10/26/92 consealed lien most favorable summary Judgment  CIV24581 planted  add On VCv18857 where victim 3rd Att freiden got paid $100 K plus leave winning case sept 92


EBOOK publishing relation Back Ytube 2006 vidieo moot 12/19/96 9th fixers 12/17/93 SO/DA govt atts debtors Bribed DC judge for PC 9 arising 93CV4297
 Did anyone count kids words 3 or more killers so destroyed multi items  evidence 2020
RACE Card ? people v cooper did cooper 2 atts do defendant removal USDC §1441 Moot 93cv4297 @ City of Victorville FVI29004 debtor 10/26/92 v prose Durston ???


Ca bar awaits CCE§848 late enjoiners 2 disbarable Atts cr USAM 1725 fixing  rico People v Cooper 4days fixing people v Durston got reversed 1979/1980 /1989 as to DA/So quit 8/8/89 on 1/16/90

MR G its about the race card Votes that trump can look at in Fabricted by SO/DA People Ca v factually innocent only mistake keven cooper made walked out ?prison Sleep in empty house night 4 men murdered family 3 left family car 4th man left car brought 3 men not on records fixer SO/DA 1983 as election time

Cooper bono att never filed That public defenders att botched discover fake arrest TJ mex

USAG Barr represents USDC cr victims hands  2 auto injuries bad spelling
who been framed violate civil rights includes cooper /BONNER
PAG Profiler FVI29004 prevailing Prose ernest Durston
But because multi theft FVI29004 other civil cases
Forfeitures mean nothing frame cooper as PAG ernest Durston
Expert witness SO/DA have frame Durston & cooper
Others also framed both  cause grief others as
Fake news SO DA put out lots folks believed fake
Stories SO/DA made up packed jury hide hair color
That coopers not born with 12 jurers willful blindness

It take 3days get cooper going la times then Ca Bar disbar ??my fixers Da/s SO atts
Kieth Sisco got lots app ct pratice but wants hard cash gofund
Kim get up go fund charity repay from 1Smil yr false imprisonment by Ca DOJ
agents actors framed cooper hide 17yr girl killer 2 friends hired by gang leader
fugitive wheelman took 3 killers to boon docks horse ranch from 17yr killer mom
house
            Has att did pro Bono free cooper ?? were writ on tshirt car blood hair
Says color brown evidence /requires DNA tell race of hair is white man not cooper

 598 F supp 2d 737 about cr victim cooper represented by USAG barr @USDC
No case # below but USDC cooper V People ca aka copy cat Lamone V US /Ca ?
DOJ tampered put  butts/ blood in home destroyed blood in  wagon frame cooper
destroyed t shirt & coverals uncharged suspects

Cite long Beach people v Samuel Bonner cooper quentin researchers needs CITE

Mr Cooper the fixed jury packing by SO?DA jury so blind see man color in hair
& hair found in dead girls hands was brown man color is black different texture
   Mal practice att need GO fund Paid WRIT cooper  framed by SO /DA jury also

Under flaps white paper is legal malpractice att /GO fund me payments ?that lives
18 miles from riverside USDC house hon judge Bernal  & add 20 to chief superior cr
hon judge Moore duty writ release people /framed cooper he done time burglay &
as escapee now its his civil rights violations @ Riverside USDC

                Lady Kim want abee att looking wrong direction why you framed by
SO/DA;s ongoing newly elected harbors past fixers frame you
I will be glad expert witness copy cat show rico fixers frame me since 10/6/72/-2019
hired chief DC judges inception theft FVI29004 hide Durston V city VV@v-5/72 aka
93CV3134

Time go mail buy stamp send Cooper not notice his att ?Kim yes press writ time
served 18§1514 USAG /Barr exparty can be no notice  ?Bonner copy cat release ???
    Tomorrow Get prepair LA times & cal bar mail tracking # packets

FBI Wray WDC & 11000 wilshire blvd La ca & 3940 lime riverside ca willfullyblind failed duty By VV FBI office 12/27/78 per 278F supp2d 104 FBI had mandatory job 7 men pilot school only wanted fly passenger jets training FBI answering person said take their $ don't call FBI again

FBI Wray&USAGBarr@ USDC jurisdiction cr victims 598 F supp2d 737 18§1371 SO Da could only legally put out ABP @ FBI on coopers escape chino Jail only put more time[escapeedone served 33yr ] on burglary charges that 33yr leaves yr credit at $ Mills per Yr cite Lamone V FBI/AKA US here Ca DOJ but SO hide 4 suspects Motives kill family one killed 17yr old girl On orders  drug wheel man MO here FBI job 2019 find 4 suspects SO/DA harbored 1983 2known 2 unknown killers ????

9th cir & DC lacked jurisdiction "Brady 2019 " Cooper v people 1983-2019

UP at San Quentin sit innocent Keven cooper in state Penn sits suspect brown hair Man who ca gov says needs DNA Match to negro Kevin Cooper man of race & color hair is black and SO destroyed other evidence my linked suspect man brown hair as Motive murders SO DA said news papers TV stations had killer with black hair other planted SO/DA evidence deserve die SITE People v Bonner at 37 yrs hearing Judge said take innocent mans shackes off legs wrist back jul 1979 hon Cr Judge Taggart got shown SO/9da/s frames BICC innocent mort Co owner ernest Durston Presented VIRGIN car & prior april pink slip Tar Kettel SO gave back to jun 78 tar Kettle thieves CVVPD jurisdiction that Durston reported jun theft by unknown doe

FBI Wray as asst US Att widman said tell FBI riverside but FBI only wanted to Know when 1st time noticed VVFBI office theft unknown felony $ morg co funds & theft 14 US govt property Loan packages FHA Va & Ca vet loans 12/27/87 Riverside FBI got That paper

190

Private Att Gen ca allows public interest Cr victim interest 578 f supp2d737
Per above cite 18§1514 USAG barr file exparte to 10/26/92 fed exparte rule 77

Ca bar review USDC case 2 fixers Ca Att/s both govt employees DC exparte rule 77
one time use outside DC house fixer Sabbath askes fake pro se att waive notice FBI
Fixer judge approves ?notice is Waived TO Durston demand $1.940K

Can ca bar in fixedUSDC ?Ca SCT find PC 854 /855 pg 3 & FVI29004 pg 2 lines 4-6

Says Ca bar folks takes 10 days put up Cr investigation USPS #

Ca bar have duty Ask USAG Barr put prose in orange Ca FBI witness protection
Program relocation keep from being murdered {2010/2011 }repeat 1982 drive by
2012 prior V4 city
Quit jan 2013 when V 5 Green & deBornowsky hired public defenders att fix
FVI29004 Still open 2013

Don't know if Ca Bar will know where FBI ATF USAG Barr late enjiuners starts
Ca Bar disbarments

Backeast US DOJ says Rico filing 3/4 weeks CA SCT looks at FVI29004 10/26/92 to
start rico CaSCT looks 1980 4th ct app reversal fake 2/7/79 arrest Durston fake rap
sheet 8/8/89 rico was started 10/6/72 durston v CVV V-5-72


   Does Ca Bar Ca SCT Send multi letters FBI suspects arrests quit all Att work

Starting  ATF & & FBI arrests CCE §848 rico fixers §1961.8 suspects bus loads
disbarment proceeding extortion Rackteering Activity  PC 9 FVI29004 arising moot
93cv4297

Disbarment fixer Mark Sabbath {Green /debornowsly ?Quintano back up Att/s
representing SO att 47 plus fixers Govt debtors att's FVI29004 ?Quintana
?? Confession Guilt by last covert actors ca Atts deBornowskie Green /Quintana is
Suspected Back up cr defence att out rancho las palmas Ca & office s Calabasas as
Green & deBornwisky shamed 2009 ?Jan 2013 City of Victorville quit MO
summary Judgment aka copy cat MVIo7060 4/16/94  {fvi29004 10/26/92 debtor v
PAG FVI29004 Prose creditor 10/26/92

City of Victorville records clerk say 93CV4297 file can be sent ?CA bar by email Also to  PAG but USAG Barr riverside Ca asst USatt widman says FBI should get it Also before Barr att US att Hanna

Multi corrupt Ca Att/s bribry Ca/USDC & 9th cir judges hide theft FVI29004

PC 854/855 use 2019  by ATF convicted cop Daniel Edwin Braun triple  sovereignty felon with illegal gun both sides border  ATF for TJ PD mex US treaty warrants 2011/10

How  cr victim know FBI was interested party as  not been noticed as FBI was not Noticed when braun was booked at unknown SO station or after 7/2/92  durston att James Freiden Gave SO Williams the7/2/92  forgery expert William bowman work product showed relation back 1/16/90 braun forged citizen arrest form so SO/DA refile 8/8/89 as riveria citizen arrest v Durston had 4polygraphed witness & tipster told Durston riveria boasted him that he arresting & suing Durston for fake assault riveria plot with braun day before 8/8/89

Ca bar clerk putting #
ON ca bar case on2 ca atts cr theft victim $ funds 10/26/92 also ca bar clerk notice FBI Wray
that FVi29004 US /people Ca v braun was theft 10/23/92& 10/26/92 FBI records as per words 3 pgs by govt att Sabbath asked law clerk att to wave notice FBI

18§1514 the ca bar procesutors FBI/ get USDC Cr Judge chambers without notice exparte extra FBI Arrest of harbors braun & wheel men fugitives FVi29004 PC 854/855 no need arrest new warrants

Ca bar CaSCT /FBI Aids FVI29004  PC 854/855 Mex/US treaty warrant 2011/10
 Uncharged 3 wheelmen were bailiffs every ct procedures FVI29004 & Civ24581
But 10/26/92 was USDC procedures FVI29004 /CIV24581 entry USDC 10/23/92
So was 'brady' CACa 26815a Sabbath represented corrupted county agents pc 487 d/b theft Durston WPA 1872 rights land & minerals 8/1/89

10/23/92 Jurisdiction FVI29004 Ca bar prosecutors 2019 FBI Wray USAG Barr FVI29004 US v BRAUN etal  but 2011/2010 TJMex PD has priority issued fugitive warrant #

That FVI29004 Missing govt process USAM 1725 FBI use FVi29004 PC 854/855 for TJmex PD violent crimes that got stolen 11/17/14 from only sitting judge bernal clerk

Ca bar?FBI recovers rico $that fake prose att theft by tomlin no retainer Gibson law clerk

Per ca bar when 10/26/92 said tomlin employed by county chief adminstrative judge
An quit 11/92 got work taking over Culliton practice up northern ca bar disbarment

Ca bar
10 days open ca govt atts employees arrest aiding escape FBI fugitives &themselves
Read debtors ? defendants att sabbath 'emergency reconsideration of drug dealing
cop found guilty 10/20/92 forgery 10/21/92 forgery guilty verdict Sabbath att plead
Braun Confession Guilt settle all civil forfitures avoid more public notices
FVI29004 people v braun

18§1514 USAG /USDC Exparty without notice FBI USAG Att's & PAG Cr/victim

Private Att Gen 578Fsupp2d737  under 18§3771 the 10/20/92 felony found guilty
drug dealing cop Danieal Edwin Braun convicted USAG Barr FBI wray /by  USPS
Tr # To Ca bar Cr complaint to Ca SCT lady chief judge is FVI29004 still theft at
USDC 10/23/92 & 10/26 92 PC854 rescue by more ca att/s then transcript reads

 EBOOK publishing 47 yr CCE§848 rico §1961.8 fixings 18§1985 rights violations
CC LA times new owner Mr Soon breaker news in the public interest USAG Barr

Ca bar time table 7days city VV time Table 10 days ?FBI had will full blindness
Imped USAO by 18§1514 its say USAG can file injunction ?restraing order on
FVI29004 debtors 10/26/92 seems that FVI29004 became FOIA material 10/23/92
With related CIV24581 that debtors bribed DC judge his crime 449US24 he got to
Escape fed prison term died 2012 longest felon DC fixer judge Kelleher as his clerk
Conspired theft FVI29004 10/23/92  at prose window

Victim as get out Part ICE DHS BP delivery 9/7/19 TJ mex PD v braun PC 854/855
   Dig more files send if don't get killed CVV records Clerk is FBI suspect now as
She been told VV may destroyed FVI29004 & CIV24581 others @ USAM 1725

 Ca Bar Ca SCT prosecutor Zavier others USAG  Barr suspects USAM 1725 /944
Who ever CCE §848 continious Crimes conspiracy avoid arrest paying judgments
Sending 123 pages packet loose others send 124-193 you got 194-195

PAG Ernest Durston shows 9th cir fixed moot 92sacv715
Per 578 f  supp 2d 737 PAG is represented by 18§1514
USAG Barr @ EDCVUSDC corruted judge as
Gift most favorable Ca Ev code 1300 Braun Att
Gift Settle prior /later money judgments  pg 3 top
4lines FVi29004            9th fixer cases runs last covet acts that 9th cite
9th cir 3 fixers judge used fixed 449US 24 corrupted judge fixer injur reputation
Prose prevaing pg 3 summary
            USAG Barr Suspects Crimes against US have no time clocks
    Fraudulent concealments by Govt Att bribery Victim att/s court judges clerks
Theft 11/17/14 FVi29004 records by USMS agent Singer Before Cr Judge Bernal?

Ca bar intake clerk LA Ca posting            #
Give Ca SCT going notice USAG barr
ATF ?FBI /its got busloads PC 854/855
Back 9fixers DA/s signatures CV900 ?died ?
Or Possible still alive FBI fugitives fixers§1961.8
As Cr judge Taggart said victim factually innocent
PAG Multi cr complaints on ca att/s
Ca legal malpractice att asks  FVI29004
& CIV24581 Still open TO FBI PC854
To Ca DOJ & USDOJ per PC 855

ICE DHS BP agent Friday 8/30 /2019 told victim he call but Victim went BP with
records
4 sept 19 now victim Files @ Ca Car CaSCT theft by ca fixer att/s concert 449US24
Ca/US/9[th] cir fixer judges last CA chief Cr judge Moore said he only has time for ??
Open Cr cases in San Bernardino county new digs 3rd st as still open not any finality
on merits People Ca v Braun /rescuers FVI29004 concealed by theft desert cases
now heard @ microfish required on all Ca Cr cases keep 75 yrs merits not done

Ca Bar Ca SCT v Fixer 3 9th cir fixers hide FVI29004  forgery Cr 93cv4297 smoke
screen 12/17/93  DC as 12/19/96 as fixers 9th law clerks Research att/s never named
DC cases it sited As 1 yr rule that gave braun did not act alone convicted 10 20/92
Summary judgment 12/19/96 while fugitive flight justice 10/26/92 requires ATF as
USE PC 854/855 retake for ICE /DHS/BP Agents custody Braun Wheel men 2011
Attempt kill on TJ mex Citizens foiled by rush mex folks panicked disguised braun

194

More folks then bullets in MEX illegal gun barrel silencer weapon MO 2010 attempt PAG FVI29004 2010 both wire taps copy cat fake arrest Morgan Att put VV paper SO use illegal wire taps use contel employees reserve deputies planting wire taps on Durston business phone SO rico activity 1981 as 2010/2011 &2012 notice Harris AG That prior Ca DA/s were rico corrupt 1979 hide FBI v Hill US mail Mex/US thefts out Durston business trumbull hide but EX ca CR ATT Cupp Filed 93cv3133 /3134

Ca Bar Cr ct Ca SCT theft funds by ca att/s  Exhibit FVI29004 PeopleCa v Braun ?
VCV18857 really as CIV24581 & VCV17060    USAG Barr ? v Daniel Edwin Braun
Was $186 K rico fixed by fake moot 93cv4297
Hid Fake lis pendans VCV14000 $2,4m cost sale
67unit complex 9/14/89 hide fake victim arrest
8/8/89 retaliation 8/9/89 moot VCV14000
While MVI21376 still open [2019] against
Extortionist city att/s hide SO fake DEA raid
jul 89 run off tenants govt witness US CA Dea
jun89 warrantless arrest 4 TJ mex Fugitives 2010

10/26/92 corrupted Govt att asks fake prose
Att ca bar said 2006 was Gibson Law clerk att
To wavie notice ?FBI CA DOJ US DOJ ATF
Fake att at this point ?Fixer judge Gibson put
Record notice is Waived while theft fvi29004 at cit
USDC was back up by prose Judge Kelleher &
Clerk O/neal

Cr victim theft funds by late enjoiner Ca Att Zavier Becerra cr protector prior AG Kamalia Harris ?prior  Ca Att gen brown went Ca gov Job Held by privity gov Gavin newsom

Private Att Gen cr victim Ernest Durston
578 F supp 2d 737 states cr victims under
USAG Barr now< theft USDC fVI29004 @
11/17/14 last date entry first date 10/23/92
That not recorded but Durston & witness as
Draged by Ex ca Cr att Cupp prosess server
to prose 5th fl 312 n spring st 12-17 fls USAO
now Barr USAG has right 18§1514 exparte @
EDCVUSDC for use warrentless arrest PC 854/855
By BP ATF & FBI/DEA DEA agents capture of
Long list Ca Bar corrupted CA Att fugitives 18§4
As Misprision felenies 18§2 aiding abetting clients
Escape uncharged US/Ca/nv Dea & fed /Ca offences
Ca bar Crim  ct judge Ca SCT sent sat 9/7/19 <u>USPS Tr 9505 5066 9861 9145 1192 71</u>
 Photo of hit man TJ PD mex fugitive Daniel Edwin Draun warrant # 8510/11/21/AP
 Ca bar got copies BP sept 4 /19 FBI gets 9/9/19#USPS 9505 9861 9145 1192 95
Victims Hand delivery  ICE DHS BP agent lead agent 'Solis'  Ph # 951 816 3000
        FBI ? profiler 4 pgs FVI29004 ICE DHS BP ATF secret PC854/855
Rico fix Gibson approved }his FBI Arrest 2019 }Notice is waived FBI st time braun
booked 2nd time Gibson clerk huntsman bribed not notice NCIC FBI that 3 rd
10/20/ 92 gibson could not ignore forgery expert bowman work product Durston
blackmailer att freiden wanted $100k or more quit 9/1/92 Cal bar disbarment theft
money judgment CIV 24581 freden fake new VCv18857 hide CACA 26815a county
agents aide /DOI BLM Agents PC 854 d/b theft 1872 mining law Hauled Victim rare
rarths to dump 8/1/89 on or about
EDCVUSDC 11/17/14 2nd theft of 10/23/92 Theft FVI29004 & related Ca Ev code
1300
Civil forfitures 10/20/92 word tentative in
Fvi29004 as Gibson gift found braun had
Enjoined with SO/Williams & DA nacata in
Planting fake evidence in DAoffice in berdo ca


TJ PD Mex ?US treaty fugitive ICE BP agents  USE still open FVI29004 PC 854/855
Noticed Friday/8/30/19 given TJ mex PD warrant
as9/4 19 Copy enclosed with BP ATF use Warrantless
arrest PC854/Pc855 still open FVI29004 pg 2 lines 4-6entry ca ev code1300 /10/20/92
\
        When "does" USAG /FBI enjoin BP/ICE ATF use USAM 1725 PC 854/855


To the US DOJ  Plaintiffs 578 F supp 2d737 <u>USAG Barr & FBI</u> Wray by 18§1514
Exparte without notice to fugitives 102/6/92 govt 2 atts rescures US v braun etal
FVI29004 @ clerks said serve judge box hall "motions sole sitting all other benches
empty LR 83-1.3.1.1 Hon Judge Berbal B1 riverside Ca USDC 12th st

**UNITED STATES POSTAL SERVICE ®**

**P**

USPS TRACKING #

9114 9999 4431 4381 0488 56

Label 400  Jan. 2013
7690-16-000-7948

PS00001000000

* Date of delivery specified*
* USPS TRACKING™ included to many major international destinations.*
* Limited international insurance.*
* Pick up available.*
* Order supplies online.*
* When used internationally, a customs declaration label may be required.

* Domestic only

USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

ATE 10/26/22
So LOCKED OCT CIVIL
USDC BUT NOTICE-OT
WHAT INDICTMNT PAPER STYLE
OR DOCTRINE BRAIN WHICHEVER
IN UNER CUSTODY!
RUERE TREFT
JUDGES REMIND

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 2 9 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

TO
JGB

FROM:
USAC BARR WITNESS
1881674 THEFT FULL 09604
3 SO DISPUTED NOOT93-CV-4897
INTURE RERUTHATUN
LXUE BARR WITNES
ERAUES/DURSTOL
C/O DOT 3403 782
RUERES IDS CHEF
9250/

NEW DISTRICT
TO:
USDC/ORANGE CLERK
CHIEF CIVIL JODGE PERAHIA
312 N. SPRING ST LACA

90012