AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
ZOË MCKINNEY (SBN 312877)
zmckinney@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

Attorneys for Petitioner
(Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals, <br><br> Petitioners, <br><br> v. <br><br> WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **ORDER GRANTING JOINT STIPULATION FOR SCHEDULING ORDER [540]** <br><br> Honorable Terry J. Hatter, Jr. |

Additional counsel:

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.staford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

1  Good cause having been shown in the parties' Joint Stipulation, the
2  Stipulation is hereby GRANTED.  The following schedule for resolving
3  outstanding issues in this case, including the need to update disclosures and expert
4  reports, Respondents' motion to vacate the preliminary injunction and to decertify
5  Petitioners' class, and eventual cross motions for summary judgment, is so
6  ORDERED:
7  <u>Briefing for non-dispositive motions</u>: Respondents shall file their
8  Motion to Vacate the Preliminary Injunction and to Decertify Petitioner's Class by
9  November 27, 2019. Petitioners shall file their response opposing Respondents'
10 motion by December 30, 2019. Respondents shall file any reply in support of the
11 motion to vacate and decertify by January 29, 2020. The motion shall be noticed
12 for February 17, 2020.
13 <u>Fact discovery</u>: The Parties have met and conferred regarding a set of
14 discovery requests relating to bond hearings conducted under the injunction that
15 Petitioners have already propounded, and Respondents have provided a timeline
16 for providing information responsive to these requests. Respondents produced an
17 initial set of information responsive to these requests on December 13, 2019, and
18 Respondents will produce the remainder of discovery relating to bond hearings
19 conducted under the injunction that Petitioners have already propounded by
20 February 15, 2020. The Parties will exchange updated disclosures pursuant to Fed.
21 R. Civ. P. 26 on February 7, 2020. The parties will then have the opportunity to
22 serve a limited number of discovery requests, including requests for documents
23 and interrogatories, and to take deposition(s). Information sought in the discovery
24 may include statistical and anecdotal information related to a) the outcomes of
25 immigration cases in which people received bond hearings conducted pursuant to
26 the injunction in this case, b) recidivism amongst class members, c) Respondents'
27 parole practices, and d) the costs associated with bond hearings and Respondents'
28 immigration detention practices. Nothing in this stipulation shall impair the right of

either party to object to any particular discovery request on any ground.

Expert discovery: The Parties will update expert disclosures and prepare and serve expert reports by April 17, 2020. The Parties will prepare and serve rebuttal reports by June 15, 2020. Expert discovery will close on August 3, 2020.

Briefing for dispositive motions: Regarding the schedule for anticipated cross-motions for summary judgment, Petitioners will file their opening motion for summary judgment on September 11, 2020. Respondents will file their brief in opposition and cross motion for summary judgment on October 15, 2020. Petitioners will file a rebuttal brief in opposition to Respondents' summary judgment motion and reply in support of their summary judgment motion on November 13, 2020. Respondents will file their reply in support of their cross motion for summary judgment on December 7, 2020. The motions shall be noticed for December 21, 2020.

Dated: January 27, 2020

_____
HONORABLE TERRY J. HATTER, JR.
United States District Judge

2