JOSEPH HUNT
Assistant Attorney General
Civil Division
ERNESTO MOLINA
Deputy Director, Appellate Section
Office of Immigration Litigation
SARAH STEVENS WILSON
Senior Litigation Counsel
United States Department of Justice
1801 Fourth Avenue North
Birmingham, Alabama 35203
Telephone: (202) 532-4700
Sarah.S.Wilson@usdoj.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> v. <br><br> DAVID MARIN, et al., <br><br> Respondents. | Case No. CV-07-3239-TJH <br><br> **JOINT STIPULATION TO RE-CALENDAR SUBMISSION DATE FOR RESPONDENTS' MOTION TO VACATE THE PRELIMINARY INJUNCTION AND DECERTIFY CLASS** <br><br> Honorable Terry J. Hatter, Jr. |

1. It is stipulated that Respondents' Motion to Vacate the Preliminary and Decertify Class be re-calendared from February 17, 2020, to March 16, 2020.[1] There is good cause for the stipulation. The parties are currently discussing a number of issues, and believe those discussion may be more productive while the motion remains pending.

For the foregoing reasons, the parties jointly stipulate and respectfully request that this Court re-calendar Respondents' motion from February 17, 2020, to March 16, 2020.

Respectfully submitted,

Dated:  February 18, 2020

       s/ Sarah Stevens Wilson
SARAH STEVENS WILSON
Counsel for Respondents

s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners

---

[1] Under the new submission deadline, Respondents' reply brief will be due on March 2, 2020.

1