1

2    JOSEPH HUNT
     Assistant Attorney General
3    Civil Division
     ERNESTO MOLINA
4    Deputy Director, Appellate Section
     Office of Immigration Litigation
5    SARAH STEVENS WILSON
     Senior Litigation Counsel
6    United States Department of Justice
7    1801 Fourth Avenue North
     Birmingham, Alabama 35203
8    Telephone: (202) 532-4700
9    Sarah.S.Wilson@usdoj.gov
10   *Attorneys for Respondents*

11

12

13

14

15

16            **UNITED STATES DISTRICT COURT**

17            **CENTRAL DISTRICT OF CALIFORNIA**

18
     ALEJANDRO RODRIGUEZ, et al.,          )    Case No. CV-07-3239-TJH
19                                         )
             Petitioners,                  )
20                                         )    **[PROPOSED] ORDER ON**
             v.                            )    **JOINT STIPULATION TO RE-**
21                                         )    **CALENDAR SUBMISSION DATE**
     DAVID MARIN, et al.,                  )    **FOR RESPONDENTS' MOTION TO**
22                                         )    **VACATE THE PRELIMINARY**
             Respondents.                  )    **INJUNCTION AND DECERTIFY**
23                                         )    **CLASS**
                                           )
24                                         )    Honorable Terry J. Hatter, Jr.
                                           )
25

26

27

28

1    For the reasons set forth in the parties' stipulation, and for good cause shown,

2    IT IS ORDERED that Respondents' Motion to Vacate the Preliminary Injunction and

3    Decertify Class be re-calendared from February 17, 2020, to March 16, 2020.

4

5    Dated:  February __, 2020

6                                                          _____

7                                                          Hon. Terry J. Hatter, Jr.
                                                           United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28