JOSEPH HUNT
Assistant Attorney General
Civil Division
ERNESTO MOLINA
Deputy Director, Appellate Section
Office of Immigration Litigation
SARAH STEVENS WILSON
Senior Litigation Counsel
United States Department of Justice
1801 Fourth Avenue North
Birmingham, Alabama 35203
Telephone: (202) 532-4700
Sarah.S.Wilson@usdoj.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., <br><br> Petitioners, <br><br> v. <br><br> DAVID MARIN, et al., <br><br> Respondents. | Case No. CV-07-3239-TJH (RNBx) <br><br> **ORDER ON JOINT STIPULATION TO RE-CALENDAR SUBMISSION DATE FOR RESPONDENTS' MOTION TO VACATE THE PRELIMINARY INJUNCTION AND DECERTIFY CLASS  [542]** <br><br> Honorable Terry J. Hatter, Jr. |

1  For the reasons set forth in the parties' stipulation, and for good cause shown,
2  IT IS ORDERED that Respondents' Motion to Vacate the Preliminary Injunction and
3  Decertify Class be re-calendared from February 17, 2020, to March 16, 2020.

Dated: February 24, 2020

_____
Hon. Terry J. Hatter, Jr.
United States District Judge

1