Case: 2:07cv3239   Doc: 541

Undeliverable Mail

```
FILED
CLERK, U.S. DISTRICT COURT

MAR - 2 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

Frederick   Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<29168337@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 1/27/2020 at 4:02 PM PST and filed on 1/27/2020

| | |
|---|---|
| **Case Name:** | Alejandro Rodriguez v. James Hayes et al |
| **Case Number:** | 2:07-cv-03239-TJH-RNB |
| **Filer:** | |
| **Document Number:** | 541 |

**Docket Text:**
ORDER GRANTING JOINT STIPULATION FOR SCHEDULING ORDER [540] by Judge Terry J. Hatter, Jr.: Respondents shall file any reply in support of the motion to vacate and decertify by January 29, 2020. The motion shall be noticed for February 17, 2020. Fact discovery: Respondents produced an initial set of information responsive to these requests on December 13, 2019, and Respondents will produce the remainder of discovery relating to bond hearings conducted under the injunction that Petitioners have already propounded by February 15, 2020. The Parties will exchange updated disclosures pursuant to Fed. R. Civ. P. 26 on February 7, 2020. Expert discovery: The Parties will update expert disclosures and prepare and serve expert reports by April 17, 2020. The Parties will prepare and serve rebuttal reports by June 15, 2020. Expert discovery will close on August 3, 2020. Briefing for dispositive motions: Regarding the schedule for anticipated cross-motions for summary judgment, Petitioners will file their opening motion for summary judgment on September 11, 2020. Respondents will file their brief in opposition and cross motion for summary judgment on October 15, 2020. Petitioners will file a rebuttal brief in opposition to Respondents summary judgment motion and reply in support of their summary judgment motion on November 13, 2020. Respondents will file their reply in support of their cross motion for summary judgment on December 7, 2020. The motions shall be noticed for December 21, 2020. See order for further details. (shb)

**2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:**
Michael K T Tan     michael-tan-9223@ecf.pacerpro.com, mtan@aclu.org
Michael Bryan Kaufman     cminneci@aclusocal.org, gtien@aclu-sc.org, mkaufman@aclusocal.org
Erez Reuveni     erez.r.reuveni@usdoj.gov

Sarah S Wilson     sarah.s.wilson@usdoj.gov
Sean A Commons     sean-commons-1061@ecf.pacerpro.com, laefilingnotice@sidley.com, cvespinoza@sidley.com, scommons@sidley.com
Jayashri Srikantiah     ecmadriz@law.stanford.edu, jsrikantiah@law.stanford.edu
Cecillia D Wang     cwang@aclu.org
Zoe Nicole McKinney     zmckinney@aclusocal.org
Judy Rabinovitz     judy-rabinovitz-3958@ecf.pacerpro.com, jrabinovitz@aclu.org, mtan@aclu.org
Luis Allen Carrillo     lj@carrillofirm.com, ac@carrillofirm.com, hr@carrillofirm.com, mike@carrillofirm.com, lac4justice@gmail.com, vb@carrillofirm.com
Stacey Ilene Young     stacey.young@usdoj.gov
Ahilan T Arulanantham     gtien@aclu-sc.org, aarulanantham@aclusocal.org
Peter J Eliasberg     peliasberg@aclusocal.org, ckasher@aclusocal.org

**2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
ZOË MCKINNEY (SBN 312877)
zmckinney@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

Attorneys for Petitioner
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals, <br><br>Petitioners, <br><br>v. <br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility, <br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br>**ORDER GRANTING JOINT STIPULATION FOR SCHEDULING ORDER [540]** <br><br>Honorable Terry J. Hatter, Jr. |

Additional counsel:

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.staford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Good cause having been shown in the parties' Joint Stipulation, the Stipulation is hereby GRANTED. The following schedule for resolving outstanding issues in this case, including the need to update disclosures and expert reports, Respondents' motion to vacate the preliminary injunction and to decertify Petitioners' class, and eventual cross motions for summary judgment, is so ORDERED:

<u>Briefing for non-dispositive motions</u>: Respondents shall file their Motion to Vacate the Preliminary Injunction and to Decertify Petitioner's Class by November 27, 2019. Petitioners shall file their response opposing Respondents' motion by December 30, 2019. Respondents shall file any reply in support of the motion to vacate and decertify by January 29, 2020. The motion shall be noticed for February 17, 2020.

<u>Fact discovery</u>: The Parties have met and conferred regarding a set of discovery requests relating to bond hearings conducted under the injunction that Petitioners have already propounded, and Respondents have provided a timeline for providing information responsive to these requests. Respondents produced an initial set of information responsive to these requests on December 13, 2019, and Respondents will produce the remainder of discovery relating to bond hearings conducted under the injunction that Petitioners have already propounded by February 15, 2020. The Parties will exchange updated disclosures pursuant to Fed. R. Civ. P. 26 on February 7, 2020. The parties will then have the opportunity to serve a limited number of discovery requests, including requests for documents and interrogatories, and to take deposition(s). Information sought in the discovery may include statistical and anecdotal information related to a) the outcomes of immigration cases in which people received bond hearings conducted pursuant to the injunction in this case, b) recidivism amongst class members, c) Respondents' parole practices, and d) the costs associated with bond hearings and Respondents' immigration detention practices. Nothing in this stipulation shall impair the right of

1

1 | either party to object to any particular discovery request on any ground.

2 | <u>Expert discovery</u>: The Parties will update expert disclosures and
3 | prepare and serve expert reports by April 17, 2020. The Parties will prepare and
4 | serve rebuttal reports by June 15, 2020. Expert discovery will close on August 3,
5 | 2020.

6 | <u>Briefing for dispositive motions</u>: Regarding the schedule for
7 | anticipated cross-motions for summary judgment, Petitioners will file their opening
8 | motion for summary judgment on September 11, 2020. Respondents will file their
9 | brief in opposition and cross motion for summary judgment on October 15, 2020.
10 | Petitioners will file a rebuttal brief in opposition to Respondents' summary
11 | judgment motion and reply in support of their summary judgment motion on
12 | November 13, 2020. Respondents will file their reply in support of their cross
13 | motion for summary judgment on December 7, 2020. The motions shall be noticed
14 | for December 21, 2020.

16 | Dated:  January 27, 2020

*/s/ Terry J. Hatter, Jr.*
HONORABLE TERRY J. HATTER, JR.
United States District Judge

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

NEOPOST
01/28/2020
US POSTAGE $0

Rolled
1-30-20

TJH

60
1-31-20

NIXIE    910    50    1            7202/06/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 90012353299            2347N0371192-01757

RETURN TO SENDER
Adelanto ICE Processing Center
Reason checked

☐ All books must have prior authorization, be new and softcover. NO hard cover, spiral bound, magazines, newspapers or package allowed
☐ Must have Detainees Name, A# & Dorm #
☐ Not allowed marker, crayon, glitter, glue, stickers, Books, stamps, perfume or lipstick on the letter or envelope
☐ No longer at this address
☐ No such recipient/ Not in custody
☐ Illegible or Incomplete
☐ Not known or Not our Mail
☐ Contents not acceptable
☐ Photos; no larger than 5x7, photos with sexual nudity is not allowed
☐ Released/Damaged/Refused
☐ Violates the institution's policies
☐ Other

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 10 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEP



60
1.31.20

TJH



RETURN TO SENDER
Adelanto ICE Processing Center
Reason checked

- [ ] All books must have prior authorization, be new, and softback. NO hard cover, softback bound, magazines, newspapers or package allowed
- [ ] Must have Detainees Name, A# Dorm # 
- [ ] Not allowed marker, crayon, glitter, glue, stickers, Books stamps, perfume or lipstick on the letter or envelope
- [ ] No longer at this address

- [ ] No such recipient/ Not in custody
- [ ] Illegible or Incomplete
- [ ] Not known or Not our Mail
- [ ] Contents not acceptable
- [ ] Photos; no larger than 5x7, photos with sexual nudity is not allowed
- [ ] Released/Damaged/ Refused
- [ ] Violates the institution's policies
- [ ] Other

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 10 2020
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

NIXIE   910   SE   1

7202/06/20