# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>  Petitioners,<br><br>  v.<br><br>WILLIAM BARR, *et al.*,<br><br>  Respondents. | CV 07-03239 TJH (RNBx)<br><br><br><br>Order |

The Court has considered Petitioners' motion for "clarification or reconsideration," of the Court's November 7, 2019, order, together with the moving and opposing papers.

In this District, the grounds for a motion for reconsideration are governed by the Local Rules and the Federal Rules of Civil Procedure. Under the Local Rules, a party may move for reconsideration if: (1) Facts or law previously unknown and unknowable to the moving party come to light; (2) New facts or law emerge; or (3) There was a manifest failure to consider material facts. Local Rule 7-18. Under the Federal Rules of Civil Procedure, a party may move for reconsideration upon a showing of: (1) Mistake, surprise, or excusable neglect; (2) Newly discovered evidence; (3) Fraud; (4) A void judgment; (5) A satisfied or discharged judgment; or (6) Any other reason that

justifies relief. *See* Fed. R. Civ. P. 59 and 60(b).

In *Rodriguez v. Marin*, 909 F.3d 252 (9th Cir. 2018), the Ninth Circuit stated that "… like the Supreme Court, we do not vacate the permanent injunction pending the consideration of … vital constitutional issues." Upon further consideration, this Court will keep the permanent injunction in place pending a resolution on Petitioners' constitutional claims.

Accordingly,

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that the motion be, and hereby is, 𝕲𝖗𝖆𝖓𝖙𝖊𝖉. An amended order will issue.

Date: March 9, 2020

_____
𝕿𝖊𝖗𝖗𝖞 𝕵. 𝕳𝖆𝖙𝖙𝖊𝖗, 𝕵𝖗.
𝕾𝖊𝖓𝖎𝖔𝖗 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕵𝖚𝖉𝖌𝖊