**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:07cv3239  Doc: 546

NEOPOST
03/10/2020
US POSTAGE $00



Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

-R-T-S-   923015135-1N                    03/21/20

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



FILED
CLERK, U.S. DISTRICT COURT
MAR 2 5 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

**RETURN TO SENDER**
Adelanto ICE Processing Center
Reason checked

☐ All books must have prior authorization, be new, and soft cover. NO hard cover, spiral bound, magazines, newspapers or package allowed
☐ Must have Detainees Name, A# ☐ Dorm # ☐
☐ Not allowed marker, crayon, glitter, glue, stickers, Books stamps, perfume or lipstick on the letter or envelope
☐ No longer at this address

☐ No such recipient/ Not in custody
☐ Illegible or Incomplete
☐ Not known or Not our Mail
☐ Contents not acceptable
☐ Photos; no larger than 5x7, photos with sexual nudity is not allowed
☐ Released/Damaged/ Refused
☐ Violates the institution's policies
☐ Other







Case: 2:07cv3239  Doc: 546

Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<29433445@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Order on Motion for Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 3/10/2020 at 10:54 AM PDT and filed on 3/9/2020

| | |
|---|---|
| **Case Name:** | Alejandro Rodriguez v. James Hayes et al |
| **Case Number:** | 2:07-cv-03239-TJH-RNB |
| **Filer:** | |
| **Document Number:** | 546 |

**Docket Text:**
**ORDER by Judge Terry J. Hatter, Jr: re [528] MOTION for Order for clarification or reconsideration of the Court's November 7,2019 order. IT IS ORDERED that the motion be, and hereby is GRANTED. An amended order will issue. (shb)**

**2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:**
Michael K T Tan     michael-tan-9223@ecf.pacerpro.com, mtan@aclu.org
Michael Bryan Kaufman     cminneci@aclusocal.org, gtien@aclu-sc.org, mkaufman@aclusocal.org
Erez Reuveni     erez.r.reuveni@usdoj.gov
Sarah S Wilson     sarah.s.wilson@usdoj.gov
Sean A Commons     sean-commons-1061@ecf.pacerpro.com, laefilingnotice@sidley.com, cvespinoza@sidley.com, scommons@sidley.com
Jayashri Srikantiah     ecmadriz@law.stanford.edu, jsrikantiah@law.stanford.edu
Cecillia D Wang     cwang@aclu.org
Zoe Nicole McKinney     zmckinney@aclusocal.org
Judy Rabinovitz     judy-rabinovitz-3958@ecf.pacerpro.com, jrabinovitz@aclu.org, mtan@aclu.org
Luis Allen Carrillo     lj@carrillofirm.com, ac@carrillofirm.com, hr@carrillofirm.com, mike@carrillofirm.com, lac4justice@gmail.com, vb@carrillofirm.com
Stacey Ilene Young     stacey.young@usdoj.gov
Ahilan T Arulanantham     gtien@aclu-sc.org, aarulanantham@aclusocal.org
Peter J Eliasberg     peliasberg@aclusocal.org, ckasher@aclusocal.org
**2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US
Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, et al., | CV 07-03239 TJH (RNBx) |
| Petitioners, | |
| v. | Order |
| WILLIAM BARR, et al., | |
| Respondents. | |

The Court has considered Petitioners' motion for "clarification or reconsideration," of the Court's November 7, 2019, order, together with the moving and opposing papers.

In this District, the grounds for a motion for reconsideration are governed by the Local Rules and the Federal Rules of Civil Procedure. Under the Local Rules, a party may move for reconsideration if: (1) Facts or law previously unknown and unknowable to the moving party come to light; (2) New facts or law emerge; or (3) There was a manifest failure to consider material facts. Local Rule 7-18. Under the Federal Rules of Civil Procedure, a party may move for reconsideration upon a showing of: (1) Mistake, surprise, or excusable neglect; (2) Newly discovered evidence; (3) Fraud; (4) A void judgment; (5) A satisfied or discharged judgment; or (6) Any other reason that

justifies relief. *See* Fed. R. Civ. P. 59 and 60(b).

In *Rodriguez v. Marin*, 909 F.3d 252 (9th Cir. 2018), the Ninth Circuit stated that "... like the Supreme Court, we do not vacate the permanent injunction pending the consideration of ... vital constitutional issues." Upon further consideration, this Court will keep the permanent injunction in place pending a resolution on Petitioners' constitutional claims.

Accordingly,

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that the motion be, and hereby is, 𝕲𝖗𝖆𝖓𝖙𝖊𝖉. An amended order will issue.

Date: March 9, 2020

_____
𝕿𝖊𝖗𝖗𝖞 𝕵. 𝕳𝖆𝖙𝖙𝖊𝖗, 𝕵𝖗.
𝕾𝖊𝖓𝖎𝖔𝖗 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕵𝖚𝖉𝖌𝖊