JOSEPH HUNT
Assistant Attorney General
Civil Division
ERNESTO MOLINA
Deputy Director
Office of Immigration Litigation
Appellate Court Section
SARAH WILSON
Senior Litigation Counsel
United States Department of Justice
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4700
    sarah.s.wilson@usdoj.gov

Attorneys for Federal Respondents

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*,<br><br>    Petitioners,<br><br>vs.<br><br>DAVID MARIN, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.,*<br><br>    Respondents. | Case No. CV 07-3239-TJH<br><br>**RESPONDENTS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION AND TO VACATE THE PERMANENT INJUNCTION**<br><br>**The Honorable Terry Hatter, Jr.**<br><br>Hearing Date: May 11, 2020<br>Hearing Time: Under Submission |

Respondents PLEASE TAKE NOTICE that on May 11, 2020, Respondents' Motion for Reconsideration and to Vacate the Permanent Injunction will be taken under submission by the Court. Should a hearing take place, it will be held in the courtroom of the Honorable Terry J. Hatter, United States District Judge, located in Courtroom 9B of the First Street Courthouse, 350 W. 1st Street, Los Angeles, California, 90012.

This motion is based on the memorandum of points and authorities in support of this motion and the documents cited therein.

This motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place telephonically on April 1, 2020.

Dated: April 7, 2020

JOSEPH HUNT
Assistant Attorney General
Civil Division
ERNESTO MOLINA
Deputy Director
Office of Immigration Litigation
Appellate Court Section

*/s/ Sarah Wilson*
SARAH WILSON
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
Appellate Court Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4700
sarah.s.wilson@usdoj.gov

Attorneys for Respondents

# **CERTIFICATE OF SERVICE**

I certify that on April 7, 2020, I served a copy of the foregoing by CM/ECF which delivered a copy to all counsel of record, including:

Ahilan T. Arulanantham
Email: aarulanantham@aclu-sc.org

Michael Kaufman
Email: mkaufman@aclu-sc.org

Zoe McKinney
Email: ZMcKinney@aclusocal.org

                                      */s/ Sarah Wilson*
                                      Sarah Wilson
                                      United States Department of Justice