JOSEPH HUNT
Assistant Attorney General
Civil Division
ERNESTO MOLINA
Deputy Director
Office of Immigration Litigation
Appellate Court Section
SARAH WILSON
Senior Litigation Counsel
United States Department of Justice
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 532-4700
    sarah.s.wilson@usdoj.gov

Attorneys for Federal Respondents

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, *et al.*, <br><br> Petitioners, <br><br> vs. <br><br> DAVID MARIN, *in his capacity as U.S. Immigration and Customs Enforcement, Los Angeles District Field Office Director, et al.,* <br><br> Respondents. | Case No. CV 07-3239-TJH <br><br> **[PROPOSED] ORDER ON RESPONDENTS' MOTION FOR RECONSIDERATION AND TO VACATE THE PERMANENT INJUNCTION** <br><br> **The Honorable Terry Hatter, Jr.** |

1  Respondents' Motion for Reconsideration and to Vacate the Permanent
2 Injunction is GRANTED. Upon further consideration, the Ninth Circuit's remand
3 order does not foreclose consideration of Respondents' motion to vacate the
4 permanent injunction, and because there is no final judgment in this case, there can be
5 no permanent injunction. Petitioners have not moved for a preliminary injunction on
6 their constitutional claims. Therefore, the Court cannot conclude that Petitioners are
7 able to satisfy the standard for preliminary injunctive relief under *Winter v. Nat. Res.*
8 *Def. Council, Inc.*, 555 U.S. 7, 24 (2008), such that they would be entitled to the relief
9 outlined in the permanent injunction as a remedy for their constitutional claims. The
10 permanent injunction is vacated.

                                                                          Hon. Terry Hatter
                                                                         United States District Judge

# CERTIFICATE OF SERVICE

I certify that on April 7, 2020, I served a copy of the foregoing by CM/ECF which delivered a copy to all counsel of record, including:

Ahilan T. Arulanantham
Email: aarulanantham@aclu-sc.org

Michael Kaufman
Email: mkaufman@aclu-sc.org

Zoe McKinney
Email: ZMcKinney@aclusocal.org

                                                */s/ Sarah Wilson*
                                                Sarah Wilson
                                                United States Department of Justice