1  AHILAN T. ARULANANTHAM (SBN 237841)
   aarulanantham@aclusocal.org
2  MICHAEL KAUFMAN (SBN 254575)
   mkaufman@aclusocal.org
3  ZOE MCKINNEY (SBN 312877)
   zmckinney@aclusocal.org
4  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
5  Los Angeles, CA 90017
   Telephone: (213) 977-5211
6  Facsimile: (213) 977-5297

7  Attorneys for Petitioner
   (Additional counsel listed on following page)
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  WESTERN DIVISION

12 ALEJANDRO RODRIGUEZ,                 ) Case No. CV 07-3239-TJH (RNBx)
   ABDIRIZAK ADEN FARAH, YUSSUF        )
13 ABDIKADIR, ABEL PEREZ RUELAS,       ) **ORDER GRANTING JOINT**
   JOSE FARIAS CORNEJO, ANGEL          ) **STIPULATION TO**
14 ARMANDO AYALA, ALEX CACHO           ) **TEMPORARILY SUSPEND**
   CASTILLO for themselves and on behalf ) **CASE SCHEDULE [551]**
15 of a class of similarly-situated individuals, )
                                        ) Honorable Terry J. Hatter, Jr.
16              Petitioners,            )
                                        )
17        v.                            )
                                        )
18 WILLIAM BARR, United States Attorney )
   General; KEVIN MCALEENAN, Acting    )
19 Secretary, Homeland Security; JAMES )
   MCHENRY, Director, Executive Office )
20 for Immigration Review; DAVID MARIN,)
   Field Office Director, Los Angeles  )
21 District, Immigration and Customs    )
   Enforcement; DON BARNES Sheriff of  )
22 Orange County; OFFICER NGUYEN,      )
   Officer-in-Charge, Theo Lacy Facility; )
23 LUKE SOUTH, Commander, Theo Lacy    )
   Facility; LISA VON NORDHEIM,        )
24 Captain, James A. Musick Facility;   )
   TERRY NELSEN, Assistant Field Office )
25 Director, Adelanto Detention Facility, )
                                        )
26              Respondents.            )
   _____ )

27

28

Additional counsel:

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.staford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

1    Good cause having been shown in the parties' Joint Stipulation, the

2    Stipulation is hereby GRANTED. The scheduling order entered on January 27,

3    2020, Dkt. 541, shall be stayed from April 15, 2020 to June 15, 2020 in light of the

4    COVID-19 pandemic.

5    Before June 15, 2020, the Parties shall meet and confer as to an updated case

6    schedule and submit a stipulated agreement to the Court. Entry of a 60-day stay

7    will not inhibit either Party's right to seek appeal, and any deadline that would

8    otherwise have fallen during the 60-day stay period will not be deemed to have

9    expired during that period.

10    As the COVID-19 situation is rapidly evolving, and it remains uncertain

11    when offices will re-open and regular day-to-day activities will resume, the Parties

12    shall reassess the need for extending the stay prior to the end of this 60-day period.

13    Should the parties wish to continue the stay beyond June 15, 2020, they shall

14    inform the Court by separate filing.

15    It is so ORDERED.

16

17

18

19    Dated:  MAY 19,  2020

20    HONORABLE TERRY J. HATTER, JR.
      United States District Judge

21

22

23

24

25

26

27

28

1