# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals, <br><br> Petitioners, <br><br> v. <br><br> WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO TEMPORARILY SUSPEND CASE SCHEDULE** <br><br> Honorable Terry J. Hatter, Jr. |

1 | Good cause having been shown in the parties' Joint Stipulation, this Court hereby extends the current stay in this case for an additional 30 days to July 15, 2020.

The parties are ordered to meet and confer before July 15, 2020 and submit a stipulated case schedule to this Court, or, should the parties wish to continue the stay beyond July 15, 2020, to inform the Court by separate filing.

It is so ORDERED.

Dated: June ____, 2020

_____
HONORABLE TERRY J. HATTER, JR.
United States District Judge