**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

---

OFFICIAL BUSINESS



```
Case: 2:07cv3239   Doc: 557




Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301
```




FILED
CLERK, U.S. DISTRICT COURT
JUN 2 9 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**RETURN TO SENDER**
Adelanto ICE Processing Center
Reason checked

☐ All books must have prior authorization, be new, and soft cover. NO hard cover, spiral bound, magazines, newspapers or package allowed
☐ Must have Detainees Name, A# ☐ Dorm # ☐
☐ Not allowed marker, crayon, glitter, glue, stickers, Books stamps, perfume or lipstick on the letter or envelope
☐ No longer at this address
☐ No such recipient/ Not in custody
☐ Illegible or Incomplete
☐ Not known or Not our Mail
☐ Contents not acceptable
☐ Photos no larger than 5x7, photos with sexual nudity is not allowed
☐ Released/Damaged/ Refused
☒ Violates the institution's policies
☐ Other _____


NIXIE        910   40   1        7206/25/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299        2347N177161-00050


CENTRAL DISTRICT OF CALIFORNIA
CLERK, U.S. DISTRICT COURT
RECEIVED
JUN 29 2020
BY

Case: 2:07cv3239  Doc: 557

Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<30008052@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 6/18/2020 at 10:59 AM PDT and filed on 6/18/2020

| | |
|---|---|
| **Case Name:** | Alejandro Rodriguez v. James Hayes et al |
| **Case Number:** | 2:07-cv-03239-TJH-RNB |
| **Filer:** | |
| **Document Number:** | 557 |

**Docket Text:**
ORDER GRANTING JOINT STIPULATION TO TEMPORARILY SUSPEND CASE SCHEDULE, [556] by Judge Terry J. Hatter, Jr: This Court extends the current stay in this case for an additional 30 days to July 15, 2020. The parties case schedule to this Court, or, should the parties wish to continue the stay beyond July 15m 2020, to inform the Court by separate filing. (shb)

**2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:**
Michael K T Tan    michael-tan-9223@ecf.pacerpro.com, mtan@aclu.org
Michael Bryan Kaufman    cminneci@aclusocal.org, gtien@aclu-sc.org, mkaufman@aclusocal.org
Erez Reuveni    erez.r.reuveni@usdoj.gov
Sarah S Wilson    sarah.s.wilson@usdoj.gov
Sean A Commons    sean-commons-1061@ecf.pacerpro.com, laefilingnotice@sidley.com, cvespinoza@sidley.com, scommons@sidley.com
Jayashri Srikantiah    ecmadriz@law.stanford.edu, jsrikantiah@law.stanford.edu
Cecillia D Wang    cwang@aclu.org
Zoe Nicole McKinney    zmckinney@aclusocal.org
Judy Rabinovitz    judy-rabinovitz-3958@ecf.pacerpro.com, jrabinovitz@aclu.org, mtan@aclu.org
Luis Allen Carrillo    lj@carrillofirm.com, ac@carrillofirm.com, hr@carrillofirm.com, mike@carrillofirm.com, lac4justice@gmail.com, vb@carrillofirm.com
Stacey Ilene Young    stacey.young@usdoj.gov
Ahilan T Arulanantham    gtien@aclu-sc.org, aarulanantham@aclusocal.org
Peter J Eliasberg    peliasberg@aclusocal.org, ckasher@aclusocal.org

**2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US
Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**ORDER GRANTING JOINT STIPULATION TO TEMPORARILY SUSPEND CASE SCHEDULE**<br><br>Honorable Terry J. Hatter, Jr. |

Good cause having been shown in the parties' Joint Stipulation, this Court hereby extends the current stay in this case for an additional 30 days to July 15, 2020.

The parties are ordered to meet and confer before July 15, 2020 and submit a stipulated case schedule to this Court, or, should the parties wish to continue the stay beyond July 15, 2020, to inform the Court by separate filing.

IT IS SO ORDERED.

Dated: June 18, 2020

_____
TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1