AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
ZOË MCKINNEY (SBN 312877)
zmckinney@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

Attorneys for Petitioner
(Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**JOINT STIPULATION FOR SCHEDULING ORDER**<br><br>Honorable Terry J. Hatter, Jr. |

Additional counsel:

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.staford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

On May 19, 2020, this Court granted the Parties' stipulated request to stay the scheduling order it had entered on January 27, 2020, Dkt. 541, for 60 days from April 15, 2020 to June 15, 2020 because of the COVID-19 pandemic. Dkt. 554. On June 18, 2020, this Court granted the Parties' stipulated request to extend the stay for an additional 30 days to July 15, 2020 in light of the fact that the COVID-19 pandemic continued to significantly impact day-to-day activities for counsel and the Court, and to complicate efforts to proceed with discovery in this case. Dkt. 557. The Court ordered that the Parties propose a modified scheduling order by July 15, 2020. *Id.*

Throughout the stay, counsel have been engaged in ongoing discussions regarding discovery issues and the schedule for resolution of this case. The Parties have made significant progress in resolving several discovery issues which were complicating the task of setting a new case schedule. However, the Parties were unable to agree on a proposal by July 15, 2020 due to their continued efforts to resolve discovery disputes that would materially affect any scheduling proposal.

The parties have now agreed on the following schedule:

<u>Supplemental Initial Disclosures</u>: The Parties will update their initial disclosures by October 16, 2020.

<u>Fact discovery</u>: Respondents have agreed to respond to certain already-served discovery requests by October 16, 2020, as explained below. The Parties request that the Court set November 6, 2020 as the deadline to file any motion to compel discovery related to the outstanding discovery requests.

Specifically, the Parties have repeatedly met and conferred regarding a set of discovery requests seeking data regarding bond hearings conducted under the injunction that Petitioners propounded last year. Respondents produced an initial set of information responsive to these requests on December 13, 2019. The Parties have continued to negotiate regarding Respondents' pending productions, and have resolved the majority of their original disputes The Parties will continue to confer

regarding the outstanding issues, and will file motions to compel or for protective orders no later than November 6, 2020, should they be unable to reach agreement. Apart from the issues subject to this ongoing discussion, Respondents will produce all other agreed-upon data responsive to these discovery requests by October 16, 2020.

The Parties have also had some discussions concerning a separate set of discovery requests, which Petitioners propounded on March 11, 2020, concerning the costs associated with bond hearings and Respondents' immigration detention practices. The Parties will meet and confer as to those requests shortly, and Respondents will respond by October 16, 2020.

The Parties anticipate the possibility that they may serve a limited number of further discovery requests, including requests for documents and interrogatories, and may take additional depositions. Information sought in the additional discovery may include statistical and anecdotal information related to a) the outcomes of immigration cases in which people received bond hearings conducted pursuant to the injunction in this case, b) recidivism amongst class members, and c) Respondents' parole practices. Nothing in this stipulation shall impair the right of either party to object to any particular discovery request on any ground.

Expert discovery: The Parties propose that the Court set the deadline to update expert disclosures and prepare and serve expert reports by December 18, 2020; and rebuttal reports by January 29, 2021.

Discovery Cut Off: The Parties propose a discovery cutoff of February 12, 2021.

Briefing for dispositive motions: Regarding the schedule for anticipated cross-motions for summary judgment, the Parties propose that the Court set the deadline for Petitioners to file their opening motion for summary judgment on

March 26, 2021; Respondents to file their brief in opposition and cross motion for summary judgment on April 23, 2021; and Petitioners to file a response in opposition to Respondents' summary judgment motion and reply in support of their summary judgment motion on May 14, 2021; and Respondents to file their reply in support of their cross motion for summary judgment on June 4, 2021. The motions shall be noticed for June 21, 2021.

The parties agree that the proposed schedule complies with Federal Rule of Civil Procedure 26 and Local Rule 16. The parties agree that the entry of the proposed scheduling order serves the interests of judicial efficiency, and for that reason respectfully request that the Court enter the accompanying proposed order.

It is so stipulated.

Respectfully submitted,

Dated: September 17, 2020

/s/ Ahilan Arulanantham
Counsel for Petitioners

/s/ Sarah Wilson (with permission)
Counsel for Respondents

3