-R-T-S-  923015322-1N  05/30/20

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

**FILED**
CLERK, U.S. DISTRICT COURT

OCT 28 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNDELIVERABLE MAIL

RECEIVED
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Case: 2:07cv3239  Doc: 554

Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301