# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### OFFICE OF THE CLERK
### 255 EAST TEMPLE STREET, ROOM 180
### LOS ANGELES, CALIFORNIA 90012

## OFFICIAL BUSINESS



**FILED**
CLERK, U.S. DISTRICT COURT

OCT 28 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNDELIVERABLE MAIL



**RETURN TO SENDER**
Adelanto ICE Processing Center
Reason checked

- ☐ All books must have prior authorization, be new, and soft cover. NO hard cover, spiral bound, magazines, newspapers or package allowed
- ☐ Must have Detainees Name, A# ☐ Dorm # ☐
- ☐ Not allowed marker, crayon, glitter, glue, stickers, Books stamps, perfume or lipstick on the letter or envelope
- ☐ No longer at this address
- ☐ No such recipient/ Not in custody
- ☐ Illegible or incomplete
- ☐ Not known or Not our Mail
- ☐ Contents not acceptable
- ☐ Photos no larger than 5x7, photos with sexual nudity is not allowed
- ☑ Released/Damaged/ Refused
- ☐ Violates the institution's policies
- ☐ Other _____

Case: 2:07cv3239   Doc: 555

Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301