**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



-R-T-S-  923015134-1N  08/15/20

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 20 2020
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY



Undeliverable Mail

FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2020
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Case: 2:07cv3239  Doc: 560

Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

```
-R-T-S-    910015322-1N                08/19/20

           RETURN TO SENDER
           UNABLE TO FORWARD
           UNABLE TO FORWARD
           RETURN TO SENDER
```



Case: 2:18cv09542   Doc: 1

Chris   Legal Sr
General Delivery
Alta Dena, CA 91001