AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
ZOË MCKINNEY (SBN 312877)
zmckinney@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

Attorneys for Petitioner
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals, <br><br> Petitioners, <br><br> v. <br><br> WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **JOINT STIPULATION FOR SCHEDULING ORDER** <br><br> Honorable Terry J. Hatter, Jr. |

Additional counsel:

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.staford.edu
SHANTI THARAYIL (SBN 330123)
tharayil@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
ALEXANDRIA RUIZ (SBN 313286)
aruiz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Parties hereby request that the Court modify the scheduling order in this case. Good cause exists for this request. Since this Court's scheduling order entered on September 18, 2020, Dkt. 562, the Parties have continued to work towards resolution of the outstanding issues in this case in accordance with the scheduling order. Earlier this month, counsel for Plaintiffs learned that their expert witness, Dr. Susan Long, needed to undergo a major surgery in mid-November. Under the current schedule, the government would produce the final set of data on which Dr. Long will rely in her report on October 16, 2020, and the parties are due to exchange expert reports on December 18, 2020. Dr. Long's surgery, and approximately four weeks of recovery time, will prevent her from being able to prepare her report by the existing deadline.

The Parties have met and conferred at length concerning an updated schedule and agree that modification of the current schedule is necessary, as follows:

**Joint Proposal**

The Parties have met and conferred and have now agreed on the following schedule:

Supplemental Initial Disclosures: The Parties will update their initial disclosures by January 8, 2021.

Fact discovery: Respondents have agreed to respond to staggered production dates in response to certain already-served discovery requests by December 18, 2020, and January 8, 2021.

Specifically, the Parties have met and conferred regarding a set of discovery requests, which Petitioners propounded on March 11, 2020, concerning the costs associated with bond hearings and Respondents' immigration detention practices. Respondents will respond to those requests by December 18, 2020. Petitioners also

propounded requests for production of documents relating to Respondents' parole practices. Respondents have agreed to respond to those requests by December 18, 2020.

Separately, the Parties have met and conferred regarding a request for production and a notice for a Rule 30(b)(6) deposition seeking information about the study the government conducted about recidivism rates among class members released on bond. Respondents agree to respond to those requests by January 8, 2021.

Additionally, the Parties have repeatedly met and conferred regarding a set of discovery requests seeking data about bond hearings conducted under the injunction that Petitioners propounded last year. Respondents produced an initial set of information responsive to these requests on December 13, 2019. After months of conferencing, the Parties have now reached an agreement on production of the requested data by January 8, 2021.

The Parties anticipate the possibility that they may serve a limited number of further discovery requests, including requests for documents, and may take additional depositions. Information sought in the additional discovery may include statistical and anecdotal information related to a) the outcomes of immigration cases in which people receive bond hearings conducted pursuant to the injunction in this case, b) recidivism amongst class members, c) Respondents' parole practices, and d) the costs associated with bond hearings and Respondents' immigration detention practices. Nothing in this stipulation shall impair the right of either party to object to any particular discovery request on any ground.

<u>Expert discovery</u>: The Parties propose that the Court set the deadline to update expert disclosures and prepare and serve expert reports by March 19, 2021; and rebuttal reports by May 3, 2021.

<u>Discovery cutoff</u>: The Parties propose a discovery cutoff of May 14, 2021.

<u>Briefing for dispositive motions</u>: Regarding the schedule for anticipated

cross-motions for summary judgment, the Parties propose that the Court set the deadline for Petitioners to file their opening motion for summary judgment on June 25, 2021; Respondents to file their brief in opposition and cross-motion for summary judgment on July 23, 2021; Petitioners to file a response in opposition to Respondents' summary judgment motion and reply in support of their summary judgment motion on August 13, 2021; and Respondents to file their reply in support of their cross-motion for summary judgment on September 3, 2021. The motions shall be noticed for September 20, 2021.

\* \* \*

The Parties agree that the proposed schedule complies with Federal Rule of Civil Procedure 26 and Local Rule 16.  The Parties agree that the entry of the proposed scheduling order serves the interests of judicial efficiency, and for that reason respectfully request that the Court enter the accompanying proposed order.

It is so stipulated.

Respectfully submitted,

Dated:  November 24, 2020

/s/ Zoë McKinney
Counsel for Petitioners

/s/ Sarah Wilson (with permission)
Counsel for Respondents