**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Rel

RTS  H C L

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 22 2020
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Returned Mail

FILED
CLERK, U.S. DISTRICT COURT
JAN 12 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

-R-T-S-  923015106-1N    12/18/20

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

RETURN TO SENDER
Adelanto ICE Processing Center
Rules:
☐ All books must have prior authorization, be new, and soft cover. NO hard cover, spiral bound, magazines, newspapers or package allowed
☐ Must have Detainees Name, A# ☐ Dorm #☐
☐ Not allowed marker, crayon, glitter, glue, stickers, Books stamps, perfume or lipstick on the letter or envelope
☒ No longer at this address

____ the institution's policies
☐ Other

Please remove Mr. Frederick from your mailing list as he is no longer at this address. Thanks!

NEOPOST
12/07/2020
US POSTAGE

Case: 2:07cv3239   Doc: 568

Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<31026447@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 12/7/2020 at 9:49 AM PST and filed on 12/4/2020

| | |
|---|---|
| **Case Name:** | Alejandro Rodriguez v. James Hayes et al |
| **Case Number:** | 2:07-cv-03239-TJH-RNB |
| **Filer:** | |
| **Document Number:** | 568 |

**Docket Text:**
ORDER GRANTING JOINT STIPULATION FOR SCHEDULING ORDER, [567] by Judge Terry J. Hatter, Jr: The following schedule is so ORDERED: Cost and Parole Discovery Response Deadline: December 18, 2020; Recividism Discovery Response Deadline: December 18, 2020. Supplemental Initial Disclosures - January 8, 2021; EARMS Data Discovery Response Deadline - January 8, 2021; Fact and Expert Discovery Cut-Off - May 14, 2021; Deadline for Plaintiffs to file Motion for Summary Judgment - June 25, 2021; IT IS SO ORDERED. See order for further details. (shb)

**2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:**
Michael K T Tan    michael-tan-9223@ecf.pacerpro.com, mtan@aclu.org
Michael Bryan Kaufman    cminneci@aclusocal.org, gtien@aclu-sc.org, mgarcia@aclusocal.org, mkaufman@aclusocal.org
Erez Reuveni    erez.r.reuveni@usdoj.gov
Sarah S Wilson    sarah.s.wilson@usdoj.gov
Sean A Commons    sean-commons-1061@ecf.pacerpro.com, laefilingnotice@sidley.com, cvespinoza@sidley.com, scommons@sidley.com
Jayashri Srikantiah    ecmadriz@law.stanford.edu, jsrikantiah@law.stanford.edu
Cecillia D Wang    cwang@aclu.org
Zoe Nicole McKinney    zmckinney@aclusocal.org
Judy Rabinovitz    judy-rabinovitz-3958@ecf.pacerpro.com, jrabinovitz@aclu.org, mtan@aclu.org
Luis Allen Carrillo    lac4justice@gmail.com, ed@carrillofirm.com, ac@carrillofirm.com, lj@carrillofirm.com, hr@carrillofirm.com, mc@carrillofirm.com, mf@carrillofirm.com,

db@carrillofirm.com
Stacey Ilene Young    stacey.young@usdoj.gov
Ahilan T Arulanantham    gtien@aclu-sc.org, aarulanantham@aclusocal.org
Peter J Eliasberg    peliasberg@aclusocal.org, ckasher@aclusocal.org

**2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US
Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
ZOË MCKINNEY (SBN 312877)
zmckinney@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

Attorneys for Plaintiffs
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Defendants. | Case No. CV 07-3239-TJH (RNBx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR SCHEDULING ORDER [567]**<br><br>Honorable Terry J. Hatter, Jr. |

Additional counsel:

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.staford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
ALEXANDRIA RUIZ (SBN 313286)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

The Court has read and considered the Joint Stipulation for Scheduling Order. Good cause appearing, the following schedule is so ORDERED:

| Event | Deadline |
| --- | --- |
| Cost and Parole Discovery Response Deadline: | December 18, 2020 |
| Recidivism Discovery Response Deadline: | December 18, 2020 |
| Supplemental Initial Disclosures | January 8, 2021 |
| EARMs Data Discovery Response Deadline: | January 8, 2021 |
| Expert Disclosures and Reports Deadline: | March 19, 2021 |
| Expert Rebuttal Reports Deadline: | May 3, 2021 |
| Fact and Expert Discovery Cut-Off | May 14, 2021 |
| Deadline for Plaintiffs to File Motion for Summary Judgment | June 25, 2021 |
| Deadline for Defendants to File Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment | July 23, 2021 |
| Deadline for Plaintiffs to File Reply in Support of Motion for Summary Judgment and Response in Opposition to Cross-Motion for Summary Judgment | August 13, 2021 |
| Deadline for Defendants to File Reply in Support of Cross-Motion for Summary Judgment | September 3, 2021 |
| Cross-Motions for Summary Judgment Noticed For: | September 20, 2021 |

The Parties may serve a limited number of further discovery requests. Information sought in the additional discovery may include statistical and anecdotal information related to a) the outcomes of immigration cases in which people receive bond hearings conducted pursuant to the injunction in this case, b) recidivism amongst class members, c) Respondents' parole practices, and d) the

1

costs associated with bond hearings and Respondents' immigration detention practices. Nothing in this stipulation shall impair the right of either party to object to any particular discovery request on any ground.

**IT IS SO ORDERED.**

Dated: DECEMBER 4, 2020

*[signature]*

The Honorable Terry J. Hatter, Jr.
United States District Judge