AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclusocal.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
LIGA CHIA (SBN 328143)
lchia@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5232
Facsimile: (213) 977-5297

Attorneys for Petitioner
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**JOINT STIPULATION FOR SCHEDULING ORDER**<br><br>Honorable Terry J. Hatter, Jr. |

Additional counsel:

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.staford.edu
SHANTI THARAYIL (SBN 330123)
tharayil@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
ALEXANDRIA RUIZ (SBN 313286)
aruiz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Parties hereby request that the Court modify the scheduling order in this case. Good cause exists for this request.

Since this Court's scheduling order entered on December 4, 2020, Dkt. 568, the Parties have continued to work towards resolution of the outstanding issues in this case in accordance with the scheduling order, including by exchanging supplemental disclosures and reaching agreement on several outstanding discovery disputes. The parties believe that a 90-day extension of the remaining case scheduling deadlines is warranted for two reasons. First, the parties recently have discussed negotiating a settlement of some or all of the remaining issues in the case. An extension would afford the parties time to explore whether to engage in further settlement negotiations, and whether it would be beneficial to do so with the assistance of a mediator. Second, Petitioners' counsel has recently undergone staffing changes, including the imminent departure of lead counsel Ahilan Arulanantham from the ACLU of Southern California, that will make it difficult to complete discovery and dispositive briefing within the current schedule.

In light of these considerations, the Parties have met and conferred regarding an updated schedule and agree that modification of the current schedule is necessary, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures and Reports Deadline: | March 19, 2021 | June 17, 2021 |
| Expert Rebuttal Reports Deadline: | May 3, 2021 | August 2, 2021 |
| Fact and Expert Discovery Cut-Off | May 14, 2021 | August 12, 2021 |
| Deadline for Plaintiffs to File Motion for Summary Judgment | June 25, 2021 | September 23, 2021 |
| Deadline for Defendants | July 23, 2021 | October 21, 2021 |

1

| | | |
|---|---|---|
| to File Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment | | |
| Deadline for Plaintiffs to File Reply in Support of Motion for Summary Judgment and Response in Opposition to Cross-Motion for Summary Judgment | August 13, 2021 | November 12, 2021 |
| Deadline for Defendants to File Reply in Support of Cross-Motion for Summary Judgment | September 3, 2021 | December 2, 2021 |
| Cross-Motions for Summary Judgment Noticed For: | September 20, 2021 | December 19, 2021 |

It is so stipulated.

Respectfully submitted,

Dated: March 4, 2021

/s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners

/s/ Sarah Wilson (with permission)
SARAH WILSON
Counsel for Respondents