**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





REL. 2-2-12
West



Returned Mail

Case: 2:07cv3239  Doc: 573

Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<31543443@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-RNB Alejandro Rodriguez v. James Hayes et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 3/9/2021 at 1:25 PM PST and filed on 3/8/2021

| | |
|---|---|
| **Case Name:** | Alejandro Rodriguez v. James Hayes et al |
| **Case Number:** | 2:07-cv-03239-TJH-RNB |
| **Filer:** | |
| **Document Number:** | 573 |

**Docket Text:**
ORDER GRANTING JOINT STIPULATION FOR SCHEDULING ORDER [571] by Judge Terry J. Hatter, Jr: The parties Joint Stipulation for Scheduling Order, the Stipulation is hereby GRANTED. The deadlines in this case are modified to the New Deadlines listed below as follows: Expert Disclosures and Reports Deadline: June 17, 2021. Expert Rebuttal Reports Deadline: August 2, 2021. Fact and Expert DiscoveryCut-Off - August 12, 2021. Deadline for Plaintiffs to File Motion for SummaryJudgment - September 23, 2021. Deadline for Defendants to File Opposition toMotion for Summary Judgment and Cross-Motion for Summary Judgment - October 21, 2021. IT IS SO ORDERED. See order for further details. (shb)

**2:07-cv-03239-TJH-RNB Notice has been electronically mailed to:**
Liga Chia     cminneci@aclusocal.org, lchia@aclusocal.org
Michael K T Tan     michael-tan-9223@ecf.pacerpro.com, mtan@aclu.org
Michael Bryan Kaufman     cminneci@aclusocal.org, gtien@aclu-sc.org, mgarcia@aclusocal.org, mkaufman@aclusocal.org
Erez Reuveni     erez.r.reuveni@usdoj.gov
Sarah S Wilson     sarah.s.wilson@usdoj.gov
Sean A Commons     sean-commons-1061@ecf.pacerpro.com, laefilingnotice@sidley.com, cvespinoza@sidley.com, scommons@sidley.com
Jayashri Srikantiah     ecmadriz@law.stanford.edu, jsrikantiah@law.stanford.edu
Cecillia D Wang     cwang@aclu.org
Zoe Nicole McKinney     zmckinney@aclusocal.org
Judy Rabinovitz     judy-rabinovitz-3958@ecf.pacerpro.com, jrabinovitz@aclu.org, mtan@aclu.org

Luis Allen Carrillo    lac4justice@gmail.com, ed@carrillofirm.com, ac@carrillofirm.com, lj@carrillofirm.com, hr@carrillofirm.com, mc@carrillofirm.com, mf@carrillofirm.com, db@carrillofirm.com

Stacey Ilene Young    stacey.young@usdoj.gov

Ahilan T Arulanantham    gtien@aclu-sc.org, arulanantham@law.ucla.edu

Peter J Eliasberg    peliasberg@aclusocal.org, ckasher@aclusocal.org

**2:07-cv-03239-TJH-RNB Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US

Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017

Case 2:07-cv-03239-TJH-KES   Document 574   Filed 04/07/21   Page 4 of 6   Page ID #:10618

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR SCHEDULING ORDER [571]**<br><br>Honorable Terry J. Hatter, Jr. |

Good cause having been shown in the parties' Joint Stipulation for Scheduling Order, the Stipulation is hereby GRANTED.

The deadlines in this case are modified to the New Deadlines listed below as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosures and Reports Deadline: | March 19, 2021 | June 17, 2021 |
| Expert Rebuttal Reports Deadline: | May 3, 2021 | August 2, 2021 |
| Fact and Expert Discovery Cut-Off | May 14, 2021 | August 12, 2021 |
| Deadline for Plaintiffs to File Motion for Summary Judgment | June 25, 2021 | September 23, 2021 |
| Deadline for Defendants to File Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment | July 23, 2021 | October 21, 2021 |
| Deadline for Plaintiffs to File Reply in Support of Motion for Summary Judgment and Response in Opposition to Cross-Motion for Summary Judgment | August 13, 2021 | November 12, 2021 |
| Deadline for Defendants to File Reply in Support of Cross-Motion for Summary Judgment | September 3, 2021 | December 2, 2021 |
| Cross-Motions for Summary Judgment Noticed For: | September 20, 2021 | December 19, 2021 |

It is so ORDERED.

Dated: March 8, 2021

HONORABLE TERRY J. HATTER, JR.
United States District Judge

1