# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals, <br><br> Petitioners, <br><br> v. <br><br> WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **ORDER GRANTING JOINT STIPULATION FOR SCHEDULING ORDER [576]** <br><br> Honorable Terry J. Hatter, Jr. |

Good cause having been shown in the parties' Joint Stipulation for Scheduling Order, the Stipulation is hereby GRANTED.

The deadlines in this case are modified to the New Deadlines listed below as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosures and Reports Deadline: | June 17, 2021 | September 15, 2021 |
| Expert Rebuttal Reports Deadline: | August 2, 2021 | November 1, 2021 |
| Fact and Expert Discovery Cut-Off | August 12, 2021 | November 10, 2021 |
| Deadline for Plaintiffs to File Motion for Summary Judgment | September 23, 2021 | December 22, 2021 |
| Deadline for Defendants to File Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment | October 21, 2021 | January 19, 2022 |
| Deadline for Plaintiffs to File Reply in Support of Motion for Summary Judgment and Response in Opposition to Cross-Motion for Summary Judgment | November 12, 2021 | February 10, 2022 |
| Deadline for Defendants to File Reply in Support of Cross-Motion for Summary Judgment | December 2, 2021 | March 2, 2022 |
| Cross-Motions for Summary Judgment Noticed For: | December 19, 2021 | March 21, 2022 |

It is so ORDERED.

Dated: June 9, 2021

HONORABLE TERRY J. HATTER, JR.
United States District Judge

1