MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
LIGA CHIA (SBN 328143)
lchia@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5232
Facsimile: (213) 977-5297

Attorneys for Petitioner
(Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**JOINT STIPULATION FOR SCHEDULING ORDER**<br><br>Honorable Terry J. Hatter, Jr. |

Additional counsel:

AHILAN ARULANANTHAM (SBN 237849)
arulanantham@law.ucla.edu
UCLA School of Law
385 Charles Young Drive East
Los Angeles, CA 90095
Tel: 310-825-1029

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.staford.edu
SHANTI THARAYIL (SBN 330123)
tharayil@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
ALEXANDRIA RUIZ (SBN 313286)
aruiz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Parties hereby request that the Court modify the scheduling order in this case. Good cause exists for this request.

This Court granted the Parties' joint stipulations to modify the scheduling order to afford the Parties time to complete discovery and explore settlement negotiations. *See* Dkts. 577, 573, 571. Since that time, the Parties have continued to make progress on narrowing their discovery disputes. The Parties have also continued to meet and confer a potential settlement, including the engagement of a mediator. The Parties agree that additional time is necessary to determine whether a settlement can be reached in the case.

In light of these considerations, the Parties have met and conferred regarding an updated schedule and agree that modification of the current schedule is necessary, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures and Reports Deadline: | September 15, 2021 | December 14, 2021 |
| Expert Rebuttal Reports Deadline: | November 1, 2021 | January 31, 2022 |
| Fact and Expert Discovery Cut-Off | November 10, 2021 | February 8, 2022 |
| Deadline for Plaintiffs to File Motion for Summary Judgment | December 22, 2021 | March 22, 2022 |
| Deadline for Defendants to File Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment | January 19, 2022 | April 19, 2022 |
| Deadline for Plaintiffs to File Reply in Support of Motion for Summary Judgment and Response in | February 10, 2022 | May 11, 2022 |

1

| | | |
|---|---|---|
| Opposition to Cross-Motion for Summary Judgment | | |
| Deadline for Defendants to File Reply in Support of Cross-Motion for Summary Judgment | March 2, 2022 | May 31, 2022 |
| Cross-Motions for Summary Judgment Noticed For: | March 21, 2022 | June 20, 2022 |

It is so stipulated.

Respectfully submitted,

Dated: September 8, 2021

/s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners

/s/ Sarah Wilson (with permission)
SARAH WILSON
Counsel for Respondents

2