# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR SCHEDULING ORDER**<br><br>Honorable Terry J. Hatter, Jr. |

Good cause having been shown in the parties' Joint Stipulation for Scheduling Order, the Stipulation is hereby GRANTED.

The deadlines in this case are modified to the New Deadlines listed below as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosures and Reports Deadline: | September 15, 2021 | December 14, 2021 |
| Expert Rebuttal Reports Deadline: | November 1, 2021 | January 31, 2022 |
| Fact and Expert Discovery Cut-Off | November 10, 2021 | February 8, 2022 |
| Deadline for Plaintiffs to File Motion for Summary Judgment | December 22, 2021 | March 22, 2022 |
| Deadline for Defendants to File Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment | January 19, 2022 | April 19, 2022 |
| Deadline for Plaintiffs to File Reply in Support of Motion for Summary Judgment and Response in Opposition to Cross-Motion for Summary Judgment | February 10, 2022 | May 11, 2022 |
| Deadline for Defendants to File Reply in Support of Cross-Motion for Summary Judgment | March 2, 2022 | May 31, 2022 |
| Cross-Motions for Summary Judgment Noticed For: | March 21, 2022 | June 20, 2022 |

It is so ORDERED.

Dated: September ___, 2021

_____
HONORABLE TERRY J. HATTER, JR.
United States District Judge

1