FILED

OCT 15 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., <br><br> Petitioners-Appellees, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; et al., <br><br> Respondents-Appellants. | No. 20-55770 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, Los Angeles <br><br> ORDER |

Before: WARDLAW and GOULD, Circuit Judges, and HADDON,[*] District Judge.

The panel unanimously finds that the facts and legal arguments in this case are adequately presented in the briefs and record, and that the decisional process would not be significantly aided by oral argument. Pursuant to Fed. R. App. P. 34(a)(2), it is therefore ordered that the case be submitted on the briefs, without oral argument effective as of the filing date of this order.

---

[*] The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.