MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
LIGA CHIA (SBN 328143)
lchia@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5232
Facsimile: (213) 977-5297

Attorneys for Petitioner
(Additional counsel listed on following page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals, <br><br> Petitioners, <br><br> v. <br><br> WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **JOINT STIPULATION FOR REFERRAL FOR VOLUNTARY SETTLEMENT CONFERENCE** <br><br> Honorable Terry J. Hatter, Jr. |

Additional counsel:

AHILAN ARULANANTHAM (SBN 237849)
arulanantham@law.ucla.edu
UCLA School of Law
385 Charles Young Drive East
Los Angeles, CA 90095
Tel:  310-825-1029

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY  10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.staford.edu
SHANTI THARAYIL (SBN 330123)
tharayil@law.stanford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
ALEXANDRIA RUIZ (SBN 313286)
aruiz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

The Parties have agreed to begin settlement discussions to potentially resolve this matter without the need for further litigation. The parties stipulate to appear before a neutral judge. Accordingly, the parties jointly request that the Court refer this case to a settlement conference before Magistrate Judge Laurel Beeler of the Northern District of California. Counsel for both parties have successfully mediated similar cases with Judge Beeler in the past, and believe that she can help the parties determine whether they can reach a settlement in this case. Counsel have communicated with Judge Beeler, who indicated that she is available and willing to mediate this case.

It is so stipulated.

Respectfully submitted,

Dated: November 1, 2021

/s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners

/s/ Sarah Wilson (with permission)
SARAH WILSON
Counsel for Respondents