1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR REFERRAL FOR VOLUNTARY SETTLEMENT CONFERENCE**<br><br>Honorable Terry J. Hatter, Jr. |

1     Good cause having been shown in the parties' Joint Stipulation for Referral
2 for Voluntary Settlement Conference, the Stipulation is hereby GRANTED.
3     The parties are referred to Magistrate Judge Laurel Beeler of the Northern
4 District of California, for a settlement conference.
5     It is so ORDERED.

6

7 Dated: November ____, 2021

                HONORABLE TERRY J. HATTER, JR.
8                 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28