1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR REFERRAL FOR VOLUNTARY SETTLEMENT CONFERENCE [583]**<br><br>Honorable Terry J. Hatter, Jr. |

| | |
|---|---|
| 1 | Good cause having been shown in the parties' Joint Stipulation for Referral |
| 2 | for Voluntary Settlement Conference, the Stipulation is hereby GRANTED. |
| 3 | The parties are referred to Magistrate Judge Laurel Beeler of the Northern |
| 4 | District of California, for a settlement conference. |
| 5 | It is so ORDERED. |

Dated: November 10, 2021

*[signature]*
HONORABLE TERRY J. HATTER, JR.
United States District Judge