AHILAN ARULANANTHAM
arulanantham@law.ucla.edu
UCLA School of Law
385 Charles Young Drive East
Los Angeles, CA 90095
Tel: 310-825-1029

MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
LIGA CHIA (SBN 328143)
lchia@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

Attorneys for Petitioner (additional counsel listed on following page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**JOINT STIPULATION TO STAY CASE SCHEDULE DEADLINES (DKT. 580)**<br><br>Honorable Terry J. Hatter, Jr. |

Additional counsel:

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.staford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
MARISOL RAMIREZ (SBN 307069)
marisol.ramirez@sidley.com
ALEXANDRIA RUIZ (SBN 313286)
aruiz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

1  The parties hereby request that the Court stay the scheduling order deadlines
2  entered on September 9, 2021, (Dkt. 580), while the parties are in settlement
3  negotiations.
4  There is good cause for a stay. This Court recently referred the parties for a
5  settlement conference before Magistrate Judge Laurel Beeler. Dkt. 584. The parties
6  anticipate conducting the first settlement conference in January 2022, and have
7  begun discussing the framework of a potential settlement of the case. The parties
8  believe it would benefit judicial economy to fully dedicate their time and energy to
9  determining whether a settlement can be reached, rather than proceeding with
10 discovery and other pre-trial matters under the current case scheduling deadlines.
11 Accordingly, the parties jointly request that the Court stay the existing
12 scheduling order deadlines pending settlement negotiations. If the parties are
13 unable to reach a settlement, the parties will propose new case scheduling
14 deadlines to the Court upon the conclusion of settlement negotiations.
15 It is so stipulated.

Respectfully submitted,

Dated: December 8, 2021

/s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners

Dated: December 8, 2021

/s/ Sarah Wilson (with permission)
SARAH WILSON
Counsel for Respondents

1