# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR STAY OF CASE SCHEDULING DEADLINES** **[580]**<br><br>Honorable Terry J. Hatter, Jr. |

1  Good cause having been shown in the parties' Joint Stipulation for Stay of
2  Case Scheduling Deadlines, Dkt. 580, the Stipulation is hereby GRANTED.
3  The dates in this Court's scheduling order, Dkt. 580, are hereby stayed
4  pending the parties' settlement negotiations.
5  It is so ORDERED.

7  Dated: December 9, 2021        _____
                                   HONORABLE TERRY J. HATTER, JR.
8                                  United States District Judge

1