UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 07-3239-TJH(RNBx) |
| Date | FEBRUARY 4, 2022 |

| | |
|---|---|
| Title | Alejandro Rodriguez v. James Hayes et al |

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that a joint status report must be filed to this action no later than MARCH 7, 2022.

IT IS SO ORDERED.

cc: all parties