Case: 2:07cv3239  Doc: 586

**FILED**
CLERK, U.S. DISTRICT COURT
2/18/22
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DR_____ DEPUTY

UNDELIVERABLE MAIL

Frederick Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

NEOPOST
12/10/2021
US POSTAGE $00



Case: 2:07cv3239   Doc: 586

Frederick  Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

-R-T-S-   923015128-1N        02/07/22

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



ipient/ Not in
ncomplete
or Not our Mail
ot acceptable
larger than
with sexual nudity
ed

☐ Not allowed marker, crayon,
glitter, glue, stickers, Books
stamps, perfume or lipstick
on the letter or envelope
☒ No longer at this address

☐ Released/Damaged/ Refused
☐ Violates the institution's policies
☐ Other

