AHILAN ARULANANTHAM (SBN 237849)
arulanantham@law.ucla.edu
UCLA School of Law
Center for Immigration Law and Policy
385 Charles Young Drive East
Los Angeles, CA 90095
Tel: 310-825-1029

MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
LIGA CHIA (SBN 328143)
lchia@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

Attorneys for Petitioner (additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**JOINT STATUS REPORT REGARDING MEDIATION**<br><br>Honorable Terry J. Hatter, Jr. |

Additional counsel:

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.staford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
MARISOL RAMIREZ (SBN 307069)
marisol.ramirez@sidley.com
ALEXANDRIA RUIZ (SBN 313286)
aruiz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Pursuant to the Court's February 4, 2022 Order (Dkt. 587), the parties provide this status report.

As previously disclosed to the Court, (Dkt. 585), the parties have agreed to explore whether they can reach a settlement that resolves some or all of the issues remaining in this case. At the parties' request, this Court referred the parties for a settlement conference before Magistrate Judge Laurel Beeler of the Northern District of California. Dkt. 584. The parties were initially scheduled for a conference with Judge Beeler in February 2022, but rescheduled the conference for April 26, 2022. In the meantime, the parties have engaged in extensive discussions over potential paths to settlement, including a Zoom meeting on February 8, 2022 attended by Plaintiffs' counsel, Defendants' counsel, and Defendant agency personnel. The parties plan to engage in further discussions and exchange settlement proposals prior to the scheduled mediation.

For the reasons previously set forth, (Dkt. 585), the parties believe it would benefit judicial economy to maintain the stay of the case scheduling deadlines pending settlement negotiations. The parties respectfully request the opportunity to file an additional status report within two weeks after the first formal mediation session takes place to advise the Court on the status of negotiations.

Respectfully submitted,

Dated: March 4, 2022

/s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners

Dated: March 4, 2022

/s/ Sarah Wilson (with permission)
SARAH WILSON
Counsel for Respondents