

**FILED**

MAR 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., <br><br> Petitioners-Appellees, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; et al., <br><br> Respondents-Appellants. | No.   20-55770 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, Los Angeles <br><br> ORDER |

Before: WARDLAW and GOULD, Circuit Judges, and HADDON,[*] District Judge.

The parties' Joint Motion for a 90 Day Extension to File Petition for Panel Rehearing and Rehearing En Banc (Dckt. No. 33) is granted. The Appellant's Motion for Panel Rehearing (Dckt. No. 34) is denied without prejudice.

---

[*] The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.