UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-3239-TJH(RNBx) | Date | JANUARY 3, 2023 |
| Title | Alejandro Rodriguez v. James Hayes et al | | |

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that a joint status report must be filed to this action no later than JANUARY 31, 2023.

IT IS SO ORDERED.

cc: all parties