1  AHILAN ARULANANTHAM (SBN 237849)
   arulanantham@law.ucla.edu
2  UCLA School of Law
   Center for Immigration Law and Policy
3  385 Charles Young Drive East
   Los Angeles, CA 90095
4  Tel: 310-825-1029

5  MICHAEL KAUFMAN (SBN 254575)
   mkaufman@aclusocal.org
6  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
7  Los Angeles, CA 90017
   Telephone: (213) 977-5211
8  Facsimile: (213) 977-5297

9  Attorneys for Petitioner (additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals, <br><br> Petitioners, <br><br> v. <br><br> WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility, <br><br> Respondents. | Case No. CV 07-3239-TJH (RNBx) <br><br> **JOINT STATUS REPORT REGARDING MEDIATION** <br><br> Honorable Terry J. Hatter, Jr. |

Additional counsel:

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN (SBN 284869)
mtan@aclu.org
AMERICAN CIVIL LIBERTIES FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

JAYASHRI SRIKANTIAH (SBN 189566)
jsrikantiah@law.staford.edu
STANFORD LAW SCHOOL
IMMIGRANTS' RIGHTS CLINIC
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
MARISOL RAMIREZ (SBN 307069)
marisol.ramirez@sidley.com
ALEXANDRIA RUIZ (SBN 313286)
aruiz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Pursuant to the Court's January 3, 2022 Order, (Dkt. 597), the parties provide this status report.

As previously disclosed to the Court, (Dkts. 585, 589), the parties have agreed to explore whether they can reach a settlement that resolves some or all of the issues remaining in this case. At the parties' request, this Court referred the parties for a settlement conference before Magistrate Judge Laurel Beeler of the Northern District of California. Dkt. 584. Since that time, the parties have met and conferred extensively on a potential settlement, including through the exchange of written proposals, phone conferences, and multiple settlement conferences with Judge Beeler (attended by Petitioners' Counsel, Respondents' counsel, Respondent agency personnel, and lead Petitioner Alejandro Rodriguez). Most recently, the parties appeared for a settlement conference with Judge Beeler on December 20, 2022. Pursuant to Judge Beeler's instructions, the parties will exchange additional information concerning their positions over the coming weeks. The parties are currently scheduled for another settlement conference with Judge Beeler on February 24, 2023.

For the reasons previously set forth, (Dkt. 585, 589), the parties believe it would benefit judicial economy to maintain the stay of this case's scheduling deadlines pending continued settlement negotiations.

Respectfully submitted,

Dated: January 30, 2023

/s/ Michael Kaufman
MICHAEL KAUFMAN
Counsel for Petitioners

Dated: January 30, 2023

/s/ Sarah Wilson (with permission)
SARAH WILSON
Counsel for Respondents

1