| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAY 19 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al.,<br><br>        Petitioners-Appellees,<br><br> v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>        Respondents-Appellants. | No.   20-55770<br><br>D.C. No.<br>2:07-cv-03239-TJH-RNB<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:  WARDLAW and GOULD, Circuit Judges, and HADDON,[*] District Judge.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 120 days to September 27, 2023 (Dkt. No. 44) is GRANTED.

**IT IS SO ORDERED.**

---

    [*]    The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.