UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ALEJANDRO RODRIGUEZ; et al., Petitioners-Appellees, v. WILLIAM P. BARR, Attorney General; et al., Respondents-Appellants. | No. 20-55770 D.C. No. 2:07-cv-03239-TJH-RNB Central District of California, Los Angeles ORDER |
|---|---|

Before: WARDLAW and GOULD, Circuit Judges, and HADDON,[*] District Judge.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 120 days to January 25, 2024 (Dkt. No. 50) is GRANTED.

**IT IS SO ORDERD.**

---

[*] The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.