UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al.,<br><br>　　　　Petitioners-Appellees,<br><br>　v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>　　　　Respondents-Appellants. | No.　20-55770<br><br>D.C. No. 2:07-cv-03239-TJH-RNB<br>Central District of California, Los Angeles<br><br>ORDER |

Before: WARDLAW and GOULD, Circuit Judges.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 120 days to May 24, 2024 (Dkt. No. 52) is GRANTED.

**IT IS SO ORDERED.**