BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
SARAH WILSON
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4700
Email: sarah.s.wilson@usdoj.gov

Attorneys for Respondents

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ, ABDIRIZAK ADEN FARAH, YUSSUF ABDIKADIR, ABEL PEREZ RUELAS, JOSE FARIAS CORNEJO, ANGEL ARMANDO AYALA, ALEX CACHO CASTILLO for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>WILLIAM BARR, United States Attorney General; KEVIN MCALEENAN, Acting Secretary, Homeland Security; JAMES MCHENRY, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES Sheriff of Orange County; OFFICER NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Respondents. | Case No. CV 07-3239-TJH (RNBx)<br><br>**JOINT STATUS REPORT**<br><br>Honorable Terry J. Hatter, Jr. |

Pursuant to the Court's January 24, 2024 Order, (Dkt. 604), the parties provide this status report.

The parties have been working cooperatively to explore the potential for settlement. In light of those efforts, petitioners recently sought, with the government's consent, an extension of the deadline to file a petition for rehearing en banc until May 24, 2024. The Ninth Circuit granted that request. As a result, the mandate has not yet issued, and the matter remains pending before the Ninth Circuit while settlement discussions continue.

For the reasons previously set forth (Dkts. 585, 589, 598), the parties believe it would benefit judicial economy to maintain the stay of this case's scheduling deadlines pending continued settlement negotiations.

Respectfully submitted,

Dated: January 31, 2024

/s/ Ahilan Arulanantham (with permission)
Counsel for Petitioners

/s/ Sarah Wilson (with permission)
Counsel for Respondents