**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ALEJANDRO RODRIGUEZ

PETITIONER(S),

v.

TIMOTHY ROBBINS

RESPONDENT(S).

CASE NUMBER:

2:07−cv−03239−TJH−RNBx

**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER**

To: All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon. __Karen E. Scott__, Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read: __2:07−cv−03239−TJH−KESx__. This is very important because documents are routed by the initials.

Clerk, U.S. District Court

March 12, 2024
Date

By: /s/ *Vangelina Pina*
Deputy Clerk

G−74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER