**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



Case: 2:07cv3239   Doc: 608

Frederick Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37542782@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-KES Alejandro Rodriguez v. James Hayes et al Notice of Reassignment of Case Due to Unavailability of Judicial Officer (G-74) (MJ) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 3/12/2024 at 11:13 AM PDT and filed on 3/12/2024

| | |
|---|---|
| **Case Name:** | Alejandro Rodriguez v. James Hayes et al |
| **Case Number:** | 2:07-cv-03239-TJH-KES |
| **Filer:** | |
| **Document Number:** | 608 |

**Docket Text:**
**NOTICE OF REASSIGNMENT OF CASE due to Unavailability of Judicial Officer filed. The previously assigned Magistrate Judge is no longer available. Pursuant to directive of the Chief Magistrate Judge and in accordance with the rules of this Court, the case has been returned to the Clerk for reassignment. This case has been reassigned to Magistrate Judge Karen E. Scott for any discovery and/or post-judgment matters that may be referred. Case number will now read as 2:07-cv-03239-TJH-KESx. (vp)**

**2:07-cv-03239-TJH-KES Notice has been electronically mailed to:**
Michael Bryan Kaufman    gtien@aclu-sc.org, mgarcia@aclusocal.org, mkaufman@aclusocal.org
Erez Reuveni    erez.r.reuveni@usdoj.gov
Sarah S Wilson    sarah.s.wilson@usdoj.gov
Jayashri Srikantiah    ecmadriz@law.stanford.edu, jsrikantiah@law.stanford.edu
Judy Rabinovitz    judy-rabinovitz-3958@ecf.pacerpro.com, jrabinovitz@aclu.org, mtan@aclu.org
Sean A. Commons    sean-commons-1061@ecf.pacerpro.com, laefilingnotice@sidley.com, cvespinoza@sidley.com, scommons@sidley.com
Luis Allen Carrillo    lj@carrillofirm.com, ac@carrillofirm.com, hr@carrillofirm.com, lac4justice@gmail.com, mc@carrillofirm.com, db@carrillofirm.com, mf@carrillofirm.com
Stacey Ilene Young    stacey.young@usdoj.gov
Ahilan T Arulanantham    gtien@aclu-sc.org, arulanantham@law.ucla.edu
Peter J Eliasberg    peliasberg@aclusocal.org, mocastaneda@aclusocal.org, alujan@aclusocal.org
**2:07-cv-03239-TJH-KES Notice has been delivered by First Class U. S. Mail or by other means**

**BY THE FILER** to :
Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301
US
Adriana Betanco-Vondriska
ACLU of Southern California
1313 West 8th Street
Los Angeles CA 90017