| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 20 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JAMES DAILEY,

    Petitioner - Appellant,

v.

STUART SHERMAN, Warden,

    Respondent - Appellee.

No. 24-3198

D.C. No. 5:14-cv-00313-AG-SS
Central District of California, Riverside

ORDER

This appeal is dismissed as duplicative of closed Appeal No. 15-55181.

This docket is now closed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT