**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS



NIXIE       910   4C  1        7205/29/24
          RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD





FILED
CLERK, U.S. DISTRICT COURT

MAY 31 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2:07CV03239-TJH

Case: 2:07cv3239  Doc: 611

Frederick Ngaywa A95722629
PO Box 6005
Adelanto, CA 92301

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37980568@cacd.uscourts.gov>Subject:Activity in Case 2:07-cv-03239-TJH-KES Alejandro Rodriguez v. James Hayes et al Notice of Clerical Error (G-11) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 5/23/2024 at 1:15 PM PDT and filed on 5/23/2024

| | |
|---|---|
| **Case Name:** | Alejandro Rodriguez v. James Hayes et al |
| **Case Number:** | 2:07-cv-03239-TJH-KES |
| **Filer:** | |
| **Document Number:** | 611 |

**Docket Text:**
**NOTICE OF CLERICAL ERROR: Due to the incorrect document was attached to item 610. Here attached is the correct document for this case. (mat)**

**2:07-cv-03239-TJH-KES Notice has been electronically mailed to:**
Michael Bryan Kaufman    gtien@aclu-sc.org, mgarcia@aclusocal.org, mkaufman@aclusocal.org
Erez Reuveni    erez.r.reuveni@usdoj.gov
Sarah S Wilson    sarah.s.wilson@usdoj.gov
Jayashri Srikantiah    ecmadriz@law.stanford.edu, jsrikantiah@law.stanford.edu
Judy Rabinovitz    judy-rabinovitz-3958@ecf.pacerpro.com, jrabinovitz@aclu.org, mtan@aclu.org
Sean A. Commons    sean-commons-1061@ecf.pacerpro.com, laefilingnotice@sidley.com, cvespinoza@sidley.com, scommons@sidley.com
Luis Allen Carrillo    lj@carrillofirm.com, ac@carrillofirm.com, hr@carrillofirm.com, lac4justice@gmail.com, mc@carrillofirm.com, db@carrillofirm.com, mf@carrillofirm.com
Stacey Ilene Young    stacey.young@usdoj.gov
Ahilan T Arulanantham    gtien@aclu-sc.org, arulanantham@law.ucla.edu
Peter J Eliasberg    peliasberg@aclusocal.org, mocastaneda@aclusocal.org, alujan@aclusocal.org
**2:07-cv-03239-TJH-KES Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Frederick Ngaywa
A 95 722 629
PO Box 6005
Adelanto CA 92301