# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO RODRIGUEZ<br><br>Petitioner(s),<br><br>v.<br><br>TIMOTHY ROBBINS<br><br>Respondent(s). | CASE NUMBER:<br><br>2:07–cv–03239–TJH–KES<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __6/4/2024__

Document No.:  __613__

Title of Document:  __Notice of Appearance or Withdrawal of Counsel G123__

**ERROR(S) WITH DOCUMENT:**

Docket text and document conflict; re list name of party or parties.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: June 5, 2024           By: /s/ *Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov*
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**