FILED

JAN 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., | No. 20-55770 |
| Petitioners-Appellees, | D.C. No. 2:07-cv-03239-TJH-RNB Central District of California, Los Angeles |
| v. | |
| MERRICK B. GARLAND, Attorney General; et al., | ORDER |
| Respondents-Appellants. | |

Before: WARDLAW and GOULD, Circuit Judges.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 60 days to March 24, 2025 (Dkt. No. 64) is GRANTED.

**IT IS SO ORDERD.**