| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | MAR 27 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., | No.   20-55770 |
| Petitioners-Appellees, | D.C. No.<br>2:07-cv-03239-TJH-RNB |
| v. | Central District of California,<br>Los Angeles |
| PAMELA J. BONDI, Attorney General; et al., | ORDER |
| Respondents-Appellants. | |

Before: WARDLAW and GOULD, Circuit Judges.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 60 days to May 23, 2025 (Dkt. No. 66) is GRANTED.

**IT IS SO ORDERD.**