| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 22 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; ABDIRIZAK ADEN FARAH; JOSE FARIAS CORNEJO; YUSSUF ABDIKADIR; ABEL PEREZ RUELAS; ANGEL ARMANDO AYALA; ALEX CACHO CASTILLO, for themselves and on behalf of a class of similarly-situated individuals,<br><br>Petitioners-Appellees,<br><br>v.<br><br>PAMELA BONDI, Attorney General; CHAD F. WOLF, Acting Secretary, Homeland Security; JAMES R. MCHENRY III, Acting Attorney General, Director, Executive Office for Immigration Review; DAVID MARIN, Field Office Director, Los Angeles District, Immigration and Customs Enforcement; DON BARNES, Sheriff of Orange County; NGUYEN, Officer-in-Charge, Theo Lacy Facility; LUKE SOUTH, Commander, Theo Lacy Facility; LISA VON NORDHEIM, Captain, James A. Musick Facility; TERRY NELSEN, Assistant Field Office Director, Adelanto Detention Facility,<br><br>Respondents-Appellants. | No. 20-55770<br><br>D.C. No. 2:07-cv-03239-TJH-RNB Central District of California, Los Angeles<br><br>ORDER |

Before: WARDLAW and GOULD, Circuit Judges.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 60 days to July 22, 2025 (Dkt. No. 69) is

GRANTED.

**IT IS SO ORDERD.**