UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al.,<br><br>Petitioners-Appellees,<br><br>v.<br><br>PAMELA BONDI, Attorney General; et al.,<br><br>Respondents-Appellants. | No. 20-55770<br><br>D.C. No.<br>2:07-cv-03239-TJH-RNB<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: WARDLAW and GOULD, Circuit Judges.

The unopposed motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 30 days to October 22, 2026, is **GRANTED**.